**Powell Valley Health Care, Inc.**
**Case No. 16-**
**Local Rule 1002-1 (A) - List of Assets**

| Asset | Location |
| --- | --- |
| Petty Cash | 777 Avenue H, Powell, WY 82435 |
| Checking (ending 7301) | First Bank of Wyoming |
| Checking (ending 7307) | First Bank of Wyoming |
| Checking (ending 4501) | First Bank of Wyoming |
| Checking (ending 6301) | First Bank of Wyoming |
| Checking (ending 3101) | First Bank of Wyoming |
| Checking (ending 2088) | Bank of the West |
| Checking (ending 5601) | First Bank of Wyoming |
| Checking (ending 7901) | First Bank of Wyoming |
| Prepayments | Various Locations |
| Account Receivables | N/A |
| Inventory | 777 Avenue H, Powell, WY 82435 |
| Vehicles | 777 Avenue H, Powell, WY 82435 |
| Equipment | 777 Avenue H, Powell, WY 82435 |
| Office Furniture | 777 Avenue H, Powell, WY 82435 |
| Website/Domain Name | N/A |
| Causes of Action | N/A |
| Leasehold Interests | N/A |