3M
P.O. Box 844127
Dallas, TX 75284-4127


_Patient 1 - Patient 97
To be provided Under Seal


Abarca, Mary T.
PO Box 169
Powell, WY 82435


ACS - Edi Gateway Inc.
P.O. Box 201322
Dallas, TX 75320-1322


Advance Medical Design
1241 Atlanda Ind'l D
Marietta, GA 30066


AIRGAS USA, LLC
P.O. Box 676015
Dallas, TX 75267-6015


Allen, Kenneth C
PO Box 983
Sheridan, WY 82801


ALLERGAN
12975 Collection Center Drive
Chicago, IL 60693-0129


Alvarez, Gloria Y
333 E 6th Street
Powell, WY 82435

Anderson, Jill E
PO Box 203
Powell, WY 82435


Anderson, Susan
625 Lane 8 1/2
Powell, WY 82435


Angell, Linda R
10 Benchview Estates
Lovell, WY 82431


API SYSTEMS INTEGRATORS
7306 W Yellowstone Hwy
Casper, WY 82604


Archard, Blanca
PO Box 13
Wapiti, WY 82450


Armstrong, Stacie C
335 Grand Street
Powell, WY 82435


ARROW INTERNATIONAL, INC.
P.O. Box 60519
Charlotte, NC 28260


ARTHREX, INC.
P.O. Box 403511
Atlanta, GA 30384-3511


Asay, Thomas
747 Road 7
Powell, WY 82435

Asher, Brian J
656 Avenue J
Powell, WY 82435


Asher, Lavon
656 Avenue J
Powell, WY 82435


Asher, Tami G
1159 Del Rio
Powell, WY 82435


Atkinson, Yvonne
407 Hamilton Way
Powell, WY 82435


Bagnell, Scott A
PO Box 776
Powell, WY 82435


Bagnell, Skyler A
1132 Sequoia Dr
Powell, WY 82435


Baird, Lonna I
845 N Day
Powell, WY 82435


Baker, Andrew B
1766 Eaglenest Trail
Powell, WY 82435


Baker, Heather B
1766 Eaglenest Trail
Powell, WY 82435

Barela, Melissa A
325 N Ingalls #6
Powell, WY 82435


Barger, Marilee I
864 Road 11
Powell, WY 82435


Barker, Stephanie
545 E Jefferson St
Powell, WY 82435


Barnard, Viola
932 Road 6
Powell, WY 82435


Barr, Jessica M
649 Shoshone Ave
Lovell, WY 82431


Barr, Jordan N
649 Shoshone Ave
Lovell, WY 82431


Barragan, Maria
333 S Jones #47
Powell, WY 82435


BARTON & ASSOCIATES INC.
P.O. Box 417844
Boston, MA 02241-7844


Bassett, Heidi M
506 Shoshone St
Powell, WY 82435

Bates, Nataniel
c/o Spence Law Firm, LLC
PO Box 548
Jackson, WY 83001


Baugus, Cassy J
PO Box 164
Cowley, WY 82420


Baxter, Joshua J
1072 Lane 9
Powell, WY 82435


Baxter, Julie
PO Box 172
Cowley, WY 82420


Baxter, Randall K
680 Avenue F
Powell, WY 82435


Beasley, Benjamin E
532 E Circle Dr
Cody, WY 82414


BEATTY MARKETING & SALES LLC
9345 151 Ave NE
Redmond, WA 98052-3515


Becking, Nancy J
1016 Road 9
Powell, WY 82435


BECKMAN COULTER
Dept CH10164
Palatine, IL 60055-0164

Beech, Bethany I
PO Box 325
Byron, WY 82412


Belmont, Anthony M
802 Gun Barrel Lane
Powell, WY 82435


Benbow, Donna I
46 Douglas Dr
Cody, WY 82414


Berends, Sarah
1731 Lane 10
Powell, WY 82435


Bernard, Viola
932 Road 6
Powell, WY 82435


Berryhill, Lindsay G
700 N Clark
Powell, WY 82435


Bickford, Daniela A
158 N Day St
Powell, WY 82435


Bieber, Cheryl
11 Llama Drive
Powell, WY 82435


Biggica, Audrey K
135 West Park St
Powell, WY 82435

Billin, Aaron R
28 Four Bear Lane
Cody, WY 82414


BILLINGS CLINIC (ED)
P.O. Box 37000
Billings, MT 59107-7000


Billiu, Laura
556 Avenue B
Powell, WY 82435


BIO RAD LABORATORIES INC.
Clinic Diagnosis Group
P.O. Box 849740
Los Angeles, CA 90084-9740


