Bradley T. Hunsicker (Wyo. Bar 7-4579)
**Markus Williams Young & Zimmermann LLC**
106 East Lincolnway Suite 300
Cheyenne, WY  82001
Telephone: 307-778-8178
bhunsicker@markuswilliams.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POWELL VALLEY HEALTH CARE, INC., | ) | Case No. 16-20326 |
| | ) | |
| Debtor-in-Possession. | ) | |

### NOTICE OF FILING DEBTOR'S LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS (Official Form 204)

PLEASE TAKE NOTICE THAT Powell Valley Health Care, Inc., the debtor and debtor-in-possession in the above captioned case (the "Debtor"), files the attached List of Creditors Who Have The 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204).

Dated: Cheyenne, Wyoming

Dated: May 17, 2016

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**

By: /s/ Bradley T. Hunsicker
Bradley T. Hunsicker (WY Bar No 7-4579)
106 East Lincolnway Suite 300
Cheyenne, WY 82001
Telephone: 307-778-8178
Facsimile: 307-638-1975
Email: bhunsicker@markuswilliams.com
*Proposed Counsel for the Debtor and Debtor-in-Possession*

{Z0113936/1 }

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 17th day of

May, 2016, via CM/ECF and by placing a copy in the U.S. mail, first class postage prepaid upon

the following:

**Gregory C. Dyekman**                    **US Trustee**
**Timothy L. Woznick**                    308 West 21st Street, 2nd Floor
Dray, Dyekman, Reed & Healey, P.C.        Cheyenne, WY 82001
204 East 22nd Street
Cheyenne, WY 82001-3799
*Attorney for First Bank of Wyoming*


                                          */s/ Jenny F. Tokuoka*
                                          Jenny F. Tokuoka