Fill in this information to identify the case:

Debtor name: **Powell Valley Health Care, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF WYOMING**
Case number (if known): **16-20326**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| WY DEPT OF HEALTH QRA HC FIN, EC - Attn: S. Rogers 6101 Yellowstone Rd, #210 Cheyenne, WY 82002 | | | | | | $150,155.00 |
| McKesson Corp Bank of America Lock Box LAC-057256 2706 Media Center Dr Los Angeles, CA 90065 | | | | | | $21,380.09 |
| COMPHEALTH P.O. Box 972651 Dallas, TX 75397-2651 | | | | | | $18,205.57 |
| MRI CONTRACT STAFFING, INC. 10 Penn Center 14th FI-MRI CS TREA Philadelphia, PA 19103 | | | | | | $16,209.39 |
| Vista Staffing Solutions, Inc. #50834 File 50834 Los Angeles, CA 90074-0834 | | | | | | $14,300.00 |
| Command Health PO Box 844797 Dallas, TX 75284-4797 | | | | | | $13,209.13 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | Powell Valley Health Care, Inc. | | Case number *(if known)* | 16-20326 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| WEATHERBY LOCUMS, INC.<br>PO Box 972633<br>Dallas, TX 75397-2633 | | | | | | $12,969.00 |
| ENTECH<br>7300 West Detroit Street<br>Chandler, AZ 85226 | | | | | | $12,292.00 |
| SYSCO FOOD SERVICES<br>PO Box 31198<br>Billings, MT 59107-1198 | | | | | | $11,461.95 |
| OWENS & MINOR<br>PO Box 841420<br>Dallas, TX 75284-1420 | | | | | | $8,201.14 |
| Toshiba Am Med Sys, Inc.<br>PO Box 91605<br>Chicago, IL 60693 | | | | | | $8,007.00 |
| AIRGAS USA, LLC<br>P.O. Box 676015<br>Dallas, TX 75267-6015 | | | | | | $7,753.10 |
| FUSION HEALTHCARE STAFFING<br>PO Box 1865<br>Sandy, UT 84091 | | | | | | $6,573.70 |
| PHILIPS HC INFORMATICS<br>PO Box 403831<br>Atlanta, GA 30384-3831 | | | | | | $5,037.00 |
| They Improv, LLC<br>17275 Collins Ave, #401<br>North Miami Beach, FL 33160 | | | | | | $4,500.00 |
| West Park Hospital<br>ATTN: MELISSA WASSINK<br>707 Sheridan Avenue<br>Cody, WY 82414 | | | | | | $4,331.55 |
| SIEMANS HLTHCR DIAG, INC.<br>PO Box 121102<br>Dallas, TX 75312-1102 | | | | | | $4,250.39 |

| Debtor | Powell Valley Health Care, Inc. | | Case number *(if known)* | 16-20326 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HEALTH TECH MGMNT (HTMS)<br>5110 Maryland Way<br>Suite 200<br>Brentwood, TN 37027 | | | | | | $3,907.87 |
| NOVA BIOMEDICAL CORPORTION<br>PO Box 983115<br>Boston, MA 02298-3115 | | | | | | $3,794.20 |
| Personal Injury Tort Claimants 1-25<br>c/o Their counsel identified on Exhibit 1 attached hereto. | | | | | | Unknown |