| **EXHIBIT 1** | |
|---|---|
| Spence Law Firm, LLC<br>Attn: Robert Krause<br>P.O. Box 548 or 15 South Jackson St.<br>Jackson , WY 83001 | Burg, Simpson, Kepler & Edwards<br>Attn: William L. Simpson<br>1135 14th St.<br>Cody WY 82414 |
| Moyers Law, P.C.<br>Attn: Jon M. Moyers<br>490 N 31st St, Suite 101<br>Billings, MT 59101 | Hallman Hunt & Mickelson, P.C.<br>Attn: Georgia Antley Hunt<br>PO Box 469<br>Greybull, WY 82426 |
| William R. Fix<br>350 E Broadway,<br>PO Box 297<br>Jackson 83001 | Wind River Law Center<br>Attn: Cynthia Van Fleet<br>202 S 6th St E,<br>Riverton, WY 82501 |
| The Law Offices of Collin Hopkins, P.C.<br>Attn: Collin C. Hopkins<br>705 E. Washington Ave.<br>Riverton, WY 82501 | |