**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Powell Valley Health Care, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF WYOMING |
| Case number (if known) | **16-20326** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:  Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | **$2,170.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Bank of Wyoming** | **General Checking Account (Balance as of 04/30/16)** | 7301 | $25,000.00 |
| 3.2. | **First Bank of Wyoming** | **Payroll Checking Account** | 4501 | $660.77 |
| 3.3. | **First Bank of Wyoming** | **EBMS (employee health insurance) Checking Account (Balance as of 04/30/16)** | 6301 | $107,137.37 |
| 3.4. | **First Bank of Wyoming** | **Flex Spending Benefit Checking Account (Balance as of 04/31/16)** | 3101 | $9,843.89 |
| 3.5. | **Bank of the West** | **Nursing Home Resident Trust Checking Account (Balance as of 04/31/16)** | 2088 | $9,306.03 |

Debtor **Powell Valley Health Care, Inc.**　　　　　Case number *(If known)* **16-20326**
　　　　Name

| | | | | |
|---|---|---|---|---|
| 3.6. | **First Bank of Wyoming** | **Employee Benefit Jeans Day Donations Checking Account (Balance as of 04/31/16)** | 5601 | $50.00 |
| 3.7. | **First Bank of Wyoming** | **Pension Transfer Checking Account (Balance as of 04/31/16)** | 7901 | $65,577.17 |
| 3.8. | **First Bank of Wyoming** | **General Checking - Sweep (Balance as of 04/30/16)** | 7307 | $3,844,766.61 |
| 3.9. | **Bank of South Carolina** | | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**　　　　　　　　　　　　　　　　　　　　　　　　　　$4,064,511.84
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

Part 2: **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | | | |
   |---|---|---|
   | 7.1. | **Town Mailer - Postage deposit for mailing of patient statements.** | $1,000.00 |
   | 7.2. | **Security deposit for apartment (Jason Sleep)** | $575.00 |
   | 7.3. | **Security deposit for apartment (RealEstate Connection)** | $525.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   | | | |
   |---|---|---|
   | 8.1. | **Service Contract - ISC Inc. (dba Venture Technologies)** | $8,025.00 |
   | 8.2. | **Service Contract - National Research Corp (Quarterly Payment)** | $5,747.70 |
   | 8.3. | **Service Contract - Imprivata (Single sign on)** | $2,061.24 |

| Debtor | **Powell Valley Health Care, Inc.** | Case number *(If known)* **16-20326** |
|---|---|---|
| | Name | |

| | | |
|---|---|---:|
| 8.4. | **Service Contract - Am. Proficiency Ins.** | $4,872.43 |
| 8.5. | **Service Contract - 3M (Software service contract - year 4 of 5)** | $7,921.52 |
| 8.6. | **Service Contract - 3M (Software service contract ICD-10 Educ Program)** | $4,455.29 |
| 8.7. | **Service Contract - Up To Date (online subscriptions)** | $9,947.68 |
| 8.8. | **Service Contract - QSI Quaility Systems (provider license)** | $9,429.44 |
| 8.9. | **Service Contract - QSI Quality Systems** | $6,053.32 |
| 8.10. | **Service Contract - Hologic Mammography 15 (Mo Extended Warranty)** | $28,812.67 |
| 8.11. | **Service Contract - Philips Medical Systems** | $5,611.87 |
| 8.12. | **Service Contract - DMS Maint contract Philips PCR Eleva S PO 7458** | $1,440.44 |
| 8.13. | **Service Contract - GE Healthcare** | $1,090.02 |
| 8.14. | **Service Contract - QSI Nextgen eLearning Licenses** | $1,724.79 |
| 8.15. | **Service Contract - De Lage Landen Financial (Microsoft)(3 yrs payable quarterly)** | $14,134.44 |
| 8.16. | **Service Contract - Philips Healthcare** | $3,693.32 |
| 8.17. | **Service Contract - MCG CareWeb Year 4 of 5** | $4,406.39 |

| Debtor | **Powell Valley Health Care, Inc.** | Case number *(If known)* **16-20326** |
|---|---|---|
| | Name | |

| | | |
|---|---|---:|
| 8.18. | **Service Contract - HealthTech Clarity Safety Portal** | $3,750.00 |
| 8.19. | **Service Contract - Minda Eye Tech - (began amort 12/01/15)** | $128,333.30 |
| 8.20. | **Service Contract - ScottCare - TeleRehab Service Agreement** | $2,552.72 |
| 8.21. | **Service Contract - Sysmex American** | $11,695.93 |
| 8.22. | **Service Contract - It's Never Too Late** | $1,458.33 |
| 8.23. | **Service Contract - AM Biomedical Group** | $2,402.49 |
| 8.24. | **Service Contract - Clinical Drug (fka Wolders Kluwer)** | $2,525.44 |
| 8.25. | **Service Contract - CDW-Government** | $2,391.70 |
| 8.26. | **Service Contract - Fire Starter Publishing - LEM Subscription** | $11,605.00 |
| 8.27. | **Service Contract - Drager Medical (Support for ventilator V500)** | $3,121.33 |
| 8.28. | **Service Contract - Clinical Computer (OBIX service contract - 5 year beginning 3/1/16)** | $9,878.34 |
| 8.29. | **Insurance - USI Insurance Wyoming Commercial Property** | $13,258.77 |
| 8.30. | **Insurance - USI Wyoming - D & O Liablity** | $2,166.28 |
| 8.31. | **Insurance - USI Insurance Wyoming Business Auto/Ambulances** | $2,144.53 |

| Debtor | **Powell Valley Health Care, Inc.** | Case number *(If known)* **16-20326** |
|---|---|---|
| | Name | |

| | 8.32. | **Insurance - USI Insurance Wyoming Cyber Media Liability** | **$3,952.90** |
|---|---|---|---|
| | 8.33. | **Insurance - UMIA Insurance Inc (Hospital Professional Liability)** | **$160,302.04** |
| | 8.34. | **Travelers Insurance - Time Crime Policy** | **$1,646.25** |
| | 8.35. | **Insurance - Liberty Mutual Business Auto (begins August)** | **$2,127.00** |
| | 8.36. | **Dues - Wyoming Hospital Association** | **$25,434.64** |
| | 8.37. | **Dues - Leading Age Wyoming** | **$5,126.26** |

