**Fill in this information to identify the case:**

Debtor name: **Powell Valley Health Care, Inc.**

United States Bankruptcy Court for the: DISTRICT OF WYOMING

Case number (if known): 16-20326

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................. $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................... $ **13,173,846.12**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................. $ **13,173,846.12**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **1,287,225.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ **351,301.46**

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b                                                                                                       $ **1,638,526.46**