| | |
|---|---|
| **EXHIBIT B**<br>**SOFA Part 3: Line 7**<br>**Legal Actions, Administrative Proceedings, Etc.** ||
| **1** ||
| Case: | *Susan Stambaugh and Scott Stambaugh v. Healthtech Management Services, Inc., Powell Hospital District, and Powell Valley Healthcare, Inc.; Susan Stambaugh and Scott Stambaugh v. Jeffery Hansen, MD., and Powell Valley Healthcare, Inc.; and Powell Hospital District.* |
| Case Number: | 27758; 27818 (Cases Consolidated); Wyoming District Court, Fifth Judicial District, Park County, Wyoming |
| **2** ||
| Case: | *Veronica Sommerville and William Sommerville, individually and as parents and natural guardians of their minor child, A.L.S. v. Healthtech Management Services, Inc., Jeffery Hansen, MD., and Powell Valley Healthcare, Inc.* |
| Case Number: | 27813; Wyoming District Court, Fifth Judicial District, Park County, Wyoming |
| **3** ||
| Case: | *Lynn Snell and Janet Snell v. Healthtech Management Services, Inc., William D. Patten, Jeffery Hansen, MD., and Powell Valley Healthcare, Inc.* |
| Case Number: | 27805; Wyoming District Court, Fifth Judicial District, Park County, Wyoming |
| **4** ||
| Case: | *Michelle Oliver v. Healthtech Management Services, Inc., William D. Patten, Jeffery Hansen, MD., and Powell Valley Healthcare, Inc.* |
| Case Number: | 28035; Wyoming District Court, Fifth Judicial District, Park County, Wyoming |
| **5** ||
| Case: | *Joetta Johnson v. Healthtech Management Services, Inc., Jeffery* |

|  |  |
|---|---|
|  | Hansen, MD., and Powell Valley Healthcare, Inc. |
| Case Number: | 27821; Wyoming District Court, Fifth Judicial District, Park County, Wyoming |
| **6** ||
| Case: | *Shane Wilson and Jayme Wilson v. Powell Valley Healthcare, Inc.; Powell Hospital District No. 1 d/b/a Powell Valley Hospital; Dr. Jeffrey Hansen, and John Does 1 through 10.* |
| Case Number: | 28050; Wyoming District Court, Fifth Judicial District, Park County, Wyoming |
| **7** ||
| Case: | *Brinkerhoff v Healthech, Patten, Hansen, and PVH, Inc.* |
| Case Number: | 27946; Wyoming District Court, Fifth Judicial District, Park County, Wyoming |
| **8** ||
| Case: | *Peggi Jo Werbelow v. Powell Valley Healthcare, Inc., Jeffrey Hansen, MD., Powell Hospital District No. 1; d/b/a Powell Valley Clinic, Powell Valley Healthcare, and Powell Valley Hospital* |
| Case Number: | 28031; Wyoming District Court, Fifth Judicial District, Park County, Wyoming |
| **9** ||
| Case: | *Anthony DiPilla and Laurie DiPilla v. Healthtech Management Services, Inc., William Patten, Jeffery Hansen, MD., and Powell Valley Healthcare, Inc.* |
| Case Number: | 27821; Wyoming District Court, Fifth Judicial District, Park County, Wyoming.  Complaint we have is Case # 27947. |
| **10** ||
| Case: | *Martha McMillen and Richard McMillan v. Healthtech Management Services, Inc., William D. Patten, Jeffery Hansen, MD., and Powell Valley Healthcare, Inc.* |
| Case Number: | 27948; Wyoming District Court, Fifth Judicial District, Park County, Wyoming |
| **11** ||

