RANDY L. ROYAL
ATTORNEY AT LAW
P.O. BOX 551
GREYBULL, WY 82426
PHONE: 307-765-4433
WYOMING STATE BAR #5-1754

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| In Re: | ) | |
| --- | --- | --- |
| POWELL VALLEY HEALTH CARE, INC. | ) | |
| | ) | Case No. 16-20326 |
| | ) | |
| Debtor(s) | ) | |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned appears for and on behalf of the Matter of the Claim of Harry Allan Knopp and Jo Ann Knopp in the above-entitled matter, and hereby requests to be served with all pleadings, notices and settings pertaining to the above-entitled case.

DATED:    June 9, 2016

/s/ Randy L. Royal, Attorney at Law