RANDY L. ROYAL
ATTORNEY AT LAW
P.O. BOX 551
GREYBULL, WY 82426
PHONE: 307-765-4433
WYOMING STATE BAR #5-1754

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In Re: ) | |
|     POWELL VALLEY HEALTH CARE, INC. ) | |
| ) | Case No. 16-20326 |
| ) | |
| Debtor(s) ) | |

**JOINDER IN OPPOSITION TO DEBTOR'S MOTION TO ENFORCE SCOPE OF THE AUTOMATIC STAY, OR IN THE ALTERNATIVE, MOTION TO EXTEND AUTOMATIC STAY**

COME NOW Creditors, Shane Wilson and Jayme Wilson, Susan Scott and Doug Scott, Mark Bonamarte, Beverley Curtis and Harry Allan Knopp and Jo Ann Knopp, by and through their attorney, Randy L. Royal, and hereby object to the Debtor's Motion to Enforce Scope of the Automatic Stay, or in the Alternative, Motion to Extend Automatic Stay and join the Response of Nathaniel and Sheena Bates *individually and as the parents and natural guardians of* I.S.B., Jan and Bart Brinkerhoff, Nancy and Earl Crawford, Anthony and Laurie DiPilla, Shannon Eller, Nancy and Larry Heiser, Sheryl and Darin Henderson, Joetta Johnson, Kalan Nicholson, Martha and Richard McMillen, Keela and Brock Meier, Michelle Oliver, Darcy Ronne, Jody and Jerry Sessions, Lynn and Janet Snell, Veronica and William Sommerville, *individually and as the parents and natural guardians of* A.L.S.

DATED: June 9, 2016

/s/ Randy L. Royal, Attorney at Law

## CERTIFICATE OF SERVICE

I, Randy L. Royal, do hereby certify that a copy of the **JOINDER IN OPPOSITION TO DEBTOR'S MOTION TO ENFORCE SCOPE OF THE AUTOMATIC STAY, OR IN THE ALTERNATIVE, MOTION TO EXTEND AUTOMATIC STAY** was served on the following parties on June 9, 2016 as indicated below as well as the attached mailing list. The electronic notice will be done by the U.S. Bankruptcy Clerk.

**Via: United States Mail:**
Donald D. Allen
Markus Williams Young & Zimmermann, LLC
1700 Lincoln Street Suite 4550
Denver, CO 80203

Stryker Medical, a Division of Stryker Corporation
c/o Lori L. Purkey, Esq.
Purkey & Associates, P.L.C.
5050 Cascade Road, SE, Suite A
Grand Rapids, MI 49546

Chris C. Voigt
Crowley and Fleck, PLLP
P.O. Box 10700
Billings, MT 59103-2529
Attorney for Defendant Jeffrey Hansen, M.D.

Paul Kapp
George E. Powers, Jr.
Sundahl, Powers, Kapp & Martin, LLC
1725 Carey Avenue
P.O. Box 328
Cheyenne, Wyoming 82003
Attorneys for Defendant HealthTech
and William D. Patten

Judith Struder
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, Wyoming 82601
Attorney for Plaintiff Homeland
Insurance Company of New York

Charles E. Spevacek
Tiffany M. Brown
Meagher & Geer, PLLP
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
Attorneys for Plaintiff Homeland
Insurance Company of New York

Joanna R. Vilos
Holland and Hart LLP
P.O. Box 1347
Cheyenne, Wyoming 82003-1347
Attorney for Defendants HealthTech
Management Services, Inc. and
William D. Patten

Jose A. Ramirez
Holland and Hart LLP
8390 E. Crescent Parkway, Suite 400
Greenwood Village, Colorado 80111
Attorney for Defendants HealthTech
Management Services, Inc. and
William D. Patten

Julie Nye Tiedeken
McKellar, Tiedeken & Scoggin, LLC
P.O. Box 748
Cheyenne, Wyoming 82003-0748
Attorney for CounterClaim Defendant
UMIA Insurance, Inc.

John F. Sands
Sweetbaum Sands Anderson PC
1125 Seventeenth Street, Suite 2100
Denver, Colorado 80202
Attorney for CounterClaim Defendant
UMIA Insurance, Inc.

R. Jeff Carlisle
Catherine A. Naltsas
Farah Naz A. Namvar
Lynberg & Watkins, APC
888 South Figueroa Street, 16th Floor
Los Angeles, California 90012
Attorneys for Lexington Insurance
Company

Deborah M. Kellam
Hall & Evans, LLC
2015 Central Avenue, Suite C
Cheyenne, Wyoming 82001
Attorney for Lexington Insurance Company

W. Henry Combs, III
Andrew Sears
Murane & Bostwick, LLC
201 North Wolcott Street
Casper, Wyoming 82601
Attorneys for Defendant Jeffrey Hansen,
M.D.

