Daniel J. Morse (WY Bar # 7-4770)
Assistant United States Trustee, District of Wyoming
PATRICK S. LAYNG
UNITED STATES TRUSTEE
REGION 19
308 West 21st Street, Room 203
Cheyenne, WY 82001
(307) 772-2793

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 16-20326 |
| Powell Valley Health Care, Inc. | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | |

**UNITED STATES TRUSTEE'S APPOINTMENT**
**OF UNSECURED CREDITORS COMMITTEE**

The United States Trustee hereby appoints the following persons to the Official Unsecured Creditors Committee in the case of Powell Valley Health Care, Inc.:

**1. Larry Heiser**
**2191 South Flat Road, Worland, WY 82401**
**307-347-3633 (O); 307-431-2467 (C)**
**E-Mail: larry@westernsagecpas.com**

   Counsel: Randy Royal
   Address: 524 5th Ave. South, PO Box 551, Greybull WY 82426
   Phone: 307-765-4433
   E-Mail Address: rlroyal@randylroyalpc.com

**2. Veronica Sommerville**
**943 Barley Ct., Powell, WY   82435**
**307-272-5670**
**E-Mail: ronnieskloset@gmail.com**

   Counsel: Randy Royal
   Address: 524 5th Ave. South, PO Box 551, Greybull WY 82426

1

      Phone: 307-765-4433
      E-Mail Address: rlroyal@randylroyalpc.com

\*\*\*Additional members may be added to the Committee at a future date.

Dated:   June 21, 2016        Respectfully submitted,
       PATRICK S. LAYNG
       UNITED STATES TRUSTEE

       /s/ Daniel J. Morse
       By: Daniel J. Morse, WY Bar # 7-4770
       Assistant U.S. Trustee, District of Wyoming
       U.S. Department of Justice
       308 West 21st Street, Room 203
       Cheyenne, WY 82001
       Direct Line: 307-772-2793
       Email: Daniel.J.Morse@USDOJ.GOV