Ethan J. Birnberg (#7-4761)
John C. Smiley (#5-2381)
ebirnberg@lindquist.com
jsmiley@lindquist.com
LINDQUIST & VENNUM LLP
600 17th Street, Suite 1800-S
Denver, Colorado 80202
Phone: (303) 573-5900
Facsimile: (303) 573-1956
*Counsel for HealthTech Management Services, Inc. and William D. Patten*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: ) | |
| ) | |
| POWELL VALLEY HEALTH CARE, INC., ) | Case No. 16-20326 |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

### JOINDER IN SUPPORT OF DEBTOR'S MOTION TO ENFORCE SCOPE OF THE AUTOMATIC STAY, OR IN THE ALTERNATIVE, MOTION TO EXTEND AUTOMATIC STAY

HealthTech Management Services, Inc. ("HealthTech") and William D. Patten ("Patten"), by and through counsel, for their Joinder in Support of Debtor's Motion to Enforce Scope of the Automatic Stay, or in the Alternative, to Extend Automatic Stay, state:

1. On May 24, 2016, Powell Valley Health Care, Inc. ("Debtor") filed its Motion to Enforce Scope of the Automatic Stay, or in the Alternative, to Extend Automatic Stay (the "Motion"). *See* Dkt. #60.

2. HealthTech and Patten hereby join in the Debtor's Motion, and believe that the circumstances of this case require that the automatic stay be extended under applicable law.

WHEREFORE, HealthTech and Patten respectfully request that the Court enter an order granting the Debtor's Motion.

1

Dated: June 28, 2016.　　　　　　　　　LINDQUIST & VENNUM LLP

By: */s/ Ethan Birnberg*
　　　Ethan J. Birnberg, #7-4761
　　　John C. Smiley, #5-2381
600 17th Street, Suite 1800 South
Denver, CO 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
Email: ebirnberg@lindquist.com
　　　　jsmiley@lindquist.com

*Counsel for HealthTech Management
Services, Inc. and William D. Patten*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2016, a true and correct copy of the foregoing **JOINDER IN SUPPORT OF DEBTOR'S MOTION TO ENFORCE SCOPE OF THE AUTOMATIC STAY, OR IN THE ALTERNATIVE, MOTION TO EXTEND AUTOMATIC STAY** was served electronically via the Court's CM/ECF notice system to the following parties:

James T. Burghardt     jim.burghardt@moyewhite.com, kim.maynes@moyewhite.com
•Chad S. Caby     ccaby@lrrlaw.com, kmeans@lrrlaw.com
•Brent R. Cohen     bcohen@lrrc.com, jlittle@lrrc.com
•Gregory C. Dyekman     greg.dyekman@draylaw.com, GCDWyo@aol.com;monica.lincoln@draylaw.com
•Bradley T Hunsicker     bhunsicker@markuswilliams.com, jtokuoka@markuswilliams.com;docket@markuswilliams.com
•Daniel J. Morse     daniel.j.morse@usdoj.gov
•George E. Powers     gpowers@spkm.org, lholman@spkm.org;atty@spkm.org;efile@spkm.org
•Randy L. Royal     rlroyal@randylroyalpc.com, WY03@ecfcbis.com;charlene@randylroyalpc.com;msanderton@randylroyalpc.com;receptionist@randylroyalpc.com
•Jennifer M. Salisbury     jsalisbury@markuswilliams.com, janderson@markuswilliams.com,docket@markuswilliams.com
•Julie Nye Tiedeken     jtiedeken@mtslegal.net
• US Trustee     USTPRegion19.cy.ecf@usdoj.gov
•Timothy L. Woznick     Tim.Woznick@draylaw.com, monica.lincoln@draylaw.com;polli.bryant@draylaw.com
•John F. Young     jyoung@markuswilliams.com, jtokuoka@markuswilliams.com

I further certify that on June 28, 2016, a true and correct copy of the foregoing **JOINDER IN SUPPORT OF DEBTOR'S MOTION TO ENFORCE SCOPE OF THE AUTOMATIC STAY, OR IN THE ALTERNATIVE, MOTION TO EXTEND AUTOMATIC STAY** was served via US mail, postage prepaid to the following parties:

Bradley T Hunsicker,
Markus Williams Young & Zimmermann LLC
106 East Lincolnway, Suite 300
Cheyenne, WY 82001
*Counsel for Debtor*

Randy L. Royal
P.O. Box 551
Greybull, WY 82426
*Counsel for Objectors*

                                                  */s/ Brandon Blessing*
                                                    Brandon Blessing

DOCS-#5270533-v1