Brent R. Cohen, Wyo. Reg. No. 5-2008
Chad S. Caby, Wyo. Reg. No. 7-5457
LEWIS ROCA ROTHGERBER CHRISTIE LLP
1200 17th Street, Suite 3000
Denver, CO  80202-5855
Tel:     303.623.9000
Fax:    303.623.9222
Email:  bcohen@lrrc.com
            ccaby@lrrc.com

*Attorneys for Powell Hospital District*

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: | ) |
| | ) Case No. 16-20326 |
| POWELL VALLEY HEALTH CARE, INC., | ) |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) |

### JOINDER TO DEBTOR'S MOTION TO ENFORCE SCOPE OF THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, MOTION TO EXTEND AUTOMATIC STAY AND NOTICE OF OPPORTUNITY TO OBJECT FILED BY POWELL HOSPITAL DISTRICT

Powell Hospital District (the "District"), by and through its undersigned counsel, Lewis Roca Rothgerber Christie LLP, hereby files its Joinder to Debtor's Motion to Enforce Scope of the Automatic Stay or, in the Alternative, Motion to Extend Automatic Stay and Notice of Opportunity to Objection  (the "Joinder") and states as follows:

### BACKGROUND

1. On May 16, 2016 (the "Petition Date"), Powell Valley Health Care, Inc. ("PVHC" or the "Debtor") filed a Voluntary Petition for relief under Chapter 11 of Title 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") with the U.S. Bankruptcy Court for the District of Wyoming (the "Court").

2. Thereafter, on May 24, 2016, the Debtor filed its Motion to Enforce Scope of the Automatic Stay, or in the Alternative, Motion to Extend Automatic Stay and Notice of Opportunity to Objection (Docket No. 60) (the "Motion to Extend Stay").

3. A Response in Opposition to Debtor's Motion to Enforce Scope of the Automatic Stay, or in the Alternative, Motion to Extend Automatic Stay was filed by creditors Nathaniel and Sheena Bates, Jan and Bart Brinkerhoff, Nancy and Earl Crawford, Anthony and Laurie DiPilla, Shannon Eller, Nancy and Larry Heiser, Sheryl and Darin Henderson, Joetta Johnson, Kalan Nicholson, Martha and Richard McMillen, Keela and Brock Meier, Michelle Oliver, Darcy Ronne, Jody and Jerry Sessions, Lynn and Janet Snell, and Veronica and William Sommerville (collectively, the "Creditors") (Docket No. 130) (the "Response"). The Response has been joined by other similarly situated creditors (Docket No. 132).

4. For the reasons set forth in the Motion to Extend Stay and as otherwise set forth below, the District joins in the Debtor's Motion to Extend Stay and requests the Court approve the same as it applies to the District.

**JOINDER IN THE DEBTOR'S MOTION TO EXTEND STAY**

5. The Debtor sets forth ample justification for why the Motion to Extend Stay should be approved under the "unusual circumstances" of this case. In addition to the arguments set forth in the Motion to Extend Stay, the District further states additional grounds for approving the Motion to Extend Stay as set forth below.

6. In the Response, it appears that the Creditors may only take issue with regard to the automatic stay being extended as to parties other than the District. *See, e.g., Response*, p. 16 ("Staying Creditors' claims against Dr. Hansen, Health Tech and Mr. Patten will only delay the

Case 16-20326   Doc 176   Filed 06/30/16   Entered 06/30/16 16:48:46   Desc Main
Document      Page 3 of 6

opportunity for Creditors to recover for their injuries . . . ."). If indeed this is accurate, there appears to be no objection to extending the automatic stay to the District.

