Jamie N. Cotter (Wyoming Bar No. 74721)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: (303) 839-3800
Facsimile: (303) 839-3838
jcotter@spencerfane.com
*Proposed Counsel to Official Committee of
Unsecured Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **In Re:** ) | **Chapter 11** |
| ) | **Case No. 16-20326** |
| **POWELL VALLEY HEALTH CARE, INC.,** ) | |
| ) | |
| **Debtor-in-possession.** ) | |

### OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OBJECTION AND RESERVATION OF RIGHTS REGARDING DEBTOR'S MOTION TO ENFORCE SCOPE OF THE AUTOMATIC STAY, OR IN THE ALTERNATIVE, MOTION TO EXTEND AUTOMATIC STAY AND NOTICE OF OPPORTUNITY TO OBJECT

The Official Committee of Unsecured Creditors (the "Committee"), for its Objection and Reservation of Rights Regarding the Debtor Powell Valley Health Care, Inc.'s ("Debtor"), Motion to Enforce Scope of the Automatic Stay, or in the Alternative, Motion to Extend Automatic Stay and Notice of Opportunity to Object (the "Motion") [Doc. 60], states as follows:

1.   Debtor filed its Motion asking this Court to enforce the automatic stay against non-debtors in 20 civil lawsuits pending against Debtor and non-Debtor co-defendants, each of which arises out of the alleged malpractice of Dr. Hansen, who was employed by Debtor (collectively, the "Lawsuits"). In the alternative, Debtor asks the Court to extend the automatic stay against Debtor and non-Debtor co-defendants in the Lawsuits (the "Stay").

2.   Debtor has effectively asked this Court to issue a preliminary injunction staying all of the Lawsuits pending resolution of this bankruptcy case. Debtor made its request through its Motion, rather than through an adversary proceeding.

3. The United States Trustee appointed the Committee on June 21, 2016. Undersigned counsel entered her appearance as proposed counsel for the Committee on June 30, 2016.

4. The tort claimants are the fulcrum creditors in this case. While the Debtor's described mission in its pleadings is a good one, Chapter 11 involves a new mission—to pay its creditors in a fair and equitable process.

5. The Committee has just only been appointed and requires a short window to get up to speed on this case. Notwithstanding the same, the Committee generally agrees with the Debtor that an organized, methodical and global process is better for all parties including the tort claimants, and the Committee stands ready to work with the Debtor to establish such a process.

6. The Committee points out that certain of the joinder parties (HealthTech and Patten) are alleged to be the very entities that engaged Dr. Hansen and then, among other things, failed to supervise him or timely take any action with respect to his malpractice—so their status as "creditors" entitled to a substantial say in the matter is dubious at best.

7. As to the District, there should likewise be no misunderstanding that the Debtor is merely an instrumentality of the District—created by it—under Wyoming law and so its status as a "creditor" entitled to indemnification and substantial protections is likewise dubious (and, for the record, the Committee objects to any stay at this time being applied to the District as suggested in the District's Joinder, and the Committee's position will be that the District must be included as a party in any global liability resolution process).

8. The Committee has agreed with the Debtor, however, subject to a reservation of all rights, to an extension of the current hearing date on this Motion, to give the Committee and its counsel sufficient time to investigate this matter and discuss these issues with Debtor and

other responsible parties, such as the District, HealthTech and Patten, and believes that such extension is in the best interest of all parties, including its creditor constituency.[1]

9. The Committee reserves all rights to object to any Stay once it has had an opportunity to investigate this matter, including, but not limited to, the current request which has no temporal limitation and is not a part of a larger global resolution process. The Committee specifically reserves its right to object to the fact that Debtor's request was made by its Motion rather than through an adversary proceeding.

WHEREFORE, the Committee objects and reserves its rights to further object to the Motion, but, as heretofore stated, agrees to an extension of time for said Motion to be heard, and for other and further relief as appropriate.

Respectfully submitted,

SPENCER FANE LLP

/s/ Jamie N. Cotter
_____

| | |
|---|---|
| Jamie N. Cotter | WY #74721 |
| Philip A. Pearlman | CO #11426 |
| (pro hac pending) | |

1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554
(303) 839-3800
(303) 839-3838—Fax
jcotter@spencerfane.com
ppearlman@spencerfane.com

| | |
|---|---|
| Scott J. Goldstein | MO #28698 |
| (pro hac pending) | |
| Eric L. Johnson | MO #53131 |
| (pro hac pending) | |
| Lisa A. Epps | MO #48544 |
| (pro hac pending) | |
| Bryant T. Lamer | MO #57355 |
| (pro hac pending) | |

---

[1] The Committee confirms it was provided a draft Estimation Motion on June 28, 2016, and is currently reviewing it with its creditor constituency. However, such a motion is likely the focal point of any plan process, has a high level of complexity and will require substantial discussion, analysis and negotiation with the Debtor and other parties.

3

WA 8338366.2

        1000 Walnut, Suite 1400
        Kansas City, MO 64106
        (816) 474-8100
        (816) 474-3216– Fax
        sgoldstein@spencerfane.com
        ejohnson@spencerfane.com
        lepps@spencerfane.com
        blamer@spencerfane.com

        PROPOSED COUNSEL TO THE OFFICIAL
        COMMITTEE OF UNSECURED
        CREDITORS

## CERTIFICATE OF SERVICE

 I hereby certify that on this 30th day of June, 2016, the above and foregoing was served via electronic filing to all parties requesting/receiving electronic notice in this case and via U.S. Mail postage pre-paid upon the attached service list.

