Bradley T. Hunsicker (Wyo. Bar 7-4579)
Jennifer Salisbury (Wyo. Bar 7-5218)
**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
106 East Lincolnway Suite 300
Cheyenne, WY  82001
Telephone: 307-778-8178
bhunsicker@markuswilliams.com
jsalisbury@markuswilliams.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| In re: | ) |
| | ) Case No.: 16-20326 |
| POWELL VALLEY HEALTH CARE, | ) Chapter 11 |
| INC., | ) |
| Debtor. | ) |

---

**MOTION TO VACATE AND CONTINUE HEARING ON DEBTOR'S MOTION TO ENFORCE SCOPE OF THE AUTOMATIC STAY, OR IN THE ALTERNATIVE, MOTION TO EXTEND AUTOMATIC STAY AND NOTICE OF OPPORTUNITY TO OBJECT AND THE OPPOSITION THERETO**

---

Powell Valley Health Care, Inc. ("PVHC"), Debtor, hereby files this motion to vacate and continue the hearing on *Debtor's Motion Enforce Scope of the Automatic Stay, or in the Alternative, to Extend Automatic Stay* (the "Stay Motion") [Doc. 60] and the *Response in Opposition to Debtor's Motion to Enforce Scope of the Automatic Stay, or in the Alternative, Motion to Extend Automatic Stay* (the "Tort Claimant Objection to the Stay Motion") [Doc. 130] and the *Official Committee of Unsecured Creditors' Objection and Reservation of Rights Regarding Debtor's Motion to Enforce Scope of the Automatic Stay, or in the Alternative, Motion to Extend Automatic Stay and Notice of Opportunity to*

*Object* (the "Committee Objection to the Stay Motion") [Doc. 191], and in support

thereof shows the Court as follows:

1.    On May 16, 2016 (the "Petition Date"), PVHC commenced this case (the

"Chapter 11 Case") by filing a voluntary petition for relief under chapter 11 of the

Bankruptcy Code in the United States Bankruptcy Court for the District of Wyoming (the

"Bankruptcy Court").

2.    PVHC has continued in the possession of its property and has continued to

operate and manage its business as a debtor-in-possession pursuant to Bankruptcy Code

§§ 1107 and 1108.

3.    On June 21, 2016, the Office of the United States Trustee for Region 19

(the "U.S. Trustee") appointed an official committee of unsecured creditors for the

Chapter 11 Case (the "Creditor Committee") [D.E. 145].

4.    On May 24, 2016, PVHC filed its Stay Motion.

5.    On June 9, 2016, several creditors (the "Tort Claimants") filed their

Objection to the Stay Motion.  That same day, additional Tort Claimants filed a *Joinder*

*in Opposition to Debtor's Motion to Enforce Scope of the Automatic Stay, or in the*

*Alternative, Motion to Extend Automatic Stay* [Doc. 132].

6.    On June 28, 2016, HealthTech Management Services, Inc. filed its *Joinder*

*in Support of the Debtor's Motion to Enforce Scope of the Automatic Stay, or in the*

*Alternative, Motion to Extend Automatic Stay* [Doc. 159].

7.    On June 30, 2016, Powell Hospital District filed its *Joinder to Debtor's*

*Motion to Enforce Scope of the Automatic Stay or, in the Alternative, Motion to Extend*

2

*Automatic Stay and Notice of Opportunity to Object Filed by Powell Hospital District*

[Doc. 176].

8.      On July 5, 2016, the Creditor Committee filed its Committee Objection to

the Stay Motion.

9.      Since the formation of the Creditor Committee, counsel for PVHC, the Tort

Claimants and the Creditor Committee have participated in discussions regarding, among

other things, the Stay Motion and the Objection to the Stay Motion.  At this juncture,

PVHC and the Tort Claimants have agreed that it is in all parties' best interests to vacate

and continue the hearing on the Stay Motion and the Objection to the Stay Motion

currently set for July 7, 2016, at 9:00 a.m.  The Creditor Committee has also agreed that

the hearing should be continued.

**WHEREFORE**, PVHC respectfully requests that the Bankruptcy Court enter an

order substantially in the form attached hereto at Exhibit A vacating and continuing the

hearing on the Stay Motion and the Objection to the Stay Motion for at least thirty (30)

days.

Dated: July 5, 2016
Cheyenne, Wyoming

MARKUS WILLIAMS YOUNG AND
ZIMMERMANN LLC

By:  /s/ *Bradley T. Hunsicker*
Bradley T. Hunsicker (WY Bar No 7-4579)
Jennifer Salisbury (WY Bar No. 7-5218)
106 East Lincolnway Suite 300
Cheyenne, WY 82001
Telephone: 307-778-8178

3

Facsimile: 307-638-1975
Email: bhunsicker@markuswilliams.com;
jsalisbury@markuswilliams.com

Counsel for the Debtor and Debtor-in-Possession

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served, *electronically*, this 5th day of July, 2016, upon those parties listed below:

**John C. Smiley**
**Ethan J. Birnberg**
Lindquist & Vennum P.L.L.P.
600 17th Street Suite 1800 South
Denver, CO 80202
*Attorney for HealthTech Management Services, Inc.*
and *William D. Patten an interested party*

**Brent R. Cohen**
**Chad S. Caby**
Lewis Roca Rothgerber LLP
1200 17th Street, Suite 3000
Denver, CO 80202-5855
*Attorney for Powell Hospital District*

**Daniel J. Morse**
Assistant U.S. Trustee
308 West 21st Street, Room 203
Cheyenne, WY 82001
*Attorney for US Trustee*

**Alan Motes**
United States Trustee, Region 19
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, CO 80294
*Attorney for US Trustee*

**Scott J. Goldstein**
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO  64106
*Attorney for Official Committee of Unsecured Creditors*

4

**Philip A. Pearlman**
Spencer Fane Britt & Browne LLP
1700 Lincoln St., Suite 2000
Denver, CO 80203
*Attorney for Official Committee of Unsecured Creditors*

**James T. Burghardt**
**Timothy M. Swanson**
Moye White LLP
1400 16th St., 6th Floor
Denver, CO 80202
*Attorney for UMIA Insurance, Inc.*

**Randy L. Royal**
P.O. Box 551
524 5th Ave. S.
Greybull, WY 82426
*Attorney for Veronica and William Sommerville; Brinkerhoff and
Bart Brinkerhoff; Lynn Snell and Janet Snell; Joetta Johnson;
Shannon Eller; Jody Sessions and Jerry Sessions; Keela Meier and
Brock Meier; Michelle Oliver; Nathaniel Bates and Sheena Bate;
Darcy Ronne; Nancy Crawford and Earl Crawford, III; Nancy
Heiser and Larry Heiser; Anthony DiPilla and Laurie DiPilla;
Kalan Nicholson; and Sheryl Henderson and Darin Henderson.*

                                          */s/ Bradley T. Hunsicker*
                                          Bradley T. Hunsicker