Daniel J. Morse (WY Bar # 7-4770)
Assistant United States Trustee, District of Wyoming
PATRICK S. LAYNG
UNITED STATES TRUSTEE
REGION 19
308 West 21st Street, Room 203
Cheyenne, WY 82001
(307) 772-2793

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 16-20326 |
| Powell Valley Health Care, Inc. | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | |

**UNITED STATES TRUSTEE'S AMENDED NOTICE OF APPOINTMENT**
**OF UNSECURED CREDITORS COMMITTEE**

The United States Trustee hereby appoints the following persons to the Official Unsecured Creditors Committee in the case of Powell Valley Health Care, Inc.:

**1.  Larry Heiser**
**2191 South Flat Road, Worland, WY 82401**
**Phone: 307-347-3633 (O); 307-431-2467 (C)**
**E-Mail: larry@westernsagecpas.com**
 Counsel: Randy Royal
 Address: 524 5th Ave. South, PO Box 551, Greybull WY 82426
 Phone: 307-765-4433
 E-Mail Address: rlroyal@randylroyalpc.com

**2.  Veronica Sommerville**
**943 Barley Ct., Powell, WY    82435**
**Phone: 307-272-5670**
**E-Mail: ronnieskloset@gmail.com**
 Counsel: Randy Royal
 Address: 524 5th Ave. South, PO Box 551, Greybull WY 82426
 Phone: 307-765-4433
 E-Mail Address: rlroyal@randylroyalpc.com

1

**3. Michelle Oliver**
   **20586 Highway 71N, Mountainburg, AR   72946**
   **Phone: 406-403-1320**
   **E-Mail: michelleoliver09@gmail.com**
   Counsel: Randy Royal
   Address: 524 5th Ave. South, PO Box 551, Greybull WY 82426
   Phone: 307-765-4433
   E-Mail Address: rlroyal@randylroyalpc.com

**4. Joetta Johnson**
   **PO Box 772, Powell, WY 82435**
   **Phone: 307-202-1150**
   **E-Mail: Joetta@rsiwy.com**
   Counsel: Randy Royal
   Address: 524 5th Ave. South, PO Box 551, Greybull WY 82426
   Phone: 307-765-4433
   E-Mail Address: rlroyal@randylroyalpc.com

***Additional members may be added to the Committee at a future date.

Dated:   July 11, 2016

Respectfully submitted,
PATRICK S. LAYNG
UNITED STATES TRUSTEE

/s/ Daniel J. Morse
By: Daniel J. Morse, WY Bar # 7-4770
Assistant U.S. Trustee, District of Wyoming
U.S. Department of Justice
308 West 21st Street, Room 203
Cheyenne, WY 82001
Direct Line: 307-772-2793
Email: Daniel.J.Morse@USDOJ.GOV