RANDY L. ROYAL
ATTORNEY AT LAW
P.O. BOX 551
GREYBULL, WY 82426
PHONE: 307-765-4433
WYOMING STATE BAR #5-1754

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In Re: ) | |
|     POWELL VALLEY HEALTH CARE, INC. ) | |
| ) | Case No. 16-20326 |
| ) | |
|     Debtor(s) ) | |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned appears for and on behalf of Nanette H. Nofzinger, Wrongful Death Representative of Garett Nofzinger, deceased, in the above-entitled matter, and hereby requests to be served with all pleadings, notices and settings pertaining to the above-entitled case.

DATED:     August 23, 2016

/s/ Randy L. Royal, Attorney at Law