Jamie N. Cotter (Wyoming Bar No. 74721)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: (303) 839-3800
Facsimile: (303) 839-3838
jcotter@spencerfane.com
*Counsel to Official Committee of
Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| | ) | **Case No. 16-20326** |
| **POWELL VALLEY HEALTH CARE, INC.,** | ) | |
| | ) | |
| **Debtor-in-possession.** | ) | |

## REQUEST FOR PERIOD OF TIME TO REVIEW AND RESPOND TO DEBTOR'S APPLICATION TO EMPLOY HAMMOND HANLON CAMP, LLC

The Official Committee of Unsecured Creditors (the "Committee"), for its Request for a Period of Time to Review and Respond to Debtor's Application to Employ Hammond Hanlon Camp, LLC, states as follows:

1. On August 25, 2016, the Debtor filed its Application to Employ Hammond Hanlon Camp, LLC as Financial Advisor and Investment Banker (the "Application"). (Docket #259). The United States Trustee filed its Notice of No Objection to the Application on August 26, 2016. (Docket. #262).

2. The Committee wishes to review the Application before an order is entered by the Court.

3. Therefore, the Committee respectfully requests that the Court allow it until September 2, 2016 to review the Application. The Committee proposes filing either a Notice of No Objection or an Objection to the Application by September 2, 2016.

WHEREFORE, the Committee respectfully requests that the Court allow it until September 2, 2016 to file either a Notice of No Objection or an Objection to the Application.

        Respectfully submitted,

        SPENCER FANE LLP

        /s/ Jamie N. Cotter
        Jamie N. Cotter    WY #74721
        Philip A. Pearlman    CO #11426
        (pro hac pending)
        1700 Lincoln Street, Suite 2000
        Denver, CO 80203-4554
        (303) 839-3800
        (303) 839-3838—Fax
        jcotter@spencerfane.com
        ppearlman@spencerfane.com

        Scott J. Goldstein    MO #28698
        1000 Walnut, Suite 1400
        Kansas City, MO 64106
        (816) 474-8100
        (816) 474-3216– Fax
        sgoldstein@spencerfane.com

        COUNSEL TO OFFICIAL COMMITTEE OF
        UNSECURED CREDITORS