**DEBTOR(S):**   Powell Valley Health Care, Inc.

**MONTHLY OPERATING REPORT**

CHAPTER 11

**CASE NUMBER:**   16-20326

### Form 2-A
### COVER SHEET

For Period End Date:   08/31/2016

**Accounting Method:**   [X] Accrual Basis   [ ] Cash Basis

---

### THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each
Required Document:

Debtor must attach each of the following documents unless the U. S. Trustee
has waived the requirement in writing.  File the original with the Clerk of Court.
Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|:---:|:---:|---|
| [X] | [ ] | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| [X] | [ ] | 2. Balance Sheet (Form 2-C) |
| [X] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [X] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [X] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [X] | [ ] | 6. Narrative (Form 2-G) |
| [X] | [ ] | 7. Bank Statements for All Bank Accounts *(Redact all but last 4 digits of account number and remove check images)* |
| [X] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |
| [X] | [ ] | 9. Evidence of insurance for all policies renewed or replaced during month |

---

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** _____

**Print Name:**   Michael Long

**Signature:** _____

**Title:**   Chief Financial Officer

Rev. 1/15/14

**DEBTOR(S)** Powell Valley Health Care, Inc.          **CASE NO:**     16-20326

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:   08/01/2016 to   08/31/2016

**CASH FLOW SUMMARY**

|  | | Current Month | | Accumulated |
|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ | 3,108,999 (1) | $ | 3,499,673 (1) |
| 2. Cash Receipts | | | | |
| Operations | | 4,192,886 | | 12,997,357 |
| Sale of Assets | | 0 | | 0 |
| Loans/advances | | 0 | | 0 |
| Other | | 0 | | 2,170 |
| Total Cash Receipts | $ | 4,192,886 | $ | 12,999,527 |
| 3. Cash Disbursements | | | | |
| Operations | | 4,155,814 | | 13,042,779 |
| Debt Service/Secured loan payment | | 0 | | 0 |
| Professional fees/U.S. Trustee fees | | 0 | | 0 |
| Professional fees paid from retainer (e.g. COLTAF accts) | | 0 | | 0 |
| Other | | 20,450 | | 330,800 |
| Total Cash Disbursements | $ | 4,176,264 | $ | 13,373,579 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | 16,622 | | -374,052 |
| **5 Ending Cash Balance (to Form 2-C)** | $ | 3,125,621 (2) | $ | 3,125,621 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | | Book Balance |
|---|---|---|---|
| Petty Cash | Powell Valley Healthcare | $ | 2,170 |
| DIP Operating Account | 1st Bank Wyo          8425 | | -2,402,923 |
| DIP State Tax Account | | | 0 |
| DIP Payroll Account | 1st Bank Wyo          4501 | | -579,259 |
| Other Operating Account | 1st Bank Wyo     See form 2G | | 6,105,632 |
| Retainers held by professionals (i.e. COLTAF) | | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ | 3,125,621 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case and retainers.*
*Current month beginning cash balance should equal the previous month's ending balance.*
*(2)  All cash balances should be the same.*

Rev. 1/15/14

**DEBTOR(S):**   Powell Valley Health Care, Inc.          **CASE NO:**    16-20326

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:  08/01/2016   to   08/31/2016

