RANDY L. ROYAL
ATTORNEY AT LAW
P.O. BOX 551
GREYBULL, WY 82426
PHONE: 307-765-4433
WYOMING STATE BAR #5-1754

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

In Re:                                      )
    POWELL VALLEY HEALTH CARE, INC. )
                                            )    Case No. 16-20326
                                            )
                Debtor(s)           )

## MOTION FOR CONTINUANCE

COMES NOW Randy L. Royal, attorney for Nathaniel and Sheena Bates *individually and as the parents and natural guardians of* I.S.B., Jan and Bart Brinkerhoff, Nancy and Earl Crawford, Anthony and Laurie DiPilla, Shannon Eller, Nancy and Larry Heiser, Sheryl and Darin Henderson, Joetta Johnson, Martha and Richard McMillen, Keela and Brock Meier, Kalan Nicholson, Michelle Oliver, Darcy Ronne, Jody and Jerry Sessions, Lynn and Janet Snell, Veronica and William Sommerville, *individually and as the parents and natural guardians of* A.L.S., Mark Bonamarte, Beverley Curtis, Harry Allan Knopp and Jo Ann Knopp, William C. Haney, Susan Scott and Doug Scott, Shane Wilson and Jayme Wilson, Kelly Hatcher, Susan Stambaugh and Scot Stambaugh and Nanette Nofzinger, and respectfully moves this Court for a continuance of the **Evidentiary Hearing Regarding Insurance Proceeds**, scheduled for October 12, 2016 at 9:00 a.m. Mr. Royal will be attending depositions in a state court case that have been scheduled for weeks prior to this setting.

WHEREFORE, Randy L. Royal moves for a reasonable continuance.

DATED:      September 21, 2016

                                                  /s/ Randy L. Royal, Attorney at Law

## CERTIFICATE OF SERVICE

I, Randy L. Royal, do hereby certify that a copy of the **MOTION FOR CONTINUANCE** was served on the following parties on September 21, 2016 as indicated below. The electronic notice will be done by the U.S. Bankruptcy Clerk.

**Via: United States Mail:**

Donald D. Allen
Markus Williams Young & Zimmermann, LLC
1700 Lincoln Street Suite 4550
Denver, CO 80203

Timothy M Swanson
Moye White LLP
1400 16th Street
Denver, CO 80202
Attorney for UMIA Insurance, Inc.

Stryker Medical, a Division of Stryker Corporation
c/o Lori L. Purkey, Esq.
Purkey & Associates, P.L.C.
5050 Cascade Road, SE, Suite A
Grand Rapids, MI 49546

Daniel R. Schimizzi
Bernstien-Burkley, P.C.
707 Grant Street, Suite 2200
Gulf Tower
Pittsburgh, PA 15219
Attorney for Beckman Coulter, Inc.

DACA VI LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

**Via: Electronic Notice:**

James T. Burghardt
Jennifer M. Salisbury
Greg C. Dyekman
Timothy L. Woznick
Chad S. Caby
Brent R. Cohen
Jamie Cotter
Lisa Epps
Scott J. Goldstein
Bryant T. Lamer
Eric L. Johnson
Philip A. Pearlman
Bradley T. Hunsicker
George E. Powers, Jr.
John C. Smiley

John F. Young
Elizabeth Richards
Julie Nye Tiedeken
Robert A. Krause
Sarah A. Kellogg
Ethan J. Birnberg
Patrick T. Holscher
Catherine A. Naltsas
Michael S. Davis
Lance E, Shurtleff
Deborah Kellam
Daniel J. Morse, Assistant UST
Alan Motes, UST, Region 19
US Trustee

/s/ Randy L. Royal, Attorney at Law