Gregory C. Dyekman - Wyoming Bar No. 5-1858
Timothy L. Woznick - Wyoming Bar No. 6-3949
DRAY, DYEKMAN, REED & HEALEY, P.C.
204 East 22nd Street
Cheyenne, WY  82001-3729
(307) 634-8891 – Telephone
(307) 634-8902 – Facsimile
greg.dyekman@draylaw.com
tim.woznick@draylaw.com

ATTORNEYS FOR FIRST BANK OF WYOMING

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| POWELL VALLEY HEALTH CARE, INC. | ) | Case No. 16-20326 |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |

**JOINDER IN DEBTOR'S APPLICATION TO EMPLOY
HAMMOND HANLON CAMP, LLC AS FINANCIAL ADVISOR
AND INVESTMENT BANKER**

First Bank of Wyoming ("First Bank"), by and through undersigned counsel, hereby joins in the *Debtor's Application to Employ Hammond Hanlon Camp, LLC as Financial Advisor and Investment Banker*, filed with this Court August 25, 2016 (docket entry 259).

First Bank respectfully submits that appointment of a financial advisor is a logical next step at this point in the case.  As the Debtor has noted, a financial advisor will be needed to finalize the analysis necessary to file a plan.  Though it would be optimal for the Debtor and the Unsecured Creditors' Committee ("UCC") to agree on this issue, it is evident from the pleadings (docket entries 276, 313 and 325) that they do not.

Generally, First Bank takes no position as to the arguments made in those pleadings.  Instead, First Bank joins in the Debtor's request for appointment of H2C because it wants to see a successful reorganization in this case, and it is concerned that the longer this case languishes, the less likely a successful reorganization will be.

Appointing a financial advisor will not prevent the Debtor and the UCC from being able to continue to have discussions about what a consensual plan would look like, and First Bank hopes that consensus can be reached. However, if those efforts ultimately fail, First Bank respectfully submits that appointment of a financial advisor, as requested by the Debtor, is needed to permit this case to progress on a reasonable timeline.

WHEREFORE, First Bank of Wyoming requests that this Court approve the employment of Hammond Hanlon Camp, LLC.

**DATED** this 27th day of September, 2016.

By: */s/ Timothy L. Woznick*
Gregory C. Dyekman – Wyo. Bar No. 5-1858
Timothy L. Woznick – Wyo. Bar No. 6-3949
DRAY, DYEKMAN, REED & HEALEY, P.C.
204 East 22nd Street
Cheyenne, WY  82001-3729
(307) 634-8891 – Telephone
(307) 634-8902 – Facsimile
greg.dyekman@draylaw.com
tim.woznick@draylaw.com
ATTORNEYS FOR FIRST BANK OF WYOMING

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon the following via the indicated method of service this 27th day of September, 2016.

| | |
|---|---|
| <u>Debtor</u><br>Bradley T. Hunsicker<br>Markus Williams Young & Zimmermann LLC<br>106 East Lincolnway Suite 300<br>Cheyenne, WY 82001 | [ ] U.S. Mail<br>[x] Email via CM/ECF |
| <u>United States Trustee</u><br>Office of United States Trustee<br>308 West 21st Street 2nd Floor<br>Cheyenne WY 82001 | [ ] U.S. Mail<br>[x] Email via CM/ECF |
| <u>Unsecured Creditors' Committee</u><br>c/o Jamie N. Cotter<br>Spencer Fane LLP<br>1700 Lincoln Street, Suite 2000<br>Denver, Colorado 80203 | [ ] U.S. Mail<br>[x] Email via CM/ECF |
| <u>Darcy Ronne, Jan and Bart Brinkerhoff, Jody and Jerry Sessions, Joetta Johnson, Keela and Brock Meier, Lynn and Janet Snell, Martha and Richard McMillen, Michelle Oliver, Nathaniel and Sheena Bates, Shannon Eller, Veronica and William Sommerville, Anthony and Laurie DiPilla, Kalan Nicholson, Nancy and Earl Crawford, III, Nancy and Larry Heiser, Sheryl and Darin Henderson, Susan and Scot Stambaugh, Beverley Curtis, Harry and Jo Ann Knopp, Mark Bonamarte, Shane and Jayme Wilson and Susan and Doug Scott, Nanette Nofzinger, Kelly Hatcher</u><br>c/o Randy L. Royal<br>P.O. Box 551<br>524 5th Ave. S.<br>Greybull, WY 82426 | [ ] U.S. Mail<br>[x] Email via CM/ECF |

*/s/ Timothy L. Woznick*
of D<small>RAY</small>, D<small>YEKMAN</small>, R<small>EED</small> & H<small>EALEY</small>, P.C.