IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| POWELL VALLEY HEALTH CARE, INC. | ) | Case No.   16-20326 |
| | ) | Chapter 11 |
| | ) | |
| Debtor(s). | ) | |

FILED
4:22 pm, 10/3/16
Tim J. Ellis
Clerk of Court

## ORDER VACATING EVIDENTIARY HEARING
## REGARDING INSURANCE PROCEEDS

IT IS ORDERED that the evidentiary hearing regarding whether insurance proceeds are property of the estate in connection with the Debtor's Motion to Enforce Scope of the Automatic Stay, or in the Alternative, Motion to Extend Automatic Stay (D.E. 60), the Joinder in Support filed by HealthTech Management Services (D.E. 159), the Joinder in Support filed by Powell Hospital District (D.E. 176), Various Creditors' Opposition (D.E 130), and Various Creditors' Joinder in Opposition (D.E. 132), the Debtor's Reply to Creditors' Opposition and Joinder (D.E. 175), the objection of the Committee of Unsecured Creditors (D.E. 191), and the amended response to the Motion was filed by various creditors (D.E. 271) scheduled for October 12, 2016 is vacated.

By the Court

*Cathleen D. Parker*      10/3/2016

Honorable Cathleen D. Parker
United States Bankruptcy Judge

Service to:
    Brad Hunsicker/Jennifer Salisbury
    John Smiley
    Chad Caby
    Randy Royal
    Jamie Cotter/Scott Goldstein
    Deb Kellam/Michael Davis