FILED

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF WYOMING

2:38 pm, 10/4/16

Tim J. Ellis
Clerk of Court

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POWELL VALLEY HEALTH CARE, INC., | ) | Case No. 16-20326 |
| | ) | |
| Debtor-in-Possession. | ) | |

**ORDER VACATING STATUS CONFERENCE
SCHEDULED FOR OCTOBER 5, 2016 AND
ORDER ESTABLISHING DEADLINES FOR THE COMMITTEE TO RESPOND
TO (1) NOTICE OF REMOVAL AND
(2) MOTION FOR ABSTENTION AND REMAND**

The court, *sua sponte*, vacates the status conference on the Official Committee of Unsecured Creditors' Committee's Comment to Notices of Removal and Request for Status Conference, scheduled for October 5, 2016.

Upon further review of the docket the court shall, by separate order, schedule a non-evidentiary hearing on (1) Notice of Removal and response; and (2) Motion for Abstention and Remand and responses on November 9, 2016 at 2:30 p.m. to include adversary cases: 16-02016; 16-02017; 16-02018; 16-02019; 16-02020; 16-02021, 16-02022, 16-02023; 16-02024; 16-02025; 16-02026; 16-02027; 16-02028; 16-02029; 16-02030; and 16-02031 and provide the Committee an opportunity to respond to each matter in each adversary proceeding.

THEREFORE IT IS ORDERED the status conference scheduled for October 5, 2016 is vacated; and it is

ORDERED the Committee shall file and serve its responses to the (1) Notice of Removal and (2) Motion for Abstention and Remand, fourteen days prior to the scheduled hearing; and it is further

ORDERED replies to the Committee's responses shall be filed seven days prior to the scheduled hearing date; and it is finally

ORDERED that the Committee shall refer to the order scheduling the hearing for details regarding the hearing.

                                                    BY THE COURT

*/s/ Cathleen D. Parker*
10/4/2016
_____
Honorable Cathleen D. Parker
United States Bankruptcy Judge