Daniel J. Morse (WY Bar # 7-4770)
Assistant United States Trustee, District of Wyoming
PATRICK S. LAYNG
UNITED STATES TRUSTEE
REGION 19
308 West 21st Street, Room 203
Cheyenne, WY 82001
(307) 772-2793

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 16-20326 |
| Powell Valley Health Care, Inc. | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | |

**UNITED STATES TRUSTEE'S AMENDED NOTICE OF APPOINTMENT**
**OF UNSECURED CREDITORS COMMITTEE**

The United States Trustee hereby appoints the additional following person(s) to the Official Unsecured Creditors Committee in the case of Powell Valley Health Care, Inc.:

A. Unsecured Creditor's Name and Contact Information:

  Name:   Shane Wilson

  Address     52 West 8th Street, Lovell Wyoming 82431

  Fax:   N/a

  Phone: 307-431-7773

  E-Mail:   jlwilson450@gmail.com

  ** Contact through counsel only

B. Counsel (if any) and Contact Information:

  Name: Jon M. Moyers

1

Address:   Moyers Law, 490 N. 31st Street, Ste 101, Billings, Montana 59101

Fax:   406-655-4905

Phone: 406-655-4900

E-Mail Address: jon@jmoyerslaw.com

Name:   Kathryn Kohn Troldahl

Address:   P. O. Box 390074, Minneapolis, Minnesota 554339

Fax: 888-519-3472

Phone:   612-597-3899

\*\*\*Additional members may be added to the Committee at a future date.

| Dated:   October 31, 2016 | Respectfully submitted,<br>PATRICK S. LAYNG<br>UNITED STATES TRUSTEE |
|---|---|
| | /s/ Daniel J. Morse<br>By: Daniel J. Morse, WY Bar # 7-4770<br>Assistant U.S. Trustee, District of Wyoming<br>U.S. Department of Justice<br>308 West 21st Street, Room 203<br>Cheyenne, WY 82001<br>Direct Line: 307-772-2793<br>Email: Daniel.J.Morse@USDOJ.GOV |