Jamie N. Cotter (Wyoming Bar No. 74721)
Philip A. Pearlman (Colorado Bar No. 11426)
Scott J. Goldstein (Missouri Bar No. 28698)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: (303) 839-3800
Facsimile: (303) 839-3838
jcotter@spencerfane.com
*Counsel to the Official Committee of
Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | Case No. 16-20326 |
| **POWELL VALLEY HEALTH CARE, INC.,** | ) | |
| | ) | |
| **Debtor-in-possession.** | ) | |

**JOINDER TO MOTION OF THE DEBTOR FOR AUTHORIZATION
TO CONDUCT RULE 2004 EXAMINATION OF THE
MALPRACTICE INSURANCE COMPANIES AND JOINDER TO
RESPONSE TO INSURANCE COMPANIES' JOINT OPPOSITION TO
MOTION FOR AUTHORIZATION TO CONDUCT RULE 2004 EXAMINATION
AND REQUEST TO BE HEARD**

The Official Committee of Unsecured Creditors (the "Committee") for its Joinder to Motion of the Debtor for Authorization to Conduct Rule 2004 Examination of the Malpractice Insurance Companies and Joinder to Response to Insurance Companies' Joint Opposition to Motion for Authorization to Conduct Rule 2004 Examination and Request to Be Heard (the "Joinder"), states as follows:

1. On October 31, 2016, Debtor filed its Motion of the Debtor for Authorization to Conduct Rule 2004 Examination of the Malpractice Insurance Companies (the "2004 Motion").

2. On November 2, 2016, Lexington Insurance Company ("Lexington"), UMIA Insurance Company ("UMIA") and Homeland Insurance Company of New York ("Homeland") collectively filed the Insurance Companies' Joint Opposition to Motion for Authorization to

Conduct Rule 2004 Examination and Request to Be Heard (the "Rule 2004 Examination Opposition").

3. On November 16, 2016, Debtor filed its Response to Insurance Companies' Joint Opposition to Motion for Authorization to Conduct Rule 2004 Examination and Request to Be Heard (the "Debtor's Response").

4. For the reasons set forth in the 2004 Motion and the Debtor's Response, the Committee joins in the 2004 Motion and incorporates by reference the arguments set forth by the Debtor in support of the 2004 Motion, and as set forth in its Debtor's Response. The Debtor is correct that the Committee is currently discussing settlement with the Debtor which will include, among other things, the assignment of claims against the insurance companies into a trust to be controlled by the tort claimants, with counsel to be chosen by the tort claimants. Pursuant thereto, the Committee has asked for information concerning the case.

5. While reserving all of its rights with regard to this Joinder and any other or additional arguments, for all the reasons set forth in the 2004 Motion and the Debtor's Response, which are incorporated herein, the Committee supports and joins in the 2004 Motion and the Debtor's Response.

WHEREFORE, the Committee respectfully joins in the Debtor's 2004 Motion and the Debtor's Response, and requests that the Court approve the 2004 Motion, and further requests such other and other relief as may be just and proper under the circumstances.

Date:  November 16, 2016

        Respectfully submitted,

        SPENCER FANE LLP

        <u>/s/ Jamie N. Cotter</u>
        Jamie N. Cotter       WY #74721
        1700 Lincoln Street, Suite 2000
        Denver, CO 80203-4554
        (303) 839-3800
        (303) 839-3838—Fax
        jcotter@spencerfane.com