Jamie N. Cotter (Wyoming Bar No. 74721)
Philip A. Pearlman (Colorado Bar No. 11426)
Scott J. Goldstein (Missouri Bar No. 28698)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: (303) 839-3800
Facsimile: (303) 839-3838
jcotter@spencerfane.com
*Counsel to the Official Committee of*
*Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | Case No. 16-20326 |
| **POWELL VALLEY HEALTH CARE, INC.,** | ) | |
| | ) | |
| **Debtor-in-possession.** | ) | |

**MOTION FOR CONTINUANCE OF HEARING ON THE COMMITTEE'S**
**APPLICATION TO RETAIN EISNERAMPER, LLP**

The Official Committee of Unsecured Creditors (the "Committee"), for its Motion for Continuance of Hearing on the Committee's Application to Retain EisnerAmper, LLP, states as follows:

1.  On October 24, 2016, the Committee filed its Application to Retain EisnerAmper, LLP as Accountant and Financial Advisor to the Official Committee of Unsecured Creditors (the "Motion"). (Docket #349). The Debtor filed its Objection to the Motion on November 1, 2016. (Docket #357). The Powell Hospital District (the "District") filed an Objection to the Motion on November 3, 2016. (Docket #362). On November 16, 2016, the Committee filed its Brief in Support of Application to Retain EisnerAmper, LLP as Accountant and Financial Advisor to the Official Committee of Unsecured Creditors. (Docket #369). First Bank of Wyoming filed an Objection to the Motion on November 16, 2016. (Docket #370). The Court set a telephonic

hearing on the Motion and all objections thereto for November 23, 2016 (the "Hearing"). (Docket #360).

2.  Since the Motion was filed, the Debtor and the Committee have had settlement discussions regarding a consensual plan. Counsel for the Debtor, the Committee, and the tort claimants have met in person to discuss the parameters of a consensual plan and the parties believe that they have made progress in that regard.

3.  In light of the progress that is being made toward a consensual plan, the Committee respectfully requests that the Court continue the Hearing until December 7, 2016. Currently, the Court is set to hear both the Motion and the Debtor's Motion for Authorization to Conduct Rule 2004 Examination ("2004 Motion") on November 23, 2016. (Docket #361). The Committee understands that the Debtor will be filing a motion seeking a continuance of the hearing on its 2004 Motion until December 7, 2016 as well. Therefore, there will be no matters set for November 23, 2016 and that hearing can be vacated in its entirety. The Court has already set a telephonic hearing on December 7, 2016 with respect to the Debtor's Motion to Assume Leases and Establishing Cure Amount and the Motion to Assume Lease or Executory Contract with Powell Hospital District. (Docket # 335). Therefore, all of these matters could be heard on December 7, 2016.

4.  The Debtor has conferred with counsel for all parties who have filed objections to the Motion, and no party objects to this requested continuance. Further, this continuance is sought in good faith and in light of the progress the parties have made towards a consensual plan. In the event a consensual plan is negotiated and agreed to, the Committee may have no need to employ EisnerAmper. Therefore, a continuance of the Hearing is in the best interests of all parties.

WHEREFORE, the Committee respectfully requests that the Court continue the Hearing on its Motion until December 7, 2016.

Respectfully submitted,

SPENCER FANE LLP

/s/ Jamie N. Cotter
Jamie N. Cotter          WY #74721
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554
(303) 839-3800
(303) 839-3838—Fax
jcotter@spencerfane.com
ppearlman@spencerfane.com

Scott J. Goldstein       MO #28698
1000 Walnut, Suite 1400
Kansas City, MO 64106
(816) 474-8100
(816) 474-3216– Fax
sgoldstein@spencerfane.com

COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS