**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

July 14, 2016                                                    Invoice No.:  92497

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                  11278.002   Restructure/Reorganization
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| | | | Hours | |
|---|---|---|---|---|
| 05/16/2016 | RBL | Draft and Amend Notice of Bankruptcy and Automatic Stay pleadings. | 2.00 | 250.00 |
| | JMS | Legal research regarding the effect of the automatic stay upon the third-party claims; conferences with J. Markus, B. Hunsicker and J. Young re next steps in the petition. | 2.40 | 744.00 |
| | JTM | Review and revise certain first day Motions (0.8); Call with B. Hunsicker re Motion for expedited hearing and matters re same (0.3). | 1.10 | 467.50 |
| | SRR | Review and revise notices of bankruptcy filing; Assist in preparation of filing documents; Review of various first day motions. | 2.00 | 750.00 |
| | BTH | Review Corporate Resolution authorizing filing (.1); Prepare, review and revise all First Day Motions (8.1). | 8.20 | 2,419.00 |
| 05/17/2016 | BTH | Conference call with CEO/CFO to discuss filing (.3); Follow up email and phone conference with M. Long re 341 hearing and related matters with bank accounts and petition preparation (.6); Conference call with Bank to discuss account issues (.3); Field inquiries on case from parties in interest (.6). | 1.80 | 531.00 |
| | BTH | Review Orders setting hearing on First Day Motions. | 0.30 | 88.50 |
| 05/18/2016 | JFT | Draft Pro Hac Vice for J. Markus, J. Young and D. Allen and Entry of Appearance for J. Salisbury; Send out all first day motions identified in Court's May 17, 2016 order to parties listed on Limited Service list and draft and file Certificate of Service re same. | 2.50 | 237.50 |
| | JFY | Continue preparation of various pleadings (1.3); Review and analyze service of process issues (.4); Prepare vendor notice documents (.9); Correspondence and meetings with client to discuss strategies and related issues (.7); Review and analyze tort claim issues (.6). | 3.90 | 1,540.50 |

07/14/2016
Invoice No.: 92497
11278.002   Restructure/Reorganization

| | | | Hours | |
|---|---|---|---|---|
| | BTH | Email with UST re appointment of PCO (.1); Research re standards for waiver of PCO (1.8); Email to CEO re PCO analysis (.3); Review correspondence from UST and forward to CEO (.3); Phone conference with T. Copenhaver re general counsel duties (.5); Phone conference with M. Long re issues with vendors and review related correspondence (.7); Address DIP Account issues with CFO and Bank (.8); Interoffice discussions re issues in case (.8); Address various issues in case with CFO (.4). | 5.70 | 1,681.50 |
| 05/19/2016 | JFY | Review and analyze first day issues. | 1.40 | 553.00 |
| | BTH | Review and revise template letter for vendor deposits and forward to CFO (.2); Email with CFO re outstanding case administration issues (.7); Review prior claim lists and compile patient list summary (1.4); Address issues with DIP Account and pre-petition invoices (.8); Review Order requiring additional notice to creditors and address issue internally (.4); Review and revise creditor information (.9); Address various creditor inquiries and vendor inquiries (.6); Research re requirement of a PCO (1.5). | 6.50 | 1,917.50 |
| | BTH | Phone and email correspondence with J. Young and J. Markus re outstanding filing issues (.6). | 0.60 | 177.00 |
| 05/20/2016 | RBL | Draft and revise Notice of Bankruptcy and Automatic stay for Heiser matter | 1.00 | 125.00 |
| | BTH | Phone conference with potential financial advisor (.3); Review various inquiries from potential financial advisors (.6). | 0.90 | 265.50 |
| | JFY | Prepare claims resolution procedure (1.2); Review and analyze various personal injury claims and issues related thereto (1.4). | 2.60 | 1,027.00 |
| | BTH | Phone conference with CEO/CFO re outstanding issues with the bankruptcy filing (.4); Finalize memo summary for purposes of waiving PCO and email the same to CEO and UST (2.3). | 2.70 | 796.50 |
| 05/21/2016 | BTH | Email to T. Odom re obtaining general counsel. | 0.10 | 29.50 |
| 05/23/2016 | JFY | Continue preparation of frame work for estimation of personal injury claims or other resolution mechanisms for the personal injury claims. | 1.30 | 513.50 |
| | BTH | Email to D. Morse re request for extension to file schedules (.1); Email with M. Long re issues with bank accounts and Medicaid payments and review related correspondence (.3); Research re Nursing Care Facility Assessment Act (.6); Email to D. Morse re payment of pre-petition invoices (.2); Review and revise Motion and Order to appear by Video (.4); Review and revise COS for notice on prior patients (.4); Email to M. Long re approval of revised top 20 unsecured creditors (.1); Phone conference with T. Woznick to address bank account issue (.2); Email to T. Odom re professional liability coverage (.1). | 2.40 | 708.00 |
| 05/24/2016 | BTH | Conference call with J. Young to discuss First Day Motions hearing (.6); Begin preparation for First Day Motions hearing (2.2); Draft and file motion and order to extent time to file schedules (.6). | 3.40 | 1,003.00 |
| | BTH | Email with US Trustee re patient care ombudsman (.2); Review and revise various certificates of service for additional service of pleadings (.4). | 0.60 | 177.00 |

