**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

August 10, 2016                                                                 Invoice No.: 92763

Terry Odom, CEO                                       **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                              11278.002   Restructure/Reorganization
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 07/01/2016 | BTH | Review local rules re continuance of hearing (.2); Email to parties re continuing hearing on Motion to Enforce/Extend Stay and discuss the same with J. Young (.2); Review COS for final orders on first day motions (.1); Review docket and recent entries (.3); Review order on HIPPA Motion and Schedule F (.4); Reconcile Schedule F and Schedule F identifying undisclosed plaintiffs (3.2); Email to J. Tokuoka re revising Schedule F to be filed under seal (.3). | 4.70 | 1,386.50 |
|  | BTH | Phone conference with J. Salisbury to discuss open issues. | 0.30 | 88.50 |
| 07/05/2016 | BTH | Review opposition to Motion to Enforce/Extend Stay and draft motion to continue hearing and proposed order (1.3); Phone conference with A. Sears to discuss representation of Dr. Hansen (.6); Phone conference and emails with J. Young to discuss case status (.5); Review Immediate Order from Court (.1); Review Committee Objection to Motion to Enforce/Extend Stay and revise motion to continue hearing related thereto (.4); Emails re draft motion to continue hearing to parties in interest (.2); Phone conference with J. Smiley and email from E. Birnberg to address motion to continue hearing (.2); Email to M. Long re hearing on Motion to Enforce/Extend Stay (.1); Review various orders entered by Bankruptcy Court (.3). | 3.70 | 1,091.50 |
|  | SRR | Correspondence from committee and B. Hunsicker re Krause claims and claims estimation process. | 0.50 | 187.50 |
|  | JFY | Review and analyze stay issues. | 0.80 | 316.00 |
| 07/06/2016 | BTH | Conference call with M. Long and T. Odom to address recent filings in case (.4); Review recent pleadings to address with CEO/CFO (.3); Review information from M. Long re obtaining new insurance coverage and address the same with J. Young (.4); Email to T. Odom re obtaining liquidation expert (.1); Address correspondence from T. Copenhaver (.2); Email from R. Royal re continuance of hearing (.1); Review Order continuing hearing on Motion to Enforce/Extend Stay (.1). | 1.60 | 472.00 |

