**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

September 14, 2016                                    Invoice No.:  93425

Terry Odom, CEO                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.              11278.002   Restructure/Reorganization
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | | Description | Hours | |
|------|---|-------------|-------|---|
| 07/27/2016 | SRR | Review and revise rule 2004 motion (0.3); Correspondence re discovery (0.2); Telephone conference(s) with B. Hunsicker re discovery (0.1); Correspondence re local rules and research local rules on 2004 (0.2). | 0.80 | 300.00 |
| 07/28/2016 | SRR | Correspondence with J. Young and B. Hunsicker re 2004 exams on insurance companies (0.2); Correspondence re insurance companies and review of 2004 (0.3). | 0.50 | 187.50 |
| 08/01/2016 | BTH | Phone conference with T. Copenhaver re open issues in case (.7); Interoffice discussions with J. Young re open issues in case (.3); Phone conference and email with J. Salisbury re removal of tort actions (.3); Phone conference with S. Ortiz re removal of tort actions (.2); Email to T. Copenhaver re documents necessary for removal of tort actions (.1); Review materials from potential financial advisor (.5). | 2.10 | 619.50 |
| | JFY | Conference with client re status of certain issues. | 0.50 | 197.50 |
| 08/02/2016 | BTH | Telephone conferences with J. Salisbury re removal of tort litigation (.8); Research re procedure for removal of tort litigation and extending time to elect removal (.7); Review draft notice of removal (.2). | 1.70 | 501.50 |
| 08/03/2016 | BTH | Review Asset Purchase Offer from Class Action Capital and forward the same to T. Odom (.4); Review email from M. Long re scheduling interviews with potential FAs (.1). | 0.50 | 147.50 |
| | JFY | Review and analyze various miscellaneous open items. | 0.80 | 316.00 |
| 08/04/2016 | BTH | Attend conference call with CEO, and CFO re outstanding issues with case (.7); Follow-up phone conference with J. Young (.1); Address email re financial data to be provided to potential FA (.1); Email to CEO re meeting with potential FA (.1); Email to M. Long re contract with new vendor (.1); Email M. Long Declaration to potential FAs along with request for conference call interview and review responses thereto (.4). | 1.50 | 442.50 |

09/14/2016
Invoice No.: 93425
11278.002  Restructure/Reorganization

|            |     |                                                                                                                                                                                                                                                                                                                            | Hours |          |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 08/05/2016 | BTH | Research re motion to extend deadline on removal of tort litigation (.3); Review and revise motion to extend deadline on removal of tort litigation (.3); Email to J. Young re status of removal motion (.1); Review and respond to various email correspondence from potential financial advisors (.3); Phone and email correspondence with M. Long re providing financial data to FAs and Bank (.3). | 1.30 | 383.50 |
| 08/08/2016 | BTH | Review plan terms submitted by Committee and circulate internally and to the CEO and CFO (.5); Discuss term sheet of plan (.3); File review to determine request responsive to Committee counsel and forward loan docs to Committee counsel (.3). | 1.10 | 324.50 |
|            | SRR | Correspondence with B. Hunsicker re 2004 (0.2); Telephone conference(s) with insurance company representatives on 2004 and other matters (1.6); Review term sheet from UCC (0.3); Telephone conference(s) with B. Hunsicker re settlement with UCC and 2004 (0.2); Research discovery issues on 2004 (0.3). | 2.40 | 900.00 |
| 08/09/2016 | BTH | Phone conference with C. Caby (Hospital District) re assumption of leases (.6); Phone conference with J. Salisbury re research on Debtor's eligibility for Chapter 11 relief (.2); Begin research re WY Governmental Claims Act and potential implications on case (1.3); Follow up phone conference with financial advisors re Debtor's selection (.3); Email to CEO re update on case (.1); Various email correspondence with parties in case to coordinate in-person meeting (.2). | 2.80 | 826.00 |
| 08/10/2016 | SRR | Review memo on instrumentality; Research on instrumentality and bankruptcy filing thereby. | 0.80 | 300.00 |
|            | RBL | Prepare discovery notebook. | 0.30 | 37.50 |
|            | BTH | Research re Wyoming Governmental Claims Act under Wyoming law and apply to case and prepare memorandum (2.8); Review initial disclosures and email correspondence from J. Cronin (.3); Review and revise monthly interim fee documents (.3); Email to L. Budz and CEO/CFO re potential sale of surplus emails (.2); Additional research and analysis re Debtor as an instrumentality (.9). | 4.50 | 1,327.50 |
| 08/11/2016 | BTH | Email to potential appraiser on status of case (.1); Correspondence with C. Caby re pre-petition litigation cases (.2); Review pre-petition tort litigation pleadings (1.1). | 1.40 | 413.00 |
| 08/12/2016 | BTH | Phone conference with counsel for potential management company (.6); Initial review of proposed engagement letter from H2C (.2). | 0.80 | 236.00 |
| 08/15/2016 | BTH | Travel to and from Denver to participate in meeting with Committee counsel (billed at half-time) (1.7); Prepare for and attend meeting with Committee counsel (3.1); Review and research re proposed engagement from H2C (.6); Strategize for upcoming hearing and plan procedure to address various issues in case (.9). | 6.30 | 1,858.50 |
|            | JFY | Review and analyze open issues involving enforcement of all the automatic stay or extension of automatic stay. | 1.20 | 474.00 |

