**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

October 7, 2016   Invoice No.:  93719

Terry Odom, CEO
Powell Valley Healthcare, Inc.
777 Avenue H
Powell, WY   82435

**RE: Powell Valley Healthcare, Inc.**
11278.002   Restructure/Reorganization

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/01/2016 | BTH | Research re ability for non-profit to sell assets under Wyoming law (1.9); Email to UST and Committee re updated budget for cash collateral (.1); Review change in terms agreement with Bank and discuss the same with T. Woznick (.4); Review various pleadings and claims filed in case (.7); Phone conference with A. Sears to discuss status of case (.4). | 3.50 | 1,032.50 |
| 09/02/2016 | BTH | Phone and email conference with C. Caby re open issues in case. | 0.70 | 206.50 |
| 09/06/2016 | BTH | Email to CEO/CFO re objection to motion to retain H2C (.1); Email to CFO re request for documents (.1); Review order setting hearing on retention of H2C (.1); Review tort claimant joinder in committee objection (.1). | 0.40 | 118.00 |
|  | JMS | Extensive legal research re the standards by which Courts defer to a debtor-in-possession's business judgment in hiring estate professionals; Begin drafting reply/memorandum to the Committee's "limited" objection to employment of a financial advisor. | 5.20 | 1,612.00 |
| 09/07/2016 | BTH | Phone conference with B. Marvel to discuss status of case (.2); Email from D. Kellam re meeting with AIG (.1); Review various claims filed in case (.4); Draft motion to extend exclusivity, order and related notice and research related thereto (2.3); Update CFO on upcoming hearing on cash collateral (.1); Review various pre-petition invoices (.3); Review email from S. Goldstein (.1). | 3.50 | 1,032.50 |
|  | JMS | Continue legal research and draft Reply to Objections to employment of financial advisor. | 1.90 | 589.00 |
| 09/08/2016 | BTH | Review, revise and finalize motion to extend exclusivity, proposed order and form of notice and prepare for filing (1.3); Email to S. Goldstein re extension of exclusivity (.1); Review pleadings in case (.6). | 2.00 | 590.00 |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                     | Hours |          |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 09/09/2016 | BTH | Email to CEO re status of board meeting (.1); Email to CFO re status of cash collateral hearing (.1); Additional research re pleadings associated with use of cash collateral (.4); Phone conference and email with H2C re Committee objection (.4); Phone conference with R. Royal's office re service of process (.2); Review recent WY Supreme Court decision re notice of claims on insurer (.3); Review and address correspondence from CFO re response to auditors (.4); Review Order re Removal Actions (.1); Phone conference with T. Copenhaver re case update (.3). | 2.30  | 678.50   |
|            | JFY | Conference with and coordinate with B. Hunsicker re various compliance issues and reporting issues (.5); Review and analyze open items and deadlines pending in case (.5); Conference with Committee re open issues (.5). | 1.50  | 592.50   |
| 09/12/2016 | BTH | Prepare for and attend conference call with counsel for insurance provider (.7); Phone conferences with T. Woznick to discuss case (.3); Phone conference with T. Odom to discuss executory contract (.2); Review and analyze potential executory contract (.5); Email from J. Smiley re acceptance of service (.1); Update email from Committee counsel (.1); Review proof of claim and advise CFO re the same (.3). | 2.20  | 649.00   |
| 09/13/2016 | BTH | Phone conference with C. Caby to address issues in case (.7); Research and analyze issues related to Committee opposition to pending matters (.8); Research re eligibility for Debtor to file Chapter 11 case (1.3); Research re creation of non-profit entity by Hospital District under Wyoming law (.6); Phone conference with potential FA candidate for Committee (.2). | 3.60  | 1,062.00 |
| 09/14/2016 | BTH | Email to CEO/CFO re interim fee application for August (.1); Phone and email correspondence with CEO/CFO re issues with potential FA for Committee (.3); Review order setting hearing on extension of stay issues and address the same internally (.4); Review various pleadings and insurance related matters to determine next steps in case (2.1); Email to T. Woznick re request for loan documents (.1). | 3.00  | 885.00   |
| 09/15/2016 | BTH | Review filings in case (.2). | 0.20  | 59.00    |
| 09/16/2016 | BTH | Review filings in the case (.3). | 0.30  | 88.50    |
| 09/19/2016 | BTH | Address concerns of Wescom re continued use of software (.3); Address issues related to adequate assurance of payment for utility (.2); Draft non-disclosure agreement for purposes of document sharing (1.8); Compile and review requests for information and discuss the same with M. Long (.8); Review various hearing dates and deadlines and draft motion for M. Long to appear by video (1.7). | 4.80  | 1,416.00 |
| 09/20/2016 | JFY | Review and analyze recently filed pleadings. | 0.50  | 197.50   |
| 09/21/2016 | BTH | Phone and email correspondence with M. Long re status of case (.3); Review recent pleadings filed in case (.2); Review email correspondence from M. Long re Committee requests (.2). | 0.70  | 206.50   |
|            | JFY | Review and analyze recently filed pleadings. | 0.50  | 197.50   |

