Bradley T. Hunsicker (Wyo. Bar 7-4579)
**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
106 East Lincolnway, Suite 300
Cheyenne, WY 82001
Telephone: 307-778-8178
bhunsicker@markuswilliams.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POWELL VALLEY HEALTH CARE, INC., | ) | Case No. 16-20326 |
| | ) | |
| Debtor-in-Possession. | ) | |

---

**MOTION TO VACATE AND CONTINUE HEARING ON DEBTOR'S
MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTOR TO
ASSUME UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASES
PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULE 6006 AND (II) ESTABLISHING CURE AMOUNT AND
THE OPPOSITION THERETO
(UNCONTESTED)**

---

Powell Valley Health Care, Inc. ("PVHC", or the "Debtor"), the debtor and debtor

in possession in the above captioned case, hereby files this motion to vacate and continue

the hearing set for December 7, 2016, at 2:00 p.m., on the Debtor's *Motion for Entry of*

*an Order (I) Authorizing the Debtor to Assume Unexpired Non-Residential Real Property*

*Leases Pursuant to Section 365 of the Bankruptcy Code and Bankruptcy Rule 6006 and*

*(II) Establishing Cure Amount* (the "Assumption Motion") [Doc. 248] and the *Objection*

*to Motion for Entry of an Order (I) Authorizing the Debtor to Assume Unexpired Non-*

*Residential Real Property Leases Pursuant to Section 365 of the Bankruptcy Code and*

*Bankruptcy Rule 6006 and (II) Establishing Cure Amount, and Request for Evidentiary*

*Hearing* [Doc. 292] filed by the Official Committee of Unsecured Creditors (the "UCC"), and in support thereof shows the Court as follows:

1.     The Debtor is currently participating in meaningful discussions with the UCC, and at this juncture, the Debtor and the UCC are negotiating agreed upon terms for a consensual Plan.

2.     The Debtor is encouraged with its discussions with the UCC, and believes that the interests of all parties would be better served if the parties focused their efforts on negotiating a consensual Plan, rather than addressing the merits of the Assumption Motion.

3.     Accordingly, the Debtor requests that the hearing on the Assumption Motion be vacated and continued for a period of approximately thirty (30) days.

4.     The UCC and the Powell Hospital District have consented to the relief requested herein.

           **WHEREFORE**, the Debtor respectfully requests the Court enter an order substantially in the form attached hereto at Exhibit A vacating and continuing the hearing on the Assumption Motion until a date on or after January 7, 2017.

       Dated: December 2, 2016.


                    **MARKUS WILLIAMS YOUNG &
                    ZIMMERMANN LLC**

                    By: */s/ Bradley T. Hunsicker*
                    Bradley T. Hunsicker (WY Bar No 7-4579)
                    John F. Young (Pro Hac Vice)
                    106 East Lincolnway, Suite 300
                    Cheyenne, WY 82001

Telephone: 307-778-8178
Facsimile: 307-638-1975
Email: bhunsicker@markuswilliams.com

Counsel for the Debtor and Debtor-in-Possession

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 2, 2016, a copy of the foregoing was served *electronically* upon those parties indicated below:

**Attorneys for Official Committee of Unsecured Creditors:**

Scott J. Goldstein
Philip A. Pearlman
Jamie N. Cotter
Spencer Fane
1000 Walnut Street, Suite 1400
Kansas City, MO  64106
1700 Lincoln Street, Suite 2000
Denver, CO 80203
sgoldstein@spencerfane.com
jcotter@spencerfane.com
ppearlman@spencerfane.com

**Powell Hospital District:**

Brent R. Cohen
Chad S. Caby
Lewis Roca Rothgerber LLP
1200 17th Street, Suite 3000
Denver, CO  80202-5855
ccaby@lrrc.com
bcohen@lrrc.com

*/s/Bradley T. Hunsicker*
Bradley T. Hunsicker