Jamie N. Cotter (Wyoming Bar No. 74721)
Philip A. Pearlman (Colorado Bar No. 11426)
Scott J. Goldstein (Missouri Bar No. 28698)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: (303) 839-3800
Facsimile: (303) 839-3838
jcotter@spencerfane.com
*Counsel to the Official Committee of
Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| | ) | **Case No. 16-20326** |
| **POWELL VALLEY HEALTH CARE, INC.,** | ) | |
| | ) | |
| **Debtor-in-possession.** | ) | |

**MOTION FOR CONTINUANCE OF HEARING ON THE COMMITTEE'S
APPLICATION TO RETAIN EISNERAMPER, LLP**

The Official Committee of Unsecured Creditors (the "Committee"), for its Motion for Continuance of Hearing on the Committee's Application to Retain EisnerAmper, LLP, states as follows:

1. On October 24, 2016, the Committee filed its Application to Retain EisnerAmper, LLP as Accountant and Financial Advisor to the Official Committee of Unsecured Creditors (the "Motion"). (Docket #349). The Debtor filed its Objection to the Motion on November 1, 2016. (Docket #357). The Powell Hospital District (the "District") filed an Objection to the Motion on November 3, 2016. (Docket #362). On November 16, 2016, the Committee filed its Brief in Support of Application to Retain EisnerAmper, LLP as Accountant and Financial Advisor to the Official Committee of Unsecured Creditors. (Docket #369). First Bank of Wyoming filed an Objection to the Motion on November 16, 2016. (Docket #370). The Court set a telephonic hearing on the Motion and all objections thereto for November 23, 2016 (the "Hearing").

(Docket #360). Upon further motion filed on November 21, 2016 (Docket #378) and Order (Docket #383), the hearing was continued to December 7, 2016.

2. Since the Motion was filed, the Debtor and the Committee continue settlement discussions regarding a consensual plan.

3. In light of the progress that is being made toward a consensual plan, the Committee respectfully requests that the Court continue the December 7, 2016 hearing consistent with other requests for continuance to be filed regarding hearings relating to the Debtor currently scheduled for December 7, 2016.

4. The Debtor has conferred with counsel for all parties who have filed objections to the Motion, and no party objects to this requested continuance. Further, this continuance is sought in good faith and in light of the progress the parties have made towards a consensual plan. In the event a consensual plan is negotiated and agreed to, the Committee may have no need to employ EisnerAmper. Therefore, a continuance is in the best interests of all parties.

WHEREFORE, the Committee respectfully requests that the Court continue the December 7, 2016 hearing and respectfully requests that it be set on a date consistent with the Debtors other hearings in this case.

Respectfully submitted,

SPENCER FANE LLP

/s/ Jamie N. Cotter
Jamie N. Cotter        WY #74721
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554
(303) 839-3800
(303) 839-3838—Fax
jcotter@spencerfane.com
ppearlman@spencerfane.com

2

WA 8960744.1

Scott J. Goldstein   MO #28698
1000 Walnut, Suite 1400
Kansas City, MO 64106
(816) 474-8100
(816) 474-3216– Fax
sgoldstein@spencerfane.com

COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS

WA 8960744.1