Bradley T. Hunsicker (Wyo. Bar 7-4579)
**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
106 East Lincolnway, Suite 300
Cheyenne, WY  82001
Telephone: 307-778-8178
bhunsicker@markuswilliams.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| In re: | ) |
| | ) Case No.: 16-20326 |
| POWELL VALLEY HEALTH CARE, INC., | ) Chapter 11 |
| | ) |
| Debtor. | ) |

## STATEMENT OF AMOUNTS PAID TO ORDINARY COURSE PROFESSIONALS

Powell Valley Health Care, Inc. ("PVHC", or the "Debtor"), the debtor and debtor in possession in the above captioned case, pursuant to this Court's *Order Granting in part and Denying in part, Debtor's Motion for Authority to Employ Professionals Used in the Ordinary Course of Business* [Doc. 257], shows the Court as follows:

1.  On June 22, 2016, PVHC filed *Debtor's Motion for Authority to Employ Professionals Used in the Ordinary Course of Business* (the "Motion to Employ Ordinary Course Professionals") [Doc. 146] wherein PVHC requested that it be authorized to employ professionals used in the ordinary course of PVHC's business without the need for filing formal retention or fee applications for each professional pursuant to sections 327, 328, 329 and 330 of the Bankruptcy Code.

{Z0144688/1 }

2. On August 24, 2016, the Court entered its *Order Granting in part and Denying in part, Debtor's Motion for Authority to Employ Professionals Used in the Ordinary Course of Business* (the "Order Allowing Employment of Ordinary Course Professionals") [Doc. 257] wherein the Court granted in part, and denied in part, the Motion to Employ Ordinary Course Professionals.

3. Pursuant to the Order Allowing Employment of Ordinary Course Professionals, PVHC is required to file a statement with the Court approximately every ninety (90) days indicating: (a) the name of each ordinary course professional employed; (b) for each month, the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by such ordinary course professional during the first sixty (60) days of each ninety (90) day period and the last thirty (30) days of the immediately prior ninety (90) day period, if applicable; and, (c) a general description of the services rendered by each ordinary course professional.

4. Since the entry of the Order Allowing Employment of Ordinary Course Professionals, PVHC has employed the law firm Copenhaver, Kath, Kitchen & Kolpitcke, LLC ("Copenhaver, Kath, *et al.*"). The aggregate amounts paid to Copenhaver, Kath, *et al.* as compensation for services rendered and reimbursement of expenses are as follows: July 2016: $3,580.15; August 2016: $5,005.25; September 2016: $1,121.00; and, October 2016: $840.00. Copenhaver, Kath, *et al.* provided legal services to PVHC on day-to-day matters unrelated to the administration of its bankruptcy case, including on matters related to PVHC's policies, and employment and labor law issues.

5.  Since the entry of the Order Allowing Employment of Ordinary Course Professionals, PVHC has also employed the accounting firm Casey Peterson & Associates, LTD ("Peterson & Associates").  The aggregate amount paid to Peterson & Associates as compensation for services rendered and reimbursement of expenses is as follows:  July 2016: $0.00; August 2016: $0.00; September 2016: $20,000.00; and, October 2016: $0.00.  Peterson & Associates provided accounting services to PVHC unrelated to the administration of its bankruptcy case, to wit, accounting services related to the 2016 audit of PVHC's business.

Dated:  Cheyenne, Wyoming
December 5, 2016

        MARKUS WILLIAMS YOUNG AND
        ZIMMERMANN LLC

        By:  /s/  *Bradley T. Hunsicker*
        Bradley T. Hunsicker (WY Bar No 7-4579)
        106 East Lincolnway, Suite 300
        Cheyenne, WY 82001
        Telephone: 307-778-8178
        Facsimile: 307-638-1975
        Email: bhunsicker@markuswilliams.com;

        Counsel for the Debtor and Debtor-in-Possession

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing *Statement of Amounts Paid to Ordinary Course Professionals* were served this 5th day of December, 2016, by placing copies in the U.S. mail, first class postage prepaid upon those parties identified on the mailing matrix attached hereto at Exhibit A.

                                                          */s/ Bradley T. Hunsicker*
                                                         Bradley T. Hunsicker