James T. Burghardt (admitted *Pro Hac Vice*)
Timothy M. Swanson (admitted *Pro Hac Vice*)
**MOYE WHITE LLP**
1400 Sixteenth Street, Suite 600
Denver, Colorado 80202
Telephone: (303) 292-2900
jim.burghardt@moyewhite.com
tim.swanson@moyewhite.com

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF WYOMING**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POWELL VALLEY HEALTH CARE, INC., | ) | Case No. 16-20326 |
| | ) | |
| Debtor-in-Possession. | ) | |

**MOTION TO VACATE AND CONTINUE HEARING SET FOR
DECEMBER 7, 2016, AT 2:00 P.M. ON THE INSURANCE
COMPANIES' JOINT MOTION FOR RELIEF FROM AUTOMATIC STAY**

COME NOW UMIA Insurance, Inc. ("**UMIA**"), on behalf of itself and Lexington Insurance Company ("**Lexington**") and Homeland Insurance Company of New York ("**Homeland**") (collectively, the "**Insurance Companies**"), each a party in interest in the Debtor's Chapter 11 case, for this Motion to Vacate and Continue (the "**Motion**") the Hearing set for December 7, 2016, at 2:00 p.m. (the "**Hearing**") on the Insurance Companies' Joint Motion for Relief From Automatic Stay to Permit Prepetition Litigation to Continue in the United States District Court for the District of Wyoming (Docket No. 354) (the "**Stay Relief Motion**") and all pleadings filed in opposition thereto (Docket Nos. 373 and 374). In support of the Motion, the Insurance Companies state as follows:

1. Since filing its Stay Relief Motion on October 31, 2016, the Insurance Companies and the Debtor have participated in meaningful discussions regarding the relief sought in the Stay Relief Motion.

1

2. The Court has set the Hearing for the Stay Relief Motion, on a preliminary basis, for December 7, 2016, and has also scheduled an evidentiary hearing thereon for December 29, 2016 at 10:30 a.m. (Docket Nos. 376 and 388).

3. On December 5, 2016, the Court entered its Order granting the Debtor's Motion to Continue Hearing on Debtor's Motion for Authorization to Conduct Rule 2004 Examination of the Malpractice Insurance Companies (the "**Rule 2004 Motion**") and continued the hearing thereon to January 11, 2017 at 2:00 p.m. (Docket No. 398).

4. The issues to be heard at the Hearing on the Stay Relief Motion are inextricably intertwined with the issues to be heard at the January 11, 2017, hearing on the Debtor's Rule 2004 Motion.

5. The Insurance Companies believe that the interests of all parties, including the Debtor, would be best served by continuing the Hearing on the Stay Relief Motion, on a preliminary basis, to January 11, 2017, at 2:00 p.m., so that it may be heard in tandem with the Rule 2004 Motion. To the extent an evidentiary hearing on the Stay Relief Motion remains necessary, the Insurance Companies will inform the Court of such necessity on or before the hearing on January 11, 2017, and request that the Court set an evidentiary hearing thereafter.

6. Accordingly, the Insurance Companies request that the Hearing on the Stay Relief Motion be vacated and continued to January 11, 2017 at 2:00 p.m. Additionally, the Insurance Companies request that the Court vacate the evidentiary hearing on the Stay Relief Motion set for December 29, 2016 at 10:30 a.m.

7. Counsel for UMIA has conferred with counsel for Lexington and Homeland who have granted authority to the undersigned to file this Motion on their collective behalf.

Additionally, the undersigned has conferred with counsel for the Debtor who has indicated that the Debtor does not oppose the relief requested herein.

**WHEREFORE**, the Insurance Companies respectfully request the Court enter an order substantially in the form attached hereto at **Exhibit A** which: (1) vacates the Hearing set for December 7, 2016 and continues the preliminary Hearing on the Stay Relief Motion to January 11, 2017; and (2) vacates the evidentiary hearing set for December 29, 2016.

Dated: December 5, 2016.

**MOYE WHTE LLP**

By: */s/ Timothy M. Swanson*
James T. Burghardt (admitted *Pro Hac Vice*)
Timothy M. Swanson (admitted *Pro Hac Vice*)
16 Market Square 6th Floor
1400 16th Street
Denver CO 80202-1486
Telephone: (303) 292-2900
Facsimile: (303) 292-4510
Jim.burghardt@moyewhite.com
Tim.Swanson@moyewhite.com

*Attorneys for UMIA Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 5, 2016, a copy of the foregoing was served *electronically* upon those parties indicated below:

**Debtor:**

Bradley T. Hunsicker (Wyo. Bar 7-4579)
**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
106 East Lincolnway, Suite 300
Cheyenne, WY  82001
Telephone: 307-778-8178
bhunsicker@markuswilliams.com

**Homeland Insurance Company of NY:**

Judith Studer
Patrick T. Holscher
Schwartz, Bon, Walker & Studer, LLC
141 S. Center St., Suite 500
Casper, WY 82601
(307) 235-6681
(307) 234-5099 Fax
jstuder@schwartzon.com
pat@schwartzbon.com

**Lexington Insurance Company, Inc.:**

Deborah M. Kellam
Hall & Evans, L.L.C.
2015 Central Ave., Suite C
Cheyenne, WY 82001 kellamd@hallevans.com

**Attorneys for Official Committee of Unsecured Creditors:**
Scott J. Goldstein
Philip A. Pearlman
Jamie N. Cotter
Spencer Fane
1000 Walnut Street, Suite 1400
Kansas City, MO  64106
1700 Lincoln Street, Suite 2000
Denver, CO 80203
sgoldstein@spencerfane.com
jcotter@spencerfane.com
ppearlman@spencerfane.com

Charles E. Spevacek
Tiffany M. Brown
Meagher & Geer, P.L.L.P.
33 S. Sixth Street, Suite 4400
Minneapolis, MN 55402
Ph: (612) 371-1324
Fax: (612) 877-3015
cspevacek@meagher.com
tbrown@meagher.com


Michael S. Davis
Bryan D. Leinbach
**ZEICHNER ELLMAN & KRAUSE LLP**
1211 Avenue of the Americas
New York, NY 10036
Tel: (212) 223-0400
Fax: (212) 753-0396
mdavis@zeklaw.com
bleinbach@zeklaw.com

*/s/Timothy M. Swanson*
Timothy M. Swanson

4816-1133-5741, v. 1