Daniel J. Morse (WY Bar # 7-4770)
Assistant United States Trustee, District of Wyoming
PATRICK S. LAYNG
UNITED STATES TRUSTEE
REGION 19
308 West 21st Street, Room 203
Cheyenne, WY 82001
(307) 772-2793

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 16-20326 |
| Powell Valley Health Care, Inc. | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | |

**UNITED STATES TRUSTEE'S AMENDED NOTICE OF APPOINTMENT
OF UNSECURED CREDITORS COMMITTEE**

The United States Trustee hereby appoints the additional following person(s) to the Official Unsecured Creditors Committee in the case of Powell Valley Health Care, Inc.:

A. Unsecured Creditor's Name and Contact Information:

Name:   _Susan Stambaugh_____

Address      1214 White Water Avenue Cody, WY 82414_____

Fax:    _____

Phone:__307-202-0757_____

E-Mail: _ _____

B.   Counsel (if any) and Contact Information:

Name: __William R. Fix_____

Address:__P.O. Box 297 Jackson, WY 83001_____

Phone: ___307-733-5848_____

1

　　　　E-Mail Address:__fixlawoffice@gmail.com_____

　　　***Additional members may be added to the Committee at a future date.

Dated:　　December 14, 2016.　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　　　　PATRICK S. LAYNG
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Daniel J. Morse
　　　　　　　　　　　　　　　　　　　　　　　　　By: Daniel J. Morse, WY Bar # 7-4770
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Trustee, District of Wyoming
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　　　　　308 West 21st Street, Room 203
　　　　　　　　　　　　　　　　　　　　　　　　　Cheyenne, WY 82001
　　　　　　　　　　　　　　　　　　　　　　　　　Direct Line: 307-772-2793
　　　　　　　　　　　　　　　　　　　　　　　　　Email: Daniel.J.Morse@USDOJ.GOV