Bradley T. Hunsicker (Wyo. Bar 7-4579)
**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
106 East Lincolnway, Suite 300
Cheyenne, WY  82001
Telephone: 307-778-8178
bhunsicker@markuswilliams.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No.: 16-20326 |
| POWELL VALLEY HEALTH CARE, | ) | Chapter 11 |
| INC., | ) | |
| Debtor. | ) | |

---

### CERTIFICATE OF SERVICE

---

I, Bradley T. Hunsicker, do hereby certify that true and correct copies of the **(i)** *Notice Pursuant to Local Bankruptcy Rule 2002 of the First Application of Markus Williams Young & Zimmermann LLC for Interim Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 of the Bankruptcy Code for the Period May 16, 2016 – September 30, 2016*; **(ii)** *First Application of Markus Williams Young & Zimmermann LLC for Interim Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 of the Bankruptcy Code for the Period May 16, 2016 – September 30, 2016*; and, **(iii)** *Cover Sheet for First Application of Markus Williams Young & Zimmermann LLC for Interim Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 of the Bankruptcy Code for the Period May 16, 2016 – September 30, 2016* were served via U.S. Mail, postage prepaid, upon those parties as stated on the matrix attached hereto

Dated:  Cheyenne, Wyoming
        November 22, 2016

MARKUS WILLIAMS YOUNG AND
ZIMMERMANN LLC

By: /s/  *Bradley T. Hunsicker*
Bradley T. Hunsicker (WY Bar No 7-4579)
106 East Lincolnway, Suite 300

Cheyenne, WY 82001
Telephone: 307-778-8178
Facsimile: 307-638-1975
Email: bhunsicker@markuswilliams.com

Counsel for the Debtor and Debtor-in-Possession