James T. Burghardt (admitted *Pro Hac Vice*)
Timothy M. Swanson (admitted *Pro Hac Vice*)
**MOYE WHITE LLP**
1400 Sixteenth Street, Suite 600
Denver, Colorado 80202
Telephone: (303) 292-2900
jim.burghardt@moyewhite.com
tim.swanson@moyewhite.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POWELL VALLEY HEALTH CARE, INC., | ) | Case No. 16-20326 |
| | ) | |
| Debtor-in-Possession. | ) | |

## SECOND MOTION TO VACATE AND CONTINUE HEARING SET FOR JANUARY 11, 2017, AT 2:00 P.M. ON THE INSURANCE COMPANIES' JOINT MOTION FOR RELIEF FROM AUTOMATIC STAY

COME NOW UMIA Insurance, Inc. ("**UMIA**"), on behalf of itself, Lexington Insurance Company ("**Lexington**"), and Homeland Insurance Company of New York ("**Homeland**") (collectively, the "**Insurance Companies**"), each a party in interest in the Debtor's Chapter 11 case, for their Second Motion to Vacate and Continue (the "**Motion**") the Hearing set for January 11, 2017, at 2:00 p.m. (the "**Hearing**") on the Insurance Companies' Joint Motion for Relief From Automatic Stay to Permit Prepetition Litigation to Continue in the United States District Court for the District of Wyoming (Docket No. 354) (the "**Stay Relief Motion**") and all pleadings filed in opposition thereto (Docket Nos. 373 and 374).  In support of the Motion, the Insurance Companies state as follows:

1.      On October 31, 2016, after being advised that the Stay Relief Motion was about to be filed, the Debtor filed its Motion for Authorization to Conduct Rule 2004 Examination of the Malpractice Insurance Companies (the "**Rule 2004 Motion**").  (Docket No. 353).

1

2.      In the weeks following the filing of the Stay Relief Motion, the Insurance Companies and the Debtor participated in meaningful discussions regarding the relief sought in the both the Stay Relief Motion and Rule 2004 Motion.

3.      The Court first set the Hearing for the Stay Relief Motion, on a preliminary basis, for November 30, 2016, and scheduled an evidentiary hearing thereon for December 29, 2016 at 10:30 a.m. (Docket No. 376).  The Hearing was subsequently rescheduled, *sua sponte* by the Court, to December 7, 2016 on a preliminary basis with the evidentiary hearing remaining on December 29, 2016.  Docket No. 388).

4.      Concurrent with the rescheduling of the Hearing on the Stay Relief Motion, the Debtor requested and obtained a separate continuance on its hearing of the Rule 2004 Motion originally scheduled for November 23, 2016 to December 7, 2016 in order to coincide with the Hearing on the Stay Relief Motion as the issues in the two motions are inextricably intertwined. (Docket No. 381).

5.      Prior to the December 7, 2016 hearings on both the Rule 2004 Motion and Stay Relief Motion, the Debtor advised the Insurance Companies that it had made substantial progress towards negotiating a consensual plan with the Committee and requested that the Insurance Companies continue the Hearing for 30 days in order to allow plan negotiations to continue.

6.      Accordingly, the Insurance Companies agreed to the Debtor's request and obtained a continuance of the Hearing to January 11, 2017.  (Docket No. 404).

7.      The Debtor recently advised the Insurance Companies that it is close to finalizing the terms of its consensual plan but still needed additional time in order to get its plan and disclosure statement on file, and has *again* requested the Insurance Companies continue the

2

4824-1346-5152, v. 3

Hearing an additional 30 days.[1]  The Debtor has also requested, for the third time in this case, that the Court extend its exclusivity period an additional 30 days in order to finalize negotiations on its plan.  (Docket No. 425).

8.    While the Insurance Companies are concerned about the continued application of the automatic stay without any plan of reorganization on file, they nonetheless acknowledge the Debtor's recent representations that it is close to finalizing the terms of a consensual plan which may ultimately obviate the necessity to go forward on a Hearing of the Stay Relief Motion. Accordingly, the Insurance Companies request that the Court vacate the Hearing set for January 11, 2017, at 2:00 p.m. and continue such hearing for an additional 30 days to coincide with a hearing on the Rule 2004 Motion.  To the extent an evidentiary hearing on the Stay Relief Motion remains necessary, the Insurance Companies will inform the Court of such necessity on or before the preliminary Hearing.

9.    Counsel for UMIA has conferred with counsel for Lexington and Homeland who have granted authority to the undersigned to file this Motion on their collective behalf. Additionally, the undersigned has conferred with counsel for the Debtor who has indicated that the Debtor does not oppose the relief requested herein.

**WHEREFORE**, the Insurance Companies respectfully request the Court enter an order substantially in the form attached hereto at **Exhibit A** which vacates the Hearing set for January 11, 2017 and continues the preliminary Hearing on the Stay Relief Motion for 30 days.

---

[1] The Debtor has also sought a continuance of 30 days of its hearing on the Rule 2004 Motion.  (*See* Docket No. 429).

3

Dated: January 10, 2017.

**MOYE WHTE LLP**

By: */s/ Timothy M. Swanson*
James T. Burghardt (admitted *Pro Hac Vice*)
Timothy M. Swanson (admitted *Pro Hac Vice*)
16 Market Square 6th Floor
1400 16th Street
Denver CO 80202-1486
Telephone:  (303) 292-2900
Facsimile: (303) 292-4510
Jim.burghardt@moyewhite.com
Tim.Swanson@moyewhite.com

*Attorneys for UMIA Insurance Company*

4824-1346-5152, v. 3

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 10, 2017, a copy of the foregoing was served *electronically* upon those parties indicated below:

**Debtor:**

Bradley T. Hunsicker (Wyo. Bar 7-4579)
**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
106 East Lincolnway, Suite 300
Cheyenne, WY  82001
Telephone: 307-778-8178
bhunsicker@markuswilliams.com

Charles E. Spevacek
Tiffany M. Brown
Meagher & Geer, P.L.L.P.
33 S. Sixth Street, Suite 4400
Minneapolis, MN 55402
Ph: (612) 371-1324
Fax: (612) 877-3015
cspevacek@meagher.com
tbrown@meagher.com

**Homeland Insurance Company of NY:**

Judith Studer
Patrick T. Holscher
Schwartz, Bon, Walker & Studer, LLC
141 S. Center St., Suite 500
Casper, WY 82601
(307) 235-6681
(307) 234-5099 Fax
jstuder@schwartzon.com
pat@schwartzbon.com

Michael S. Davis
Bryan D. Leinbach
**ZEICHNER ELLMAN & KRAUSE LLP**
1211 Avenue of the Americas
New York, NY 10036
Tel: (212) 223-0400
Fax: (212) 753-0396
mdavis@zeklaw.com
bleinbach@zeklaw.com

**Lexington Insurance Company, Inc.:**

Deborah M. Kellam
Hall & Evans, L.L.C.
2015 Central Ave., Suite C
Cheyenne, WY 82001 kellamd@hallevans.com

**Attorneys for Official Committee of Unsecured Creditors:**
Scott J. Goldstein
Philip A. Pearlman
Jamie N. Cotter
Spencer Fane
1000 Walnut Street, Suite 1400
Kansas City, MO  64106
1700 Lincoln Street, Suite 2000
Denver, CO 80203
sgoldstein@spencerfane.com
jcotter@spencerfane.com
ppearlman@spencerfane.com

*/s/Timothy M. Swanson*
Timothy M. Swanson

5