

# SpencerFane

Federal I.D. # 44-0561981

Unsecured Creditors' Committee--PVHC  
c/o Randy Royal  
Randy L. Royal, P.C.  
524 5th Avenue South  
Greybull, WY 82426-2322

| | |
|---|---|
| INVOICE NO.: | 569731 |
| INVOICE DATE: | 11/02/2016 |
| CLIENT NO.: | 5025280 |
| BILL ID: | 0275 |

BILLING SUMMARY

**CURRENT INVOICE**

| | |
|---|---|
| Total Legal Fees | 14,002.50 |
| Total Disbursements | 0.00 |
| **Current Total** | **14,002.50** |

Please remit to:  
**SPENCER FANE LLP**  
P.O. BOX 872037  
KANSAS CITY, MO 64187-2037  
Phone 816.474.8100 | Fax 816.474.3216

11/02/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 2
INVOICE NO: 569731

## SUMMARY OF INVOICE

FOR PERIOD ENDED 06/30/2016
(SEE DETAIL ATTACHED)

| Matter Number | Matter Description | Fees | Costs | Total |
|---|---|---|---|---|
| 5025280-0001 | Case Administration | 3,786.50 | 0.00 | 3,786.50 |
| 5025280-0008 | Claims Administration and Objections | 7,588.75 | 0.00 | 7,588.75 |
| 5025280-0014 | Litigation; Contested Matters and Adversary Proceedings | 1,371.00 | 0.00 | 1,371.00 |
| 5025280-0019 | D&O Policy | 1,256.25 | 0.00 | 1,256.25 |
| | **Invoice Total** | | | **14,002.50** |

| | |
|---|---|
| Trust Balance | 0.00 |
| Other Unapplied Payments | 0.00 |

11/02/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page: 3
INVOICE NO: 569731

Re: File  5025280-0001          Case Administration

Invoice for period ended          06/30/2016
FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 6/16/2016 | SJG | Conferences and review matters with respect to committee representation. | 1.75 | NO CHARGE |
| 6/22/2016 | SJG | Review documents and issues with respect to bankruptcy filings. | 1.95 | 828.75 |
| 6/23/2016 | SJG | Review documents and issues concerning motion to extend stay. | 0.80 | 340.00 |
| 6/24/2016 | SJG | Research and review issues concerning ability to be in Chapter 11. | 2.65 | 1,126.25 |
| 6/27/2016 | PAP | Review emails regarding extending stay and provide comments. | 0.30 | 123.00 |
| 6/27/2016 | PAP | Research on separate classification and send email regarding same. | 0.70 | 287.00 |
| 6/28/2016 | LFW | Regarding - PVHC - Work on reviewing case docket for important activity, dates and deadlines; WY local rules, begin drafting notice of appearance, set up working files, download procedural motions and review, set up calendaring, communication with attorneys regarding how, what and when items were to be completed - begin organizing for pro hac and employment application activity - gather list of attorneys and formats. | 2.70 | NO CHARGE |
| 6/29/2016 | BTL | Work regarding comments to estimation plan; work regarding research concerning same; work regarding estimation procedure. | 3.00 | 502.50 |
| 6/29/2016 | LFW | Research WY bankruptcy court local rules regarding pro hac vice procedures and various other procedural items, forms, formats; review entire docket for information/status of case, update attorney calendars with critical dates; identify formats and begin drafting documents, prepare and file the Notice of Appearance for Spencer Fane. | 8.00 | NO CHARGE |
| 6/30/2016 | JNC | Analyze Wyoming law regarding special districts and e-mailing regarding same. | 0.20 | 61.00 |
| 6/30/2016 | LFW | Work on gathering all documents, finalizing and filing all pro hac vice motions for five attorneys, researching and preparing motion to appear telephonically and file all with court, create and serve upon service list; set up various attorneys on ecf list for going forward and calendar for updates; communications with the court and attorneys regarding rules, regs and forms, telephonic appearances and Court's preferences on this and orders; review limited ECF login and password rules and begin process for e-filing under attorneys with same. | 10.00 | NO CHARGE |

| | | | | |
|---|---|---|---|---|
| 11/02/2016 | | | | Page: 4 |
| CLIENT NO.: 5025280 | | **SpencerFane** | | INVOICE NO: 569731 |
| Unsecured Creditors' Committee--PVHC | | | | |

| | | | | |
|---|---|---|---|---|
| 6/30/2016 | BTL | Review estimation cases for analysis of proposed plan; work regarding same. | 2.00 | 335.00 |
| 6/30/2016 | JNC | Draft response to motion to stay. | 0.60 | 183.00 |
| **Total Services** | | | | 3,786.50 |
| | **TOTAL FOR FILE 5025280-0001** | | | 3,786.50 |

