

# SpencerFane

Federal I.D. # 44-0561981

Unsecured Creditors' Committee--PVHC  
c/o Randy Royal  
Randy L. Royal, P.C.  
524 5th Avenue South  
Greybull, WY 82426-2322

INVOICE NO.:       569732  
INVOICE DATE:   11/02/2016  
CLIENT NO.:        5025280  
BILL ID:                0275

## BILLING SUMMARY

**CURRENT INVOICE**

| | |
|---|---:|
| Total Legal Fees | 25,245.55 |
| Total Disbursements | 0.00 |
| **Current Total** | **25,245.55** |

Please remit to:  
**SPENCER FANE LLP**  
P.O. BOX 872037  
KANSAS CITY, MO  64187-2037  
Phone 816.474.8100 | Fax 816.474.3216

11/02/2016  
CLIENT NO.: 5025280  
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page: 2  
INVOICE NO: 569732

## SUMMARY OF INVOICE

FOR PERIOD ENDED 07/31/2016  
(SEE DETAIL ATTACHED)

| Matter Number | Matter Description | Fees | Costs | Total |
|---|---|---|---|---|
| 5025280-0001 | Case Administration | 15,520.00 | 0.00 | 15,520.00 |
| 5025280-0002 | Asset Analysis and Recovery | 152.50 | 0.00 | 152.50 |
| 5025280-0008 | Claims Administration and Objections | 960.00 | 0.00 | 960.00 |
| 5025280-0011 | Employment and Fee Applications | 0.00 | 0.00 | 0.00 |
| 5025280-0013 | Financing and Cash Collateral | 0.00 | 0.00 | 0.00 |
| 5025280-0014 | Litigation; Contested Matters and Adversary Proceedings | 7,359.30 | 0.00 | 7,359.30 |
| 5025280-0018 | Plan and Disclosure Statement | 1,253.75 | 0.00 | 1,253.75 |
| 5025280-0019 | D&O Policy | 0.00 | 0.00 | 0.00 |
| | **Invoice Total** | | | **25,245.55** |

| | | |
|---|---|---|
| Trust Balance | | 0.00 |
| Other Unapplied Payments | | 0.00 |

11/02/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page: 3
INVOICE NO: 569732

Re: File  5025280-0001        Case Administration

Invoice for period ended        07/31/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 7/1/2016 | LFW | Research transcript - locate same and review - provide a copy for Mr. Goldstein's use. | 1.50 | NO CHARGE |
| 7/1/2016 | DVR | Obtain copy of transcript Attorney Scott Goldstein. | 0.20 | NO CHARGE |
| 7/1/2016 | JNC | Telephone call regarding status. | 0.10 | 30.50 |
| 7/1/2016 | SJG | Telephone calls and familiarize with financial statements and bankruptcy filing documents. | 2.00 | 850.00 |
| 7/1/2016 | LFW | Review appearance rules and update Mr. Johnson's login and password in District of Wyoming - draft Notice of Appearance and file with the Court. | 0.70 | NO CHARGE |
| 7/2/2016 | LFW | Research the current case activity for this WY case and capture all critical dates/deadlines and obtain procedural items for hard files and update attorney calendars. | 1.00 | NO CHARGE |
| 7/5/2016 | SJG | Review matters with respect to hospital and financials issues and review financial documents concerning same. | 2.85 | 1,211.25 |
| 7/5/2016 | LFW | Review application to employ, update after receipt of additional orders regarding pro hacs, etc (.8); update attorney calendars with immediate order from Judge regarding scope of stay and review debtors motion to continue 7-7 hearing (.8); finalize the objection to Motion to Enforce Scope of Stay, research the motion to limit notice, create a service list for the case, complete the filing and service of objection - set up further working files and review of further procedure filings (1.5) | 3.20 | NO CHARGE |
| 7/5/2016 | LAE | Analyze issues regarding Debtor's ability to be in Chapter 11 (2.9). | 2.90 | 1,160.00 |
| 7/5/2016 | AMC | Analyze whether an entity that is created by a governmental entity can file Chapter 11 bankruptcy. | 2.60 | 611.00 |
| 7/6/2016 | LFW | Research status of case docket activities - update attorney calendars with continuance of Scope of stay hearing and additional follow up items(.7); update doc management with all Pro hac orders, objection filed and request to reschedule items - communications with Court (1.3) | 2.00 | NO CHARGE |
| 7/6/2016 | AMC | Analyze whether an entity created by a municipality can file Chapter 11. | 1.70 | 399.50 |
| 7/6/2016 | SJG | Review schedules and statement of financial affairs information. | 1.75 | 743.75 |

