

# SpencerFane

Federal I.D. # 44-0561981

Unsecured Creditors' Committee--PVHC
c/o Randy Royal
Randy L. Royal, P.C.
524 5th Avenue South
Greybull, WY 82426-2322

| | |
|---|---|
| INVOICE NO.: | 569733 |
| INVOICE DATE: | 11/02/2016 |
| CLIENT NO.: | 5025280 |
| BILL ID: | 0275 |

### BILLING SUMMARY

**CURRENT INVOICE**

| | |
|---|---|
| Total Legal Fees | 33,132.75 |
| Total Disbursements | 1,265.76 |
| **Current Total** | **34,398.51** |

Please remit to:
**SPENCER FANE LLP**
P.O. BOX 872037
KANSAS CITY, MO 64187-2037
Phone 816.474.8100 | Fax 816.474.3216

11/02/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page:   2
INVOICE NO:   569733

## SUMMARY OF INVOICE

FOR PERIOD ENDED 08/31/2016
(SEE DETAIL ATTACHED)

| Matter Number | Matter Description | Fees | Costs | Total |
|---|---|---|---|---|
| 5025280-0001 | Case Administration | 11,957.25 | 1,265.76 | 13,223.01 |
| 5025280-0002 | Asset Analysis and Recovery | 1,464.00 | 0.00 | 1,464.00 |
| 5025280-0004 | Assumption and Rejection of Leases and Contracts | 722.50 | 0.00 | 722.50 |
| 5025280-0014 | Litigation; Contested Matters and Adversary Proceedings | 1,500.25 | 0.00 | 1,500.25 |
| 5025280-0015 | Meetings and Communications with Creditors and Committee | 1,296.25 | 0.00 | 1,296.25 |
| 5025280-0018 | Plan and Disclosure Statement | 16,192.50 | 0.00 | 16,192.50 |
| 5025280-0019 | D&O Policy | 0.00 | 0.00 | 0.00 |
| | **Invoice Total** | | | **34,398.51** |

| | |
|---|---|
| Trust Balance | 0.00 |
| Other Unapplied Payments | 0.00 |

| | | | | |
|---|---|---|---|---|
| 11/02/2016 | | | Page: | 3 |
| CLIENT NO.: 5025280 | | SpencerFane | INVOICE NO: | 569733 |
| Unsecured Creditors' Committee--PVHC | | | | |

Re: File  5025280-0001         Case Administration

Invoice for period ended         08/31/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 8/2/2016 | LAE | Prepare common interest and non-disclosure agreement (2.2); prepare by-laws (1.3). | 3.50 | NO CHARGE |
| 8/2/2016 | LFW | Research contact info and docket of case events; Communications with Committee Members individually and collectively trying to pin down a meeting tomorrow - finalize meeting arrangements, obtain teleconference requirements and send out the final meeting notice to all members. | 2.80 | NO CHARGE |
| 8/2/2016 | PAP | Conference call regarding background, insurance claims, and potential plan. | 1.20 | 492.00 |
| 8/2/2016 | PAP | Call regarding follow-up. | 0.20 | NO CHARGE |
| 8/3/2016 | LFW | Further attention to finalizing arrangements for tele-con meeting of committee to be held by Mr. Goldstein - communication with committee members and update attorneys. | 0.40 | NO CHARGE |
| 8/4/2016 | PAP | Call regarding strategies for plan and meeting with Debtor's counsel. | 0.60 | 246.00 |
| 8/5/2016 | SJG | Telephone calls to and from creditors' counsel. | 0.25 | 106.25 |
| 8/8/2016 | PAP | Review revised term sheet and provide comments. | 0.10 | 41.00 |
| 8/9/2016 | PAP | Review emails regarding setting up meeting with Debtor regarding plan. | 0.20 | NO CHARGE |
| 8/9/2016 | PAP | Research regarding HTMS contract and send email regarding same. | 1.50 | 615.00 |
| 8/10/2016 | PAP | Call regarding preparation for meeting. | 0.30 | 123.00 |
| 8/11/2016 | PAP | Study briefs and send emails regarding strategy. | 1.80 | 738.00 |
| 8/11/2016 | PAP | Review email to committee members regarding status. | 0.10 | 41.00 |
| 8/11/2016 | PAP | Further review of various documents collected regarding potential claims against District. | 0.50 | 205.00 |
| 8/11/2016 | PAP | Research regarding instrumentality issue. | 1.20 | 492.00 |
| 8/12/2016 | PAP | Review internet articles on 2014 sentencing of PVHC's former CEO for embezzlement. | 0.40 | 164.00 |
| 8/12/2016 | PAP | Review internet news article and PVHC's bankruptcy filing. | 0.30 | NO CHARGE |

