

# SpencerFane®

Federal I.D. # 44-0561981

Unsecured Creditors' Committee--PVHC
c/o Randy Royal
Randy L. Royal, P.C.
524 5th Avenue South
Greybull, WY 82426-2322

INVOICE NO.:      569753
INVOICE DATE:     11/02/2016
CLIENT NO.:       5025280
BILL ID:          0275

**BILLING SUMMARY**

**CURRENT INVOICE**

| | |
|---|---:|
| Total Legal Fees | 44,299.75 |
| Total Disbursements | 0.00 |
| **Current Total** | **44,299.75** |

Please remit to:
**SPENCER FANE LLP**
P.O. BOX 872037
KANSAS CITY, MO  64187-2037
Phone 816.474.8100 | Fax 816.474.3216

| | | |
|---|---|---|
| 11/02/2016 | **SpencerFane** | Page: 2 |
| CLIENT NO.: 5025280 | | INVOICE NO: 569753 |
| Unsecured Creditors' Committee--PVHC | | |

## SUMMARY OF INVOICE

FOR PERIOD ENDED 09/30/2016
(SEE DETAIL ATTACHED)

| Matter Number | Matter Description | Fees | Costs | Total |
|---|---|---|---|---|
| 5025280-0001 | Case Administration | 18,835.25 | 0.00 | 18,835.25 |
| 5025280-0002 | Asset Analysis and Recovery | 976.00 | 0.00 | 976.00 |
| 5025280-0004 | Assumption and Rejection of Leases and Contracts | 8,109.25 | 0.00 | 8,109.25 |
| 5025280-0007 | Business Operations | 427.00 | 0.00 | 427.00 |
| 5025280-0011 | Employment and Fee Applications | 213.50 | 0.00 | 213.50 |
| 5025280-0012 | Objections to Employment and Fee Applications | 1,525.00 | 0.00 | 1,525.00 |
| 5025280-0013 | Financing and Cash Collateral | 671.00 | 0.00 | 671.00 |
| 5025280-0014 | Litigation; Contested Matters and Adversary Proceedings | 30.50 | 0.00 | 30.50 |
| 5025280-0015 | Meetings and Communications with Creditors and Committee | 212.50 | 0.00 | 212.50 |
| 5025280-0018 | Plan and Disclosure Statement | 13,299.75 | 0.00 | 13,299.75 |
| | **Invoice Total** | | | **44,299.75** |

| | |
|---|---|
| Trust Balance | 0.00 |
| Other Unapplied Payments | 0.00 |

11/02/2016  
CLIENT NO.: 5025280  
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 3  
INVOICE NO: 569753

Re: File 5025280-0001        Case Administration

Invoice for period ended        09/30/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 9/1/2016 | PAP | Call in preparation for H2C case. | 0.70 | 287.00 |
| 9/1/2016 | PAP | Follow-up call with Mr. Royal. | 0.20 | 82.00 |
| 9/1/2016 | PAP | Research on entity formed by a hospital district. | 1.40 | 574.00 |
| 9/1/2016 | PAP | Call with Mr. Burghardt regarding status of insurance declaratory relief actions. | 0.90 | 369.00 |
| 9/1/2016 | PAP | Email regarding call with Mr. Burghardt. | 0.20 | 82.00 |
| 9/1/2016 | PAP | Review email from Mr. Hunsicker regarding sale of assets by a non-profit. | 0.20 | 82.00 |
| 9/1/2016 | PAP | Work on strategy for objection to employment of H2C. | 1.50 | 615.00 |
| 9/1/2016 | PAP | Conference regarding H2C. | 0.20 | 82.00 |
| 9/1/2016 | JNC | Draft objection to application to employ; Telephone call with H2C, debtor's counsel and Mr. Royal; discuss basis for objection to application to employ; review e-mail from Mr. Hunsiker regarding statutes applicable to the sale of non-profit assets; review e-mail regarding insurance counsel's position on stay; conference regarding objection to application to employ. | 3.30 | 1,006.50 |
| 9/1/2016 | SJG | Review documents and issues regarding bank's loan documents and cash collateral issues and issues with respect to information requests. | 4.00 | 1,700.00 |
| 9/2/2016 | JNC | Review e-mails regarding exclusivity and payment procedures. | 0.10 | 30.50 |
| 9/2/2016 | PAP | Review re-draft of the objection to H2C. | 0.30 | 123.00 |
| 9/2/2016 | PAP | Call regarding legal theories, and regarding declaratory judgment action. | 0.60 | 246.00 |
| 9/2/2016 | PAP | Organize documents share in Denver office. | 0.50 | 205.00 |
| 9/2/2016 | PAP | Brief research on conflicts of interest issues. | 0.10 | 41.00 |
| 9/3/2016 | PAP | Research on claims against District. | 1.40 | 574.00 |
| 9/5/2016 | PAP | Further review of motion to assume contracts with District and back-up documents. | 0.30 | 123.00 |

