

# SpencerFane®

Federal I.D. # 44-0561981

Unsecured Creditors' Committee--PVHC
c/o Randy Royal
Randy L. Royal, P.C.
524 5th Avenue South
Greybull, WY 82426-2322

INVOICE NO.: 572575
INVOICE DATE: 11/21/2016
CLIENT NO.: 5025280
BILL ID: 0275

### BILLING SUMMARY

**CURRENT INVOICE**

| | |
|---|---:|
| Total Legal Fees | 19,565.00 |
| Less 10% Courtesy Discount | (1,956.50) |
| Total Disbursements | 0.00 |
| **Current Total** | **17,608.50** |
| Outstanding Invoices as of 11/21/2016 | 117,946.31 |
| **TOTAL DUE** | **135,554.81** |

Please remit to:
**SPENCER FANE LLP**
P.O. BOX 872037
KANSAS CITY, MO 64187-2037
Phone 816.474.8100 | Fax 816.474.3216

11/21/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 2
INVOICE NO: 572575

## OUTSTANDING INVOICES

| Invoice Number | Invoice Date | Matter Number | Matter Description | Original Amount | Payments | Balance Due |
|---|---|---|---|---|---|---|
| 569731 | 11/02/2016 | 5025280-0001 | Case Administration | 3,786.50 | (0.00) | 3,786.50 |
| 569731 | 11/02/2016 | 5025280-0008 | Claims Administration and Objections | 7,588.75 | (0.00) | 7,588.75 |
| 569731 | 11/02/2016 | 5025280-0014 | Litigation; Contested Matters and Adversary Proceedings | 1,371.00 | (0.00) | 1,371.00 |
| 569731 | 11/02/2016 | 5025280-0019 | D&O Policy | 1,256.25 | (0.00) | 1,256.25 |
| | | | **Invoice Total** | | | **14,002.50** |
| 569732 | 11/02/2016 | 5025280-0001 | Case Administration | 15,520.00 | (0.00) | 15,520.00 |
| 569732 | 11/02/2016 | 5025280-0002 | Asset Analysis and Recovery | 152.50 | (0.00) | 152.50 |
| 569732 | 11/02/2016 | 5025280-0008 | Claims Administration and Objections | 960.00 | (0.00) | 960.00 |
| 569732 | 11/02/2016 | 5025280-0011 | Employment and Fee Applications | 0.00 | (0.00) | 0.00 |
| 569732 | 11/02/2016 | 5025280-0013 | Financing and Cash Collateral | 0.00 | (0.00) | 0.00 |
| 569732 | 11/02/2016 | 5025280-0014 | Litigation; Contested Matters and Adversary Proceedings | 7,359.30 | (0.00) | 7,359.30 |
| 569732 | 11/02/2016 | 5025280-0018 | Plan and Disclosure Statement | 1,253.75 | (0.00) | 1,253.75 |
| 569732 | 11/02/2016 | 5025280-0019 | D&O Policy | 0.00 | (0.00) | 0.00 |
| | | | **Invoice Total** | | | **25,245.55** |
| 569733 | 11/02/2016 | 5025280-0001 | Case Administration | 13,223.01 | (0.00) | 13,223.01 |
| 569733 | 11/02/2016 | 5025280-0002 | Asset Analysis and Recovery | 1,464.00 | (0.00) | 1,464.00 |
| 569733 | 11/02/2016 | 5025280-0004 | Assumption and Rejection of Leases and Contracts | 722.50 | (0.00) | 722.50 |
| 569733 | 11/02/2016 | 5025280-0014 | Litigation; Contested Matters and Adversary Proceedings | 1,500.25 | (0.00) | 1,500.25 |
| 569733 | 11/02/2016 | 5025280-0015 | Meetings and Communications with Creditors and Committee | 1,296.25 | (0.00) | 1,296.25 |
| 569733 | 11/02/2016 | 5025280-0018 | Plan and Disclosure Statement | 16,192.50 | (0.00) | 16,192.50 |
| 569733 | 11/02/2016 | 5025280-0019 | D&O Policy | 0.00 | (0.00) | 0.00 |

