

# SpencerFane

Federal I.D. # 44-0561981

Unsecured Creditors' Committee--PVHC  
c/o Randy Royal  
Randy L. Royal, P.C.  
524 5th Avenue South  
Greybull, WY 82426-2322

| | |
|---|---|
| INVOICE NO.: | 575366 |
| INVOICE DATE: | 12/14/2016 |
| CLIENT NO.: | 5025280 |
| BILL ID: | 0275 |

### BILLING SUMMARY

**CURRENT INVOICE**

| | |
|---|---|
| Total Legal Fees | 42,985.50 |
| Less 15% Courtesy Discount | (6,447.83) |
| Total Disbursements | 0.00 |
| **Current Total** | **36,537.67** |
| Outstanding Invoices as of 12/14/2016 | 33,572.28 |
| **TOTAL DUE** | **70,109.95** |

Please remit to:  
**SPENCER FANE LLP**  
P.O. BOX 872037  
KANSAS CITY, MO 64187-2037  
Phone 816.474.8100 | Fax 816.474.3216

12/14/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC



SpencerFane

Page: 2
INVOICE NO: 575366

## OUTSTANDING INVOICES

| Invoice Number | Invoice Date | Matter Number | Matter Description | Original Amount | Payments | Balance Due |
|---|---|---|---|---|---|---|
| 569731 | 11/02/2016 | 5025280-0001 | Case Administration | 3,786.50 | (3,786.50) | 0.00 |
| 569731 | 11/02/2016 | 5025280-0008 | Claims Administration and Objections | 7,588.75 | (6,715.38) | 873.37 |
| 569731 | 11/02/2016 | 5025280-0014 | Litigation; Contested Matters and Adversary Proceedings | 1,371.00 | (0.00) | 1,371.00 |
| 569731 | 11/02/2016 | 5025280-0019 | D&O Policy | 1,256.25 | (0.00) | 1,256.25 |
| | | | **Invoice Total** | | | **3,500.62** |
| 569732 | 11/02/2016 | 5025280-0001 | Case Administration | 15,520.00 | (15,520.00) | 0.00 |
| 569732 | 11/02/2016 | 5025280-0002 | Asset Analysis and Recovery | 152.50 | (152.50) | 0.00 |
| 569732 | 11/02/2016 | 5025280-0008 | Claims Administration and Objections | 960.00 | (960.00) | 0.00 |
| 569732 | 11/02/2016 | 5025280-0011 | Employment and Fee Applications | 0.00 | (0.00) | 0.00 |
| 569732 | 11/02/2016 | 5025280-0013 | Financing and Cash Collateral | 0.00 | (0.00) | 0.00 |
| 569732 | 11/02/2016 | 5025280-0014 | Litigation; Contested Matters and Adversary Proceedings | 7,359.30 | (2,301.66) | 5,057.64 |
| 569732 | 11/02/2016 | 5025280-0018 | Plan and Disclosure Statement | 1,253.75 | (0.00) | 1,253.75 |
| 569732 | 11/02/2016 | 5025280-0019 | D&O Policy | 0.00 | (0.00) | 0.00 |
| | | | **Invoice Total** | | | **6,311.39** |
| 569733 | 11/02/2016 | 5025280-0001 | Case Administration | 13,223.01 | (13,223.01) | 0.00 |
| 569733 | 11/02/2016 | 5025280-0002 | Asset Analysis and Recovery | 1,464.00 | (1,464.00) | 0.00 |
| 569733 | 11/02/2016 | 5025280-0004 | Assumption and Rejection of Leases and Contracts | 722.50 | (722.50) | 0.00 |
| 569733 | 11/02/2016 | 5025280-0014 | Litigation; Contested Matters and Adversary Proceedings | 1,500.25 | (1,500.25) | 0.00 |
| 569733 | 11/02/2016 | 5025280-0015 | Meetings and Communications with Creditors and Committee | 1,296.25 | (1,296.25) | 0.00 |
| 569733 | 11/02/2016 | 5025280-0018 | Plan and Disclosure Statement | 16,192.50 | (7,909.30) | 8,283.20 |
| 569733 | 11/02/2016 | 5025280-0019 | D&O Policy | 0.00 | (0.00) | 0.00 |

