Bradley T. Hunsicker (Wyo. Bar 7-4579)
**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
106 East Lincolnway, Suite 300
Cheyenne, WY  82001
Telephone: 307-778-8178
bhunsicker@markuswilliams.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POWELL VALLEY HEALTH CARE, INC., | ) | Case No. 16-20326 |
| | ) | |
| Debtor-in-Possession. | ) | |

## THIRD MOTION TO VACATE AND CONTINUE HEARING ON DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTOR TO ASSUME UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASES PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 6006 AND (II) ESTABLISHING CURE AMOUNT AND THE OPPOSITION THERETO
## (UNCONTESTED)

Powell Valley Health Care, Inc. ("PVHC", or the "Debtor"), the debtor and debtor in possession in the above captioned case, hereby files this motion to vacate and continue the hearing set for February 22, 2017, at 2:00 p.m., on the Debtor's *Motion for Entry of an Order (I) Authorizing the Debtor to Assume Unexpired Non-Residential Real Property Leases Pursuant to Section 365 of the Bankruptcy Code and Bankruptcy Rule 6006 and (II) Establishing Cure Amount* (the "Assumption Motion") [Doc. 248] and the *Objection to Motion for Entry of an Order (I) Authorizing the Debtor to Assume Unexpired Non-Residential Real Property Leases Pursuant to Section 365 of the Bankruptcy Code and Bankruptcy Rule 6006 and (II) Establishing Cure Amount, and Request for Evidentiary*

*Hearing* [Doc. 292] filed by the Official Committee of Unsecured Creditors (the "UCC"), and in support thereof shows the Court as follows:

1. The Debtor continues to participate in meaningful discussions with the UCC, and at this juncture, the Debtor and the UCC have made significant progress and are negotiating agreed upon terms for a consensual Plan. The undersigned believes that the Debtor and the UCC have agreed, at least conceptually, on the terms of a consensual Plan and expects that the parties will begin drafting the Plan and supporting documents as early as February 27, 2017.

2. Based on the foregoing, the Debtor believes that the interests of all parties would be better served if the parties focused their efforts on negotiating a consensual Plan, rather than addressing the merits of the Assumption Motion.

3. Accordingly, the Debtor requests that the hearing on the Assumption Motion be vacated and continued for a period of approximately thirty (30) days.

4. The UCC and the Powell Hospital District have consented to the relief requested herein.

**WHEREFORE**, the Debtor respectfully requests the Court enter an order substantially in the form attached hereto at Exhibit A vacating and continuing the hearing on the Assumption Motion until a date on or after March 22, 2017.

Dated: February 21, 2017.

                    **MARKUS WILLIAMS YOUNG &**
                    **ZIMMERMANN LLC**

                    By: */s/ Bradley T. Hunsicker*

                          Bradley T. Hunsicker (WY Bar No 7-4579)
                          106 East Lincolnway, Suite 300
                          Cheyenne, WY 82001
                          Telephone: 307-778-8178
                          Facsimile: 307-638-1975
                          Email: bhunsicker@markuswilliams.com

                          Counsel for the Debtor and Debtor-in-Possession

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on February 21, 2017, a copy of the foregoing was served *electronically* upon those parties indicated below:

**Attorneys for Official Committee of Unsecured Creditors:**
Scott J. Goldstein
Philip A. Pearlman
Jamie N. Cotter
Spencer Fane
1000 Walnut Street, Suite 1400
Kansas City, MO  64106
1700 Lincoln Street, Suite 2000
Denver, CO 80203
sgoldstein@spencerfane.com
jcotter@spencerfane.com
ppearlman@spencerfane.com

**Powell Hospital District:**
Brent R. Cohen
Chad S. Caby
Lewis Roca Rothgerber LLP
1200 17th Street, Suite 3000
Denver, CO  80202-5855
ccaby@lrrc.com
bcohen@lrrc.com

                          */s/Bradley T. Hunsicker*
                          Bradley T. Hunsicker

3