## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF WYOMING

FILED

9:51 am, 3/8/17

Tim J. Ellis
Clerk of Court

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POWELL VALLEY HEALTH CARE, INC., | ) | Case No. 16-20326 |
| | ) | |
| Debtor-in-Possession. | ) | |

### ORDER GRANTING DEBTOR'S FOURTH MOTION TO EXTEND
### EXCLUSIVITY PERIODS PURSUANT TO 11 U.S.C. § 1121(d)

Upon the motion of Powell Valley Health Care, Inc. ("PVHC", or the "Debtor") pursuant to 11 U.S.C. § 1121(d) for an order (i) extending PVHC's exclusivity period to file a plan through and including to March 10, 2017, and (ii) extending PVHC's exclusivity period to obtain acceptance of its plan through and including to May 10, 2017; and there appearing that the objection deadline expired and no objections to the Motion were filed; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion is sufficient under the circumstances as notice was served on February 9, 2017, to all the parties on the Master Limited Service List, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate and all parties in interest; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the exclusivity period for PVHC to file a plan of reorganization under 11 U.S.C. § 1121(b) is extended through and including to March 10, 2017; and it is further

ORDERED that the exclusivity period for PVHC to obtain acceptance of its plan is extended through and including to May 10, 2017; and it is further

ORDERED that the extension of the above exclusivity periods is without prejudice to the rights of PVHC to request further extensions of these exclusivity periods if necessary and appropriate.

BY THE COURT

*Cathleen D. Parker*  
_____ 3/8/2017_
Honorable Cathleen D. Parker
United States Bankruptcy Judge