Bradley T. Hunsicker (Wyo. Bar 7-4579)
**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
106 East Lincolnway Suite 300
Cheyenne, WY  82001
Telephone: 307-778-8178
bhunsicker@markuswilliams.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POWELL VALLEY HEALTH CARE, INC., | ) | Case No. 16-20326 |
| | ) | |
| Debtor-in-Possession. | ) | |

## SUPPLEMENT TO VERIFIED STATEMENT OF BRADLEY T. HUNSICKER IN SUPPORT OF APPLICATION FOR ORDER APPROVING *NUNC PRO TUNC* EMPLOYMENT OF MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC AS COUNSEL FOR DEBTOR-IN-POSSESSION

I, Bradley T. Hunsicker, hereby declare under penalty of perjury:

1. I am an associate in the law firm of Markus Williams Young & Zimmermann LLC ("MWYZ").

2. This declaration is submitted pursuant to Fed. R. Bankr. P. 2014(a) in connection with the *Application for Order Approving Employment of Markus Williams Young & Zimmermann LLC as Counsel for Debtor-in-Possession Nunc Pro Tunc to the Petition Date and Approving Security Retainer* (the "Application") filed in the above-captioned case [Doc. 7].

3. I am duly admitted to practice law in the State of Wyoming and before this Court.

4. MWYZ's Wyoming office is located at 106 East Lincolnway, Suite 300, Cheyenne, Wyoming 82001.

5. On or around March 20, 2017, MWYZ was retained by First State Bank, whose address is 1410 E Valley Rd, Torrington, Wyoming 82240, for a bankruptcy matter in Colorado wholly unrelated to the Debtor. First State Bank is a division of Glacier Bank. As a precaution, MWYZ discloses this information to the Court because the Debtor's primary secured lender, First Bank of Wyoming, is also a division of Glacier Bank. Thus, while First State Bank and First Bank of Wyoming are separate entities, they are affiliated with one another.

6. To the best of my knowledge, MWYZ remains a disinterested person as that term is used in the Bankruptcy Code, irrespective of the affiliation between First State Bank and First Bank of Wyoming.

Dated: Cheyenne, Wyoming
March 20, 2017

        MARKUS WILLIAMS YOUNG AND
        ZIMMERMANN LLC

        By: /s/ *Bradley T. Hunsicker*
        Bradley T. Hunsicker (WY Bar No. 7-4579)
        106 East Lincolnway Suite 300
        Cheyenne, WY 82001
        Telephone: 307-778-8178
        Facsimile: 307-638-1975
        Email: bhunsicker@markuswilliams.com

        Counsel for Powell Valley Health Care, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2017, a copy of the foregoing was served *electronically* via the Court's CM/ECF notice system upon **Daniel Morse of the Office of the United States Trustee**.

/s/ *Bradley T. Hunsicker*
Bradley T. Hunsicker