# Powell Valley Health Care, Inc.
# Case No. 16-20326

Markus Williams Young & Zimmermann LLC
Interim Monthly Billing Statement[1]
(October 1, 2016 – October 31, 2016)

| Timekeeper | Role | Rate | Hours | Amount |
|---|---|---|---|---|
| James T. Markus | Attorney | $425 | 3.10 | $1,317.50 |
| John F. Young | Attorney | $395 | 18.90 | $7,465.50 |
| Steven R. Rider | Attorney | $375 | | |
| Donald D. Allen | Attorney | $310 | | |
| Jennifer M. Salisbury | Attorney | $310 | 27.50 | $8,525.00 |
| Jeffrey O McAnallen | Attorney | $295 | | |
| Bradley T. Hunsicker | Attorney | $295 | 72.00 | $21,240.00 |
| Matthew T. Faga | Attorney | $295 | | |
| Robert B. Little | Paralegal | $125 | 1.60 | $200.00 |
| Jenny F. Tokuoka | Secretary | $95 | | |

**Total**                                                      123.10[2]       **$38,748.00**
**Less Holdback (25% of total fees)**                                          **$9,687.00**
**Net Allowable Interim Monthly Fees**                                         **$29,061.00**

**Expenses**

| | |
|---|---|
| Photocopies (1,549 @ .20) | $309.80 |
| Online research | $1,109.86 |
| Postage | $75.99 |
| Out-of-town travel | $ |
| Court fees | $ |
| Recording fees | $30.00 |
| Overnight delivery | $ |
| Conference calls | $13.00 |

**Total**                         **$1,538.65**

| | |
|---|---|
| **Total Interim Monthly Fee Request** | **$29,061.00** |
| **Total Interim Monthly Expense Request** | **$ 1,538.65** |
| **Total Interim Monthly Fee & Expense Request** | **$30,599.65** |

---

[1] Submitted in accordance with the Bankruptcy Court's *Order on Debtor's Motion to Establish Interim Compensation Procedures* [Doc. 211].

[2] Detailed time entries for each attorney/paralegal/secretary are attached hereto at Exhibit A.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served this 17th day of November, 2016, by placing a copy in the U.S. mail, first class postage prepaid upon the Debtor and those parties identified on the mailing matrix attached hereto at Exhibit B.

*/s/ Jenny F. Tokuoka*
Jenny F. Tokuoka