**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

November 17, 2016                                 Invoice No.: 94181

Terry Odom, CEO                                   **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                    11278.002   Restructure/Reorganization
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/03/2016 | BTH | Email to R. Royal re status of continuance on motion re insurance proceeds (.1); Review docket to determine dates and deadlines for pending matters (.5); Email to M. Long re review of revised Schedule F (.1); Email to T. Odom re execution of non-disclosure agreement with Committee (.1); Review order continuing hearing on assumption motion (.1); Review order vacating hearing (.1); Phone conference with C. Caby re update on case progress (.3). | 1.30 | 383.50 |
| 10/04/2016 | BTH | Review pending adversary proceedings and pleadings related thereto (.7); Email to CFO/CEO re payment of interim fee application (.1); Review order vacating status conference (.1); Research re issues related to potential dismissal of case (.4). | 1.30 | 383.50 |
| 10/05/2016 | BTH | Email to J. Cotter re execution of non-disclosure agreement (.1); Review and analyze issues related to pending matters in case re eligibility of Debtor (.4); Review order on exclusivity (.1). | 0.60 | 177.00 |
|  | RBL | Review adversary case pleadings | 0.30 | 37.50 |
| 10/07/2016 | BTH | Review and research and respond to inquiry from C. Caby re pre-petition litigation (.1); Review pleadings filed in removal adversary proceedings (.3); Provide email update to M. Long and T. Odom (.1). | 0.50 | 147.50 |
| 10/10/2016 | BTH | Review correspondence from NYX Health and forward to CEO and CFO for review (.2); Review financial data from M. Long (.2); Phone conference with R. Royal to address case (.7); Phone conference with D. Kellam to address case (.4). | 1.50 | 442.50 |
| 10/11/2016 | BTH | Phone conference with CEO/CFO to discuss collection of receivables (.4); Review monthly financials from M. Long and email questions regarding the same (.5); Email to CFO re monthly interim fee statement (.1); Email to H2C re collection of pre-petition receivables (.1); Review and summarize various pre-petition leases with District and email C. Caby regarding the same (1.2); Email to M. Long re questions with leases (.1). | 2.40 | 708.00 |

October Fee Entries    Page 2 of 16

Page 2

11/17/2016
Invoice No.: 94181
11278.002  Restructure/Reorganization

|  |  |  | Hours |  |
|---|---|---|---|---|
| 10/12/2016 | RBL | Review adversary case pleadings. | 0.20 | 25.00 |
|  | BTH | Research and respond to email inquiry from J. Smiley re status of pending matters (.2). | 0.20 | 59.00 |
| 10/13/2016 | BTH | Phone conference with M. Long and T. Odom re documentation requests from UCC (.9); Interoffice discussion with J. Young re progress of case and document sharing with UCC (.7); Review additional asset list from M. Long (.2); Email to C. Caby re documents to be provided to UCC (.1). | 1.90 | 560.50 |
| 10/14/2016 | RBL | Review adversary case pleadings | 0.20 | 25.00 |
|  | JFY | Review and analyze lease documents between the Debtor and the District and other related matters. | 0.50 | 197.50 |
| 10/18/2016 | BTH | Respond to creditor inquiry (Sysco) (.1); Phone conference with C. Caby (.9). | 1.00 | 295.00 |
|  | JFY | Review and revise lease issues with District. | 0.50 | 197.50 |
| 10/19/2016 | RBL | Review adversary case pleadings. | 0.20 | 25.00 |
| 10/20/2016 | BTH | Phone conference with M. Long (.3). | 0.30 | 88.50 |
| 10/21/2016 | RBL | Review contracts re legal descriptions | 0.50 | 62.50 |
| 10/24/2016 | BTH | Prepare for attend Board meeting. | 1.20 | 354.00 |
| 10/26/2016 | RBL | Review adversary case pleadings. | 0.20 | 25.00 |
|  | BTH | Phone conference with C. Caby (.8); Additional review and analysis of documentation from M. Long (1.5); Phone conference with T. Woznick to discuss case (.3); Prepare for and attend conference call with H2C (1.8). | 4.40 | 1,298.00 |
| 10/27/2016 | BTH | Phone conference with C. Caby to discuss case (.3); Phone conference with D. Kellam to discuss insurance issues (.3); Emails to M. Long re questions with various documents subject to UCC requests (.2). | 0.80 | 236.00 |
| 10/31/2016 | BTH | Review files in preparation for addressing upcoming matters (.7). | 0.70 | 206.50 |
|  |  | **TOTAL SERVICES** | 20.70 | 5,934.50 |

