# Powell Valley Health Care, Inc.
# Case No. 16-20326

Markus Williams Young & Zimmermann LLC
Interim Monthly Billing Statement[1]
(November 1, 2016 – November 30, 2016)

| Timekeeper | Role | Rate | Hours | Amount |
|---|---|---|---|---|
| James T. Markus | Attorney | $425 | 2.00 | $850.00 |
| John F. Young | Attorney | $395 | 31.70 | $12,521.50 |
| Steven R. Rider | Attorney | $375 | 18.20 | $6,825.00 |
| Donald D. Allen | Attorney | $310 | | |
| Jennifer M. Salisbury | Attorney | $310 | 44.90 | $13,919.00 |
| Jeffrey O McAnallen | Attorney | $295 | | |
| Bradley T. Hunsicker | Attorney | $295 | 98.90 | $29,175.50 |
| Matthew T. Faga | Attorney | $295 | | |
| Robert B. Little | Paralegal | $125 | 0.60 | $75.00 |
| Jenny F. Tokuoka | Secretary | $95 | | |
| **Total** | | | **196.30[2]** | **$63,366.00** |
| **Less Holdback (25% of total fees)** | | | | **$15,841.50** |
| **Net Allowable Interim Monthly Fees** | | | | **$47,524.50** |

**Expenses**

| | |
|---|---|
| Photocopies (7,440 @ .20) | $1,488.00 |
| Online research | $1,663.97 |
| Postage | $245.61 |
| Out-of-town travel | $120.00 |
| Court fees | $ |
| Recording fees | $ |
| Overnight delivery | $ |
| Conference calls | $68.93 |
| **Total** | **$3,586.51** |

| | |
|---|---|
| **Total Interim Monthly Fee Request** | **$47,524.50** |
| **Total Interim Monthly Expense Request** | **$ 3,586.51** |
| **Total Interim Monthly Fee & Expense Request** | **$51,111.01** |

---

[1] Submitted in accordance with the Bankruptcy Court's *Order on Debtor's Motion to Establish Interim Compensation Procedures* [Doc. 211].

[2] Detailed time entries for each attorney/paralegal/secretary are attached hereto at Exhibit A.

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served this 20th day of December, 2016, by placing a copy in the U.S. mail, first class postage prepaid upon the Debtor and those parties identified on the mailing matrix attached hereto at Exhibit B.

                                            */s/  Jenny F. Tokuoka*
                                            Jenny F. Tokuoka