**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

December 19, 2016                                         Invoice No.: 94546

Terry Odom, CEO                           **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.               11278.002   Restructure/Reorganization
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/2016 | BTH | Review docket and newly filed pleadings (.4); Email to CFO re interim monthly billing request (.1). | 0.50 | 147.50 |
| 11/02/2016 | RBL | Review adversary case pleadings. | 0.20 | 25.00 |
|  | BTH | Phone conference with C. Caby to discuss pending matters in case (.3); Phone conference and email with S. Goldstein to discuss pending matters in case (.3). | 0.60 | 177.00 |
| 11/03/2016 | BTH | Review and analyze recent pleadings in case including District's objection to EisnerAmper (.7); Conference call with J. Young to address pending matters in case (.3); Review audit letter and begin working on response (.3). | 1.30 | 383.50 |
| 11/04/2016 | RBL | Review adversary proceedings. | 0.20 | 25.00 |
|  | BTH | Research and strategize for matters related to the composition of the UCC and issues related to overlapping representation by members of the UCC (.7); Discuss matters related to upcoming settlement conference with CEO (.2). | 0.90 | 265.50 |
| 11/07/2016 | BTH | Phone conference with CEO/CFO to discuss open issues in case. | 0.30 | 88.50 |
| 11/08/2016 | BTH | Review docket and all pending pleadings and related deadlines (1.5); Phone conference with C. Caby issues with document sharing with UCC (.4); Phone conference with M. Cain re potential engagement for collection of accounts receivable (.7). | 2.60 | 767.00 |
| 11/09/2016 | BTH | Phone conference with C. Caby to discuss case (.3); Phone conference with J. Salisbury to address pending matters in case (.4). | 0.70 | 206.50 |
| 11/10/2016 | RBL | Review adversary case pleadings. | 0.20 | 25.00 |

Case 16-20326    Doc 473-5    Filed 03/30/17    Entered 03/30/17 10:56:30    Desc Exhibit
Page 2

12/19/2016
Invoice No.: 94546
11278.002  Restructure/Reorganization

November Fee Entries    Page 2 of 18

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| | BTH | Email correspondence with CEO to address settlement conference (.2); Phone conference with N. Reib re upcoming settlement conference (.2); Forward UCC fee materials to CEO (.1); Email to C. Caby re potential terms of settlement (.1); Phone conference with R. Royal to discuss case (.5); Prepare for settlement conference (2.0); Research issues related to potential settlement with UCC (.7). | 3.80 | 1,121.00 |
| 11/11/2016 | BTH | Travel to/from Denver, CO to attend settlement conference (billed at 1/2 time) (2.0); Prepare for and attend settlement conference (5.0); Attend follow-up discussions (post-settlement conference) to address open issues in case (1.5). | 8.50 | 2,507.50 |
| | SRR | Telephone conference(s) with Brad re status of plan (0.2); Review motion for relief (0.4); Review plan term sheet (0.2); Review pleadings (0.2). | 1.00 | 375.00 |
| | JFY | Meet with Committee to discuss various open items and potential resolutions of case. | 4.30 | 1,698.50 |
| 11/14/2016 | BTH | Phone conference with T. Woznick re case update (.2). | 0.20 | 59.00 |
| 11/15/2016 | BTH | Phone conference with C. Caby to address possible settlement with District (.3); Phone conference with CEO/CFO re potential settlement with UCC (.6); Settlement conference with CEO/CFO and District (1.4). | 2.30 | 678.50 |
| 11/16/2016 | BTH | Phone conference with T. Woznick to discuss Bank's position on Eisner Amper (.2); Phone conference with C. Caby to discuss potential settlement with District (.3); Email to CEO/CFO and District re proposed settlement terms with UCC (.2). | 0.70 | 206.50 |
| | SRR | Review and revise response to insurance company objection on motion for 2004 examination (.4) Telephone conference(s) with Brad re revisions (0.1); Telephone conference(s) with Brad re insurance litigation (0.2); Correspondence with Brad re deal with UCC (0.3) | 1.10 | 412.50 |
| 11/17/2016 | BTH | Prepare for and attend conference call with CEO/CFO and counsel for District re settlement negotiations (1.3); Phone conference with CEO/CFO re potential settlement terms (.3); Review pleadings regarding pending matters (.5); Phone conference with J. Markus to address settlement proposal (.3); Update parties re proposed settlement terms with UCC (.1); Email to H2C re update on case (.1). | 2.70 | 796.50 |
| | SRR | Telephone conference(s) with Board and Brad (1.0); Review of plan and term sheet with UCC (0.4); Correspondence with Brad re same (0.2). | 1.60 | 600.00 |
| 11/18/2016 | BTH | Review and respond to settlement presentation from M. Long (.2); Review docket and recent pleadings in case (.8). | 1.00 | 295.00 |
| | SRR | Correspondence with Brad re status of case and term sheet. | 0.30 | 112.50 |
| | SRR | Correspondence to and from Brad re 2004 motion (.2); Review term sheet and status of 2004 motion and telephone conference(s) with Brad re same (.3). | 0.50 | 187.50 |

