# Powell Valley Health Care, Inc.
# Case No. 16-20326

Markus Williams Young & Zimmermann LLC
Interim Monthly Billing Statement[1]
(December 1, 2016 – December 31, 2016)

| **Timekeeper** | **Role** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|---|
| James T. Markus | Attorney | $425 | | |
| John F. Young | Attorney | $395 | 5.70 | $2,251.50 |
| Steven R. Rider | Attorney | $375 | | |
| Donald D. Allen | Attorney | $310 | | |
| Jennifer M. Salisbury | Attorney | $310 | 18.10 | $5,611.00 |
| Jeffrey O McAnallen | Attorney | $295 | | |
| Bradley T. Hunsicker | Attorney | $295 | 36.10 | $10,649.50 |
| Matthew T. Faga | Attorney | $295 | | |
| Robert B. Little | Paralegal | $125 | | |
| Jenny F. Tokuoka | Secretary | $95 | | |

| | | |
|---|---|---|
| **Total** | 59.90[2] | **$18,512.00** |
| **Less Holdback (25% of total fees)** | | **$4,628.00** |
| **Net Allowable Interim Monthly Fees** | | **$13,884.00** |

**Expenses**

| | |
|---|---|
| Photocopies (3,365 @ .20) | $673.00 |
| Online research | $37.56 |
| Postage | $158.50 |
| Out-of-town travel | $ |
| Court fees | $ |
| Recording fees | $ |
| Overnight delivery | $ |
| Conference calls | $ |
| **Total** | **$869.06** |

| | |
|---|---|
| **Total Interim Monthly Fee Request** | **$13,884.00** |
| **Total Interim Monthly Expense Request** | **$ 869.06** |
| **Total Interim Monthly Fee & Expense Request** | **$14,753.06** |

---

[1] Submitted in accordance with the Bankruptcy Court's *Order on Debtor's Motion to Establish Interim Compensation Procedures* [Doc. 211].

[2] Detailed time entries for each attorney/paralegal/secretary are attached hereto at Exhibit A.

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 12th day of January, 2017, by placing a copy in the U.S. mail, first class postage prepaid upon the Debtor and those parties identified on the mailing matrix attached hereto at Exhibit B.

*/s/  Jenny F. Tokuoka*
Jenny F. Tokuoka