**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

January 6, 2017                                                                                     Invoice No.:  94745

Terry Odom, CEO                                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                    11278.002   Restructure/Reorganization
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                       | Hours |          |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 12/01/2016 | BTH | Review document from M. Long re ordinary course professionals (.2).                                                                                                    | 0.20  | 59.00    |
| 12/02/2016 | BTH | Review docket for current dates and deadlines.                                                                                                                         | 0.80  | 236.00   |
| 12/05/2016 | BTH | Review docket and recently filed orders continuing various matters (.3).                                                                                               | 0.30  | 88.50    |
| 12/06/2016 | BTH | Review emails re to potential third party releases and analyze and address the same (.9); Update H2C and negotiations with UCC (.2); Review recent orders and pleadings in case (.3). | 1.40  | 413.00   |
| 12/07/2016 | BTH | Respond to inquiries from entities interested in accounts receivables (.3); Email to US Trustee re extending exclusivity (.1): Research issues re extension of exclusivity and dates and deadlines pending in case (.4). | 0.80  | 236.00   |
| 12/20/2016 | BTH | Email to CEO/CFO re update on case (.1); Email to CEO/CFO re pending claims unrelated to Dr. Hansen (.1).                                                               | 0.20  | 59.00    |
| 12/21/2016 | BTH | Phone conference with C. Caby re status of case (.5); Phone conference with M. Long re status of discussions with UCC (.3).                                             | 0.80  | 236.00   |
| 12/22/2016 | BTH | Phone conference with J. Young to discuss open issues in case (.4); Review order on first fee application and forward the same to M. Long and T. Odom (.2).             | 0.60  | 177.00   |
| 12/29/2016 | BTH | Review correspondence from UCC and update CEO/CFO (.1); Phone conference with J. Salisbury to address open issues in case (.4).                                         | 0.50  | 147.50   |
|            |     | **TOTAL SERVICES**                                                                                                                                                     | 5.60  | 1,652.00 |

**EXPENSES:**

|                  |        |
|------------------|--------|
| Photocopies      | 673.00 |
| Online research  | 37.56  |
| Postage          | 158.50 |

|  |  |  |
|---|---|---|
|  | **TOTAL EXPENSES** Thru 12/31/2016 | 869.06 |
|  | **TOTAL THIS INVOICE** | 2,521.06 |
|  | Previous Balance | $17,124.37 |
| 12/22/2016 | Payment received | -17,124.37 |
|  | **TOTAL OUTSTANDING INVOICES** | $2,521.06 |

Your trust account balance is

|  |  |  |
|---|---|---|
|  | Opening Balance | $228,501.20 |
| 12/22/2016 | 25% Holdback on Fees May to September |  |
|  | PAYEE: MARKUS WILLIAMS YOUNG & ZIMMERMANN LL | -68,968.01 |
|  | Closing Balance | $159,533.19 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

January 6, 2017                                                                 Invoice No.:  94746

Terry Odom, CEO                                  **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                         11278.004   Cash Collateral
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                        | Hours |        |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 12/06/2016 | BTH | Review monthly financials for purposes of use of cash collateral and compare with prior month; Email monthly financials to T. Woznick and S. Goldstein (.5). | 0.50  | 147.50 |
| 12/19/2016 | BTH | Phone conference with T. Woznick (.4).                                                                                                                 | 0.40  | 118.00 |
|            |     | **TOTAL SERVICES**                                                                                                                                     | 0.90  | 265.50 |
|            |     | **TOTAL THIS INVOICE**                                                                                                                                 |       | 265.50 |
|            |     | Previous Balance                                                                                                                                       |       | $1,539.05 |
| 12/22/2016 |     | Payment received                                                                                                                                       |       | -595.05 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                                                         |       | $1,209.50 |

Aged Due Amounts

| Stmt Date  | Stmt # | Billed | Due    |
|------------|--------|--------|--------|
| 11/17/2016 | 94183  | 324.50 | 324.50 |
| 12/19/2016 | 94548  | 619.50 | 619.50 |
|            |        |        | 944.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

