# Powell Valley Health Care, Inc.
# Case No. 16-20326

Markus Williams Young & Zimmermann LLC
Interim Monthly Billing Statement[1]
(January 1, 2017 – January 31, 2017)

| Timekeeper | Role | Rate | Hours | Amount |
|---|---|---|---|---|
| James T. Markus | Attorney | $425 | | |
| John F. Young | Attorney | $395 | 7.30 | $2,883.50 |
| Steven R. Rider | Attorney | $375 | | |
| Donald D. Allen | Attorney | $310 | | |
| Jennifer M. Salisbury | Attorney | $310 | 13.10 | $4,061.00 |
| Jeffrey O McAnallen | Attorney | $295 | | |
| Bradley T. Hunsicker | Attorney | $295 | 42.30 | $12,478.50 |
| Matthew T. Faga | Attorney | $295 | | |
| Robert B. Little | Paralegal | $125 | | |
| Jenny F. Tokuoka | Secretary | $95 | | |

**Total**                               62.70[2]        **$19,423.00**
**Less Holdback (25% of total fees)**                   **$ 4,855.75**
**Net Allowable Interim Monthly Fees**                  **$14,567.25**

**Expenses**
Photocopies (1,977@. 20)    $395.40
Online research             $3.00
Postage                     $93.61
Out-of-town travel          $
Court fees                  $
Recording fees              $
Overnight delivery          $
Conference calls            $

**Total**                   **$492.01**

| | |
|---|---|
| **Total Interim Monthly Fee Request** | **$14,567.25** |
| **Total Interim Monthly Expense Request** | **$    492.01** |
| **Total Interim Monthly Fee & Expense Request** | **$15,059.26** |

---

[1] Submitted in accordance with the Bankruptcy Court's *Order on Debtor's Motion to Establish Interim Compensation Procedures* [Doc. 211].

[2] Detailed time entries for each attorney/paralegal/secretary are attached hereto at Exhibit A.

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served this 14th day of February, 2017, by placing a copy in the U.S. mail, first class postage prepaid upon the Debtor and those parties identified on the mailing matrix attached hereto at Exhibit B.

                                                     */s/ Jenny F. Tokuoka*
                                                     Jenny F. Tokuoka