**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

February 10, 2017                                                Invoice No.: 95128

Terry Odom, CEO                           **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.            11278.002   Restructure/Reorganization
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | | Description | Hours | |
|---|---|---|---|---|
| 01/04/2017 | BTH | Phone conference with J. Young to discuss pending matters in case (.5); Review documents from CFO re claims submitted to insurance and respond accordingly (.3). | 0.80 | 236.00 |
| 01/06/2017 | BTH | Research history of assumption motion and draft motion and proposed order to continue hearing on assumption motion (.7); Draft motion and proposed order to continue hearing on 2004 motion (.5); Forward draft motion to continue to counsel for insurance companies and respond accordingly (.3). | 1.50 | 442.50 |
| 01/09/2017 | BTH | Review UCC motion to continue hearing on Eisner Amper and respond accordingly (.2); Revise and finalized motion and proposed order to continue hearing on 2004 motion and forward to parties in case (.4); Draft motion and order to extend exclusivity and research the same (1.6); Prepare for Board call (.6); Attend conference call with Board to update parties on case (.9). | 3.70 | 1,091.50 |
| 01/10/2017 | BTH | Review recent pleadings filed in case and related orders. | 0.60 | 177.00 |
| 01/11/2017 | BTH | Draft proposed HIPAA release for client's review. | 0.50 | 147.50 |
| 01/12/2017 | BTH | Phone conference with M. Long to discuss open issues. | 0.20 | 59.00 |
| 01/14/2017 | BTH | Email to CEO/CFO re disclosure of information for UCC. | 0.10 | 29.50 |
| 01/17/2017 | BTH | Review request for information from auditor, research the same, and draft proposed response (2.3). | 2.30 | 678.50 |
| 01/19/2017 | BTH | Review and analyze audit letter issues from client. | 0.50 | 147.50 |
| | BTH | Phone conference with client re update on Plan Term Sheet (.1). | 0.10 | 29.50 |
| 01/20/2017 | BTH | Phone conference with C. Caby to discuss status of case (.2); Meeting with G. Powers to discuss issues concerning HealthTech (.3); Review and finalize letter for auditor (.6). | 1.10 | 324.50 |

Page 2
January Fee Entries    Page 2 of 12

02/10/2017
Invoice No.: 95128
11278.002   Restructure/Reorganization

|  | Hours |  |
|---|---|---|
| **TOTAL SERVICES** | 11.40 | 3,363.00 |

**EXPENSES:**

| | |
|---|---|
| Photocopies | 395.40 |
| Online research | 3.00 |
| Postage | 93.61 |
| **TOTAL EXPENSES** Thru 01/31/2017 | 492.01 |
| **TOTAL THIS INVOICE** | 3,855.01 |
| Previous Balance | $2,521.06 |
| **TOTAL OUTSTANDING INVOICES** | $6,376.07 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 01/06/2017 | 94745 | 2,521.06 | 2,521.06 |
|  |  |  | 2,521.06 |

Your trust account balance is

|  |  |  |
|---|---|---|
|  | Opening Balance | $159,533.19 |
| 01/24/2017 | Ck #4653 | 51,111.01 |
| 01/25/2017 | November Interim Billing Payment |  |
|  | PAYEE: MARKUS WILLIAMS YOUNG & ZIMMERMANN LL | -51,111.01 |
|  | Closing Balance | $159,533.19 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

February 10, 2017                                                                 Invoice No.:  95129

