# Powell Valley Health Care, Inc.
# Case No. 16-20326

Markus Williams Young & Zimmermann LLC
Interim Monthly Billing Statement[1]
(February 1, 2017 – February 28, 2017)

| Timekeeper | Role | Rate | Hours | Amount |
|---|---|---|---|---|
| James T. Markus | Attorney | $425 | | |
| John F. Young | Attorney | $395 | 10.80 | $4,266.00 |
| Steven R. Rider | Attorney | $375 | | |
| Donald D. Allen | Attorney | $310 | | |
| Jennifer M. Salisbury | Attorney | $310 | 15.10 | $4,681.00 |
| Jeffrey O McAnallen | Attorney | $295 | | |
| Bradley T. Hunsicker | Attorney | $295 | 45.40 | $13,393.00 |
| Matthew T. Faga | Attorney | $295 | | |
| Robert B. Little | Paralegal | $125 | | |
| Jenny F. Tokuoka | Secretary | $95 | | |
| **Total** | | | **71.30[2]** | **$22,340.00** |
| **Less Holdback (25% of total fees)** | | | | **$ 5,585.00** |
| **Net Allowable Interim Monthly Fees** | | | | **$16,755.00** |

**Expenses**

| | |
|---|---|
| Photocopies (2,186 @. 20) | $437.20 |
| Online research | $7.60 |
| Postage | $111.59 |
| Out-of-town travel | $ |
| Court fees | $ |
| Recording fees | $ |
| Overnight delivery | $ |
| Conference calls | $48.74 |
| **Total** | **$605.13** |

| | |
|---|---|
| **Total Interim Monthly Fee Request** | **$16,755.00** |
| **Total Interim Monthly Expense Request** | **$   605.13** |
| **Total Interim Monthly Fee & Expense Request** | **$17,360.13** |

---

[1] Submitted in accordance with the Bankruptcy Court's *Order on Debtor's Motion to Establish Interim Compensation Procedures* [Doc. 211].

[2] Detailed time entries for each attorney/paralegal/secretary are attached hereto at Exhibit A.

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 10th day of March, 2017, by placing a copy in the U.S. mail, first class postage prepaid upon the Debtor and those parties identified on the mailing matrix attached hereto at Exhibit B.

*/s/ Jenny F. Tokuoka*
Jenny F. Tokuoka