**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

March 9, 2017                                                         Invoice No.:  95391

Terry Odom, CEO                                   **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                    11278.002   Restructure/Reorganization
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                                                                 | Hours |          |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 02/02/2017 | BTH | Phone conference with J. Smiley to address potential issues with Health Tech (.2); Discussions with T. Woznick to discuss status of case (.4).                                                                                  | 0.60  | 177.00   |
| 02/03/2017 | BTH | Phone conference with M. Lane (H2C) re update on status of case (.4); Email to counsel for Hospital District re case update (.1); Review various emails and correspondence to outline next steps in case (.6).                  | 1.10  | 324.50   |
| 02/06/2017 | BTH | Research re mass tort claims in bankruptcy and addressing claims through liquidating trust.                                                                                                                                      | 3.80  | 1,121.00 |
| 02/10/2017 | BTH | Review and forward various HIPAA releases to CEO/CFO.                                                                                                                                                                           | 0.30  | 88.50    |
| 02/13/2017 | BTH | Advise CEO/CFO on discussions with UCC (.1); Review various pleadings and correspondence to outline open issues in case (1.0).                                                                                                  | 1.10  | 324.50   |
| 02/14/2017 | BTH | Review, address and revise motion to extend deadline to remand certain pre-petition litigation (.4); Phone conference with T. Swanson (UMIA) re update on case (.3); Phone conference with CEO/CFO re case update (.4).         | 1.10  | 324.50   |
| 02/15/2017 | JMS | Draft order and file Second Motion to Extension of Time.                                                                                                                                                                        | 0.30  | 93.00    |
| 02/21/2017 | BTH | Address open issues and pending matters in case and draft motions to continue and proposed orders related thereto (1.5); Review orders filed in case (.4); Advise CEO on pending matters (.1).                                  | 2.00  | 590.00   |
| 02/27/2017 | BTH | Prepare for conference call with Board (.5); Phone conference with T. Copenhaver re open issues in case (.7); Attend conference call with Board (.3); Phone conference with M. Lane re case update (.2).                        | 1.70  | 501.50   |
| 02/28/2017 | BTH | Review email from M. Long and discuss the same with T. Odom (.2); Address matters related to potential departure of employee (.3).                                                                                              | 0.50  | 147.50   |
|            | JFY | Review and analyze open operational issues.                                                                                                                                                                                     | 0.80  | 316.00   |

|  | Hours |  |
|---|---:|---:|
| **TOTAL SERVICES** | 13.30 | 4,008.00 |

**EXPENSES:**

| | |
|---|---:|
| Photocopies | 437.20 |
| Online research | 7.60 |
| Postage | 111.59 |
| Conference calls | 48.74 |
| **TOTAL EXPENSES** Thru 02/28/2017 | 605.13 |
| **TOTAL THIS INVOICE** | 4,613.13 |
| Previous Balance | $6,376.07 |
| 02/14/2017   Payment received | -2,521.06 |
| **TOTAL OUTSTANDING INVOICES** | $8,468.14 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---:|---:|
| 02/10/2017 | 95128 | 3,855.01 | 3,855.01 |
|  |  |  | 3,855.01 |

Your trust account balance is

| | | |
|---|---|---:|
|  | Opening Balance | $174,286.25 |
| 02/14/2017 | December Interim Billing Payment |  |
|  | PAYEE: MARKUS WILLIAMS YOUNG & ZIMMERMANN LL | -14,753.06 |
| 03/06/2017 | Ck #5323 | 15,059.26 |
| 03/07/2017 | January Interim Billing Payment |  |
|  | PAYEE: MARKUS WILLIAMS YOUNG & ZIMMERMANN LL | -15,059.26 |
|  | Closing Balance | $159,533.19 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

March 9, 2017                                                                 Invoice No.:  95392

Terry Odom, CEO                                     **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                         11278.004   Cash Collateral
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                      | Hours |        |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 02/10/2017 | BTH | Review documents for continued use of cash collateral and forward the same to T. Woznick.                                            | 0.30  | 88.50  |
| 02/27/2017 | BTH | Review and finalize budget for continued use of cash collateral (.6); Review stipulation for use of cash collateral and forward to client (.3). | 0.90  | 265.50 |
|            |     | **TOTAL SERVICES**                                                                                                                   | 1.20  | 354.00 |
|            |     | **TOTAL THIS INVOICE**                                                                                                               |       | 354.00 |
|            |     | Previous Balance                                                                                                                     |       | $826.00 |
| 02/14/2017 |     | Payment received                                                                                                                     |       | -265.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                                       |       | $914.50 |

