Jamie N. Cotter (Wyoming Bar No. 74721)
Philip A. Pearlman (Colorado Bar No. 11426)
Scott J. Goldstein (Missouri Bar No. 28698)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: (303) 839-3800
Facsimile: (303) 839-3838
jcotter@spencerfane.com
*Counsel to the Official Committee of
Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| | ) | **Case No. 16-20326** |
| **POWELL VALLEY HEALTH CARE, INC.,** | ) | |
| | ) | |
| **Debtor-in-possession.** | ) | |

**MOTION FOR CONTINUANCE OF HEARING ON THE COMMITTEE'S
APPLICATION TO RETAIN EISNERAMPER, LLP**

The Official Committee of Unsecured Creditors (the "Committee"), for its Motion for Continuance of Hearing on the Committee's Application to Retain EisnerAmper, LLP, states as follows:

1. On October 24, 2016, the Committee filed its Application to Retain EisnerAmper, LLP as Accountant and Financial Advisor to the Official Committee of Unsecured Creditors (the "Motion" [Docket #349]). The Debtor filed its Objection to the Motion on November 1, 2016. (Docket #357). The Powell Hospital District (the "District") filed an Objection to the Motion on November 3, 2016 (Docket #362). On November 16, 2016, the Committee filed its Brief in Support of Application to Retain EisnerAmper, LLP as Accountant and Financial Advisor to the Official Committee of Unsecured Creditors (Docket #369). First Bank of Wyoming filed an Objection to the Motion on November 16, 2016 (Docket #370). The Court set a telephonic hearing on the Motion and all objections thereto for November 23, 2016 (the "Hearing" [Docket

#360]). Upon further motion filed on November 21, 2016 (Docket #378) and Order (Docket #383), the hearing was continued to December 7, 2016, and ultimately scheduled for January 11, 2017. Upon further motion filed on January 9, 2017 (Docket #423) and Order (Docket #428), the hearing was continued to February 22, 2017, at 2:00 p.m. to be heard with several other Powell Valley Health Care, Inc. matters also scheduled for the February 22, 2017, docket. Upon further motion filed on February 21, 2017 (Docket #450) and Order (Docket #456), the hearing was continued to April 5, 2017, at 2:00 p.m. to be heard with several other Powell Valley Health Care, Inc. matters also scheduled for the April 5, 2017, docket.

2.  An agreement in principle exists between the Debtor, the Committee and the tort claimants. The parties are currently working out the details of a consensual plan, trust and related documents. Further continuation of this hearing on the Application will best serve the interests of all parties and the Committee respectfully requests that the Court continue the April 5, 2017 hearing consistent with other requests for continuances to be filed regarding hearings relating to the Debtor currently scheduled for April 5, 2017.

3.  The Committee has conferred with counsel for all parties who have filed objections to the Motion, and no party objects to this requested continuance. Further, this continuance is sought in good faith and in light of the progress the parties have made towards a consensual plan. In the event a consensual plan is negotiated and agreed to, the Committee may have no need to employ EisnerAmper. Therefore, a continuance is in the best interests of all parties.

WHEREFORE, the Committee respectfully requests that the Court continue the April 5, 2017 hearing and respectfully requests that it be set on a date consistent with the Debtors other hearings in this case.

Respectfully submitted,

SPENCER FANE LLP

/s/ Jamie N. Cotter
Jamie N. Cotter     WY #74721
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554
(303) 839-3800
(303) 839-3838—Fax
jcotter@spencerfane.com
ppearlman@spencerfane.com


Scott J. Goldstein     MO #28698
1000 Walnut, Suite 1400
Kansas City, MO 64106
(816) 474-8100
(816) 474-3216– Fax
sgoldstein@spencerfane.com

COUNSEL TO OFFICIAL COMMITTEE OF
UNSECURED CREDITORS