Deborah M. Kellam | Special Counsel
Hall & Evans, LLC
2015 Central Avenue, Suite C
Cheyenne, WY 82001
kellamd@hallevans.com
Tel: 307-514-2567
Fax: 307-514-2568

Michael S. Davis (pro hac vice)
Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, NY 10036
mdavis@zeklaw.com
Tel:  212-223-0400
Fax:  212-753-0396

Counsel for Lexington Insurance Company

UNITED STATES BANKRUPTCY COURT
DISTRICT OF WYOMING

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| POWELL VALLEY HEALTH CARE, INC. | ) Case No. 16-20326 |
| | ) |
| Debtor-in-Possession | ) |

## MOTION TO VACATE AND CONTINUE HEARING SET FOR APRIL 5, 2017 ON INSURANCE COMPANIES' JOINT MOTION FOR RELEIF FROM THE AUTOMATIC STAY

COME NOW Lexington Insurance Company ("**Lexington**") on behalf of itself and UMIA Insurance, Inc. ("**UMIA**") and Homeland Insurance Company of New York ("**Homeland**") (collectively, the "**Insurance Companies**"), each a party in interest in the Debtor's Chapter 11 case, for this Motion to Vacate and Continue (the "**Motion**") the Hearing set for April 5, 2017, at 2:00 p.m. (the "**Hearing**") on the Insurance Companies' Joint Motion for Relief From Automatic

Stay to Permit Prepetition Litigation to Continue in the United States District Court for the District of Wyoming (Docket No. 354) (the "**Stay Relief Motion**") and all pleadings filed in opposition thereto (Docket Nos. 373 and 374). In support of the Motion, the Insurance Companies state as follows:

1. Since filing its Stay Relief Motion on October 31, 2016, the Insurance Companies and the Debtor have participated in meaningful discussions regarding the relief sought in the Stay Relief Motion. Moreover, the Debtor has recently stated that

> [T]he Debtor and the UCC are currently in the process of drafting, reviewing and revising an agreed upon Disclosure Statement, Plan and Plan related documents. The undersigned believes that the Debtor may file its Disclosure Statement and Plan as early as April 10, 2017.

(Docket No 478 at ¶1)

2. The Court has set the Hearing for the Stay Relief Motion for April 5, 2017 (Docket No. 458).

3. The Court has also set a Hearing on the Debtor's Motion for Authorization to Conduct Rule 2004 Examination of the Malpractice Insurance Companies (the "Rule 2004 Motion") for April 5, 2017 (Docket No. 454). Today, the Debtor has moved to vacate the Hearing on the Rule 2004 Motion for approximately thirty (30) days. (Docket No. 478).

4. The issues to be heard at the Hearing on the Stay Relief Motion are inextricably intertwined with the Debtor's Rule 2004 Motion.

5. The Insurance Companies believe that the interests of all parties, including the Debtor, would be best served by continuing the Hearing on the Stay Relief Motion, for

approximately thirty (30) days so that the Stay Relief Motion may be heard in tandem with the Rule 2004 Motion.

6. Accordingly, the Insurance Companies request that the Hearing on the Stay Relief Motion be vacated and continued to approximately thirty (30) days.

7. Counsel for Lexington has conferred with counsel for UMIA and Homeland who have granted authority to the undersigned to file this Motion on their collective behalf.

**WHEREFORE**, the Insurance Companies respectfully request the Court enter an order substantially in the form attached hereto at **Exhibit A** which: (1) vacates the Hearing set for April 5, 2017 and continues the Hearing on the Stay Relief Motion for approximately thirty (30) days to be heard in tandem with the Rule 2004 Motion.

Dated:  New York, New York
        April 4, 2017

**HALL & EVANS, LLC**
Deborah M. Kellam | Special Counsel
2015 Central Avenue, Suite C
Cheyenne, WY 82001
kellamd@hallevans.com
Tel: 307-514-2567
Fax: 307-514-2568

**ZEICHNER ELLMAN & KRAUSE LLP**
/s/ Michael S. Davis
Michael S. Davis  (pro hac vice)
1211 Avenue of the Americas
New York, New York 10036
mdavis@zeklaw.com
Tel:  212-223-0400
Fax:  212-753-0396

Attorneys for Lexington Insurance Company

# CERTIFICATE OF SERVICE

The undersigned certifies that on April 4, 2017, a copy of the foregoing was served *electronically* upon those parties indicated below:

| **Homeland Insurance Company of NY:** | **UMIA Insurance, Inc.:** |
|---|---|
| Judith Studer<br>Patrick T. Holscher<br>Schwartz, Bon, Walker & Studer, LLC<br>141 S. Center St., Suite 500<br>Casper, WY 82601<br>(307) 235-6681<br>(307) 234-5099 Fax<br>jstuder@schwartzon.com<br>pat@schwartzbon.com<br><br>Charles E. Spevacek Tiffany M. Brown<br>Meagher & Geer, P.L.L.P.<br>33 S. Sixth Street, Suite 4400<br>Minneapolis, MN 55402<br>Ph: (612) 371-1324<br>Fax: (612) 877-3015<br>cspevacek@meagher.com<br>tbrown@meagher.com | James T. Burghardt<br>Timothy M. Swanson<br>Moye White LLP<br>1400 16th St., 6th Floor<br>Denver, CO 80202<br>jim.burghardt@moyewhite.com<br>tim.swanson@moyewhite.com<br><br>Julie Nye Tiedeken<br>McKellar, Tiedeken & Scoggin, LLC<br>702 Randall Avenue<br>P.O. Box 748<br>Cheyenne, WY 82003<br>jtiedeken@mtslegal.net |
| **Debtor:**<br><br>Bradley T. Hunsicker (Wyo. Bar 7-4579)<br>Markus Williams Young & Zimmermann LLC<br>106 East Lincoln way, Suite 300<br>Cheyenne, WY 82001<br>Telephone: 307-778-8178<br>bhunsicker@markuswilliams.com | **Attorneys for Official Committee of Unsecured Creditors:**<br><br>Scott J. Goldstein<br>Philip A. Pearlman<br>Jamie N. Cotter<br>Spencer Fane<br>1000 Walnut Street, Suite 1400<br>Kansas City, MO 64106<br>1700 Lincoln Street, Suite 2000<br>Denver, CO 80203<br>sgoldstein@spencerfane.com<br>jcotter@spencerfane.com<br>ppearlman@spencerfane.com |

/s/ Michael S. Davis
Michael S. Davis