FILED

11:48 am, 4/19/17

Tim J. Ellis
Clerk of Court

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: | ) Chapter 11  Case No. 16-20326 |
| | ) |
| POWELL VALLEY HEALTH CARE, INC., | ) |
| | ) |
| Debtor-in-Possession. | ) |

## ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER AMENDING COURT'S PRIOR ORDER ON DEBTOR'S MOTION FOR AUTHORITY TO EMPLOY PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS

Upon the *Motion for an Order Amending Court's Prior Order on Debtor's Motion for Authority to Employ Professionals Used in the Ordinary Course of Business* (the "Motion") filed by Powell Valley Health Care, Inc. ("PVHC" or, the "Debtor"), pursuant to 11 U.S.C §§ 105, 327 and 328, seeking an order from the Court amending its prior *Order Granting in Part and Denying in Part, Debtor's Motion for Authority to Employ Professionals Used in the Ordinary Course of Business* [Doc. 257]; and it appearing that the Court has jurisdiction over this matter; and it appearing that due notice of the Motion as set forth therein is sufficient under the circumstances, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtor and its estate and creditors; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that pursuant to sections 105, 327 and 328 of the Bankruptcy Code, the Debtor is authorized to employ and retain HealthTech Management Services, Inc. d/b/a HealthTechS3 as an Ordinary Course Professional, effective as of the date of the filing of the Motion; and it is further

**ORDERED** that the Debtor is authorized to make monthly payments for compensation and reimbursement of expenses up to $40,000 to each Ordinary Course Professional. Such monthly payments shall be made in the manner customarily made by the Debtor in the full amount billed by such professional, upon receipt therefrom of reasonably detailed invoices indicating the nature of the services rendered and calculated in accordance with such professional's standard billing practices (without prejudice to the Debtor's right to dispute any such invoices); and it is further

**ORDERED** that to the extent the compensation requested by the Ordinary Course Professional exceeds $40,000 per month, payment to such professional of such excess shall be subject to the approval of the Court in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and orders of this Court; and it is further

**ORDERED** that all other findings and provisions of this Court's prior *Order Granting in Part and Denying in Part, Debtor's Motion for Authority to Employ Professionals Used in the Ordinary Course of Business* [Doc. 257] shall remain in full force and are otherwise unaffected by this Order; and it is further

**ORDERED** that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

BY THE COURT

*Cathleen D. Parker*
4/19/2017

Honorable Cathleen D. Parker
United States Bankruptcy Judge