Jamie N. Cotter (Wyoming Bar No. 74721)
Philip A. Pearlman (Colorado Bar No. 11426)
Scott J. Goldstein (Missouri Bar No. 28698)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: (303) 839-3800
Facsimile: (303) 839-3838
jcotter@spencerfane.com
*Counsel to the Official Committee of
Unsecured Creditors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| | ) | **Case No. 16-20326** |
| **POWELL VALLEY HEALTH CARE, INC.,** | ) | |
| | ) | |
| **Debtor-in-possession.** | ) | |

**COMMENT TO FILING OF DISCLOSURE STATEMENT
AND CHAPTER 11 PLAN**

The Official Committee of Unsecured Creditors (the "Committee"), for its Comment to Filing of Disclosure Statement and Chapter 11 Plan (the "Comment"), states as follows:

1. The Debtor filed its Disclosure Statement in Support of Chapter 11 Plan of Reorganization dated April 24, 2017 for Powell Valley Health Care, Inc. [Doc. 498] on April 24 and its Chapter 11 Plan of Reorganization dated April 24, 2017 for Powell Valley Health Care, Inc. [Doc. 499] on April 25, 2017 (collectively, the "Plan Documents").

2. There are several places in the Plan Documents in which the Debtor recites the Plan Documents are consensual, and the Committee and the Tort Claimants (as described in the Plan Documents) agree to the Plan Documents. The purpose of this Comment is merely to let the Court know that while there is an agreement in principle and the Committee believes substantial progress to a consensual plan has been made, as of the filing of the Plan Documents there are still several issues regarding the Plan Documents for which the parties are continuing to

WA 9628547.1

negotiate, but the Debtor, Committee and Tort Claimants are working hard to resolve these issues.

3. The Committee and Tort Claimants, therefore, reserve their rights to file any necessary objections to the Plan Documents.

4. In addition, lead Committee counsel, Scott J. Goldstein, has previously informed both Debtor's counsel and the Tort Claimants' counsel that he will be out of the country on a previously scheduled family trip from June 9, 2017 through June 30, 2017, and respectfully requests that any hearings be scheduled before or after that time.

Respectfully submitted,

SPENCER FANE LLP

/s/ Jamie N. Cotter
Jamie N. Cotter    WY #74721
Philip A. Pearlman    CO #11426
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554
(303) 839-3800
(303) 839-3838—Fax
jcotter@spencerfane.com
ppearlman@spencerfane.com

Scott J. Goldstein    MO #28698
1000 Walnut, Suite 1400
Kansas City, MO 64106
(816) 474-8100
(816) 474-3216– Fax
sgoldstein@spencerfane.com

COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS