

FILED

9:38 am, 5/12/17

Tim J. Ellis
Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: | ) |
| | ) |
| POWELL VALLEY HEALTH CARE, INC., | )   Case No. 16-20326 |
| | )   Chapter 11 |
| Debtor-in-Possession | ) |

### ORDER SETTING HEARING ON APPROVAL OF DISCLOSURE STATEMENT

To all creditors and other parties in interest:

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

1. On April 24, 2017, the Debtor filed a proposed Disclosure Statement and a proposed Plan of Reorganization.

2. On or before **May 19, 2017,** a copy of this Order, together with a copy of the proposed Disclosure Statement and proposed Plan (and any exhibits attached thereto) shall be sent by the Debtor to: (1) the Debtor's secured lenders; (2) the top twenty (20) unsecured creditors; (3) the Tort Claimants; (4) the Creditors Committee; (5) counsel to the Creditors Committee; (6) the United States Trustee; (7) priority creditors; and, (8) those who have formally entered an appearance and requested notice (collectively, the "Limited Notice Parties") pursuant to this Court's *Order Granting Debtor's Motion for an Immediate Order Authorizing the Debtor to Limit Service of Pleadings and Other Notices* [Doc. 72]. A certificate evidencing service shall be filed by the Debtor within five (5) days of service.

3. On or before **May 19, 2017,** a copy of this Order shall also be sent, by the Debtor, to all creditors listed in its Schedules. Any Additional Notice Party receiving a copy of this Order may request a copy of the Disclosure Statement and proposed Plan (and any exhibits attached thereto), to be sent by email or mail, by contacting Robert Little, Paralegal, 1-303-318-0135, rlittle@markuswilliams.com. A certificate evidencing service shall be filed by the Debtor within five (5) days of service.

4. On or before **May 19, 2017,** a copy of this Order shall also be sent, by the Debtor to the Known Patient Creditors referred to in Docket Entry No. 78. Any Known

Patient Creditor receiving a copy of this Order may request a copy of the Disclosure Statement and proposed Plan (and any exhibits attached thereto), to be sent by email or mail, by contacting Robert Little, Paralegal, rlittle@markuswilliams.com., 1-303-318-0135. A certificate evidencing service shall be filed **under seal** by the Debtor within five (5) days of service. ANY DOCUMENTS FILED UNDER SEAL WITH THE COURT SHALL NOT BE ELECTRONICALLY FILED, BUT HAND DELIVERED TO THE CLERK OF COURT IN A SEALED ENVELOPE FOR FILING ON THE DOCKET.

5. Any objections to the proposed Disclosure Statement must be filed with the Court and served on the Debtor, the Debtor's counsel and the Creditors Committee on or before **June 22, 2017**.

6. On or before **June 29, 2017**, any party intending to introduce exhibits or call witnesses at the hearing shall file a schedule of proposed exhibits and anticipated witnesses and shall serve the schedule and copies of the proposed exhibits on all parties. The schedule and **three** copies of the proposed exhibits shall also be provided to the Judge's chambers by that date. If the documents consist of ten or fewer pages, the schedule and copies of the exhibits may be faxed to the Judge's chambers at 307-433-2255. If the list and proposed exhibits consist of more than ten pages, the documents must be provided directly to The Honorable Cathleen D. Parker, U.S. Bankruptcy Court, 2120 Capitol Avenue, Suite 8024, Cheyenne, Wyoming 82001. The copies of the exhibits shall not be filed with the clerk. Counsel should retain original exhibits for introduction at the hearing.

7. A hearing will be held on **July 6, 2017 at 1:30 p.m.** in the United States Bankruptcy Courtroom, 2120 Capitol Avenue, 8th Floor, Cheyenne, Wyoming, to consider and to rule on the adequacy of the information contained in the proposed Disclosure Statement. Any party requesting participation by video conferencing from a location other than Cheyenne, Wyoming shall refer to Local Bankruptcy Rule 9074-2.

BY THE COURT

*Cathleen D. Parker*  5/12/2017

Honorable Cathleen D. Parker
United States Bankruptcy Judge