Jason Edward Ochs Esq. #7-4965
Ochs Law Firm
690 US Hwy 89, Suite 200
Jackson, WY 83001
(307) 234-3239
jason@ochslawfirm.com

Diana Rhodes,
Rhodes Law Firm
2015 Warren Ave.
Cheyenne, WY 82001
(307) 634-4444
Diana@rhodeslaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | Case No. 16-20326 |
| POWELL VALLEY HEALTH CARE INC., | ) | |
| | ) | |
| Debtor-in-possession. | ) | |
| | ) | |

## ENTRY OF APPEARANCE

COMES NOW, Jason Edward Ochs of Ochs Law Firm and Diana Rhodes of Rhodes Law Firm whom hereby submit their entry of appearance in the above-referenced matter and on behalf of Claimants Nanette and Ric Nofzinger.

Dated this 16th day of May, 2017.

Jason Edward Ochs, WSB 7-4965
OCHS LAW FIRM, P.C.
690 US Hwy 89, Suite 200
Jackson, WY 83001
jason@ochslawfirm.com

Diana Rhodes,
Rhodes Law Firm
2015 Warren Ave.
Cheyenne, WY 82001
(307) 634-4444
Diana@rhodeslaw.com

Attorneys for Claimants Nannette
and Ric Nofzinger


CERTIFICATE OF SERVICE

The foregoing *Entry of Appearance* was served on this 16th day of May 2017 via electronic and US Mail to the attached referenced individuals and entities.

Jason E. Ochs