Bradley T. Hunsicker (Wyo. Bar 7-4579)
**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
106 East Lincolnway, Suite 300
Cheyenne, WY  82001
Telephone: 307-778-8178
bhunsicker@markuswilliams.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POWELL VALLEY HEALTH CARE, INC., | ) | Case No. 16-20326 |
| | ) | |
| Debtor-in-Possession. | ) | |
| | ) | |

### DEBTOR'S ERRATA SHEET TO DISCLOSURE STATEMENT IN SUPPORT OF CHAPTER 11 PLAN OF REORGANIZATION DATED APRIL 24, 2017 FOR POWELL VALLEY HEALTH CARE, INC. [DOC. 498]

Powell Valley Healthcare, Inc. (the "Debtor") hereby files this errata sheet to correct certain scriveners errors found in its *Disclosure Statement in Support of Chapter 11 Plan of Reorganization Dated April 24, 2017 for Powell Valley Health Care, Inc.* (the "Disclosure Statement") [Doc. 498].  Specifically, it has been brought to the Debtor's attention that pages 29, 42 and 60 of the Disclosure Statement contain typos that need to be corrected to avoid possible confusion.  The corrections are identified in Exhibit A, Exhibit B and Exhibit C attached hereto.  Exhibit A is a red-lined copy of the correction on page 29, Exhibit B is a red-lined copy of the correction on page 42 and Exhibit C is a red-lined copy of the correction on page 60.  These corrections will be included in the

Disclosure Statement sent to all parties in interest in accordance with the Court's *Order Setting Hearing on Approval of Disclosure Statement* [Doc. 516].

Dated May 18, 2017

MARKUS WILLIAMS YOUNG AND ZIMMERMANN LLC

By: /s/ *Bradley T. Hunsicker*
Bradley T. Hunsicker (WY Bar No. 7-4579)
106 East Lincolnway Suite 300
Cheyenne, WY 82001
Telephone: 307-778-8178
Facsimile: 307-638-1975
Email: bhunsicker@markuswilliams.com

Counsel for the Debtor and Debtor-in-Possession