Powell Valley Healthcare
3-yr Projections for Plan of Reorganization
Beginning Cash Balance (actual as of May 15, 2017):
$            4,428,994.85

| | A June 2017 | B July 2017 | C August 2017 | D September 2017 | E October 2017 | F November 2017 | G December 2017 | H January 2018 | I February 2018 | J March 2018 | K April 2018 | L May 2018 | M June 2018 | B July 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Deposits** | | | | | | | | | | | | | | |
| Medicare EFT | 500,600 | 530,000 | 650,000 | 574,000 | 671,000 | 530,000 | 570,000 | 520,000 | 530,000 | 978,000 | 680,000 | 830,000 | 600,000 | 530,000 |
| Aetna/BCBS | 522,000 | 319,300 | 530,000 | 360,000 | 513,600 | 550,000 | 552,000 | 510,000 | 335,000 | 212,000 | 560,000 | 580,000 | 550,000 | 319,300 |
| CIGNA | 205,200 | 85,450 | 260,000 | 112,800 | 290,000 | 260,000 | 140,000 | 150,000 | 155,000 | 160,000 | 150,000 | 150,000 | 210,000 | 85,450 |
| Other commercial | 516,200 | 915,000 | 663,000 | 583,000 | 1,113,000 | 685,000 | 720,000 | 990,000 | 620,000 | 500,000 | 780,000 | 675,000 | 500,000 | 915,000 |
| Other | 392,000 | 450,000 | 448,000 | 439,000 | 464,916 | 620,000 | 350,000 | 720,000 | 350,000 | 860,000 | 530,000 | 630,000 | 350,000 | 450,000 |
| Other | | | | | 250,000 | | | | | | | | | |
| Other EFTs | 1,091,000 | 828,150 | 1,631,823 | 1,263,000 | 1,060,000 | 1,360,000 | 1,300,000 | 1,070,000 | 785,000 | 2,050,000 | 1,050,000 | 1,020,000 | 1,150,000 | 828,150 |
| QRA | | 332,560 | | | 332,560 | | | | 1,633,000 | | | 332,560 | | 332,560 |
| Total | 3,227,000 | 3,460,460 | 4,182,823 | 3,331,800 | 4,695,076 | 4,005,000 | 3,632,000 | 5,593,000 | 2,775,000 | 4,760,000 | 4,082,560 | 3,885,000 | 3,360,000 | 3,460,460 |
| **Disbursements** | | | | | | | | | | | | | | |
| Payroll & Taxes | 1,980,000 | 2,040,000 | 1,815,000 | 2,725,000 | 2,250,000 | 1,820,000 | 1,870,000 | 2,250,000 | 1,900,000 | 2,730,000 | 2,250,000 | 2,170,000 | 1,890,000 | 2,080,800 |
| EBMS | 590,000 | 420,000 | 540,000 | 300,000 | 400,000 | 560,000 | 560,000 | 380,000 | 320,000 | 450,000 | 300,000 | 430,000 | 550,000 | 450,000 |
| Direct withdrawl from bank (credit line interest, credit card fees, ALF payment) | 15,307 | 15,207 | 15,307 | 15,307 | 15,207 | 15,307 | 15,207 | 15,307 | 15,307 | 15,007 | 15,307 | 15,207 | 15,307 | 15,207 |
| **A/P Detail** | | | | | | | | | | | | | | |
| Rent | 75,500 | 75,500 | 75,500 | 75,500 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Management Fee | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 51,500 |
| Gaffey/HT Solution | | | | | | | | | | | | | | |
| QRA | | | 160,000 | | | 840,000 | | | | 160,000 | | | 160,000 | |
| Insurance | | | | 353,000 | | | 175,000 | | | | 175,000 | | | |
| Utilities | 62,600 | 62,800 | 60,180 | 62,500 | 60,400 | 62,500 | 55,000 | 62,000 | 65,000 | 64,000 | 58,000 | 59,000 | 60,000 | 63,000 |
| Debtor Counsel & Legal fees | 3,000 | 3,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | |
| Sysco Food | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 35,500 | 37,500 |
| HIM contract staff (AVEC, Command Health, MRI Staffing) | 61,500 | 61,500 | 61,500 | 61,500 | 61,500 | 61,500 | 61,500 | 25,500 | 25,500 | 25,500 | 25,500 | 25,500 | 25,500 | 15,000 |
| Physician contract staff (Delta Locum, Vista Staffing, West Park, CompHealth, Fusion, Weatherby, Austin Major Group) | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 |
