**Statement of Revenue and Expense**
**POWELL VALLEY HEALTHCARE**
**POWELL, WY**                                                                                           PAGE 5
Fiscal Year Ending March 31, 2017

|  | \multicolumn{5}{c}{CURRENT MONTH} |  |  |  |
| --- | --- | --- | --- | --- | --- |
|  | Actual 03/31/17 | Budget 03/31/17 | Positive (Negative) Variance | Percentage Variance | Prior Year 03/31/16 |
| **Gross Patient Revenue** | | | | | |
| Inpatient Revenue | $852,911 | $1,468,598 | ($615,688) | -41.92% | $1,585,012 |
| Inpatient Psych/Rehab Revenue | 0 | 0 | 0 | 0.00% | 0 |
| Outpatient Revenue | 4,920,811 | 4,527,963 | 392,848 | 8.68% | 5,138,445 |
| Long Term Care Revenue | 691,865 | 750,328 | (58,463) | -7.79% | 727,690 |
| Home Health Revenue | 0 | 0 | 0 | 0.00% | 0 |
| Total Gross Patient Revenue | 6,465,587 | 6,746,890 | (281,303) | -4.17% | 7,451,147 |
| **Deductions From Revenue** | | | | | |
| Discounts and Allowances | (2,380,752) | (2,375,414) | (5,339) | -0.22% | (2,874,648) |
| Bad Debt Write-Offs | (275,635) | (280,208) | 4,573 | 1.63% | (291,484) |
| Prior Year Settlements | 0 | 0 | 0 | 0.00% | 0 |
| Charity Care Write-Offs | (8,860) | (46,851) | 37,991 | 81.09% | (25,482) |
| Total Deductions From Revenue | (2,665,248) | (2,702,473) | 37,226 | 1.38% | (3,191,614) |
| Net Patient Revenue | 3,800,339 | 4,044,417 | (244,077) | -6.03% | 4,259,533 |
| Other Operating Revenue | 103,859 | 85,176 | 18,683 | 21.94% | 121,835 |
| Total Operating Revenue | 3,904,198 | 4,129,592 | (225,394) | -5.46% | 4,381,368 |
| **Operating Expenses** | | | | | |
| Salaries and Wages | 1,947,016 | 1,921,352 | (25,664) | -1.34% | 1,892,548 |
| Fringe Benefits | 695,978 | 765,440 | 69,462 | 9.07% | 944,350 |
| Contract Labor | 53,399 | 55,758 | 2,359 | 4.23% | 64,922 |
| Physicians Fees | 25,290 | 30,167 | 4,877 | 16.17% | 108,924 |
| Purchased Services | 237,168 | 219,102 | (18,065) | -8.25% | 250,210 |
| Legal Fees | 35,305 | 41,667 | 6,362 | 15.27% | 44,423 |
| Supply Expense | 405,715 | 412,468 | 6,753 | 1.64% | 411,661 |
| Utilities | 51,650 | 64,109 | 12,459 | 19.43% | 57,089 |
| Repairs and Maintenance | 66,281 | 53,462 | (12,818) | -23.98% | 42,570 |
| Insurance Expense | 56,762 | 75,344 | 18,582 | 24.66% | 61,814 |
| All Other Operating Expenses | 110,418 | 108,305 | (2,113) | -1.95% | 135,171 |
| Leases and Rentals | 83,479 | 84,782 | 1,303 | 1.54% | 91,637 |
| Depreciation and Amortization | 61,363 | 80,750 | 19,386 | 24.01% | 65,492 |
| Interest Expense (Non-Governmental Providers) | 700 | 5,108 | 4,408 | 86.29% | 4,637 |
| Total Operating Expenses | 3,830,525 | 3,917,813 | 87,288 | 2.23% | 4,175,446 |
| **Net Operating Surplus/(Loss)** | **73,674** | **211,780** | **(138,106)** | **-65.21%** | **205,922** |
| **Non-Operating Revenue:** | | | | | |
| Contributions | 0 | 0 | 0 | 0.00% | 0 |
| Investment Income | 0 | 0 | 0 | 0.00% | 0 |
| Tax Subsidies (Except for GO Bond Subsidies) | 0 | 0 | 0 | 0.00% | 0 |
| Tax Subsidies for GO Bonds | 0 | 0 | 0 | 0.00% | 0 |
| Interest Expense (Governmental Providers Only) | 0 | 0 | 0 | 0.00% | 0 |
| Other Non-Operating Revenue/(Expenses) | 0 | 0 | 0 | 0.00% | 700 |
| Total Non Operating Revenue/(Expense) | 0 | 0 | 0 | 0.00% | 700 |
| **Total Net Surplus/(Loss)** | **$73,674** | **$211,780** | **($138,106)** | **-65.21%** | **$206,622** |
| Change in Unrealized Gains/(Losses) on Investments | 0 | 0 | 0 | 0.00% | 0 |
| **Increase/(Decrease in Unrestricted Net Assets** | **$73,674** | **$211,780** | **($138,106)** | **-65.21%** | **$206,622** |
| Operating Margin | 1.89% | 5.13% | | | 4.70% |
| Total Profit Margin | 1.89% | 5.13% | | | 4.72% |
| EBIDA | 3.48% | 7.21% | | | 6.30% |

