



Liquidation Analysis

May 19, 2017

HAMMOND HANLON CAMP LLC    h2c.com
Securities offered through H2C Securities Inc., member FINRA/SIPC



# Liquidation Assessment

- Property, plant and equipment
  - Equipment has limited value given average age, obsolescence, cost of removal and liability factors
  - Property and Plant are owned by the District with no value to the Estate
- Third party payors, particularly Medicare and Medicaid, often slow down claims payments subject to cost report liability adjudication
- Inventory has little or no liquidation value in the open market
- Prepaid expenses are assumed to amortize in the normal course of business
- *Liquidation of PVHC is not a viable option. Liquidation yields limited proceeds available to creditors*

## Liquidation Waterfall

|  | Estimated Book Value at Liquidation | Low Recovery % | Low Estimated Value | High Recovery % | High Estimated Value | Midpoint Recovery % | Midpoint Estimated Value |
|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents[1] | $792,474 | 100.0% | $792,474 | 100.0% | $792,474 | 100.0% | $792,474 |
| Patient Accounts Receivable, net | 2,138,103 | 25.0% | 534,526 | 50.0% | 1,069,051 | 37.5% | 801,789 |
| Other Receivables | 551,327 | 0.0% | - | 10.0% | 55,133 | 5.0% | 27,566 |
| Inventories | 768,775 | 5.0% | 38,439 | 15.0% | 115,316 | 10.0% | 76,878 |
| Prepaid Expenses[2] | 864,704 | 5.0% | 43,235 | 15.0% | 129,706 | 10.0% | 86,470 |
| Property, Plant and Equipment, net | 1,889,672 | 10.0% | 188,967 | 15.0% | 283,451 | 12.5% | 236,209 |
| **Net Proceeds Available**[3] | **$7,005,055** | **22.8%** | **$1,597,641** | **34.9%** | **$2,445,131** | **28.9%** | **$2,021,386** |

(1) The projected cash and cash equivalents balance at Notification (October 1, 2017) is $2,740,606. Over the course of the 90-day shutdown period, this balance is projected to deplete by $1,948,132 as a result of shutdown costs, net of collections from receivables. The final cash and cash equivalents balance at liquidation is estimated to be $792,474.
(2) Excludes $350K of funds that are not available.
(3) These are funds that are expected to be available to pay chapter 7 trustee fees, chapter 7 administrative expenses, accrued but unpaid chapter 11 administrative expenses (including accrued but unpaid payroll and related benefits and unpaid post-petition vendor payables), with the remaining proceeds, if any, being used pay claims of general unsecured creditors.
*Note: See shutdown costs on following page.*
Source: Management





# Illustrative Shutdown Cost Analysis

## Observations

- Assumes October 1, 2017 notification and a 90-day shutdown period

- ED closure notification required; EMS put on permanent diversion

- Hospital accepts no admissions; begins discharge planning of all inpatients
  - Most acute patients will be discharged within 7 days

- Notification to licensing and regulatory bodies (Joint Commission, DEA, DHHS, EPA, WY DOH, NRC, CMS, among others)

- *The Estate would incur significant costs to shutdown PVHC for liquidation – likely reducing proceeds available to creditors to negligible or zero amounts*

## Illustrative Shutdown Timeline

| | Post-Shutdown Notification | | | Total Shutdown Costs |
|---|---|---|---|---|
| | October | November | December | |
| *Deposits* | | | | |
| A/R Collection from Post-Shutdown Ops. | $371,373 | $133,171 | $28,086 | $532,631 |
| A/R Collection from Pre-Shutdown Ops. | 2,579,250 | 1,692,246 | 1,110,283 | 5,381,778 |
| Subtotal | $2,950,623 | $1,825,417 | $1,138,369 | $5,914,409 |
| *Disbursements* | | | | |
| Payroll & Taxes | $2,110,749 | $1,293,917 | $671,277 | $4,075,942 |
| EBMS | 264,746 | 264,746 | 264,746 | 794,237 |
| Subtotal | $2,375,494 | $1,558,662 | $936,023 | $4,870,179 |
| Document Retention Costs | - | - | 150,000 | 150,000 |
| Secured Lender Lien | 1,200,000 | - | - | 1,200,000 |
| Rent | 75,940 | 75,940 | 75,940 | 227,820 |
| Management Fee | 51,576 | 51,576 | 51,576 | 154,729 |
| Utilities | 64,767 | 64,767 | 64,767 | 194,300 |
| Dietary | 39,518 | 14,171 | 2,989 | 56,678 |
| HIM Contract Staff | 43,886 | 19,454 | 4,103 | 67,443 |
| North Plate Physical Therapy | 86,958 | 31,182 | 6,577 | 124,717 |
| Other[1] | 569,422 | 204,189 | 43,065 | 816,675 |
| Subtotal | $2,132,068 | $461,279 | $399,015 | $2,992,362 |
| **Disbursements** | **$4,507,562** | **$2,019,941** | **$1,335,038** | **$7,862,541** |
| **Less: Deposits** | **($2,950,623)** | **($1,825,417)** | **($1,138,369)** | **($5,914,409)** |
| **Net Shutdown Cost** | **$1,556,938** | **$194,524** | **$196,669** | **$1,948,132** |

(1) Includes medical and surgical supplies, surgical implants, repairs & maintenance, lab test supplies, office supplies, reference lab fees, equipment maintenance contract fees, and minor equipment.
Source: Weekly Cash Forecast (Management)

