Jamie N. Cotter (Wyoming Bar No. 74721)
Philip A. Pearlman (Colorado Bar No. 11426)
Scott J. Goldstein (Missouri Bar No. 28698)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: (303) 839-3800
Facsimile: (303) 839-3838
jcotter@spencerfane.com
*Counsel to the Official Committee of
Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| | ) | **Case No. 16-20326** |
| **POWELL VALLEY HEALTH CARE, INC.,** | ) | |
| | ) | |
| **Debtor-in-possession.** | ) | |

**MOTION FOR CONTINUANCE OF HEARING ON THE COMMITTEE'S**
**APPLICATION TO RETAIN EISNERAMPER, LLP**

The Official Committee of Unsecured Creditors (the "Committee"), for its Motion for Continuance of Hearing on the Committee's Application to Retain EisnerAmper, LLP, states as follows:

1.     On October 24, 2016, the Committee filed its Application to Retain EisnerAmper, LLP as Accountant and Financial Advisor to the Official Committee of Unsecured Creditors (the "Motion" [Docket #349]). The Debtor filed its Objection to the Motion on November 1, 2016. (Docket #357). The Powell Hospital District (the "District") filed an Objection to the Motion on November 3, 2016 (Docket #362). On November 16, 2016, the Committee filed its Brief in Support of Application to Retain EisnerAmper, LLP as Accountant and Financial Advisor to the Official Committee of Unsecured Creditors (Docket #369). First Bank of Wyoming filed an Objection to the Motion on November 16, 2016 (Docket #370). The Court set a telephonic hearing on the Motion and all objections thereto for November 23, 2016 (the "Hearing" [Docket

WA 9281595.3

#360]).  Upon further motion filed on November 21, 2016 (Docket #378) and Order (Docket #383), the hearing was continued to December 7, 2016, and ultimately scheduled for January 11, 2017.  Upon further motion filed on January 9, 2017 (Docket #423) and Order (Docket #428), the hearing was continued to February 22, 2017, at 2:00 p.m. to be heard with several other Powell Valley Health Care, Inc. matters also scheduled for the February 22, 2017, docket.  Upon further motion filed on February 21, 2017 (Docket #450) and Order (Docket #456), the hearing was continued to April 5, 2017, at 2:00 p.m. to be heard with several other Powell Valley Health Care, Inc. matters also scheduled for the April 5, 2017, docket.  Upon further motion filed on April 4, 2017 (Docket #483) and Order (Docket #483), the hearing was continued to May 24, 2017, at 2:00 p.m. to be heard with several other Powell Valley Health Care, Inc. matters also scheduled for the May 24, 2017, docket.

2. A Disclosure Statement and Plan has now been filed.  The parties are currently working out the details of a trust and final matters relating thereto.  Further continuation of this hearing on the Application will best serve the interests of all parties and the Committee respectfully requests that the Court continue the May 24, 2017 hearing consistent with other requests for continuances to be filed regarding hearings relating to the Debtor currently scheduled for May 24, 2017.

3. The Committee has conferred with counsel for all parties who have filed objections to the Motion, and no party objects to this requested continuance.  Further, this continuance is sought in good faith and in light of the progress the parties have made.  It continues to be the desire of the Committee that it have no need to employ EisnerAmper. Therefore, a continuance is in the best interests of all parties.

WHEREFORE, the Committee respectfully requests that the Court continue the May 24, 2017 hearing and respectfully requests that it be set on a date consistent with the Debtors other hearings in this case.

Dated: May 19, 2017

          Respectfully submitted,

          SPENCER FANE LLP

          /s/ Jamie N. Cotter
          Jamie N. Cotter    WY #74721
          1700 Lincoln Street, Suite 2000
          Denver, CO 80203-4554
          (303) 839-3800
          (303) 839-3838—Fax
          jcotter@spencerfane.com
          ppearlman@spencerfane.com

          Scott J. Goldstein    MO #28698
          1000 Walnut, Suite 1400
          Kansas City, MO 64106
          (816) 474-8100
          (816) 474-3216– Fax
          sgoldstein@spencerfane.com

          COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS