Jamie N. Cotter (Wyoming Bar No. 7-4721)
Philip A. Pearlman (Colorado Bar No. 11426)
Scott J. Goldstein (Missouri Bar No. 28698)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: (303) 839-3800
Facsimile: (303) 839-3838
jcotter@spencerfane.com
*Attorneys for Official Committee of
Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| POWELLVALLEY HEALTH CARE, INC., | ) | Case No. 16-20326 |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

## COVER SHEET TO SPENCER FANE LLP'S
## SECOND APPLICATION FOR INTERIM COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

Interim Application ☒
Final Application ☐

Name of Applicant: Spencer Fane LLP

Date of Order Authorizing Employment: July 19, 2016

Period for which compensation is requested: December 1, 2016 through April 30, 2017

Fees and Expenses:

| Fees paid prepetition | $ 0.00 | Expenses paid prepetition | $ 0.00 |
|---|---|---|---|
| Fees requested from Estate | $119,256.67 | Expenses requested from Estate | $722.48 |
| Total of fees requested | $119,256.67 | Total of expenses requested | $722.48 |

Total amount of fees and expenses requested for the above stated period: **$119,979.15**

Total hours billed and applicable billing rate for each person requesting fees as part of this application[1]:

| Timekeeper | CODE | Position | Hourly Rate | Hours Billed | Amount |
|---|---|---|---|---|---|
| Michael L. McCann | MLM | Partner | 425.00-472.00 | 5.0 | 2,253.25 |
| Philip A. Pearlman | PAP | Partner | 369.00 - 410.00 | 74.60 | 30,364.60 |
| Scott J. Goldstein | SJG | Partner | 212.50 - 425.00 | 231.80 | 81,369.87 |
| Jamie N. Cotter | JNC | Partner | 259.25 - 305.00 | .90 | 271.45 |
| Jacob Hollars | JH | Associate | 208.25 - 245.00 | 16.50 | 4,130.50 |
| Lisa F. Wright | LFW | Paralegal | 150.00 -135.00 | 6.10 | 867.00 |
| **TOTAL** | | | | **334.90** | **119,256.67** |

This is the second application filed by Applicant.

Dated: June 7, 2017        SPENCER FANE LLP

By:   /s/ Jamie N. Cotter
Philip A. Pearlman, CO #11426
Jamie N. Cotter, WY #7-4721
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: (303) 839-3800
jcotter@spencerfane.com

and

Scott J. Goldstein, MO #28698
100 Walnut St., Suite 1400
Kansas City, Missouri 64106
Telephone: (816) 474-8100
sgoldstein@spencerfane.com

ATTORNEYS FOR OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

---

[1] The reason for the different rates is that the Committee has provided substantial discounts in this case, and the bills at times reflect reduced rates for different time periods

WA438739v1                                    2

Jamie N. Cotter (Wyoming Bar No. 7-4721)
Philip A. Pearlman (Colorado Bar No. 11426)
Scott J. Goldstein (Missouri Bar No. 28698)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: (303) 839-3800
Facsimile: (303) 839-3838
jcotter@spencerfane.com
ppearlman@spencerfane.com
sgoldstein@spencerfane.com
*Counsel to the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: | ) |
| | ) |
| POWELL VALLEY HEALTH CARE, INC. | ) ) )  Case No. 16-20326 |
| | )  **Chapter 11** |
| Debtor. | ) |

## SPENCER FANE LLP'S SECOND APPLICATION FOR
## <u>INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>

Spencer Fane LLP ("**Applicant**") on behalf of the Official Committee of Unsecured Creditors (the "**Committee**") and pursuant to its appointment has performed professional services in connection with its continued representation of the Committee. The Applicant hereby files this second application for interim compensation in the amount of $119,256.67 and reimbursement of expenses incurred in the amount of $722.48 for the period December 1, 2016, through April 30, 2017 (the "**Second Interim Period**") and respectfully represents as follows:

### INTRODUCTION

1. The Debtor, Powell Valley Health Care ("PVHC"), filed a voluntary Chapter 11 petition on May 16, 2016 ("**Petition Date**").

2. Daniel J. Morse is the duly qualified and acting representative for the United States Trustee's Office ("**Trustee**").

3. On June 21, 2016, the Trustee filed its Notice of Appointment of the Official Committee of Unsecured Creditors for the Debtor's Chapter 11 bankruptcy estate (the "**Committee**").

4. On July 14, 2016, the Committee filed its Application to Employ Spencer Fane LLP as Counsel for the Official Committee of Unsecured Creditors. On July 19, 2016, the Court entered an Order Approving Employment of Attorneys for the Committee.

5. On December 20, 2016, Applicant filed its first application for allowance of compensation and reimbursement of expenses in the amounts of $170,826.72 and $1,265.76, respectively, for a total of $172,092.48 from June 16, 2016 through November 30, 2016 ("**First Interim Application**") as counsel to the Committee, and, on February 6, 2017, the Court entered an order approving the First Interim Application [Doc #442].

