Bradley T. Hunsicker (Wyo. Bar 7-4579)
Jennifer Salisbury (Wyo. Bar. 7-5218)
**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
106 East Lincolnway Suite 300
Cheyenne, WY 82001
Telephone: 307-778-8178
bhunsicker@markuswilliams.com
jsalisbury@markuswilliams.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| In re: | ) |
| | ) Case No.: 16-20326 |
| POWELL VALLEY HEALTH CARE, | ) Chapter 11 |
| INC., | ) |
| Debtor. | ) |

### UNOPPOSED MOTION TO VACATE AND CONTINUE HEARING ON DEBTOR'S DISCLOSURE STATEMENT

Undersigned counsel for Powell Valley Health Care, Inc. (the "Debtor") hereby files this Motion to Vacate and Continue Hearing on the Debtor's Disclosure Statement (the "Motion"), and in support thereof would show the Court as follows:

1. On May 16, 2016 (the "Petition Date"), the Debtor commenced this case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Wyoming (the "Bankruptcy Court").

2. The Debtor has continued in the possession of its property and has continued to operate and manage its business as a debtor-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.

{Z0173870/1 }

3. On April 24, 2017, the Debtor filed its Disclosure Statement in Support of Chapter 11 Plan of Reorganization dated April 24, 2017 (the "Disclosure Statement") (Doc. # 498).

4. On May 12, 2017, this Court ordered that any objections to the proposed Disclosure Statement be filed with the Court on or before June 22, 2017. The Court also set an evidentiary hearing on the Disclosure Statement for July 6, 2017.

5. Concurrently herewith, the Official Committee of Unsecured Creditors (the "Committee") has filed with this Court a motion, on consent of all parties set forth herein (the "Mediation Parties"), asking the Court to direct the Mediation Parties to attend a mediation. The Mediation Parties are as follows:

- Debtor Powell Valley Healthcare, Inc.
- The Committee.
- The Tort Claimants, by and through their respective counsel, Jon Moyers, William Fix, Robert Krause, Randy Royal and Collin Hopkins (representing the Tort Claimants listed on Exhibit A attached hereto).
- UMIA Insurance, Inc. ("UMIA").
- Lexington Insurance Company ("Lexington").
- One Beacon Insurance Company ("Homeland").
- HealthTech Management Services, Inc. ("HTMS").
- William D. Patten ("Patten").
- Dr. Jeffrey Hansen.
- Powell Hospital District (the "District").

{Z0173870/1}   2

6. The purpose of the proposed mediation is to reach a consensual resolution by and among the Mediation Parties and their claims in the Debtor's Disclosure Statement and proposed plan of reorganization. The Mediation Parties propose that the mediation shall be held during the first weeks of August, 2017.

7. *All Mediation Parties have agreed that it would be in their best interests to vacate the hearing on the Disclosure Statement currently set for July 6, 2017 and to reschedule that hearing sixty (60) days from the date of this Motion.* The purpose of the extension would be to allow the Mediation Parties to focus their time and efforts on the mediation and achieving a consensual plan of reorganization.

8. The Debtor also requests that the deadline for those parties previously receiving an extension of time to object to the Debtor's Disclosure Statement (i.e., UMIA, Lexington, Homeland, HTMS and Patten) be further extended to seven days prior to the date of the rescheduled hearing on the Disclosure Statement.

**WHEREFORE,** for the reasons set forth herein, the Debtor respectfully requests that the Bankruptcy Court vacate the hearing on the Disclosure Statement set for July 6, 2017, reschedule the hearing sixty (60) days from the date of this Motion, and further extend the deadline for UMIA, Lexington, Homeland, HTMS and Patten to object to the Disclosure Statement to seven (7) days prior to the rescheduled hearing, and for such other and further relief as the Court deems proper.

Dated: Cheyenne, Wyoming
June 28, 2017

        MARKUS WILLIAMS YOUNG AND
        ZIMMERMANN LLC

By: /s/ *Jennifer Salisbury*
Bradley T. Hunsicker (WY Bar No 7-4579)
Jennifer Salisbury (WY Bar No. 7-5218)
106 East Lincolnway, Suite 300
Cheyenne, WY 82001
Telephone: 307-778-8178
Facsimile: 307-638-1975
Email: bhunsicker@markuswilliams.com;
      jsalisbury@markuswilliams.com

Counsel for the Debtor-in-Possession

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 28, 2017, a copy of the foregoing was served *electronically* via the Court's ECF system upon those parties indicated below:

**UMIA Insurance, Inc.:**

c/o James T. Burghardt
Timothy M. Swanson
Moye White LLP
1400 16th St., 6th Floor
Denver, CO 80202
jim.burghardt@moyewhite.com
tim.swanson@moyewhite.com

c/o Julie Nye Tiedeken
McKellar, Tiedeken & Scoggin, LLC
702 Randall Avenue
P.O. Box 748
Cheyenne, WY 82003
jtiedeken@mtslegal.net

**Homeland Insurance Company of NY:**

Judith Studer
Patrick T. Holscher
Schwartz, Bon, Walker & Studer, LLC
141 S. Center St., Suite 500
Casper, WY 82601
(307) 235-6681
(307) 234-5099 Fax

Charles E. Spevacek
Tiffany M. Brown
Meagher & Geer, P.L.L.P.
33 S. Sixth Street, Suite 4400
Minneapolis, MN 55402
Ph: (612) 371-1324
Fax: (612) 877-3015

{Z0173870/1 }        4

jstuder@schwartzon.com
pat@schwartzbon.com

**Lexington Insurance Company, Inc.:**

Deborah M. Kellam
Hall & Evans, L.L.C.
2015 Central Ave., Suite C
Cheyenne, WY 82001
kellamd@hallevans.com

Michael S. Davis
Bryan D. Leinbach
**ZEICHNER ELLMAN & KRAUSE LLP**
1211 Avenue of the Americas
New York, NY 10036
Tel: (212) 223-0400
Fax: (212) 753-0396
mdavis@zeklaw.com
bleinbach@zeklaw.com

**Attorneys for Official Committee of Unsecured Creditors:**
Scott J. Goldstein
Philip A. Pearlman
Jamie N. Cotter
Spencer Fane
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
1700 Lincoln Street, Suite 2000
Denver, CO 80203
sgoldstein@spencerfane.com
jcotter@spencerfane.com
ppearlman@spencerfane.com

cspevacek@meagher.com
tbrown@meagher.com

Daniel Morse
Office of the United State Trustee
308 West 21st St, 2nd Floor
Cheyenne, WY 82001

**Healthtech:**
LINDQUIST & VENNUM LLP
J. Smiley
Ethan Birnberg
600 17th Street, Suite 1800-S
Denver, Colorado 80202

**Tort Claimants:**
THE SPENCE LAW FIRM, LLC
Robert A. Krause
15 S. Jackson St., P.O. Box 548
Jackson, WY 83001

Randy Royal
P.O. Box 551
Greybull, WY 82426

**Powell Hospital District:**
Brent R. Cohen
Chad S. Caby
Lewis Roca Rothgerber LLP
1200 17th Street, Suite 3000
Denver, CO 80202-5855
ccaby@lrrc.com
bcohen@lrrc.com

*/s/Jessica Anderson*
Jessica Anderson