IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | Case No. 16-20326 |
| **POWELL VALLEY HEALTH CARE, INC.,** | ) | |
| | ) | |
| Debtor-in-possession. | ) | |

FILED

2:57 pm, 6/28/17

Tim J. Ellis
Clerk of Court

## ORDER DIRECTING MEDIATION AND APPOINTING THE HONORABLE MARK L. CARMAN TO SERVE AS MEDIATOR

This matter comes before the Court for consideration of the *Motion for Order Directing Mediation and Appointing the Honorable Mark L. Carman to Serve as Mediator* ("Mediation Motion"), filed by the Official Committee of Unsecured Creditors ("Committee"). The Mediation Motion contains representations by the Committee that certain parties identified as the "Mediation Parties" have consented to mediation and that Honorable Mark L. Carman has agreed to serve as the mediator. In reliance upon those representations, and pursuant to 11 U.S.C. § 105 and Wyoming Local Rule 9019-2 (incorporating Wyoming United States District Court Local Rule 16.3), it is hereby ORDERED that:

1. The Mediation Motion is GRANTED;

2. Honorable Mark L. Carman is APPOINTED to serve as the mediator; and

[THIS SPACE IS INTENTIONALLY LEFT BLANK]

3. The restrictions and procedures set forth in the Protective Order dated April 12, 2016 entered by Judge Carman in *Homeland Ins. Co. of New York v. Powell Hospital District, et,al.*, Case No. 15-cv-31, United States District Court for the District of Wyoming, shall apply to all information exchanged by any of the Mediation Parties in connection with the mediation.

Dated: 6/28/17

BY THE COURT:

Cathleen D. Parker
United States Bankruptcy Judge