Bradley T. Hunsicker (Wyo. Bar 7-4579)
**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
106 East Lincolnway, Suite 300
Cheyenne, WY  82001
Telephone: 307-778-8178
bhunsicker@markuswilliams.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 16-20326 |
| POWELL VALLEY HEALTH CARE, ) | Chapter 11 |
| INC., ) | |
| Debtor. ) | |

### SUPPLEMENT TO EXHIBIT "A" OF DEBTOR'S MOTION FOR AUTHORITY TO EMPLOY PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS

Powell Valley Health Care, Inc. ("PVHC", or the "Debtor"), the debtor and debtor in possession in the above captioned case, and pursuant to this Court's *Order Granting in part and Denying in part, Debtor's Motion for Authority to Employ Professionals Used in the Ordinary Course of Business* [Doc. 257], hereby supplements Exhibit "A" to the *Debtor's Motion for Authority to Employ Professionals Used in the Ordinary Course of Business* [Doc. 146] and states as follows:

1. On June 22, 2016, PVHC filed *Debtor's Motion for Authority to Employ Professionals Used in the Ordinary Course of Business* (the "Motion to Employ Ordinary Course Professionals") [Doc. 146] wherein PVHC requested that it be authorized to employ professionals used in the ordinary course of PVHC's business without the need

for filing formal retention or fee applications for each professional pursuant to sections 327, 328, 329 and 330 of the Bankruptcy Code.

2. On August 24, 2016, the Court entered its *Order Granting in part and Denying in part, Debtor's Motion for Authority to Employ Professionals Used in the Ordinary Course of Business* (the "Order Allowing Employment of Ordinary Course Professionals") [Doc. 257] wherein the Court granted in part, and denied in part, the Motion to Employ Ordinary Course Professionals.

3. Pursuant to the Order Allowing Employment of Ordinary Course Professionals, PVHC is authorized, without need for further hearing or order, to employ and retain additional ordinary course professionals by filing with the Court a supplement to Exhibit "A" to the Motion to Employ Ordinary Course Professionals listing the name and address of the additional ordinary course professionals, along with a brief description of the services to be rendered.

4. In compliance with the Order Allowing Employment of Ordinary Course Professionals, PVHC supplements Exhibit "A" to its Motion to Employ Ordinary Course Professionals by identifying Lutz & Company, PC ("Lutz") as an additional ordinary course professional. Lutz will review PVHC's Clinic's Charge Description Master from information provided by PVHC and will provide the following services: Coding Review; Compliance Review; Opportunity Review; Pricing Templates; and, a Presentation of Findings. Total fees will be $19,750 plus expenses.

    Dated: Cheyenne, Wyoming
           August 10, 2017

MARKUS WILLIAMS YOUNG AND
ZIMMERMANN LLC

By: /s/ *Bradley T. Hunsicker*
Bradley T. Hunsicker (WY Bar No 7-4579)
106 East Lincolnway, Suite 300
Cheyenne, WY 82001
Telephone: 307-778-8178
Facsimile: 307-638-1975
Email: bhunsicker@markuswilliams.com;

Counsel for the Debtor and Debtor-in-Possession

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing *Supplement to Exhibit "A" of Debtor's Motion for Authority to Employ Professionals Used in the Ordinary Course of Business* served this 10th day of August, 2017, by placing copies in the U.S. mail, first class postage prepaid upon those parties identified on the mailing matrix attached hereto at Exhibit A.

*/s/ Bradley T. Hunsicker*
Bradley T. Hunsicker