IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

FILED

3:29 pm, 8/17/17

Tim J. Ellis
Clerk of Court

In re                                               )
                                                    )
POWELL VALLEY HEALTH CARE, INC.                     )   Case No.16-20326
                                                    )   Chapter   11
                                                    )
          Debtor (s)                                )

## ORDER RESCHEDULING HEARING ON THE
## COMMITTEE'S APPLICATION TO RETAIN EISNERAMPER, LLP

IT IS ORDERED that the hearing on the Application for Order Authorizing Retention of Eisneramper, LLP as Accountant and Financial Advisor to the Official Committee of Unsecured Creditors (D.E. 349), the Debtor's objection (D.E. 357), the objection filed by Powell Hospital District (D.E. 362), and the objection filed by First Bank of Wyoming (D.E. 370), scheduled for August 30, 2017, is RESCHEDULED and will be held **September 26, 2017 at 10:30 a.m.** by Telephone Conference.

IT IS FURTHER ORDERED that parties to a scheduled teleconference hearing are responsible to call the Court to participate in the hearings. **Five minutes before the scheduled hearing time, parties shall call 1-877-336-1828, the Access Code is 9560822.** Hearings may be a stacked setting or overlap. In those circumstances, please remain silent until your case is called. The courtroom deputy will take roll call prior to the hearings.

BY THE COURT:

_Cathleen D. Parker_        8/17/2017

Honorable Cathleen D. Parker
United States Bankruptcy Judge