IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

FILED

4:21 pm, 8/18/17

Tim J. Ellis
Clerk of Court

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| POWELL VALLEY HEALTH CARE, INC. | ) | Case No.   16-20326 |
| | ) | Chapter 11 |
| Debtor(s). | ) | |

## ORDER REQUIRING STATUS REPORT

Upon review of the record, the court finds it necessary, and it is so ORDERED that HealthTech Management Services, Inc. and William Patten will file with the court, on or before **September 8, 2017**, a report indicating the status of Motion for Order Authorizing Rule 2004 Examinations and Production of Documents filed May 18, 2017 (ECF No. 525).

BY THE COURT

_Cathleen D. Parker_   8/18/2017

Honorable Cathleen D. Parker
United States Bankruptcy Judge

Service to:
  Ethan Birnberg
  John Smiley