John C. Smiley (#5-2381)
Ethan J. Birnberg (#7-4761)
LINDQUIST & VENNUM LLP
600 17th Street, Suite 1800-S
Denver, Colorado 80202
Phone: (303) 573-5900
Facsimile: (303) 573-1956
*Counsel for HealthTech Management Services, Inc. and William D. Patten*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: | ) |
| | ) |
| POWELL VALLEY HEALTH CARE, INC., | ) Case No. 16-20326 |
| SSN: XXX-XX-8841, | ) Chapter 11 |
| | ) |
| Debtor. | ) |

## STATUS REPORT

HealthTech Management Services, Inc. ("HealthTech"), and William D. Patten ("Patten"), through counsel, for their Status Report, state:

1. On May 16, 2016, Powell Valley Health Care, Inc. (the "Debtor") commenced this case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Wyoming.

2. On May 18, 2017, HealthTech and Patten filed their Motion for Order Authorizing Rule 2004 Examinations and Production of Documents (the "Rule 2004 Motion"), seeking authority to conduct Rule 2004 examinations of the Debtor's Board of Directors, the Powell Hospital District (the "District"), and members of the Official Committee of Unsecured Creditors (the "Committee"). *See* Dkt. #525.

3. Objections to the Rule 2004 Motion were filed by the Committee (Dkt. #527); Committee members Larry Heiser, Michelle Oliver, Shane Wilson, Veronica Sommerville,

Joetta Johnson, and Susan Stambaugh (Dkt. #529); the Debtor and the Committee (Dkt. #549); and the District (Dkt. #548) (collectively, the "Objecting Parties").

4. On August 18, 2017, the Court entered its Order Requiring Status Report, ordering HealthTech and Patten to file this report indicating the status of the Rule 2004 Motion (the "Order"). *See* Dkt. #604.

5. As the Court is aware, several parties, including HealthTech, Patten, and the Objecting Parties, recently participated in mediation.

6. Since the mediation, HealthTech and Patten have been eager to finalize an agreement with all parties, but that has not yet occurred.

7. HealthTech and Patten are informed and believe that a settlement is still possible and may be achieved through an amended plan of reorganization.

8. If a settlement or other resolution is not reached, HealthTech and Patten believe that the discovery requested through their Rule 2004 Motion is necessary and appropriate and their Rule 2004 Motion should be granted.

Wherefore, HealthTech and Patten respond to the Court's Order and request the Court enter an order setting a hearing on their Rule 2004 Motion in approximately 45 days. If a settlement or other resolution to the Rule 2004 Motion is not reached prior to this date, HealthTech and Patten respectfully request the Court enter an order granting their Rule 2004 Motion.

Dated: September 8, 2017.        **LINDQUIST & VENNUM LLP**

By: */s/ Ethan J. Birnberg*
John C. Smiley, #5-2381
Ethan J. Birnberg, #7-4761
600 17th Street, Suite 1800 South
Denver, CO 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
Email: ebirnberg@lindquist.com
         jsmiley@lindquist.com

*Counsel for HealthTech Management Services, Inc. and William D. Patten*

**CERTIFICATE OF SERVICE**

       I hereby certify that on September 8, 2017, copies of the foregoing **STATUS REPORT** were served electronically to the following parties on the Court's Electronic Mail Notice List for this case:

