

ATLANTA    CHICAGO    NEW YORK    **SAN DIEGO**

4655 Executive Drive, *Suite 280*
San Diego, CA 92121

h2c.com
T 858 242 4800

Invoice No.  3968

Date  06/08/2017

To  Powell Valley Healthcare
777 Avenue H
Powell, WY 82435-2296

| Item | Description | Amount |
|---|---|---|
| | Pursuant to Engagement Agreement dated August 12, 2016, please pay the following amounts: | |
| A. | Valuation fee pursuant to the engagement agreement | 50,000.00 |
| B. | Professional Fees | 22,500.00 |
| C. | Out of pocket expenses | 10,818.55 |
| | Total | $83,318.55 |

**Please use the following wiring instructions:**

Wells Fargo Bank
ABA#: 121000248
FBO: Hammond Hanlon Camp LLC
Acct#: 622 442 8646

If you have any questions, comments or concerns regarding this invoice, please contact accounting@h2c.com.

You are a highly valued client of our firm and we appreciate the opportunity to be of service.

HAMMOND HANLON CAMP LLC    + The Elements of Capital and Strategy
*Securities offered through H2C Securities Inc., member FINRA/SIPC*