

ATLANTA    CHICAGO    NEW YORK    **SAN DIEGO**

4655 Executive Drive, *Suite 280*
San Diego, CA 92121

h2c.com
T 858 242 4800

Invoice No.   4065

Date   6/8/2017

To   Powell Valley Healthcare
777 Avenue H
Powell, WY 82435-2296

| Item | Description | Amount |
|---|---|---|
| | Pursuant to Engagement Agreement dated August 12, 2016, please pay the following amounts: | |
| A. | Professional Fees | 22,500.00 |
| | 45.1 hours @ $500/hour | |
| B. | Out of pocket expenses | 312.20 |
| | Total | $22,812.20 |

**Please use the following wiring instructions:**

Wells Fargo Bank
ABA#: 121000248
FBO: Hammond Hanlon Camp LLC
Acct#: 622 442 8646

If you have any questions, comments or concerns regarding this invoice, please contact accounting@h2c.com.

You are a highly valued client of our firm and we appreciate the opportunity to be of service.

**HAMMOND HANLON CAMP** LLC
*Securities offered through H2C Securities Inc., member FINRA/SIPC*

+ The Elements of Capital and Strategy



ATLANTA    CHICAGO    NEW YORK    **SAN DIEGO**

4655 Executive Drive, *Suite 280*
San Diego, CA 92121

h2c.com
T 858 242 4800

Invoice No.    4065

Date    6/8/2017

To    Powell Valley Healthcare
Time Summary  - Hammond Hanlon Camp LLC

| Item | Description | | |
|---|---|---|---|
| Michael Lane<br>Scott Royston | For time incurred through May 31, 2017 | | |
| Date | Cumulative | Comments | |
| 4/19/2017 | 3.6 | Initial "refresh" of the liquidation and shutdown analysis | |
| 4/20/2017 | 3.4 | Review and edit of the liquidation and shutdown analysis | |
| 4/24/2017 | 4.0 | Review and edit of the liquidation and shutdown analysis | |
| 4/29/2017 | 1.6 | Call with Management and Counsel re: liquidation assumptions | |
| 4/30/2017 | 2.4 | Follow-up work/update model with new management assumptions | |
| 5/2/2017 | 2.2 | Call with Debtor's Counsel; discuss liquidation analysis and shutdown timeline | |
| 5/3/2017 | 1.8 | Worked on updates to model | |
| 5/10/2017 | 3.2 | Worked on updates to model | |
| 5/15/2017 | 2.0 | Call with Debtor's Counsel re: weekly shutdown analysis | |
| 5/15/2017 | 2.2 | Follow-up work to integrate new weekly assumptions discussed with management | |
| 5/16/2017 | 1.4 | Call with Counsel re: weekly liquidation analysis; finalize cash projections through October | |
| 5/16/2017 | 3.9 | Review and update of liquidation model | |
| 5/16/2017 | 1.6 | Call with Debtor's Counsel to discuss model assumptions and presentation | |
| 5/16/2017 | 3.0 | Follow-up work to finalize analysis and presentation | |
| 5/17/2017 | 4.4 | Follow-up work to finalize analysis and presentation | |
| 5/18/2017 | 2.8 | Call with Debtor's Counsel to discuss final output | |
| 5/19/2017 | 1.6 | Final review and preparation of deliverable/analysis for counsel | |
| **45.1 Hours** | | | |

Please use the following wiring instructions:

Wells Fargo Bank
ABA#: 121000248
FBO: Hammond Hanlon Camp LLC
Acct#: 622 442 8646

If you have any questions, comments or concerns regarding this invoice, please contact accounting@h2c.com.

You are a highly valued client of our firm and we appreciate the opportunity to be of service.

HAMMOND HANLON CAMP LLC    + The Elements of Capital and Strategy
*Securities offered through H2C Securities Inc., member FINRA/SIPC*