## SCOTT J. GOLDSTEIN

| | |
|---|---|
| Spencer Fane Britt & Browne LLP | Telephone: (816) 474-8100 |
| 1000 Walnut Street, Suite 1400 | Facsimile: (816) 474-3216 |
| Kansas City, Missouri 64106-2140 | E-Mail Address: sgoldstein@spencerfane.com |

**PROFILE**
- Licensed attorney in private practice since 1980, admitted to practice in Missouri and the federal courts in Kansas
- **Practice areas:**
  - Bankruptcy, Restructuring and Creditors' Rights
  - Representation of Bond Trustees in bond default litigation (including receiverships and bankruptcy) and restructurings

- **Court Admissions:**
  - United States District Court for the District of Kansas
  - United States District Court for the Eastern District of Missouri
  - United States District Court for the Western District of Missouri
  - United States District Court for the Western District of Oklahoma
  - United States Court of Appeals for the Tenth Circuit
  - United States Bankruptcy Appellate Panel of the Tenth Circuit

- **Memberships:**
  - American Bankruptcy Institute
  - American Bar Association
  - Kansas City Bankruptcy Bar Association
  - Kansas City Metropolitan Bar Association
  - National Association of Bond Lawyers

- **Distinctions:**
  - Induction into American College of Bankruptcy Class of 2011
  - Kansas City Business Journal *Best of the Bar* – 2006 through 2016
  - *Missouri & Kansas Super Lawyers*® -- 2005 through 2015
  - Listed in *Best Lawyers* – 2001 through 2016

**REPRESENTATIONS**
- **Counsel to Bond Trustee:**
  - *In Re National Benevolent Association*
  - *In Re Ormet Corporation*
  - *In Re Erickson Retirement Communities, LLC*
  - *In Re Lincolnshire Campus, LLC, et al.*
  - *In Re Lake Lotawana Community Improvement District* (Chapter 9)
  - *In Re Southwind Hospice, Inc.*
  - Enright/Arlington Community Improvement District, St. Louis, Missouri

WA 6554358.2

## SCOTT J. GOLDSTEIN

- Orpheum Theater Community Improvement District Property and Sales Tax Revenue Bonds, St. Louis, Missouri
- Elderly Housing Revenue Bonds (Centenary Towers Apartments Project), St. Louis, Missouri
- The Industrial Development Authority of the City of St. Louis, Missouri Senior Lien Revenue Bonds (St. Louis Convention Center Headquarters Hotel Project)
- CME – Stonegate Meadows, Inc.
- CME – Santa Fe Village
- Pickwick Apartments, Kansas City, Missouri
- City of Moberly (Mamtek Project), Missouri
- Rocky Mountain Roller Hockey League, Colorado

- **Debtor's Counsel:**
  - *In Re Dick Simon Trucking, Inc.*
  - *In Re Rocor International, Inc.*
  - *In Re Wire Rope Corporation of America, Incorporated*
  - *In Re Arrow Speed Warehouse, Inc.*
  - *In Re Crescent Oil Company, Inc.*
  - *In Re Mid-States Supply Company, Inc.*
  - Also represented debtor or attorney for trustee in numerous Chapter 11 cases in which confirmed plans of reorganization were obtained or liquidations of debtors' assets resulted in substantial distributions to creditors, including:
    - *In Re Phillips House Associates, Ltd*
    - *In Re Hudson Oil Company*
    - *In re Rockhill Associates Nursing Home, Inc.*
    - *In re Westport Trucking Company*
    - *In re Blacklight, Inc.*
    - *Mid-America Broadcasting of Topeka, Inc.*
    - *In Re Haven Properties, Inc.*

- **Creditors' Counsel:**
  - Represented national vehicle rental company in bankruptcy and collection matters in Missouri and Kansas
  - Represented international farm equipment manufacturer and credit subsidiary in all secured transactions, financing and collection litigation in the United States, responsible for supervision and/or representation of creditor in hundreds of collection, foreclosure and bankruptcy cases in excess of $5,000,000
  - Represented creditors and creditor groups of potentially responsible parties (PRPs) with environmental claims in excess of $40,000,000, on a national basis, regarding debtor PRPs and/or owners of hazardous waste sites, including:

**SCOTT J. GOLDSTEIN**

---

- *In Re Insilco Corporation*
- *In Re Eagle-Picher Industries, Inc.*
- *In re Mid-Region Petroleum, Inc.*
- *In Re Trans World Airlines, Inc.*

• Represented group of bank creditors, and later acted as attorneys for the Creditors' Committee in *In Re ISC Financial Corporation* involving assets of approximately $50,000,000

- **Unsecured Creditors' Committee Counsel:**
  - *In re Arch Coal, Inc.*, U.S. Bankruptcy Court, Eastern District of Missouri, Case No. 16-40120
  - *In re Atchison Casting Corporation,* U.S. Bankruptcy Court, Western District of Missouri, Case No. 03-50965
  - *In re Bakers Footwear Group, Inc.*, U.S. Bankruptcy Court, Eastern District of Missouri, Case No. 12-49658
  - *In re House of Lloyd Sales, LLC*, U.S. Bankruptcy Court, Western District of Missouri, Case No. 02-40215
  - *In re Lady Baltimore Foods, Inc.,* U.S. Bankruptcy Court, District of Kansas, Case No. 02-43429
  - *In re Noranda Aluminum, Inc.,* U.S. Bankruptcy Court, Eastern District of Missouri, Case No. 16-10083
  - *In re Peabody Energy Corporation*, U.S. Bankruptcy Court, Eastern District of Missouri, Case No. 16-42529
  - *In re Powell Valley Health Care, Inc.*, U.S. Bankruptcy Court, District of Wyoming, Case No. 16-20326
  - *In re Trism, Inc.*, U.S. Bankruptcy Court, Western District of Missouri, Case No. 01-31323
  - *In re Valley Food Services, LLC,* U.S. Bankruptcy Court, Western District of Missouri, Case No. 06-50038
  - *In re Weld Wheel Industries, Inc.,* U.S. Bankruptcy Court, Western District of Missouri, Case No. 06-42105

**EDUCATION**
- University of Missouri—Columbia, B.A. Accounting, 1977
- University of Missouri – Columbia, J.D., 1980
  - *Missouri Law Review*, 1978-1979
    Note and Comment Editor 1979-1980
  - Graduated in top 10% of class
  - John D. Lawson Award (for highest grade in Contracts courses, Fall and Spring semesters, 1977, 1978)
  - Author of Constitutional Law:  Attorney Not Entitled to Hearing Upon Denial of Admission *Pro Hac Vice*, 44 Mo. Law Review, 772 (1979)

**SCOTT J. GOLDSTEIN**

|  |  |
|---|---|
| **PUBLICATIONS** | • Numerous publications on bankruptcy and creditors' rights and default and restructuring, including the following:<br>  • Annual Bankruptcy Institute, The Missouri Bar, Lecturer (1996, 1998)<br>  • Annual "Year in Review," University of Missouri-Columbia (Bankruptcy) (1991 through 1996, 1998)<br>  • Co-author of supplement to Chapter 4, "Executory Contracts and Unexpired Leases," *Missouri Bankruptcy Practice, Volume I* (MoBar 1994)<br>  • "Fundamentals of Bankruptcy," National Business Institute, Inc. (1995) |