Bradley T. Hunsicker (WY Bar No. 7-4579)
Markus Williams Young & Zimmermann LLC
106 E. Lincolnway, Suite 300
Cheyenne, WY  82001
Telephone (307) 778-8178
Facsimile (307) 778-8953
bhunsicker@MarkusWilliams.com

*Attorneys for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: | ) |
| | ) |
| POWELL VALLEY HEALTH CARE, INC., | ) ) ) |
| | ) Case No. 16-20326 |
| | ) CHAPTER 11 |
| Debtor. | ) |
| | ) |

**NOTICE OF PROPOSED MEMBERS OF PERSONAL INJURY CLAIMS COMMITTEE IN ACCORDANCE WITH SECTION 1.5 OF THE DEBTOR'S AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED SEPTEBMER 26, 2017 [DOC. 656]**

The above-named Debtor-in-Possession (the "Debtor"), by and through its counsel, hereby files its notice of proposed members of the Personal Injury Claims Committee in accordance with Section 1.5 of the Debtor's *Amended Chapter 11 Plan of Reorganization Dated September 26, 2017* [Doc. 656], and identifies the following proposed members:

1. Shane Wilson, Tort Claimant
   c/o Jon M. Moyers
   Moyers Law P.C.
   490 N. 31 St., Suite 101
   Billings, MT  59101

Mr. Wilson is a member of the Official Unsecured Creditors Committee in the Debtor's bankruptcy case.

2. Susan Stambaugh, Tort Claimant
c/o William R. Fix
350 East Broadway
P.O. Box 297
Jackson, WY  83001

Ms. Stambaugh is a member of the Official Unsecured Creditors Committee in the Debtor's bankruptcy case.

3. Larry Heiser, Tort Claimant
c/o Robert A. Krause
The Spence Law Firm, LLC
P.O. Box 548
Jackson, WY  83001

Mr. Heiser is a member of the Official Unsecured Creditors Committee in the Debtor's bankruptcy case.

4. Bradley T. Hunsicker, Debtor Representative
Markus Williams Young & Zimmermann, LLC
106 East Lincolnway, Suite 300
Cheyenne, WY  82001

Mr. Hunsicker, and his firm, Markus Williams Young & Zimmermann, LLC, serve as counsel to the Debtor in the Debtor's bankruptcy case.

**DATED** this 21st day of November, 2017.

MARKUS WILLIAMS YOUNG AND ZIMMERMANN LLC


By: /s/ *Bradley T. Hunsicker*
Bradley T. Hunsicker (WY Bar No 7-4579)
106 East Lincolnway Suite 300
Cheyenne, WY 82001
Telephone: 307-778-8178
Facsimile: 307-638-1975
Email: bhunsicker@markuswilliams.com

>Counsel for the Debtor and Debtor-in-Possession

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 21, 2017, a copy of the foregoing was served *electronically* upon **The Office of the United States Trustee** and those parties requesting notice and registered on the Court's CM/ECF system.

>*s/Bradley T. Hunsicker*
>Bradley T. Hunsicker