BIOMET INC.
75 Remittance Dr, Ste 3283
Chicago, IL 60675-3283


Bisby, Amanda N
PO Box 103
Cowley, WY 82420


Bischoff, Sharae
1204 Road 11
Lovell, WY 82431


BLAIRS
331 West Coulter
Powell, WY 82435


Blanchard, Cathy
149 Country Road 2 ABN
Cody, WY 82414

Boardman, Sara S
545 Avenue B
Powell, WY 82435


Bohlman, Michael K
1083 Mtn Vista Rd
Powell, WY 82435


Bonamarte, Mark
c/o Jon Moyer
490 N 31st St, Suite 101
Billings, MT 59101


Borja, Jasmine E
773 Road 12
Powell, WY 82435


Bossow, Mark E
1240 Lane 9
Powell, WY 82435


Bossow, Terri I
1240 Lane 9
Powell, WY 82435


Bourandas, Vanessa
839 McIntosh Rd
Powell, WY 82435


Bourquin, Ann
2138 Lane 11
Powell, WY 82435


Brackett, Deborah S.
176 W 8th St
Lovell, WY 82431

Braet-Thomas, Tina
1325 Red Butte Ave
Cody, WY 82414


Brazelton, Morris W, Jr.
616 N Absorka
Powell, WY 82435


Brewer, Zoe E
1064 Rd 14
Powell, WY 82435


Brinkerhoff, Jan
c/o Spence Law Firm LLC
PO Box
Jackson, WY 83001


Brost, Cammie
1021 Rd 9
Lovell, WY 82431


Brown, Aaron, R
PO Box 1178
Cody, WY 82414


Brown, Cheryl E
526 Avenue A
Powell, WY 82435


Brown, William D
164 Kansas Avenue
Lovell, WY 82431


Brumley, Dana H
PO Box 188
Byron, WY 82412

Brumley, Daniel
PO Box 188
Byron, WY 82412


Bryant, Megan I
441 N Cheyenne St
Powell, WY 82435


Bryner, Andrea R
509 S Hamilton St
Powell, WY 82435


BSN MEDICAL INC.
P.O. Box 751766
Charlotte, NC 28275-1766


Buchanan, Rachel S
517 S Hamilton St
Powell, WY 82435


Buck, Jamie J
824 Road 10
Powell, WY 82435


Buck, Sharon K
2821 Rocky Rd #61
Cody, WY 82414


Bulau, Erin D
PO Box 884
Red Lodge, MT 59068


Burbank, Dona
333 S Jones St, #13
Powell, WY 82435

Burbank, Rebekah A
1186 Lane 9
Powell, WY 82435


Burgener, Holly C
461 South Bent St
Powell, WY 82435


Burk, Karen R
99 Lane 16
Cody, WY 82414


Burris, Loretta K
550 S. Clark St
Powell, WY 82435


Campbell, Kori S
579 Wood St
Powell, WY 82435


Campeau, Arleen
876 Hacienda Rd
Powell, WY 82435


Campeau, Kevin J
876 Hacienda Rd
Powell, WY 82435


Cannon, Jim
121 Lane 9
Powell, WY 82435


CARDINAL HEALTH
Medical Prod & Svc
P.O. Box 70539
Chicago, IL 60673

CAREFUSION VITAL SIGNS, INC.
Carefusion Vital Signs Inc.
25146 Network Place
Chicago, IL 60673-1250


Carpenter, David I
460S. Ferris
Powell, WY 82435


Carrasco, Julia
882 E 7th Lot#32
Powell, WY 82435


Cartwright, Carole M
454 S Evarts
Powell, WY 82435


CEPHEID
Lockbox Services - CEPHEID
P.O. Box 204399
Dallas, TX 75320-4399


Cervantes, Enedina
882 E 7th St #28
Powell, WY 82435


CHEK MED SYSTEMS INC.
200 Grand View Avenue
Camp Hill, PA 17011-1706


Childers, Adam W
1099 Mountain Vista Rd
Powell, WY 82435


Christensen, Kelly E
1190 Hills Lane
Powell, WY 82435

Christensen, Melinda M
1190 Hills Lane
Powell, WY 82435


Christensen, Ronda K
1396 Road 11
Lovell, WY 82431


Christensen, Shelly A
261 Jersey Ave
Lovell, WY 82431


CITY OF POWELL
270 N Clark S
Powell, WY 82435


Clark, Gregory P
809 McIntosh Rd
Powell, WY 82435


Clark, Sandra
565 N Absaroka
Powell, WY 82435


Clarkson, Jenkins I
431 Road 8
Powell, WY 82435


Click, Dominique, J
905 N Beckman St
Powell, WY 82435


Clinical Reference Labs
PO Box 802273
Kansas City, MO 64180-2273

CODY ENTERPRISE
PO Box 1090
Cody, WY 82414


COFFEY COMMUNICATIONS
1505 Business One Circle
Walla Walla, WA 99362-9421


Coguill, Terrasina
PO Box 350
Powell, WY 82435


Cole, Dustin
376 N Absaroka
Powell, WY 82435


Collins, Joyce
35 West 10th St
Lovell, WY 82431


Colton, Sabrina I
771 Cactus Rd
Powell, WY 82435


COMPHEALTH
P.O. Box 972651
Dallas, TX 75397-2651


COMPRESSION THERAPY CONCEPTS
555 Industrial Way W
Eatontown, NJ 07724


COOK MEDICAL INCORPORATED
22988 Network Place
Chicago, IL 60673-1229

Cook, Mikayla
868 Lane 36
Burlington, WY 82411


Cooley, Cynthia J
1146 Road 9
Powell, WY 82435


Cooley, Kelly M
1029 Road 9
Powell, WY 82435


Cooper, Jessie J
1113 Alger Ave
Cody, WY 82414


COPENHAVER KATH KITCHEN & KOLPITCHE LLC
P.O. Box 839
Powell, WY 82435


Cordes, Sandra D
357 N Bent St
Powell, WY 82435


Cordes, William R
PO Box 304
Powell, WY 82435


Costigan, Joneen
823 Road 9 1/2
Powell, WY 82435


Coulston, Joy I
1157 Road 8
Powell, WY 82435

COVIDIEN
P.O. Box 120823
Dallas, TX 75312-0823


Cox, Casie N
980 E Washington
Powell, WY 82435


CR BARD - ACCESS
P.O. Box 75767
Charlotte, NC 28275


CR BARD - DAVOL
P.O. BOX 75767
Charlotte, NC 28275


CR BARD CORPORATION (DIST)
P.O. Box 75767
Charlotte, NC 28275


CR BARD VASCULAR
PO Box 75767
Charlotte, NC 28275


Crawford, Nancy
c/o Spence Law Firm LLC
PO Box 548
Jackson, WY 83001


Crowley Fleck
Attn Chris Voight
Transwestern Plaza II
490 N 31st St, #500
Billings, MT 59101-1288