9.  **Total of Part 2.**                                                                                                                **$517,400.81**
    Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:      **9,757,464.97**   -   **3,049,785.00**   = ....   **$6,707,679.97**
                                         face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:         **7,882,744.00**   -   **6,029,053.00**   =....    **$1,853,691.00**
                                         face amount          doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                                                                **$8,561,370.97**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

Debtor **Powell Valley Health Care, Inc.**  Case number *(If known)* **16-20326**
Name

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |
| **General Inventory** | | $34,169.35 | | Unknown |
| **Clinic** | | $7,163.99 | | Unknown |
| **DME** | | $18,705.77 | | Unknown |
| **Heartland** | | $3,278.89 | | Unknown |
| **Central Service** | | $127,672.93 | | Unknown |
| **Dietary** | | $12,811.46 | | Unknown |
| **Surgery** | | $196,337.64 | | Unknown |
| **Pharmacy** | | $306,884.09 | | Unknown |
| **Laboratory** | | $26,737.49 | | Unknown |
| **Radiology** | | $6,714.41 | | Unknown |
| **Med/Surg/Obstetrics** | | $2,756.41 | | Unknown |

23. **Total of Part 5.**                                                                                                          **$0.00**

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Debtor | **Powell Valley Health Care, Inc.** | Case number *(If known)* **16-20326** |
|---|---|---|
| | Name | |

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2001 Chevy Lumina** | $0.00 | Straight Line | $1,000.00 |
| 47.2. | **2001 Chevy Astro Van (ALF)** | $0.00 | Straight Line | $3,400.00 |
| 47.3. | **2008 Toyota Carolla** | $0.00 | Straight Line | $4,500.00 |
| 47.4. | **Tractor - John Deer** | $5,512.50 | Straight Line | $5,512.50 |
| 47.5. | **Chevy Impala** | $2,018.70 | Straight Line | $16,150.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Equipment: NextGen project (computer system); Wyoming state immunization registry); Hospital equipment; HHA equipment (Copier - Cannon IR2); Clinic Equipment; Heartland Equipment (Van listed with automobiles)**                            $2,203,469.68                                  Unknown

51. **Total of Part 8.**                                                                                                         **$30,562.50**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                         page 7

| Debtor | **Powell Valley Health Care, Inc.** | Case number *(If known)* **16-20326** |
|---|---|---|
| | Name | |

☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **Offsite Business Office - Location: 428 Alan Road, Powell, WY 82435** | **Leasehold Interest** | **Unknown** | | **Unknown** |
| 55.2. | **North Platte Physical Therapy - Location: 469 South Mountain View Street, Suite 2, Powell, WY 82435** | **Leasehold Interest** | **Unknown** | | **Unknown** |
| 55.3. | **Care Center - ICF long term care - Location: 777 Avenue H, Powell, WY 82435** | **Leasehold Interest** | **Unknown** | | **Unknown** |
| 55.4. | **Powell Valley Healtcare/Hospital - Location: 777 Avenue H, Powell, WY 82435** | **Leasehold Interest** | **Unknown** | | **Unknown** |
| 55.5. | **Medical Office Building - Location: 777 Avenue H, Powell, WY 82435** | **Leasehold Interest** | **Unknown** | | **Unknown** |
| 55.6. | **Clinic Building A - Location: 450 Mountain View Street, Powell, WY 82435** | **Leasehold Interest** | **Unknown** | | **Unknown** |

| Debtor | **Powell Valley Health Care, Inc.** | | Case number *(If known)* **16-20326** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.7. | **Clinic Building B - Location: 450 Mountain View Street, Powell, WY 82435** | **Leasehold Interest** | **Unknown** | | **Unknown** |
| 55.8. | **Clinic Building C - Location: 450 Mountain View Street, Powell, WY 802435** | **Leasehold Interest** | **Unknown** | | **Unknown** |
| 55.9. | **Information Technology offices - Location: 449 Mountain View Street, Powell, WY 82435** | **Leashold Interest** | **Unknown** | | **Unknown** |
| 55.10. | **Heartland Assisted Living Facility - Location: 639 Avenue H, Powell, WY 82435** | **Leasehold Interest** | **Unknown** | | **Unknown** |

56. **Total of Part 9.**                                                                                                       **$0.00**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **Hospital web site www.pvhc.org (registered thru GoDaddy for four years at a cost of $64.68 which began 01/01/2016)** | **$61.68** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |

| Debtor | **Powell Valley Health Care, Inc.** | Case number *(If known)* **16-20326** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 64. | **Other intangibles, or intellectual property** | |
| 65. | **Goodwill** | |
| 66. | **Total of Part 10.** | **$0.00** |
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

   **Current value of debtor's interest**

| | | |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **Causes of action against 3rd parties** | **Unknown** |
| | Nature of claim   **Bad Faith, etc.** | |
| | Amount requested   **$0.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Debtor | **Powell Valley Health Care, Inc.** | Case number *(If known)* **16-20326** |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,064,511.84 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $517,400.81 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $8,561,370.97 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $30,562.50 | |
| 88. | **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $13,173,846.12    + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $13,173,846.12 |