| Case: | *Nathaniel Bates, individually and as the parent and natural guardian of I.S.B., and Sheena Bates, individually and as the parent and natural guardian of I.s.B. v. Healthtech Management Services, Inc., Jeffery Hansen, MD., and Powell Valley Healthcare, Inc.* |
|---|---|
| Case Number: | 15-36; Wyoming Medical Review Panel |
| **12** | |
| Case: | *Mark Bonamarte v. Powell Valley Healthcare, Inc., Powell Valley Hospital, Powell Valley Hospital District No. 1, and Jeffery Hansen, MD.* |
| Case Number: | 15-52; Wyoming Medical Review Panel |
| **13** | |
| Case: | *Nancy Crawford and Earl Crawford v. Powell Valley Healthcare, Inc., Jeffery Hansen, MD., and Healthtech Management Services, Inc.* |
| Case Number: | 15-47; Wyoming Medical Review Panel<br>District Court Park County # 28199 |
| **14** | |
| Case: | *Nancy Heiser and Larry Heiser v. Powell Valley He alth care, Inc., Jeffrey Hansen, MD., and Healthtech Management Services, Inc.* |
| Case Number: | 15-46; Wyoming Medical Review Panel<br>Civil Case No. 28198; Park County District Court - WY |
| **15** | |
| Case: | *Kalan Nicholson v. Powell Valley Healthcare, Inc., Jeffery Hansen, MD., and Healthtech Management Services, Inc.* |
| Case Number: | 15-44; Wyoming Medical Review Panel |
| **16** | |
| Case: | *Darcy Ronne v. Powell Valley Healthcare, Inc., Jeffery Hansen, MD., and Healthtech Management Services, Inc.* |
| Case Number: | 15-38; Wyoming Medical Review Panel |
| **17** | |

| | |
|---|---|
| Case: | *Shannon Eller v. Jeffery Hansen, MD., and Powell Valley Healthcare, Inc.* |
| Case Number: | 28103; Wyoming District Court, Fifth Judicial District, Park County, Wyoming |
| **18** ||
| Case: | *Keela Meier and Brock Meier v. Jeffery Hansen, MD., and Powell Valley Healthcare, Inc.* |
| Case Number: | 28160; Wyoming District Court, Fifth Judicial District, Park County, Wyoming |
| **19** ||
| Case: | *Jody Sessions and Jerry Sessions v. Jeffery Hansen, MD., and Powell Valley Healthcare, Inc.* |
| Case Number: | 28161; Wyoming District Court, Fifth Judicial District, Park County, Wyoming |
| **20** ||
| Case: | *Sheryl Henderson and Darin Henderson v. Healthtech Management Services, Inc., William D. Patten, Jeffery Hansen, MD., and Powell Valley Healthcare, Inc.* |
| Case Number: | 28134; Wyoming District Court, Fifth Judicial District, Park County, Wyoming |
| **21** ||
| Case: | *Beverley Curtis v. John H. Schneider, Jr., M.D., Northern Rockies Neuro-Spine, LLC , West Park Hospital District d/b/a West Park Hospital, Powell Valley HealthCare, Inc., Powell Valley Hospital* |
| Case Number: | 27853, Wyoming District Court, Fifth Judicial District, Park County, Wyoming |
| **22** ||
| Case: | *In the Matter of the Claim of Susan Scott and Doug Scott v. Powell Valley Health Care and William Jarvis, M.D.* |
| Case Number: | 15-61; Medical Review Panel of the State of Wyoming |
| **23** ||

| | |
|---|---|
| Case: | *In the Matter of the Claim of Harry Allen Knopp and Jo Ann Knopp v. Powell Valley Health Care, Inc., Powell Valley Hospital District No. 1 d/b/a Powell Valley Hospital, John H. Schneider, Jr., M.D., and John Does 1 Through 10* |
| Case Number: | 14-42; Medical review Panel of the State of Wyoming |
| **24** | |
| Case: | *Aaron L. Harris and Glennda P. Harris v. Jeffrey Hansen, M.D. and Powell Valley Health Care, Inc.* |
| Case Number: | 27038, Wyoming District Court, Fifth Judicial District, Park County, Wyoming |
| **25** | |
| Case: | *Homeland Insurance Company of New York v. Powell Valley Hospital District, Powell Valley Health Care, Inc. HealthTech Management Services, Inc., Jeffrey Hansen, M.D., and William D. Patten*<br><br>And<br><br>*HealthTech Management Services, inc. and Bill Patten  v. UMIA Insurance, Inc. and Lexington Insurance Company*<br><br>And<br><br>*Powell Valley Hospital District and Powell Valley Health Care, Inc., and Jeffrey Hansen, M.D. v. UMIA Insurance, Inc. and Lexington Insurance Company* |
| Case Number: | 15-cv-31-J US District Court for the District of Wyoming |
| **26** | |
| Case: | *Kelly Hatcher v. Powell Valley Health Care, Inc., and Powell Hospital District* |
| Case Number: | Unknown (Notice of Claim) |