Scott E. Ortiz
Brian J. Marvel
Williams Porter Day & Neville, P.C.
P.O. Box 10700
Casper, WY 82602
Attorneys for Pre-Petition Debtor

**Via: Electronic Notice:**
Greg C. Dyekman
Timothy L. Woznick
Bradley T. Hunsicker
Jennifer M. Salisbury
John F. Young
Daniel J. Morse, Assistant UST
Alan Motes, UST, Region 19

                                        /s/ Randy L. Royal, Attorney at Law

# MAILING MATRIX

| 20 Largest Unsecured Creditors ||
|---|---|
| McKesson Corp Bank of America<br>Lock Box LAC-057256 2706<br>Media Center Dr<br>Los Angeles, CA 90065 | COMPHEALTH<br>P.O. Box 972651<br>Dallas, TX 75397-2651 |
| MRI CONTRACT STAFFING, INC.<br>10 Penn Center 14th<br>FI-MRI CS TREA<br>Philadelphia, PA 19103 | Vista Staffing Solutions, Inc.<br>#50834<br>File 50834<br>Los Angeles, CA 90074-0834 |
| Command Health<br>PO Box 844797<br>Dallas, TX 75284-4797 | WEATHERBY LOCUMS, INC.<br>PO Box 972633<br>Dallas, TX 75397-2633 |
| ENTECH<br>7300 West Detroit Street<br>Chandler, AZ 85226 | SYSCO FOOD SERVICES<br>PO Box 31198<br>Billings, MT 59107-1198 |
| OWENS & MINOR<br>PO Box 841420<br>Dallas, TX 75284-1420 | Toshiba Am Med Sys, Inc.<br>PO Box 91605<br>Chicago, IL 60693 |
| AIRGAS USA, LLC<br>P.O. Box 676015<br>Dallas, TX 75267-6015 | FUSION HEALTHCARE STAFFING<br>PO Box 1865<br>Sandy, UT 84091 |
| PHILIPS HC INFORMATICS<br>PO Box 403831<br>Atlanta, GA 30384-3831 | They Improv, LLC<br>17275 Collins Ave, #401<br>North Miami Beach, FL 33160 |
| West Park Hospital<br>ATTN: MELISSA WASSINK<br>707 Sheridan Avenue<br>Cody, WY 82414 | SIEMANS HLTHCR DIAG, INC.<br>PO Box 121102<br>Dallas, TX 75312-1102 |
| HEALTH TECH MGMNT (HTMS)<br>5110 Maryland Way Suite 200<br>Brentwood, TN 37027 | NOVA BIOMEDICAL CORPORATION<br>PO Box 983115<br>Boston, MA 02298-3115 |
| Epiphany Healthcare Data Mgmt LLC<br>3000 E Boundry Terrace, Suite 2<br>Midlothian, VA 23112 | Powell Electric<br>PO Box 151<br>Powell, WY 82435 |
| Personal Injury Tort Claimants 1-25<br>c/o Their counsel identified below | |

| **Tort Claimants** ||
|---|---|
| Spence Law Firm, LLC<br>Attn: Robert Krause<br>P.O. Box 548 or 15 South Jackson St.<br>Jackson , WY 83001 | Burg, Simpson, Kepler & Edwards<br>Attn: William L. Simpson<br>1135 14th St.<br>Cody WY 82414 |
| Moyers Law, P.C.<br>Attn: Jon M. Moyers<br>490 N 31st St, Suite 101<br>Billings, MT 59101 | Hallman Hunt & Mickelson, P.C.<br>Attn: Georgia Antley Hunt<br>PO Box 469<br>Greybull, WY 82426 |
| William R. Fix<br>350 E Broadway,<br>PO Box 297<br>Jackson 83001 | Wind River Law Center<br>Attn: Cynthia Van Fleet<br>202 S 6th St E,<br>Riverton, WY 82501 |
| The Law Offices of Collin Hopkins, P.C.<br>Attn: Collin C. Hopkins<br>705 E. Washington Ave.<br>Riverton, WY 82501 ||
| **Secured Creditor** ||
| First Bank of Wyoming<br>245 East 1st<br>PO Box 907<br>Powell, WY 82435<br>(See Parties Who Have Entered Their Appearance) ||