7. Furthermore, as set forth in the Motion to Extend Stay, the Debtor "shall indemnify and hold harmless the DISTRICT against all claims, liability, loss or damages whatsoever on account of any loss, injury, death, or damage arising by reason of the negligence or misconduct of PVHC." *Motion to Extend Stay*, p. 2, ¶ 3. In essence, by virtue of the indemnification provision cited in the Debtor's Motion to Extend Stay, any judgment entered against the District, to the extent the District is implicated in the various state court proceedings, will trigger the indemnification obligation between the Debtor and the District. *See In re W.R. Grace & Co.*, 2004 WL 954772 (Bankr. D. Del. Apr. 29, 2004) (holding that "a judgment against [a third-party] will be, in effect, a judgment against Debtor[]."); *see also In re Calpine Corp.*, 2007 WL 1302604 (Bankr. S.D.N.Y. Apr. 30, 2007) (citing *Teachers Ins. & Annuity Ass'n v. Butler*, 803 F.2d 61, 65 (2d Cir. 1986) (affirming bankruptcy court's order extending stay to non-debtors because "it contributes to the debtor's efforts to achieve rehabilitation."); *MacArthur Co. v. Johns–Manville Corp.*, 837 F.2d 89, 93 (2d Cir. 1988); *Gucci Am., Inc. v. Duty Free Apparel, Ltd.*, 328 F.Supp.2d 439, 441–442 (S.D.N.Y. 2004) (where a particular action against the non-debtor party threatens to adversely affect the debtor's reorganization efforts, courts are willing to extend section 362(a)'s coverage accordingly); *In re Chateaugay*, 93 B.R. 26, 30 (S.D.N.Y. 1988) (acknowledging bankruptcy court's authority to extend a stay pursuant to its injunctive power under section 105, despite the inapplicability of the automatic stay provision under 11 U.S.C. § 362); *In re Neuman*, 71 B.R. 567, 571 (S.D.N.Y. 1987) (same); *In re Ionosphere Clubs, Inc*. 111 B.R. 423, 434 (Bankr. S.D.N.Y. 1990), or when "a claim against the non-debtor will have an immediate adverse economic consequence for the debtor's estate." *See Queenie,*

*Ltd. v. Nygard Int'l*, 321 F.3d 282, 287 (2d Cir. 2003); *In re Gucci*, 126 F.3d 380, 392 (2d Cir. 1997) ("an action taken against a non-debtor which would inevitably have an adverse impact upon property of the estate must be barred by the automatic stay provision."); *A.H. Robins Co. v. Piccinin*, 788 F.2d 994, 999 (4th Cir.), *cert. denied*, 479 U.S. 876 (1986) (Section 362(a)(1) applies to non-bankruptcy parties "when there is such identity between the debtor and the third-party defendant that the debtor may be said to be the real party defendant and that a judgment against the third-party defendant will in effect be a judgment against the debtor); *In re W.R. Grace & Co*. 2004 WL 954772, 2 (Bankr. D. Del. April 29, 2004) ("the automatic stay has generally been extended to the unusual situation where an action against one party is essentially an action against the bankruptcy debtor, as in the case where a third-party is entitled to indemnification by the debtor for any judgment taken against it.")).  Accordingly, the automatic stay should be extended to the District in this highly unusual case.

8. While reserving all of its rights with regard to this Joinder and any other or additional arguments, for all of the reasons set forth in the Motion to Extend Stay, which are incorporated as if wholly set forth herein, as well as the reasons set forth in this Joinder, the District supports and joins in the Debtor's Motion to Extend Stay.

WHEREFORE, Powell Hospital District respectfully joins in the Debtor's Motion to Extend Stay and requests that the Court approve the same, and further requests such other and further relief as may be just and proper under the circumstances.

Respectfully submitted this 30th day of June, 2016.

                                      LEWIS ROCA ROTHGERBER CHRISTIE LLP

                                      *s/ Chad S. Caby*
                                      Brent R. Cohen, Wyo. Reg. No. 5-2008
                                      Chad S. Caby, Wyo. Reg. No. 7-5457
                                      1200 17th Street, Suite 3000
                                      Denver, CO 80202-5855
                                      Phone: 303.623.9000
                                      Fax: 303.623.9222
                                      Email: bcohen@lrrc.com
                                                      ccaby@lrrc.com

                                      *Attorneys for Powell Hospital District*

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that, on June 30, 2016, a true and correct copy of **JOINDER TO DEBTOR'S MOTION TO ENFORCE SCOPE OF THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, MOTION TO EXTEND AUTOMATIC STAY AND NOTICE OF OPPORTUNITY TO OBJECT FILED BY POWELL HOSPITAL DISTRICT** was mailed by depositing same in the United States mail, first-class postage prepaid, addressed to the CM/ECF registered attorneys and parties in interest at the addresses of record on the Court's electronic database as of the date of service of the above. See attached Service List.