        /s/ Jamie N. Cotter
        Proposed Counsel for the Official
        Committee of Unsecured Creditors

WA 8338366.2

Donald D. Allen
Markus Williams Young & Zimmermann, LLC
1700 Lincoln Street Suite 4550
Denver, CO 80203

Chris C. Voigt
Crowley and Fleck, PLLP
P.O. Box 10700
Billings, MT 59103-2529

Charles E. Spevacek
Tiffany M. Brown
Meagher & Geer, PLLP
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402

Julie Nye Tiedeken
McKellar, Tiedeken & Scoggin, LLC
P.O. Box 748
Cheyenne, Wyoming 82003-0748

Deborah M. Kellam
Hall & Evans, LLC
2015 Central Avenue, Suite C
Cheyenne, Wyoming 82001

McKesson Corp Bank of America
Lock Box LAC-057256 2706
Media Center Dr
Los Angeles, CA 90065

Vista Staffing Solutions, Inc.
#50834
File 50834
Los Angeles, CA 90074-0834

ENTECH
7300 West Detroit Street
Chandler, AZ 85226

Toshiba Am Med Sys. Inc.
PO Box 91605
Chicago, IL 60693

PHILIPS HC INFORMATICS
PO Box 403831
Atlanta, GA 30384-3831

Julie Nye Tiedeken
McKellar, Tiedeken & Scoggin, LLC
702 Randall Avenue
P.O. Box 748
Cheyenne, WY 82003

Paul Kapp
George E. Powers, Jr.
Sundahl, Powers, Kapp & Martin, LLC
1725 Carey Avenue
P.O. Box 328
Cheyenne, Wyoming 82003

Joanna R. Vilos
Holland and Hart LLP
P.O. Box 1347
Cheyenne, Wyoming 82003-1347

John F. Sands
Sweetbaum Sands Anderson PC
1125 Seventeenth Street, Suite 2100
Denver, Colorado 80202

W. Henry Combs, III
Andrew Sears
Murane & Bostwick, LLC
201 North Wolcott Street
Casper, Wyoming 82601

COMPHEALTH
P.O. Box 972651
Dallas, TX 75397-2651

Command Health
PO Box 844797
Dallas, TX 75284-4797

SYSCO FOOD SERVICES
PO Box 31198
Billings, MT 59107-1198

AIRGAS USA, LLC
P.O. Box 676015
Dallas, TX 75267-6015

They Improv, LLC
17275 Collins Ave, #401
North Miami Beach, FL 33160

Stryker Medical, a Division of Stryker Corporation
c/o Lori L. Purkey, Esq.
Purkey & Associates, P.L.C.
5050 Cascade Road, SE, Suite A
Grand Rapids, MI 49546

Judith Studer
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, Wyoming 82601

Jose A. Ramirez
Holland and Hart LLP
8390 E. Crescent Parkway, Suite 400
Greenwood Village, Colorado 80111

R. Jeff Carlisle
Catherine A. Naltsas
Farah Naz A. Namvar
Lynberg & Watkins, APC
888 South Figueroa Street, 16th Floor
Los Angeles, California 90012

Scott E. Ortiz
Brian J. Marvel
Williams Porter Day & Neville, P.C.
P.O. Box 10700
Casper, WY 82602

MRI CONTRACT STAFFING, INC.
10 Penn Center 14th
FI-MRI CS TREA
Philadelphia, PA 19103

WEATHERBY LOCUMS, INC.
PO Box 972633
Dallas, TX 75397-2633

OWENS & MINOR
PO Box 841420
Dallas, TX 75284-1420

FUSION HEALTHCARE STAFFING
PO Box 1865
Sandy, UT 84091

West Park Hospital
ATTN: MELISSA WASSINK
707 Sheridan Avenue
Cody, WY 82414

SIEMANS HLTHCR DIAG. INC.
PO Box 121102
Dallas, TX 75312-1102

HEALTH TECH MGMNT (HTMS)
5110 Maryland Way Suite 200
Brentwood, TN 37027

NOVA BIOMEDICAL CORPORATION
PO Box 983115
Boston, MA 02298-3115

Epiphany Healthcare Data Mgmt LLC
3000 E Boundry Terrace, Suite 2
Midlothian, VA 23112

Powell Electric
PO Box 151
Powell, WY 82435

Spence Law Firm, LLC
Attn: Robert Krause
P.O. Box 548 or 15 South Jackson St.
Jackson, WY 83001

Burg, Simpson, Kepler & Edwards
Attn: William L. Simpson
1135 14th St.
Cody WY 82414

Moyers Law, P.C.
Attn: Jon M. Moyers
490 N 31st St. Suite 101
Billings, MT 59101

Hallman Hunt & Mickelson, P.C.
Attn: Georgia Antley Hunt
PO Box 469
Greybull, WY 82426

William R. Fix
350 E Broadway,
PO Box 297
Jackson 83001

Wind River Law Center
Attn: Cynthia Van Fleet
202 S 6th St E.
Riverton, WY 82501

The Law Offices of Collin Hopkins, P.C.
Attn: Collin C. Hopkins
705 E. Washington Ave.
Riverton, WY 82501

First Bank of Wyoming
245 East 1st
PO Box 907
Powell, WY 82435

Daniel R. Schimizzi
Bernstein-Burkley
707 Grant Street, Ste. 220
Pittsburgh, PA 15219