**CASH RECEIPTS DETAIL**            **Account No:**      7301
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 08/01/2016 | Medicare EFT | Patient/Resident account | 18,399.98 |
| 08/01/2016 | Aetna/BCBS | Patient/Resident account | 11,950.23 |
| 08/01/2016 | Other Commercial | Patient/Resident account | 27,429.07 |
| 08/01/2016 | Other | Cash payments | 21,363.35 |
| 08/01/2016 | Other EFT | Patient/Resident account | 19,131.84 |
| 08/02/2016 | Medicare EFT | Patient/Resident account | 110,499.58 |
| 08/02/2016 | Aetna/BCBS | Patient/Resident account | 116,429.26 |
| 08/02/2016 | CIGNA | Patient/Resident account | 70,264.39 |
| 08/02/2016 | Other Commercial | Patient/Resident account | 90,123.75 |
| 08/02/2016 | Other | Cash payments | 45,235.62 |
| 08/03/2016 | Other EFT | Patient/Resident account | 262,743.71 |
| 08/03/2016 | Medicare EFT | Patient/Resident account | 17,627.41 |
| 08/03/2016 | CIGNA | Patient/Resident account | 4,156.83 |
| 08/03/2016 | Other | Cash payments | 45,506.00 |
| 08/03/2016 | Other EFT | Patient/Resident account | 27,190.49 |
| 08/04/2016 | Medicare EFT | Patient/Resident account | 23,906.66 |
| 08/04/2016 | Other Commercial | Patient/Resident account | 773.83 |
| 08/04/2016 | Other | Cash payments | 8,505.66 |
| 08/04/2016 | Other EFT | Patient/Resident account | 9,583.40 |
| 08/05/2016 | Medicare EFT | Patient/Resident account | 9,308.42 |
| 08/05/2016 | Other Commercial | Patient/Resident account | 8,504.18 |
| 08/05/2016 | Other | Cash payments | 56,527.41 |
| 08/05/2016 | Other EFT | Patient/Resident account | 5,072.97 |
| 08/08/2016 | Medicare EFT | Patient/Resident account | 16,828.13 |
| 08/08/2016 | Aetna/BCBS | Patient/Resident account | 26,300.97 |
| 08/08/2016 | Other Commercial | Patient/Resident account | 17,091.88 |
| 08/08/2016 | Other | Cash payments | 4,139.05 |
| 08/08/2016 | Other EFT | Patient/Resident account | 88,885.56 |
| 08/09/2016 | Medicare EFT | Patient/Resident account | 22,642.90 |
| 08/09/2016 | Aetna/BCBS | Patient/Resident account | 93,271.10 |
| 08/09/2016 | CIGNA | Patient/Resident account | 66,952.30 |
| 08/09/2016 | Other Commercial | Patient/Resident account | 51,132.55 |
| 08/09/2016 | Other | Cash payments | 32,068.68 |
| 08/09/2016 | Other EFT | Patient/Resident account | 4,396.71 |
| 08/10/2016 | Medicare EFT | Patient/Resident account | 732.52 |
| 08/10/2016 | CIGNA | Patient/Resident account | 1,196.11 |
| 08/10/2016 | Other Commercial | Patient/Resident account | 30,109.50 |
| 08/10/2016 | Other | Cash payments | 52,807.19 |
| 08/10/2016 | Other EFT | Patient/Resident account | 70,632.91 |
| 08/11/2016 | Medicare EFT | Patient/Resident account | 40,269.18 |
| 08/11/2016 | Other Commercial | Patient/Resident account | 36,537.18 |
| 08/11/2016 | Other | Cash payments | 6,354.21 |
| 08/11/2016 | Other EFT | Patient/Resident account | 8,171.71 |

**DEBTOR(S):**  Powell Valley Health Care, Inc.          **CASE NO:**    16-20326

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:    08/01/2016    to    08/31/2016