07/14/2016                                                                                                          Page 3
Invoice No.: 92497
11278.002  Restructure/Reorganization

| | | | Hours | |
|---|---|---|---|---|
| 05/25/2016 | BTH | Prepare for hearing on First Day Motions (3.2); Attend hearing on First Day Motions (1.0). | 4.20 | 1,239.00 |
| | BTH | Review and revise proposed interim orders on First Day Motions (1.6). | 1.60 | 472.00 |
| | JFY | Prepare for hearing on first day matters (2.5); Meet with B. Hunsicker and prepare for first day hearings (1.0); Attend first day hearings (1.0). | 4.50 | 1,777.50 |
| | JFY | Travel to and from Cheyenne, WY for first day hearings (4.0 billed at 1/2 time). | 2.00 | 790.00 |
| 05/26/2016 | JFY | Review and analyze court orders entered in response to first day pleadings (.9); Prepare notices and service of process of first day orders (.4). | 1.30 | 513.50 |
| 05/27/2016 | JFY | Review and analyze various orders entered by the Court re interim relief (.8); Take action to comply with orders and arrange for service of process (1.0); Prepare notice to accompany various orders including utility order (1.3); Continue drafting plan of reorganization (2.7). | 5.80 | 2,291.00 |
| 05/31/2016 | BTH | Phone conference with CFO/CEO re issues with bankruptcy case (.2); Begin drafting motion to waive PCO requirement (1.8); Review insurance letter for renewal purposes (.2); Email to CEO re retention of special counsel (.1); Review proposed engagement letter for special counsel (.2); Review all First Day Orders and docket entries (1.2). | 3.70 | 1,091.50 |
| | JFY | Prepare schedules and related papers (1.2); Conference with creditors re status of various issues (.5). | 1.70 | 671.50 |
| 06/01/2016 | BTH | Finalize motion to waive PCO and draft related proposed order. | 3.50 | 1,032.50 |
| 06/02/2016 | BTH | Email with M. Long re various account payable questions. | 0.20 | 59.00 |
| 06/07/2016 | BTH | Email correspondence from J. Domeika (Physicians Insurance) re obtaining insurance policy. | 0.20 | 59.00 |
| 06/08/2016 | BTH | Attend conference call with potential new insurance company representatives (0.5); Email to CEO re discussing insurance coverage with possible new insurance carrier (0.1); Interoffice discussions with J. Young re possible committee formation (0.2); Research re competitor participation on unsecured committee (0.4); Email to D. Morse re possible competitor attempting to join committee (0.1); Complete test run with CFO for preparation of 341 meeting (0.3); Research re authorization to complete monthly fee applications (0.4). | 2.00 | 590.00 |
| 06/09/2016 | BTH | Review additional adequate assurance request from Rainbow Gas and discuss the same with M. Long (.5); Emails to S. Kogseng (Rainbow Gas) re request for additional adequate assurance (.2); Email to M. Long re questions with claims bar date (.1). | 0.80 | 236.00 |
| 06/10/2016 | BTH | Discuss structure of Plan with J. Young (.2); Email to D. Morse re payment of ordinary course professionals and discuss the same with J. Young (.2); Draft Motion to Retain CKKK and proposed order (2.1). | 2.50 | 737.50 |

07/14/2016                                                                                                    Page 4
Invoice No.: 92497
11278.002   Restructure/Reorganization

| | | | Hours | |
|---|---|---|---|---|
| 06/13/2016 | BTH | Review CKKK engagement letter (.2); Draft motion to retain CKKK and proposed order and draft declaration (1.7); Research re employment of day-to-day professionals (.5); Email draft retention documents to T. Copenhaver (.1); Email from S. Kopseng (Rainbow Gas) re additional assurance for utilities (.1). | 2.60 | 767.00 |
| 06/15/2016 | BTH | Email to T. Copenhaver re retention of day-to-day professionals (.1); Email from D. Morse re employment of ordinary course professionals (.1); Interoffice discussions re status of pending issues (.4); Email to/from D. Morse re monthly fee applications (.1); Review docket, emails, etc., to establish an "open-items" list and circulate internally (.4); Review response from S. Kopseng (Rainbow Gas) re additional assurances for utilities and respond accordingly (.3); Interoffice discussion with J. Young re case status (.2); Phone conference with M. Long re filing monthly operating report (.1); Phone conference with T. Woznick to discuss case (.4). | 2.10 | 619.50 |
| | BTH | Review and respond to email from M. Long re use of cash collateral to address concern from Office Depot. | 0.20 | 59.00 |
| | JFY | Review and analyze various upcoming deadline issues; Prepare to meet same. | 0.70 | 276.50 |
| 06/17/2016 | BTH | Review emails from T. Currier (Northern WY Surgical Center) and respond accordingly (.2); Review automatic stay provisions (.2). | 0.40 | 118.00 |
| 06/20/2016 | BTH | Draft initial motion for payment of ordinary course professionals and proposed order (1.8); Review files to determine ordinary course professionals (.3). | 2.10 | 619.50 |
| | DDA | Team meeting re upcoming tasks and assignments re claims estimation, plan, professionals and bad faith insurance issues. | 0.60 | 186.00 |
| | BTH | Review Termination Notice from Bank and discuss the same with M. Long and T. Woznick (.6); Email to M. Long re review of Proof of claims (.1). | 0.70 | 206.50 |
| | BTH | Interoffice call to discuss open issues with case. | 0.50 | 147.50 |
| | JMS | Conference with J. Young, B. Hunsicker, and D. Allen re next steps in bankruptcy case. | 0.30 | 93.00 |
| | JFY | Review and analyze open issues and strategies to resolve same. | 1.00 | 395.00 |
| 06/21/2016 | BTH | Phone/Email correspondence with M. Long to address retention of ordinary course professionals (.4); Advise CEO of formation of Committee (.1); Address motion to retain ordinary course professionals with US Trustee (.2); Email to M. Long re patient refunds (.1); Address motion to retain ordinary course professionals internally (.3); Finalize motion to retain ordinary course professionals (1.7); Review motion of appointment of committee (.1); Review dockets and orders in other cases authorizing employment of ordinary course professionals (.9); Phone conference with B. Marvel re ordinary course professionals (.2); Phone conference with T. Woznick re case update (.1). | 4.10 | 1,209.50 |