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | JFY | Review and analyze open issues re liquidation of claims. | 0.50 | 197.50 |
|  | JFY | Prepare correspondence to client re status of various issues. | 0.50 | 197.50 |
| 07/07/2016 | JFY | Review matters re stay issues and continuance of stay. | 0.50 | 197.50 |
|  | JFY | Review and analyze acquisition of insurance for hospital. | 0.40 | 158.00 |
| 07/08/2016 | SRR | Review correspondence with creditor committee; Review claims estimation motion; Conference(s) with J. Young re claims estimation; Conference(s) with J. Salisbury hearing on scope of stay motion. | 0.40 | 150.00 |
|  | SRR | Review and revise Motion for 2004 examination and conference(s) with J. Young re same. | 0.70 | 262.50 |
|  | BTH | Begin review re post-petition time entries for purposes of coding and future fee application. | 1.60 | 472.00 |
| 07/13/2016 | BTH | Review Homeland entry of appearance (.1); Begin review of motion for 2004 exam on insurance companies and respond to J. Young re the same (.6). | 0.70 | 206.50 |
| 07/14/2016 | BTH | Review and revise motion for 2004 exam against insurance companies. | 0.90 | 265.50 |
|  | BTH | Review application to employ Committee counsel. | 0.20 | 59.00 |
|  | SRR | Review 2004 motion and order and review and revise exhibit to motion (0.7); Review monthly fee report (0.1). | 0.80 | 300.00 |
| 07/15/2016 | BTH | Email to CEO/CFO re interim monthly billing statement. | 0.10 | 29.50 |
|  | SRR | Correspondence with B. Hunsicker and local counsel re 2004 examination (0.2); Review Plan (0.3); Review Personal Injury Trust (0.2). | 0.70 | 262.50 |
| 07/16/2016 | BTH | Final review and revisions to Rule 2004 Motion and forward to client for approval (.4); Email to T. Copenhaver re concerns with estimation procedures (.1). | 0.50 | 147.50 |
| 07/18/2016 | BTH | Phone conference with T. Copenhaver re outstanding issues in case (.3). | 0.30 | 88.50 |
| 07/19/2016 | BTH | Review cash collateral order in detail for budget purposes (.3); Address cash collateral order with T. Woznick (.2); Email to M. Long re current July expenditures (.1); Email to CEO re purchase of tail coverage (.1); Review provider agreement and address the same with J. Young (.8); Email to E. Birnberg re claims bar date (.1); Email from T. Copenhaver re provider contract (.1); Email from USI re options with insurance coverage and review related documents (.4). | 2.10 | 619.50 |
| 07/20/2016 | BTH | Attend conference call with T. Copenhaver, CEO and CFO to address outstanding matters (1.2); Review budget and determine allowable monthly overages (.3); Follow up discussions with J.Young re outstanding issues in case (.4). | 1.90 | 560.50 |
|  | JFY | Conference with client to discuss various open issues re chapter 11 case and strategies to pursue. | 2.50 | 987.50 |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                          | Hours |           |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 07/21/2016 | SRR | Review revisions to plan (0.2); Conference(s) with J. Young re issues in case (0.1).                                                                                                                                                                                                                                                                                                     | 0.30  | 112.50    |
| 07/22/2016 | BTH | Phone conference with M. Long and T. Odom re insurance-related issues (.2).                                                                                                                                                                                                                                                                                                              | 0.20  | 59.00     |
| 07/25/2016 | BTH | Phone conference with C. Caby re update on status of case (.4).                                                                                                                                                                                                                                                                                                                          | 0.40  | 118.00    |
| 07/26/2016 | BTH | Phone and email correspondence with J. Salisbury re obtaining pre-petition litigation files for purposes of removal motion (.5); Email correspondence with J. Young re outstanding issues in case (.3); Email from T. Copenhaver re potential sale of assets (.1); Phone conference with CompHealth re creditor inquiry for post-petition payment of debt (.2).                           | 1.10  | 324.50    |
| 07/27/2016 | BTH | Research re jurisdiction of BK Court to hear personal injury claims (.9); Interoffice emails to J. Young and J. Salisbury re status of estimation procedures and stay motion (.3); Review athletic contract with school district and respond accordingly (.4); Email to M. Long re payment of professional fees (.1); Email to J. Burghardt re use of cash for payment of tail coverage, review UMIA notification (.2). | 1.90  | 560.50    |
|            | JFY | Correspondence with client re various open issues (.7); Continue to review and analyze various on-going insurance issues (1.2).                                                                                                                                                                                                                                                          | 1.90  | 750.50    |
| 07/28/2016 | BTH | Research re potential financial advisors for future engagement related to sale or valuation expert (.4); Email and phone correspondence with potential financial advisors (1.5); Email to T. Copenhaver re docket sheets for state court litigation and listen to voicemail message re the same (.2).                                                                                    | 2.10  | 619.50    |
| 07/29/2016 | BTH | Continue research re financial advisors for potential engagement (.3); Phone and email correspondence with potential financial advisors re engagement (1.4); Discuss removal motion with J. Salisbury (.2); Email to J. Young re discussions with potential financial advisors (.2); Review correspondence from J. Burghardt re payment of tail coverage and forward the same to M. Long (.1). | 2.20  | 649.00    |
|            |     | **TOTAL SERVICES**                                                                                                                                                                                                                                                                                                                                                                       | 37.00 | 11,897.00 |

**EXPENSES:**

|                                  |          |
|----------------------------------|----------|
| Photocopies                      | 440.40   |
| Online research                  | 1.60     |
| Postage                          | 135.72   |
| Conference calls                 | 26.14    |
| **TOTAL EXPENSES** Thru 07/31/2016 | 603.86   |
| **TOTAL THIS INVOICE**           | 12,500.86 |
| Previous Balance                 | $43,941.61 |
| **TOTAL OUTSTANDING INVOICES**   | $56,442.47 |