09/14/2016                                                                                                    Page 3
Invoice No.: 93425
11278.002   Restructure/Reorganization

|  |  |  | Hours |  |
|---|---|---|---|---|
| 08/16/2016 | BTH | Draft proposed motion and order for continuance (.4); Emails to parties re continuing hearing on motion to extend stay and discuss the same with R. Royal (.5); Email to CEO/CFO re proposed term sheet from Committee (.1); Review proposed plan to address indemnification and emails to T. Copenhaver regarding the same (.4); Phone and email correspondence with D. Kellam (.5); Review docket and pleadings in case (.8); Assist in preparation for hearing on motion to extend stay (.6); Work on strategy to address various open issues in case (.9); Phone conference with CollectionCenter and research contract related issues (.4). | 4.60 | 1,357.00 |
| 08/17/2016 | BTH | Attend hearing on motion to enforce or extend stay (.3); Review and analysis issues related to motion to enforce or extend stay (.4); Phone conference with R. Royal to address case (.3); Phone conference with C. Caby to address leases with Hospital District (.2). | 1.20 | 354.00 |
| 08/19/2016 | BTH | Phone conference with CEO/CFO to provide update on case (.5); Phone conference with H2C to address issues with engagement (.3); Additional review of removal motions by HealthTech (.3); Email to/from T. Copenhaver re updates on case (.2); Review and respond to email from M. Long re correspondence with Powell Tribune (.2). | 1.50 | 442.50 |
| 08/21/2016 | BTH | Research re eligibility of PVHC as Debtor under the Bankruptcy Code. | 1.50 | 442.50 |
| 08/22/2016 | BTH | Address issue with payment of US Trustee fees (.3); Email to T. Copenhaver re case status (.2). | 0.50 | 147.50 |
| 08/23/2016 | BTH | Review update budget from M. Long and suggest revisions thereto (1.1); Phone conference with T. Woznick to address budget (.2); Phone conference with B. Marvel (.2); Review Minute Entry (.1); Review and respond to email from CFO re contract with vendor (.3). | 1.90 | 560.50 |
|  | RBL | Review Notice of Removal Pleadings | 1.20 | 150.00 |
| 08/24/2016 | BTH | Review Order re Employment of Ordinary Course Professionals (.2); Discuss recent Order with CEO and CFO (.2); Email recent Order to T. Copenhaver (.1); Analyze issues with respect to Order on Employment of Ordinary Course Professionals (.9); Review invoices from CFO (.1). | 1.50 | 442.50 |
| 08/25/2016 | BTH | Phone conference with C. Caby to update on status of case (.4); Phone conference with T. Copenhaver re Order on Ordinary Course Professionals (.2); Attend phone conference re updating IT software (.9); Review creditor information (.1); Review Order Extending Removal Deadline (.1); Analyze open issues in the case (.7). | 2.40 | 708.00 |
| 08/26/2016 | BTH | Phone conference with CEO re case updates (.4); Email to M. Long re sale/lease of equipment (.1); Review Motion to Extend Time to Respond to H2C Application (.1); Review Request for Hearing (.1); Review US Trustee Statement of No Objection (.1). | 0.80 | 236.00 |
| 08/28/2016 | BTH | Finalize draft of Plan Term Sheet. | 0.50 | 147.50 |
| 08/29/2016 | BTH | Review and revise adversary complaint for injunction (.5); Research issue re parties required to be named in adversary proceeding (.4). | 0.90 | 265.50 |

09/14/2016
Invoice No.: 93425
11278.002  Restructure/Reorganization

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | BTH | Initial review of various POCs filed in case. | 0.60 | 177.00 |
| 08/30/2016 | BTH | Email to CEO/CFO re updates to cash collateral budget (.1); Review Tort Claimants Supplemental Response to Motion to Extend Stay and analyze issues related thereto (.6). | 0.70 | 206.50 |
| 08/31/2016 | BTH | Update CEO/CFO on outstanding issues in case (.2). | 0.20 | 59.00 |
|  | SRR | Work on reply to objection to financial advisor. | 0.50 | 187.50 |
|  |  | **TOTAL SERVICES** | 51.80 | 15,676.00 |