Case 16-20326   Doc 384-9   Filed 11/22/16   Entered 11/22/16 11:22:09   Desc Exhibit
Invoices for Sept   Page 3 of 20

10/07/2016
Invoice No.: 93719
11278.002  Restructure/Reorganization

Page 3

|  |  |  | Hours |  |
|---|---|---|---|---|
| 09/22/2016 | BTH | Email to T. Odom re upcoming Board meeting (.1); Review docket and begin preparing for upcoming matters in case (1.0); Begin review of documents provided by M. Long (1.2); Phone conference with C. Caby to address concerns from Committee (.5). | 2.80 | 826.00 |
|  | JMS | Conference with B. Hunsicker re upcoming hearings and strategies re same. | 0.70 | 217.00 |
| 09/23/2016 | BTH | Email to M. Long re ordinary course payments (.1); Continue review of documents provided by M. Long (.6). | 0.70 | 206.50 |
| 09/26/2016 | BTH | Email and phone conference with T. Woznick re creditor support for motion to retain H2C (.3); Field creditor inquiry regarding late filing of claim (.2); Review and revise position statement on removal actions (.3); Review and revise waiver and acceptance of service (.2); Email waiver and acceptance of service to R. Royal (.1); Email to various parties re service of adversary (.1); Email to S. Goldstein and C. Caby re continuing matters on assumption and assignment of leases (.1); Review NDA submitted by Committee (.5); Respond to inquiries from M. Long (.1); Prepare for and attend conference call with Board (.5); Review additional documentation to be provided to Committee (.8); Review correspondence from T. Copenhaver (.2). | 3.40 | 1,003.00 |
| 09/27/2016 | BTH | Review recent filings in case (.6); Email to R. Royal re acceptance of service for adversary (.1); Initial review of UCC payment procedures and review correspondence related thereto (.5). | 1.20 | 354.00 |
| 09/28/2016 | BTH | Additional review of UCC payment procedures and email to J. Cotter regarding the same (.3); Formulate strategy to address pending matters in case (.5). | 0.80 | 236.00 |
| 09/29/2016 | BTH | Review proposed payment procedures from Committee and respond accordingly (.9). | 0.90 | 265.50 |
|  |  | **TOTAL SERVICES** | 47.30 | 14,320.50 |

**EXPENSES:**

| | |
|---|---|
| Photocopies | 542.20 |
| Online research | 1,270.16 |
| Postage | 122.13 |
| Conference calls | 33.65 |
| **TOTAL EXPENSES** Thru 09/30/2016 | 1,968.14 |
| **TOTAL THIS INVOICE** | 16,288.64 |
| Previous Balance | $31,155.04 |
| **TOTAL OUTSTANDING INVOICES** | $47,443.68 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 08/10/2016 | 92763 | 12,500.86 | 12,500.86 |
| 09/14/2016 | 93425 | 18,654.18 | 18,654.18 |
|  |  |  | 31,155.04 |

10/07/2016 Page 4
Invoice No.: 93719
11278.002  Restructure/Reorganization

Your trust account balance is

| | |
|---|---|
| Opening Balance | $228,501.20 |
| Closing Balance | $228,501.20 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

October 7, 2016                                                                 Invoice No.:  93721