11/02/2016  
CLIENT NO.: 5025280  
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 5  
INVOICE NO: 569731

Re: File 5025280-0008        Claims Administration and Objections

Invoice for period ended        06/30/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 6/25/2016 | SJG | Review issues and documents concerning motion to estimate claims. | 2.00 | 850.00 |
| 6/27/2016 | SJG | Conference call and review issues concerning status. | 1.30 | 552.50 |
| 6/28/2016 | SJG | Review documents and issues with respect to Wyoming law. | 1.60 | 680.00 |
| 6/28/2016 | BTL | Review draft estimation procedure motion and exhibits; review correspondence to debtors regarding comments and extension analysis; work regarding same; regarding research issues; review strategy memorandum and prepare analysis of issues for research for estimation motion response and strategy. | 3.00 | 1,005.00 |
| 6/29/2016 | LAE | Address numerous case-related issues, including pleadings schedule for hearing on July 6, coordinating entries of appearance and substantive issues related to claims estimation (4.4). | 4.40 | 1,760.00 |
| 6/29/2016 | SJG | Review documents and issues with respect to motion to estimate claims. | 3.20 | 1,360.00 |
| 6/30/2016 | SJG | Continued review of documents and issues with respect to various filings in bankruptcy case. | 3.25 | 1,381.25 |

**Total Services**                7,588.75

TOTAL FOR FILE 5025280-0008                7,588.75

11/02/2016  
CLIENT NO.: 5025280  
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page: 6  
INVOICE NO: 569731

**Re: File  5025280-0014**     **Litigation; Contested Matters and Adversary Proceedings**

Invoice for period ended   06/30/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 6/26/2016 | JNC | Research and analyze requirement for seeking an injunction through an adversary rather than through motion and e-mail outlining research. | 1.20 | 366.00 |
| 6/27/2016 | BTL | Review underlying federal court, bankruptcy court and state court filings; review orders from same; prepare for meeting with debtor; conduct meeting with debtor and Mr. Goldstein. | 3.00 | 1,005.00 |

**Total Services**                                                                                            1,371.00

TOTAL FOR FILE 5025280-0014                                                                   1,371.00

11/02/2016  
CLIENT NO.: 5025280  
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page: 7  
INVOICE NO: 569731

Re: File  5025280-0019     D&O Policy

Invoice for period ended     06/30/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 6/23/2016 | BTL | Meet regarding representation of unsecured creditors in bad faith insurance claim. | 0.25 | 83.75 |
| 6/29/2016 | BTL | Review documents from debtors regarding leases and insurance policies; review D&O policies regarding application of exclusions against insureds; review research regarding same; work regarding statute of limitations research. | 3.50 | 1,172.50 |

**Total Services**     1,256.25

TOTAL FOR FILE 5025280-0019     1,256.25

11/02/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 8
INVOICE NO: 569731

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees | Standard Rate |
|---|---|---|---|---|
| Scott J. Goldstein | 425.00 | 16.75 | 7,118.75 | 500.00 |
| Philip A. Pearlman | 410.00 | 1.00 | 410.00 | 410.00 |
| Lisa A. Epps | 400.00 | 4.40 | 1,760.00 | 400.00 |
| Bryant T. Lamer | 335.00 | 9.75 | 3,266.25 | 355.00 |
| Jamie N. Cotter | 305.00 | 2.00 | 610.00 | 305.00 |
| Bryant T. Lamer | 167.50 | 5.00 | 837.50 | 355.00 |
| **Totals** | | 38.90 | 14,002.50 | |