11/02/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 4
INVOICE NO: 569732

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/7/2016 | SJG | Review issues with respect to bankruptcy filing. | 0.50 | 212.50 |
| 7/7/2016 | SEE | Calendar and docket for Order Continuing Hearing on Debtor's Motion to Enforce Scope of Automatic Stay. | 0.25 | NO CHARGE |
| 7/8/2016 | JNC | Review filings related to payment of debtor's payment of monthly fees and e-mail. | 0.70 | 213.50 |
| 7/8/2016 | SEE | Calendar upcoming docket items; forward same to Mr. Johnson. | 0.50 | NO CHARGE |
| 7/11/2016 | JNC | Review Court's order establishing payment procedures for debtor's counsel. | 0.10 | 30.50 |
| 7/13/2016 | SJG | Research and review issues concerning upcoming call with committee. | 2.40 | 1,020.00 |
| 7/14/2016 | SJG | Prepare for and attend telephone call with committee concerning status. | 4.35 | 1,848.75 |
| 7/14/2016 | JNC | Review application for employment of Spencer Fane; Edit and revise proposed order granting application. E-mailing with Ms. Epps regarding filing of application. | 0.30 | NO CHARGE |
| 7/18/2016 | SJG | Telephone calls from committee and review issues concerning status. | 0.25 | 106.25 |
| 7/19/2016 | SJG | Review documents and issues with respect to potential plan of reorganization. | 1.40 | 595.00 |
| 7/19/2016 | PAP | Call with Mr. Goldstein regarding possible plan. | 0.10 | 41.00 |
| 7/19/2016 | PAP | Review Mr. Goldstein's outline and research Wyoming law on bad faith claims. | 1.80 | 738.00 |
| 7/20/2016 | LFW | Follow up on status of the Order approving Spencer Fane Employment - obtain copy of executed order, serve on all interested parties, prepare a Certificate of Service and properly e-file with the Court (.7) research the Court docket of events and update the attorney calendars with additional key dates (.6) | 1.30 | NO CHARGE |
| 7/20/2016 | PAP | Call with Mr. Goldstein to discuss outline of plan. | 1.00 | 410.00 |
| 7/21/2016 | PAP | Review email from Mr. Goldstein to Mr. Royal regarding insurance. | 0.20 | 82.00 |
| 7/21/2016 | PAP | Email to Mr. Goldstein regarding same. | 0.10 | NO CHARGE |
| 7/21/2016 | PAP | Review pleadings and orders in insurance declaratory judgment case. | 1.70 | 697.00 |
| 7/21/2016 | PAP | Email regarding insurance case and employing accountants. | 0.40 | 164.00 |
| 7/21/2016 | SJG | Telephone calls with committee members and their representatives concerning status. | 0.35 | 148.75 |