| | | | | |
|---|---|---|---|---|
| 11/02/2016 | | | Page: | 4 |
| CLIENT NO.: 5025280 | | SpencerFane | | |
| Unsecured Creditors' Committee--PVHC | | | INVOICE NO: | 569733 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 8/12/2016 | PAP | Email egarding same. | 0.10 | NO CHARGE |
| 8/12/2016 | PAP | Review select notices of removal. | 0.30 | 123.00 |
| 8/15/2016 | PAP | Review files and emails to obtain more thorough and updated background on facta and law for meeting. | 1.20 | 492.00 |
| 8/15/2016 | PAP | Meeting regarding points to be discussed at meeting with Debtor and others. | 1.00 | 410.00 |
| 8/15/2016 | PAP | Further preparation for meeting with Debtor and District. | 0.40 | 164.00 |
| 8/15/2016 | PAP | Meeting with Debtor and District. | 1.80 | 738.00 |
| 8/15/2016 | PAP | Call with Mr. Smiley regarding HTMS. | 0.10 | 41.00 |
| 8/15/2016 | PAP | Further discussions regarding HTMS. | 0.30 | NO CHARGE |
| 8/16/2016 | PAP | Call with Mr. Smiley regarding potential resolution of claims against HTMS. | 0.40 | 164.00 |
| 8/16/2016 | PAP | Follow-up call. | 0.10 | NO CHARGE |
| 8/16/2016 | JNC | E-mailing regarding notices of removal and agenda for hearing on extent of stay. | 0.10 | 30.50 |
| 8/16/2016 | LFW | Work with staff to build 16 files for each removed adversary proceeding and review the notices of removal (1.6); research the WY bankruptcy Court local rules and the federal bankruptcy rules for removal procedures and prepare memo to attorneys with results - update attorney calendars with the 14-day response statements and double check on tomorrow's hearing regarding scope of the stay as it relates to these removal cases (1.5) | 3.10 | NO CHARGE |
| 8/16/2016 | DVR | Communication with Ms. Lisa Wright regarding status of case; assist Bankruptcy team reviewing court docket for recent activity; obtain copies of Pleadings, Notices and Complaints in Adversary cases; review and organize same; create folder and forward same to Ms. Wright. | 3.00 | NO CHARGE |
| 8/17/2016 | PAP | Listen to hearing on extension of automatic stay. | 0.30 | 123.00 |
| 8/18/2016 | PAP | Further email regarding outcome of hearing and regarding possible change in Debtor's insurance counsel. | 0.30 | 123.00 |
| 8/18/2016 | LFW | Research case docket activity and update attorney calendars with critical dates regarding unexpired leases and other deadlines and hearings. | 0.40 | NO CHARGE |
| 8/19/2016 | SEE | Calendar and docket objections due. | 0.25 | NO CHARGE |

11/02/2016  
CLIENT NO.: 5025280  
Unsecured Creditors' Committee--PVHC  

SpencerFane

Page: 5  
INVOICE NO: 569733

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 8/22/2016 | SJG | Review issues with respect to status and telephone calls to and from creditors' counsel regarding same. | 0.50 | 212.50 |
| 8/22/2016 | PAP | Call regarding bar date and jury trial issues. | 0.50 | 205.00 |
| 8/22/2016 | PAP | Research regarding jury trial rights and Section 1411. | 0.70 | 287.00 |
| 8/22/2016 | PAP | Call regarding jury trials. | 0.30 | 123.00 |
| 8/23/2016 | PAP | Exchange emails regarding jury trials, etc. | 0.20 | 82.00 |
| 8/23/2016 | PAP | Call regarding appropriate response of Committee to the various removal notices. | 0.20 | 82.00 |
| 8/24/2016 | PAP | Exchange emails regarding renewal issues. | 0.10 | NO CHARGE |
| 8/24/2016 | PAP | Brief review of order on employment of professionals. | 0.20 | NO CHARGE |
| 8/24/2016 | PAP | Review exchange of emails regarding proofs of claim and notices of removal. | 0.20 | 82.00 |
| 8/24/2016 | PAP | Call regarding same. | 0.10 | 41.00 |
| 8/24/2016 | PAP | Call regarding insurance issues. | 0.10 | 41.00 |
| 8/24/2016 | SJG | Review documents and telephone calls with creditors with respect to status. | 2.10 | 892.50 |
| 8/24/2016 | DVR | Research docket activity and update case matrix; communication with Court Deputy regarding upcoming hearings and notices. | 1.00 | NO CHARGE |
| 8/25/2016 | PAP | Review draft of UCC comment on removal notices and request for status conference. | 0.30 | 123.00 |
| 8/25/2016 | PAP | Send comments regarding same. | 0.10 | 41.00 |
| 8/25/2016 | PAP | Review comments. | 0.30 | 123.00 |
| 8/25/2016 | PAP | Send comments regarding same. | 0.10 | 41.00 |
| 8/25/2016 | SJG | Review documents and issues with respect to various pleadings including removal proceedings. | 2.65 | 1,126.25 |
| 8/26/2016 | DVR | Assist Bankruptcy team and review court docket for updates; perform maintenance to mailing matrix upon reviewing docket; create service list and expedite same; communication with Ms. Lisa Wright regarding same. | 2.00 | NO CHARGE |