11/02/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 4
INVOICE NO:  569753

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 9/6/2016 | PAP | Conference call with creditors' committee and various attorneys. | 1.30 | 533.00 |
| 9/7/2016 | PAP | Conference with Mr. Hollars regarding overview of insurance issues. | 0.20 | 82.00 |
| 9/8/2016 | PAP | Brief research on Wyoming cases. | 0.30 | 123.00 |
| 9/8/2016 | PAP | Further research on hospital district. | 1.00 | 410.00 |
| 9/8/2016 | PAP | Email regarding comments on motion to assume. | 1.00 | 410.00 |
| 9/8/2016 | PAP | Call regarding response to motion to assume and regarding potential claims against the district. | 0.70 | 287.00 |
| 9/8/2016 | PAP | Study history of cash collateral orders and send detailed email. | 3.40 | 1,394.00 |
| 9/8/2016 | JNC | Review various e-mails with counsel for the debtor, healthtech, and the district regarding settlement terms. | 0.10 | 30.50 |
| 9/8/2016 | JNC | Telephone call regarding objection to leases and district issues; review various e-mails with counsel for the district and debtor regarding settlement and plan confirmation. | 0.30 | 91.50 |
| 9/9/2016 | PAP | Participate in conference call with Messrs. Young and Hunsiker regarding status of term sheet and employment of H2C. | 0.40 | 164.00 |
| 9/9/2016 | PAP | Call regarding preparation for call with Mr. Smiley. | 0.20 | 82.00 |
| 9/9/2016 | PAP | Call with Mr. Smiley regarding settlement. | 0.20 | 82.00 |
| 9/10/2016 | PAP | Research regarding ownership of claims and send email regarding same. | 2.50 | 1,025.00 |
| 9/10/2016 | PAP | Email regarding financial statements. | 0.30 | 123.00 |
| 9/12/2016 | PAP | Call with Mr. Caby and Mr. Goldstein regarding District's involvement. | 0.50 | 205.00 |
| 9/12/2016 | PAP | Review Debtor's motion to excuse Mr. Long on September 22, 2016. | 0.20 | 82.00 |
| 9/12/2016 | PAP | Review draft and send email regarding comments. | 0.60 | 246.00 |
| 9/12/2016 | PAP | Review draft response to motion to excuse appearance at October 22, 2016 hearing and provide comments. | 0.30 | 123.00 |
| 9/12/2016 | PAP | Further research on governmental immunity. | 0.50 | 205.00 |
| 9/13/2016 | PAP | Call with potential financial advisor. | 0.10 | 41.00 |
| 9/13/2016 | PAP | Call with Mr. Goldstein regarding same. | 0.10 | 41.00 |

11/02/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page: 5
INVOICE NO: 569753