11/21/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 3
INVOICE NO: 572575

| Invoice Number | Invoice Date | Matter Number | Matter Description | Original Amount | Payments | Balance Due |
|---|---|---|---|---|---|---|
| | | | Invoice Total | | | 34,398.51 |
| 569753 | 11/02/2016 | 5025280-0001 | Case Administration | 18,835.25 | (0.00) | 18,835.25 |
| 569753 | 11/02/2016 | 5025280-0002 | Asset Analysis and Recovery | 976.00 | (0.00) | 976.00 |
| 569753 | 11/02/2016 | 5025280-0004 | Assumption and Rejection of Leases and Contracts | 8,109.25 | (0.00) | 8,109.25 |
| 569753 | 11/02/2016 | 5025280-0007 | Business Operations | 427.00 | (0.00) | 427.00 |
| 569753 | 11/02/2016 | 5025280-0011 | Employment and Fee Applications | 213.50 | (0.00) | 213.50 |
| 569753 | 11/02/2016 | 5025280-0012 | Objections to Employment and Fee Applications | 1,525.00 | (0.00) | 1,525.00 |
| 569753 | 11/02/2016 | 5025280-0013 | Financing and Cash Collateral | 671.00 | (0.00) | 671.00 |
| 569753 | 11/02/2016 | 5025280-0014 | Litigation; Contested Matters and Adversary Proceedings | 30.50 | (0.00) | 30.50 |
| 569753 | 11/02/2016 | 5025280-0015 | Meetings and Communications with Creditors and Committee | 212.50 | (0.00) | 212.50 |
| 569753 | 11/02/2016 | 5025280-0018 | Plan and Disclosure Statement | 13,299.75 | (0.00) | 13,299.75 |
| | | | **Invoice Total** | | | **44,299.75** |
| | | | **Outstanding Total** | | | **117,946.31** |

11/21/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 4
INVOICE NO: 572575

## SUMMARY OF INVOICE

FOR PERIOD ENDED 10/31/2016
(SEE DETAIL ATTACHED)

| Matter Number | Matter Description | Fees | Discount | Costs | Total |
|---|---|---|---|---|---|
| 5025280-0001 | Case Administration | 14,545.00 | (1,454.50) | 0.00 | 13,090.50 |
| 5025280-0002 | Asset Analysis and Recovery | 549.00 | (54.90) | 0.00 | 494.10 |
| 5025280-0011 | Employment and Fee Applications | 1,281.00 | (128.10) | 0.00 | 1,152.90 |
| 5025280-0014 | Litigation; Contested Matters and Adversary Proceedings | 2,597.00 | (259.70) | 0.00 | 2,337.30 |
| 5025280-0015 | Meetings and Communications with Creditors and Committee | 488.00 | (48.80) | 0.00 | 439.20 |
| 5025280-0018 | Plan and Disclosure Statement | 105.00 | (10.50) | 0.00 | 94.50 |
| | **Invoice Total** | | | | **17,608.50** |

Trust Balance                                      0.00

Other Unapplied Payments                           0.00

11/21/2016  
CLIENT NO.: 5025280  
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 5  
INVOICE NO: 572575

Re: File 5025280-0001      Case Administration

Invoice for period ended      10/31/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 10/1/2016 | PAP | Review email and attachments to UCC and tort lawyers regarding employment of counsel for Declaratory Judgment action, etc. | 0.40 | 164.00 |
| 10/1/2016 | PAP | Review email and attachments to attorney for HTMS regarding settlement and status. | 0.10 | 41.00 |
| 10/2/2016 | JNC | Review proposed changes to NDA; E-mail regarding impact of 1102(b)(3). | 0.20 | 61.00 |
| 10/3/2016 | LFW | Research the docket activity and history of the motion to expand stay and insurance proceeds activity - locate all items continuing and/or requesting continuances regarding same - prepare a copy of last request by Mr. Royal and communicate with Mr. Goldstein regarding options (.8); review for deadlines and hearing dates, update attorney calendars for rescheduling cure amounts regarding assume/reject (.3) | 1.10 | 165.00 |
| 10/3/2016 | JNC | Conference regarding NDA; E-mailing with Mr. Hunsiker regarding same. | 0.20 | 61.00 |
| 10/3/2016 | PAP | Review emails with NDA and conference regarding Section 1102. | 0.10 | 41.00 |
| 10/3/2016 | PAP | Call with Mr. Smiley regarding status of HTMS. | 0.10 | 41.00 |
| 10/3/2016 | PAP | Email to Royal regarding summary of call with Mr. Smiley. | 0.20 | 82.00 |
| 10/3/2016 | PAP | Review draft of an application to employ FA and call regarding suggested changes. | 0.40 | 164.00 |
| 10/3/2016 | PAP | Review and calendar order setting hearing on motion to assume leases with District. | 0.10 | NO CHARGE |
| 10/3/2016 | PAP | Conference regarding upcoming conference call with attorneys. | 0.10 | 41.00 |
| 10/3/2016 | PAP | Review emails regarding upcoming conference call with attorneys. | 0.10 | 41.00 |
| 10/3/2016 | PAP | Exchange emails regarding HTMS's participation in upcoming hearing. | 0.20 | 82.00 |
| 10/3/2016 | PAP | Prepare for conference call with Committee and counsel. | 0.50 | 205.00 |
| 10/3/2016 | PAP | Conference call with Committee and counsel. | 1.60 | 656.00 |
| 10/3/2016 | PAP | Follow-up call regarding next steps. | 0.60 | 246.00 |
| 10/3/2016 | SJG | Telephone conferences concerning declaratory judgment action. | 1.75 | 743.75 |