12/14/2016  
CLIENT NO.: 5025280  
Unsecured Creditors' Committee--PVHC  

**SpencerFane**

Page: 3  
INVOICE NO: 575366

| Invoice Number | Invoice Date | Matter Number | Matter Description | Original Amount | Payments | Balance Due |
|---|---|---|---|---|---|---|
| | | | Invoice Total | | | 8,283.20 |
| 569753 | 11/02/2016 | 5025280-0001 | Case Administration | 18,835.25 | (18,835.25) | 0.00 |
| 569753 | 11/02/2016 | 5025280-0002 | Asset Analysis and Recovery | 976.00 | (976.00) | 0.00 |
| 569753 | 11/02/2016 | 5025280-0004 | Assumption and Rejection of Leases and Contracts | 8,109.25 | (8,109.25) | 0.00 |
| 569753 | 11/02/2016 | 5025280-0007 | Business Operations | 427.00 | (427.00) | 0.00 |
| 569753 | 11/02/2016 | 5025280-0011 | Employment and Fee Applications | 213.50 | (213.50) | 0.00 |
| 569753 | 11/02/2016 | 5025280-0012 | Objections to Employment and Fee Applications | 1,525.00 | (1,525.00) | 0.00 |
| 569753 | 11/02/2016 | 5025280-0013 | Financing and Cash Collateral | 671.00 | (671.00) | 0.00 |
| 569753 | 11/02/2016 | 5025280-0014 | Litigation; Contested Matters and Adversary Proceedings | 30.50 | (30.50) | 0.00 |
| 569753 | 11/02/2016 | 5025280-0015 | Meetings and Communications with Creditors and Committee | 212.50 | (212.50) | 0.00 |
| 569753 | 11/02/2016 | 5025280-0018 | Plan and Disclosure Statement | 13,299.75 | (2,224.81) | 11,074.94 |
| | | | **Invoice Total** | | | **11,074.94** |
| 572575 | 11/21/2016 | 5025280-0001 | Case Administration | 13,090.50 | (13,090.50) | 0.00 |
| 572575 | 11/21/2016 | 5025280-0002 | Asset Analysis and Recovery | 494.10 | (115.87) | 378.23 |
| 572575 | 11/21/2016 | 5025280-0011 | Employment and Fee Applications | 1,152.90 | (0.00) | 1,152.90 |
| 572575 | 11/21/2016 | 5025280-0014 | Litigation; Contested Matters and Adversary Proceedings | 2,337.30 | (0.00) | 2,337.30 |
| 572575 | 11/21/2016 | 5025280-0015 | Meetings and Communications with Creditors and Committee | 439.20 | (0.00) | 439.20 |
| 572575 | 11/21/2016 | 5025280-0018 | Plan and Disclosure Statement | 94.50 | (0.00) | 94.50 |
| | | | **Invoice Total** | | | **4,402.13** |
| | | | **Outstanding Total** | | | **33,572.28** |

12/14/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 4
INVOICE NO: 575366

## SUMMARY OF INVOICE

FOR PERIOD ENDED 11/30/2016
(SEE DETAIL ATTACHED)

| Matter Number | Matter Description | Fees | Discount | Costs | Total |
|---|---|---|---|---|---|
| 5025280-0001 | Case Administration | 8,069.00 | (1,210.35) | 0.00 | 6,858.65 |
| 5025280-0002 | Asset Analysis and Recovery | 61.00 | (9.15) | 0.00 | 51.85 |
| 5025280-0004 | Assumption and Rejection of Leases and Contracts | 122.00 | (18.30) | 0.00 | 103.70 |
| 5025280-0011 | Employment and Fee Applications | 488.00 | (73.20) | 0.00 | 414.80 |
| 5025280-0012 | Objections to Employment and Fee Applications | 30.50 | (4.58) | 0.00 | 25.92 |
| 5025280-0014 | Litigation; Contested Matters and Adversary Proceedings | 5,506.25 | (825.94) | 0.00 | 4,680.31 |
| 5025280-0015 | Meetings and Communications with Creditors and Committee | 9,477.50 | (1,421.62) | 0.00 | 8,055.88 |
| 5025280-0018 | Plan and Disclosure Statement | 18,338.75 | (2,750.81) | 0.00 | 15,587.94 |
| 5025280-0019 | D&O Policy | 892.50 | (133.88) | 0.00 | 758.62 |
| | **Invoice Total** | | | | 36,537.67 |