**EXPENSES:**

| | |
|---|---|
| Photocopies | 309.80 |
| Online research | 1,109.86 |
| Postage | 75.99 |
| Recording fees | 30.00 |
| Conference calls | 13.00 |
| **TOTAL EXPENSES** Thru 10/31/2016 | 1,538.65 |
| **TOTAL THIS INVOICE** | 7,473.15 |

11/17/2016 Page 3
Invoice No.: 94181
11278.002  Restructure/Reorganization

|  |  |  |
|---|---|---|
|  | Previous Balance | $47,443.68 |
| 10/24/2016 | Payment received | -18,654.18 |
| 11/15/2016 | Payment received | -4,784.64 |
|  | Total Payments | -23,438.82 |
|  | **TOTAL OUTSTANDING INVOICES** | $31,478.01 |

Your trust account balance is

|  |  |  |
|---|---|---|
|  | Opening Balance | $228,501.20 |
| 10/19/2016 | Ck #3461 | 48,072.88 |
| 10/24/2016 | August Interim Billing Payment |  |
|  | PAYEE: MARKUS WILLIAMS YOUNG & ZIMMERMANN LL | -48,072.88 |
| 11/08/2016 | Ck #3820 | 36,480.14 |
| 11/15/2016 | September Interim Billing Payment |  |
|  | PAYEE: MARKUS WILLIAMS YOUNG & ZIMMERMANN LL | -36,480.14 |
|  | Closing Balance | $228,501.20 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

November 17, 2016                                Invoice No.: 94183

Terry Odom, CEO                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                11278.004   Cash Collateral
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 10/05/2016 | BTH | Review reports for purposes of use of cash collateral (.4); Phone conference with T. Woznick to address cash collateral reports (.4); Phone conference with S. Goldstein to discuss cash collateral reports (.3). | 1.10 | 324.50 |
|  |  | **TOTAL SERVICES** | 1.10 | 324.50 |
|  |  | **TOTAL THIS INVOICE** |  | 324.50 |
|  |  | Previous Balance |  | $6,609.55 |
| 10/24/2016 |  | Payment received |  | -1,062.00 |
| 11/15/2016 |  | Payment received |  | -4,952.50 |
|  |  | Total Payments |  | -6,014.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $919.55 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

November 17, 2016                                           Invoice No.:  94185

Terry Odom, CEO                                 **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                      11278.007   Required Reports
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 10/24/2016 | BTH | Prepare and finalize monthly operating report for September 2016. | 0.90 | 265.50 |
|  |  | **TOTAL SERVICES** | 0.90 | 265.50 |
|  |  | **TOTAL THIS INVOICE** |  | 265.50 |
|  |  | Previous Balance |  | $1,062.00 |
| 10/24/2016 |  | Payment received |  | -472.00 |
| 11/15/2016 |  | Payment received |  | -590.00 |
|  |  | Total Payments |  | -1,062.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $265.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

November 17, 2016                                  Invoice No.: 94187

Terry Odom, CEO                                    **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                     11278.009   Executory Contracts
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 10/12/2016 | BTH | Review and reconcile leases with Hospital District (1.6); Phone conference with C. Caby re various leases with Hospital District (.5); Various email correspondence with C. Caby re leases (.3); Continue review of leases for purposes of responding to UCC (.5). | 2.90 | 855.50 |
| 10/17/2016 | BTH | Review of various leases between Debtor and Hospital District and analyze issues related thereto (3.1). | 3.10 | 914.50 |
|  |  | **TOTAL SERVICES** | 6.00 | 1,770.00 |
|  |  | **TOTAL THIS INVOICE** |  | 1,770.00 |
|  |  | Previous Balance |  | $4,996.50 |
| 10/24/2016 |  | Payment received |  | -3,109.50 |
| 11/15/2016 |  | Payment received |  | -1,887.00 |
|  |  | Total Payments |  | -4,996.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $1,770.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

November 17, 2016                                                  Invoice No.:  94188