|            |     |                                                                                                                                                                                                                                                                                                                                                 | Hours |          |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 11/21/2016 | BTH | Prepare for and attend conference call with Board (.9); Review revised settlement presentation (.2); Address pending matters with parties (2004 motion, Eisner Amper motion) (.5); Review UCC interim fee application and forward the same to CFO (.3); Prepare strategy to address pending matters in case in order to move case towards plan confirmation (1.0). | 2.90  | 855.50   |
|            | SRR | Correspondence with Brad and John re 2004 hearing and continuation.                                                                                                                                                                                                                                                                             | 0.30  | 112.50   |
| 11/23/2016 | BTH | Review docket and formulate strategy to address upcoming matters in case (1.0).                                                                                                                                                                                                                                                                 | 1.00  | 295.00   |
| 11/28/2016 | BTH | Review order re payment of ordinary course professionals and send client email regarding the same (.4); Email to M. Long re projections for budget (.1); Review pending fee matters in case (.3).                                                                                                                                               | 0.80  | 236.00   |
|            |     | **TOTAL SERVICES**                                                                                                                                                                                                                                                                                                                              | 40.50 | 12,659.50 |

**EXPENSES:**

| Photocopies          | 1,488.00 |
| Online research      | 1,663.97 |
| Postage              | 245.61   |
| Out-of-town travel   | 120.00   |
| Conference calls     | 68.93    |
| **TOTAL EXPENSES** Thru 11/30/2016 | 3,586.51 |

| **TOTAL THIS INVOICE** | 16,246.01 |

| Previous Balance | $31,478.01 |

| 12/15/2016 | Payment received | -30,599.65 |

| **TOTAL OUTSTANDING INVOICES** | $17,124.37 |

Aged Due Amounts

| Stmt Date  | Stmt # | Billed   | Due    |
|------------|--------|----------|--------|
| 11/17/2016 | 94181  | 7,473.15 | 878.36 |
|            |        |          | 878.36 |

Your trust account balance is

|            | Opening Balance                             | $228,501.20 |
| 12/13/2016 | Ck #4237                                    | 30,599.65   |
| 12/14/2016 | October Interim Billing Payment             |             |
|            | PAYEE: MARKUS WILLIAMS YOUNG & ZIMMERMANN LL | -30,599.65  |
|            | Closing Balance                             | $228,501.20 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

December 19, 2016                                  Invoice No.: 94548

Terry Odom, CEO                            **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                   11278.004   Cash Collateral
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/2016 | BTH | Conference call with T. Woznick to discuss case. | 0.40 | 118.00 |
| 11/23/2016 | BTH | Review prior documents related to use of cash collateral (.4). | 0.40 | 118.00 |
| 11/29/2016 | BTH | Review budget for continued use of cash collateral and discuss the same with M. Long (.4). | 0.40 | 118.00 |
| 11/30/2016 | BTH | Review updated budget for purposes of continued use of cash collateral (.3); Phone conference and email with T. Woznick re continued use of cash collateral (.3); Review second agreement with Bank for use of cash collateral (.3). | 0.90 | 265.50 |
| | | **TOTAL SERVICES** | 2.10 | 619.50 |