January 6, 2017                                              Invoice No.: 94747

Terry Odom, CEO                                **RE:** **Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                          11278.007   Required Reports
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                      | Hours |        |
|------------|-----|----------------------------------------------------------------------|-------|--------|
| 12/22/2016 | BTH | Review and file monthly operating report for November 2016 (1.6).    | 1.60  | 472.00 |
|            |     | **TOTAL SERVICES**                                                   | 1.60  | 472.00 |
|            |     | **TOTAL THIS INVOICE**                                               |       | 472.00 |
|            |     | Previous Balance                                                     |       | $826.00 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                       |       | $1,298.00 |

Aged Due Amounts

| Stmt Date  | Stmt # | Billed | Due    |
|------------|--------|--------|--------|
| 11/17/2016 | 94185  | 265.50 | 265.50 |
| 12/19/2016 | 94549  | 560.50 | 560.50 |
|            |        |        | 826.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

January 6, 2017                                  Invoice No.:  94749

Terry Odom, CEO                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.               11278.009   Executory Contracts
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                              | Hours |        |
|------------|-----|--------------------------------------------------------------------------------------------------------------|-------|--------|
| 12/02/2016 | BTH | Review pleadings and draft motion to continue hearing on Assumption Motion and Proposed Order and forward to parties. | 1.10  | 324.50 |
|            |     | **TOTAL SERVICES**                                                                                           | 1.10  | 324.50 |
|            |     | **TOTAL THIS INVOICE**                                                                                       |       | 324.50 |
|            |     | Previous Balance                                                                                             |       | $1,770.00 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                               |       | $2,094.50 |

Aged Due Amounts

| Stmt Date  | Stmt # | Billed   | Due      |
|------------|--------|----------|----------|
| 11/17/2016 | 94187  | 1,770.00 | 1,770.00 |
|            |        |          | 1,770.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

January 6, 2017                                                                 Invoice No.: 94750

Terry Odom, CEO                                     **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                             11278.010   Creditors Committee
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                      | Hours |        |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|-------|--------|
| 12/02/2016 | BTH | Email to S. Goldstein re plan provision to address insurance issues (.1); Review and respond to proposed motion to continue hearing on Eisner Amper application (.2). | 0.30  | 88.50  |
| 12/06/2016 | BTH | Email to S. Goldstein re budget for continued use of cash collateral (.1).                                           | 0.10  | 29.50  |
| 12/16/2016 | BTH | Phone conference with S. Goldstein to discuss Plan Term Sheet (.6).                                                  | 0.60  | 177.00 |
| 12/19/2016 | BTH | Phone conference with S. Goldstein to address Plan Term Sheet (.2); Review demand letter from UCC (.2).              | 0.40  | 118.00 |
| 12/21/2016 | BTH | Email to S. Goldstein re update on issues with Plan Term Sheet (.1).                                                 | 0.10  | 29.50  |
| 12/30/2016 | BTH | Review Plan Term Sheet in preparation for call with S. Goldstein (.6); Phone conference with S. Goldstein (.7).      | 1.30  | 383.50 |
|            |     | **TOTAL SERVICES**                                                                                                   | 2.80  | 826.00 |

**TOTAL THIS INVOICE**                                                                                  826.00

Previous Balance                                                                                        $18,624.00

**TOTAL OUTSTANDING INVOICES**                                                                          $19,450.00

Aged Due Amounts

| Stmt Date  | Stmt # | Billed    | Due       |
|------------|--------|-----------|-----------|
| 11/17/2016 | 94188  | 14,805.50 | 14,805.50 |
| 12/19/2016 | 94552  | 3,818.50  | 3,818.50  |
|            |        |           | 18,624.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

January 6, 2017                                      Invoice No.: 94751

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                         11278.012   Tort Litigation
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 12/05/2016 | JMS | Correspondence and conferences with R. Royal, B. Hunsicker, C. Caby and J. Smiley re continuance of Rule 26f conference in automatic stay adversary proceeding. | 0.30 | 93.00 |
| 12/06/2016 | JMS | Draft and file motion for continuance of Rule 26f conference. | 1.20 | 372.00 |
|  |  | **TOTAL SERVICES** | 1.50 | 465.00 |
|  |  | **TOTAL THIS INVOICE** |  | 465.00 |
|  |  | Previous Balance |  | $15,906.56 |
| 12/22/2016 |  | Payment received |  | -13,651.06 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $2,720.50 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 11/17/2016 | 94189 | 794.00 | 794.00 |
| 12/19/2016 | 94553 | 1,461.50 | 1,461.50 |
|  |  |  | 2,255.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