Terry Odom, CEO                                  **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                          11278.004   Cash Collateral
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                           | Hours |        |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 01/05/2017 | BTH | Review monthly reports for purposes of continued use of cash collateral and forward the same to T. Woznick and S. Goldstein.                                              | 0.50  | 147.50 |
| 01/11/2017 | BTH | Email to T. Woznick re requested extension of use of cash collateral.                                                                                                     | 0.10  |  29.50 |
| 01/13/2017 | BTH | Review budget for purposes of continued use of cash collateral and discuss the same with M. Long (.7); Email to T. Woznick re budget for use of cash collateral (.1).     | 0.80  | 236.00 |
|            | BTH | Review stipulation for use of cash collateral and related documents.                                                                                                      | 0.50  | 147.50 |
|            |     | **TOTAL SERVICES**                                                                                                                                                        | 1.90  | 560.50 |
|            |     | **TOTAL THIS INVOICE**                                                                                                                                                    |       | 560.50 |
|            |     | Previous Balance                                                                                                                                                          |       | $1,209.50 |
| 01/25/2017 |     | Payment received                                                                                                                                                          |       | -944.00 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                                                                            |       | $826.00 |

Aged Due Amounts

| Stmt Date  | Stmt # | Billed | Due    |
|------------|--------|--------|--------|
| 01/06/2017 | 94746  | 265.50 | 265.50 |
|            |        |        | 265.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

February 10, 2017                                                                 Invoice No.:  95130

Terry Odom, CEO                                             **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                    11278.007   Required Reports
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 01/20/2017 | BTH | Review documents from M. Long and finalize and file monthly operating report for December (1.7); Compare December operating report to prior month (.3). | 2.00 | 590.00 |
|  |  | **TOTAL SERVICES** | 2.00 | 590.00 |
|  |  | **TOTAL THIS INVOICE** |  | 590.00 |
|  |  | Previous Balance |  | $1,298.00 |
| 01/25/2017 |  | Payment received |  | -826.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $1,062.00 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 01/06/2017 | 94747 | 472.00 | 472.00 |
|  |  |  | 472.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

February 10, 2017                                      Invoice No.: 95131

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                        11278.008   Claims
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                   | Hours |        |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 01/16/2017 | BTH | Research and review information and documentation related to claims of tort claimants and accounts receivable related thereto (1.6). | 1.60  | 472.00 |
|            |     | **TOTAL SERVICES**                                                                                                                | 1.60  | 472.00 |
|            |     | **TOTAL THIS INVOICE**                                                                                                            |       | 472.00 |
|            |     | Previous Balance                                                                                                                  |       | $276.50 |
| 01/25/2017 |     | Payment received                                                                                                                  |       | -276.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                                    |       | $472.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

February 10, 2017                                                                 Invoice No.: 95133

Terry Odom, CEO                                             **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                    11278.010   Creditors Committee
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                              | Hours |        |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 01/04/2017 | BTH | Email correspondence with S. Goldstein re issues with Plan Term Sheet.                                                       | 0.30  | 88.50  |
| 01/14/2017 | BTH | Email to S. Goldstein re issues with disclosure of information.                                                              | 0.10  | 29.50  |
| 01/16/2017 | BTH | Finalize spreadsheet to show accounts receivable related to tort claimants and forward the same to S. Goldstein (.4).        | 0.40  | 118.00 |
|            |     | **TOTAL SERVICES**                                                                                                           | 0.80  | 236.00 |
|            |     | **TOTAL THIS INVOICE**                                                                                                       |       | 236.00 |
|            |     | Previous Balance                                                                                                             |       | $19,450.00 |
| 01/25/2017 |     | Payment received                                                                                                             |       | -18,624.00 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                               |       | $1,062.00 |

Aged Due Amounts

| Stmt Date  | Stmt # | Billed | Due    |
|------------|--------|--------|--------|
| 01/06/2017 | 94750  | 826.00 | 826.00 |
|            |        |        | 826.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

February 10, 2017                                  Invoice No.: 95135

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                   11278.013   Insurance Issues
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                   | Hours |        |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 01/10/2017 | BTH | Phone conference with J. Burghardt to discuss status of case (.4); Phone conference with attorney re Knopp (.2); Review files re insurance coverage and claims (.3). | 0.90  | 265.50 |
|            |     | **TOTAL SERVICES**                                                                                                                                                | 0.90  | 265.50 |
|            |     | **TOTAL THIS INVOICE**                                                                                                                                            |       | 265.50 |
|            |     | Previous Balance                                                                                                                                                  |       | $22,099.50 |
| 01/25/2017 |     | Payment received                                                                                                                                                  |       | -21,135.00 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                                                                    |       | $1,230.00 |