Aged Due Amounts

| Stmt Date  | Stmt # | Billed | Due    |
|------------|--------|--------|--------|
| 02/10/2017 | 95129  | 560.50 | 560.50 |
|            |        |        | 560.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

March 9, 2017                                                                 Invoice No.: 95394

Terry Odom, CEO                                        **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                              11278.008   Claims
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                                 | Hours |          |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 02/13/2017 | BTH | Review and analyze various claims filed in case.                                                                                                                                                | 0.60  | 177.00   |
| 02/14/2017 | BTH | Review and analyze information to be provided to UCC re non-Hansen claims and insurance coverage (1.3); Emails to S. Goldstein re non-Hansen claims (.2); Review and email HIPAA releases to CFO (.2). | 1.70  | 501.50   |
| 02/15/2017 | BTH | Review claims register and reconcile with internal records; Email to T. Odom re claims register and suggested review; Review additional claims materials to be submitted to UCC.                | 1.60  | 472.00   |
|            | JFY | Review and analyze tort claim issues and resolution of same and potential mediation of same (0.6).                                                                                              | 0.60  | 237.00   |
| 02/16/2017 | BTH | Research re issues with respect to various tort claims (.9).                                                                                                                                    | 0.90  | 265.50   |
| 02/20/2017 | BTH | Review additional claims information and forward the same to S. Goldstein.                                                                                                                      | 0.20  | 59.00    |
|            |     | **TOTAL SERVICES**                                                                                                                                                                              | 5.60  | 1,712.00 |

**TOTAL THIS INVOICE**                                                                                        1,712.00

Previous Balance                                                                                              $472.00

**TOTAL OUTSTANDING INVOICES**                                                                                $2,184.00

Aged Due Amounts

| Stmt Date  | Stmt # | Billed | Due    |
|------------|--------|--------|--------|
| 02/10/2017 | 95131  | 472.00 | 472.00 |
|            |        |        | 472.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

March 9, 2017                                                                     Invoice No.:  95396

Terry Odom, CEO                                         **RE:** **Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                 11278.010   Creditors Committee
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 02/13/2017 | BTH | Review email from S. Goldstein and discuss the same with S. Goldstein. | 0.40 | 118.00 |
|  |  | **TOTAL SERVICES** | 0.40 | 118.00 |
|  |  | **TOTAL THIS INVOICE** |  | 118.00 |
|  |  | Previous Balance |  | $1,062.00 |
| 02/14/2017 |  | Payment received |  | -826.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $354.00 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 02/10/2017 | 95133 | 236.00 | 236.00 |
|  |  |  | 236.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

March 9, 2017                                                           Invoice No.:  95397

Terry Odom, CEO                                    **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                          11278.012   Tort Litigation
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 02/06/2017 | JMS | Research procedures to utilize to liquidate tort claims and to provide for distributions to same. | 6.20 | 1,922.00 |
| 02/07/2017 | JMS | Draft procedures for determining claim amounts and for distribution of trust proceeds to trust claimants. | 5.80 | 1,798.00 |
| 02/14/2017 | JMS | Draft second motion for extension of removal deadline. | 0.90 | 279.00 |
| 02/21/2017 | JMS | Correspondence with opposing counsel re extending pretrial conference; Draft and file unopposed motion re same. | 0.60 | 186.00 |
|  |  | **TOTAL SERVICES** | 13.50 | 4,185.00 |
|  |  | **TOTAL THIS INVOICE** |  | 4,185.00 |
|  |  | Previous Balance |  | $465.00 |
| 02/14/2017 |  | Payment received |  | -465.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $4,185.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

March 9, 2017                                    Invoice No.: 95398

Terry Odom, CEO                                  **RE:** Powell Valley Healthcare, Inc.
Powell Valley Healthcare, Inc.                   11278.013   Insurance Issues
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                  | Hours |        |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 02/06/2017 | BTH | Review various loss reports and other information to address non-Hansen insurance coverage issues (.9); Email correspondence with M. Long and S. Goldstein re insurance coverage issues (.2). | 1.10  | 324.50 |
|            |     | **TOTAL SERVICES**                                                                                                                                                               | 1.10  | 324.50 |
|            |     | **TOTAL THIS INVOICE**                                                                                                                                                           |       | 324.50 |
|            |     | Previous Balance                                                                                                                                                                 |       | $1,230.00 |
| 02/14/2017 |     | Payment received                                                                                                                                                                 |       | -964.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                                                                                   |       | $590.00 |