| Noridian Healthcare (Cost Rpt) | | | | | | | | | | | | | | |
| North Plate Physical Therapy | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 |
| Equipment | | | 50,000 | | | 50,000 | | | | | 50,000 | | | 65,000 |
| Wy Dept of Workforce SVC | | 175,000 | | | 175,000 | | | 175,000 | | | 175,000 | | | 180,000 |
| Other | 625,000 | 525,000 | 580,000 | 680,000 | 780,000 | 690,000 | 680,000 | 650,000 | 690,000 | 750,000 | 780,000 | 680,000 | 690,000 | 525,000 |
| Total A/P | 1,051,100 | 1,126,300 | 1,567,680 | 1,107,000 | 1,312,400 | 1,939,500 | 1,207,000 | 1,148,000 | 1,176,000 | 1,125,000 | 1,449,000 | 1,160,000 | 1,011,000 | 1,083,000 |
| **Total Disbursement** | 3,636,407 | 3,601,507 | 3,937,987 | 4,147,307 | 3,977,607 | 4,334,807 | 3,652,207 | 3,793,307 | 3,411,307 | 4,320,007 | 4,014,307 | 3,775,207 | 3,466,307 | 3,629,007 |
| **Monthly Net Cash Flow** | (409,407) | (141,047) | 244,836 | (815,507) | 717,469 | (329,807) | (20,207) | 1,799,693 | (636,307) | 439,993 | 68,253 | 109,793 | (106,307) | (168,547) |
| **Aggregate Cash Flow** | (409,407) | (141,047) | 103,789 | (711,718) | 5,751 | (324,056) | (344,263) | 1,455,430 | 819,123 | 1,259,116 | 1,327,369 | 1,437,162 | 1,330,855 | 1,162,308 |
| **Bankruptcy Disbursements** | | | | | | | | | | | | | | |
| Bankruptcy Court Fee | | 13,000 | | | | | | | | | | | | |
| Financial Advisor Fees | 10,000 | 10,000 | 10,000 | 40,000 | | | | | | | | | | |
| Committee Counsel Fees | 29,000 | 41,000 | 41,000 | 221,100 | | | | | | | | | | |
| MWYZ Fees (after applying retainer) | | | | 152,164 | | | | | | | | | | |
| PI Trust Payments | | | | | 500,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| Other Plan Disbursements (Priority Claims, Admin Claims, Trade Claims, Etc.) | | | | | 103,933 | | | | 85,000 | | | 125,000 | | |
| Total Bankruptcy Disbursements | 39,000 | 64,000 | 51,000 | 413,264 | 603,933 | 30,000 | 30,000 | 30,000 | 115,000 | 30,000 | 30,000 | 155,000 | 30,000 | 30,000 |
| **Adjusted Monthly Net Cash Flow** | (448,407) | (205,047) | 193,836 | (1,228,771) | 113,536 | (359,807) | (50,207) | 1,769,693 | (751,307) | 409,993 | 38,253 | (45,207) | (136,307) | (198,547) |
| **Adjusted Aggregate Cash Flow** | (448,407) | (653,454) | (459,618) | (1,688,389) | (1,574,853) | (1,934,660) | (1,984,867) | (215,174) | (966,481) | (556,488) | (518,235) | (563,442) | (699,749) | (898,296) |
| **Rolling Cash Balance** | 3,980,588 | 3,775,541 | 3,969,377 | 2,740,606 | 2,854,142 | 2,494,335 | 2,444,128 | 4,213,821 | 3,462,514 | 3,872,507 | 3,910,760 | 3,865,553 | 3,729,246 | 3,530,699 |

Powell Valley Healthcare
3-yr Projections for Plan of Reorganization
Beginning Cash Balance (actual as of May 15, 2017):
$          4,428,994.85

| | C | D | E | F | G | H | I | J | K | L | M | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | August 2018 | September 2018 | October 2018 | November 2018 | December 2018 | January 2019 | February 2019 | March 2019 | April 2019 | May 2019 | June 2019 | July 2019 | August 2019 | September 2019 |
| **Deposits** | | | | | | | | | | | | | | |
| Medicare EFT | 650,000 | 574,000 | 671,000 | 530,000 | 570,000 | 520,000 | 530,000 | 978,000 | 680,000 | 830,000 | 600,000 | 530,000 | 650,000 | 574,000 |