Statement of Revenue and Expense
**POWELL VALLEY HEALTHCARE**
**POWELL, WY**                                                                                                     PAGE 6
Fiscal Year Ending March 31, 2017

| | YEAR-TO-DATE | | | | |
|---|---|---|---|---|---|
| | Actual 03/31/17 | Budget 03/31/17 | Positive (Negative) Variance | Percentage Variance | Prior Year 03/31/16 |
| **Gross Patient Revenue** | | | | | |
| Inpatient Revenue | $10,084,839 | $12,131,182 | ($2,046,343) | -16.87% | $11,164,676 |
| Inpatient Psych/Rehab Revenue | 0 | 0 | 0 | 0.00% | 0 |
| Outpatient Revenue | 38,020,212 | 37,655,446 | 364,766 | 0.97% | 36,849,822 |
| Long Term Care Revenue | 6,457,873 | 6,638,155 | (180,282) | -2.72% | 6,290,298 |
| Home Health Revenue | 0 | 0 | 0 | 0.00% | 77,597 |
| Total Gross Patient Revenue | 54,562,924 | 56,424,783 | (1,861,859) | -3.30% | 54,382,392 |
| **Deductions From Revenue** | | | | | |
| Discounts and Allowances | (19,842,532) | (19,865,777) | 23,245 | 0.12% | (19,550,670) |
| Bad Debt Expense Write-Offs | (1,236,367) | (2,343,403) | 1,107,036 | 47.24% | (2,305,049) |
| Prior Year Settlements | 0 | 0 | 0 | 0.00% | 0 |
| Charity Care Write-Offs | (234,674) | (391,820) | 157,145 | 40.11% | (383,500) |
| Total Deductions From Revenue | (21,313,573) | (22,601,000) | 1,287,427 | 5.70% | (22,239,219) |
| Net Patient Revenue | 33,249,350 | 33,823,783 | (574,433) | -1.70% | 32,143,174 |
| Other Operating Revenue | 887,853 | 778,581 | 109,272 | 14.03% | 1,160,247 |
| Total Operating Revenue | 34,137,203 | 34,602,364 | (465,160) | -1.34% | 33,303,420 |
| **Operating Expenses** | | | | | |
| Salaries and Wages | 16,990,145 | 16,716,815 | (273,330) | -1.64% | 16,047,753 |
| Fringe Benefits | 6,205,615 | 6,655,566 | 449,951 | 6.76% | 6,286,498 |
| Contract Labor | 526,065 | 630,605 | 104,540 | 16.58% | 462,083 |
| Physicians Fees | 248,113 | 585,050 | 336,937 | 57.59% | 1,003,552 |
| Purchased Services | 1,967,841 | 1,932,238 | (35,603) | -1.84% | 1,911,590 |
| Legal Fees | 535,885 | 375,003 | (160,882) | -42.90% | 10,738 |
| Supply Expense | 3,309,458 | 3,490,138 | 180,680 | 5.18% | 3,367,590 |
| Utilities | 553,062 | 562,708 | 9,646 | 1.71% | 523,479 |
| Repairs and Maintenance | 521,269 | 478,315 | (42,954) | -8.98% | 536,104 |
| Insurance Expense | 513,986 | 678,094 | 164,107 | 24.20% | 530,642 |
| All Other Operating Expenses | 922,749 | 1,172,560 | 249,811 | 21.30% | 1,080,651 |
| Leases and Rentals | 755,475 | 763,026 | 7,551 | 0.99% | 823,449 |
| Depreciation and Amortization | 553,293 | 726,309 | 173,016 | 23.82% | 908,947 |
| Interest Expense (Non-Governmental Providers) | 36,047 | 45,148 | 9,101 | 20.16% | 45,189 |
| Total Operating Expenses | 33,639,003 | 34,811,574 | 1,172,571 | 3.37% | 33,538,265 |
| **Net Operating Surplus/(Loss)** | **498,200** | **(209,210)** | **707,410** | **-338.13%** | **(234,844)** |
| **Non-Operating Revenue:** | | | | | |
| Contributions | 0 | 0 | 0 | 0.00% | 0 |
| Investment Income | 0 | 0 | 0 | 0.00% | 0 |
| Tax Subsidies (Except for GO Bond Subsidies) | 0 | 0 | 0 | 0.00% | 0 |
| Tax Subsidies for GO Bonds | 0 | 0 | 0 | 0.00% | 0 |
| Interest Expense (Governmental Providers Only) | 0 | 0 | 0 | 0.00% | 0 |
| Other Non-Operating Revenue/(Expenses) | 0 | 0 | 0 | 0.00% | 1,633 |
| Total Non Operating Revenue/(Expense) | 0 | 0 | 0 | 0.00% | 1,633 |
| **Total Net Surplus/(Loss)** | **$498,200** | **($209,210)** | **$707,410** | **-338.13%** | **($233,211)** |
| Change in Unrealized Gains/(Losses) on Investments | 0 | 0 | 0 | 0.00% | 0 |
| **Increase/(Decrease) in Unrestricted Net Assets** | **$498,200** | **($209,210)** | **$707,410** | **-338.13%** | **($233,211)** |
| Operating Margin | 1.46% | -0.60% | | | -0.71% |
| Total Profit Margin | 1.46% | -0.60% | | | -0.70% |
| EBIDA | 0.031857932 | 1.62% | | | 2.16% |