6. On October 20, 2016, the Court entered the Order Approving Motion to Establish Interim Compensation Procedures for Spencer Fane (the "**Compensation Order**") [Doc. 347]. Spencer Fane has properly prepared and contemporaneously maintained the attached time entries pursuant to the Compensation Order. Spencer Fane has not received any objections and/or responses to any of its monthly billing statements submitted for the Second Interim Period as required by the Compensation Order.

## SECOND INTERIM APPLICATION

Applicant's services and disbursements for the Second Interim Period are summarized in detail in this application and in the accompanying exhibits.

## Attorneys Performing Services[1]

The following attorneys and paralegals performed professional services during the Second Interim Period for which compensation is sought, as indicated:

| Timekeeper | CODE | Position | Hourly Rate | Hours Billed | Amount |
|---|---|---|---|---|---|
| Michael L. McCann | MLM | Partner | 425.00 – 472.00 | 5.0 | 2,253.25 |
| Philip A. Pearlman | PAP | Partner | 369.00 - 410.00 | 74.60 | 30,364.60 |
| Scott J. Goldstein | SJG | Partner | 212.50 - 425.00 | 231.80 | 81,369.87 |
| Jamie N. Cotter | JNC | Partner | 259.25 - 305.00 | .90 | 271.45 |
| Jacob Hollars | JH | Associate | 208.25 - 245.00 | 16.50 | 4,130.50 |
| Lisa F. Wright | LFW | Paralegal | 150.00 - 135.00 | 6.10 | 867.00 |
| **TOTAL** | | | | **334.90** | **119,256.67** |

## Nature of the Services

A narrative description of the services provided to the Committee during the Second Interim Period is set forth in detail with the time spent and services performed by category in monthly billing statements attached hereto as Exhibit 1.

### *Overview*

This case, from the Committee's view, involves the protection of the approximately 24 – 26 tort claimants who were injured by a former doctor of the Debtor, and a fair payment of their claims in an organized and fair manner.

### *Applicant's Services*

Applicant has continued to assist the Committee in an attempt to obtain a consensual plan and to protect the tort claimants' rights. Applicant has worked with Debtor's counsel and the tort claimants' insurance counsel and their representatives making substantial progress on a consensual plan. Applicant has analyzed the proposed plan filed by Debtor, the various plan documents, and potential liability issues. Applicant has worked on a potential mediation to

---

[1] The reason for the different rates is that the Committee has provided substantial discounts in this case, and the bills at times reflect reduced rates for different time periods.

resolve issues and allow for a Plan to be confirmed without further substantial objections, costs and expenses, and time delays.

### Summary Of Fees

In summary, the fees sought, by category, are as follows:

| | | |
|---|---|---:|
| 1. | Case Administration | $ 4,067.60 |
| 2. | Assumption and/or Rejection of Executory Contracts | $ 30.50 |
| 3. | Employment/Fee Applications and/or Objections | $ 724.45 |
| 4. | Litigation / Contested-Adversary proceedings | $ 4,130.50 |
| 5. | Meetings/Communication with Creditors/Committee | $ 446.25 |
| 6. | Plan/Disclosure Statement | $ 104,566.37 |
| 7. | D&O Policy | $ 5,291.00 |
| | **Total fees sought** | **$ 119,256.67** |

### Reimbursement of Expenses

In connection with the services provided during the Second Interim Period, Applicant incurred travel expenses in the total amount of $722.48. A summary of these expenses is set forth in Exhibit 2, attached hereto. Applicant has not received any reimbursement for these expenses.

### STATEMENT PURSUANT TO F.R.B.P 2016(a)

Applicant shall look only to the Estate for compensation. Any compensation received by Applicant will be shared among the partners, of counsel attorneys, and associate attorneys of the firm pursuant to its normal income distribution agreements. No agreement or understanding exists between the Applicant and any other entity for the sharing of compensation received or to

be received for services rendered in or in connection with the case. For the applicable Second Interim Time Period, the Committee and Spencer Fane have provided the Debtor estate with a discount of attorney fees and expenses in the total amount of $29,534.66.

## REQUEST FOR RELIEF

WHEREFORE, Applicant respectfully requests allowance and payment of interim compensation and reimbursement of expenses in the amounts of $119,256.67 and $722.48, respectively, pursuant to 11 U.S.C. §§ 330 and 331, for the period of December 1, 2016 through April 30, 2017, and entry of an order authorizing the Committee to disburse to Spencer Fane LLP any and all remaining unpaid fees and expenses due for the Second Interim Period set forth above.

Dated: June 7, 2017

Respectfully submitted,

SPENCER FANE LLP

By: /s/ Jamie N. Cotter
Philip A. Pearlman, CO #11426
Scott J. Goldstein, MO #
Jamie N. Cotter, WY #7-4721
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: (303) 839-3800
ppearlman@spencerfane.com
jcotter@spencerfane.com

and

Scott J. Goldstein, MO #28698
1000 Walnut St., Suite 1400
Kansas City, Missouri 64106
Telephone: (816) 474-8100
sgoldstein@spencerfane.com

ATTORNEYS FOR THE OFFICIAL
COMMITTEEE OF UNSECURED CREDITORS