- Ethan J. Birnberg   ebirnberg@lindquist.com, bblessing@lindquist.com;G31916@notify.cincompass.com
- Tiffany M. Brown   tbrown@meagher.com, rsetzer@meagher.com
- James T. Burghardt   jim.burghardt@moyewhite.com, kim.maynes@moyewhite.com
- Chad S. Caby   ccaby@lrrc.com, kmeans@lrrc.com
- Brent R. Cohen   bcohen@lrrc.com, jlittle@lrrc.com
- Jamie Cotter   jcotter@spencerfane.com, nhoff@spencerfane.com,nschacht@spencerfane.com;lepps@spencerfane.com;sgoldstein@spencerfane.com
- Michael S. Davis   mdavis@zeklaw.com, BLeinbach@zeklaw.com
- Gregory C. Dyekman   greg.dyekman@draylaw.com, GCDWyo@aol.com;monica.lincoln@draylaw.com
- Patrick T. Holscher   pat@schwartzbon.com, hbaldwin@schwartzbon.com
- Bradley T Hunsicker   bhunsicker@markuswilliams.com, jtokuoka@markuswilliams.com;docket@markuswilliams.com
- Eric L. Johnson   ejohnson@spencerfane.com, lwright@spencerfane.com,sestlund@spencerfane.com,blamer@spencerfane.com,drambo@spencerfane.com
- Deborah Kellam   Kellamd@hallevans.com, brimerd@hallevans.com;shurtleffl@hallevans.com;kringd@hallevans.com;tamborelloa@hallevans.com
- Sarah A. Kellogg   Kellogg@spencelawyers.com
- Robert A. Krause   Krause@spencelawyers.com, morguson@spencelawyers.com
- Daniel J. Morse   daniel.j.morse@usdoj.gov
- Jon M. Moyers   jon@jmoyerslaw.com, kohnkathryn1@gmail.com;sherri@jmoyerslaw.com
- Catherine A. Naltsas   cnaltsas@lynberg.com, jcarlisle@lynberg.com;jdoctors@lynberg.com
- Philip A. Pearlman   ppearlman@spencerfane.com, nschacht@spencerfane.com
- George E. Powers   gpowers@spkm.org, lholman@spkm.org;atty@spkm.org;efile@spkm.org
- Elizabeth Richards   Richards@spencelawyers.com, morguson@spencelawyers.com
- Randy L. Royal   rlroyal@randylroyalpc.com, WY03@ecfcbis.com;charlene@randylroyalpc.com;msanderton@randylroyalpc.com;receptionist@randylroyalpc.com
- Jennifer M. Salisbury   jsalisbury@markuswilliams.com, janderson@markuswilliams.com,docket@markuswilliams.com
- Lance E. Shurtleff   shurtleffl@hallevans.com, tamborelloa@hallevans.com
- John C. Smiley   jsmiley@lindquist.com, jgroskopf@lindquist.com;mgilbert@lindquist.com

- Timothy M Swanson   tim.swanson@moyewhite.com, Melissa.dymerski@moyewhite.com;audra.albright@moyewhite.com
- Julie Nye Tiedeken   jtiedeken@mtslegal.net
- US Trustee   USTPRegion19.cy.ecf@usdoj.gov
- Timothy L. Woznick   Tim.Woznick@draylaw.com, monica.lincoln@draylaw.com;polli.bryant@draylaw.com
- John F. Young   jyoung@markuswilliams.com, jtokuoka@markuswilliams.com

I further certify that on September 8, 2017, copies of the same were served via U.S. Mail, first class postage prepaid, to the following:

Bradley T. Hunsicker, Debtor's counsel
Markus Williams Young & Zimmermann LLC
106 East Lincolnway, Suite 300
Cheyenne, WY 82001

Royal L. Royal, Committee Counsel
Randy L. Royal
P.O. Box 551
524 5th Ave. S.
Greybull, WY 82426-2322

Philip A. Pearlman and Jamie Cotter, Committee Counsel
Spencer Fane Britt & Browne
1700 Lincoln St., Suite 2000
Denver, CO 80203

Scott J. Goldstein, Lisa A. Epps, Eric L. Johnson, and Bryant T. Lamer
Committee Counsel
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106

Chad S. Caby and Brent R. Cohen, counsel for the District
Lewis Roca Rothgerber Christie LLP
1200 17th Street, Suite 3000
Denver, CO 80202-5855

/s/ *Brandon Blessing*