CRUM ELECTRIC SUPPLY CO
1165 English Ave
Casper, WY 82601

Cruz, Nicolle R
510 College Drive
Powell, WY 82435


Cubbage, Andrew
703 Road 4H
Powell, WY 82435


Curtis, Beverly
c/o Jon Moyer
490 N 31st St, Ste 101
Billings, MT 59101


Dalke, Shanna
835 E 5th Street
Powell, WY 82435


Davis, Patricia
35 Sunburst Dr
Cody, WY 82414


Day, Jean M
140 S. Mountain View
Powell, WY 82435


Delacruz, Ramona
639 E Adams, Apt 14
Powell, WY 82435


DELASCO DL&S, INC.
608 13th Avenue
Council Bluffs, IA 51501


Deleon, C. Christina
333 S Jones, #22
Powell, WY 82435

Delgado, Samantha
PO Box 172
Byron, WY 82412


DELTA LOCUM TENENS, LLC
P.O. Box 202940
Dallas, TX 75320-2940


Despain, Kimberly
809 E 4th St
Powell, WY 82435


Dilworth, Kaci
556 Shoshone St
Powell, WY 82435


Dipilla, Anthony
c/o Spence Law Firm LLC
PO Box 548
Jackson, WY 83001


Dipilla, Lauri
780 Dipilla Lane
Powell, WY 82435


DIRECT SUPPLY EQUIPMENT
P.O. Box 88201
Milwaukee, WI 53288-0201


DJO, LLC
P.O. Box 650777
Dallas, TX 75265-0777


Dodd, Daren D
324 E Madison St
Powell, WY 82435

Doely, Lnette I
828 E 4th St, Apt 1
Powell, WY 82435


Doerr, Kayla A
PO Box 524
Ralston, WY 82440


Donahue, Kelda I
343 E 6th ST
Powell, WY 82435


Dowell, Marjorie K
3030 Big Horn Ave
Cody, WY 82414


Dulaney, Taylor D
PO Box 326
Byron, WY 82412


Dunks, Patricia I
12 Oak Dr
Cody, WY 82414


Dunlap, Dolores B
425 N Hamilton, #5
Powell, WY 82435


Durney, Sarah E
1313 Lane 10
Powell, WY 82435


Eck, Christine I
1132 Road 9
Powell, WY 82435

Eden, Jennifer R.
PO Box 796
Powell, WY 82435


EDWARDS LIFESCIENCES
23146 Network Place
Chicago, IL 60673-1231


Eller, Shannon
c/o Spence Law Firm LLC
PO Box 548
Jackson, WY 83001


Ennist, Kelli Ann
22 Trotter Rd
Cody, WY 82414


Erickson, Tricia E
1023 Road 9
Powell, WY 82435


Escobedo, Darlene
1139 Lane 11
Powell, WY 82435


ESOLUTIONS INC.
WS#165
PO Box 414378
Kansas City, MO 64141


Fagan, Tiffany R
733 Henry Rd
Powell, WY 82435


Fairbanks, David W
388 Hwy 20 S
Basin, WY 82410

Farley, Debra K
2 Quarter Circle Dr
Powell, WY 82435


FARMER BROTHERS COFFEE
P.O. Box 79705
City of Industry, CA 91716-9705


Feller, Susan M
452 1/2 Rd 8
Powell, WY 82435


Fink, Denise A
10 Schultz Dr.
Cody, WY 82414


First Bank of Wyoming
245 East 1st
P.O. Box 907
Powell, WY 82435


Fischer, Bonnie J
465 N Bent
Powell, WY 82435


FISHER SCIENTIFIC CO LLC
ATTN: 526426-001
P.O. Box 404705
Atlanta, GA 30384-4705


Fisher, Jael A
1091 Road 12
Powell, WY 82435


Flowers, Eisaac C
7 Llama Drive
Powell, WY 82435

```
Fowler, Debbie
815 Big Horn Ave
Basin, WY 82410


Fowler, Kathy L
912 Greenfiled Dr
Powell, WY 82435


Fowler, Russell
815 Big Horn Ave
Basin, WY 82410


FRANZ FAMILY BAKERIES
P.O. Box 742654
Los Angeles, CA 90074-2654


Freire, Jessica
2122 Greever St
Cody, WY 82414


Freire, Peter L
2102 Greever St
Cody, WY 82414


FREMONT - PEPSI
P.O. Box 922
Powell, WY 82435-0922


FREMONT MOTOR CO
P.O. Box 351
Powell, WY 82435


Freund, Peter
154 W 9th
Lovell, WY 82431
```