                                      *s/ Kimberly Means*
                                      OF: LEWIS ROCA ROTHGERBER CHRISTIE LLP

```
Label Matrix for local noticing          Donald D. Allen                          Ethan J. Birnberg
1089-2                                   Markus Williams Young & Zimmermann, LLC  Lindquist & Vennum P.L.L.P.
Case 16-20326                            1700 Lincoln Street Suite 4550           600 17th Street Suite 1800 South
District of Wyoming                      Denver, CO 80203-4509                    Denver, CO 80202-5402
Cheyenne
Thu Jun 30 16:39:16 MDT 2016

(c)JAMES T. BURGHARDT                    Chad S. Caby                             Brent R. Cohen
MOYE WHITE LLP                           Lewis Roca Rothgerber LLP                Lewis Roca Rothgerber Christie LLP
1400 16TH ST STE 600                     1200 17th Street, Suite 3000             1200 17th Street, Suite 3000
DENVER CO  80202-1486                    Denver, CO 80202-5855                    Denver, CO 80202-5855


Jamie Cotter                             Gregory C. Dyekman                       Bradley T Hunsicker
Spencer Fane Britt & Browne              Dray, Dyekman, Reed & Healey, P.C.       Markus Williams Young & Zimmermann LLC
1700 Lincoln St., Suite 2000             204 East 22nd Street                     106 East Lincolnway, Suite 300
Denver, CO 80203-4554                    Cheyenne, WY 82001-3799                  Cheyenne, WY 82001-4535


Markus Williams Young & Zimmermann LLC   Daniel J. Morse                          Alan Motes
106 East Lincolnway, Suite 300           Assistant U.S. Trustee                   United States Trustee, Region 19
Cheyenne, WY 82001-4535                  308 West 21st Street, Room 203           Byron G. Rogers Federal Building
                                         Cheyenne, WY 82001-3669                  1961 Stout Street, Suite 12-200
                                                                                  Denver, CO 80294-6004


Philip A. Pearlman                       Powell Valley Health Care, Inc.          George E. Powers Jr.
Spencer Fane Britt & Browne LLP          777 Avenue H                             1725 Carey Avenue
1700 Lincoln St., Suite 2000             Powell, WY 82435-2260                    PO Box 328
Denver, CO 80203-4554                                                             Cheyenne, WY 82003-0328


Randy L. Royal                           Jennifer M. Salisbury                    Daniel R. Schimizzi
P.O. Box 551                             Markus Williams Young & Zimmermann LLC   Bernstien-Burkley, P.C.
524 5th Ave. S.                          1700 Lincoln Street, #4550               707 Grant Street, Suite 2200
Greybull, WY 82426-2322                  Denver, CO 80203-4509                    Gulf Tower
                                                                                  Pittsburgh, PA 15219-1945


John C. Smiley                           Timothy M Swanson                        Julie Nye Tiedeken
Lindquist & Vennum P.L.L.P               Moye White LLP                           McKellar, Tiedeken & Scoggin, LLC
600 17th Street                          1400 16th Street                         702 Randall Avenue
Suite 1800 South                         Denver, CO 80202-1486                    P.O. Box 748
Denver, CO 80202-5402                                                             Cheyenne, WY 82003-0748


US Trustee                               Timothy L. Woznick                       John F. Young
308 West 21st Street, 2nd Floor          Dray, Dyekman, Reed & Healey, P.C.       Markus Williams Young & Zimmermann LLC
Cheyenne, WY 82001-3669                  204 East 22nd Street                     1700 Lincoln Street Suite 4000
                                         Cheyenne, WY 82001-3799                  Denver, CO 80203-4540
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
James T. Burghardt                       End of Label Matrix
Moye White LLP                           Mailable recipients    23
1400 16th St., 6th Floor                 Bypassed recipients     0
Denver, CO 80202                         Total                  23
```