**CASH RECEIPTS DETAIL**                **Account No:**        7301
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 08/12/2016 | Medicare EFT | Patient/Resident account | 51,023.96 |
| 08/12/2016 | CIGNA | Patient/Resident account | 3,168.32 |
| 08/12/2016 | Other Commercial | Patient/Resident account | 18,990.10 |
| 08/12/2016 | Other | Cash payments | 17,499.66 |
| 08/12/2016 | Other EFT | Patient/Resident account | 4,335.73 |
| 08/15/2016 | Medicare EFT | Patient/Resident account | 17,146.32 |
| 08/15/2016 | Aetna/BCBS | Patient/Resident account | 12,432.27 |
| 08/15/2016 | CIGNA | Patient/Resident account | 2,962.81 |
| 08/15/2016 | Other Commercial | Patient/Resident account | 72,799.14 |
| 08/15/2016 | Other | Cash payments | 19,232.26 |
| 08/15/2016 | Other EFT | Patient/Resident account | 122,878.39 |
| 08/16/2016 | Medicare EFT | Patient/Resident account | 33,030.69 |
| 08/16/2016 | Aetna/BCBS | Patient/Resident account | 58,090.92 |
| 08/16/2016 | CIGNA | Patient/Resident account | 24,017.08 |
| 08/16/2016 | Other Commercial | Patient/Resident account | 51,372.69 |
| 08/16/2016 | Other | Cash payments | 16,199.88 |
| 08/16/2016 | Other EFT | Patient/Resident account | 27,207.93 |
| 08/17/2016 | Medicare EFT | Patient/Resident account | 1,308.63 |
| 08/17/2016 | Other Commercial | Patient/Resident account | 33,315.12 |
| 08/17/2016 | Other | Cash payments | 3,853.40 |
| 08/17/2016 | Other EFT | Patient/Resident account | 50,738.76 |
| 08/18/2016 | Medicare EFT | Patient/Resident account | 79,902.85 |
| 08/18/2016 | CIGNA | Patient/Resident account | 5,865.62 |
| 08/18/2016 | Other Commercial | Patient/Resident account | 3,096.95 |
| 08/18/2016 | Other | Cash payments | 7,385.57 |
| 08/18/2016 | Other EFT | Patient/Resident account | 15,604.72 |
| 08/19/2016 | Medicare EFT | Patient/Resident account | 40,254.57 |
| 08/19/2016 | Other Commercial | Patient/Resident account | 6,347.66 |
| 08/19/2016 | Other | Cash payments | 4,232.28 |
| 08/19/2016 | Other EFT | Patient/Resident account | 124,194.58 |
| 08/22/2016 | Medicare EFT | Patient/Resident account | 11,061.16 |
| 08/22/2016 | Aetna/BCBS | Patient/Resident account | 18,873.24 |
| 08/22/2016 | CIGNA | Patient/Resident account | 4,866.47 |
| 08/22/2016 | Other Commercial | Patient/Resident account | 62,080.92 |
| 08/22/2016 | Other | Cash payments | 6,242.13 |
| 08/22/2016 | Other EFT | Patient/Resident account | 506,207.07 |
| 08/23/2016 | Medicare EFT | Patient/Resident account | 16,561.11 |
| 08/23/2016 | Aetna/BCBS | Patient/Resident account | 77,986.77 |
| 08/23/2016 | CIGNA | Patient/Resident account | 17,081.30 |
| 08/23/2016 | Other Commercial | Patient/Resident account | 73,114.43 |
| 08/23/2016 | Other | Cash payments | 15,329.76 |
| 08/23/2016 | Other EFT | Patient/Resident account | 84,846.67 |
| 08/24/2016 | Medicare EFT | Patient/Resident account | 24,874.53 |
| 08/24/2016 | CIGNA | Patient/Resident account | 5,347.06 |
| 08/24/2016 | Other Commercial | Patient/Resident account | 675.76 |
| 08/24/2016 | Other | Cash payments | 12,732.71 |
| 08/24/2016 | Other EFT | Patient/Resident account | 30,148.85 |
| 08/25/2016 | Medicare EFT | Patient/Resident account | 29,739.34 |
| 08/25/2016 | Other Commercial | Patient/Resident account | 307.64 |
| 08/25/2016 | Other | Cash payments | 8,441.59 |
| 08/25/2016 | Other EFT | Patient/Resident account | 7,549.06 |
| 08/26/2016 | Medicare EFT | Patient/Resident account | 52,890.94 |
| 08/26/2016 | Other Commercial | Patient/Resident account | 1,862.31 |
| 08/26/2016 | Other | Cash payments | 6,911.65 |
| 08/26/2016 | Other EFT | Patient/Resident account | 28,528.32 |