07/14/2016
Invoice No.: 92497
11278.002  Restructure/Reorganization

| | | | | Hours | |
|---|---|---|---|---|---|
| 06/22/2016 | BTH | Telephone conference with M. Long re charitable contributions (.1); Email to CEO/CFO and other parties re motion to retain ordinary course professionals (.1); Follow up emails with T. Copenhaver re retention of ordinary course professionals (.3); Discuss open issues with J. Markus and J. Young (.2). | | 0.70 | 206.50 |
| | BTH | Review Rainbow Gas correspondence (.3); Review Interim Utility Order (.2); Draft letter agreement to memorialize additional adequate assurances for Rainbow Gas (.8); Email letter agreement to S. Kopseng (.1). | | 1.40 | 413.00 |
| 06/23/2016 | BTH | Review Order waiving PCO and advise client (0.2); Interoffice discussions re Claims Estimation Motion (0.2). | | 0.40 | 118.00 |
| 06/24/2016 | BTH | Email to M. Long re intentions with contract with Equiscript (.1); Review Entry of Appearance (Birnberg) (.1);  Begin research re possible IME physicians for claims estimation process (.3). | | 0.50 | 147.50 |
| 06/28/2016 | BTH | Review motion to appear (.1); Review Joinder filed by Healthtech to Debtor's motion to enforce stay (.1); Review prior first day orders and motions and draft proposed final orders for filing (1.8); Review files and Schedules to determine documents responsive to Committee request (.4). | | 2.40 | 708.00 |
| | BTH | Review and address correspondence from North Platte Pathology (.2); Phone conference with J. Young to address outstanding issues (.2); Phone conference with C. Caby to address issues with Hospital District (.2); Phone conference with T. Woznick to address submitting final order on cash collateral (.1); Email with M. Long to address physician recruitment (.1). | | 1.00 | 295.00 |
| 06/29/2016 | JOM | Conference(s) with S. Rider re arguments and strategy pertaining to 2004 exam. | | 0.40 | 118.00 |
| | BTH | Phone and email correspondence with M. Long re addressing Siemens vendor issue (.4); Phone and email correspondence with C. Rudloff re addressing Siemens vendor issue (.4); Review Siemens deposit letter (.1); Discuss case issues with J. Young (.3); Review pleadings and docket to determine open items to address (.6); Review Spencer Fane notice of appearance (.1); Advise J. Young on Siemens issue (.1). | | 2.00 | 590.00 |
| 06/30/2016 | BTH | Email to M. Long re employment of Pathologist (.1); Research re composition of committee representatives and potential for conflicts (1.1); Review various entry of appearances (.6); Review letter from T. Copenhaver and discuss with J. Markus (.4); Research re liquidation analysis for plan confirmation purposes (.3); Interoffice discussions re pending issues with case (.4); Review compliance order (.1); Review motions to appear by telephone (.2); Review pro hac motions (.4); Review final orders on first day motions (.2); Review Joinder filed by Hospital District (.2). | | 4.00 | 1,180.00 |
| | | **TOTAL SERVICES** | | 115.50 | 36,035.00 |

**EXPENSES:**

| | | |
|---|---|---|
| Photocopies | | 3,034.20 |
| Online research | | 1,273.04 |
| Postage | | 1,088.11 |
| Out-of-town travel | | 279.39 |

07/14/2016                                                                          Page 6
Invoice No.: 92497
11278.002  Restructure/Reorganization

| | |
|---|---|
| Court fees | 40.10 |
| Recording fees | 1,717.00 |
| Overnight delivery | 458.81 |
| Conference calls | 15.96 |
| **TOTAL EXPENSES** Thru 06/30/2016 | 7,906.61 |
| **TOTAL THIS INVOICE** | 43,941.61 |
| **TOTAL OUTSTANDING INVOICES** | $43,941.61 |

Your trust account balance is

| | |
|---|---|
| Opening Balance | $228,501.20 |
| Closing Balance | $228,501.20 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

July 14, 2016                                          Invoice No.:  92498

Terry Odom, CEO                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.               11278.004   Cash Collateral
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                      | Hours |        |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 06/09/2016 | BTH | Review budget analysis from M. Long for purposes of complying with stipulated order for use of cash collateral with Bank (.3); Email to T. Woznick re budget analysis (.1).          | 0.40  | 118.00 |
| 06/29/2016 | BTH | Review order rescheduling hearing on cash collateral and discuss the same with T. Woznick (.2); Review prior orders on cash collateral (.4); Draft revised final order for cash collateral (.3); | 0.90  | 265.50 |
| 06/30/2016 | BTH | Review and finalize final order for use of cash collateral.                                                                                                                         | 0.20  | 59.00  |
|            |     | **TOTAL SERVICES**                                                                                                                                                                   | 1.50  | 442.50 |
|            |     | **TOTAL THIS INVOICE**                                                                                                                                                               |       | 442.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                                                                                       |       | $442.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