08/10/2016 Page 4
Invoice No.: 92763
11278.002  Restructure/Reorganization

Your trust account balance is

Opening Balance $228,501.20
Closing Balance $228,501.20

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

August 10, 2016                                         Invoice No.:  92764

Terry Odom, CEO                             **RE:** Powell Valley Healthcare, Inc.
Powell Valley Healthcare, Inc.                    11278.004    Cash Collateral
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | | Description | Hours | |
|---|---|---|---|---|
| 07/05/2016 | BTH | Review and discuss monthly financial report for use of cash collateral with M. Long and T. Woznick. | 1.70 | 501.50 |
| 07/07/2016 | JFY | Further documentation of cash collateral issues. | 0.40 | 158.00 |
| 07/08/2016 | BTH | Review proposed Change in Terms Agreement from Bank and discuss the same with J. Young (.4); Review Cash Collateral Orders for purposes of Change in Terms Agreement (.3); Email and phone correspondence with T. Woznick to address Change in Terms Agreement (.2). | 0.90 | 265.50 |
| 07/12/2016 | BTH | Review Change In Terms Agreement from Bank and forward the same to client for execution. | 0.20 | 59.00 |
| | | **TOTAL SERVICES** | 3.20 | 984.00 |
| | | **TOTAL THIS INVOICE** | | 984.00 |
| | | Previous Balance | | $442.50 |
| | | **TOTAL OUTSTANDING INVOICES** | | $1,426.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

August 10, 2016                                          Invoice No.:  92765

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                    11278.005   Schedules and SOFA
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 07/13/2016 | BTH | Discuss Schedule F to be filed under seal with J. Tokuoka. | 0.10 | 29.50 |
| 07/22/2016 | JFT | Work on Schedule F with patient info. | 3.50 | 332.50 |
| 07/25/2016 | JFT | Reconcile Filed Schedule F with Schedule F with Patients. | 2.50 | 237.50 |
| 07/26/2016 | JFT | Finalize Schedule F with patients; Email to B. Hunsicker with same and questions re same. | 3.00 | 285.00 |
|  |  | **TOTAL SERVICES** | 9.10 | 884.50 |
|  |  | **TOTAL THIS INVOICE** |  | 884.50 |
|  |  | Previous Balance |  | $24,956.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $25,840.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

August 10, 2016                                       Invoice No.: 92767

Terry Odom, CEO                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                  11278.007   Required Reports
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 07/20/2016 | BTH | Review proposed Monthly operating report; Email M. Long re suggestions with Monthly operating report; Finalize and file Monthly operating report (1.9). | 1.90 | 560.50 |
|  |  | **TOTAL SERVICES** | 1.90 | 560.50 |
|  |  | **TOTAL THIS INVOICE** |  | 560.50 |
|  |  | Previous Balance |  | $1,416.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $1,976.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

August 10, 2016                                          Invoice No.: 92768

Terry Odom, CEO                                          **RE:** Powell Valley Healthcare, Inc.
Powell Valley Healthcare, Inc.                           11278.008   Claims
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/2016 | JFY | Review and analyze issues re claims estimation process (.5); Communication with committee counsel re claims estimation and allowance issues (.2). | 0.70 | 276.50 |
| | JFY | Review and revise claims estimation issues. | 0.50 | 197.50 |
| 07/06/2016 | JFY | Conference with committee counsel re claim estimation issues and related issues. (.4) | 0.40 | 158.00 |
| 07/07/2016 | JFY | Review and analyze open issues re claims estimation matters. | 0.40 | 158.00 |
| 07/20/2016 | JMS | Conference with B. Hunsicker re Dr. Hansen's potential rejection claim against the estate. | 0.30 | 93.00 |
| | | **TOTAL SERVICES** | 2.30 | 883.00 |
| | | **TOTAL THIS INVOICE** | | 883.00 |
| | | Previous Balance | | $13,042.00 |
| | | **TOTAL OUTSTANDING INVOICES** | | $13,925.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