**EXPENSES:**

| | |
|---|---|
| Photocopies | 1,207.40 |
| Online research | 953.49 |
| Postage | 234.00 |
| Out-of-town travel | 108.00 |
| Recording fees | 350.00 |
| Conference calls | 125.29 |
| **TOTAL EXPENSES** Thru 08/31/2016 | 2,978.18 |
| **TOTAL THIS INVOICE** | 18,654.18 |
| Previous Balance | $56,442.47 |
| 08/19/2016    Payment received | -43,941.61 |
| **TOTAL OUTSTANDING INVOICES** | $31,155.04 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 08/10/2016 | 92763 | 12,500.86 | 12,500.86 |
|  |  |  | 12,500.86 |

Your trust account balance is

| | | |
|---|---|---|
| | Opening Balance | $228,501.20 |
| 08/18/2016 | Ck# 2795 | 96,053.05 |
| 08/18/2016 | May 16-June 30 Interim Billing Payment | |
| | PAYEE: MARKUS WILLIAMS YOUNG & ZIMMERMANN LL | -96,053.05 |
| 09/09/2016 | Ck #3030 | 39,891.45 |
| 09/13/2016 | July Interim Billing Payment | |
| | PAYEE: MARKUS WILLIAMS YOUNG & ZIMMERMANN LL | -39,891.45 |
| | Closing Balance | $228,501.20 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

September 14, 2016                                      Invoice No.:  93426

Terry Odom, CEO                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.               11278.003   General Administration
777 Avenue H
Powell, WY   82435

**EXPENSES:**

| | |
|---|---|
| Online research | 19.30 |
| **TOTAL EXPENSES** Thru 08/31/2016 | 19.30 |
| **TOTAL THIS INVOICE** | 19.30 |
| **TOTAL OUTSTANDING INVOICES** | $19.30 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

September 14, 2016                                      Invoice No.:  93427

Terry Odom, CEO                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.               11278.004   Cash Collateral
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 08/05/2016 | BTH | Review monthly financial data for purposes of use of cash collateral and email M. Long regarding the same (.5); Review updated financial data from M. Long and email the same to T. Woznick (.3). | 0.80 | 236.00 |
| 08/16/2016 | BTH | Discuss use of cash collateral with T. Woznick (.3); Review cash collateral order and email M. Long re creating updated budget for continued use of cash collateral (.4). | 0.70 | 206.50 |
| 08/29/2016 | BTH | Phone conference with T. Woznick to address budget and status of case (.4). | 0.40 | 118.00 |
| 08/30/2016 | BTH | Review and revise cash collateral budget (.4); Email and phone conference with T. Woznick re revisions to cash collateral budget (.2). | 0.60 | 177.00 |
| 08/31/2016 | BTH | Phone conference with T. Woznick to address use of cash collateral (.3); Review and revise agreement for continued use of cash collateral (.8). | 1.10 | 324.50 |
|  |  | **TOTAL SERVICES** | 3.60 | 1,062.00 |
|  |  | **TOTAL THIS INVOICE** |  | 1,062.00 |
|  |  | Previous Balance |  | $1,426.50 |
| 08/19/2016 |  | Payment received |  | -442.50 |
| 09/13/2016 |  | Payment received |  | -388.95 |
|  |  | Total Payments |  | -831.45 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $1,657.05 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 08/10/2016 | 92764 | 984.00 | 595.05 |
|  |  |  | 595.05 |

09/14/2016
Invoice No.: 93427
11278.004  Cash Collateral

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

September 14, 2016                    Invoice No.:  93428

Terry Odom, CEO                         **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.            11278.005   Schedules and SOFA
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                        | Hours |           |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 08/10/2016 | BTH | Begin reconciliation of Schedule F; Review filed Schedule F and related information re undisclosed patients (.7).                                        | 0.70  | 206.50    |
| 08/11/2016 | BTH | Review and reconcile filed Schedule F and Schedule F with undisclosed patients (2.9); Additional review of reconciliation of Schedule F to be provided under seal (.4). | 3.30  | 973.50    |
|            |     | **TOTAL SERVICES**                                                                                                                                      | 4.00  | 1,180.00  |
|            |     | **TOTAL THIS INVOICE**                                                                                                                                  |       | 1,180.00  |
|            |     | Previous Balance                                                                                                                                        |       | $25,840.50 |
| 08/19/2016 |     | Payment received                                                                                                                                        |       | -24,956.00 |
| 09/13/2016 |     | Payment received                                                                                                                                        |       | -884.50   |
|            |     | Total Payments                                                                                                                                          |       | -25,840.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                                                          |       | $1,180.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