Terry Odom, CEO                               **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                      11278.004   Cash Collateral
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                                                                                    | Hours |          |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 09/06/2016 | BTH | Review bank reports for purposes of use of cash collateral, reconcile with prior months, and forward the same to T. Woznick.                                                                                                                       | 0.80  | 236.00   |
| 09/08/2016 | BTH | Research re issues related to final order on motion for use of cash collateral (.5); Conference call with T. Woznick re final order for use of cash collateral (.7).                                                                              | 1.20  | 354.00   |
| 09/12/2016 | BTH | Review files related to use of cash collateral (.7); Draft motion to excuse witness for hearing on cash collateral and proposed order (1.4).                                                                                                       | 2.10  | 619.50   |
| 09/13/2016 | BTH | Phone conference with T. Woznick to discuss use of cash collateral (.3).                                                                                                                                                                           | 0.30  | 88.50    |
| 09/14/2016 | JMS | Review Creditor Committee's responses to final order for cash collateral; Analysis of same.                                                                                                                                                        | 0.50  | 155.00   |
| 09/15/2016 | BTH | Phone and email correspondence with T. Woznick to address continued use of cash collateral (1.0); Research and analyze issues related to continued use of cash collateral (.7); Review loan documents from T. Woznick (.3).                       | 2.00  | 590.00   |
|            | JFY | Conference with lenders re cash collateral issues (.4); Review and analyze open cash collateral issues and timing issues (.8); Review and analyze Committee objection to cash collateral (.5); Prepare strategy to deal with open cash collateral items and Committee's objection thereto (.9). | 2.60  | 1,027.00 |
| 09/20/2016 | BTH | Analyze issues related to the status of the use of cash collateral and email to S. Goldstein re the same.                                                                                                                                          | 0.80  | 236.00   |
| 09/21/2016 | BTH | Phone conference with T. Woznick re case status (.1).                                                                                                                                                                                              | 0.10  | 29.50    |
| 09/22/2016 | JMS | Correspondence and conference with B. Hunsicker re outcome of hearing; Review committee's proposed changes to order.                                                                                                                               | 0.20  | 62.00    |

10/07/2016 Page 2
Invoice No.: 93721
11278.004  Cash Collateral

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | BTH | Prepare for and attend hearing on use of cash collateral (1.7); Follow-up phone conferences with S. Goldstein and T. Woznick (.5); Review prior proposed order and revise the same and circulate to parties (.8); Review proposed changes to order from Committee (.2). | 3.20 | 944.00 |
| | JFY | Review and analyze cash collateral issues (.4); Conference with Committee re cash collateral issues (.2); Review and analyze order (.2). | 0.80 | 316.00 |
| 09/23/2016 | BTH | Review notes from hearing (.4); Email to Committee re proposed changes to order (.1); Discuss cash collateral issues with T. Woznick (.2). | 0.70 | 206.50 |
| 09/26/2016 | BTH | Review Motion to Vacate and Revised Order. | 0.30 | 88.50 |

**TOTAL SERVICES**  15.60  4,952.50

**TOTAL THIS INVOICE**  4,952.50

Previous Balance  $1,657.05

**TOTAL OUTSTANDING INVOICES**  $6,609.55

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 08/10/2016 | 92764 | 984.00 | 595.05 |
| 09/14/2016 | 93427 | 1,062.00 | 1,062.00 |
| | | | 1,657.05 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

October 7, 2016                                                                 Invoice No.:  93722

Terry Odom, CEO                                       **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                               11278.005   Schedules and SOFA
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 09/23/2016 | BTH | Continue reconciling Schedule F for purposes of filing revised Schedule F under seal (1.9). | 1.90 | 560.50 |
| 09/30/2016 | BTH | Additional reconciliation for Schedule F to be filed under seal (1.3); Review order allowing filing under seal (.2); Review requirements to amend Schedule F and address the same with the Court (.3); Email proposed filing to M. Long and proposed declaration thereto (.1). | 1.90 | 560.50 |
|  |  | **TOTAL SERVICES** | 3.80 | 1,121.00 |
|  |  | **TOTAL THIS INVOICE** |  | 1,121.00 |
|  |  | Previous Balance |  | $1,180.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $2,301.00 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 09/14/2016 | 93428 | 1,180.00 | 1,180.00 |
|  |  |  | 1,180.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

October 7, 2016                                           Invoice No.: 93723

Terry Odom, CEO                           **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                11278.007   Required Reports
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                 | Hours |        |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 09/20/2016 | BTH | Review all files and statements for August monthly operating report and finalize and file the same (1.8); Attend phone conference with M. Long re monthly operating report (.2). | 2.00  | 590.00 |
|            |     | **TOTAL SERVICES**                                                                                                                                                              | 2.00  | 590.00 |