11/02/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 5
INVOICE NO: 569732

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/23/2016 | PAP | Further review of Debtor's monthly operating report for June 2016. | 0.40 | 164.00 |
| 7/25/2016 | PAP | Review email and send email regarding case. | 0.30 | NO CHARGE |
| 7/26/2016 | SJG | Telephone calls to and from representatives of committee concerning status. | 0.55 | 233.75 |
| 7/26/2016 | LFW | Research the case docket of activity and locate all monthly operating report activity, all fee statement activity (.7) gather copies of all fee statements provided by debtor counsel - prepare transmittal for fee activity with sets to committee and update files with same (.8); work with IS to set up links for the large monthly operating report files and all the attachments to same - prepare a transmittal with the links embedded for the committee (1.0) | 2.50 | NO CHARGE |
| 7/26/2016 | LFW | Research Court docket of activity and isolate the two operating reports filed by the Debtors thus far - obtain sets; attempts of delivery to these reports to Committee and other interested parties failed several times - begin research on alternative delivery system. | 1.50 | NO CHARGE |
| 7/27/2016 | PAP | Prepare for conference call. | 0.30 | 123.00 |
| 7/27/2016 | PAP | Conference regarding potential plan for case. | 0.80 | 328.00 |
| 7/27/2016 | PAP | Follow-up call regarding same. | 0.20 | 82.00 |
| 7/27/2016 | PAP | Review financial information regarding District's past performance. | 0.40 | 164.00 |
| 7/27/2016 | PAP | Email with analysis of financial reports. | 0.20 | 82.00 |
| 7/27/2016 | SJG | Telephone calls and review issues with respect to letter to committee. | 1.20 | 510.00 |
| 7/27/2016 | LFW | Further research of the case docket of activity for any deadlines and/or hearing dates - update calendars and records (.4) set up contact lists, link sites and formats for sending the monthly fee statements and monthly operating reports (.6) | 1.00 | NO CHARGE |
| 7/28/2016 | SJG | Prepare letter to counsel for tort claimants and conferences concerning same. | 3.40 | 1,445.00 |
| 7/28/2016 | PAP | Review draft of letter regarding plan, and provide comments. | 0.40 | 164.00 |
| 7/28/2016 | JNC | Review Debtor's monthly report. | 0.10 | 30.50 |
| 7/28/2016 | LFW | Communications with various committee members attempting to pull together a tele-meeting with the members - various e-memos and scheduling efforts. | 1.50 | NO CHARGE |
| 7/29/2016 | PAP | Review lease (excerpt) and memorandum on instrumentality issue. | 0.50 | 205.00 |

| | | | | |
|---|---|---|---|---|
| 11/02/2016 | | | Page: | 6 |
| CLIENT NO.: 5025280 | | SpencerFane | INVOICE NO: | 569732 |
| Unsecured Creditors' Committee--PVHC | | | | |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/29/2016 | PAP | Conference regarding same and regarding D&O insurance. | 0.30 | 123.00 |
| 7/29/2016 | LFW | Communication with Committee members regarding an attempted tele-meeting next Tuesday - cancel same and circulate cancellation and notify eta of new attempt. | 0.50 | NO CHARGE |
| 7/29/2016 | SJG | Telephone calls and review issues with respect to letter to tort claimants. | 1.30 | 552.50 |
| **Total Services** | | | | 15,520.00 |

FOR DISBURSEMENTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| | Photocopies | 0.00 |
| | Color Photocopies | 0.00 |
| 7/1/2016 | Online Legal Research (75.00) | 0.00 |
| 7/1/2016 | Pacer Search (16.00) | 0.00 |
| 7/5/2016 | Online Legal Research (75.00) | 0.00 |
| 7/5/2016 | Online Legal Research (75.00) | 0.00 |
| 7/6/2016 | Online Legal Research (75.00) | 0.00 |
| 7/7/2016 | Online Legal Research (75.00) | 0.00 |
| **Total Disbursements** | | 0.00 |
| | **TOTAL FOR FILE 5025280-0001** | 15,520.00 |

11/02/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 7
INVOICE NO: 569732

Re: File 5025280-0002    Asset Analysis and Recovery

Invoice for period ended    07/31/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 7/27/2016 | JNC | Review financials from District. E-mailing regarding same. | 0.20 | 61.00 |
| 7/28/2016 | JNC | E-mailing with state of Wyoming about archived district financial records. | 0.10 | 30.50 |
| 7/28/2016 | JNC | Review additional budget information from state of Wyoming for district. | 0.20 | 61.00 |

**Total Services**    152.50

FOR DISBURSEMENTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 7/19/2016 | Online Legal Research (75.00) | 0.00 |

**Total Disbursements**    0.00

TOTAL FOR FILE 5025280-0002    152.50

| | | | | |
|---|---|---|---|---|
| 11/02/2016 | | SpencerFane | Page: | 8 |
| CLIENT NO.: 5025280 | | | INVOICE NO: | 569732 |
| Unsecured Creditors' Committee--PVHC | | | | |