11/02/2016  
CLIENT NO.: 5025280  
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page: 6  
INVOICE NO: 569733

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 8/26/2016 | LFW | Finalize Comment on Removals for e-filing and file with the Court, review the case docket of activity for proper referencing for the filing (.7); Work on updating the service list, review docketing for new entries of appearance and complete service of the comment filed this date (1.3) | 2.00 | NO CHARGE |
| 8/26/2016 | PAP | Call regarding removal issues, bar date and jury trial issues, etc. | 0.10 | NO CHARGE |
| 8/26/2016 | PAP | Review email to UCC and tort lawyers regarding removal and bar date, etc. | 0.20 | 82.00 |
| 8/26/2016 | PAP | Conference regarding extension of time to object to employment of financial advisor. | 0.20 | NO CHARGE |
| 8/29/2016 | SJG | Telephone calls and review issues with respect to recent pleadings filed regarding employment of financial advisor and lease assumption matters. | 1.05 | 446.25 |
| 8/29/2016 | PAP | Call regarding Debtor's motion to employ financial consultant and regarding attorney for insurance cases. | 0.40 | 164.00 |
| 8/29/2016 | PAP | Call regarding possible engagement of insurance counsel. | 0.30 | NO CHARGE |
| 8/30/2016 | PAP | Email regarding possible representation in insurance matters. | 0.60 | 246.00 |
| 8/30/2016 | PAP | Initial review of application to employ H2C and plan term sheet from Debtor. | 1.00 | 410.00 |
| 8/31/2016 | PAP | Review new adversary complaint to extend automatic stay. | 0.30 | 123.00 |
| 8/31/2016 | PAP | Prepare for conference calls. | 0.20 | 82.00 |
| 8/31/2016 | PAP | Call in preparation for conference call with Debtor and District. | 0.50 | 205.00 |
| 8/31/2016 | PAP | Conference call with attorneys for Debtor, District, HealthTech and tort claimants. | 1.10 | 451.00 |
| 8/31/2016 | PAP | Follow-up call regarding next steps. | 0.30 | 123.00 |
| 8/31/2016 | PAP | Brief review of article from Mr. Goldstein on Chapter 11 filings for non-profits. | 0.20 | 82.00 |
| 8/31/2016 | PAP | Conference regarding potential claims against the District. | 0.40 | 164.00 |
| 8/31/2016 | PAP | Review July 2016 monthly financial report. | 0.50 | 205.00 |
| 8/31/2016 | SEE | Calendar and docket Powell Valley Health Care, Inc. deadline to respond; forward same to Mr. Johnson. | 0.25 | NO CHARGE |

**Total Services** 11,957.25

11/02/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page:   7
INVOICE NO:   569733

FOR DISBURSEMENTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 8/1/2016 | Pacer Search (10.40) | 0.00 |
| 8/11/2016 | Online Legal Research (75.00) | 0.00 |
| 8/13/2016 | Airfare - American Airlines, Inc. to and from Denver 8/14/16 | 743.96 |
| 8/16/2016 | Travel - Warwick Hotel - Unsecured Creditors Committee - PVHC | 200.81 |
| 8/20/2016 | Travel Scott J. Goldstein Client meeting PVHC | 200.81 |
| 8/20/2016 | Travel Scott J. Goldstein Client meeting - taxi from airport to hotel | 64.21 |
| 8/20/2016 | Meals Scott J. Goldstein Client meeting - Lunch sjg | 12.17 |
| 8/20/2016 | Meals Scott J. Goldstein Client meeting - dinner sjg | 43.80 |
| 8/22/2016 | Online Legal Research (75.00) | 0.00 |