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 9/13/2016 | PAP | Review revised objection on August 1, 2016 deadline and send comments. | 0.10 | 41.00 |
| 9/13/2016 | SJG | Review issues with respect to cash collateral matters. | 1.85 | 786.25 |
| 9/14/2016 | SJG | Review issues with respect to cash collateral matters and with respect to matters concerning application to employ. | 2.80 | 1,190.00 |
| 9/14/2016 | PAP | Review and calendar notices of hearing on employment of H2C and assumption of leases. | 0.20 | 82.00 |
| 9/14/2016 | PAP | Email regarding response dates. | 0.10 | 41.00 |
| 9/14/2016 | PAP | Review emails to counsel for Debtor and District regarding going forward. | 0.10 | 41.00 |
| 9/15/2016 | JNC | Telephone call with court clerk regarding order requiring compliance. | 0.20 | 61.00 |
| 9/15/2016 | PAP | Calendar hearings on cash collateral issues. | 0.10 | 41.00 |
| 9/15/2016 | PAP | Review emails with Mr. Smiley regarding conference call tomorrow on HTMS. | 0.30 | 123.00 |
| 9/16/2016 | PAP | Call with attorneys for HTMS and Mr. Goldstein. | 0.50 | 205.00 |
| 9/19/2016 | PAP | Conference regarding procedures for interim payment. | 0.20 | 82.00 |
| 9/19/2016 | PAP | Conference call with insurance attorneys regarding declaratory judgment action. | 1.00 | 410.00 |
| 9/20/2016 | PAP | Review emails regarding appearances and hearings. | 0.20 | 82.00 |
| 9/20/2016 | PAP | Conference regarding background of each collateral hearing. | 0.30 | 123.00 |
| 9/20/2016 | PAP | Review draft NDA from Debtor's counsel and provide comments. | 1.50 | 615.00 |
| 9/21/2016 | PAP | Call regarding strategy for hearing on cash collateral. | 0.20 | 82.00 |
| 9/22/2016 | PAP | Prepare for hearing on cash collateral order. | 0.30 | 123.00 |
| 9/22/2016 | PAP | Attend telephonic hearing. | 0.50 | 205.00 |
| 9/22/2016 | PAP | Conference regarding hearing. | 0.20 | 82.00 |
| 9/22/2016 | PAP | Review Debtor's memorandum regarding employment of H2C. | 0.50 | 205.00 |
| 9/23/2016 | JNC | Review, edit and revise proposed NDA; E-mail regarding same; Draft e-mail to Mr. Hunsiker regarding same. | 0.40 | 122.00 |

11/02/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page: 6
INVOICE NO: 569753

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 9/23/2016 | PAP | Conference call with Eisner Ampen regarding potential employment. | 0.70 | 287.00 |
| 9/23/2016 | PAP | Strategy call regarding claims against District and employment of FA's by both Debtor and Committee. | 0.60 | 246.00 |
| 9/23/2016 | PAP | Brief review of August final report. | 0.10 | 41.00 |
| 9/23/2016 | PAP | Review memo on claims against the District. | 0.30 | 123.00 |
| 9/26/2016 | PAP | Review minute order on cash collateral. | 0.10 | 41.00 |
| 9/26/2016 | PAP | Review and revise response to memorandum of law regarding employment of H2C. | 0.40 | 164.00 |
| 9/27/2016 | PAP | Call to discuss strategy for hearing on H2C. | 0.40 | 164.00 |
| 9/27/2016 | PAP | Exchange of emails regarding motion to approve billing procedures. | 0.20 | 82.00 |
| 9/28/2016 | PAP | Prepare for hearing on H2C. | 0.20 | 82.00 |
| 9/28/2016 | PAP | Attend hearing and participate on follow-up call with Randy Royal. | 0.70 | 287.00 |
| 9/29/2016 | PAP | Call regarding memorandum to District. | 0.20 | 82.00 |
| 9/30/2016 | PAP | Review revised memorandum on claims against the District and continue research regarding same. | 1.20 | 492.00 |

**Total Services**     18,835.25

**TOTAL FOR FILE 5025280-0001**     18,835.25

| | | SpencerFane | | |
|---|---|---|---|---|
| 11/02/2016 | | | Page: | 7 |
| CLIENT NO.: 5025280 | | | INVOICE NO: | 569753 |
| Unsecured Creditors' Committee--PVHC | | | | |

Re: File  5025280-0002        Asset Analysis and Recovery

Invoice for period ended        09/30/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 9/1/2016 | JNC | Review various e-mails regarding publication deadline and district's involvement in consensual plan. | 0.10 | 30.50 |
| 9/2/2016 | JNC | Review and edit objection to application to employ; Conference regarding objection, district issues and insurance issues; Telephone call with Mr. Hunsiker regarding objection to application to employ; Draft e-mail regarding same. | 0.90 | 274.50 |
| 9/6/2016 | JNC | Telephone call with tort claimants and their lawyers regarding status of case and recommendations for moving forward. | 1.50 | 457.50 |
| 9/6/2016 | JNC | E-mail regarding request for hearing on objection to application to employ. | 0.10 | 30.50 |
| 9/6/2016 | JNC | Review e-mails from Mr. Hunsiker regarding requests for documents and information. | 0.10 | 30.50 |
| 9/8/2016 | JNC | E-mail regarding objection to assumption of leases and payment procedures. | 0.10 | 30.50 |
| 9/21/2016 | JNC | Review motion for continuance filed by Mr. Royal regarding insurance proceeds hearing; Review motion to appear by video filed by Mr. Royal. | 0.10 | 30.50 |
| 9/28/2016 | JNC | Review e-mails from Mr. Royal; Review list of information from Mr. Hunsiker. | 0.10 | 30.50 |
| 9/29/2016 | JNC | Review various e-mails and proposals regarding potential attorneys to represent the debtor on the dec action. | 0.20 | 61.00 |