11/21/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page: 6
INVOICE NO: 572575

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/4/2016 | PAP | Email to Mr. Smiley regarding attendance by phone at tomorrow's hearing on the UCC's comment on remand cases. | 0.10 | 41.00 |
| 10/4/2016 | PAP | Conference call regarding yesterday's call and steps going forward. | 0.90 | 369.00 |
| 10/4/2016 | LFW | Research status of docket activity -update attorney calendars with Plan and acceptance of the Plan deadlines. | 0.30 | 45.00 |
| 10/4/2016 | SJG | Telephone calls from creditors. | 0.65 | 276.25 |
| 10/5/2016 | PAP | Conference regarding strategy on employment and compensation of special counsel (for Declaratory Judgment action) and financial analyst, and regarding dismissal motion. | 0.30 | 123.00 |
| 10/5/2016 | PAP | Email regarding analysis of Spencer firm's email. | 0.20 | 82.00 |
| 10/6/2016 | PAP | Exchange emails with Mr. Rhodes regarding entries of appearance in removal cases. | 0.10 | NO CHARGE |
| 10/6/2016 | SJG | Telephone calls to and from creditors with respect to status of case. | 0.40 | 170.00 |
| 10/6/2016 | JNC | E-mailing with Mr. Royal regarding NDA; Review Debtor's monthly financials. | 0.20 | 61.00 |
| 10/7/2016 | JNC | Review e-mails regarding motion to dismiss. | 0.10 | 30.50 |
| 10/7/2016 | PAP | Email regarding draft email to Mr. Smiley regarding moving forward. | 0.30 | 123.00 |
| 10/10/2016 | SJG | Look at issues concerning intervention under 1103 and 1109. | 1.55 | 658.75 |
| 10/12/2016 | JNC | E-mailing with Mr. Hunsiker regarding NDA issues. | 0.10 | 30.50 |
| 10/12/2016 | PAP | Review emails regarding NDA, disclosures by Debtor, and dismissal of the case. | 0.20 | 82.00 |
| 10/13/2016 | SJG | Conferences and meetings with committee concerning declaratory judgment action. | 2.10 | 892.50 |
| 10/14/2016 | SJG | Conferences and meetings with client concerning declaratory judgment action. | 2.15 | 913.75 |
| 10/14/2016 | JNC | Review e-mails regarding litigator interviews; Draft e-mail to Mr. Hunsiker regarding Committee bills for past months; Review documents from Mr. Hunsiker. | 0.60 | 183.00 |
| 10/15/2016 | SJG | Follow-up issues with respect to discussions with Committee concerning counsel for declaratory judgment action. | 2.35 | 998.75 |