Trust Balance                                            0.00
Other Unapplied Payments                                 0.00

12/14/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 5
INVOICE NO: 575366

Re: File 5025280-0001        Case Administration

Invoice for period ended        11/30/2016
FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 11/1/2016 | PAP | Review Debtor's objection to UCC's application to employ a financial consultant. | 0.20 | 82.00 |
| 11/2/2016 | PAP | Call from Mr. Burghardt regarding insurance declaratory judgment action and anticipated motion for relief from stay. | 0.50 | 205.00 |
| 11/2/2016 | PAP | Voice message to Mr. Goldstein regarding call with Mr. Burghardt. | 0.10 | NO CHARGE |
| 11/2/2016 | PAP | Call with Mr. Goldstein regarding insurance issues and possible settlement meeting on November 11, 2016 with debtor. | 0.30 | 123.00 |
| 11/3/2016 | PAP | Review and calendar notice of hearing on UCC's application to employ financial advisor. | 0.10 | NO CHARGE |
| 11/3/2016 | PAP | Review and calendar notice of hearing on Debtor's Rule 2004 motion and objection. | 0.10 | NO CHARGE |
| 11/4/2016 | PAP | Review emails regarding legal research and upcoming meeting. | 0.40 | 164.00 |
| 11/7/2016 | PAP | Review status of upcoming hearing on remand in HTMS removal proceedings. | 0.30 | 123.00 |
| 11/7/2016 | SJG | Review issues concerning status of bankruptcy case. | 2.20 | 935.00 |
| 11/8/2016 | PAP | Review Mr. Goldstein's agenda regarding upcoming call with counsel for members of UCC. | 0.10 | 41.00 |
| 11/9/2016 | PAP | Attend telephonic hearing on removal of adversary proceeding. | 0.50 | NO CHARGE |
| 11/10/2016 | PAP | Brief review of District's response to UCC's requests for documents. | 0.20 | 82.00 |
| 11/11/2016 | PAP | Meeting to prepare for conference with Debtor, attorneys for tort lawyers, and others. | 0.50 | 205.00 |
| 11/11/2016 | PAP | Conference with Debtor's counsel, tort lawyers, and others at Markus Williams. | 3.50 | 1,435.00 |
| 11/11/2016 | PAP | Conference with tort lawyers regarding next steps. | 1.00 | 410.00 |
| 11/11/2016 | PAP | Conference regarding strategy for HTMS. | 0.40 | 164.00 |
| 11/14/2016 | PAP | Review email regarding strategy on HTMS. | 0.10 | 41.00 |

12/14/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 6
INVOICE NO: 575366

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/14/2016 | PAP | Call regarding same. | 0.20 | 82.00 |
| 11/14/2016 | PAP | Leave messages for Mr. Smiley and Mr. Birnberg regarding settlement and timing. | 0.20 | 82.00 |
| 11/15/2016 | PAP | Exchange emails regarding setting up conference call with HTMS. | 0.20 | 82.00 |
| 11/15/2016 | PAP | Email to attorneys for HTMS regarding conference call. | 0.20 | 82.00 |
| 11/16/2016 | PAP | Exchange emails regarding Debtor's position on interim fees. | 0.30 | NO CHARGE |
| 11/16/2016 | PAP | Call regarding new offer from Debtor. | 0.30 | 123.00 |
| 11/18/2016 | PAP | Call regarding status of negotiations with Debtor and District and regarding upcoming call with HTMS. | 0.30 | 123.00 |
| 11/21/2016 | PAP | Conference call with attorneys for HTMS. | 0.30 | 123.00 |
| 11/21/2016 | PAP | Review insurance cases. | 0.40 | 164.00 |
| 11/21/2016 | PAP | Call to discuss insurance issues. | 0.40 | 164.00 |
| 11/22/2016 | PAP | Review recent emails with Mr. Royal and counsel for tort claimants regarding proposed plan. | 0.40 | 164.00 |
| 11/22/2016 | PAP | Review orders continuing hearing on Debtor's motion for Rule 2004 exam of insurance companies and UCC's motion to employ FA. | 0.10 | NO CHARGE |
| 11/22/2016 | PAP | Review order rescheduling hearing on relief from stay. | 0.10 | NO CHARGE |
| 11/22/2016 | PAP | Research on Section 363(e)(1) issues regarding insurance companies' motion for relief from stay. | 0.30 | 123.00 |
| 11/22/2016 | PAP | Call regarding relief from stay issues. | 0.10 | 41.00 |
| 11/25/2016 | PAP | Further research regarding Wyoming law on insurance bad faith. | 0.70 | 287.00 |
| 11/27/2016 | PAP | Review draft of plan term sheet. | 0.40 | 164.00 |
| 11/27/2016 | PAP | Collect and review various insurance policies and review emails regarding insurance issues. | 1.20 | 492.00 |
| 11/27/2016 | PAP | Emails regarding upcoming conference calls. | 0.30 | 123.00 |
| 11/28/2016 | PAP | Conference call regarding insurance overview. | 1.00 | 410.00 |
| 11/28/2016 | PAP | Follow-up call regarding Section 109 issue. | 0.10 | 41.00 |
| 11/28/2016 | PAP | Send Wyoming insurance case with explanatory email. | 0.30 | 123.00 |