Terry Odom, CEO                                         **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                11278.010   Creditors Committee
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/03/2016 | BTH | Review non-disclosure agreement with Committee (.3); Review order approving employment of H2C and forward to CEO and CFO (.1); Email to S. Goldstein re notice of possible dismissal motion (.1); Email to S. Goldstein re filing amended Schedule F under seal (.1). | 0.60 | 177.00 |
| 10/05/2016 | JMS | Legal research regarding standing of creditors' committee to file motion to dismiss bankruptcy case as a litigation tactic for leverage. | 2.30 | 713.00 |
|  | JFY | Review and analyze Unsecured Creditor Committee issues and claims asserted in regard to the District and issues concerning eligibility for bankruptcy relief related thereto. | 1.40 | 553.00 |
| 10/10/2016 | BTH | Prepare summary and responses to various requests for documents from UCC (1.3); Email summary and documents to UCC (.1); Review NDA signatures from UCC (.1). | 1.50 | 442.50 |
| 10/11/2016 | BTH | Address matters related to non-disclosure agreement with UCC (.2). | 0.20 | 59.00 |
|  | BTH | Compile document and information requests from UCC and begin drafting response thereto (1.8). | 1.80 | 531.00 |
| 10/12/2016 | BTH | Review and analyze memorandums from UCC and Hospital District re potential claims and defenses (2.5). | 2.50 | 737.50 |
| 10/13/2016 | BTH | Complete review of documents to be provided to UCC (1.5). | 1.50 | 442.50 |
| 10/14/2016 | BTH | Review correspondence from UCC re outstanding fees and application to employ Eisner Amper (.3). | 0.30 | 88.50 |
|  | JFY | Review and analyze various informal requests made by the Committee for information and responses thereto (.8); Review and analyze the documents to be produced to Committee (.9); Conference with Committee counsel re exchange of information issues and other case related issues (.4). | 2.10 | 829.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | BTH | Address open issues in the case re Committee requests for information and matters related thereto. | 1.70 | 501.50 |
| 10/17/2016 | JMS | Research re claims made by the committee that the debtor is not authorized to file bankruptcy. | 1.20 | 372.00 |
| | BTH | Review and respond to UCC's Application to Employ Eisner Amper (1.5); Phone conference with S. Goldstein (.7); Review various lease agreements and forward to J. Cotter (.4). | 2.60 | 767.00 |
| | BTH | Review and compile various information requests from UCC and forward questions related thereto to M. Long (.6). | 0.60 | 177.00 |
| 10/18/2016 | BTH | Review various files to be provided to UCC upon execution of non-disclosure agreement (1.6); Upload various files for review by the UCC and advise the UCC accordingly (.5). | 2.10 | 619.50 |
| 10/19/2016 | JMS | Continued research re claims made by the committee that the debtor is a governmental instrumentality and not authorized to file bankruptcy. | 2.60 | 806.00 |
| | BTH | Phone conference with S. Goldstein and follow-up call with J. Young (.4). | 0.40 | 118.00 |
| | JFY | Continue to review and analyze informal discovery related issues with the Committee. | 0.90 | 355.50 |
| 10/20/2016 | BTH | Review and research inquires from UCC and prepare summary related thereto (1.3). | 1.30 | 383.50 |
| 10/24/2016 | BTH | Phone conference with S. Goldstein and discuss the same with J. Young. | 0.40 | 118.00 |
| | JMS | Legal research and begin drafting objection to creditor committee's application to employ financial advisor. | 3.50 | 1,085.00 |
| | JFY | Review and analyze issue re Committee's retention of financial advisor. | 0.80 | 316.00 |
| 10/25/2016 | BTH | Review various responses from M. Long to UCC requests and forward the same to S. Goldstein (.6); Email correspondence with S. Goldstein re in-person settlement meeting (.2); Review documents to be provided to UCC (1.5). | 2.30 | 678.50 |
| | JFY | Review and analyze information and documents being produced to Committee. | 0.80 | 316.00 |
| 10/27/2016 | JMS | Continue drafting objection to committee's application for employment of financial advisor; legal research in support of same. | 2.70 | 837.00 |
| | BTH | Review and compile documents responsive to UCC requests (4.2); Email to S. Goldstein re document sharing (.1). | 4.30 | 1,268.50 |
| 10/31/2016 | JMS | Continue drafting objection to employment of EisnerAmper by creditors committee. | 4.50 | 1,395.00 |
| | BTH | Review email from C. Caby re document requests from UCC and respond accordingly (.2); Review modification of UCC membership (.2). | 0.40 | 118.00 |

11/17/2016 Page 3
Invoice No.: 94188
11278.010   Creditors Committee

|  |  | Hours |  |
|---|---|---:|---:|
| **TOTAL SERVICES** |  | 47.30 | 14,805.50 |
| **TOTAL THIS INVOICE** |  |  | 14,805.50 |
| Previous Balance |  |  | $2,827.00 |
| 10/24/2016 | Payment received |  | -885.00 |
| 11/15/2016 | Payment received |  | -1,942.00 |
|  | Total Payments |  | -2,827.00 |
| **TOTAL OUTSTANDING INVOICES** |  |  | $14,805.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