**TOTAL THIS INVOICE**                                                 619.50

Previous Balance                                                   $919.55

**TOTAL OUTSTANDING INVOICES**                                     $1,539.05

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 08/10/2016 | 92764 | 984.00 | 595.05 |
| 11/17/2016 | 94183 | 324.50 | 324.50 |
| | | | 919.55 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

December 19, 2016                                                                 Invoice No.: 94549

Terry Odom, CEO                                         **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                11278.007   Required Reports
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 11/10/2016 | BTH | Review materials to be provided to Bank re continued use of cash collateral; Forward materials to T. Woznick. | 0.40 | 118.00 |
| 11/22/2016 | BTH | Review and file monthly operating report for October 2016 (1.5). | 1.50 | 442.50 |
|  |  | **TOTAL SERVICES** | 1.90 | 560.50 |
|  |  | **TOTAL THIS INVOICE** |  | 560.50 |
|  |  | Previous Balance |  | $265.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $826.00 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 11/17/2016 | 94185 | 265.50 | 265.50 |
|  |  |  | 265.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

December 19, 2016                                       Invoice No.: 94550

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                    11278.008   Claims
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                      | Hours |        |
|------------|-----|----------------------------------------------------------------------|-------|--------|
| 11/11/2016 | JFY | Review and analyze tort claim issues and strategies for resolving.   | 0.70  | 276.50 |
|            |     | **TOTAL SERVICES**                                                   | 0.70  | 276.50 |
|            |     | **TOTAL THIS INVOICE**                                               |       | 276.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                       |       | $276.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

December 19, 2016                                      Invoice No.:  94552

Terry Odom, CEO                           **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                  11278.010   Creditors Committee
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/2016 | JFY | Review and analyze issues related to Committee's request to employ financial advisors; Prepare objection related thereto. | 1.30 | 513.50 |
| 11/02/2016 | JFY | Continue review and analysis of issues related to Committee's request to employ financial advisor. | 0.70 | 276.50 |
| 11/03/2016 | JMS | Review District's objection to employment of EisnerAmper and review court order setting hearing on same. | 0.30 | 93.00 |
| 11/07/2016 | BTH | Phone conference with S. Goldstein to discuss upcoming settlement conference. | 0.70 | 206.50 |
|  | JFY | Continue review and analysis of issues related to Committee's retention of Financial Advisor (.7); Prepare for meeting with Committee to discuss settlement (.6). | 1.30 | 513.50 |
| 11/10/2016 | BTH | Email preliminary liquidation analysis to S. Goldstein. | 0.10 | 29.50 |
| 11/11/2016 | JFY | Prepare for meeting with Committee to discuss plan issues, plan term sheet matters and related open items. | 1.80 | 711.00 |
| 11/16/2016 | BTH | Phone conferences with S. Goldstein re settlement (.9); Review email from S. Goldstein (.1); Review and analyze issues related to possible settlement with UCC (1.5); Additional review of UCC time entries and drafting of informal notice of objection related thereto (.5); Forward draft responses to pending matters to S. Goldstein (.1); Email to S. Goldstein re payment of interim fees (.1). | 3.20 | 944.00 |
| 11/17/2016 | BTH | Address UCC interim fee application (.3); Email and phone correspondence with S. Goldstein re settlement negotiations (.2). | 0.50 | 147.50 |
| 11/22/2016 | BTH | Review and revise plan term sheet and forward to S. Goldstein (1.3). | 1.30 | 383.50 |
|  |  | **TOTAL SERVICES** | 11.20 | 3,818.50 |

| | |
|---|---:|
| **TOTAL THIS INVOICE** | 3,818.50 |
| Previous Balance | $14,805.50 |
| **TOTAL OUTSTANDING INVOICES** | $18,624.00 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---:|---:|
| 11/17/2016 | 94188 | 14,805.50 | 14,805.50 |
| | | | 14,805.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