January 6, 2017                                        Invoice No.:  94752

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                    11278.013   Insurance Issues
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                                                                                    | Hours |        |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 12/02/2016 | BTH | Review various pleadings and draft motion to continue hearing on 2004 Motion and Proposed Order and email parties with explanation. | 1.20 | 354.00 |
| 12/05/2016 | BTH | Finalize motion to continue hearing on 2004 motion (.3); Email to counsel for insurers advising on status of continuing hearing on 2004 motion (.1); Phone conference with D. Kellam re status of case (.1); Review email from T. Swanson re position on pending matters (.1). | 0.60 | 177.00 |
| 12/06/2016 | BTH | Review motion to continue hearing on stay relief and proposed order; Research re prior order continuing hearing on stay relief; Email to T. Swanson re issues with proposed order (.6). | 0.60 | 177.00 |
| 12/22/2016 | BTH | Phone conference with T. Swanson to discuss status of case. | 0.20 | 59.00 |
| 12/27/2016 | JFY | Review and analyze relief from stay issues. | 0.50 | 197.50 |
|            |     | **TOTAL SERVICES** | 3.10 | 964.50 |
|            |     | **TOTAL THIS INVOICE** |      | 964.50 |
|            |     | Previous Balance |      | $28,227.57 |
| 12/22/2016 |     | Payment received |      | -7,092.57 |
|            |     | **TOTAL OUTSTANDING INVOICES** |      | $22,099.50 |

Aged Due Amounts

| Stmt Date  | Stmt # | Billed    | Due       |
|------------|--------|-----------|-----------|
| 11/17/2016 | 94190  | 2,242.00  | 2,242.00  |
| 12/20/2016 | 94561  | 18,893.00 | 18,893.00 |
|            |        |           | 21,135.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

January 6, 2017                                    Invoice No.:  94753

Terry Odom, CEO                                    **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                         11278.014   Plan and Disclosure Statement
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/2016 | BTH | Additional review and analysis of Plan Term Sheet (.3); Forward proposed revisions to S. Goldstein (.1). | 0.40 | 118.00 |
|  | BTH | Phone conference and email with CEO/CFO to discuss Plan Term Sheet. | 0.50 | 147.50 |
| 12/05/2016 | BTH | Review correspondence from T. Copenhaver re suggestions to Plan Term Sheet (.1); Review Plan Term Sheet and respond to T. Copenhaver (.4); Review proposed revisions to Plan Term Sheet from J. Young (.2). | 0.50 | 147.50 |
|  | JFY | Review and analyze plan term sheet and make corrections thereto. | 1.40 | 553.00 |
| 12/06/2016 | BTH | Phone conference with C. Caby re potential issues with negotiations with the UCC. | 0.60 | 177.00 |
| 12/07/2016 | BTH | Review prior Plan Term Sheets and compare to latest version from UCC (.7). | 0.70 | 206.50 |
|  | BTH | Email to S. Goldstein re potential release of third parties. | 0.10 | 29.50 |
|  | BTH | Phone conference with S. Goldstein. | 0.20 | 59.00 |
| 12/08/2016 | BTH | Review prior motion and order on exclusivity and draft second motion and order to extend exclusivity periods (1.3); Phone conference with District re revisions to Plan Term Sheet (1.6); Review and revise Plan Term Sheet and circulate to parties (1.8); Phone conference with CEO/CFO re Term Sheet (.2). | 4.90 | 1,445.50 |
|  | JFY | Review and analyze open plan issues (.6); Review, analyze and revise plan term sheet (.8). | 1.40 | 553.00 |
| 12/09/2016 | BTH | Research re ability to assign legal malpractice claims under Wyoming law and federal bankruptcy law (3.3); Email findings to parties in case (.1); Draft and finalize email to UCC re revised Plan Term Sheet (.2); Phone conference with S. Goldstein to discuss revised Plan Term Sheet (.3); Phone conference with J. Young re revised Plan Term Sheet (.2); Email to C. Caby re District approval of revised Plan Term Sheet (.1). | 4.20 | 1,239.00 |