Aged Due Amounts

| Stmt Date  | Stmt # | Billed | Due    |
|------------|--------|--------|--------|
| 01/06/2017 | 94752  | 964.50 | 964.50 |
|            |        |        | 964.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

February 10, 2017                                         Invoice No.:  95136

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                   11278.014   Plan and Disclosure Statement
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/03/2017 | BTH | Conference call with CEO/CFO to address open items with Plan Term Sheet (.8); Review Plan Term Sheet and send email to CEO/CFO re proposed revisions thereto (.7). | 1.50 | 442.50 |
| | JMS | Continue drafting disclosure statement; Correspondence with B. Hunsicker re same. | 7.20 | 2,232.00 |
| | JFY | Review and analyze various open plan issues and open issue with Committee re prospects for consensual plan. | 0.50 | 197.50 |
| 01/04/2017 | JFY | Review and analyze open plan issues and resistance by Committee to certain plan provisions (0.8); Review and revise plan term sheet to be submitted to Committee (0.4). | 1.20 | 474.00 |
| 01/05/2017 | JFY | Continue to review and analyze various plan confirmation issues and efforts to resolve open issues with Committee. | 0.80 | 316.00 |
| 01/06/2017 | BTH | Conference call with C. Caby and T. Copenhaver re issues with Plan Term Sheet (1.1); Follow up call with C. Caby to address Plan Term Sheet (.3); Phone conference with M. Long and T. Odom to address open items with Plan Term Sheet (.3). | 1.70 | 501.50 |
| | BTH | Review prior tort claimant billings in anticipation of addressing the same in the Plan Term Sheet. | 0.30 | 88.50 |
| 01/11/2017 | BTH | Phone conference with C. Caby re update on case (.3); Phone conference with J. Salisbury to address issues with drafting disclosure statement (.5); Continue working on revised Plan Term Sheet (.8). | 1.60 | 472.00 |
| 01/12/2017 | BTH | Review files and draft revised Plan Term Sheet and email to client with summary of key points (1.7); Email to C. Caby re revisions to Plan Term Sheet (.2); Review proposed changes to HIPAA release and revise accordingly and email to client (.3). | 2.20 | 649.00 |