Aged Due Amounts

| Stmt Date  | Stmt # | Billed | Due    |
|------------|--------|--------|--------|
| 02/10/2017 | 95135  | 265.50 | 265.50 |
|            |        |        | 265.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

March 9, 2017                                                                 Invoice No.:  95399

Terry Odom, CEO                                     **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                           11278.014   Plan and Disclosure Statement
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 01/26/2017 | JFY | Review and analyze term sheet issues in regard to proposed consensual plan with unsecured creditor's committee; Discuss same with B. Hunsicker. | 1.20 | 474.00 |
| 02/02/2017 | BTH | Research and address open issues with Plan Term Sheet. | 0.80 | 236.00 |
| 02/03/2017 | JMS | Continue research re tort claimant distribution procedures. | 0.80 | 248.00 |
|  | BTH | Discuss status of Plan Term Sheet with T. Woznick (Bank) (.6); Email to T. Odom re approval to discuss Plan Term Sheet with Bank (.1); Phone conference with B. Leinbach (Insurance) re status of case (.2). | 0.90 | 265.50 |
| 02/06/2017 | BTH | Conference call with C. Caby and T. Copenhaver to address open issues with Plan Term Sheet (.8); Prepare for conference call with Hospital District (.5); Discuss open issues with Plan Term Sheet with J. Salisbury (.2); Discuss proposed revisions to Plan Term Sheet with T. Odom (.2); Email to S. Goldstein re status of Plan Term Sheet (.1); Follow up call and emails with C. Caby to address PSA (.2). | 2.00 | 590.00 |
|  | JFY | Review and analyze term plan sheet issues (.8); Conference with District counsel re plan issues (.5); Review correspondence with Committee counsel re term sheet issues (.7). | 2.00 | 790.00 |
| 02/07/2017 | BTH | Address potential claims resolution procedures (.6); Address issues with Plan Term Sheet and incorporate various provisions therein (2.1); Draft summary of revisions and circulate to parties (.3). | 3.00 | 885.00 |
|  | JFY | Continue to review and analyze plan term sheet issues and negotiations re same. | 1.00 | 395.00 |
| 02/08/2017 | BTH | Conference call with CEO/CFO to address open issue with Plan Term Sheet (.7); Additional review and revision and negotiation of Plan Term Sheet (1.8); Address issues in Plan Term Sheet regarding security interest in accounts (.3); Emails to parties in interest re additional revisions to Plan Term Sheet (.6). | 3.40 | 1,003.00 |