| Aetna/BCBS | 530,000 | 360,000 | 513,600 | 550,000 | 552,000 | 510,000 | 335,000 | 212,000 | 560,000 | 580,000 | 550,000 | 319,300 | 530,000 | 360,000 |
| CIGNA | 260,000 | 112,800 | 290,000 | 260,000 | 140,000 | 150,000 | 155,000 | 160,000 | 150,000 | 150,000 | 210,000 | 85,450 | 260,000 | 112,800 |
| Other commercial | 663,000 | 583,000 | 1,113,000 | 685,000 | 720,000 | 990,000 | 620,000 | 500,000 | 780,000 | 675,000 | 500,000 | 915,000 | 663,000 | 583,000 |
| Other | 448,000 | 439,000 | 464,916 | 620,000 | 350,000 | 720,000 | 350,000 | 860,000 | 530,000 | 630,000 | 350,000 | 450,000 | 448,000 | 439,000 |
| Other | | | | | | | | | | | | | | |
| Other EFTs | 1,631,823 | 1,263,000 | 1,060,000 | 1,360,000 | 1,300,000 | 1,070,000 | 785,000 | 2,050,000 | 1,050,000 | 1,020,000 | 1,150,000 | 828,150 | 1,631,823 | 1,263,000 |
| QRA | 0 | | 332,560 | | | 1,633,000 | | | | 332,560 | | 332,560 | 0 | |
| Total | 4,182,823 | 3,331,800 | 4,445,076 | 4,005,000 | 3,632,000 | 5,593,000 | 2,775,000 | 4,760,000 | 4,082,560 | 3,885,000 | 3,360,000 | 3,460,460 | 4,182,823 | 3,331,800 |
| **Disbursements** | | | | | | | | | | | | | | |
| Payroll & Taxes | 2,805,000 | 1,963,500 | 2,295,000 | 1,856,400 | 1,907,400 | 2,295,000 | 1,927,800 | 2,784,600 | 2,295,000 | 2,213,400 | 1,846,200 | 2,080,800 | 2,805,000 | 1,963,500 |
| EBMS | 560,000 | 325,000 | 450,000 | 560,000 | 560,000 | 380,000 | 350,000 | 450,000 | 325,000 | 430,000 | 550,000 | 450,000 | 580,000 | 360,000 |
| Direct withdrawl from bank (credit line interest, credit card fees, ALF payment) | 15,307 | 15,307 | 15,207 | 15,307 | 15,207 | 15,307 | 15,307 | 15,007 | 15,307 | 3,000 | 15,237 | 15,238 | 15,238 | 15,238 |
| **A/P Detail** | | | | | | | | | | | | | | |
| Rent | 8,000 | 8,000 | 45,500 | 45,500 | 45,500 | 45,500 | 45,500 | 45,500 | 45,500 | 45,500 | 45,500 | 45,500 | 45,500 | 45,500 |
| Management Fee | 51,500 | 51,500 | 51,500 | 51,500 | 51,500 | 51,500 | 51,500 | 51,500 | 51,500 | 51,500 | 51,500 | 45,000 | 45,000 | 45,000 |
| Gaffey/HT Solution | | | | | | | | | | | | | | |
| QRA | 160,000 | | | 840,000 | | | 160,000 | | | 160,000 | | | 160,000 | |
| Insurance | 375,000 | | | | 195,000 | | | | 195,000 | | | 400,000 | | |
| Utilities | 65,100 | 67,200 | 64,050 | 67,200 | 59,850 | 64,050 | 65,100 | 61,950 | 64,050 | 65,100 | 66,150 | 66,150 | 68,355 | 70,560 |
| Debtor Counsel & Legal fees | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | | 1,500 | 1,500 |
| Sysco Food | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 |
| HIM contract staff (AVEC, Command Health, MRI Staffing) | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| Physician contract staff (Delta Locum, Vista Staffing, West Park, CompHealth, Fusion, Weatherby, Austin Major Group) | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 35,000 | 35,000 | 35,000 |
| Noridian Healthcare (Cost Rpt) | | | | | | | | | | | | | | |
| North Plate Physical Therapy | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 |
| Equipment | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 50,000 | | |
| Wy Dept of Workforce SVC | | | 180,000 | | | 180,000 | | | 180,000 | | | 180,000 | | |
| Other | 580,000 | 680,000 | 780,000 | 690,000 | 680,000 | 650,000 | 690,000 | 735,000 | 760,000 | 550,000 | 690,000 | 525,000 | 580,000 | 680,000 |