**Balance Sheet - Assets**

POWELL VALLEY HEALTHCARE
POWELL, WY
Fiscal Year Ending March 31, 2017

PAGE 7

## ASSETS

| | Current Month 03/31/2017 | Prior Month 02/28/2017 | Positive/(Negative) Variance | Percentage Variance | Prior Year End 06/30/2016 |
|---|---|---|---|---|---|
| **Current Assets** | | | | | |
| Cash and Cash Equivalents | $4,979,968 | $3,695,415 | $1,284,554 | 34.76% | $4,228,022 |
| Gross Patient Accounts Receivable | 13,054,038 | 14,671,423 | (1,617,385) | -11.02% | 16,541,192 |
| Less: Bad Debt and Allowance Reserves | (5,918,584) | (6,766,789) | 848,204 | 12.53% | (9,039,914) |
| Net Patient Accounts Receivable | 7,135,454 | 7,904,635 | (769,181) | -9.73% | 7,501,278 |
| Interest Receivable | 0 | 0 | 0 | 0.00% | 0 |
| Other Receivables | 551,327 | 634,212 | (82,885) | -13.07% | 918,990 |
| Inventories | 768,775 | 768,163 | 613 | 0.08% | 759,145 |
| Prepaid Expenses | 1,214,704 | 1,142,508 | 72,196 | 6.32% | 900,249 |
| Due From Third Party Payers | 0 | 0 | 0 | 0.00% | 0 |
| Due From Affiliates/Related Organizations | 0 | 0 | 0 | 0.00% | 0 |
| Other Current Assets | 11,450,000 | 11,450,000 | 0 | 0.00% | 11,450,000 |
| **Total Current Assets** | 26,100,228 | 25,594,932 | 505,296 | 1.97% | 25,757,684 |
| **Assets Whose Use is Limited** | | | | | |
| Cash | 0 | 0 | 0 | 0.00% | 0 |
| Investments | 0 | 0 | 0 | 0.00% | 0 |
| Bond Reserve/Debt Retirement Fund | 0 | 0 | 0 | 0.00% | 0 |
| Trustee Held Funds | 0 | 0 | 0 | 0.00% | 0 |
| Funded Depreciation | 0 | 0 | 0 | 0.00% | 0 |
| Board Designated Funds | 0 | 0 | 0 | 0.00% | 0 |
| Other Limited Use Assets | 0 | 0 | 0 | 0.00% | 0 |
| **Total Limited Use Assets** | 0 | 0 | 0 | 0.00% | 0 |
| **Property, Plant, and Equipment** | | | | | |
| Land and Land Improvements | 0 | 0 | 0 | 0.00% | 0 |
| Building and Building Improvements | 694,434 | 694,434 | 0 | 0.00% | 694,434 |
| Equipment | 10,056,575 | 10,056,575 | 0 | 0.00% | 10,006,443 |
| Construction In Progress | 0 | 0 | 0 | 0.00% | 0 |
| Capitalized Interest | 0 | 0 | 0 | 0.00% | 0 |
| Gross Property, Plant, and Equipment | 10,751,009 | 10,751,009 | 0 | 0.00% | 10,700,877 |
| Less: Accumulated Depreciation | (8,861,337) | (8,799,974) | (61,363) | -0.70% | (8,307,557) |
| **Net Property, Plant, and Equipment** | 1,889,672 | 1,951,035 | (61,363) | -3.15% | 2,393,320 |
| **Other Assets** | | | | | |
| Unamortized Loan Costs | 0 | 0 | 0 | 0.00% | 0 |
| Assets Held for Future Use | 0 | 0 | 0 | 0.00% | 0 |
| Investments in Subsidiary/Affiliated Org. | 0 | 0 | 0 | 0.00% | 0 |
| Other | 0 | 0 | 0 | 0.00% | 0 |
| **Total Other Assets** | 0 | 0 | 0 | 0.00% | 0 |
| **TOTAL UNRESTRICTED ASSETS** | 27,989,900 | 27,545,967 | 443,933 | 1.61% | 28,151,004 |
| Restricted Assets | 0 | 0 | 0 | 0.00% | 0 |
| **TOTAL ASSETS** | $27,989,900 | $27,545,967 | $443,933 | 1.61% | $28,151,004 |