Fuller, Darina D
PO Box 1
Deaver, WY 82421


FUSION HEALTHCARE STAFFING
PO Box 1865
Sandy, UT 84091


Gaisford, Barbara L
1280 Lane 8
Powell, WY 82435


Gandall, Penny S
356 S Ferris St
Powell, WY 82435


Garcia, Beatriz A
882 E 7th St #9
Powell, WY 82435


GARVIN MOTORS, INC.
1105 West Coulter
Powell, WY 82435


Garza, Lisa M
667 Wood St
Powell, WY 82435


GE DATEX-OHMEDA
GE Healthcare
P.O. Box 641936
Pittsburgh, PA 15264-1936


Gear, Nicole M
529 Rancho Trail
Powell, WY 82435

Gedney, Jason J
1115 Lane 11
Powell, WY 82435


Geldreich-Keister, Brenda
36 Stone Sheep Circle
Powell, WY 82435


Gifford, Margaret
PO Box 363
Byron, WY 82412


Giles, David W
660 Road 6
Powell, WY 82435


Gilman, Stacy L
125 W Pat Ohara Drive
Powell, WY 82435


Gilmore, Michael E
230 Pebble Creek Rd
Powell, WY 82435


Gleason, Rodney
137 W First St
Powell, WY 82435


Glick, Lisa
2821 Rock Road 32
Cody, WY 82414


Goff, Lydia
1101 Bleistein Ave
Cody, WY 82414

Goff, William E
77 Road 20
Cody, WY 82414


Gorsuch, Dianna
415 Sunlight Dr
Powell, WY 82435


Graham, Travis
645 Road 9
Powell, WY 82435


GRAINGER, INC.
Dept 824113245
P.O. Box 419267
Kansas City, MO 64141-6267


Green, Kris A
555 Kattenhorn, Unit 16
Powell, WY 82435


Green, Tawni M
572 Nevada Ave
Lovell, WY 82431


Greenwald, Kristin K
1149 Lane 11
Powell, WY 82435


Greer, Evee L
3213 Twin Creek Trail
Cody, WY 82414


Griffith, Susan I
828 Havitur Way
Powell, WY 82435

Grovenstein, Sia E
596 Ave A
Powell, WY 82435


Gruell, Joanne E
PO Box 274
Byron, WY 82412


Guenther, E. Ludeanne
PO Box 144
Cody, WY 82414


Gullickson, Deborah K
42 Spicer Lane
Cody, WY 82414


Gutierrez, Nichole
680 N Day St
Powell, WY 82435


Hailey, Jason
1708 Salsbury
Cody, WY 82414


Hale, Freta D.
PO Box 1270
Powell, WY 82435


HALYARD HEALTH INC.
P.O. Box 732583
Dallas, TX 75373-2583


Haney, Samantha I
635 N Absaroka St
Powell, WY 82435

Hansen, Jeffrey N., Dr.
Attn: Chris Voight
Transwestern Plaza II
490 N 31st St, #500
Billings, MT 59101-1288