DEBTOR(S):   Powell Valley Health Care, Inc.           **CASE NO:**    16-20326

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period:  08/01/2016   to   08/31/2016

**CASH RECEIPTS DETAIL**          **Account No:**      **7301**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 08/29/2016 | Medicare EFT | Patient/Resident account | 19,538.63 |
| 08/29/2016 | Aetna/BCBS | Patient/Resident account | 19,006.96 |
| 08/29/2016 | CIGNA | Patient/Resident account | 2,328.75 |
| 08/29/2016 | Other Commercial | Patient/Resident account | 39,360.51 |
| 08/29/2016 | Other | Cash payments | 15,332.51 |
| 08/29/2016 | Other EFT | Patient/Resident account | 113,394.22 |
| 08/30/2016 | Medicare EFT | Patient/Resident account | 13,738.36 |
| 08/30/2016 | Aetna/BCBS | Patient/Resident account | 103,377.82 |
| 08/30/2016 | CIGNA | Patient/Resident account | 20,279.26 |
| 08/30/2016 | Other Commercial | Patient/Resident account | 16,112.00 |
| 08/30/2016 | Other | Cash payments | 12,453.48 |
| 08/30/2016 | Other EFT | Patient/Resident account | 7,684.87 |
| 08/31/2016 | Medicare EFT | Patient/Resident account | 817.49 |
| 08/31/2016 | CIGNA | Patient/Resident account | 32,209.46 |
| 08/31/2016 | Other Commercial | Patient/Resident account | 21,966.55 |
| 08/31/2016 | Other | Cash payments | 29,086.20 |
| 08/31/2016 | Other EFT | Patient/Resident account | 12,694.76 |

**Total Cash Receipts**     $    4,192,885.86 (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*      Rev. 1/15/14

DEBTOR(S): Powell Valley Health Care, Inc. _____      CASE NO: 16-20326 _____

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:  08/01/2016  to  08/31/2016

**CASH DISBURSEMENTS DETAIL**          **Account No:**      # 8425

*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 08/02/16 | 1045 | USI | Extension of D&O insurance | 311.00 |
| 08/02/16 | EFT | Electronic Funds Transfer | Trsf to EMBS act 6301 | 103,305.80 |
| 08/03/16 | 1046 | UMIA | pymt of 1/2 med/mal tail coverage | 340,000.00 |
| 08/04/16 | EFT | Electronic Funds Transfer | Trsf to payroll act 4501- auto deposit | 605,591.51 |
| 08/04/16 | EFT | Electronic Funds Transfer | Trsf to payroll act 4501- manual chks | 14,317.96 |
| 08/04/16 | 1047 | Briggs | Deposit against post petition invoices | 350.00 |
| 08/05/16 | EFT | Electronic Funds Transfer | Trsf to pension act 7901 | 64,254.73 |
| 08/05/16 | EFT | Electronic Funds Transfer | Trsf to payroll act 4501- manual chks | 790.94 |
| 08/05/16 | 1048 | Healthcare Logistics | Deposit against post petition invoices | 250.00 |
| 08/08/16 | 1049 | Wyoming Finaancial Insur | Crime bond | 277.00 |
| 08/08/16 | 1050 | Fisher Scientific | Deposit against post petition invoices | 1,500.00 |
| 08/08/16 | EFT | Electronic Funds Transfer | FICA payroll taxes | 101,871.93 |
| 08/08/16 | EFT | Electronic Funds Transfer | Federal withholding payroll taxes | 134,130.98 |
| 08/08/16 | EFT | Electronic Funds Transfer | Trsf to EMBS act 6301 | 51,714.78 |
| 08/09/16 | EFT | Electronic Funds Transfer | Montana state tax | 947.00 |
| 08/11/16 | 1051 | Patterson Medical | Deposit against post petition invoices | 700.00 |
| 08/11/16 | 1052 | USI Insurance | 30% med/mal premium | 175,475.27 |
| 08/18/16 | 1053 | Staples | Deposit against post petition invoices | 2,700.00 |
| 08/18/16 | 1054 | Medline | Deposit against post petition invoices | 5,700.00 |
| 08/18/16 | EFT | Electronic Funds Transfer | Trsf to EMBS act 6301 | 103,231.28 |
| 08/18/16 | EFT | Electronic Funds Transfer | Trsf to payroll act 4501- auto deposit | 560,924.65 |
| 08/18/16 | EFT | Electronic Funds Transfer | Trsf to payroll act 4501- manual chks | 40,786.43 |
| 08/19/16 | EFT | Electronic Funds Transfer | Trsf to pension act 7901 | 61,109.80 |
| 08/22/16 | EFT | Electronic Funds Transfer | FICA payroll taxes | 105,880.62 |
| 08/22/16 | EFT | Electronic Funds Transfer | Federal withholding payroll taxes | 115,691.06 |
| 08/23/16 | EFT | Electronic Funds Transfer | Montana state tax | 965.00 |
| 08/24/16 | 1055 | USI Insurance | D&O, Cyber, D&O tail insurance | 73,791.81 |
| 08/25/16 | 1056 | Entech | Deposit against post petition invoices | 6,500.00 |
| 08/25/16 | 1057 | BioRad | Deposit against post petition invoices | 1,400.00 |
| 08/25/16 | 1058 | Baby Friendly | Deposit against post petition invoices | 1,350.00 |
| 08/29/16 | EFT | Electronic Funds Transfer | Trsf to EMBS act 6301 | 102,506.64 |
| 08/31/16 | EFT | Electronic Funds Transfer | Trsf to EMBS act 6301 | 181,946.11 |
|  | EFT | Electronic Funds Transfer | Trsf to HRA/Emp Flex act 3101 (Qrtly) |  |
|  | 2658-2999 | Accounts Payable checks | See attached check register | 1,215,991.80 |