July 14, 2016                                          Invoice No.:  92499

Terry Odom, CEO                              RE: **Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                   11278.005   Schedules and SOFA
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| | | | Hours | |
|---|---|---|---|---|
| 05/16/2016 | DDA | Review vehicle titles. | 0.60 | 186.00 |
| 05/17/2016 | BTH | Interoffice discussions re top twenty creditor list (1.3); Review and research files for preparing top twenty creditor list (1.8); Review notice pleadings (.3). | 3.40 | 1,003.00 |
| | DDA | Review contracts > 50 k; Begin review of contracts > 5 years. | 4.20 | 1,302.00 |
| | JFT | Additional revisions to 20 Largest Creditor matrix; Draft Notice of Filing of 20 Largest and Limited Service List. | 4.50 | 427.50 |
| 05/22/2016 | JMS | Continue review and analysis of contracts for inclusion in statements and SOFAs. | 1.50 | 465.00 |
| 05/23/2016 | BTH | Interoffice discussions with J. Tokuoka re addressing various orders from the Court and revising mailing matrixes and list of top 20 creditors. | 1.20 | 354.00 |
| 05/24/2016 | BTH | Phone conference with CEO/CFO re First Day hearing (.3); Review revised top 20 list and limited service list and revise accordingly (1.3). | 1.60 | 472.00 |
| | JFT | Update Schedule F by comparing Version 1 (without patient information) and Version 2 (with patient information) in preparation of filing sealed version of Schedule F. | 1.50 | 142.50 |
| 05/25/2016 | JMS | Continue review of contracts for schedules and SOFA. | 1.10 | 341.00 |
| | JFT | Continue update of Schedule F by comparing Version 1 (without patient information) and Version 2 (with patient information) in preparation of filing sealed version of Schedule F. | 5.00 | 475.00 |
| 05/26/2016 | JMS | Continue review of contracts for SOFA and schedules. | 1.20 | 372.00 |
| 05/31/2016 | JMS | Continue review and analysis of contracts for inclusion in SOFA and schedules. | 3.30 | 1,023.00 |

07/14/2016                                                                                                      Page 2
Invoice No.: 92499
11278.005  Schedules and SOFA

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | BTH | Review and revise Master Contract List for executory contracts and the Schedule Task List (1.6). | 1.60 | 472.00 |
| 06/01/2016 | DDA | Chapter 11 Team meeting re preparation of Schedules and Statement of Financial Affairs; | 0.80 | 248.00 |
|  | BTH | Interoffice discussions with J. Tokuoka re completing schedules (.8); Prepare schedule checklist and circulate to parties (.6). | 1.40 | 413.00 |
|  | JMS | Conference with J. Young re finalizing schedules and SOFAs; continue review of executory contracts for inclusion in schedules. | 4.30 | 1,333.00 |
|  | DDA | Continued review of executory contracts for Schedule G. | 2.60 | 806.00 |
|  | DDA | Telephone conference(s) with J. Salisbury and B. Hunsicker re status of review of executory contracts and use of an attachment for Schedule G. | 0.30 | 93.00 |
|  | JFY | Review and analyze schedules and revision to same. | 0.90 | 355.50 |
|  | BTH | Interoffice conference call to address schedules (0.6); Email to/from M. Long re schedules and related creditor issues (0.6). | 1.20 | 354.00 |
|  | JFT | Continue work on Schedule F. | 5.00 | 475.00 |
| 06/02/2016 | JMS | Continue review and analysis of contracts for inclusion in Schedules. | 3.50 | 1,085.00 |
|  | BTH | Phone and email with D. Allen re review of certain executory contracts (.4); Begin review of various executory contracts for purposes of drafting schedules (1.8); Review Master Executory Contract List and revise accordingly (2.3); Begin review of Schedule F (1.4); Interoffice discussions with J. Tokuoka re schedule preparation (.8). | 6.80 | 2,006.00 |
|  | DDA | Update Executory Contract list for provider agreements, contracts over 50k and contracts over 5 years. | 0.70 | 217.00 |
|  | JFY | Review, analyze and revise statement and schedules. | 1.30 | 513.50 |
|  | JFT | Continue work on Schedules. | 6.50 | 617.50 |
| 06/03/2016 | JMS | Continue review and analysis of contracts to be included in list of executory contracts in Schedules. | 3.50 | 1,085.00 |
|  | BTH | Finalize review of "miscellaneous legal contracts" for purposes of drafting schedules (2.8); Review and revise Master Executory Contract List and create related exhibits (2.2); Phone and email with J. Salisbury re review of various executory contracts (.5); Review and propose final revisions for Schedule F (1.5); Email and phone correspondence with J. Tokuoka and M. Long re drafting of Schedules (1.9). | 8.90 | 2,625.50 |
|  | JFY | Review, analyze and make revisions/comments to schedules. | 1.00 | 395.00 |
|  | JFT | Revisions to Schedules and SOFA. | 4.00 | 380.00 |

07/14/2016                                                                                      Page 3
Invoice No.: 92499
11278.005  Schedules and SOFA

|            |     |                                                                                                                                                                                                                                                                                                                  | Hours  |           |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|-----------|
| 06/04/2016 | BTH | Final review of Form 206A/B and forward proposed revisions to M. Long and J. Tokuoka.                                                                                                                                                                                                                             | 1.40   | 413.00    |
| 06/05/2016 | JFT | Revisions to Schedule F and SOFA.                                                                                                                                                                                                                                                                                 | 3.00   | 285.00    |
| 06/06/2016 | BTH | Emails to/from M. Long re completion of Schedules and SOFA (1.3); Email to/from J. Tokuoka and phone conferences re completion of Schedules (2.8); Email to R. DiFelice re pre petition payments for purposes of completing Schedules (.1); Complete checklist for Schedules (.3); Review and revise 90-day payments to vendors (.6); Review, revise and finalize Schedules and SOFA (2.5). | 7.60   | 2,242.00  |
|            | JFY | Continue review and revise schedules and statement of financial affairs and review issues related thereto.                                                                                                                                                                                                        | 1.90   | 750.50    |
|            | JFT | Additional revisions to schedules, SOFA and other documents to be filed; Finalize and file same.                                                                                                                                                                                                                 | 9.00   | 855.00    |
| 06/07/2016 | BTH | Review filed Schedules and SOFA (.3).                                                                                                                                                                                                                                                                             | 0.30   | 88.50     |
| 06/27/2016 | JFT | Work on Schedule F (with Patients).                                                                                                                                                                                                                                                                               | 3.00   | 285.00    |
|            |     | **TOTAL SERVICES**                                                                                                                                                                                                                                                                                                | 109.60 | 24,956.00 |
|            |     | **TOTAL THIS INVOICE**                                                                                                                                                                                                                                                                                            |        | 24,956.00 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                                                                                                                                                                                                                    |        | $24,956.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