August 10, 2016                                                                 Invoice No.: 92769

Terry Odom, CEO                                     **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                         11278.009   Executory Contracts
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                  | Hours |        |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 07/11/2016 | BTH | Research re issues with executory contract with Equiscript (.4); Email to K. Nichols (Equiscript) re Debtor's intent with respect to executory contract (.2). | 0.60  | 177.00 |
|            |     | **TOTAL SERVICES**                                                                                                                               | 0.60  | 177.00 |
|            |     | **TOTAL THIS INVOICE**                                                                                                                           |       | 177.00 |
|            |     | Previous Balance                                                                                                                                 |       | $503.00 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                                                   |       | $680.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

August 10, 2016                                         Invoice No.: 92771

Terry Odom, CEO                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.              11278.012   Tort Litigation
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                         | Hours |          |
|------------|-----|-----------------------------------------------------------------------------------------|-------|----------|
| 07/01/2016 | JMS | Prepare for hearing on extension of automatic stay.                                     | 1.60  | 403.00   |
| 07/06/2016 | DDA | Telephone conference(s) with J. Salisbury re preparation for telephonic hearing on motion to enforce stay. | 0.30  | 93.00    |
|            | JMS | Correspondence and conferences to prepare for hearing on Motion to Extend Automatic Stay. | 0.50  | 155.00   |
| 07/26/2016 | JMS | Research and preparation for removing tort cases to federal court.                      | 1.20  | 372.00   |
|            |     | **TOTAL SERVICES**                                                                       | 3.60  | 1,023.00 |

**TOTAL THIS INVOICE**                                                                                    1,023.00

Previous Balance                                                                                        $22,724.50

**TOTAL OUTSTANDING INVOICES**                                                                          $23,747.50

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

August 10, 2016                                    Invoice No.:  92772

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                   11278.013   Insurance Issues
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                       | Hours |          |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 07/01/2016 | SRR | Dictate memo on liability insurance coverage issues and review and revise memo on policy provision.                                                                   | 2.30  | 862.50   |
|            | SRR | Review letter from Tracey and conference(s) with J. Salisbury and J. Young re same; Telephone conference(s) with B. Hunsicker re claims estimation; Research Wyoming law on liability insurance and bad faith claims. | 3.20  | 1,200.00 |
| 07/05/2016 | SRR | Work on memo to J. Young on insurance coverage issue.                                                                                                                 | 2.00  | 750.00   |
|            | BTH | Telephone conference with J. Burghardt to discuss position of UMIA.                                                                                                   | 0.70  | 206.50   |
| 07/06/2016 | SRR | Work on memo on insurance coverage issues.                                                                                                                            | 1.10  | 412.50   |
| 07/08/2016 | SRR | Work on memo to J. Markus and J. Young on insurance policy coverage issues.                                                                                           | 2.30  | 862.50   |
| 07/11/2016 | SRR | Research coverage issues on insurance policies; Review and revise memo to J. Markus and J. Young re same.                                                             | 3.30  | 1,237.50 |
| 07/12/2016 | BTH | Review and respond to email from T. Copenhaver re obtaining new insurance.                                                                                            | 0.20  | 59.00    |
|            | SRR | Review and revise memo to J. Markus and J. Young; Research issues on coverage issues and incorporate into memo.                                                       | 7.00  | 2,625.00 |
| 07/13/2016 | SRR | Work on Homeland coverage memo.                                                                                                                                       | 3.50  | 1,312.50 |
| 07/14/2016 | SRR | Work on Homeland memo.                                                                                                                                                | 4.00  | 1,500.00 |
| 07/15/2016 | SRR | Finish Homeland memo and send to J. Markus, J. Young, and B. Hunsicker.                                                                                               | 2.60  | 975.00   |
| 07/18/2016 | BTH | Prepare for and attend conference call with USI and Debtor reps (.9).                                                                                                 | 0.90  | 265.50   |
|            | SRR | Telephone conference(s) with B. Hunsicker and insurance broker; Conference(s) with J. Markus and J. Young re tail coverage for new policies.                          | 1.00  | 375.00   |