September 14, 2016                                  Invoice No.:  93429

Terry Odom, CEO                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.              11278.006   Required Meetings
777 Avenue H
Powell, WY   82435

|            |                              |          |
|------------|------------------------------|----------|
|            | Previous Balance             | $767.00  |
| 08/19/2016 | Payment received             | -767.00  |
|            | **TOTAL OUTSTANDING INVOICES** | $0.00    |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

September 14, 2016                          Invoice No.:  93430

Terry Odom, CEO                    **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.          11278.007   Required Reports
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 08/19/2016 | BTH | Review all materials and documents for purposes of filing July MOR and file the same with the Court (1.6). | 1.60 | 472.00 |
|  |  | **TOTAL SERVICES** | 1.60 | 472.00 |
|  |  | **TOTAL THIS INVOICE** |  | 472.00 |
|  |  | Previous Balance |  | $1,976.50 |
| 08/19/2016 |  | Payment received |  | -1,416.00 |
| 09/13/2016 |  | Payment received |  | -560.50 |
|  |  | Total Payments |  | -1,976.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $472.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

September 14, 2016                           Invoice No.:  93431

Terry Odom, CEO                        **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.             11278.008   Claims
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| | | | Hours | |
|---|---|---|---|---|
| 08/03/2016 | JFY | Review and analyze various claims issues and estimation issues. | 0.70 | 276.50 |
| 08/04/2016 | JFY | Review and analyze personal injury claims issues and estimation procedures in regard to same (.9); Review and analyze removal issues and related motion re personal injury claims (1.2). | 2.10 | 829.50 |
| | JFY | Correspondence with Committee's counsel re claims issues and estimation issues. | 0.50 | 197.50 |
| 08/31/2016 | BTH | Review various tort claims filed in case (.6). | 0.60 | 177.00 |
| | JFY | Review and personal injury claim issues and resolution of same (1.3); Review and analyze priority claim/administrative claim asserted by McKesson and stipulation to resolve same (1.2); Review and analyze various priority claim issues and any tax issues regarding need to reserve for same or other treatment in regard to case (1.2). | 3.70 | 1,461.50 |
| | | **TOTAL SERVICES** | 7.60 | 2,942.00 |

**EXPENSES:**

| | | |
|---|---|---|
| | Online research | 16.90 |
| | **TOTAL EXPENSES** Thru 08/31/2016 | 16.90 |
| | **TOTAL THIS INVOICE** | 2,958.90 |
| | Previous Balance | $13,925.00 |
| 08/19/2016 | Payment received | -13,042.00 |
| 09/13/2016 | Payment received | -883.00 |
| | Total Payments | -13,925.00 |
| | **TOTAL OUTSTANDING INVOICES** | $2,958.90 |

09/14/2016
Invoice No.:  93431
11278.008  Claims

PAYABLE UPON RECEIPT

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

September 14, 2016                                    Invoice No.:  93432

Terry Odom, CEO                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.               11278.009   Executory Contracts
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 08/03/2016 | BTH | Begin lease review and preparation for drafting motion to assume leases with Hospital District (.8); Begin drafting motion (.4). | 1.20 | 354.00 |
| 08/04/2016 | BTH | Continue and finish review various unexpired leases with Hospital District in preparation of drafting motion to assume the same (1.4); Finalize draft motion to assume unexpired leases with Hospital District (2.4); Email draft motion to J. Young and discuss the same via phone conference (.1). | 3.90 | 1,150.50 |
|  | JFY | Review and analyze assumption motion re real property lease. | 0.80 | 316.00 |
|  | JFY | Review and analyze various executory contract issues. | 0.50 | 197.50 |
| 08/08/2016 | BTH | Review and revise motion to assume leases with Hospital District (.5); Draft proposed order (.3); Email documents to C. Caby (.1). | 0.90 | 265.50 |
| 08/17/2016 | BTH | Additional review and revisions to motion to assume leases with Hospital District (.4). | 0.40 | 118.00 |
| 08/18/2016 | BTH | Email proposed motion to assume leases with Hospital District to CEO/CFO (.1); Review, revise and finalize motion to assume leases with Hospital District, proposed order and form or notice (2.3). | 2.40 | 708.00 |
|  |  | **TOTAL SERVICES** | 10.10 | 3,109.50 |
|  |  | **TOTAL THIS INVOICE** |  | 3,109.50 |
|  |  | Previous Balance |  | $680.00 |
| 08/19/2016 |  | Payment received |  | -503.00 |
| 09/13/2016 |  | Payment received |  | -177.00 |
|  |  | Total Payments |  | -680.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $3,109.50 |