**TOTAL THIS INVOICE**                                                                      590.00

Previous Balance                                                                           $472.00

**TOTAL OUTSTANDING INVOICES**                                                             $1,062.00

Aged Due Amounts

| Stmt Date  | Stmt # | Billed | Due    |
|------------|--------|--------|--------|
| 09/14/2016 | 93430  | 472.00 | 472.00 |
|            |        |        | 472.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

October 7, 2016    Invoice No.: 93725

Terry Odom, CEO    **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.    11278.009   Executory Contracts
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/12/2016 | JMS | Research re standards for Debtor to assume or reject executory contracts. | 1.20 | 372.00 |
| 09/13/2016 | BTH | Review and analyze objection to Debtor's motion to assume Hospital District leases. | 0.80 | 236.00 |
| 09/20/2016 | BTH | Review leases with Hospital District and attend phone conference with C. Caby re the same. | 0.70 | 206.50 |
| 09/27/2016 | BTH | Phone conference with C. Caby re continuing matters on lease assumption. | 0.30 | 88.50 |
| 09/29/2016 | BTH | Review pleadings related to motion to assume leases with Hospital District (.3); Draft motion to continue hearing on motion to assume leases and proposed order and email to parties (1.3); Phone conference with C. Caby to address pending assumption motion (.3). | 1.90 | 560.50 |
|  | JFY | Review and analyze issues involving Debtor's real property lease with the District and assumption of same and Committee's objections thereto (.4). | 0.40 | 158.00 |
| 09/30/2016 | BTH | Phone conference with C. Caby to discuss continuance on lease assumption motion (.2); Finalize and file motion to continue hearing on lease assumption (.7). | 0.90 | 265.50 |
|  |  | **TOTAL SERVICES** | 6.20 | 1,887.00 |
|  |  | **TOTAL THIS INVOICE** |  | 1,887.00 |
|  |  | Previous Balance |  | $3,109.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $4,996.50 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 09/14/2016 | 93432 | 3,109.50 | 3,109.50 |

3,109.50

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

October 7, 2016                                                             Invoice No.:  93726

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                    11278.010   Creditors Committee
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                                   | Hours |        |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 09/01/2016 | BTH | Email to S. Goldstein re findings with respect to non-profit entity sales under Wyoming law.                                                                                                      | 0.20  | 59.00  |
| 09/02/2016 | BTH | Email and phone correspondence with J. Cotter re Committee Objection to retention of H2C (.2); Review information requests from Committee and research re the same (.6).                          | 0.80  | 236.00 |
| 09/06/2016 | BTH | Email to S. Goldstein re request for documents.                                                                                                                                                   | 0.10  | 29.50  |
| 09/09/2016 | BTH | Phone conference with S. Goldstein re case update.                                                                                                                                                | 0.40  | 118.00 |
| 09/13/2016 | BTH | Phone conference with S. Goldstein to address discussions with Hospital District.                                                                                                                 | 0.20  | 59.00  |
| 09/19/2016 | BTH | Final revisions to proposed non-disclosure agreement with Committee and email the same to S. Goldstein.                                                                                           | 0.30  | 88.50  |
|            | JFY | Review and analyze non-disclosure agreement issues with Committee and review and revise non-disclosure agreement (.7); Review and analyze retention of financial advisors by Debtor and Committee and issues related thereto (.5). | 1.20  | 474.00 |
| 09/20/2016 | JFY | Review and analyze financial and operational issues and Committee objections re cash collateral issues (.5).                                                                                      | 0.50  | 197.50 |
| 09/28/2016 | JFY | Continue to review and analyze issues involving non-disclosure agreement with Committee and make revisions to proposed agreement (.3).                                                            | 0.30  | 118.50 |
| 09/29/2016 | JFY | Review and analyze UCC request for fee procedures and issues related thereto (.4).                                                                                                                | 0.40  | 158.00 |

10/07/2016 Page 2
Invoice No.: 93726
11278.010  Creditors Committee

|  |  |  | Hours |  |
|---|---|---|---|---|
| 09/30/2016 | BTH | Email to J. Cotter re filing of payment procedures motion (.1); Review Debtor's payment procedures motion to confirm terms of Committee's motion (.3); Review and revise proposed non-disclosure agreement and forward to S. Goldstein (.3). | 0.70 | 206.50 |
|  | JFY | Continue to review and analyze non-disclosure agreement with Committee and issues related thereto (.5). | 0.50 | 197.50 |
|  |  | **TOTAL SERVICES** | 5.60 | 1,942.00 |
|  |  | **TOTAL THIS INVOICE** |  | 1,942.00 |
|  |  | Previous Balance |  | $885.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $2,827.00 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 09/14/2016 | 93433 | 885.00 | 885.00 |
|  |  |  | 885.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