Re: File  5025280-0008     Claims Administration and Objections

Invoice for period ended     07/31/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 7/8/2016 | LAE | Analyze and develop strategy for claims estimation (2.4). | 2.40 | 960.00 |
| **Total Services** | | | | 960.00 |
| | | TOTAL FOR FILE 5025280-0008 | | 960.00 |

| | | |
|---|---|---|
| 11/02/2016 | **SpencerFane** | Page: 9 |
| CLIENT NO.: 5025280 | | INVOICE NO: 569732 |
| Unsecured Creditors' Committee--PVHC | | |

**Re: File 5025280-0011**          **Employment and Fee Applications**

Invoice for period ended          07/31/2016

FOR SERVICES RENDERED

| <u>Date</u> | <u>Tkpr</u> | <u>Description</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|---|
| 7/5/2016 | LAE | Review conflicts and prepare employment application, declaration and proposed order (2.8). | 2.80 | NO CHARGE |

| | |
|---|---|
| **Total Services** | 0.00 |
| **TOTAL FOR FILE 5025280-0011** | 0.00 |

11/02/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page: 10
INVOICE NO: 569732

Re: File 5025280-0013  **Financing and Cash Collateral**

Invoice for period ended    07/31/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 7/1/2016 | JNC | Continue drafting response to motion to use cash collateral. | 0.90 | NO CHARGE |

**Total Services**                                                                 0.00

FOR DISBURSEMENTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 7/1/2016 | Online Legal Research | 0.00 |

**Total Disbursements**                                                            0.00

            TOTAL FOR FILE 5025280-0013                                            0.00

| | | | | |
|---|---|---|---|---|
| 11/02/2016 | | | Page: | 11 |
| CLIENT NO.: 5025280 | | SpencerFane | INVOICE NO: | 569732 |
| Unsecured Creditors' Committee--PVHC | | | | |

Re: File  5025280-0014       Litigation; Contested Matters and Adversary Proceedings

Invoice for period ended       07/31/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 7/1/2016 | BTL | Prepare for conference call; attend conference call and creditors committee; review summary of same; coordinate regarding valuation of unliquidated claims; work regarding same and additional research concerning estimation procedure; review comments from Mr. Hunsicker regarding proposed extension and pre-bankruptcy filings. | 3.50 | 820.73 |
| 7/5/2016 | BTL | Research regarding declaratory judgment action; review D&O policy for potential coverage claims; research regarding insured vs. insured exceptions and application in 10th circuit; work with Mr. Smith regarding estimation procedure research summary; review proposed motion regarding extension; review filing by committee regarding same; review court orders. | 5.25 | 1,231.13 |
| 7/5/2016 | JNC | Review Debtor's motion to continue hearing on stay of state court litigation. | 0.10 | 30.50 |
| 7/5/2016 | BDS | Correspond with Mr. Lamer regarding estimation procedures for tort claimants for the purposes of voting/plan reformulation. | 0.20 | NO CHARGE |
| 7/6/2016 | JNC | Review order rescheduling hearing on motion to enforce automatic stay in state court litigation cases. | 0.10 | 30.50 |
| 7/6/2016 | RCH | Receive and review motion for order estimating tort claims and related papers (1.30); legal research regarding 502(c) (1.60). | 2.90 | 548.10 |
| 7/6/2016 | BDS | Find case law discussing claims estimations and cross reference those cases with case dockets on Bloomberg; read publication regarding management of mass tort bankruptcies; correspond with Mr. Lamer regarding claims estimation research; receive instruction regarding claims estimation memorandum; and begin preparing memorandum regarding claims estimations. | 1.16 | NO CHARGE |
| 7/6/2016 | BTL | Review judicial resource concerning claims estimation procedures; meeting with Mr. Peterson regarding research concerning declaratory judgment, transfer of actions and creditor committee claim to D&O policy when insured v insured exception; D&O insurance documents and prepare summary of same; coordinate regarding estimation procedures and prior tort claims. | 3.50 | 820.75 |
| 7/7/2016 | BDS | Further prepare memorandum regarding estimation procedures for tort claimants. | 2.81 | NO CHARGE |
| 7/7/2016 | BDS | Further prepare memorandum regarding claims estimation procedures. | 0.73 | NO CHARGE |