**Total Disbursements**   1,265.76

**TOTAL FOR FILE 5025280-0001**   13,223.01

| | | |
|---|---|---|
| 11/02/2016 | | Page: 8 |
| CLIENT NO.: 5025280 | SpencerFane | INVOICE NO: 569733 |
| Unsecured Creditors' Committee--PVHC | | |

Re: File  5025280-0002        Asset Analysis and Recovery

Invoice for period ended        08/31/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 8/2/2016 | JNC | Review budget documents for district. | 0.10 | 30.50 |
| 8/9/2016 | JNC | Review district audit documents. | 0.10 | 30.50 |
| 8/19/2016 | JNC | Review motion to assume executory contracts and unexpired leases. | 0.10 | 30.50 |
| 8/26/2016 | JNC | Review draft abstention motion; Review UCC comments to motions to remove and abstain; Conference regarding application to employ Hammond Hanlon; Draft request for time to review and respond to application; Draft proposed order granting request; E-mailing with Debtor's counsel regarding request and application. | 1.40 | 427.00 |
| 8/29/2016 | JNC | Review various proofs of claim filed by tort claimants. | 0.20 | 61.00 |
| 8/30/2016 | JNC | Review proposed term sheet, agenda for meeting, and all relevant motions in advance of meeting with debtor's counsel and tort claimants' counsel. | 0.50 | 152.50 |
| 8/31/2016 | JNC | Call to discuss draft plan outline; Conference all with all counsel to discuss plan outline, employment of financial advisors, and other related issues. | 2.00 | 610.00 |
| 8/31/2016 | JNC | Telephone call regarding potential claims against the District. | 0.40 | 122.00 |
| **Total Services** | | | | 1,464.00 |
| | TOTAL FOR FILE 5025280-0002 | | | 1,464.00 |

| | | |
|---|---|---|
| 11/02/2016 | | Page: 9 |
| CLIENT NO.: 5025280 | SpencerFane | INVOICE NO: 569733 |
| Unsecured Creditors' Committee--PVHC | | |

Re:  File   5025280-0004        Assumption and Rejection of Leases and Contracts

Invoice for period ended        08/31/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 8/26/2016 | SJG | Review documents and issues with respect to lease matters. | 1.70 | 722.50 |

**Total Services**                                                                                                                    722.50

TOTAL FOR FILE 5025280-0004                                                                              722.50

11/02/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page: 10
INVOICE NO: 569733

Re: File 5025280-0014    Litigation; Contested Matters and Adversary Proceedings

Invoice for period ended    08/31/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 8/1/2016 | MAP | Complete memorandum on bankruptcy courts' jurisdiction, core vs. non-core proceedings, summary of recommendations; draft summary of recommendations for declaratory judgment action. | 3.62 | NO CHARGE |
| 8/1/2016 | BTL | Work regarding review of D&O policies summaries and providing edits regarding same; phone conference regarding finalization of research and review for transfer of declaratory judgment action; review draft summary of findings for same. | 1.25 | 418.75 |
| 8/2/2016 | BTL | Review and work on summary regarding D&O policies; coordinate regarding same and summary concerning research findings. | 1.25 | 418.75 |
| 8/3/2016 | BTL | Review debtor's counsel correspondence regarding extensions of time. | 0.25 | 83.75 |
| 8/4/2016 | BTL | Review correspondence regarding estimation procedure. | 0.25 | 83.75 |
| 8/10/2016 | JNC | Review debtor's motion to extend time to remove actions. | 0.10 | 30.50 |
| 8/10/2016 | BTL | Review correspondence regarding research issues. | 0.50 | 167.50 |
| 8/15/2016 | JNC | Review various Notices of Removal. | 0.30 | 91.50 |
| 8/17/2016 | JNC | Appear for hearing on Motion to Enforce Scope of the Automatic Stay. | 0.40 | 122.00 |
| 8/18/2016 | BTL | Work regarding D&O issues. | 0.25 | 83.75 |

**Total Services**    1,500.25

FOR DISBURSEMENTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 8/1/2016 | Online Legal Research (75.00) | 0.00 |
| 8/1/2016 | Pacer Search (42.90) | 0.00 |

**Total Disbursements**    0.00

TOTAL FOR FILE 5025280-0014    1,500.25

| | | |
|---|---|---|
| 11/02/2016 | | Page: 11 |
| CLIENT NO.: 5025280 | **SpencerFane** | INVOICE NO: 569733 |
| Unsecured Creditors' Committee--PVHC | | |

Re: File  5025280-0015          Meetings and Communications with Creditors and Committee