**Total Services**                                                            976.00

                    TOTAL FOR FILE 5025280-0002                                976.00

```
11/02/2016                                                                      Page:       8
CLIENT NO.: 5025280                        SpencerFane              INVOICE NO:  569753
Unsecured Creditors' Committee--PVHC
```

Re: File  5025280-0004           Assumption and Rejection of Leases and Contracts

Invoice for period ended          09/30/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 9/8/2016 | SJG | Review issues concerning cash collateral matters and issues with respect to motion to assume. | 2.90 | 1,232.50 |
| 9/9/2016 | SJG | Research and review issues concerning motion to assume. | 4.55 | 1,933.75 |
| 9/10/2016 | SJG | Review, revise and edit documents and information with respect to objection to motion to assume. | 2.20 | 935.00 |
| 9/11/2016 | SJG | Continued work on objection to motion to assume. | 3.00 | 1,275.00 |
| 9/12/2016 | SJG | Final review, revise and edit with respect to objection to motion to assume. | 6.00 | 2,550.00 |
| 9/13/2016 | JNC | Review objection to motion to assume unexpired leases. | 0.30 | 91.50 |
| 9/13/2016 | JNC | Review e-mails regarding lease issues. | 0.10 | 30.50 |
| 9/14/2016 | JNC | Review IRS documents with respect to debtor and district. | 0.20 | 61.00 |
| **Total Services** | | | | **8,109.25** |

TOTAL FOR FILE 5025280-0004                                                      8,109.25

11/02/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page: 9
INVOICE NO: 569753

Re: File  5025280-0007        **Business Operations**

Invoice for period ended        09/30/2016
FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 9/23/2016 | JNC | Telephone call with potential financial advisor; Confer with Mr. Pearlman and Mr. Goldstein regarding same; Review memo outlining potential claims; E-mailing with Mr. Goldstein regarding same. | 1.40 | 427.00 |

**Total Services**                                                                                     427.00

                    TOTAL FOR FILE 5025280-0007                                          427.00

11/02/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page: 10
INVOICE NO: 569753

Re: File 5025280-0011    Employment and Fee Applications

Invoice for period ended    09/30/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 9/16/2016 | JNC | Review tax information; Confer with Mr. Hollars regarding same; Draft e-mail regarding same. | 0.70 | 213.50 |

**Total Services**  213.50

TOTAL FOR FILE 5025280-0011    213.50

```
11/02/2016                                                                          Page:      11
CLIENT NO.: 5025280                         SpencerFane                  INVOICE NO:  569753
Unsecured Creditors' Committee--PVHC
```

Re: File  5025280-0012        Objections to Employment and Fee Applications

Invoice for period ended        09/30/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 9/21/2016 | JNC | Review proposed NDA sent in relation to our objection to the employment of H2C; Provide comments on same. | 0.30 | 91.50 |
| 9/22/2016 | JNC | Review brief in support of application to employ H2C; Conference regarding same. | 0.50 | 152.50 |
| 9/26/2016 | JNC | Telephone call regarding response to brief regarding employment of H2C; Begin drafting response to brief regarding employment of H2C; Conference regarding same. | 2.50 | 762.50 |
| 9/27/2016 | JNC | Review and edit response to memorandum of law regarding application to employ H2C; E-mail regarding same; Finalize response for filing; Conference regarding plan for hearing. | 0.70 | 213.50 |
| 9/28/2016 | JNC | Review Bank's joinder in application to employ H2C; Participate in hearing on application to employ H2C; Conference following hearing. | 1.00 | 305.00 |

**Total Services**                                                                1,525.00

TOTAL FOR FILE 5025280-0012                                                       1,525.00

| | | |
|---|---|---|
| 11/02/2016 | **SpencerFane** | Page: 12 |
| CLIENT NO.: 5025280 | | INVOICE NO: 569753 |
| Unsecured Creditors' Committee--PVHC | | |