11/21/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 7
INVOICE NO: 572575

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/16/2016 | SJG | Telephone calls and review issues with respect to declaratory judgment action. | 0.50 | 212.50 |
| 10/17/2016 | SJG | Meetings and interviews with respect to potential counsel to handle declaratory judgment action and issues concerning case; interviews involved various potential law firms for counsel for declaratory judgment action. | 7.00 | 2,975.00 |
| 10/18/2016 | SJG | Review issues with respect to follow-up matters regarding interviews with declaratory judgment action potential counsel. | 1.65 | 701.25 |
| 10/18/2016 | PAP | Call regarding status of case. | 0.20 | 82.00 |
| 10/19/2016 | SJG | Review issues with respect to declaratory judgment matters and with respect to potential motion to dismiss. | 0.60 | 255.00 |
| 10/20/2016 | SJG | Telephone calls and review issues concerning potential meetings with debtor and others concerning resolution of case. | 0.75 | 318.75 |
| 10/24/2016 | SJG | Telephone calls with representatives of Committee concerning status and concerning potential meeting with debtor and others before filing motion to dismiss. | 1.60 | 680.00 |
| 10/25/2016 | SJG | Work on issues with respect to arranging meeting in Denver. | 1.75 | 743.75 |
| 10/25/2016 | LFW | Research the core proceeding docket of case activity and the 16 Adversary Cases for entry of deadlines and hearing dates - update working files and attorney calendars with info regarding Notices of Removal and Abstention/Remands. | 1.10 | 165.00 |
| 10/26/2016 | PAP | Conference regarding status of motion to dismiss claims against District and HTMS, document productions, and settlement. | 0.20 | 82.00 |
| 10/26/2016 | PAP | Review memorandum on alter ego. | 0.50 | 205.00 |
| 10/27/2016 | LFW | Follow up on case docket activity for core proceeding and declaratory judgment adversary proceeding - update calendars. | 0.30 | 45.00 |
| 10/28/2016 | LFW | Research case docket activity in the core proceeding and the Declaratory Judgment adversary suit - prepare a summary and copies of the activity for the week of 10/21 for Mr. Goldstein's review - update working files. | 1.10 | 165.00 |

Less 10% Courtesy Discount  (1,454.50)

**Total Services**  13,090.50

11/21/2016  
CLIENT NO.: 5025280  
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 8  
INVOICE NO: 572575

**TOTAL FOR FILE 5025280-0001**      13,090.50

11/21/2016  
CLIENT NO.: 5025280  
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page: 9  
INVOICE NO: 572575

Re: File  5025280-0002        Asset Analysis and Recovery

Invoice for period ended        10/31/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 10/3/2016 | JNC | Review information from HTMS regarding potential settlement. | 0.10 | 30.50 |
| 10/5/2016 | JNC | Conference regarding motion to dismiss. | 0.50 | 152.50 |
| 10/6/2016 | JNC | Review memo with analysis as to whether Debtor is an instrumentality of the District or not. | 0.20 | 61.00 |
| 10/18/2016 | JNC | Conference regarding veil piercing issue. | 0.10 | 30.50 |
| 10/18/2016 | JNC | E-mail with Mr. Hunsiker regarding requests for documentation. | 0.10 | 30.50 |
| 10/20/2016 | JNC | Review e-mails regarding potential plan terms and dec action litigation. | 0.20 | 61.00 |
| 10/26/2016 | JNC | Review information and documents from Mr. Hunsiker. | 0.30 | 91.50 |
| 10/26/2016 | JNC | Conference with counsel regarding status. | 0.20 | 61.00 |
| 10/27/2016 | JNC | Review veil piercing memo. | 0.10 | 30.50 |
|  |  | *Less 10% Courtesy Discount* |  | (54.90) |

**Total Services**                                                                                                    494.10

TOTAL FOR FILE 5025280-0002                                                        494.10

11/21/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page: 10
INVOICE NO: 572575

Re: File  5025280-0011         Employment and Fee Applications

Invoice for period ended         10/31/2016
FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 10/3/2016 | JNC | Draft application to employ EisnerAmper. | 2.20 | 671.00 |
| 10/3/2016 | JNC | Edit and revise application to employ EisnerAmper. | 0.10 | 30.50 |
| 10/5/2016 | JNC | Draft proposed order granting application to employ EisnerAmper; E-mailing with Mr. Buck regarding application; E-mail regarding application; Edit and revise application. | 0.40 | 122.00 |
| 10/11/2016 | JNC | Edit and revise application to employ EisnerAmper in light of Mr. Buck's comments; E-mailing with Mr. Buck regarding same; E-mail regarding same. | 0.30 | 91.50 |
| 10/14/2016 | JNC | Finalize EisnerAmper fee application; Draft e-mail to Mr. Hunsiker and Mr. Royal conferring regarding same. | 0.30 | 91.50 |
| 10/17/2016 | JNC | Telephone call regarding EisnerAmper application. | 0.10 | 30.50 |
| 10/18/2016 | JNC | E-mailing with Mr. Buck regarding final version of application to employ EisnerAmper. | 0.10 | 30.50 |
| 10/23/2016 | JNC | Edit and revise application to employ EisnerAmper; E-mailing with Mr. Buck regarding same. | 0.20 | 61.00 |
| 10/24/2016 | JNC | Finalize application to employ EisnerAmper for filing. | 0.20 | 61.00 |
| 10/26/2016 | JNC | Edit and revise monthly billing summarizes for submission to all counsel. | 0.30 | 91.50 |