12/14/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page: 7
INVOICE NO: 575366

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/28/2016 | PAP | Review emails from Mr. Smiley with insurance policies and forward to Mr. Pickens. | 0.20 | 82.00 |
| 11/28/2016 | PAP | Brief review of financial reports from HTMS. | 0.20 | 82.00 |
| 11/28/2016 | PAP | Conference call with tort lawyers and Mr. Royal regarding draft plan term sheet. | 0.80 | 328.00 |
| 11/29/2016 | PAP | Review revised term sheet, make comments, and send email regarding same. | 1.00 | 410.00 |
| 11/29/2016 | PAP | Review Mr. Krause's comments on draft term sheet. | 0.10 | 41.00 |
| 11/30/2016 | PAP | Review series of emails to attorneys for Debtor, HTMS, and tort claimants regarding new plan term sheet and settlement prospects. | 0.30 | 123.00 |
| | | *Less 15% Courtesy Discount* | | (1,210.35) |

**Total Services**     6,858.65

**TOTAL FOR FILE 5025280-0001**     6,858.65

12/14/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 8
INVOICE NO: 575366

### Re: File  5025280-0002      Asset Analysis and Recovery

Invoice for period ended      11/30/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 11/10/2016 | JNC | Review e-mail and documents from counsel for the District. | 0.20 | 61.00 |

| Less 15% Courtesy Discount | (9.15) |
|---|---|

**Total Services**  51.85

**TOTAL FOR FILE 5025280-0002**  51.85

12/14/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page: 9
INVOICE NO: 575366

**Re: File 5025280-0004**  Assumption and Rejection of Leases and Contracts

Invoice for period ended  11/30/2016
FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 11/28/2016 | JNC | E-mail regarding procedures and strategy for potential supplemental objection. | 0.30 | 91.50 |
| 11/30/2016 | JNC | E-mail regarding supplemental objection. | 0.10 | 30.50 |
| | | *Less 15% Courtesy Discount* | | (18.30) |

**Total Services**  103.70

TOTAL FOR FILE 5025280-0004  103.70

12/14/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page: 10
INVOICE NO: 575366

Re: File 5025280-0011       Employment and Fee Applications

Invoice for period ended       11/30/2016
FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 11/2/2016 | JNC | Finalize interim fee statements for June, July, August and September. | 0.10 | 30.50 |
| 11/16/2016 | JNC | Review brief in support of application to employ EA. | 0.30 | 91.50 |
| 11/17/2016 | JNC | Review Bank's limited objection to EA application. | 0.10 | 30.50 |
| 11/21/2016 | JNC | E-mailing with all counsel regarding continuance of hearing on application to employ EA; Draft motion to continue hearing. | 0.70 | 213.50 |
| 11/21/2016 | JNC | Edit and revise October interim monthly statements and service packet; E-mailing with Mr. Hunsiker regarding same. | 0.20 | 61.00 |
| 11/22/2016 | JNC | Draft proposed order continuing hearing on application to employ EA. | 0.20 | 61.00 |
| | | *Less 15% Courtesy Discount* | | (73.20) |

**Total Services**                                                                                        414.80

                         **TOTAL FOR FILE 5025280-0011**                                                  414.80

12/14/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 11
INVOICE NO: 575366