November 17, 2016                                           Invoice No.: 94189

Terry Odom, CEO                              **RE:** Powell Valley Healthcare, Inc.
Powell Valley Healthcare, Inc.                    11278.012   Tort Litigation
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                                                                                                                       | Hours |        |
|------------|-----|---|---|---|
| 10/04/2016 | JMS | Review and analysis of Court Order vacating hearing (0.2); Review tort claimant's Motion for Remand or for abstention and response of Healthtech re same (0.4); Conference with B. Hunsicker re filing a Notice of Appearance in Healthtech adversary proceedings and Debtor's position re same (0.3). | 0.90  | 279.00 |
| 10/24/2016 | BTH | Review various pleadings filed in Health Tech removal adversary proceeding. | 0.80 | 236.00 |
|            | JMS | Review answers filed in adversary complaint re extension of automatic stay. | 0.40 | 124.00 |
| 10/27/2016 | JMS | Review Answers to Adversary Proceeding to extend the automatic stay; conference with B. Hunsicker re same. | 0.50 | 155.00 |
|            |     | **TOTAL SERVICES** | 2.60 | 794.00 |
|            |     | **TOTAL THIS INVOICE** |      | 794.00 |
|            |     | Previous Balance |      | $29,179.56 |
| 10/24/2016 |     | Payment received |      | -13,637.50 |
| 11/15/2016 |     | Payment received |      | -1,891.00 |
|            |     | Total Payments |      | -15,528.50 |
|            |     | **TOTAL OUTSTANDING INVOICES** |      | $14,445.06 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

November 17, 2016                                           Invoice No.: 94190

Terry Odom, CEO                                  **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                          11278.013   Insurance Issues
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 10/04/2016 | BTH | Phone conference with counsel for Lexington insurance (.3). | 0.30 | 88.50 |
| 10/13/2016 | BTH | Research and analyze issues related to denial of insurance coverage and bad faith claims (1.7). | 1.70 | 501.50 |
| 10/28/2016 | BTH | Revisit issues related to filing motion for 2004 examination against insurers (.3); Attend conference call with Lexington counsel (.2); Research issues related to insurer motion for stay relief (.5); Advise UCC on insurer motion for stay relief (.1). | 1.10 | 324.50 |
| 10/31/2016 | BTH | Review and finalize motion and proposed order for 2004 examination of insurance companies (2.4); Email to CEO re approval to file 2004 motion (.1); Email to M. Davis re termination of standstill (.1); Review motion for relief from stay filed by insurers and research matters related thereto (1.9). | 4.50 | 1,327.50 |
|  |  | **TOTAL SERVICES** | 7.60 | 2,242.00 |
|  |  | **TOTAL THIS INVOICE** |  | 2,242.00 |
|  |  | Previous Balance |  | $8,910.57 |
| 10/24/2016 |  | Payment received |  | -914.50 |
| 11/15/2016 |  | Payment received |  | -903.50 |
|  |  | Total Payments |  | -1,818.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $9,334.57 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

November 17, 2016                                              Invoice No.:  94191

Terry Odom, CEO                               **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                        11278.014   Plan and Disclosure Statement
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/10/2016 | JFY | Review and analyze various plan issues and settlement discussions with Committee and open issues re same and strategy for resolving. | 1.20 | 474.00 |
| 10/13/2016 | JFY | Review and analyze documents and requests made by Committee and documents to be produced by Committee in regard to plan negotiations (1.3); Review and analyze privilege issues re same (.6). | 1.90 | 750.50 |
| 10/17/2016 | BTH | Begin working on issues related to drafting of Disclosure Statement (.5). | 0.50 | 147.50 |
| 10/19/2016 | JMS | Continue drafting disclosure statement. | 4.60 | 1,426.00 |
| 10/20/2016 | JMS | Continue drafting disclosure statement. | 1.70 | 527.00 |
| 10/24/2016 | JMS | Continue drafting disclosure statement. | 2.60 | 806.00 |
|  | JFY | Review and analyze best interest of creditor test issues and valuation issues and work with financial advisor re same (1.8); Review and analyze plan structure issue to meet and satisfy various confirmation requirements including best interest test (.7). | 2.50 | 987.50 |
| 10/25/2016 | JFY | Review and analyze Plan confirmation issues and recent case law re same (1.5); Draft various issues related to Plan and review language related thereto re confirmation requirements (1.4); Review and revise feasibility issues (.7). | 3.60 | 1,422.00 |
| 10/26/2016 | JTM | Detailed review and analysis of financial advisor draft report (1.2); Telephone conference(s) with B. Hunsicker re analysis and plan strategy (0.4); Extended discussion with financial advisor re its preliminary analysis, revenue issues, expenses and other matters (1.5). | 3.10 | 1,317.50 |
|  | JFY | Conference with financial advisor re valuation and feasibility issues (.8); Review and analyze best interest of creditor's test under § 1129 of the Code and compliance therewith in regard to plan confirmation issues (1.1) | 1.90 | 750.50 |
|  |  | **TOTAL SERVICES** | 23.60 | 8,608.50 |