December 19, 2016                                          Invoice No.:  94553

Terry Odom, CEO                               **RE:** Powell Valley Healthcare, Inc.
Powell Valley Healthcare, Inc.                     11278.012   Tort Litigation
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |      |                                                                                                                                                                                      | Hours |          |
|------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 11/01/2016 | JFY  | Review and analyze various insurance litigation issues and declaratory judgment action related thereto.                                                                              | 0.90  | 355.50   |
| 11/02/2016 | JFY  | Continue review and analysis of various open insurance litigation issues and strategies to be employed in response to declaratory judgment actions filed by insurance carriers.      | 0.80  | 316.00   |
| 11/16/2016 | JFY  | Review and analyze issues regarding resolution of tort claimants issues as part of chapter 11 plan; Correspondence with district and committee counsel re same.                      | 1.50  | 592.50   |
| 11/22/2016 | JFY  | Review and analyze tort claim issues and potential resolution of same.                                                                                                               | 0.50  | 197.50   |
|            |      | **TOTAL SERVICES**                                                                                                                                                                   | 3.70  | 1,461.50 |
|            |      | **TOTAL THIS INVOICE**                                                                                                                                                               |       | 1,461.50 |
|            |      | Previous Balance                                                                                                                                                                     |       | $14,445.06 |
|            |      | **TOTAL OUTSTANDING INVOICES**                                                                                                                                                       |       | $15,906.56 |

Aged Due Amounts

| Stmt Date  | Stmt # | Billed    | Due       |
|------------|--------|-----------|-----------|
| 07/14/2016 | 92509  | 22,724.50 | 13,651.06 |
| 11/17/2016 | 94189  | 794.00    | 794.00    |
|            |        |           | 14,445.06 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

December 20, 2016                                                                 Invoice No.:  94561

Terry Odom, CEO                                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                        11278.013   Insurance Issues
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/01/2016 | BTH | Review pleadings and discovery from declaratory judgment action (2.8); Research independence of coverage issues from bad faith claims (1.5); Draft summary of findings (1.1). | 5.40 | 1,593.00 |
|  | SRR | Correspondence with B. Hunsicker and opposing counsel on end of stay. | 0.30 | 112.50 |
|  | SRR | Review and revise motion for 2004 examination. | 0.30 | 112.50 |
|  | SRR | Review cases provided by B. Hunsicker and memo on bad faith litigation. | 1.30 | 487.50 |
| 11/02/2016 | BTH | Review objection to motion for 2004 examination. | 0.30 | 88.50 |
|  | SRR | Research issues on motion for relief and 2004 examination. | 0.50 | 187.50 |
| 11/10/2016 | JMS | Legal research and begin drafting response to Insurance Companies' motion to lift stay. | 2.60 | 806.00 |
| 11/11/2016 | JMS | Continue drafting objection to motion to lift stay. | 4.60 | 1,426.00 |
|  | JMS | Begin preparing brief on request for 2004 examination. | 0.50 | 155.00 |
| 11/14/2016 | JMS | Continue draft re objection to motion to lift the stay to permit Carrier litigation to go forward; Extensive review re pleadings filed in the District Court as to the status of the litigation. | 4.50 | 1,395.00 |
|  | JMS | Conferences with S. Rider and B. Hunsicker re motion for a 2004 examination; Review discovery received from the insurance companies in the declaratory judgment action. | 0.80 | 248.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | BTH | Review and summarize discovery materials received from insurance companies in declaratory judgment action (2.8); Provide summary of findings to J. Salisbury for purposes of drafting objection to stay motion (.6); Email to D. Kellam re supplemental requests from Lexington (.1); Email to J. Cronin re pre-petition discovery inquiry (.1); Email to J. Burghardt re UMIA supplemental discovery documents (.1); Further analysis of Protective Order from declaratory judgment action (.4). | 4.10 | 1,209.50 |
| | SRR | Review discovery responses of all insurance companies; Research issues on 2004 examinations; Review response on motion for relief from stay. | 5.00 | 1,875.00 |
| 11/15/2016 | BTH | Review and revise objection to Insurance Companies' motion for stay relief (1.8); Review various initial disclosures and discovery responses from Insurance Companies and email various parties with questions related thereto (1.8). | 3.60 | 1,062.00 |
| | JMS | Continue drafting Objection to Insurer's Motion to LIft Stay. | 4.90 | 1,519.00 |
| | JMS | Review and revise brief in support of 2004 examination of insurers; Conference with S. Rider re same. | 0.60 | 186.00 |
| | JMS | Review Confidentiality Order from Carrier Litigation as to ability to share information with the Committee. | 0.30 | 93.00 |
| | SRR | Conference(s) with J. Salisbury and B. Hunsicker; Review response to motion for 2004 examination; Prepare reply to response to motion for 2004 examination. | 6.00 | 2,250.00 |
| | JFY | Review and analyze response to insurance company's motion for relief from automatic stay and issues related thereto. | 0.80 | 316.00 |
| 11/16/2016 | JMS | Revise response and opposition to motion to lift stay. | 3.60 | 1,116.00 |
| | BTH | Review and response to email from T. Swamson (UMIA) (.3); Phone conference with M. Davis (Lexington) (.2); Review and revise reply to opposition to motion for 2004 exam (1.9); Additional review and revisions to reply to opposition to motion for 2004 exam (.4). | 2.80 | 826.00 |
| 11/17/2016 | BTH | Address pending matters with insurance companies (.5). | 0.50 | 147.50 |
| 11/18/2016 | BTH | Phone conference with J. Burghardt and T. Swanson (UMIA) (.9); Review discovery responses from Homeland and forward the same to the UCC (.7); Email correspondence with M. Davis (Lexington) and discuss the same internally (.5); Review pending 2004 motion and related pleadings (.6); Begin reconciling information from insurers and information requested for 2004 for purposes of drafting disclosure statement (.4). | 3.10 | 914.50 |
| 11/22/2016 | BTH | Address pending 2004 motion and draft and finalize motion to continue and proposed order (1.8); Phone conference with J. Burghardt to address pending 2004 motion (.1); Phone conference with D. Kellam to address pending 2004 motion (.1); Phone conference with S. Goldstein re pending settlement (.2); Research issues re initial hearing on insurer's stay motion (.3); Advise CEO/CFO on settlement discussions (.1). | 2.60 | 767.00 |
| | | **TOTAL SERVICES** | 59.00 | 18,893.00 |