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | JFY | Review and analyze revised term sheet (.8); Correspondence with Committee co-counsel re same (.3). | 1.10 | 434.50 |
| 12/20/2016 | JMS | Conference with B. Hunsicker re settlement terms between committee and debtor and incorporation of terms into disclosure statement, | 0.40 | 124.00 |
|  | BTH | Review correspondence from UCC and strategize for next steps. | 0.30 | 88.50 |
|  | BTH | Phone conference with T. Woznick re request from UCC and follow-up with S. Goldstein. | 0.30 | 88.50 |
| 12/21/2016 | BTH | Phone conference with T. Woznick re request from UCC and response thereto. | 0.40 | 118.00 |
| 12/22/2016 | JFY | Review and analyze open plan issues and negotiations with District re agreed upon release from Committee. | 0.80 | 316.00 |
|  | BTH | Phone and email correspondence with C. Caby to discuss issues with Plan Term Sheet (.5); Research and analysis of potential alternatives to address open issues with Plan Term Sheet (1.3). | 1.80 | 531.00 |
| 12/23/2016 | JMS | Continue drafting disclosure statement. | 3.50 | 1,085.00 |
| 12/27/2016 | JMS | Continue drafting disclosure statement. | 4.90 | 1,519.00 |
| 12/28/2016 | JMS | Continue drafting disclosure statement. | 3.20 | 992.00 |
| 12/29/2016 | JMS | Continue working on disclosure statement. | 4.60 | 1,426.00 |
| 12/30/2016 | JFY | Review and revise Plan Term Sheet received from committee's counsel. | 0.50 | 197.50 |
|  | BTH | Review and analysis issues with revised Plan Term Sheet (.7); Prepare detailed emails to CEO/CFO and C. Caby re issues with revised Plan Term Sheet (.6). | 1.30 | 383.50 |
|  |  | **TOTAL SERVICES** | 38.00 | 11,979.00 |
|  |  | **TOTAL THIS INVOICE** |  | 11,979.00 |
|  |  | Previous Balance |  | $32,159.00 |
| 12/22/2016 |  | Payment received |  | -10,171.00 |
| 12/22/2016 |  | Payment received |  | -6,880.46 |
|  |  | Total Payments |  | -17,051.46 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $27,086.54 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 11/17/2016 | 94191 | 8,608.50 | 1,728.04 |
| 12/19/2016 | 94555 | 13,379.50 | 13,379.50 |
|  |  |  | 15,107.54 |

01/06/2017  Page 3
Invoice No.: 94753
11278.014   Plan and Disclosure Statement

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

January 6, 2017                                              Invoice No.: 94754

Terry Odom, CEO                           **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                  11278.015   Employment and Fee Applications
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                  | Hours |          |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 12/05/2016 | BTH | Review order on employment of ordinary course professionals and draft statement in compliance therewith (1.4); Forward to client for approval (.1).                              | 1.50  | 442.50   |
| 12/19/2016 | BTH | Review fee application pleadings and draft proposed order (1.2); Review and code time entries for interim fee application (.8); Review and respond to invoice from H2C (.2).     | 2.20  | 649.00   |
| 12/20/2016 | BTH | Finalize documents for November interim fee application (1.3); Review interim fee application from UCC and forward to client (.3).                                               | 1.60  | 472.00   |
|            |     | **TOTAL SERVICES**                                                                                                                                                               | 5.30  | 1,563.50 |
|            |     | **TOTAL THIS INVOICE**                                                                                                                                                           |       | 1,563.50 |
|            |     | Previous Balance                                                                                                                                                                 |       | $26,154.00 |
| 12/22/2016 |     | Payment received                                                                                                                                                                 |       | -12,723.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                                                                                   |       | $14,994.00 |

Aged Due Amounts

| Stmt Date  | Stmt # | Billed   | Due      |
|------------|--------|----------|----------|
| 11/17/2016 | 94192  | 3,679.00 | 3,679.00 |
| 12/19/2016 | 94556  | 9,751.50 | 9,751.50 |
|            |        |          | 13,430.50 |

*PAYABLE UPON RECEIPT*