11278.014  Plan and Disclosure Statement

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | JFY | Review and analyze various modifications to plan term sheet made by Committee (0.7); Review and analyze Section 1129 issues re plan confirmation issues (0.5); Consider modifications to plan term sheet to meet Committee objections (0.5). | 1.70 | 671.50 |
| 01/13/2017 | BTH | Review and finalize Plan Term Sheet, HIPAA release and list of claims to be released and forward the same to S. Goldstein (1.7); Phone conference with S. Goldstein to address revisions to Plan Term Sheet (.5). | 2.20 | 649.00 |
|  | JMS | Conference with B. Hunsicker re revisions to disclosure statement and status of negotiations. | 0.50 | 155.00 |
| 01/14/2017 | BTH | Review and analyze account receivables for purposes of Plan negotiations and create spreadsheet re the same. | 1.80 | 531.00 |
| 01/16/2017 | JFY | Review and analyze plan issues and continue settlement negotiations re same. | 0.50 | 197.50 |
| 01/24/2017 | BTH | Review revised plan terms from UCC and discuss the same internally (1.3); Email revised plan term sheet to client (.1); Email correspondence with S. Goldstein (.2). | 1.60 | 472.00 |
|  | JFY | Continue to review and analyze open plan issues (0.9); Revise plan term sheet to be submitted to Committee for consideration (0.5) | 1.40 | 553.00 |
| 01/25/2017 | JMS | Research regarding tort claim distribution processes for plan and disclosure statement. | 2.90 | 899.00 |
|  | BTH | Research issues related to mass tort mediation through plan of reorganization and discus the same internally (2.3); Review plan term sheet from UCC and discuss with J. Young (.8); Phone conference with C. Caby to discuss issues with plan term sheet (.5); Conference call with counsel for Hospital District re settlement negotiations (1.0); Phone conference with CEO/CFO to discuss status of negotiations with UCC (.4); Research and strategize for possible ways to satisfy UCC concerns with plan term sheet (1.2). | 6.20 | 1,829.00 |
|  | JFY | Continue to review and analyze plan term sheet modifications and proposals to resolve or settle plan disputes with Committee. | 1.20 | 474.00 |
| 01/26/2017 | BTH | Settlement discussions with Hospital District, UCC and Bank (1.0); Update H2C on status of plan negotiations (.1); Discuss potential strategies to achieve resolution of matters related to plan term sheet (.4). | 1.50 | 442.50 |
| 01/30/2017 | JMS | Continue research re processes for resolution of tort claims per trust. | 2.50 | 775.00 |
|  |  | **TOTAL SERVICES** | 41.00 | 13,021.50 |
|  |  | **TOTAL THIS INVOICE** |  | 13,021.50 |
|  |  | Previous Balance |  | $27,086.54 |
| 01/25/2017 |  | Payment received |  | -5,280.01 |

**TOTAL OUTSTANDING INVOICES** <u>$34,828.03</u>

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---:|---:|
| 12/19/2016 | 94555 | 13,379.50 | 9,827.53 |
| 01/06/2017 | 94753 | 11,979.00 | <u>11,979.00</u> |
| | | | 21,806.53 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

February 10, 2017                                                                 Invoice No.: 95137

Terry Odom, CEO                                        **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                          11278.015   Employment and Fee Applications
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 01/05/2017 | BTH | Code time entries for purposes of interim fee application for December 2016. | 0.60 | 177.00 |
| 01/11/2017 | BTH | Review UCC first interim fee application and issues related thereto and forward to client with recommendation. | 1.40 | 413.00 |
| 01/12/2017 | BTH | Finalize materials for interim fee application for December 2016. | 0.50 | 147.50 |
| 01/24/2017 | BTH | Review interim fee application from UCC and forward to client (.4). | 0.40 | 118.00 |
|  |  | **TOTAL SERVICES** | 2.90 | 855.50 |
|  |  | **TOTAL THIS INVOICE** |  | 855.50 |
|  |  | Previous Balance |  | $14,994.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $15,849.50 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 11/17/2016 | 94192 | 3,679.00 | 3,679.00 |
| 12/19/2016 | 94556 | 9,751.50 | 9,751.50 |
| 01/06/2017 | 94754 | 1,563.50 | 1,563.50 |
|  |  |  | 14,994.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

February 10, 2017                                                       Invoice No.:  95138

Terry Odom, CEO                                **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                        11278.016   Automatic Stay Adversary
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                      | Hours |       |
|------------|-----|--------------------------------------------------------------------------------------|-------|-------|
| 01/06/2017 | BTH | Email to and from parties in interest re continuing initial pretrial conference.     | 0.20  | 59.00 |
|            |     | **TOTAL SERVICES**                                                                   | 0.20  | 59.00 |
|            |     | **TOTAL THIS INVOICE**                                                               |       | 59.00 |
|            |     | Previous Balance                                                                     |       | $2,270.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                       |       | $2,329.50 |

Aged Due Amounts

| Stmt Date  | Stmt # | Billed   | Due      |
|------------|--------|----------|----------|
| 11/17/2016 | 94193  | 324.50   | 324.50   |
| 12/19/2016 | 94557  | 1,946.00 | 1,946.00 |
|            |        |          | 2,270.50 |

*PAYABLE UPON RECEIPT*