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | JFY | Review and revise plan term sheet (0.9); Review and analyze confirmation issues related to negotiations involving term sheet (0.6). | 1.50 | 592.50 |
| 02/09/2017 | BTH | Review prior motions and orders requesting and granting extensions of exclusivity, draft fourth request for extension of exclusivity and order and notice and finalize the same (1.5); Phone conference with C. Caby re revisions to Plan Term Sheet (.2); Review and revise and finalize latest draft of Plan Term Sheet and forward to parties in case (2.2). | 3.90 | 1,150.50 |
|  | JFY | Review and analyze term sheet issues (0.5); Review and analyze plan timing issues (0.3); Review and analyze extension of exclusivity issues (0.3). | 1.10 | 434.50 |
| 02/10/2017 | BTH | Review and revise terms of proposed nonconsensual plan (.8); Review latest Plan Term Sheet and forward the same to T. Woznick (.3); Phone conference with S. Goldstein re latest revisions to Plan Term Sheet (.2). | 1.30 | 383.50 |
|  | JFY | Conference with various constituents regarding plan confirmation issues and plan term sheet issues. | 0.50 | 197.50 |
| 02/15/2017 | BTH | Review comments on Plan Term Sheet from UCC and discuss the same with J. Young. | 0.30 | 88.50 |
|  | JFY | Continue to review and analyze plan term sheet issue (0.5). | 0.50 | 197.50 |
| 02/16/2017 | BTH | Phone conference with R. Royal to discuss plan term sheet issues (.3); Phone conference with S. Goldstein re update on negotiations (.2). | 0.50 | 147.50 |
| 02/17/2017 | BTH | Address Plan Term Sheet with S. Goldstein (.2); Interoffice discussions re procedure for liquidating tort claims through Plan (.4); Review files to begin preparing plan documents (1.3). | 1.90 | 560.50 |
| 02/20/2017 | BTH | Phone conference with S. Goldstein to address open issues with Plan Term Sheet (.3); Update insurance counsel on status of Plan (.1); Address open issues with agreed upon Plan Term Sheet (1.2). | 1.60 | 472.00 |
| 02/21/2017 | JFY | Continue to review negotiations and issues with unsecured creditor's committee re plan term sheet and related matters. | 0.80 | 316.00 |
| 02/24/2017 | BTH | Review latest Plan Term Sheet and circulate to parties (.4); Phone conference with S. Goldstein re Plan Term Sheet (.1). | 0.50 | 147.50 |
|  | JFY | Review and analyze negotiation issues and term sheet issues involving plan negotiations with unsecured creditors committee. | 0.80 | 316.00 |
|  | JMS | Review of final term sheet between the Hospital and the Creditors Committee. | 0.50 | 155.00 |
| 02/27/2017 | BTH | Review and revise Plan Term Sheet and forward to S. Goldstein (.5). | 0.50 | 147.50 |
|  |  | **TOTAL SERVICES** | 31.30 | 10,193.00 |
|  |  | **TOTAL THIS INVOICE** |  | 10,193.00 |
|  |  | Previous Balance |  | $34,828.03 |

| | | | |
|---|---|---|---|
| 02/14/2017 | Payment received | | -8,914.50 |

**TOTAL OUTSTANDING INVOICES** $36,106.53

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 12/19/2016 | 94555 | 13,379.50 | 9,827.53 |
| 01/06/2017 | 94753 | 11,979.00 | 3,064.50 |
| 02/10/2017 | 95136 | 13,021.50 | 13,021.50 |
| | | | 25,913.53 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

March 9, 2017                                                                        Invoice No.:  95400

Terry Odom, CEO                                     **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                            11278.015   Employment and Fee Applications
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                   | Hours |         |
|------------|-----|-------------------------------------------------------------------------------------------------------------------|-------|---------|
| 02/06/2017 | BTH | Review order on UCC first fee application and forward the same to M. Long (.2); Email to S. Goldstein re payment of UCC fees (.1). | 0.30  | 88.50   |
| 02/07/2017 | BTH | Address issues with UCC interim fee application (.3).                                                             | 0.30  | 88.50   |
| 02/08/2017 | BTH | Review and code time entries for January interim fee application (.7).                                            | 0.70  | 206.50  |
|            | BTH | Email to CFO re payment of UCC fees.                                                                              | 0.10  | 29.50   |
| 02/14/2017 | BTH | Review, revise and finalize interim monthly fee application for January 2017.                                     | 0.60  | 177.00  |
| 02/17/2017 | BTH | Review UCC interim fee application and forward the same to M. Long and T. Odom.                                   | 0.40  | 118.00  |
| 02/21/2017 | BTH | Review, finalize and file monthly operating report for January 2017 (1.2).                                        | 1.20  | 354.00  |
| 02/28/2017 | BTH | Review prior interim fee applications, orders and applicable dates in anticipation of preparing second fee application (1.3). | 1.30  | 383.50  |
|            |     | **TOTAL SERVICES**                                                                                                | 4.90  | 1,445.50|

**TOTAL THIS INVOICE**                                                                                          1,445.50

Previous Balance                                                                                                $15,849.50

**TOTAL OUTSTANDING INVOICES**                                                                                  $17,295.00

Aged Due Amounts

| Stmt Date  | Stmt # | Billed   | Due      |
|------------|--------|----------|----------|
| 11/17/2016 | 94192  | 3,679.00 | 3,679.00 |
| 12/19/2016 | 94556  | 9,751.50 | 9,751.50 |
| 01/06/2017 | 94754  | 1,563.50 | 1,563.50 |
| 02/10/2017 | 95137  | 855.50   | 855.50   |

15,849.50

*PAYABLE UPON RECEIPT*