| Total A/P | 1,496,600 | 1,063,700 | 1,378,050 | 1,951,200 | 1,288,850 | 1,248,050 | 1,269,100 | 1,150,950 | 1,553,050 | 1,129,100 | 1,110,150 | 1,104,150 | 1,492,855 | 1,035,060 |
| | | | | | | | | | | | | | | |
| Total Disbursement | 4,876,907 | 3,367,507 | 4,138,257 | 4,382,907 | 3,771,457 | 3,938,357 | 3,562,207 | 4,400,557 | 4,188,357 | 3,775,500 | 3,521,587 | 3,650,188 | 4,893,093 | 3,373,798 |
| Monthly Net Cash Flow | (694,084) | (35,707) | 306,819 | (377,907) | (139,457) | 1,654,643 | (787,207) | 359,443 | (105,797) | 109,500 | (161,587) | (189,728) | (710,270) | (41,998) |
| Aggregate Cash Flow | 468,224 | 432,517 | 739,336 | 361,429 | 221,972 | 1,876,615 | 1,089,408 | 1,448,851 | 1,343,054 | 1,452,554 | 1,290,967 | 1,101,239 | 390,970 | 348,972 |
| | | | | | | | | | | | | | | |
| **Bankruptcy Disbursements** | | | | | | | | | | | | | | |
| Bankruptcy Court Fee | | | | | | | | | | | | | | |
| Financial Advisor Fees | | | | | | | | | | | | | | |
| Committee Counsel Fees | | | | | | | | | | | | | | |
| MWYZ Fees (after applying retainer) | | | | | | | | | | | | | | |
| PI Trust Payments | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| Other Plan Disbursements (Priority Claims, Admin Claims, Trade Claims, Etc.) | 150,000 | | | | | | | | | | | | | |
| Total Bankruptcy Disbursements | 180,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| | | | | | | | | | | | | | | |
| Adjusted Monthly Net Cash Flow | (874,084) | (65,707) | 276,819 | (407,907) | (169,457) | 1,624,643 | (817,207) | 329,443 | (135,797) | 79,500 | (191,587) | (219,728) | (740,270) | (71,998) |
| Adjusted Aggregate Cash Flow | (1,772,380) | (1,838,087) | (1,561,268) | (1,969,175) | (2,138,632) | (513,989) | (1,331,196) | (1,001,753) | (1,137,550) | (1,058,050) | (1,249,637) | (1,469,365) | (2,209,635) | (2,281,632) |
| | | | | | | | | | | | | | | |
| Rolling Cash Balance | 2,656,615 | 2,590,908 | 2,867,727 | 2,459,820 | 2,290,363 | 3,915,006 | 3,097,799 | 3,427,242 | 3,291,445 | 3,370,945 | 3,179,358 | 2,959,630 | 2,219,360 | 2,147,363 |

Powell Valley Healthcare
3-yr Projections for Plan of Reorganization
Beginning Cash Balance (actual as of May 15, 2017):

$    4,428,994.85

|  | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
|  | October 2019 | November 2019 | December 2019 | January 2020 | February 2020 | March 2020 | April 2020 | May 2020 | June 2020 |
| **Deposits** | | | | | | | | | |
| Medicare EFT | 671,100 | 530,000 | 570,000 | 520,000 | 530,000 | 978,000 | 680,000 | 830,000 | 600,000 |
| Aetna/BCBS | 513,600 | 550,000 | 552,000 | 510,000 | 335,000 | 212,000 | 560,000 | 580,000 | 550,000 |
| CIGNA | 290,000 | 260,000 | 140,000 | 150,000 | 155,000 | 160,000 | 150,000 | 150,000 | 210,000 |
| Other commercial | 1,113,000 | 685,000 | 720,000 | 990,000 | 620,000 | 500,000 | 780,000 | 675,000 | 500,000 |
| Other | 464,916 | 620,000 | 350,000 | 720,000 | 350,000 | 860,000 | 530,000 | 630,000 | 350,000 |
| Other | | | | | | | | | |
| Other EFTs | 1,060,000 | 1,360,000 | 1,300,000 | 1,070,000 | 785,000 | 2,050,000 | 1,050,000 | 1,020,000 | 1,150,000 |
| QRA | 332,560 | | | 1,633,000 | | | 332,560 | | |
| Total | 4,445,076 | 4,005,000 | 3,632,000 | 5,593,000 | 2,775,000 | 4,760,000 | 4,082,560 | 3,885,000 | 3,360,000 |
| | | | | | | | | | |
| **Disbursements** | | | | | | | | | |