| 1-G/L# | 2-Description | 5-Closing Balance as of 03/31/2017 |
|---|---|---|
| 10110500& 0503 | Cash, General Checking Account | $ 4,805,803.00 |
| 10110505 | Cash, Operating DIP | $ (99,932.05) |
| 10110512 | Cash, Payroll Checking Account | $ 10,347.29 |
| 10110514 | Cash, Petty Cash | $ 2,170.00 |
| 10110515 | Cash, Ebms Insurance | $ 179,960.96 |
| 10110516 | Cash, Fnb - Flex Spending Checking | $ 11,751.23 |
| 10110555 | Cash, Nh Resident Trust Account | $ 6,604.32 |
| 10110560 | Cash, EMPLOYEE BENEFIT CASH | $ 50.00 |
| 10110565 | Cash, PENSION CASH ACCOUNT | $ 63,213.59 |
|  | Total | $ 4,979,968.34 |

**Balance Sheet - Liabilities and Net Assets**

POWELL VALLEY HEALTHCARE  
POWELL, WY  
Fiscal Year Ending March 31, 2017

PAGE 8

| | Current Month 03/31/2017 | Prior Month 02/28/2017 | Positive/(Negative) Variance | Percentage Variance | Prior Year End 06/30/2016 |
|---|---|---|---|---|---|
| **LIABILITIES AND FUND BALANCE** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts Payable | $1,344,187 | $1,310,511 | ($33,676) | -2.57% | $1,332,505 |
| Notes and Loans Payable | 11,750,000 | 11,750,000 | 0 | 0.00% | 11,750,000 |
| Accrued Payroll | 487,497 | 242,040 | (245,457) | -101.41% | 792,494 |
| Accrued Payroll Taxes | 0 | 0 | 0 | 0.00% | 0 |
| Accrued Benefits | 2,366,604 | 2,411,158 | 44,554 | 1.85% | 2,163,616 |
| Accrued Pension Expense (Current Portion) | 0 | 0 | 0 | 0.00% | 0 |
| Other Accrued Expenses | 407,877 | 260,905 | (146,973) | -56.33% | 286,078 |
| Patient Refunds Payable | 0 | 0 | 0 | 0.00% | 0 |
| Property Tax Payable | 0 | 0 | 0 | 0.00% | 0 |
| Due to Third Party Payers | (266,117) | (266,117) | 0 | 0.00% | 256,385 |
| Advances From Third Party Payers | 0 | 0 | 0 | 0.00% | 0 |
| Current Portion of LTD (Bonds/Mortgages) | 133,837 | 133,236 | (601) | -0.45% | 128,616 |
| Current Portion of LTD (Leases) | 0 | 0 | 0 | 0.00% | 0 |
| Other Current Liabilities | 41,613 | 41,037 | (576) | -1.40% | 43,315 |
| **Total Current Liabilities** | **16,265,498** | **15,882,770** | **(382,728)** | **-2.41%** | **16,753,008** |
| **Long Term Debt** | | | | | |
| Bonds/Mortgages Payable | 1,171,594 | 1,183,101 | 11,507 | 0.97% | 1,271,213 |
| Leases Payable | 912,186 | 912,547 | 361 | 0.04% | 1,436,567 |
| Less: Current Portion Of Long Term Debt | 133,837 | 133,236 | (601) | -0.45% | 128,616 |
| **Total Long Term Debt (Net of Current)** | **1,949,943** | **1,962,411** | **12,469** | **0.64%** | **2,579,164** |
| **Other Long Term Liabilities** | | | | | |
| Deferred Revenue | 0 | 0 | 0 | 0.00% | 0 |
| Accrued Pension Expense (Net of Current) | 0 | 0 | 0 | 0.00% | 0 |
| Other | 0 | 0 | 0 | 0.00% | 0 |
| **Total Other Long Term Liabilities** | **0** | **0** | **0** | **0.00%** | **0** |
| **TOTAL LIABILITIES** | **18,215,441** | **17,845,181** | **(370,259)** | **-2.07%** | **19,332,172** |
| **Net Assets:** | | | | | |
| Unrestricted Fund Balance | 9,276,259 | 9,276,259 | 0 | 0.00% | 9,804,913 |
| Temporarily Restricted Fund Balance | 0 | 0 | 0 | 0.00% | 0 |
| Restricted Fund Balance | 0 | 0 | 0 | 0.00% | 0 |
| Net Revenue/(Expenses) | 498,200 | 424,526 | N/A | N/A | (986,081) |
| **TOTAL NET ASSETS** | **9,774,459** | **9,700,785** | **(73,674)** | **-0.76%** | **8,818,832** |
| **TOTAL LIABILITIES AND NET ASSETS** | **$27,989,900** | **$27,545,967** | **($443,933)** | **-1.61%** | **$28,151,004** |