Harder, Aaron P
1066 Raod 19
Powell, WY 82435


Harris, Darla L
30 Queens Blvd
Powell, WY 82435


Harrison, Julie A
437 N Cark St
Powell, WY 82435


Harvey, Paula J
624 Ave H
Powell, WY 82435


Hause, Darlene V
530 Rancho Trail
Powell, WY 82435


Havard, Jason S
PO Box 76
Deaver, WY 82421


HAVEL'S INC.
3726 Lonsdale St
Cincinnati, OH 45227


Hawthorne, Andrea S
676 N Day
Powell, WY 82435

HEALTH CARE LOGISTICS INC.
P.O. Box 400
Circleville, OH 43113-0400


HEALTH TECH MGMNT (HTMS)
5110 Maryland Way Suite 200
Brentwood, TN 37027


Hedges, Johnathan R
528 Avenue F
Powell, WY 82435


Heindl, Megan A
42 E 5th
Lovell, WY 82431


Heiser, Nancy
c/o Spence Law Firm LLC
PO Box 548
Jackson, WY 83001


Henderson, Sheryl
c/o Spence Law Firm LLC
PO Box 548
Jackson, WY 83001


Henderson, Tye L
963 Road 15
Powell, WY 82435


Hendricks, Sabrina, R
29 Queens Blvd
Powell, WY 82435


Herd, Kiley B
17 Emily Lane
Powell, WY 82435

Herrera, Yesenia R
107 West 1st St
Powell, WY 82435


Hessenthaler, Rayann N
620 Cary St
Powell, WY 82435


Higgins, Eliza R
14 Road 2 North
Deaver, WY 82421


Higgins, Ernie E
2547 Newton Ave
Cody, WY 82414


Hilzendeger, Tara N
256 West 1st St
Powell, WY 82435


Hinckley, Karen I
PO Box 95
Cowley, WY 82420


Hobbs, Theresa
456 S Edmonds St
Powell, WY 82435


Hodson, Maddison
26 Jody Lane
Cody, WY 82414


HOLOGIC
24506 Network Place
Chicago, IL 60673-1245

Horton, Lisa
4049 Road 12 1/2
Otto, WY 82434


Hovivian, Geoffrey M
1054 E Madison
Powell, WY 82435


Hoyt, Michelle M
PO Box 306
Byron, WY 82412


Huhnke, Lacey M
1133 E Madison St
Powell, WY 82435


Hultgren, Steven G
274 Clover Drive
Powell, WY 82435


Hunder, Cindy L
PO Box 125
Powell, WY 82435


Hurt, Johnny
1262 West 7th St
Powell, WY 82435


Ibarra, Sandra L
738 Jason Rd
Powell, WY 82435


INTERMOUNTAIN BIOMEDICAL
2155 Mt Hwy 35
Kalispell, MT 59901

J & J HEALTH CARE SYS, INC.
5972 Collection Center Drive
Chicago, IL 60693


Jackson, Brittany D
1052 Vali Rd
Powell, WY 82435


Jackson, Susan B
632 Avenue G
Powell, WY 82435


Jackson, Toni
1087 Mountain Vista Rd
Powell, WY 82435


Jahn-Thomas, Cynthia A
1382 Road 22
Powell, WY 82435


Jameson, Patrick S
1190 Lane 12
Lovell, WY 82431


Jarvis, Dorothy E
359 Idaho Ave
Lovell, WY 82431


Jarvis, Lisa A
970 Lane 11
Powell, WY 82435


Jarvis, William J
970 Lane 11
Powell, WY 82435

Jensen, Shawna
355 N Cheyenne
Powell, WY 82435


Jett, Barry I
515 Santa Fe Trail
Powell, WY 82435


Johnson, Joetta
c/o Spence Law Firm LLC
PO Box 548
Jackson, WY 83001


Johnson, Kelly G
556 S Division St
Powell, WY 82435


Johnston, Jami R
1163 Road 8
Powell, WY 82435


Jon, Maritis E
536 S Bent #1
Powell, WY 82435


Jones, Nancy E
349 Lane 7 1/2
Powell, WY 82435


Jones, Shana I
529 Road 9
Powell, WY 82435


Jordan, Tracie M
PO Box 106
Deaver, WY 82421

Jurado, Norma E
539 Tower Blvd
Powell, WY 82435


Kampbell, Alysia M
PO Box 702
Basin, WY 82410


Karhu, Veronica
330 Lane 7 1/2
Powell, WY 82435


Kary, Natasha L
445 N Absaroka
Powell, WY 82435


Katz, Stephen R
676 Avenue D
Powell, WY 82435


Kawano, Douglas D
401 S Clark St
Powell, WY 82435


KEDRION BIOPHARMA INC.
P.O. ox 759304
Baltimore, MD 21275-9304


Keeler, Jana L
1052 Road 9
Powell, WY 82435


Kellett, Mellissa
434 S Gilbert St
Powell, WY 82435

Kent, Connie M
587 Road 8
Powell, WY 82435


King, Deanna
164 Washakie Ave
Lovell, WY 82431


Kinney, Jeffi L
567 Wood St
Powell, WY 82435


Kirkenslager, Rhonda G
345 N Gilbert St
Powell, WY 82435


Kleiner, Amber K
445 N Hamilton
Powell, WY 82435


Knopp, Harry
c/o Jon Moyer
490 N 31st St, Ste 101
Billings, MT 59101


Kress, Anne M
1815 16th St
Cody, WY 82414


Kuntz, Mitsue
905 Road 2
Powell, WY 82435


Ladd, Dana D
157 Central Ave
Deaver, WY 82421

Lafountain, Kimberly A
44 West Trapper Village
Powell, WY 82435


Lamb, Theresa M
927 Road 2
Powell, WY 82435


Lambert, Judy
325 N Ingalls, #15
Powell, WY 82435


Lanchbury, Carol L
1515 Hwy 14A
Powell, WY 82435


Lang, Katelyn R
348 Bicentennial Ct
Powell, WY 82435


LANTHEUS MEDICAL IMAGING
P.O. Box 101236
Atlanta, GA 30392-1236


Lara, Lisa
382 S Jones
Powell, WY 82435


Laveau, Paul J
3213 Lloyd Mangrum Ln
Billings, MT 59106


LEADING AGE WY/QUALITY HC FNDTN
2005 Warren Ave
Cheyenne, WY 82001

Leaf, Alexandra
1411 Morado Dr, #102
Casper, WY 82609


Lehman, Shelly J
1809 Lane 12
Powell, WY 82435


Lemasters, Becky J
126 S Mountain View
Powell, WY 82435


Lemasters, Russel G
126 S Mountain View
Powell, WY 82435


Lengfelder, Valerie J
1074 Mountain Vista
Powell, WY 82435


Leonhardt, Chelsey L
972 Lane 12
Lovell, WY 82431


Lewis, Antony M
630 Mountain View
Powell, WY 82435


Lil Spark Car Wash
1217 Lane 10
Powell, WY 82435


Lineback, Tamara L
665 N Clark
Powell, WY 82435

Lloyd, James W
PO Box 1845
Wilson, WY 83014


Lohrenz, Jennifer R
PO Box 761
Ralston, WY 82440


Lohrenz, Lorissa L
433 N Bent St
Powell, WY 82435


Long, Michael L
671 Cedarwood Dr
Powell, WY 82435


Losey, Kary V
1173 Lane 5
Powell, WY 82435


Love, Ashley M
551 Avenue G
Powell, WY 82435


Loyning, Lindsey R
634 Oakwood Drive
Powell, WY 82435


Maldonado, Mary H
747 N Absaroka Apt E-8
Powell, WY 82435


Mangus, Xavier S
PO Box 198
Cowley, WY 82420

Maraviov, Samantha R
713 22nd St
Cody, WY 82414


Marchant, Amanda L
625 N Bent St
Powell, WY 82435


Marchant, Connie
PO Box 366
Lovell, WY 82431


Marchant, Nikki L
1240 Sequoia Dr
Powell, WY 82435


Martin, Teresa C
78 Moore Rd
Powell, WY 82435


MASIMO AMERICAS, INC.
P.O. Box 51210
Los Angeles, CA 90051-5510


Mason, Lori J
PO Box 782
Powell, WY 82435


Matiella, Valerie A
333 S. Jones #37
Powell, WY 82435


May Sheridan
PO Box 661
Cowley, WY 82420

May, Gerald L
889 Davis Rd
Powell, WY 82435


Mayer, Kathy S
381 S Ingalls
Powell, WY 82435


McAdams, Katie, M
453 Hamilton Way
Powell, WY 82435


McClain, Monte E
335 Grand St
Powell, WY 82435


McConnaughey, William Jr
715 Lincoln Ave
Lovell, WY 82431


McCullough, Tracy
1208 Road 9
Powell, WY 82435


McDaniel, Karen
1075 Road 11
Powell, WY 82435


McDonald, Denah A
1351 Road 12 1/2
Powell, WY 82435


McDonald, Laura
2097 Lane 10
Powell, WY 82435

McDonnel, Leisa K
520 Avenue G
Powell, WY 82435


McKesson Corp
Bank of America Lock Box
LAC-057256 2706 Media Center Dr
Los Angeles, CA 90065


McMillen, Aimee M
67 Queens Blvd
Powell, WY 82435


McMillen, Kelly I
316 N Bernard St
Powell, WY 82435


McMillen, Martha
c/o Spence Law Firm LLC
PO Box 548
Jackson, WY 83001


McNabb, R. Lavonne
PO Box 2350
Cody, WY 82414


MDU
PO Box 5600
Bismarck, ND 58506-5600


Medela, Inc.
38789 Eagle Way
Chicago, IL 60678-1387


Medford, Cindy A
27 Queens
Powell, WY 82435

MEDLINE INDUSTRIES
Dept 1080
P.O. Box 121080
Dallas, TX 75312-1080


MEDRAD BAYER HEALTHCARE
P.O. Box 360172
Pittsburgh, PA 15251


MEGADYNE MEDICAL PRODUCTS
PO Box 1332
Sandy, UT 84091


Meier, Keela
c/o Spence Law Firm LLC
PO Box 548
Jackson, WY 83001


Mendez, Anna I
PO Box 86
Burlington, WY 82411


Metzer, Linda K
325 S Evarts St
Powell, WY 82435


Mikus, Robbin I
541 N 4th Street
Greybull, WY 82426


Miller, Sara L
611 Cedarwood Drive
Powell, WY 82435


Minchow, June R
1201 Hwy 310
Lovell, WY 82431

MINDRAY DATASCOPE USA INC.
Datascope Ptnt Ctr 24312
Network Place
Chicago, IL 60673-1243