**Total Cash Disbursements**  $   4,176,264.10 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*     Rev. 1/15/14

Form 2-C

## COMPARATIVE BALANCE SHEET

**For Period Ended:** 08/31/2016

| | | Current Month | | Petition Date (1) |
|---|---|---:|---|---:|
| **ASSETS** | | | | |
| Current Assets: | | | | |
| Cash (from Form 2-B, line 5) | $ | 3,125,621 | $ | 4,255,881 |
| Accounts Receivable (from Form 2-E) | | 8,184,877 | | 8,383,526 |
| Receivable from Officers, Employees, Affiliates | | 0 | | 0 |
| Inventory | | 757,991 | | 757,444 |
| Other Current Assets :(List)  Pre-paid Expense | | 1,080,481 | | 865,872 |
| Receivable from legal settlements | | 11,450,000 | | 11,450,000 |
| Total Current Assets | $ | 24,598,970 | $ | 25,712,723 |
| Fixed Assets: | | | | |
| Land | $ | 0 | $ | 0 |
| Building | | 694,434 | | 694,434 |
| Equipment, Furniture and Fixtures | | 10,015,268 | | 9,997,873 |
| Total Fixed Assets | | 10,709,702 | | 10,692,307 |
| Less: Accumulated Depreciation | ( | 8,430,265 ) | ( | 8,254,973 ) |
| Net Fixed Assets | $ | 2,279,437 | $ | 2,437,334 |
| Other Assets (List): | | 0 | | 0 |
| | | 0 | | 0 |
| **TOTAL ASSETS** | $ | 26,878,407 | $ | 28,150,057 |
| **LIABILITIES** | | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | 618,061 | $ | 1,167,152 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | 228,501 | | 250,000 |
| Post-petition Taxes Payable (from Form 2-E) | | 568,283 | | 172,650 |
| Post-petition Notes Payable | | 129,779 | | 128,056 |
| Other Post-petition Payable(List): see schedul 2G liab | | 2,650,250 | | 3,405,269 |
| Legal claim reserve | | 11,750,000 | | 11,750,000 |
| Total Post Petition Liabilities | $ | 15,944,874 | $ | 16,873,127 |
| Pre Petition Liabilities: | | | | |
| Secured Debt | | 1,119,599 | | 1,153,923 |
| Priority Debt | | 0 | | 0 |
| Unsecured Debt | | 1,435,846 | | 1,415,297 |
| Total Pre Petition Liabilities | $ | 2,555,445 | $ | 2,569,220 |
| **TOTAL LIABILITIES** | $ | 18,500,319 | $ | 19,442,348 |
| **OWNERS' EQUITY** | | | | |
| Owner's/Stockholder's Equity | $ | 0 | $ | 0 |
| Retained Earnings - Prepetition | | 8,691,606 | | 8,691,606 |
| Retained Earnings - Post-petition | | -313,518 | | 16,103 |
| **TOTAL OWNERS' EQUITY** | $ | 8,378,088 | $ | 8,707,709 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | 26,878,407 | $ | 28,150,057 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values
    listed on the Debtor's schedules.*