July 14, 2016                                      Invoice No.:  92500

Terry Odom, CEO                        **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.             11278.006   Required Meetings
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 06/07/2016 | BTH | Prepare client for initial interview with US Trustee (.2); Review documents submitted for Initial Financial Report (.3); Attend initial interview with US Trustee (.4). | 0.90 | 265.50 |
| 06/09/2016 | BTH | Prepare for first meeting of creditors (1.0); Phone conference with M. Long to address first meeting of creditors (.3); Attend first meeting of creditors (.3); Advise J. Young re attendance at 341 meeting (.1). | 1.70 | 501.50 |
|  |  | **TOTAL SERVICES** | 2.60 | 767.00 |
|  |  | **TOTAL THIS INVOICE** |  | 767.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $767.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

July 14, 2016                                                         Invoice No.:  92501

Terry Odom, CEO                                    **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                          11278.007   Required Reports
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                  | Hours |          |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 06/01/2016 | BTH | Review documents for Initial Financial Report and submit the same to the UST (1.8).                                               | 1.80  | 531.00   |
| 06/19/2016 | BTH | Review Monthly Operating Report for May 2016 and related documents (1.5); Email to M. Long re suggested revisions to Monthly Operating Report (.2). | 1.70  | 501.50   |
| 06/20/2016 | BTH | Review revised documents for May 2016 Monthly Operating Report (1.2); Email to M. Long re questions with Monthly Operating Report (.1). | 1.30  | 383.50   |
|            |     | **TOTAL SERVICES**                                                                                                                | 4.80  | 1,416.00 |
|            |     | **TOTAL THIS INVOICE**                                                                                                            |       | 1,416.00 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                                    |       | $1,416.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

July 14, 2016                                    Invoice No.:  92502

Terry Odom, CEO                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.              11278.008   Claims
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 05/20/2016 | BTH | Phone conference with Sysco re payment of prepetition debt and discuss the same with M. Long (.4); Email correspondence with M. Long and Weatherby re payment of pre-petition debt (.3); Email correspondence with McKesson re payment of 20-day vendor claim (.1); Interoffice discussions and email with M. Long re top twenty list (.7). | 1.50 | 442.50 |
| 05/23/2016 | BTH | Review entry of appearance and Proof of claim filed by Stryker Instruments (.3). | 0.30 | 88.50 |
| 05/31/2016 | BTH | Review various Proof of claims and discuss the same with M. Long (.3). | 0.30 | 88.50 |
| 06/01/2016 | JFY | Prepare claims resolution and estimation process. | 0.80 | 316.00 |
| 06/05/2016 | JFY | Review and analyze issues re claim estimations procedures; Begin outline of possible estimation process. | 0.90 | 355.50 |
|  | JFY | Review and analyze legal research re authority and statutory underpinnings for claim estimation process. | 1.40 | 553.00 |
| 06/15/2016 | BTH | Phone and email correspondence with J. Stanczak (Epiphany) re issues with claim amount (.2). | 0.20 | 59.00 |
| 06/17/2016 | JFY | Review and analyze estimation procedures and issues involving personal injury claims. | 1.00 | 395.00 |
| 06/20/2016 | JFY | Review and analyze issues involving personal injury claims and possible estimation of same. | 1.20 | 474.00 |
| 06/22/2016 | BTH | Phone conference with K. Nichols (Equiscript) re continuation of services (.2). | 0.20 | 59.00 |
|  | JFY | Review and analyze personal injury claim issues and potential estimation of same. | 1.00 | 395.00 |
| 06/23/2016 | BTH | Review and revise Claims Estimation Motion and email the same to J. Young. | 2.60 | 767.00 |

07/14/2016
Invoice No.:  92502
11278.008   Claims

| | | | Hours | |
|---|---|---|---|---|
| | JFY | Review and analyze case law and legal authority regarding estimation of claims in bankruptcy case with particular emphasis on estimation of personal injury claims for voting purposes (1.8); Review and analyze other cases in which cases have been estimated and the procedures employed in those cases (1.3); Prepare draft estimation motion (1.5); Prepare outline of estimation procedures (.3). | 4.90 | 1,935.50 |
| 06/24/2016 | BTH | Review and revise Claims Procedures (1.3); Phone conference with J. Young to discuss Claims Procedures (.3). | 1.60 | 472.00 |
| | JFY | Continue to review and analyze various cases involving the estimation of personal injury claims and issues related thereto (.8); Prepare for conference call with committee and PI counsel to discuss same (.7); Continue to prepare estimation procedures (.8); Continue to prepare claims estimation motion (1.3); Review and analyze other cases in which estimation procedures were used and the procedures employed in those cases (1.8); Prepare various exhibits and questionnaires to be used by the personal injury claimants in estimating their claims (2.7). | 8.10 | 3,199.50 |
| 06/27/2016 | BTH | Phone conference with CEO/CFO re claims estimation process (.5); Interoffice discussions with J. Young re claims estimation process and moving case forward (.6). | 1.10 | 324.50 |
| | BTH | Review and revise exhibits for claims estimation motion (1.8); Revise Motion to Approve Claims Estimation Procedures and email the same to J. Young (.3). | 2.10 | 619.50 |
| | JFY | Prepare for call with client to discuss claims estimation procedures (.6); Conference with client to discuss claims estimation procedures (.5); Review and revise current estimation procedures to address client's concerns (.7). | 1.80 | 711.00 |
| 06/28/2016 | BTH | Review final estimation procedures and motion. | 0.30 | 88.50 |
| | JFY | Review and revise claim estimation procedures (.9); Review and analyze other cases in which claims estimation procedures were used (.7); Prepare motion to approve claims estimation procedures (.8); Review and analyze case law re parameters of court's authority to estimate claims (.9); Correspondence with committee and counsel for personal injury claimants re estimation procedures (.5). | 3.80 | 1,501.00 |
| 06/29/2016 | JFY | Correspondence with committee counsel re estimation procedures and review and revise same (.5). | 0.50 | 197.50 |
| | | **TOTAL SERVICES** | 35.60 | 13,042.00 |
| | | **TOTAL THIS INVOICE** | | 13,042.00 |
| | | **TOTAL OUTSTANDING INVOICES** | | $13,042.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