08/10/2016 Page 2
Invoice No.: 92772
11278.013  Insurance Issues

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
|  | SRR | Correspondence with B. Hunsicker and telephone conference(s) with insurance brokers re insurance application (1.1); Start memo on UMIA and outline elements of policy (3.0); Research issues relating to conflicts within insurance policy (0.8). | 4.90 | 1,837.50 |
| 07/19/2016 | JFY | Review and analyze insurance issues and denial of coverage issues. | 0.50 | 197.50 |
|  | SRR | Research liability insurance claims made policies (0.5); Work on UMIA memo (3.1). | 3.60 | 1,350.00 |
| 07/20/2016 | BTH | Email to T. Perkins re question on tail coverage (.1); Email from S. Rider re tail coverage issues (.1). | 0.20 | 59.00 |
|  | JFY | Review ongoing insurance issues and renewal of insurance policies with particular emphasis on the renewal of the malpractice policy. | 0.80 | 316.00 |
|  | SRR | Correspondence with insurance brokers on tail premium (0.3); Review UMIA policy on tail coverage and premium amount (0.4); Work on UMIA memo (4.0). | 4.70 | 1,762.50 |
|  | JMS | Analysis of UMIA policy and potential coverage thereunder. | 0.30 | 93.00 |
| 07/21/2016 | JOM | Conference(s) with S. Rider re language of policies pertaining to coverage periods and claims and discussion of strategy. | 0.40 | 118.00 |
|  | SRR | Work on UMIA memo and research case law on notice of claim and send memo to J. Markus, J. Young and B. Hunsicker. | 3.50 | 1,312.50 |
| 07/22/2016 | SRR | Prepare and send bad faith memo to J. Markus, J. Young and B. Hunsicker. | 5.00 | 1,875.00 |
| 07/26/2016 | SRR | Review Lexington policy and comparison to UMIA and Homeland policies; Research issues on notice of prior acts and effect on litigation. | 0.40 | 150.00 |
| 07/27/2016 | BTH | Phone conference with J. Burghardt re payment of tail coverage and case status (.4); Phone conference with S. Rider re Rule 2004 Motion (.3); Research re local rules for purposes of 2004 examination and amend motion and related documents accordingly (2.3); Interoffice email correspondence to address Rule 2004 Motion (.3). | 3.30 | 973.50 |
| 07/28/2016 | BTH | Final review and revisions to Motion for 2004 Exam (Insurance) (.8); Emails to counsel for insurance carriers re consent for Rule 2004 exam (.6); Research re counsel of record for various insurance carriers (.4); Interoffice discussions with S. Rider re notification of proposed 2004 Exam to insurance carriers (.2); Phone conferences with J. Young and J. Burghardt re insurance-related issues (.7). | 2.70 | 796.50 |
|  |  | **TOTAL SERVICES** | 64.40 | 23,484.50 |
|  |  | **TOTAL THIS INVOICE** |  | 23,484.50 |
|  |  | Previous Balance |  | $7,092.57 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $30,577.07 |

08/10/2016
Invoice No.: 92772
11278.013  Insurance Issues

Case 16-20326    Doc 384-5    Filed 11/22/16    Entered 11/22/16 11:22:09    Desc Exhibit
Invoices for July    Page 13 of 16

Page 3

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

August 10, 2016                                                                 Invoice No.: 92773