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

September 14, 2016                                   Invoice No.:  93433

Terry Odom, CEO                        **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.              11278.010   Creditors Committee
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                                                              | Hours |          |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 08/04/2016 | BTH | Phone conference and email with S. Goldstein re update on outstanding issues (.3).                                                                                                                                            | 0.30  | 88.50    |
| 08/23/2016 | BTH | Email to S. Goldstein re updated budget for cash collateral (.1).                                                                                                                                                             | 0.10  | 29.50    |
| 08/26/2016 | BTH | Review email from J. Cotter re issues with Application to Employ H2C (.1); Email to/from S. Goldstein (.1).                                                                                                                    | 0.20  | 59.00    |
| 08/30/2016 | BTH | Email to/from S. Goldstein re proposed changes to cash collateral budget (.1); Phone conference with S. Goldstein re cash collateral budget (.1); Email to Committee re revised term sheet (.1); Review Committee call agenda (.1). | 0.40  | 118.00   |
| 08/31/2016 | BTH | Prepare for and attend conference call with Committee and other parties in interest (1.5); Email S. Goldstein re additional agenda items (.1); Email to/from S. Goldstein re publication of claims bar date (.2); Research re notice of PHVC filing (.2). | 2.00  | 590.00   |
|            |     | **TOTAL SERVICES**                                                                                                                                                                                                            | 3.00  | 885.00   |
|            |     | **TOTAL THIS INVOICE**                                                                                                                                                                                                        |       | 885.00   |
|            |     | Previous Balance                                                                                                                                                                                                              |       | $1,911.50 |
| 08/19/2016 |     | Payment received                                                                                                                                                                                                              |       | -1,911.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                                                                                                                                |       | $885.00  |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

September 14, 2016                          Invoice No.:  93434

Terry Odom, CEO                    **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.       11278.012  Tort Litigation
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                 | Hours |          |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 08/01/2016 | JMS | Prepare notices of removal of state court causes of action to federal court; Research re correct procedures for same; Conferences regarding logistics for compiling records for removal; Conferences with J. Young and B. Hunsicker re same. | 2.30  | 713.00   |
|            | JFY | Review and analyze status of various removal issues (.9); Conference with B. Hunsicker re same (.2).                                                                             | 1.10  | 434.50   |
| 08/02/2016 | MTF | Research re removal and tort litigation issues.                                                                                                                                  | 0.50  | 147.50   |
|            | JMS | Conferences with B. Hunsicker re removal of actions from state court to federal court and procedures to follow thereby; Draft proposed motion for extension of time to remove state court actions to federal court; Legal research re the standards for extending time to remove actions; Conference with J. Young re same. | 3.40  | 1,054.00 |
|            | JFY | Review and analyze removal issues (.8); Review and analyze case law re removal issues (.9); Conference with J. Salisbury re removal issues (.2).                                 | 1.90  | 750.50   |
| 08/03/2016 | JMS | Revise Motion for Order Extending Period to Remove State Court Actions.                                                                                                          | 0.40  | 124.00   |
| 08/05/2016 | JMS | Revise, finalize and file Motion for Extension of Time to Remove Actions; Conference with B. Hunsicker re same.                                                                  | 0.90  | 279.00   |
| 08/11/2016 | JMS | Correspondence with defense counsel re answers to tort complaints for inclusion in future removal of same.                                                                      | 0.60  | 186.00   |
| 08/12/2016 | JMS | Review Notices of Removal filed by Healthtech; Legal research re same.                                                                                                           | 1.00  | 310.00   |
|            | JFY | Continue review of open issues re removal.                                                                                                                                       | 0.80  | 316.00   |
| 08/15/2016 | JMS | Follow-up re agreement to extend hearing on extension of the automatic stay.                                                                                                     | 0.30  | 93.00    |