October 7, 2016                                                  Invoice No.: 93727

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                       11278.012   Tort Litigation
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                                 | Hours |        |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 09/02/2016 | JMS | Review correspondence re acceptance of service upon behalf of the tort claimants and follow-up re same.                                                                                         | 0.20  | 62.00  |
| 09/09/2016 | JMS | Review Court order scheduling status hearing on removal of portion of tort litigation to bankruptcy court; Conference with B. Hunsiker re Debtor's position re same.                             | 0.40  | 124.00 |
| 09/23/2016 | JMS | Prepare Summons and Return of Service for Adversary proceeding; Prepare waivers and acceptance of service for R. Royal; Serve adversary complaint; Follow-up re certain tort claimant being represented by Mr. Royal. | 1.90  | 589.00 |
| 09/26/2016 | JMS | Draft position paper re Healthtech's removal of claims from state court to bankruptcy court; File same.                                                                                         | 2.90  | 899.00 |
|            | JMS | Follow up regarding service of Complaint and R. Royal's acceptance of service on behalf of his clients.                                                                                         | 0.20  | 62.00  |
| 09/29/2016 | JMS | Conference with C. Caby re District's position on extension of automatic stay adversary proceeding and filing of answer re same.                                                                | 0.50  | 155.00 |
|            |     | **TOTAL SERVICES**                                                                                                                                                                              | 6.10  | 1,891.00 |

**TOTAL THIS INVOICE**                                                                                                                              1,891.00

Previous Balance                                                                                                                                      $27,288.56

**TOTAL OUTSTANDING INVOICES**                                                                                                                        $29,179.56

Aged Due Amounts

| Stmt Date  | Stmt # | Billed    | Due       |
|------------|--------|-----------|-----------|
| 07/14/2016 | 92509  | 22,724.50 | 13,651.06 |
| 09/14/2016 | 93434  | 13,637.50 | 13,637.50 |
|            |        |           | 27,288.56 |

10/07/2016 Page 2
Invoice No.: 93727
11278.012  Tort Litigation

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

October 7, 2016                                                                  Invoice No.:  93728

Terry Odom, CEO                                    **RE:** Powell Valley Healthcare, Inc.
Powell Valley Healthcare, Inc.                          11278.013   Insurance Issues
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                  | Hours |        |
|------------|-----|------------------------------------------------------------------------------------------------------------------|-------|--------|
| 09/08/2016 | SRR | Conference(s) with J. Markus.                                                                                    | 0.20  | 75.00  |
| 09/09/2016 | SRR | Review recent Wyoming case law on insurance settlements.                                                         | 0.40  | 150.00 |
| 09/15/2016 | BTH | Review and analyze issues related to insurance policies.                                                         | 0.60  | 177.00 |
| 09/16/2016 | BTH | Review insurance policies and email the same to S. Goldstein.                                                    | 0.90  | 265.50 |
| 09/19/2016 | BTH | Additional research re insurance policies, review the same, and forward additional documents to S. Goldstein.    | 0.80  | 236.00 |
|            |     | **TOTAL SERVICES**                                                                                               | 2.90  | 903.50 |

**TOTAL THIS INVOICE**                                                                                              903.50

Previous Balance                                                                                                    $8,007.07

**TOTAL OUTSTANDING INVOICES**                                                                                      $8,910.57

                              Aged Due Amounts
    Stmt Date      Stmt #              Billed           Due
    07/14/2016     92506             7,092.57        7,092.57
    09/14/2016     93435               914.50          914.50
                                                     8,007.07