| | | | | | |
|---|---|---|---|---|---|
| 11/02/2016 | | | SpencerFane | Page: | 12 |
| CLIENT NO.: 5025280 | | | | INVOICE NO: | 569732 |
| Unsecured Creditors' Committee--PVHC | | | | | |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/8/2016 | BDS | Further prepare memorandum regarding estimation procedures for the purposes of voting and plan reformulation. | 3.61 | NO CHARGE |
| 7/8/2016 | BTL | Review claims estimation procedure research. | 0.75 | 175.88 |
| 7/9/2016 | RCH | Continue research regarding 502(c) procedures. | 2.30 | 434.70 |
| 7/11/2016 | RCH | Continue analysis of appropriate 502(c) procedures, and prepare memorandum regarding same. | 6.90 | 1,304.10 |
| 7/11/2016 | BTL | Meeting regarding research issues. | 0.50 | 117.25 |
| 7/12/2016 | BTL | Work regarding research summary; phone conference regarding same; review summary of same. | 1.25 | 293.13 |
| 7/12/2016 | RCH | Continue analysis and preparation of memorandum regarding 502(c) procedures (1.60); confer regarding same (1.10). | 2.70 | 510.30 |
| 7/13/2016 | RCH | Finalize research and memorandum regarding 502(c) procedures. | 2.40 | 453.60 |
| 7/14/2016 | NMH | Drafted Proposed Order for Spencer Fane Application. | 0.30 | NO CHARGE |
| 7/18/2016 | JNC | E-mailing regarding budgets for hospital district; Confer regarding same. | 0.20 | 61.00 |
| 7/19/2016 | SMB | Research Powell Hospital District budget audits from last five years. | 0.60 | NO CHARGE |
| 7/19/2016 | MAP | Update memorandum on standing and insured vs. insured exclusions; strategize regarding declaratory action; begin to review Tort Claimants Motion to Intervene in declaratory action. | 1.77 | NO CHARGE |
| 7/19/2016 | BTL | Work regarding D&O insurance claims and creditors committee ability to bring claims; review research findings and caselaw regarding same; coordinate regarding same and review summary of additional research. | 1.75 | 410.38 |
| 7/20/2016 | MAP | Review and analyze Tort Claimants Motion to Intervene in declaratory action; draft summary of same. | 0.40 | NO CHARGE |
| 7/22/2016 | LL1 | Review various Wyoming State Governmental Web Sites and obtain available budget and financial information for Powell Hospital District; telephone conversation with the State Auditor's Office to request audit report information. | 2.00 | NO CHARGE |
| 7/22/2016 | MAP | Review and analyze case law on bankruptcy courts' jurisdiction. | 1.29 | NO CHARGE |
| 7/25/2016 | MAP | Review and analyze case law on bankruptcy courts' jurisdiction. | 0.44 | NO CHARGE |
| 7/26/2016 | MAP | Review and analyze case law on bankruptcy courts' jurisdiction. | 2.87 | NO CHARGE |
| 7/26/2016 | BTL | Review dec action research. | 1.75 | NO CHARGE |

| | | | | |
|---|---|---|---|---|
| 11/02/2016 | | | | Page: 13 |
| CLIENT NO.: 5025280 | | SpencerFane | | INVOICE NO: 569732 |
| Unsecured Creditors' Committee--PVHC | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/26/2016 | LL1 | Review audit reports received from the Wyoming State Auditor's Office; forward audit reports and budget documents to Ms. Cotter. | 0.40 | NO CHARGE |
| 7/27/2016 | MAP | Review and analyze case law on bankruptcy courts' jurisdiction. | 0.52 | NO CHARGE |
| 7/28/2016 | MAP | Begin draft of memorandum on bankruptcy courts' jurisdiction. | 0.92 | NO CHARGE |
| 7/29/2016 | BTL | Review summary of issues for research regarding insurance policies; work regarding same. | 0.50 | 117.25 |
| 7/29/2016 | MAP | Draft memorandum on bankruptcy courts' jurisdiction. | 3.48 | NO CHARGE |