Invoice for period ended          08/31/2016

FOR SERVICES RENDERED

| <u>Date</u> | <u>Tkpr</u> | <u>Description</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|---|
| 8/10/2016 | SJG | Telephone calls from creditors. | 0.30 | 127.50 |
| 8/11/2016 | SJG | Telephone call from creditors. | 0.50 | 212.50 |
| 8/23/2016 | SJG | Meetings and telephone calls with creditors. | 2.25 | 956.25 |
| **Total Services** | | | | 1,296.25 |
| | | **TOTAL FOR FILE 5025280-0015** | | 1,296.25 |

| | | | | |
|---|---|---|---|---|
| 11/02/2016 | | | Page: | 12 |
| CLIENT NO.: 5025280 | | SpencerFane | INVOICE NO: | 569733 |
| Unsecured Creditors' Committee--PVHC | | | | |

Re: File  5025280-0018    Plan and Disclosure Statement

Invoice for period ended    08/31/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 8/1/2016 | SJG | Meetings with potential counsel to handle litigation and work on draft plan. | 2.70 | 1,147.50 |
| 8/2/2016 | SJG | Continued work on draft plan to be sent to debtors to be followed up by potential meeting. | 2.30 | 977.50 |
| 8/3/2016 | SJG | Work on issues with respect to draft plan. | 2.65 | 1,126.25 |
| 8/4/2016 | SJG | Work on draft plan and telephone calls to and from creditors. | 1.30 | 552.50 |
| 8/6/2016 | SJG | Work on issues with respect to draft plan. | 2.35 | 998.75 |
| 8/7/2016 | SJG | Work on issues concerning draft plan. | 1.60 | 680.00 |
| 8/8/2016 | SJG | Continued work on and review, revise and edit documents with respect to draft plan. | 3.00 | 1,275.00 |
| 8/9/2016 | SJG | Work on issues regarding plan. | 3.20 | 1,360.00 |
| 8/13/2016 | SJG | Look at issues with respect to plan outline. | 2.75 | 1,168.75 |
| 8/14/2016 | SJG | Look at issues with respect to plan outline. | 1.25 | 531.25 |
| 8/15/2016 | SJG | Travel to Denver to meet with debtors' counsel and other counsel with respect to draft plan. | 8.00 | 1,700.00 |
| 8/16/2016 | SJG | Follow-up with respect to discussions from yesterday's call. | 0.50 | 212.50 |
| 8/17/2016 | SJG | Follow-up with respect to status and telephone calls to creditors. | 2.00 | 850.00 |
| 8/27/2016 | SJG | Review matters and issues with respect to corporate documents received. | 1.00 | 425.00 |
| 8/28/2016 | SJG | Research with respect to issues concerning plan requirements. | 1.00 | 425.00 |
| 8/30/2016 | SJG | Review documents and preparation for meetings. | 2.80 | 1,190.00 |
| 8/31/2016 | SJG | Attend conference calls with respect to plan and response to draft plan outline. | 3.70 | 1,572.50 |

Total Services                                                                                                                  16,192.50

11/02/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 13
INVOICE NO: 569733

**TOTAL FOR FILE 5025280-0018** 16,192.50

11/02/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page: 14
INVOICE NO: 569733

Re: File  5025280-0019    D&O Policy

Invoice for period ended    08/31/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 8/1/2016 | MAP | Review and analyze the insured parties in Powell Valley's Travelers and Allied D&O Policies. | 0.32 | NO CHARGE |
| 8/2/2016 | MAP | Review and analyze the insured parties in Powell Valley's Chubb D&O policy; review and analyze declaratory judgment action pleadings to determine alleged malpractice timeframe. | 0.46 | NO CHARGE |

**Total Services**　　　　　　　　　　　　　　　　　　　　　　　　0.00

FOR DISBURSEMENTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 8/1/2016 | Pacer Search (29.00) | 0.00 |

**Total Disbursements**　　　　　　　　　　　　　　　　　　　　0.00

　　　　　　　　　　TOTAL FOR FILE 5025280-0019　　　　　　　　0.00

11/02/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 15
INVOICE NO: 569733

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees | Standard Rate |
|---|---|---|---|---|
| Scott J. Goldstein | 425.00 | 45.40 | 19,295.00 | 500.00 |
| Philip A. Pearlman | 410.00 | 22.30 | 9,143.00 | 410.00 |
| Bryant T. Lamer | 335.00 | 3.75 | 1,256.25 | 355.00 |
| Jamie N. Cotter | 305.00 | 5.70 | 1,738.50 | 305.00 |
| Scott J. Goldstein | 212.50 | 8.00 | 1,700.00 | 500.00 |
| **Totals** | | **85.15** | **33,132.75** | |