Re: File  5025280-0013            Financing and Cash Collateral

Invoice for period ended            09/30/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 9/13/2016 | JNC | Review debtor's motion to excuse witness for hearing on cash collateral. | 0.10 | 30.50 |
| 9/20/2016 | JNC | Edit and revise motion to appear by video for hearing; E-mail regarding same; Conference regarding cash collateral issues. | 1.00 | 305.00 |
| 9/22/2016 | JNC | Conference regarding conference on cash collateral; Attend conference on cash collateral; Conference regarding conference on cash collateral. | 1.00 | 305.00 |
| 9/23/2016 | JNC | Review proposed changes to final cash collateral order. | 0.10 | 30.50 |

**Total Services**                                                                                            671.00

TOTAL FOR FILE 5025280-0013                                                              671.00

| | | |
|---|---|---|
| 11/02/2016 | **SpencerFane** | Page: 13 |
| CLIENT NO.: 5025280 | | INVOICE NO: 569753 |
| Unsecured Creditors' Committee--PVHC | | |

Re: File  5025280-0014    Litigation; Contested Matters and Adversary Proceedings

Invoice for period ended    09/30/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 9/27/2016 | JNC | Review debtor's response to motion for conference regarding healthtech removal actions. | 0.10 | 30.50 |
| **Total Services** | | | | 30.50 |
| | TOTAL FOR FILE 5025280-0014 | | | 30.50 |

11/02/2016  
CLIENT NO.: 5025280  
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page: 14  
INVOICE NO: 569753

Re: File 5025280-0015     Meetings and Communications with Creditors and Committee

Invoice for period ended     09/30/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 9/30/2016 | SJG | Telephone calls with respect to conference call with Committee. | 0.50 | 212.50 |

**Total Services**                                                                                      212.50

TOTAL FOR FILE 5025280-0015                                                           212.50

11/02/2016  
CLIENT NO.: 5025280  
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page: 15  
INVOICE NO: 569753

Re: File  5025280-0018          Plan and Disclosure Statement

Invoice for period ended          09/30/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 9/6/2016 | SJG | Review issues with respect to status and concerning information requests. | 1.50 | 637.50 |
| 9/7/2016 | SJG | Review issues concerning cash collateral matters. | 2.60 | 1,105.00 |
| 9/13/2016 | JNC | Review debtor's motion to extend exclusivity period. | 0.10 | 30.50 |
| 9/14/2016 | JNC | Review e-mail containing information relevant to a potential settlement with the debtor and district. | 0.10 | 30.50 |
| 9/15/2016 | SJG | Continued work on issues with respect to cash collateral objection. | 1.50 | 637.50 |
| 9/19/2016 | SJG | Review issues and documents with respect to questions of debtor and district. | 1.50 | 637.50 |
| 9/20/2016 | SJG | Review documents and issues with respect to status of HTMS matters. | 1.00 | 425.00 |
| 9/21/2016 | SJG | Review issues with respect to cash collateral matters. | 2.00 | 850.00 |
| 9/22/2016 | SJG | Review documents and issues with respect to nondisclosure agreement and with respect to issues concerning dismissal of case and cash collateral matters. | 4.00 | 1,700.00 |
| 9/23/2016 | SJG | Review, revise and edit documents with respect to claims memorandum. | 3.00 | 1,275.00 |
| 9/26/2016 | SJG | Review documents and issues with respect to status of HTMS matters and with respect to potential counsel for declaratory judgment action and issues concerning same. | 4.60 | 1,955.00 |
| 9/27/2016 | SJG | Review, revise and edit documents with respect to claims and review issues with respect to application to employ financial advisor. | 4.25 | 1,806.25 |
| 9/28/2016 | SJG | Review, revise and edit documents with respect to potential claims against district. | 1.55 | 658.75 |
| 9/29/2016 | SJG | Review documents and review issues with respect to letters from potential counsel concerning declaratory judgment action and other issues. | 3.65 | 1,551.25 |

**Total Services**                                                                 13,299.75

11/02/2016  
CLIENT NO.: 5025280  
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 16  
INVOICE NO: 569753

**TOTAL FOR FILE 5025280-0018**                                        13,299.75

11/02/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 17
INVOICE NO: 569753

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees | Standard Rate |
|---|---|---|---|---|
| Scott J. Goldstein | 425.00 | 58.95 | 25,053.75 | 500.00 |
| Philip A. Pearlman | 410.00 | 33.70 | 13,817.00 | 410.00 |
| Jamie N. Cotter | 305.00 | 17.80 | 5,429.00 | 305.00 |
| **Totals** | | 110.45 | 44,299.75 | |