*Less 10% Courtesy Discount*                     (128.10)

**Total Services**                     1,152.90

TOTAL FOR FILE 5025280-0011                     1,152.90

| | | | | |
|---|---|---|---|---|
| 11/21/2016 | | | Page: | 11 |
| CLIENT NO.: 5025280 | | **SpencerFane** | INVOICE NO: | 572575 |
| Unsecured Creditors' Committee--PVHC | | | | |

Re: File  5025280-0014            Litigation; Contested Matters and Adversary Proceedings

Invoice for period ended            10/31/2016

FOR SERVICES RENDERED

| <u>Date</u> | <u>Tkpr</u> | <u>Description</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|---|
| 10/19/2016 | JFH | Conference, review and analysis of Memorandum to counsel for Powell Valley Hospital regarding potential settlement in preparation for analysis of potential veil piercing and alter ego claims. | 0.60 | 147.00 |
| 10/25/2016 | JFH | Review and legal analysis of Wyoming and secondary authorities regarding whether a party may pierce the veil of a non-profit in Wyoming and whether the alter ego doctrine applies. | 3.00 | 735.00 |
| 10/26/2016 | JFH | Review and legal analysis of additional Wyoming, nationwide, and secondary authorities regarding issue related to whether in Wyoming a party may pierce the veil of a non-profit and hold a governmental entity that created the non-profit liable for the acts of the non-profit and whether the alter ego doctrine applies in that context. | 6.30 | 1,543.50 |
| 10/27/2016 | JFH | Prepare analysis of potential veil piercing and alter ego arguments, specifically whether under Wyoming law a party can do so when a non-profit was created and run by a governmental entity. | 0.70 | 171.50 |
| | *Less 10% Courtesy Discount* | | | (259.70) |

**Total Services**                                                                                                   2,337.30

                    TOTAL FOR FILE 5025280-0014                                                    2,337.30

11/21/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 12
INVOICE NO: 572575

Re: File  5025280-0015        Meetings and Communications with Creditors and Committee

Invoice for period ended        10/31/2016
FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 10/2/2016 | JNC | Review various e-mails regarding agenda for call with committee. | 0.10 | 30.50 |
| 10/3/2016 | JNC | Phone call with committee. | 1.50 | 457.50 |
|  |  | Less 10% Courtesy Discount |  | (48.80) |

**Total Services**                                439.20

                TOTAL FOR FILE 5025280-0015                                439.20

| | | |
|---|---|---|
| 11/21/2016 | | Page: 13 |
| CLIENT NO.: 5025280 | SpencerFane | INVOICE NO: 572575 |
| Unsecured Creditors' Committee--PVHC | | |

Re: File  5025280-0018     Plan and Disclosure Statement

Invoice for period ended     10/31/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 10/4/2016 | LFW | Review rules regarding Plan and acceptance of Plan deadlines (.5); review order vacating status conference for 10/5 - update calendar (.2) | 0.70 | 105.00 |
| | | Less 10% Courtesy Discount | | (10.50) |

**Total Services**     94.50

**TOTAL FOR FILE 5025280-0018**     94.50

11/21/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 14
INVOICE NO: 572575

### TIME AND FEE SUMMARY

| Timekeeper | Original Rate | Hours | Original Fees | Discount | Actual Rate | Actual Fees | Standard Rate |
|---|---|---|---|---|---|---|---|
| Scott J. Goldstein | 425.00 | 24.80 | 10,540.00 | 10.00% | 382.50 | 9,486.00 | 500.00 |
| Philip A. Pearlman | 410.00 | 7.30 | 2,993.00 | 10.00% | 369.00 | 2,693.70 | 410.00 |
| Jamie N. Cotter | 305.00 | 9.00 | 2,745.00 | 10.00% | 274.50 | 2,470.50 | 305.00 |
| Jacob F. Hollars | 245.00 | 10.60 | 2,597.00 | 10.00% | 220.50 | 2,337.30 | 245.00 |
| Lisa F. Wright | 150.00 | 4.60 | 690.00 | 10.00% | 135.00 | 621.00 | 210.00 |
| **Totals** | | **56.30** | **19,565.00** | | | **17,608.50** | |