Re: File 5025280-0012    Objections to Employment and Fee Applications

Invoice for period ended    11/30/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 11/2/2016 | JNC | Review debtor's objection to application to employ EisnerAmper. | 0.10 | 30.50 |

Less 15% Courtesy Discount    (4.58)

**Total Services**    25.92

**TOTAL FOR FILE 5025280-0012**    25.92

| | | |
|---|---|---|
| 12/14/2016 | | Page: 12 |
| CLIENT NO.: 5025280 | SpencerFane | INVOICE NO: 575366 |
| Unsecured Creditors' Committee--PVHC | | |

Re: File  5025280-0014     Litigation; Contested Matters and Adversary Proceedings

Invoice for period ended     11/30/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 11/1/2016 | JNC | Review insurance companies joint motion for relief from the automatic stay; Review Debtor's Motion for 2004 examinations. | 0.50 | 152.50 |
| 11/1/2016 | SJG | Telephone calls with creditors concerning status. | 0.25 | 106.25 |
| 11/2/2016 | JFH | Review and legal analysis of Bankruptcy code and nationwide court opinions re: issue re: whether a governmental entity can be an insider for purposes of Bankruptcy. | 0.90 | 220.50 |
| 11/3/2016 | JNC | Review objection to Debtor's 2004; Review e-mails with Mr. Caby regarding requests for documents; Review District's objection to application to employ EisnerAmper. | 0.50 | 152.50 |
| 11/8/2016 | JFH | Review and legal analysis of appellate opinions and analysis. | 1.10 | 269.50 |
| 11/8/2016 | JFH | Review and legal analysis of Wyoming public records regarding legislative history. | 2.10 | 514.50 |
| 11/8/2016 | JFH | Additional review and legal analysis of Bankruptcy code and nationwide appellate opinions regarding issue of whether a governmental entity may be an insider for purposes of Bankruptcy. | 2.70 | 661.50 |
| 11/8/2016 | JFH | Review and legal analysis of Wyoming statutes and appellate opinions. | 0.90 | 220.50 |
| 11/9/2016 | JNC | Hearing on removal and abstention issues. | 0.60 | 183.00 |
| 11/9/2016 | JFH | Review and legal analysis of appellate opinions regarding issue of nationwide appellate opinions regarding issue of fraudulent transfers. | 1.70 | 416.50 |
| 11/10/2016 | JFH | Continue review and legal analysis of nationwide appellate opinions regarding issues of a fraudulent transfer. | 4.50 | 1,102.50 |
| 11/11/2016 | JFH | Review of WARN Act. | 1.10 | 269.50 |
| 11/14/2016 | JFH | Continue review and legal analysis of nationwide appellate opinions regarding issue of fraudulent transfers. | 4.40 | 1,078.00 |
| 11/14/2016 | JFH | Telephone conference regarding issues related to WARN Act and fraudulent transfers. | 0.40 | 98.00 |
| 11/17/2016 | JNC | Review joinder in Debtor's objection to motion to lift automatic stay. | 0.10 | 30.50 |
| 11/17/2016 | JNC | Review debtor's brief in support of 2004 examination. | 0.10 | 30.50 |

| | | |
|---|---|---|
| 12/14/2016 | | |
| CLIENT NO.: 5025280 | SpencerFane | Page: 13 |
| Unsecured Creditors' Committee--PVHC | | INVOICE NO: 575366 |

| | |
|---|---:|
| *Less 15% Courtesy Discount* | (825.94) |
| **Total Services** | 4,680.31 |
| **TOTAL FOR FILE 5025280-0014** | 4,680.31 |

12/14/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 14
INVOICE NO: 575366

**Re: File 5025280-0015**     Meetings and Communications with Creditors and Committee

Invoice for period ended     11/30/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 11/4/2016 | SJG | Telephone calls from creditors and review issues concerning status. | 1.25 | 531.25 |
| 11/9/2016 | SJG | Continued discussions with members of creditors' committee with respect to meeting in Denver. | 3.50 | 1,487.50 |
| 11/13/2016 | SJG | Review documents and issues and follow-up matters with respect to meeting with debtor. | 1.00 | 425.00 |
| 11/14/2016 | SJG | Telephone calls from creditors. | 0.90 | 382.50 |
| 11/15/2016 | SJG | Telephone calls with respect to agreement with debtor. | 2.40 | 1,020.00 |
| 11/16/2016 | SJG | Numerous conference calls and review issues with respect to potential settlement with debtor and review insurance policies. | 7.35 | 3,123.75 |
| 11/17/2016 | SJG | Conference call with committee and representatives with respect to status. | 1.50 | 637.50 |
| 11/18/2016 | SJG | Continued discussions and conferences with clients with respect to settlement. | 4.40 | 1,870.00 |
| *Less 15% Courtesy Discount* | | | | (1,421.62) |