11/17/2016 Page 2
Invoice No.: 94191
11278.014   Plan and Disclosure Statement

|  |  |  |
|---|---|---|
|  | **TOTAL THIS INVOICE** | 8,608.50 |
|  | Previous Balance | $17,800.00 |
| 10/24/2016 | Payment received | -5,180.00 |
| 11/15/2016 | Payment received | -2,449.00 |
|  | Total Payments | -7,629.00 |
|  | **TOTAL OUTSTANDING INVOICES** | $18,779.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

November 17, 2016                                     Invoice No.:  94192

Terry Odom, CEO                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                11278.015   Employment and Fee Applications
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/07/2016 | BTH | Review and revise and code time entries for monthly interim fee application (.9); Prepare and finalize documents for monthly interim fee application (1.3). | 2.20 | 649.00 |
| 10/10/2016 | BTH | Interoffice discussions re finalizing monthly interim fee application (.2). | 0.20 | 59.00 |
| 10/12/2016 | BTH | Phone conference with H2C re case update (.5). | 0.50 | 147.50 |
| 10/13/2016 | BTH | Review revised engagement letter and discuss the same with J. Young (.3). | 0.30 | 88.50 |
| 10/19/2016 | JFY | Review and analyze fee application issues and billings to Debtor in compliance with court order. | 0.80 | 316.00 |
| 10/24/2016 | BTH | Review preliminary report from H2C (1.3); Research issues related to UCC Application to Employ Eisner Amper (.6). | 1.90 | 560.50 |
| 10/25/2016 | BTH | Email correspondence with H2C re plan moving forward with case (.2); Email to US Trustee re pending employment application (.1). | 0.30 | 88.50 |
|  | BTH | Review Application to Employ Eisner Amper and research issues related thereto (1.2); Email and phone correspondence with M. Long re open issues in the case and Application to Employ Eisner Amper (.5); Interoffice discussions re open issues in case and strategy moving forward (.9). | 2.60 | 767.00 |
| 10/27/2016 | BTH | Begin review of monthly fee summaries in preparation of drafting fee application (1.2). | 1.20 | 354.00 |
| 10/31/2016 | BTH | Research issues related to employment of Eisner Amper (1.2); Review and revise objection to retention of Eisner Amper (1.0). | 2.20 | 649.00 |
|  |  | **TOTAL SERVICES** | 12.20 | 3,679.00 |
|  |  | **TOTAL THIS INVOICE** |  | 3,679.00 |

11/17/2016                                                                                                                                                   Page 2
Invoice No.: 94192

11278.015  Employment and Fee Applications

|  |  |  |
|---|---|---|
|  | Previous Balance | $28,299.50 |
| 11/15/2016 | Payment received | -15,576.00 |
|  | **TOTAL OUTSTANDING INVOICES** | $16,402.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

November 17, 2016                               Invoice No.:  94193

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                    11278.016   Automatic Stay Adversary
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                              | Hours |        |
|------------|-----|----------------------------------------------|-------|--------|
| 10/25/2016 | BTH | Review various answers filed by defendants (.7). | 0.70  | 206.50 |
| 10/27/2016 | BTH | Additional review of answers (.4).           | 0.40  | 118.00 |
|            |     | **TOTAL SERVICES**                           | 1.10  | 324.50 |
|            |     | **TOTAL THIS INVOICE**                       |       | 324.50 |
|            |     | Previous Balance                             |       | $1,113.50 |
| 11/15/2016 |     | Payment received                             |       | -383.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**               |       | $1,054.50 |

*PAYABLE UPON RECEIPT*