12/20/2016 Page 3
Invoice No.: 94561
11278.013  Insurance Issues

   **TOTAL THIS INVOICE**     18,893.00

Previous Balance     $9,334.57

   **TOTAL OUTSTANDING INVOICES**     $28,227.57

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 07/14/2016 | 92506 | 7,092.57 | 7,092.57 |
| 11/17/2016 | 94190 | 2,242.00 | 2,242.00 |
|  |  |  | 9,334.57 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

December 19, 2016                                                                 Invoice No.:  94555

Terry Odom, CEO                                         **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                          11278.014   Plan and Disclosure Statement
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                                                                                                                                                                                 | Hours |         |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|---------|
| 11/01/2016 | JMS | Continue working on disclosure statement.                                                                                                                                                                                                                                                                                                        | 5.20  | 1,612.00 |
| 11/02/2016 | JMS | Continue drafting disclosure statement.                                                                                                                                                                                                                                                                                                          | 4.50  | 1,395.00 |
| 11/03/2016 | JFY | Review and analyze certain plan issues in the event settlement is not reached with Committee and necessary plan modifications as a result of failure to settle (.8); Conference with financial advisor to the Debtor re liquidation valuation issues and with particular emphasis on matters related to the best interest test under § 1129 of the Bankruptcy Code (.0). | 0.80  | 316.00  |
| 11/07/2016 | BTH | Phone conference with H2C to discuss plan confirmation issues.                                                                                                                                                                                                                                                                                   | 0.50  | 147.50  |
| 11/08/2016 | JTM | Review draft liquidation analysis (0.4); Telephone conference(s) with B. Hunsicker re liquidation analysis and comments/questions re same (0.7).                                                                                                                                                                                                  | 1.10  | 467.50  |
|            | BTH | Review and analysis issues presented by H2C re liquidation analysis.                                                                                                                                                                                                                                                                             | 0.80  | 236.00  |
| 11/09/2016 | BTH | Revise Plan Term Sheet for purposes of settlement conference (1.0); Phone conference with CEO/CFO to address Plan Term Sheet (.7); Additional review and analysis related to revised Plan Term Sheet (1.2); Phone conference with H2C to discuss liquidation analysis (.8); Follow up emails with H2C and document review re liquidation analysis (.8). | 4.60  | 1,357.00 |
|            | JFY | Review and analyze issues raised by financial advisor in regard to the liquidation analysis of Debtor for purposes of meeting the best interest test under §1129 of the Bankruptcy Code.                                                                                                                                                         | 2.30  | 908.50  |
| 11/10/2016 | JTM | Review liquidation analysis (0.3); Telephone conference(s) with B. Hunsicker re liquidation analysis, best interest issues and re strategy for meeting (0.3); Call with J. Young re strategy for meeting with committee (0.3).                                                                                                                    | 0.90  | 382.50  |
|            | BTH | Review and respond to updated liquidation analysis.                                                                                                                                                                                                                                                                                              | 0.70  | 206.50  |