| Payroll & Taxes | 2,295,000 | 1,856,400 | 1,907,400 | 3,009,000 | 1,927,800 | 2,784,600 | 2,295,000 | 2,170,000 | 1,810,000 |
| EBMS | 425,000 | 560,000 | 560,000 | 400,000 | 380,000 | 450,000 | 350,000 | 450,000 | 550,000 |
| Direct withdrawl from bank (credit line interest, credit card fees, ALF payment) | 15,238 | 15,238 | 15,238 | 15,238 | 15,238 | 15,238 | 15,238 | 15,238 | 15,238 |
| | | | | | | | | | |
| **A/P Detail** | | | | | | | | | |
| Rent | 45,500 | 45,500 | 45,500 | 45,500 | 45,500 | 45,500 | 45,500 | 45,500 | 45,500 |
| Management Fee | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 |
| Gaffey/HT Solution | | | | | | | | | |
| QRA | | 840,000 | | | 160,000 | | | 160,000 | |
| Insurance | | | 200,000 | | | | 200,000 | | |
| Utilities | 640,501 | 70,560 | 62,843 | 67,253 | 68,355 | 65,048 | 67,253 | 68,355 | 69,458 |
| Debtor Counsel & Legal fees | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Sysco Food | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 |
| HIM contract staff (AVEC, Command Health, MRI Staffing) | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| Physician contract staff (Delta Locum, Vista Staffing, West Park, CompHealth, Fusion, Weatherby, Austin Major Group) | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 |
| Noridian Healthcare (Cost Rpt) | | | | | | | | | |
| North Plate Physical Therapy | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 |
| Equipment | | | 50,000 | | | | 50,000 | | |
| Wy Dept of Workforce SVC | 180,000 | | | 180,000 | | | 180,000 | | |
| Other | 780,000 | 690,000 | 680,000 | 650,000 | 690,000 | 715,000 | 740,000 | 550,000 | 650,000 |
| Total A/P | 1,885,001 | 1,885,060 | 1,277,343 | 1,181,753 | 1,202,855 | 1,064,548 | 1,521,753 | 1,062,855 | 1,003,958 |
| | | | | | | | | | |
| Total Disbursement | 4,620,239 | 4,316,698 | 3,759,980 | 4,605,990 | 3,525,893 | 4,314,385 | 4,181,990 | 3,698,093 | 3,379,195 |
| **Monthly Net Cash Flow** | (175,163) | (311,698) | (127,980) | 987,010 | (750,893) | 445,615 | (99,430) | 186,907 | (19,195) |
| **Aggregate Cash Flow** | 173,809 | (137,889) | (265,869) | 721,141 | (29,752) | 415,863 | 316,433 | 503,340 | 484,145 |

| | E | F | G | H | I | J | K | L | M | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Bankruptcy Disbursements** | | | | | | | | | | |
| Bankruptcy Court Fee | | | | | | | | | | 13,000 |
| Financial Advisor Fees | | | | | | | | | | 70,000 |
| Committee Counsel Fees | | | | | | | | | | 332,100 |
| MWYZ Fees (after applying retainer) | | | | | | | | | | 152,164 |
| PI Trust Payments | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 1,460,000 |
| Other Plan Disbursements (Priority Claims, Admin Claims, Trade Claims, Etc.) | | | | | | | | | | 463,933 |
| Total Bankruptcy Disbursements | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 2,491,197 |

| | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| **Adjusted Monthly Net Cash Flow** | (205,163) | (341,698) | (157,980) | 957,010 | (780,893) | 415,615 | (129,430) | 156,907 | (49,195) |
| **Adjusted Aggregate Cash Flow** | (2,486,795) | (2,828,493) | (2,986,473) | (2,029,463) | (2,810,356) | (2,394,741) | (2,524,172) | (2,367,264) | (2,416,460) |
| | | | | | | | | | |
| **Rolling Cash Balance** | 1,942,200 | 1,600,502 | 1,442,522 | 2,399,532 | 1,618,639 | 2,034,254 | 1,904,823 | 2,061,731 | 2,012,535 |