**Patient Statistics**

**POWELL VALLEY HEALTHCARE**  PAGE 4
POWELL, WY
Fiscal Year Ending March 31, 2017

| Actual 03/31/17 | Budget 03/31/17 | Positive/ (Negative) Variance | Prior Year 03/31/16 | STATISTICS | Actual 03/31/17 | Budget 03/31/17 | Positive/ (Negative) Variance | Prior Year 03/31/16 |
|---|---|---|---|---|---|---|---|---|
| | | | | **Discharges** | | | | |
| 32 | 48 | (16) | 52 | Acute | 351 | 409 | (58) | 408 |
| 2 | 6 | (4) | 7 | Swing Beds | 44 | 51 | (7) | 48 |
| 0 | 0 | 0 | 0 | Psychiatric/Rehab | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | Respite | 0 | 0 | 0 | 0 |
| 34 | 54 | (20) | 59 | Total Adult Discharges | 395 | 460 | (65) | 456 |
| 11 | 17 | (6) | 10 | Newborn | 118 | 134 | (16) | 129 |
| 45 | 71 | (26) | 69 | Total Discharges | 513 | 594 | (81) | 585 |
| | | | | **Patient Days:** | | | | |
| 63 | 127 | (64) | 123 | Acute | 806 | 1,014 | (208) | 992 |
| 24 | 47 | (23) | 52 | Swing Beds | 300 | 396 | (96) | 402 |
| 0 | 0 | 0 | 0 | Psychiatric/Rehab | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | Respite | 0 | 0 | 0 | 0 |
| 87 | 174 | (87) | 175 | Total Adult Patient Days | 1,106 | 1,410 | (304) | 1,394 |
| 17 | 15 | 2 | 15 | Newborn | 181 | 239 | (58) | 232 |
| 104 | 189 | (85) | 190 | Total Patient Days | 1,287 | 1,649 | (362) | 1,626 |
| | | | | **Average Length of Stay (ALOS)** | | | | |
| 2.0 | 2.6 | (0.7) | 2.4 | Acute | 2.3 | 2.5 | (0.2) | 2.4 |
| 12.0 | 7.8 | 4.2 | 7.4 | Swing Bed | 6.8 | 7.8 | (0.9) | 8.4 |
| NO DATA | NO DATA | NO DATA | NO DATA | Psychiatric/Rehab | NO DATA | NO DATA | NO DATA | NO DATA |
| 2.6 | 3.2 | (0.7) | 3.0 | Total Adult ALOS | 2.8 | 3.1 | (0.3) | 3.1 |
| 1.5 | 0.9 | (0.6) | 1.5 | Newborn ALOS | 1.5 | 1.8 | 0.2 | 1.8 |
| | | | | **Average Daily Census (ADC)** | | | | |
| 2.0 | 4.1 | (2.1) | 4.0 | Acute | 2.9 | 3.7 | (0.8) | 3.6 |
| 0.8 | 1.5 | (0.7) | 1.7 | Swing Beds | 1.1 | 1.4 | (0.4) | 1.5 |
| 0.0 | 0.0 | 0.0 | 0.0 | All Other Adult | 0.0 | 0.0 | 0.0 | 0.0 |
| 2.8 | 5.6 | (2.8) | 5.6 | Total Adult ADC | 4.0 | 5.1 | (1.1) | 5.1 |