Miner, Cortney
715 Avenue K
Powell, WY 82435


MIZUHO OSI
Dept CH 16977
Palatine, IL 60055-6977


Monterde, Alnor O
209 E 2ndSt
Lovell, WY 82431


Monterde, Luzviminda
290 E 2nd St
Lovell, WY 82431


Montgomery, Pamela S
882 E 7th St, #10
Powell, WY 82435


Moore, Gerald F
854 Lane 11 1/2 Lot #10
Powell, WY 82435


Mosegard, Jackie R
520 Wood Street
Powell, WY 82435


Moser, Theresa E
1002 Canyon View Ave, #4
Cody, WY 82414

```
MOUNTAIN WEST COMPUTER
117 E 1st
Powell, WY 82435


MR D's
PO Box 908
Powell, WY 82435


MRI CONTRACT STAFFING, INC.
10 Penn Center 14th
FI-MRI CS TREA
Philadelphia, PA 19103


Murane & Bostwick LLC
Attn: Hank Combs
201 N Wolcott
Casper, WY 82601


Murphey, Scott A
PO Box 411
Lovell, WY 82431


MXR - MERRY XRAY
4444 Viewridge Ave, Suite A
San Diego, CA 92123


Myers, Mary
PO Box 303
Lovell, WY 82431


Nicholson, Kalan
c/o Spence Law Firm LLC
PO Box 548
Jackson, WY 83001


Nicholson, Tyra I
938 Lane 11
Powell, WY 82435
```

Nielsen, Benjamin P
PO Box 2938
Cody, WY 82414


Nielsen, Carol J
3116 Kent Ave
Cody, WY 82414


Nisley, Bruce D
1014 Avenue K
Powell, WY 82435


Nisley, Sonja K
1014 Avenue K
Powell, WY 82435


Norman, Kaitlynn
456 N Cheyenne St
Powell, WY 82435


Norris, Christine, L
1288 Road 9
Powell, WY 82435


North, Bradley J
1111 Olive Road
Powell, WY 82435


NORTHROP BOILER WORKS, LLC
PO Box 367
Evansville, WY 82636


O'Donnell, Jill M
1211 Whitetail Lane
Powell, WY 82435

```
OFFICE DEPOT
PO Box 88040
Chicago, IL 60680-1040


Ogren, Kelsey A
150 Clover Drive
Powell, WY 82435


Ohman, Kelsey A
349 W 3rd St
Powell, WY 82435


Ohman, Marlys F
504 N Absaroka St
Powell, WY 82435


Ohman, McCall C
1079 Road 16
Lovell, WY 82431


Oliver, Michelle
c/o Spence Law Firm LLC
PO Box 548
Jackson, WY 83001


Oliver, Sabrina A
295 Hamshire
Lovell, WY 82431


Olsen, Carol J
PO Box 1325
Powell, WY 82435


Olson, Tonya D
664 Avenue D
Powell, WY 82435
```

OLYMPUS
Dept 0600
PO Box 120600
Dallas, TX 75312-0600


OMNI LIFE SCIENCE, INC.
Dept 0210
PO Box 645106
Dallas, TX 75265-4106


One Beacon/Homeland
199 Scott Swamp Rd
Farmington, CT 06032


Ostermiller, Nicole
298 Clover Drive
Powell, WY 82435


OTIS ELEVATOR CO.
PO Box 73579
Chicago, IL 60673-7579


Ott, Megan I
905 N Beckman #C3
Powell, WY 82435


OWENS & MINOR
PO Box 841420
Dallas, TX 75284-1420


PAJUNK MEDICAL SYSTEMS LP
AP - Diana Robinson
5126 Royal Atlanta
Tucker, GA 30084