Rev. 1/15/14

**DEBTOR(S):**  Powell Valley Health Care, Inc.          **CASE NO:**  16-20326

## Form 2-D
## PROFIT AND LOSS STATEMENT
### For Period   08/01/2016  to   08/31/2016

|  |  | Current Month |  | Accumulated Total (1) |
|---|---|---|---|---|
| Gross Operating Revenue | $ | 6,007,302 | $ | 21,152,973 |
| Less:  Discounts, Returns and Allowances | ( | 2,532,960 ) | ( | 8,681,659 ) |
| **Net Operating Revenue** | $ | 3,474,342 | $ | 12,471,314 |
| Cost of Goods Sold |  | 3,192,052 |  | 11,449,547 |
| **Gross Profit** | $ | 282,290 | $ | 1,021,767 |
| Operating Expenses |  |  |  |  |
| Officer Compensation | $ | 12,738 | $ | 52,450 |
| Selling, General and Administrative |  | 0 |  | 0 |
| Rents and Leases |  | 85,986 |  | 291,579 |
| Depreciation, Depletion and Amortization |  | 61,401 |  | 212,750 |
| Other (list):  Repairs |  | 41,859 |  | 164,045 |
| Insurance |  | 57,086 |  | 210,375 |
| **Total Operating Expenses** | $ | 259,070 | $ | 931,199 |
| **Operating Income (Loss)** | $ | 23,220 | $ | 90,568 |
| Non-Operating Income and Expenses |  |  |  |  |
| Other Non-Operating Expenses | $ | 0 | $ | 0 |
| Gains (Losses) on Sale of Assets |  | 0 |  | 0 |
| Interest Income |  | 0 |  | 0 |
| Interest Expense |  | -4,500 |  | -16,320 |
| Other Non-Operating Income |  | 0 |  | 0 |
| Net Non-Operating Income or (Expenses) | $ | -4,500 | $ | -16,320 |
| Reorganization Expenses |  |  |  |  |
| Legal and Professional Fees | $ | 107,974 | $ | 387,765 |
| Other Reorganization Expense |  | 0 |  | 0 |
| **Total Reorganization Expenses** | $ | 107,974 | $ | 387,765 |
| **Net Income (Loss) Before Income Taxes** | $ | -89,254 | $ | -313,517 |
| Federal and State Income Tax Expense (Benefit) |  | 0 |  | 0 |
| **NET INCOME (LOSS)** | $ | -89,254 | $ | -313,517 |

*(1)  Accumulated Totals include all revenue and expenses since the petition date.*

Rev. 1/15/14

| DEBTOR(S): | Powell Valley Health Care, Inc. | | CASE NO: 16-20326 | |
|---|---|---|---|---|