July 14, 2016                                    Invoice No.:  92503

Terry Odom, CEO                         **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.              11278.009  Executory Contracts
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 06/07/2016 | BTH | Review agreement and related documents regarding PVIHS. | 0.40 | 118.00 |
| 06/29/2016 | BTH | Email to C. Caby re request for additional leases with Hospital District. | 0.10 | 29.50 |
|  | JFY | Review and analyze various open issue including lease issues and other contract issues. | 0.90 | 355.50 |
|  |  | **TOTAL SERVICES** | 1.40 | 503.00 |
|  |  | **TOTAL THIS INVOICE** |  | 503.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $503.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

July 14, 2016                                              Invoice No.:  92504

Terry Odom, CEO                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                11278.010  Creditors Committee
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| | | | Hours | |
|---|---|---|---|---|
| 06/22/2016 | BTH | Introduction call with counsel for Committee. | 0.20 | 59.00 |
| 06/27/2016 | BTH | Prepare for call with Committee counsel (.2); Conference call with Committee counsel to discuss upcoming filings (.6). | 0.80 | 236.00 |
| | JFY | Prepare for call with committee counsel and counsel for personal injury claimants to discuss various issues in the case (.7); Participate in call with committee and counsel for the personal injury claimants (.8); Conference with S. Rider and B. Hunsicker to coordinate various open issues in the case (.5). | 1.90 | 750.50 |
| 06/28/2016 | BTH | Email correspondence from Committee counsel re request for documents. | 0.10 | 29.50 |
| 06/29/2016 | BTH | Review Hospital District leases in preparation of sending to Committee counsel (.7); Review Master file list to determine leases with Hospital District and reconcile the same with SOFA (.3); Review Debtor's current D&O policy (.3); Email documents to Committee counsel (.1); Email to J. Cronin re request for prior year D&O policies (.1); Review prior years D&O policies and forward the same to Committee counsel (.7). | 2.20 | 649.00 |
| 06/30/2016 | SRR | Telephone conference(s) with attorney for creditor committee. | 0.50 | 187.50 |
| | | **TOTAL SERVICES** | 5.70 | 1,911.50 |
| | | **TOTAL THIS INVOICE** | | 1,911.50 |
| | | **TOTAL OUTSTANDING INVOICES** | | $1,911.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

July 14, 2016                                    Invoice No.:  92509

Terry Odom, CEO                      **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.           11278.012   Tort Litigation
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                                                                                 | Hours |          |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 05/16/2016 | DDA | Post Filing: Review 19 page letter to three plaintiffs' counsel re reasons why Beacon One denial of coverage is improper.                                                                                                                          | 1.20  | 372.00   |
|            | JTM | Emails with Plaintiffs' counsel re pending litigation and depositions (0.3); Call with lead tort counsel re bankruptcy filing and matters going forward (0.7); consider strategy for dealing with tort claims and maximizing recovery (0.3); Email to lead counsel with contact from Listeria cases (0.2). | 1.50  | 637.50   |
|            | BTH | Phone and email correspondence with Plaintiff counsel and related parties re status of bankruptcy filing.                                                                                                                                         | 1.40  | 413.00   |
| 05/17/2016 | JTM | Review filings by Plaintiffs counsel in state court action and consider automatic stay issues pertaining to same (0.6); Review letter from defense counsel summarizing and analyzing insurance coverage issues (1.3); Call will S. Rider re insurance issues and potential work around to policy defenses (0.3). | 2.20  | 935.00   |
|            | BTH | Review and finalize bankruptcy notices (.8); Interoffice discussions re status of tort litigation (.4); Email correspondence with Plaintiff counsel and related parties re automatic stay issues (.6).                                             | 1.90  | 560.50   |
|            | JFY | Prepare various pleadings in case (2.3); Review and analyze tort claims and issues related thereto (1.4).                                                                                                                                          | 3.70  | 1,461.50 |
|            | JMS | Legal research in support of and begin drafting Motion to Enforce automatic stay.                                                                                                                                                                 | 4.80  | 1,488.00 |
|            | SRR | Review of order (0.3); Conference(s) with J. Young re various critical litigation issues (0.2); Research valuation question (0.3); Research issue on affect of stay on third parties and conference(s) with J. Salisbury re same (0.5).             | 1.30  | 487.50   |
| 05/18/2016 | BTH | Review final bankruptcy notices for tort litigation (.8); Email to Plaintiff counsel re filing of bk notices (.2); Email with R. Royal re stay issues (.1); Review various contracts with co-defendants to determine indemnification provisions (.8). | 1.90  | 560.50   |