Terry Odom, CEO                                    **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                         11278.014   Plan and Disclosure Statement
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                   | Hours |          |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 07/01/2016 | JFY | Review and analyze Plan issues and proposals to committee re same (.7).                                                                                                           | 0.70  | 276.50   |
| 07/06/2016 | JFY | Review and analyze issues related to best interests of creditor's test under chapter 11 and revise plan concepts accordingly (.8)                                                 | 0.80  | 316.00   |
| 07/08/2016 | JFY | Review and analyze Plan issues and draft plan.                                                                                                                                    | 0.80  | 316.00   |
| 07/11/2016 | BTH | Begin reviewing and revising proposed Chapter 11 Plan.                                                                                                                            | 1.50  | 442.50   |
| 07/12/2016 | BTH | Finish review and revisions to first draft Chapter 11 Plan (2.4); Begin review and revisions of Glossary for Chapter 11 Plan and Personal Injury Trust Declaration (3.7).         | 6.10  | 1,799.50 |
|            | JFY | Review and analyze plan issues and claims classification matters (.7); Revise plan accordingly (.5); Review and analyze Rule 2004 issues and discovery against insurance carriers (.8). | 2.10  | 829.50   |
| 07/13/2016 | BTH | Phone conference with J. Young to address revisions to Plan and Trust Declaration.                                                                                                | 1.00  | 295.00   |
|            | JFY | Review and revise Plan to incorporate changes suggested by client (1.8); Review definition issues in the Plan to correspond with changes requested by client (1.0). Conference with B. Hunsicker and client re Plan issues (.9). | 3.70  | 1,461.50 |
| 07/14/2016 | BTH | Review and revise Chapter 11 Plan, Trust Declaration and Glossary and forward to J. Young.                                                                                        | 2.60  | 767.00   |
| 07/15/2016 | BTH | Final review and revisions to draft Chapter 11 Plan and related documents and forward to CEO/CFO with summary.                                                                    | 1.70  | 501.50   |
|            | JFY | Review and analyze Plan issues raised by client and make further revisions to Plan to adjust for the same.                                                                        | 1.20  | 474.00   |

|            |     |                                                                                                                                                                                     | Hours |          |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 07/19/2016 | JFY | Review and analyze Plan issues to adjust for Hansen claims and treatment of claims.                                                                                                 | 0.70  | 276.50   |
| 07/20/2016 | JFY | Continue to review and revise Plan to adjust for requested changes made by client.                                                                                                  | 0.80  | 316.00   |
| 07/21/2016 | JFY | Review and revise Plan to make changes re treatment of certain classes and make further requested changes by client.                                                                | 1.50  | 592.50   |
| 07/25/2016 | JFY | Conference with Committee counsel re Plan issues and liquidation of personal injury claim issues (.4); Review and revise Plan and make final changes to Plan before sending to Committee counsel (1.2). | 1.60  | 632.00   |
|            | SRR | Review plan and research issues of assignment of bad faith claim.                                                                                                                   | 1.30  | 487.50   |
| 07/26/2016 | JFY | Make final revisions to Plan and forward to Committee counsel.                                                                                                                      | 0.70  | 276.50   |
| 07/27/2016 | JFY | Review and analyze confirmation issues and timing of filing of Plan based on discussions with Committee counsel.                                                                    | 0.70  | 276.50   |
|            |     | **TOTAL SERVICES**                                                                                                                                                                  | 29.50 | 10,336.50 |

**TOTAL THIS INVOICE**  10,336.50

Previous Balance  $6,636.00

**TOTAL OUTSTANDING INVOICES**  $16,972.50

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

August 10, 2016                                              Invoice No.:  92774

Terry Odom, CEO                              **RE:** **Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                    11278.015   Employment and Fee Applications
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 07/11/2016 | BTH | Continue review of time entries to ensure proper coding, etc., for purposes of interim fee application (1.6); Review order approving interim compensation procedures (.1); Create summary of all billing matters and review US Trustee Guidelines addressing the same (.6). | 2.30 | 678.50 |
| 07/13/2016 | BTH | Additional review of all time entries and billing codes for purposes of completing interim billing statement. | 1.90 | 560.50 |
| 07/14/2016 | BTH | Review and revise summary for purposes of interim monthly billing statement (.8); Review Order approving monthly interim billing statements and conform summary and cover letter related thereto (2.3). | 3.10 | 914.50 |
|  |  | **TOTAL SERVICES** | 7.30 | 2,153.50 |
|  |  | **TOTAL THIS INVOICE** |  | 2,153.50 |
|  |  | Previous Balance |  | $1,969.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $4,122.50 |

*PAYABLE UPON RECEIPT*