09/14/2016
Invoice No.: 93434
11278.012  Tort Litigation

|            |      |                                                                                                                                                             | Hours |           |
|------------|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 08/16/2016 | JMS  | Prepare for hearing before Judge Parker on the Motion to Extend the Automatic Stay.                                                                          | 5.80  | 1,798.00  |
| 08/17/2016 | JMS  | Prepare for and attend hearing on motion to extend automatic stay (2.6); Conference with B. Hunsiker and J. Young following hearing re preparation of Complaint re same (0.9). | 3.50  | 1,085.00  |
| 08/19/2016 | JMS  | Research re drafting of complaint for rule 105 injunction.                                                                                                   | 0.40  | 124.00    |
|            | JFY  | Review and analyze various issues re the declaratory judgment action.                                                                                        | 1.00  | 395.00    |
| 08/22/2016 | JMS  | Begin drafting Complaint for injunctive relief.                                                                                                              | 3.80  | 1,178.00  |
| 08/23/2016 | JMS  | Continue drafting Complaint re declaratory judgment and injunction.                                                                                          | 3.30  | 1,023.00  |
| 08/24/2016 | JMS  | Continue drafting adversary complaint.                                                                                                                       | 2.80  | 868.00    |
| 08/25/2016 | JMS  | Continue drafting complaint for adversary proceeding.                                                                                                        | 1.50  | 465.00    |
| 08/26/2016 | JMS  | Continue drafting complaint requesting injunctive relief; Review pleadings filed by Creditor Committee re removed actions.                                    | 3.20  | 992.00    |
| 08/30/2016 | JMS  | Finalize and file adversary complaint; draft adversary proceeding cover sheet.                                                                               | 3.50  | 1,085.00  |
| 08/31/2016 | JMS  | Review proofs of claims; Conference with B. Hunsicker re notice to the insurance companies of new claims; Prepare for service of adversary complaint.          | 0.70  | 217.00    |

|                             | Hours | Amount    |
|-----------------------------|-------|-----------|
| **TOTAL SERVICES**          | 42.70 | 13,637.50 |
| **TOTAL THIS INVOICE**      |       | 13,637.50 |
| Previous Balance            |       | $23,747.50 |

| 08/19/2016 | Payment received | -9,073.44 |
| 09/13/2016 | Payment received | -1,023.00 |
|            | Total Payments   | -10,096.44 |

| **TOTAL OUTSTANDING INVOICES** | $27,288.56 |

Aged Due Amounts

| Stmt Date  | Stmt # | Billed    | Due       |
|------------|--------|-----------|-----------|
| 07/14/2016 | 92509  | 22,724.50 | 13,651.06 |
|            |        |           | 13,651.06 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

September 14, 2016                    Invoice No.:  93435

Terry Odom, CEO                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.              11278.013   Insurance Issues
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 08/02/2016 | BTH | Review and respond to email from C. Naltsas (Lexington) re 2004 exam and follow-up call with D. Kellam. | 0.20 | 59.00 |
| 08/03/2016 | BTH | Review email correspondence from Lexington re 2004 exam and discuss the same internally (.3). | 0.30 | 88.50 |
| 08/05/2016 | BTH | Voice mail from J. Burghardt and respond accordingly (.2); Email correspondence with J. Young re status of 2004 motions (.2); Email and phone correspondence with Lexington re 2004 motion (.2). | 0.60 | 177.00 |
| 08/08/2016 | BTH | Telephone conferences with S. Rider re 2004 exams (.4); Attend conference call with J. Burghardt re 2004 exam of UMIA (.7); Attend conference call with D. Kellam re 2004 exam of Lexington (.3); Review memorandum on UMIA policy considerations (.4). | 1.80 | 531.00 |
| 08/09/2016 | BTH | Email correspondence with M. Davis (Lexington) re 48-hour standstill (.2). | 0.20 | 59.00 |
|  |  | **TOTAL SERVICES** | 3.10 | 914.50 |
|  |  | **TOTAL THIS INVOICE** |  | 914.50 |
|  |  | Previous Balance |  | $30,577.07 |
| 09/13/2016 |  | Payment received |  | -23,484.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $8,007.07 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 07/14/2016 | 92506 | 7,092.57 | 7,092.57 |
|  |  |  | 7,092.57 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