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

October 7, 2016                                              Invoice No.:  93729

Terry Odom, CEO                               **RE:** **Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                      11278.014   Plan and Disclosure Statement
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/24/2016 | JFY | Review and analyze plan structure issues and issues raised by Committee in their term sheet. | 1.00 | 395.00 |
| 08/25/2016 | JFY | Continue to review issues raised by Committee in their Plan term sheet. | 0.90 | 355.50 |
| 08/26/2016 | JFY | Review and analyze Committee's plan term sheet and related issues. | 0.60 | 237.00 |
| 09/08/2016 | JFY | Review and analyze case law re extension of exclusivity period and timing of motion related thereto (1.2); Review and revise motion to extend exclusivity period (.9); Review and analyze various open plan issues (.7). | 2.80 | 1,106.00 |
| 09/20/2016 | JFY | Review and analyze open plan issues and consider strategies for addressing same (.9). | 0.90 | 355.50 |
| | | **TOTAL SERVICES** | 6.20 | 2,449.00 |
| | | **TOTAL THIS INVOICE** | | 2,449.00 |
| | | Previous Balance | | $15,351.00 |
| | | **TOTAL OUTSTANDING INVOICES** | | $17,800.00 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 07/14/2016 | 92507 | 6,636.00 | 6,636.00 |
| 09/14/2016 | 93436 | 8,715.00 | 8,715.00 |
| | | | 15,351.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

October 7, 2016                                                                                   Invoice No.:  93730

Terry Odom, CEO                                                           **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                                  11278.015   Employment and Fee Applications
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/24/2016 | JFY | Review and analyze retention issues in regard to financial advisor (.8); Review and analyze issues related to Court's order re employment of ordinary course professionals (.4); Conference with client re issues related to ongoing relationships with ordinary course professionals (.4). | 1.60 | 632.00 |
| 08/25/2016 | JFY | Review issues raised by Committee in regard to the retention of H2C as the Debtor's financial advisor (.5); Review issues and implement procedures re ordinary course professionals (.5). | 1.00 | 395.00 |
| 08/26/2016 | JFY | Review and analyze retention issues with H2C; Correspondence from US Trustee's office re same. | 0.40 | 158.00 |
|  | JFY | Review and analyze issues involving non-disclosure agreement with H2C. | 0.30 | 118.50 |
| 09/01/2016 | BTH | Prepare for and attend conference call with Committee and H2C (.8); Attend follow-up call with H2C (.6). | 1.40 | 413.00 |
|  | SRR | Research issues relating to financial advisor. | 0.40 | 150.00 |
| 09/02/2016 | BTH | Review Committee Objection to retention of H2C and analysis issues related thereto. | 1.40 | 413.00 |
|  | JFY | Review and analyze retention of H2C and issues related thereto (.8); Review and analyze Committee's objection (.5). | 1.30 | 513.50 |
|  | JMS | Review creditor committee's objection to employment of financial advisor; Conference with B. Hunsicker re bases for filing a reply to same. | 0.80 | 248.00 |
| 09/04/2016 | BTH | Research re standards of review for purposes of objecting to employment of financial advisor. | 1.80 | 531.00 |
| 09/06/2016 | BTH | Email to H2C re objection to application. | 0.10 | 29.50 |

11278.015  Employment and Fee Applications

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | BTH | Review Application to Retain H2C, the objection thereto, and draft motion for expedited hearing thereon. | 1.30 | 383.50 |
|  | JFY | Continue analysis of issues related to the retention of financial advisor H2C (.5); Review issues raised by Committee's objection to Debtor's retention of financial advisor (.4). | 0.90 | 355.50 |
| 09/08/2016 | BTH | Conference call with H2C to provide update on case. | 0.50 | 147.50 |
|  | BTH | Analyze issues re employment of professionals. | 0.80 | 236.00 |
| 09/09/2016 | BTH | Analyze and address issues re Committee objection to H2C Application. | 0.70 | 206.50 |
| 09/14/2016 | BTH | Initial review of all August time entries for purposes of interim fee application and coding (1.2); Additional review of time entries to ensure proper coding (.7); Draft interim billing summary for August and cover letter re the same (.9); Finalize interim monthly fee application for August (.6). | 3.40 | 1,003.00 |
|  | BTH | Review and respond to correspondence from H2C. | 0.30 | 88.50 |
| 09/15/2016 | BTH | Review correspondence from H2C and discuss the same internally (.9); Attend conference call with H2C to discuss status of case (.5). | 1.40 | 413.00 |
|  | JFY | Conference with financial advisors re retention issues (.5). | 0.50 | 197.50 |
|  | JMS | Revise response to objection to employment of financial advisor. | 1.30 | 403.00 |
| 09/19/2016 | JMS | Continue drafting Reply/Brief re the Debtor's motion to employ a financial advisor. | 1.30 | 403.00 |
| 09/20/2016 | BTH | Review correspondence from H2C (.1); Prepare for and attend call with H2C (.8). | 0.90 | 265.50 |
|  | JFY | Review and revise reply brief in support of Debtor's retention of financial advisor and in response to Committee's objection thereto (1.8). | 1.80 | 711.00 |
|  | JFY | Review and revise motion to retain FA's and issues related thereto (.7). | 0.70 | 276.50 |
|  | JMS | Revise, finalize and file brief in support of application to employ financial advisor. | 2.90 | 899.00 |
|  | JMS | Continue draft re Memorandum in Support of Employment of Financial Advisor; Legal research re same. | 3.80 | 1,178.00 |
| 09/21/2016 | BTH | Review engagement letter for purposes of potential revision (.6); Email proposed revisions to engagement to H2C (.1); Review and revise response to Committee's objection to H2C employment (1.5); Email and phone correspondence with M. Lane re response to Committee's objection (.6); Review letter correspondence from H2C and incorporate into response (1.4). | 4.20 | 1,239.00 |
|  | JFY | Review and revise Motion to retain financial advisor (.7). | 0.70 | 276.50 |
| 09/22/2016 | BTH | Update H2C and CEO on status of case and cash collateral hearing (.2). | 0.20 | 59.00 |