**Total Services**  7,359.30

FOR DISBURSEMENTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 7/11/2016 | Online Legal Research (75.00) | 0.00 |
| 7/12/2016 | Online Legal Research (75.00) | 0.00 |
| 7/13/2016 | Online Legal Research (75.00) | 0.00 |
| 7/15/2016 | Online Legal Research (75.00) | 0.00 |
| 7/25/2016 | Online Legal Research (75.00) | 0.00 |
| 7/26/2016 | Online Legal Research (75.00) | 0.00 |
| 7/27/2016 | Online Legal Research (75.00) | 0.00 |
| 7/29/2016 | Online Legal Research (75.00) | 0.00 |
| 7/6/2016 | Online Legal Research (75.00) | 0.00 |

**Total Disbursements**  0.00

TOTAL FOR FILE 5025280-0014  7,359.30

| | | |
|---|---|---|
| 11/02/2016 | | Page: 14 |
| CLIENT NO.: 5025280 | SpencerFane | INVOICE NO: 569732 |
| Unsecured Creditors' Committee--PVHC | | |

Re: File  5025280-0018       Plan and Disclosure Statement

Invoice for period ended       07/31/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 7/12/2016 | SJG | Review issues with respect to plan and telephone call concerning same. | 1.10 | 467.50 |
| 7/20/2016 | SJG | Review issues with respect to plan and outline of plan. | 1.50 | 637.50 |
| 7/25/2016 | SJG | Review issues with respect to status of plan documents. | 0.35 | 148.75 |
| **Total Services** | | | | 1,253.75 |
| | | **TOTAL FOR FILE 5025280-0018** | | 1,253.75 |

| | | | | |
|---|---|---|---|---|
| 11/02/2016 | | **SpencerFane** | Page: | 15 |
| CLIENT NO.: 5025280 | | | INVOICE NO: | 569732 |
| Unsecured Creditors' Committee--PVHC | | | | |

Re: File  5025280-0019        D&O Policy

Invoice for period ended        07/31/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 7/8/2016 | MAP | Review Federal District Court dockets to locate all relevant insurance declaratory judgment actions against Powell Valley. | 0.33 | NO CHARGE |
| 7/11/2016 | MAP | Review and summarize key points of all relevant insurance declaratory judgment actions against Powell Valley. | 2.80 | NO CHARGE |
| 7/12/2016 | MAP | Review and analyze secondary research on insured vs insured exclusions application in a bankruptcy context; begin to review and analyze case law on same. | 2.62 | NO CHARGE |
| 7/14/2016 | MAP | Review and analyze case law on insured vs insured exclusions application in a bankruptcy context. | 1.55 | NO CHARGE |
| 7/15/2016 | MAP | Review and analyze case law to determine creditors' committee's standing to bring mismanagement claims; draft memorandum on insured vs insured exclusions application in a bankruptcy context and creditors' committee's standing. | 3.05 | NO CHARGE |

**Total Services**                                                                                                                  0.00

FOR DISBURSEMENTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 7/12/2016 | Online Legal Research (75.00) | 0.00 |
| 7/14/2016 | Online Legal Research (75.00) | 0.00 |
| 7/15/2016 | Online Legal Research (75.00) | 0.00 |
| 7/20/2016 | Online Legal Research (75.00) | 0.00 |
| 7/21/2016 | Online Legal Research (75.00) | 0.00 |
| 7/22/2016 | Online Legal Research (75.00) | 0.00 |

**Total Disbursements**                                                                                                            0.00

                    TOTAL FOR FILE 5025280-0019                                                                    0.00

11/02/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 16
INVOICE NO: 569732

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees | Standard Rate |
|---|---|---|---|---|
| Scott J. Goldstein | 425.00 | 25.25 | 10,731.25 | 500.00 |
| Philip A. Pearlman | 410.00 | 8.70 | 3,567.00 | 410.00 |
| Lisa A. Epps | 400.00 | 5.30 | 2,120.00 | 400.00 |
| Jamie N. Cotter | 305.00 | 1.90 | 579.50 | 305.00 |
| Bryant T. Lamer | 234.50 | 17.00 | 3,986.50 | 355.00 |
| Andrea M. Chase | 235.00 | 4.30 | 1,010.50 | 235.00 |
| Ryan Hardy | 189.00 | 17.20 | 3,250.80 | 270.00 |
| **Totals** | | 79.65 | 25,245.55 | |