**Total Services**                                                                                                    8,055.88

**TOTAL FOR FILE 5025280-0015**                                                                                        8,055.88

12/14/2016  
CLIENT NO.: 5025280  
Unsecured Creditors' Committee--PVHC

**SpencerFane**

Page: 15  
INVOICE NO: 575366

Re: File 5025280-0018     Plan and Disclosure Statement

Invoice for period ended     11/30/2016

FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 11/2/2016 | SJG | Conferences and review issues with respect to potential agreement with debtor concerning plan. | 4.80 | 2,040.00 |
| 11/3/2016 | SJG | Review issues with respect to status and with respect to potential agreement with debtor. | 5.15 | 2,188.75 |
| 11/8/2016 | SJG | Preparation for meetings in Denver with debtor. | 5.60 | 2,380.00 |
| 11/10/2016 | SJG | Conferences and review issues and documents with respect to meeting in Denver. | 4.10 | 1,742.50 |
| 11/11/2016 | SJG | Meetings in Denver with respect to potential settlement. | 8.00 | 3,400.00 |
| 11/21/2016 | SJG | Work on and review, revise and edit documents regarding plan term sheet. | 3.50 | 1,487.50 |
| 11/23/2016 | SJG | Telephone calls with clients with respect to status. | 2.00 | 850.00 |
| 11/26/2016 | SJG | Look at issues with respect to plan term sheet and review, revise and edit documents regarding same. | 1.50 | 637.50 |
| 11/28/2016 | SJG | Telephone calls and review, revise and edit documents with respect to plan term sheet and review issues with respect to insurance. | 4.75 | 2,018.75 |
| 11/29/2016 | SJG | Review, revise and edit documents with respect to plan term sheet. | 1.25 | 531.25 |
| 11/30/2016 | SJG | Review, revise and edit documents regarding plan term sheet and send same and review issues concerning HTMS potential settlement. | 2.50 | 1,062.50 |

*Less 15% Courtesy Discount*     (2,750.81)

**Total Services**     15,587.94

TOTAL FOR FILE 5025280-0018     15,587.94

12/14/2016
CLIENT NO.: 5025280
Unsecured Creditors' Committee--PVHC

SpencerFane

Page: 16
INVOICE NO: 575366

**Re: File  5025280-0019**         **D&O Policy**

Invoice for period ended         11/30/2016
FOR SERVICES RENDERED

| Date | Tkpr | Description | Hours | Fees |
|---|---|---|---|---|
| 11/22/2016 | SJG | Review insurance policies. | 2.10 | 892.50 |

*Less 15% Courtesy Discount*                                                                 (133.88)

**Total Services**                                                                                 758.62

                    TOTAL FOR FILE 5025280-0019                                                  758.62

12/14/2016  
CLIENT NO.: 5025280  
Unsecured Creditors' Committee--PVHC  

SpencerFane

Page: 17  
INVOICE NO: 575366

### TIME AND FEE SUMMARY

| Timekeeper | Original Rate | Hours | Original Fees | Discount | Actual Rate | Actual Fees | Standard Rate |
|---|---|---|---|---|---|---|---|
| Scott J. Goldstein | 425.00 | 70.00 | 29,750.00 | 15.00% | 361.25 | 25,287.50 | 500.00 |
| Philip A. Pearlman | 410.00 | 17.40 | 7,134.00 | 15.00% | 348.50 | 6,063.90 | 410.00 |
| Jamie N. Cotter | 305.00 | 4.10 | 1,250.50 | 15.00% | 259.25 | 1,062.92 | 305.00 |
| Jacob F. Hollars | 245.00 | 19.80 | 4,851.00 | 15.00% | 208.25 | 4,123.35 | 245.00 |
| Totals | | 111.30 | 42,985.50 | | | 36,537.67 | |