12/19/2016 Page 2
Invoice No.: 94555
11278.014  Plan and Disclosure Statement

|  |  |  | Hours |  |
|---|---|---|---:|---:|
|  | JFY | Review and analyze potential settlement issues with tort claimants, plan term sheet and confirmation issues and analyze certain modifications to plan and feasibility issues. | 3.40 | 1,343.00 |
| 11/11/2016 | JFY | Meet with financial advisors to discuss liquidation analysis and best interest of creditors test under §1129 of the Bankruptcy Code. | 1.00 | 395.00 |
| 11/14/2016 | JFY | Review and analyze strategies for settling plan confirmation disputes and alternatives should tort claimants and Debtor fail to reach settlement re Plan; Review and analyze needed plan modifications. | 1.30 | 513.50 |
| 11/15/2016 | JFY | Prepare for telephone call with client and District to discuss plan confirmation issues and settlement issues (.7); Participate in call with District and client re plan confirmation issues and settlement issues (.8). | 1.50 | 592.50 |
| 11/17/2016 | JFY | Participate in call with debtor and district to discuss tort claimant resolution and plan confirmation issues. | 1.40 | n/c |
| 11/22/2016 | JMS | Continue drafting disclosure statement. | 4.30 | 1,333.00 |
|  | JMS | Correspondence with B. Hunsicker re consensual plan of reorganization and modifications to plan and disclosure statement as to same. | 0.30 | 93.00 |
|  | JFY | Review and analyze plan term sheet. | 0.90 | 355.50 |
| 11/23/2016 | JMS | Continue drafting disclosure statement. | 2.80 | 868.00 |
| 11/30/2016 | BTH | Review and response to Plan Term Sheet from S. Goldstein (.8); Forward Plan Term Sheet to C. Caby and discuss the same (.3); Address Plan Term Sheet with J. Young (.2). | 1.30 | 383.50 |
|  | JFY | Review and analyze plan term sheet issues and related matters re negotiations with committee re consensual plan. | 1.20 | 474.00 |
|  |  | **TOTAL SERVICES** | 39.40 | 13,379.50 |
|  |  | **TOTAL THIS INVOICE** |  | 13,379.50 |
|  |  | Previous Balance |  | $18,779.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $32,159.00 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---:|---:|
| 07/14/2016 | 92507 | 6,636.00 | 6,636.00 |
| 09/14/2016 | 93436 | 8,715.00 | 3,535.00 |
| 11/17/2016 | 94191 | 8,608.50 | 8,608.50 |
|  |  |  | 18,779.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