| 0.5 | 0.5 | 0.0 | 0.5 | Newborn | 0.7 | 0.9 | (0.2) | 0.8 |
| | | | | **Long Term Care:** | | | | |
| 2,621 | 2,725 | (104) | 2,693 | SNF/ECF Resident Days | 23,404 | 24,111 | (707) | 23,123 |
| 2 | 5 | (3) | 4 | SNF/ECF Resident Discharges | 28 | 40 | (12) | 38 |
| 732 | 744 | (12) | 713 | CBRF/Assisted Living Days | 6,931 | 6,576 | 355 | 6,719 |
| 84.5 | 87.9 | (3.4) | 86.9 | Average Daily Census | 85.4 | 88.0 | (2.6) | 84.4 |
| | | | | **Emergency Room Statistics** | | | | |
| 14 | 25 | (11) | 28 | ER Visits - Admitted | 173 | 190 | (17) | 192 |
| 319 | 317 | 2 | 296 | ER Visits - Discharged | 2,600 | 2,719 | (119) | 2,741 |
| 0 | 0 | 0 | 0 | ER - Urgent Care Visits | 0 | 0 | 0 | 0 |
| 333 | 342 | (9) | 324 | Total ER Visits | 2,773 | 2,909 | (136) | 2,933 |
| 4.20% | 7.31% | | 8.64% | % of ER Visits Admitted | 6.24% | 6.53% | | 6.55% |
| 37.84% | 46.30% | | 46.67% | ER Admissions as a % of Total | 45.77% | 41.30% | | 43.34% |
| | | | | **Outpatient Statistics:** | | | | |
| 2,439 | 2,441 | (2) | 2,443 | Total Outpatients Visits | 19,942 | 20,618 | (676) | 20,641 |
| 43 | 43 | 0 | 48 | Observation Bed Days | 395 | 362 | 33 | 362 |
| 1,490 | 2,597 | (1,107) | 1,365 | Clinic Visits - Primary Care | 11,789 | 20,944 | (9,155) | 12,308 |
| 905 | 0 | 905 | 995 | Clinic Visits - Specialty Clinics | 7,130 | 0 | 7,130 | 8,591 |
| 9 | 19 | (10) | 15 | IP Surgeries | 101 | 131 | (30) | 124 |
| 52 | 45 | 7 | 38 | OP Surgeries | 283 | 305 | (22) | 297 |
| 30 | 36 | (6) | 36 | Outpatient Scopes | 256 | 234 | 22 | 233 |
| 0 | 0 | 0 | 0 | Home Health Visits | 0 | 0 | 0 | 633 |
| 0 | 0 | 0 | 0 | Home Health Patients | 0 | 0 | 0 | 90 |
| | | | | **Productivity Statistics:** | | | | |
| 321.31 | 319.42 | (1.89) | 331.79 | FTE's - Worked | 319.99 | 321.03 | 1.04 | 321.09 |
| 356.61 | 369.22 | 12.61 | 361.39 | FTE's - Paid | 358.53 | 365.02 | 6.49 | 364.35 |
| 1.2259 | 1.2106 | 0.0153 | 1.2427 | Case Mix Index -Medicare | 1.1735 | 1.2106 | (0.0371) | 1.2286 |
| 0.9687 | 0.9798 | (0.0111) | 1.0256 | Case Mix Index - All payers | 0.9352 | 0.9798 | (0.0446) | 0.9605 |