Palazzolo, Jacque A
736 Lane 11 1/2
Powell, WY 82435

PAPA MURPHY'S
1901 17th Street
Cody, WY 82414


PAPERTECH
PO Box 241565
Charlotte, NC 28224


Paragon28
4B Inverness Ct, E, Ste 28
Englewood, CO 80112


PARK COUNTY LANDFILLS
1131 11th Street - Office
Cody, WY 82414


PARK SUPPLY OF AMERICA, INC.
2727 E 26th Street
Minneapolis, MN 55406


Parker, Jana M
2526 Ina Avenue
Cody, WY 82414


Paterson, Kristy J
415 N Cheyenne
Powell, WY 82435


Patten, Bill
1397 Weimer Rd
Taos, NM 87571


PATTERSON MEDICAL
PO Box 93040
Chicago, IL 60673-3040

Perez, Paula M
555 E 7th St
Powell, WY 82435


Perez, Scott
133 S Bernard
Powell, WY 82435


Perry, Jennifer S
506 Avenue K
Powell, WY 82435


Peterson, Loretta M
155 N Bernard
Powell, WY 82435


Pettipiece, Kurt R
801 Black Mountain Road
Thermopolis, WY 82443


PHARMEDIUM SERVICES LLC
39797 Treasury Ctr
Chicago, IL 60694-3900


PHILIPS HC INFORMATICS
PO Box 403831
Atlanta, GA 30384-3831


Philips Healthcare
PO Box 100355
Atlanta, GA 30384-0355


Phipps, Renee N
576 Shoshone
Powell, WY 82435

Piscator, Mary E
1211 Rosewood Lane
Powell, WY 82435


Plewa, Nancy N
PO Box 1262
Cody, WY 82414


POLSINELLI PC
PO Box 878681
Kansas City, MO 64187-8681


Polson, Aida
25 Polson Dr
Riverton, WY 82501


Porn, Janet E
1262 Road 9
Powell, WY 82435


Potter, Neisha M
35 Mashie Club
Cody, WY 82414


POWELL ACE HARDWARE LLC
214 N Bent St
Powell, WY 82435


POWELL DAIRY SERVICE
PO Box 963
Powell, WY 82435


POWELL DRUG CO
PO Box 191
Powell, WY 82435

PRECISION DYNAMICS CORP PDC
PO Box 51263
Los Angeles, CA 90051-5563


QSI QUALITY SYSTEMS INC.
PO Box 511449
Los Angeles, CA 90051


Rand, Charles
PO Box 287
Powell, WY 82435


Reib, Nathaniel M
636 Sawtooth Court
Powell, WY 82435


Reinhart, Fe G
PO Box 56
Powell, WY 82435


Renaud, Sarah M
365 N Ferris St
Powell, WY 82435


RESPIRONICS, INC. GE
PO Box 405740
Atlanta, GA 30384-5740


Richardson, Sharon M
1040 Lane 7
Powell, WY 82435


Rigby, Keisha M
PO Box 1296
Powell, WY 82435

Rigney, Lisa M
588 Ave C #5
Powell, WY 82435


Rippetoe, Randi M
316 N Gilbert St
Powell, WY 82435


Roberson, Denise D
973 Lane 11 1/2
Powell, WY 82435


Robertson, Gareth P
821 Kansas Ave
Lovell, WY 82431


Roby, Nancy J
1651 Hwy 32
Powell, WY 82435


Rodriguez, Antonio D
825 E 7th St, Apt H
Powell, WY 82435


Rodriguez, Daniel J
880 Road 4
Powell, WY 82435


Rodriguez, Emma
456 N Absaroka
Powell, WY 82435


Rogers Meat Processing
1010 Avenue G
Powell, WY 82435

Rohrer, Rebecca A
886 Opal Lane
Powell, WY 82435


Ronne, Darcy
c/o Spence Law Firm LLC
Cody, WY 82414


Rood, Karolyn
930 Lane 11
Powell, WY 82435


Rosedahl, Kimerly A
409 E Jefferson St
Powell, WY 82435


Sagrilla, Kelsey E
PO Box 306
Byron, WY 82412


Salapata, Stephen A
684 Kattenhorn Dr
Powell, WY 82435


Salas, Isabel
538 Road 8
Powell, WY 82435


Salazar, Marivel A
320 S Hamilton St
Powell, WY 82435


Salazar, Sylvia S
320 S Hamilton St
Powell, WY 82435

Saldana, Diana
624 Montana Ave
Lovell, WY 82431


Sand, Emily B
757 US Hwy 14A
Powell, WY 82435


SANDERS PLUMBING & HEATING
PO Box 8
Powell, WY 82435


SANOFI PASTEUR INC.
12458 Collections Center Drive
Chicago, IL 60693


Sapp, Josie K.
1294 Road 9
Powell, WY 82435


Schweigert, Karen K
413 Beartooth Dr
Powell, WY 82435


Scott, Susan
c/o Jon Moyer
490 N 31st St, Ste 101
Billings, MT 59101


Seeley, Noreen I
520 College Drive
Powell, WY 82435


Segura, Jenny
1155 Road 8
Powell, WY 82435

Senn, Nikita N
556 Avenue A
Powell, WY 82435


Sessions, Jody
Spence Law Firm LLC
PO Box 548
Jackson, WY 83001


Shedd, Ryan M
1030 Morning Glory Lane
Powell, WY 82435


Shepherd, Phyllis L
516 S Bent
Powell, WY 82435


Shopa, Scott A
862 W Christy Lane
Powell, WY 82435


SHOPKO - PHARMACY/STORE
Shopko Stone Operating Company
PO Box 8461
Carol Stream, IL 60197-8461