**Form 2-E (Page 1 of 2)**
**SUPPORTING SCHEDULES**

For Period: 08/01/2016  to  08/31/2016

| | | Summary of Post-Petition Taxes | | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| Type of tax | Unpaid post-petition taxes from prior reporting month(1) | Post-petition taxes accrued this month (new obligations) | Post-petition tax payments made this reporting month | Unpaid post-petition taxes at end of reporting month (columns 1+2-3) |
| **Federal** | | | | |
| Employee income tax withheld | 301,197 | 229,789 | 249,822 | 281,164 |
| Employee FICA taxes withheld | 83,806 | 102,715 | 103,876 | 82,644 |
| Employer FICA taxes | 83,806 | 102,715 | 103,876 | 82,644 |
| Unemployment taxes | | | | |
| Other: | | | | |
| **State** | | | | |
| Sales, use & excise taxes | 44 | 42 | | 86 |
| Unemployment taxes | 4,600 | 1,800 | | 6,400 |
| Other:  Worker Compensation | 78,535 | 46,362 | 9,554 | 115,343 |
| **Local** | | | | |
| Personal property taxes | | | | |
| Real property taxes | | | | |
| Other: | | | | |
| | | | Total unpaid post-petition taxes | 568,283 |

*(1)  For first report, the beginning balance in column 1 will be $0; thereafter, beginning balance will be ending balance from prior report.*

| | Insurance Coverage Summary | | | |
|---|---|---|---|---|
| Type of insurance | Insurance carrier | Coverage amount | Policy expiration date | Premium paid through date |
| Workers' compensation | State of Wyoming | Not Aplicable | Not Applicable | Not Applicable |
| General liability | National Fire & Risk/AB Risk, USI Insurance Service | $1M/$5M  $5M Umbrella | 08/01/2017 | 09/30/2016 |
| Property (fire, theft, etc.) | Affiliated FM Insurance Company, USI Insurance Service | Bldg $100m Flood $75m | 08/01/2017 | 07/31/2017 |
| Vehicle | National Indemnity Company/RPS, Ohio Security Insurance, USI Insurance Service | $1M auto & $1m Ambula | 08/01/2017 | 07/31/2017 |
| Other (list):Director & Officer Liability | Darwin National Assurance Co., USI Insurance Service | $2m | 09/07/2017 | 09/07/2017 |
| Other (list): Internet/Cyber Liability | NAS/Lloyd's of London, USI Insurance Service | $1m/claim $1m/agg | 09/01/2017 | 09/01/2017 |
| Other (list): Crime | Travelers Casualty and Surety, USI Insurance Service | $500,000 | 08/01/2017 | 07/31/2017 |

*If any policies were renewed or replaced during reporting period, attach new certificate of insurance.*

**DEBTOR(S):** Powell Valley Health Care, Inc.          **CASE NO:** 16-20326

### Form 2-E (Page 2 of 2)
### SUPPORTING SCHEDULES

**For Period:**  08/01/2016 00:00    to    08/31/2016 00:00

| Accounts Receivable Aging Summary (attach detailed aging report) | | | | | |
|---|---|---|---|---|---|
|  | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
| Pre-petition receivables |  |  |  | 1,930,361 | 1,930,361 |
| Post-petition receivables | 3,312,084 | 1,599,209 | 867,661 | 475,562 | 6,254,516 |
| Total | 3,312,084 | 1,599,209 | 867,661 | 2,405,923 | 8,184,877 |

| Post-Petition Accounts Payable Aging Summary (attach detailed aging report) | | | | | |
|---|---|---|---|---|---|
|  | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
| Trade Payables | 319,179 | 57,097 | (594,890) | 777,140 | 558,526 |
| Other Payables | 4,350 | 4,350 | 4,350 | 46,485 | 59,535 |
| Total | 323,529 | 61,447 | (590,540) | 823,625 | 618,061 |

| SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
|  | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Court Approval Date | Month-end Balance Due * |
| Debtor's Counsel | $228,501 | 96,053 | 96,053 | August 3, 2016 | $228,501 |
| Counsel for Unsecured Creditors' Committee |  |  |  |  |  |
| Trustee's Counsel |  |  |  |  |  |
| Accountant |  |  |  |  |  |
| Other: |  |  |  |  |  |
| Total | 228,501 |  |  |  | 228,501 |

*Balance due to include fees and expenses incurred but not yet paid.

| SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES** | | | |
|---|---|---|---|
| Payee Name | Position | Nature of Payment | Amount |
| Michael Long | Chief Financial Officer | Salary/Wages | 12,738 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer, or director.