07/14/2016                                                                                                                Page 2
Invoice No.: 92509
11278.012  Tort Litigation

| | | | Hours | |
|---|---|---|---|---|
| | RBL | Revise Litigation Summary and create Patients' Attorney of Record list. | 2.00 | 250.00 |
| | JMS | Draft Motion for Extension of Automatic Stay. | 6.80 | 2,108.00 |
| | SRR | Correspondence with B. Hunsicker re first day motions (0.2); Review of additional notices of claims (0.4); Conference(s) with paralegal on set up on litigation summary nand chart (0.2). | 0.80 | 300.00 |
| 05/19/2016 | BTH | Phone and email correspondence with R. Krause re additional post-petition filing in tort litigation (.6). | 0.60 | 177.00 |
| | SRR | Review of additional complaints. | 0.40 | 150.00 |
| 05/20/2016 | BTH | Telephone conference with G. Powers re status of tort litigation (.3); Review bk notices and determine additional notice to be drafted (.4); Review final bk notice and email to G. Powers (.2); Interoffice discussions with R. Little re bk notices (.2); Review post-petition filing in tort litigation (.4). | 1.50 | 442.50 |
| | SRR | Research valuation issues and estimation of claims against hospital. | 0.50 | 187.50 |
| 05/23/2016 | BTH | Phone conference with R. Royal to discuss case (.3); Review various entry of appearances by R. Royal (.4); Email with B. Marvel re payment on UMIA cases (.2); Phone conference with J. Salisbury re motion to extend stay (.4); Review and revise Motion to Extend Stay (.8). | 2.10 | 619.50 |
| | JMS | Review and revise the Motion to Enforce Automatic Stay.  Prepare to file. | 3.80 | 1,178.00 |
| 05/24/2016 | BTH | Review and finalize motion to enforce or extend the automatic stay (1.6); Review and revise proposed order on motion to enforce or extend automatic stay (.2); Interoffice discussions with J. Salisbury re enforcement of stay (.3); Email to Plaintiff's counsel re motion to enforce the stay (.1); Remove pleadings filed (or to be filed) in state court litigation (.6); Email Plaintiff's counsel re actions in start court litigation (.1); Review email correspondence from Plaintiff's counsel and related parties (.8); Phone conference with G. Powers re state court litigation (.2). | 3.90 | 1,150.50 |
| | BTH | Review email correspondence from Plaintiff's counsel and respond accordingly (.3). | 0.30 | 88.50 |
| 06/07/2016 | BTH | Phone conference with S. Ortiz re pending litigation not involving Dr. Hansen (.1); Review past correspondence from T. Copenhaver re summary of tort litigation (.5). | 0.60 | 177.00 |
| 06/09/2016 | JMS | Review objection to motion to extend stay; conference with B. Hunsicker re filing of Reply re same. | 0.60 | 186.00 |
| | BTH | Review response to Motion to Enforce or Extent Stay and discuss the same with J. Salisbury (.5); Email and phone correspondence with C. Caby re response to Motion to Enforce or Extent Stay (.2); Email from T. Copenhaver re concerns with response to Motion to Enforce or Extent Stay (.1). | 0.80 | 236.00 |
| 06/10/2016 | JFY | Review and analyze personal injury claim issues and process for gaining acceptance of plan by PI attorneys. | 0.50 | 197.50 |

11278.012   Tort Litigation

| | | | Hours | |
|---|---|---|---|---|
| 06/14/2016 | BTH | Interoffice call to discuss pending stay relief matters. | 0.30 | 88.50 |
| 06/15/2016 | JFY | Review and analyze issues involving resolution of disputes involving personal injury claims and possible estimation of same. | 0.90 | 355.50 |
| 06/17/2016 | BTH | Email to R. Royal re update call. | 0.10 | 29.50 |
| 06/20/2016 | BTH | Email to R. Royal re discussing case. | 0.10 | 29.50 |
| 06/21/2016 | JMS | Correspondence with B. Hunsicker re procedures and strategy for court hearing on motion to extend automatic stay. | 0.20 | 62.00 |
| 06/22/2016 | JMS | Begin legal research to prepare for Reply to Motion for extension of automatic stay. | 2.20 | 682.00 |
| 06/27/2016 | BTH | Review all Entry of Appearances by R. Royal (.5); Reconcile pre-petition tort complaints involving Dr. Hansen and other physicians (.6); Create summary of pre-petition tort litigation involving Dr. Hansen (.3); Confirm tort cases settlement pre-petition with M. Long (.1); Email to T. Copenhaver re request for initial disclosures in tort litigation (.1). | 1.60 | 472.00 |
| | JMS | Legal research and analysis for Reply to Response to Motion to Enforce Scope of Automatic Stay. | 3.50 | 1,085.00 |
| | SRR | Review of insurance policies; conference(s) with J. Young and B. Hunsicker; Telephone conference(s) with attorneys for personal injury claimants. | 2.10 | 787.50 |
| 06/28/2016 | JMS | Continue legal research in support of Reply to Motion for Extension of Automatic Stay. | 3.60 | 1,116.00 |
| | BTH | Review initial disclosures provided by insurers related to declaratory judgment action (.3); Phone conference with J. Salisbury to discuss reply to Plaintiff's response to motion to enforce stay (.3); Review background letter addressing history of insurance claim denials (.8). | 1.40 | 413.00 |
| 06/29/2016 | JMS | Draft Reply to Response to Motion for Extension of Automatic Stay. | 4.50 | 1,395.00 |
| | BTH | Review and revise reply to Plaintiffs' response to motion to enforce or extend stay and send revisions to J. Salisbury (1.1). | 1.10 | 324.50 |
| 06/30/2016 | JMS | Continue revising and Finalizing Reply to Motion to Extend Stay; file same. | 3.80 | 1,178.00 |
| | BTH | Additional review and revisions to reply to plaintiffs' response to motion to extend stay (.4). | 0.40 | 118.00 |
| | SRR | Review of motion and conference(s) with Jennifer re hearing on motion for scope of stay; conference(s) with John Young re same. | 0.60 | 225.00 |
| | | **TOTAL SERVICES** | 71.50 | 22,724.50 |
| | | **TOTAL THIS INVOICE** | | 22,724.50 |