September 14, 2016                                      Invoice No.:  93436

Terry Odom, CEO                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.               11278.014   Plan and Disclosure Statement
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                             | Hours |        |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 08/08/2016 | JMS | Review and analysis of proposed term sheet from creditors committee for plan of reorganization; review and analysis of proposal to "collapse" the District and the Hospital's assets and debts. | 0.80  | 248.00 |
| 08/09/2016 | JMS | Analysis as to corporate separation between the District and the Hospital.                                                                                   | 0.50  | 155.00 |
|            | JFY | Review and analyze Committee Plan Term Sheet (1.2); Correspondence with Committee counsel re same (.5).                                                       | 1.70  | 671.50 |
| 08/10/2016 | JMS | Legal research as to whether the hospital is an "instrumentality" of the District and thus whether the bankruptcy petition may be subject to dismissal.       | 3.20  | 992.00 |
| 08/11/2016 | JFY | Review and analyze Plan Term Sheet issues from Committee.                                                                                                    | 1.20  | 474.00 |
| 08/15/2016 | JFY | Review and analyze plan issues; Prepare for meeting with counsel for creditor committee (.9); Conference with attorneys for the Creditors Committee and the Hospital District re Plan Term Sheet issues (1.0). | 1.90  | 750.50 |
| 08/16/2016 | JFY | Review and analyze plan issues and term sheet issues raised by committee and potential resolutions to disagreements.                                          | 1.20  | 474.00 |
| 08/19/2016 | JFY | Review and analyze disclosure statement issues and timing of preparation.                                                                                    | 0.40  | 158.00 |
| 08/26/2016 | BTH | Review Committee Plan Term Sheet; Revise and re-draft Plan Term Sheet for agreement between the Debtor, the Committee and the Tort Claimants.                  | 2.30  | 678.50 |
|            | JFY | Review and analyze Committee's Plan term sheet issues.                                                                                                       | 0.60  | 237.00 |
| 08/29/2016 | JFY | Review and analyze Plan issues and issues raised by Committee Plan term sheet (.9); Review and revise Committee's Plan term sheet in formulating response thereto (1.5). | 2.40  | 948.00 |
|            | BTH | Additional review and revisions to Plan Term Sheet and analyze issues related thereto (1.7); Email revised Plan Term Sheet to CEO/CFO (.1).                   | 1.80  | 531.00 |

09/14/2016
Invoice No.: 93436
11278.014  Plan and Disclosure Statement

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 08/30/2016 | JFY | Continue to review and analyze issues raised by Committee and their Plan Term Sheet (.7); Continue to review and analyze potential modifications to Plan to satisfy issues raised by committee (1.3); Review and revise Plan Term Sheet to be submitted to Committee showing redline changes and discuss same with B. Hunsicker (1.5). | | 3.50 | 1,382.50 |
|  | BTH | Discuss term sheet with T. Odom (.1); Email to CEO/CFO re concerns with term sheet (.2); Review and revise term sheet (1.1); Phone and email conference with C. Caby to address term sheet (.3). | | 1.70 | 501.50 |
| 08/31/2016 | JFY | Conference with Committee's counsel to discuss plan term sheet and other open issues. | | 1.30 | 513.50 |
|  |  | **TOTAL SERVICES** | | 24.50 | 8,715.00 |
|  |  | **TOTAL THIS INVOICE** | | | 8,715.00 |
|  |  | Previous Balance | | | $16,972.50 |
| 09/13/2016 |  | Payment received | | | -10,336.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** | | | $15,351.00 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 07/14/2016 | 92507 | 6,636.00 | 6,636.00 |
|  |  |  | 6,636.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

September 14, 2016                              Invoice No.:  93437

Terry Odom, CEO                    RE: **Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.         11278.015   Employment and Fee Applications
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | | Description | Hours | |
|---|---|---|---|---|
| 08/02/2016 | BTH | Review presentations submitted by potential financial advisors and email the same to CEO/CFO (.9); Emails to/from potential financial advisors for possible engagement (.2); | 1.10 | 324.50 |
| 08/03/2016 | BTH | Review interim monthly fee application order (.2); Email to M. Long re status of interim fee statement (.1); Initial review of time entries for July (.3). | 0.60 | 177.00 |
| 08/04/2016 | JFY | Review and analyze issues related to retention of financial advisor. | 1.40 | 553.00 |
| 08/08/2016 | BTH | Review time entries and code for purposes of fee application (.9). | 0.90 | 265.50 |
| | BTH | Phone conferences with potential financial advisors (1.9); Phone conference with T. Copenhaver re discussions with potential financial advisors (.3); Email correspondence with potential financials advisors to coordinate interviews (.4). | 1.60 | 472.00 |
| 08/09/2016 | BTH | Begin drafting interim monthly fee summary for July (.3). | 0.30 | 88.50 |
| | BTH | Prepare for phone conferences with potential financial advisors  (.6); Attend conference calls with potential financial advisors and follow-up calls (2.8); Phone conference with CEO/CFO to discuss retention of financial advisor (.8). | 4.40 | 1,298.00 |
| | JFY | Participate in calls and discussions with various advisory firms seeking to be financial advisors to the Debtor; Conference with client re same. | 2.10 | 829.50 |
| 08/10/2016 | JFY | Review and analyze the retention of financial advisors and various issues related thereto (.9); Conference with financial advisors (.3). | 1.10 | 434.50 |
| 08/11/2016 | BTH | Email monthly billing statement to CEO/CFO (.1); Review and finalize interim monthly billing statement documents (.3). | 0.40 | 118.00 |
| 08/12/2016 | JFY | Review and analyze issues related to retention of financial advisor. | 0.80 | 316.00 |
| 08/16/2016 | BTH | Phone conference with H2C re proposed engagement (.7); Review and revise proposed engagement letter from H2C and email the same to client (.9). | 1.60 | 472.00 |