11278.015  Employment and Fee Applications

|  |  |  | Hours |  |
|---|---|---|---|---|
| 09/27/2016 | BTH | Review pleadings in preparation for hearing on H2C application; Phone conferences with various parties in interest re strategy for hearing on H2C application; Email to M. Lane re list of prior bankruptcy case involvement; Review Bank's joinder in support of application. | 2.00 | 590.00 |
|  | JFY | Review and analyze issues related to Debtor's retention of financial advisor and Committee's objections thereto; Prepare for hearing re same (1.5); Review and analyze unsecured creditor's committee request for fee procedures (.5); Review correspondence from US Trustee's office re fee request by unsecured creditor's committee (.3). | 2.30 | 908.50 |
| 09/28/2016 | BTH | Prepare for and attend hearing on H2C Application (2.2); Follow-up discussions with parties in interest regarding H2C Application (1.4); Email H2C materials to S. Goldstein (.1). | 3.70 | 1,091.50 |
|  | JFY | Continue to review and analyze issues involving the retention of H2C as financial advisor (.5); Continue to review Committee's request for fee procedures (.5). | 1.00 | 395.00 |
|  | JMS | Attend court hearing on employment of financial advisor; Conference with B. Hunsicker following same. | 0.80 | 248.00 |
|  |  | **TOTAL SERVICES** | 47.90 | 15,576.00 |
|  |  | **TOTAL THIS INVOICE** |  | 15,576.00 |
|  |  | Previous Balance |  | $12,723.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $28,299.50 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 07/14/2016 | 92508 | 1,969.00 | 1,969.00 |
| 09/15/2016 | 93454 | 10,754.50 | 10,754.50 |
|  |  |  | 12,723.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

October 7, 2016                                    Invoice No.:  93731

Terry Odom, CEO                          **RE:** Powell Valley Healthcare, Inc.
Powell Valley Healthcare, Inc.                  11278.016   Automatic Stay Adversary
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                 | Hours |        |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 09/02/2016 | BTH | Review defendants and research re attorneys of record for service of process (.6); Email to various counsel of record re acceptable of service (.1). | 0.70  | 206.50 |
| 09/20/2016 | BTH | Email from R. Royal re acceptance of service (.1); Review files to determine if all defendants have indicated acceptance of service (.2).       | 0.30  | 88.50  |
| 09/29/2016 | BTH | Email to R. Royal re service of process of Complaint on tort claimants (.1); Review prior email correspondence (.2).                            | 0.30  | 88.50  |
|            |     | **TOTAL SERVICES**                                                                                                                              | 1.30  | 383.50 |
|            |     | **TOTAL THIS INVOICE**                                                                                                                          |       | 383.50 |
|            |     | Previous Balance                                                                                                                                |       | $730.00 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                                                  |       | $1,113.50 |

Aged Due Amounts

| Stmt Date  | Stmt # | Billed | Due    |
|------------|--------|--------|--------|
| 09/14/2016 | 93438  | 730.00 | 730.00 |
|            |        |        | 730.00 |

*PAYABLE UPON RECEIPT*