December 19, 2016                                           Invoice No.: 94556

Terry Odom, CEO                                    **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                         11278.015   Employment and Fee Applications
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/02/2016 | BTH | Review revised engagement letter with H2C and forward the same to UCC and UST with explanation related thereto. | 0.40 | 118.00 |
| 11/04/2016 | BTH | Begin working on first interim fee application (4.7); Research re local rules for purposes of drafting first interim fee application (.4). | 5.10 | 1,504.50 |
| 11/07/2016 | BTH | Continue review of time entries and prepare first interim fee application. | 4.90 | 1,445.50 |
| 11/08/2016 | BTH | Review all time entries in case to date and continuing preparing first full interim fee application. | 5.50 | 1,622.50 |
| 11/09/2016 | BTH | Continue working on first fee application. | 0.80 | 236.00 |
| 11/14/2016 | BTH | Continue working on first interim fee application pleadings (2.7). | 2.70 | 796.50 |
| 11/15/2016 | BTH | Finalize draft of first fee application, notice, cover sheet and certificate of service (2.7); Review UCC interim billing statements and related pleadings and begin drafting informal rejection related thereto (1.2). | 3.90 | 1,150.50 |
| | JFY | Review and analyze draft fee application and make revisions thereto. | 0.60 | 237.00 |
| | JFY | Review and analyze Committee fee issues and potential objection thereto based on Committee's desire to claim that Powell Valley is ineligible for bankruptcy relief. | 0.90 | 355.50 |
| 11/17/2016 | BTH | Code time entries for October interim fee application (.9); Create interim billing summary (.3); Finalize interim monthly fee application for October (.5). | 1.70 | 501.50 |
| 11/21/2016 | JFY | Review and analyze committee's interim fee applications. | 1.50 | 592.50 |
| 11/22/2016 | BTH | Review, revise and finalize first interim fee application (2.7). | 2.70 | 796.50 |
| | JFY | Review and revise Markus Williams fee application. | 1.00 | 395.00 |

12/19/2016 Page 2
Invoice No.: 94556
11278.015   Employment and Fee Applications

|  | Hours |  |
|---|---|---|
| **TOTAL SERVICES** | 31.70 | 9,751.50 |
| **TOTAL THIS INVOICE** |  | 9,751.50 |
| Previous Balance |  | $16,402.50 |
| **TOTAL OUTSTANDING INVOICES** |  | $26,154.00 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 07/14/2016 | 92508 | 1,969.00 | 1,969.00 |
| 09/15/2016 | 93454 | 10,754.50 | 10,754.50 |
| 11/17/2016 | 94192 | 3,679.00 | 3,679.00 |
|  |  |  | 16,402.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

December 19, 2016                                                      Invoice No.:  94557

Terry Odom, CEO                                    **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                          11278.016   Automatic Stay Adversary
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/02/2016 | JMS | Review rules re initial disclosures and case scheduling conference. | 0.20 | 62.00 |
| 11/15/2016 | JFY | Correspondence with opposing counsel re rule 26(f); Conference and setting up time for same. | 0.30 | 118.50 |
| 11/16/2016 | JMS | Prepare for and attend Rule 26(f) conference; draft proposed discovery plan. | 1.20 | 372.00 |
| 11/17/2016 | JFY | Draft discovery report for adversary proceeding (0.2); Conference with B. Hunsicker re possible settlement of same (0.2). | 0.40 | 158.00 |
| 11/22/2016 | BTH | Review discovery report and correspondence related thereto (.3). | 0.30 | 88.50 |
|  | JMS | Correspondence with counsel re discovery rule 26f report; Correspondence and conferences with B. Fix, counsel for the Stambaughs; Modify report per R. Krause. | 1.90 | 589.00 |
| 11/23/2016 | JMS | Correspondence with opposing counsel re execution of discovery report; Modify same; File with the Court. | 1.80 | 558.00 |
|  |  | **TOTAL SERVICES** | 6.10 | 1,946.00 |

**TOTAL THIS INVOICE**                                                                            1,946.00

Previous Balance                                                                                   $1,054.50

**TOTAL OUTSTANDING INVOICES**                                                            $3,000.50

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 09/14/2016 | 93438 | 730.00 | 730.00 |
| 11/17/2016 | 94193 | 324.50 | 324.50 |
|  |  |  | 1,054.50 |

12/19/2016 Page 2
Invoice No.: 94557
11278.016   Automatic Stay Adversary

*PAYABLE UPON RECEIPT*