Showalte, Lauren A
1281 Sequioa Drive
Powell, WY 82435


Shuler, Amanda J
935 E Monroe St
Powell, WY 82435


SIEMANS HLTHCR DIAG, INC.
PO Box 121102
Dallas, TX 75312-1102

Slater, Jacqueline
632 Road 11
Powell, WY 82435


Smith, Robyn R
435 N Clark St
Powell, WY 82435


Smith, Tracy
335 Rd 2 North
Lovell, WY 82431


Snell, Lynn
c/o Spence Law Firm LLC
PO Box 548
Jackson, WY 83001


Soderberg, Robin
1525 Lane 11
Powell, WY 82435


Sommerville, Veronica
c/o Spence Law Firm LLC
PO Box 548
Jackson, WY 83001


Sopha, Scott A
862 W Christy Lane
Powell, WY 82435


Sourcemark LLC
100 Winners Circle, Suite 250
Brentwood, TN 37027


Southside Elementary
278 E Monroe St
Powell, WY 82435

Spomer, Elizaeth L
241 Pebble Creek Rd
Powell, WY 82435


Spomer, Janet
914 Van Place
Powell, WY 82435


Spomer, Justin
914 Van Place
Powell, WY 82435


Stahl, Shantel K
258 Carmon Ave
Lovell, WY 82431


Stambaugh, Susan
c/o Bill Fix
350 E Broadway
Jackson, WY 83001


Stanley, Jessica E
118 S Absaroka St
Powell, WY 82435


STAPLES ADVANTAGE
Dept. CHI
PO Box 83689
Chicago, IL 60696-3689


Stenlund, Tara K
490 Basil Drive
Powell, WY 82435


Steppe, Lorraine M
941 Road 12
Powell, WY 82435

STERIS CORPORATION
PO Box 676548
Dallas, TX 75267-6548


Stevens-Weiderrich, Lindsey
887 Road 5
Powell, WY 82435


Stowe, Angela M
4 West Trapper Vlg
Powell, WY 82435


STRECK LABORATORIES, INC.
PO Box 45625
Omaha, NE 68145-0625


STRYKER CORP/INSTRUMENTS (70119)
PO Box 70119
Chicago, IL 60673-0119


Sunderland, Douglas C
18 Manning Rd
Cody, WY 82414


SURGICAL PRODUCT SOLUTIONS
643 First Ave, Ste 400
Pittsburgh, PA 15219


Sweet, Tawna L
673 Road 8
Powell, WY 82435


SYSCO FOOD SERVICES
PO Box 31198
Billings, MT 59107-1198

Taylor, Jennifer A
545 N Division St
Powell, WY 82435


Taylor, Nicholas C
545 N Division St
Powell, WY 82435


TCT West
PO Box 671
Basin, WY 82410-0671


Teague, Jennifer L
112 W Pat Ohara Drive
Powell, WY 82435


Teppert, Denise
PO Box 214
Powell, WY 82435


Theil, Laura E
831 Jonathon Rd
Powell, WY 82435


THERACOM
Payment Center
PO Box 1318
Cincinnati, OH 45264-0105


Thompson, Cheri
441 Montana #4
Lovell, WY 82431


Thompson, Susan K
PO Box 333
Byron, WY 82412

Thormahlen, Kylee A
PO Box 716
Cowley, WY 82420


Tinsley, Cassie S
888 N Gilbert #10
Powell, WY 82435


Tippetts, Jennifer R
1054 E Madison
Powell, WY 82435


Tippetts, Sandra
PO Box 722
Cowley, WY 82420


TOWNE MAILER, INC.
PO Box 1318
Missoula, MT 59806


TRI-ANIM HEALTH SVC, INC.
25179 Network Place
Chicago, IL 60673-1251


TRICARE WEST REGION
PO Box 77028
Madison, WI 53707


Tucker, Bonnie
PO Box 82
Emblem, WY 82422


Tucker, Michelle, R
1067 Road 9
Powell, WY 82435

Tucker, Travis J
1731 Lane 10
Powell, WY 82435


Twomey, Leslie K
PO Box 189
Cowley, WY 82420


Tyra, Shannon E
1133 Road 9 1/2
Powell, WY 82435


UMIA
PO Box 27211
Salt Lake City, UT 84127-0211


UNIQUE PHARMACEUTICALS
5920 S General Bruce Drive
Temple, TX 76502


UP TO DATE
95 Sawyer Road
Waltham, MA 02453


Vandeest, Mary Jean
472 N Hamilton St
Powell, WY 82435


VERICHEM LABORATORIES, INC.
90 Narragansett Ave
Providence, RI 02907


VISION WEST INC.
339 E 1st Street
Powell, WY 82435

Vuletich, Karol R
2704 West Ave
Cody, WY 82414


Wagers, Michelle
5656 Hwy 120
Meeteetse, WY 82433


Wagner, Teresa P
PO Box 144
Frannie, WY 82423


Walke, Mariah L
474 E 8th St
Powell, WY 82435


Warfel, James E
473 N Clark
Powell, WY 82435


Warren, Janet M
726 E 4thSt
Powell, WY 82435


Watson, Penny J
103 E 7th St
Powell, WY 82435


WEATHERBY LOCUMS, INC.
PO Box 972633
Dallas, TX 75397-2633


Welling, Sara A
PO Box 641
Cowley, WY 82420

Werbelow, Peggie Jo
c/o Wind River Law Center
202 S 6th St. E
Riverton, WY 82501


WERFEN USA LLC
Instrumentation Lab Co
PO Box 347934
Pittsburgh, PA 15251


WEST COAST MEDICAL RESOURCES, INC.
PO Box 839
Clearwater, FL 33757


Westgaard, Shelly
670 Beartooth Ct
Powell, WY 82435


Whitaker Deborah S
877 Raod 6
Powell, WY 82435


Whitaker, Andrea V
PO Box 1180
Powell, WY 82435


White, Christal M
424 West 3rd St
Powell, WY 82435


White, Deanna
235 S Division
Powell, WY 82435


White, Justin
684 Kattenhorn Dr
Powell, WY 82435

Widdicombe, Sammi
9 W Trapper Village
Powell, WY 82435


Wilkins, Cheryl
955 Ray Court
Powell, WY 82435


WILLIAMS PORTER DAY & NEVILLE PC
PO Box 10700
Casper, WY 82602


Williams, Judy
PO Box 564
Powell, WY 82435


Willis, Blaine T
1030 Lane 11
Powell, WY 82435


Willis, Wendy M
10 Willow Rd
Cody, WY 82414


Wilson, Shane
c/o Jon Moyer
490 N 31st St, Ste 101
Billings, MT 59101


Winland, Jodi N
PO Box 651
Cowley, WY 82420


Wise, Greg D
356 Mountain View St
Powell, WY 82435

Wurzel, Mark S
877 Davis Rd
Powell, WY 82435


Wurzel, Patricia
877 Davis Rd
Powell, WY 82435


WY DEPT OF FAMILY SERVICES
Attn: Central Registry 2300
Capital Ave, 3rd Floor
Cheyenne, WY 82002


WY DEPT OF WORKFORCE SVC
Employer Services
PO Box 20032
Cheyenne, WY 82003


WYDOT
5300 Bishop Blvd.
Cheyenne, WY 82009


Yates, Viola J
335 W 5th St
Powell, WY 82435


Young, Ashley M
2420 Davidson Ave
Cody, WY 82414


ZOLL MEDICAL CORPORATION GPO
PO Box 27028
New York, NY 10087-7028