Page 2 of 2
Rev. 1/15/14

**DEBTOR(S):** Powell Valley Health Care, Inc.      **CASE NO:** 16-20326

## Form 2-F
## QUARTERLY FEE SUMMARY *
### For the Month Ended:   08/31/2016

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|-------|------|----------------------:|-------------------:|-----------|-----------|
| January | | $ 0 | | | |
| February | | 0 | | | |
| March | | 0 | | | |
| TOTAL 1st Quarter | $ | 0 $ | | | |
| April | | $ 0 | | | |
| May | 20 16 | 1,330,126 | | | |
| June | 20 16 | 3,481,838 | | | |
| | | | 325 | 2,551 | 07/19/16 |
| TOTAL 2nd Quarter | $ | 4,811,964 $ | 10,075 | 2,919 | 08/22/16 |
| July | 20 16 | $ 4,385,351 | | | |
| August | 20 16 | 4,176,264 | | | |
| September | | 0 | | | |
| TOTAL 3rd Quarter | $ | 8,561,615 $ | | | |
| October | | $ 0 | | | |
| November | | 0 | | | |
| December | | 0 | | | |
| TOTAL 4th Quarter | $ | 0 $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|-------------------------|-----|-------------------------|-----|
| $0 to $14,999................... | $325 | $1,000,000 to $1,999,999............. | $6,500 |
| $15,000 to $74,999.......... | $650 | $2,000,000 to $2,999,999............. | $9,750 |
| $75,000 to $149,999........ | $975 | $3,000,000 to $4,999,999............. | $10,400 |
| $150,000 to $224,999...... | $1,625 | $5,000,000 to $14,999,999 ....... | $13,000 |
| $225,000 to $299,999...... | $1,950 | $15,000,000 to $29,999,999.... | $20,000 |
| $300,000 to $999,999...... | $4,875 | $30,000,000 or more | $30,000 |

\*   This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\*   Should agree with line 3, Form 2-B.  Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Rev. 1/15/14

DEBTOR(S) Powell Valley Health Care, Inc.                    CASE NO: 16-20326

### Form 2-G
## NARRATIVE
#### For Period Ending: 08/31/2016

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred susequent to the report date.

**FORM 2B-1** Line 50, Cash Accounts are made up of General Checking #701, EBMS Checking #6301, Flex Spending #3101, Care Center Resident Trust #2088, Employee Benefit #5601, and Pension #7901. **Form 2B-3** Cash Disbursements other of $20,450 is for vendor deposits made during the period. **Form 2C-Liabilities**, line 38 Other Payables, this line is made up of accrued Provider Incentives $180,719, Accrued Payroll $276,103, 3rd Party Receivable/Payable (Medicare Cost Report Settlement) $256,385, Assisted Living Room Retainer $30,500, NH Resident Trust $10,232, Donantions $86, and Accrued Benefits $1,896,765. **Form 2D** Officer compensation equals the amount listed on Form 2E. Rent, Depreciation, Interest, Repairs, and Insurance ome from facility income statement, all other expenses is combined into cost of goods sold. **Form 2-E (Page 1 of 2)** Insurance coverages - we have updated our insurance coverage for the 8/1/2016 start, Note the existing Director & Officer coverage with an expiration date of 9/1/2016 was extended to 9/7/2016 and the Cyber insurance with an expiration date of 8/15/2016 was extended to 9/1/2016. **Form 2-F** note there were two payments in th emonth of August, an initial start up payment of $325 and the quaterly payment of $10,075 totaling $10,400.