07/14/2016                                                                                                                                      Page 4
Invoice No.:  92509
11278.012   Tort Litigation

**TOTAL OUTSTANDING INVOICES**                                                                              $22,724.50

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

July 14, 2016                                             Invoice No.:  92506

Terry Odom, CEO                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.              11278.013   Insurance Issues
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                                 | Hours |          |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 05/31/2016 | JFY | Review and analyze insurance issues and conference with client re same.                                                                                                                          | 0.90  | 355.50   |
| 06/08/2016 | JFY | Conference with insurance companies and renewal of insurance policy for hospital.                                                                                                                | 1.00  | 395.00   |
| 06/20/2016 | MTF | Review district court complaint, responsive pleadings, related insurance policies and correspondence.                                                                                            | 2.30  | 678.50   |
|            | MTF | Research and review case law re applicable bad faith insurance settlement issues.                                                                                                                | 1.00  | 295.00   |
| 06/21/2016 | JFY | Review and analyze insurance issues; Conference with client re same; Conference with insurance broker.                                                                                            | 1.50  | 592.50   |
| 06/24/2016 | JMS | Research and analysis re the filing of a 2004 examination as to the insurance companies; Review insurance policies and begin to determine validity of insurance carriers' refusal to cover claims.| 1.60  | 496.00   |
| 06/27/2016 | SRR | Review of insurance policies; conference(s) with J. Young and B. Hunsicker; Telephone conference(s) with attorneys for personal injury claimants.                                                 | 2.10  | 787.50   |
| 06/29/2016 | SRR | Research issues on the "related to" language in insurance policy (1.0); Review and revise motion for 2004 examination (1.1); Conference(s) with J. Salisbury and review reply to response on motion for stay (0.3); Research issues on insurance companies defenses (1.9). | 4.30  | 1,612.50 |
| 06/30/2016 | JMS | Analysis of coverage under the Beacon and UMIA policies.                                                                                                                                         | 1.60  | 496.00   |
|            | JFY | Review and analyze issues involving malpractice coverage issues; Correspondence with malpractice carriers re same (1.5); Continue to review malpractice issues and strategies for resolving same (.8). | 2.30  | 908.50   |
|            | SRR | Work on memo for insurance coverage and research Wyoming law relating thereto.                                                                                                                   | 1.00  | 375.00   |

07/14/2016                                                                                                          Page 2
Invoice No.:  92506
11278.013  Insurance Issues

|  | Hours |  |
|---|---|---|
| **TOTAL SERVICES** | 19.60 | 6,992.00 |

**EXPENSES:**

| | |
|---|---|
| Online research | 100.57 |
| **TOTAL EXPENSES** Thru 06/30/2016 | 100.57 |
| **TOTAL THIS INVOICE** | 7,092.57 |
| **TOTAL OUTSTANDING INVOICES** | $7,092.57 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

July 14, 2016                                      Invoice No.:  92507

Terry Odom, CEO                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.              11278.014   Plan and Disclosure Statement
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | | Description | Hours | |
|---|---|---|---|---|
| 05/19/2016 | JFY | Prepare plan of reorganization. | 2.90 | 1,145.50 |
| 05/20/2016 | JFY | Prepare plan of reorganization. | 2.50 | 987.50 |
| 05/23/2016 | JFY | Continue drafting plan of reorganization and related documents. | 3.50 | 1,382.50 |
| 05/26/2016 | JFY | Continue preparation of plan of reorganization. | 0.80 | 316.00 |
| 05/31/2016 | JFY | Continue drafting plan of reorganization and related documents. | 3.50 | 1,382.50 |
| 06/01/2016 | JFY | Prepare chapter 11 plan. | 0.60 | 237.00 |
| 06/02/2016 | JFY | Continue to prepare chapter 11 plan of reorganization. | 1.40 | 553.00 |
| 06/10/2016 | JFY | Review and analyze potential reorganization plan items and drafting of same. | 0.80 | 316.00 |
| 06/30/2016 | JFY | Review and analyze liquidation value issues and plan confirmation issues (.8). | 0.80 | 316.00 |
| | | **TOTAL SERVICES** | 16.80 | 6,636.00 |
| | | **TOTAL THIS INVOICE** | | 6,636.00 |
| | | **TOTAL OUTSTANDING INVOICES** | | $6,636.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

July 14, 2016                                          Invoice No.:  92508

Terry Odom, CEO                         **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.             11278.015   Employment and Fee Applications
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                 | Hours |          |
|------------|-----|-------------------------------------------------------------------------------------------------|-------|----------|
| 06/08/2016 | BTH | Draft motion for approval of monthly fee applications and proposed order.                        | 1.60  | 472.00   |
| 06/10/2016 | BTH | Review revisions to Motion for Approval of Monthly Fee Applications and finalize the same with proposed order. | 0.60  | 177.00   |
| 06/15/2016 | BTH | Draft motion and proposed order for interim compensation procedures.                             | 2.60  | 767.00   |
|            | JFY | Review and analyze professional fee issues.                                                      | 0.80  | 316.00   |
| 06/21/2016 | JFY | Review and analyze motion for employing ordinary course professionals and paying fees in the ordinary course. | 0.60  | 237.00   |
|            |     | **TOTAL SERVICES**                                                                               | 6.20  | 1,969.00 |
|            |     | **TOTAL THIS INVOICE**                                                                           |       | 1,969.00 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                   |       | $1,969.00 |

*PAYABLE UPON RECEIPT*