11278.015   Employment and Fee Applications

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | JFY | Review and analyze engagement agreement with financial advisor. | 0.80 | 316.00 |
| 08/17/2016 | BTH | Email to H2C with proposed revisions to engagement letter (.1); Additional review and revisions to proposed engagement letter from H2C (.4); Phone conference with H2C to address engagement letter (.3); Review revised engagement letter from H2C and forward to CEO/CFO (.3). | 1.10 | 324.50 |
| 08/19/2016 | BTH | Review and revise engagement letter from H2C (1.1); Email correspondence with H2C (.2); Email to CEO/CFO outlining revisions to new engagement letter from H2C (.3). | 1.60 | 472.00 |
|  | JFY | Review and analyze various issues involving retention of financial advisor. | 0.90 | 355.50 |
| 08/21/2016 | BTH | Begin drafting Application to Employ H2C are related documents thereto (1.9). | 1.90 | 560.00 |
| 08/23/2016 | BTH | Finalize draft documents for employment of H2C (1.9); Confirm retention with H2C (.1). | 2.00 | 590.00 |
| 08/24/2016 | MTF | Review and respond to correspondence from B. Hunsicker re financial advisor employment issues. | 0.30 | 88.50 |
|  | BTH | Address open issues regarding Application to Employ H2C (.3); Draft Proposed Order on Application (.4); Review proposed changes to Application from H2C (.3). | 1.00 | 295.00 |
| 08/25/2016 | BTH | Address US Trustee concerns with H2C (.3); Review US Trustee concerns to Application to Employ H2C (.2); Email to H2C re finalizing Application (.1); Review, revise and finalize Application to Employ H2C (1.6). | 2.20 | 649.00 |
| 08/26/2016 | BTH | Draft nondisclosure agreement for H2C (.8); Revise Proposed Order on H2C Application (.3). | 1.10 | 324.50 |
|  | JFY | Review and analyze non-disclosure agreement issues in relationship to employment of H2C as financial advisor. | 0.30 | 118.50 |
|  | JFY | Review issues regarding issues employment of H2C and US Trustee's Office comments re same. | 0.40 | 158.00 |
| 08/28/2016 | BTH | Finalize nondisclosure agreement with H2C and forward to parties. | 0.30 | 88.50 |
| 08/29/2016 | BTH | Review and respond to correspondence from H2C (.2); Revise non-disclosure agreement and circulate to parties (.3). | 0.50 | 147.50 |
|  | JFY | Review and analyze issues related to H2C engagement and nondisclosure agreement. | 0.80 | 316.00 |
| 08/31/2016 | BTH | Review Interim Monthly Billing Statement for July and forward the same to M. Long (.2). | 0.20 | 59.00 |
|  | JFY | Continue to review and analyze issues involving retention of H2C as financial advisor. | 0.90 | 355.50 |

09/14/2016
Invoice No.: 93437
11278.015  Employment and Fee Applications

| | | | Hours | |
|---|---|---|---|---|
| SRR | Formulate strategy for response to UCC objection to financial advisors; research issue of objection to financial advisor. | | 0.50 | 187.50 |
| | **TOTAL SERVICES** | | 33.10 | 10,754.50 |
| | **TOTAL THIS INVOICE** | | | 10,754.50 |
| | Previous Balance | | | $4,122.50 |
| 09/13/2016 | Payment received | | | -2,153.50 |
| | **TOTAL OUTSTANDING INVOICES** | | | $12,723.50 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 07/14/2016 | 92508 | 1,969.00 | 1,969.00 |
| | | | 1,969.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

September 14, 2016                    Invoice No.:  93438

Terry Odom, CEO                           **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.            11278.016   Automatic Stay Adversary
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| | | | Hours | |
|---|---|---|---|---|
| 08/16/2016 | JFY | Review and analyze automatic stay issues and extension of automatic stay issues (.5); Review and analyze case law re stay issues (.5); Review issues and motion to continue or expand stay (.4). | 1.40 | 553.00 |
| 08/30/2016 | BTH | Research re requirements to commence adversary proceeding (.3); Review final complaint (.3). | 0.60 | 177.00 |
| | | **TOTAL SERVICES** | 2.00 | 730.00 |
| | | **TOTAL THIS INVOICE** | | 730.00 |
| | | **TOTAL OUTSTANDING INVOICES** | | $730.00 |

*PAYABLE UPON RECEIPT*