Bradley T. Hunsicker (WY Bar No. 7-4579)
Markus Williams Young & Zimmermann LLC
106 E. Lincolnway, Suite 300
Cheyenne, WY  82001
Telephone (307) 778-8178
Facsimile (307) 778-8953
bhunsicker@MarkusWilliams.com

*Attorneys for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: ) | |
| ) | |
| POWELL VALLEY HEALTH ) | |
| CARE, INC., ) | |
| ) | Case No. 16-20326 |
| ) | CHAPTER 11 |
| Debtor. ) | |
| ) | |

**NOTICE OF (I) SCHEDULE OF ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (II) PROPOSED CURE AMOUNTS RELATED THERETO; AND, (III) OPPORTUNITY TO OBJECT FILED IN ACCORDANCE WITH SECTIONS 12.1 AND 1.5 OF THE DEBTOR'S AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED SEPTEMBER 26, 2017 [DOC. 656]**

The above-named Debtor-in-Possession (the "Debtor"), by and through its counsel, hereby files this notice identifying the Debtor's executory contracts and unexpired leases it proposes to assume pursuant to the provisions of section 365 of the Bankruptcy Code (each an "Assumed Executory Contract" or "Assumed Unexpired Lease")[1], the proposed cure amount related to each Assumed Executory Contract or Assumed Unexpired Lease (each a "Proposed Cure Amount"), and the deadline for filing

---

[1] For the avoidance of doubt, notwithstanding any contract or agreement identified in the exhibits attached hereto, the Debtor does not propose to assume any agreement executed between the Debtor and Dr. Jeffrey N. Hansen prior to May 16, 2016 (the "Petition Date").

{Z0195339/1 }    1

objections to: (i) a Proposed Cure Amount; (ii) the Debtor's ability to provide adequate assurance of future performance; or, (iii) any other matter pertaining to the assumption of such Assumed Executory Contract or Assumed Unexpired Lease (an "Assumption Objection").

The Debtor proposes to assume the following Assumed Executory Contracts and Assumed Unexpired Leases pursuant to the provisions of section 365 of the Bankruptcy Code to the extent said Assumed Executory Contracts and Assumed Unexpired Leases have not already expired by their express terms:

    a. All Assumed Executory Contracts and Assumed Unexpired Leases listed on Exhibit B[2] attached hereto (titled "Non HealthTech Management Agreements");
    b. All Assumed Executory Contracts and Assumed Unexpired Leases listed on Exhibit C attached hereto (titled "Equipment Leases");
    c. All Assumed Executory Contracts and Assumed Unexpired Leases listed on Exhibit D attached hereto (titled "Hospital Lease Agreements")[3];
    d. All Assumed Executory Contracts and Assumed Unexpired Leases listed on Exhibit E attached hereto (titled "Medical Outreach Contracts");
    e. All Assumed Executory Contracts and Assumed Unexpired Leases listed on Exhibit F attached hereto (titled "Third Party Payor Contracts");
    f. All Assumed Executory Contracts and Assumed Unexpired Leases listed on Exhibit G attached hereto (titled "PVHC Misc Legal");
    g. All Assumed Executory Contracts and Assumed Unexpired Leases listed on Exhibit H attached hereto (titled "> 5 years");
    h. All Assumed Executory Contracts and Assumed Unexpired Leases listed on Exhibit I attached hereto (titled "> $50K");
    i. All Assumed Executory Contracts and Assumed Unexpired Leases listed on Exhibit J attached hereto (titled "Provider Agreements");

---

[2] For purposes of clarification, there is no Exhibit A attached to this notice.

[3] As amended pursuant to the Debtor's *Amended Chapter 11 Plan of Reorganization for Powell Valley Health Care, Inc.* [Doc. 656].

{Z0195339/1 }  2

  j. All Assumed Executory Contracts and Assumed Unexpired Leases listed on Exhibit K attached hereto (titled "Other"); and,

  k. All Assumed Executory Contracts and Assumed Unexpired Leases listed on Exhibit l attached hereto (titled "Visiting Physician Contracts").

The Proposed Cure Amount with respect to each Assumed Executory Contract or Assumed Unexpired Lease is **$0.00.**

If you desire to file an Assumption Objection, you are required to file a written Assumption Objection with the Court and serve it the undersigned whose address is shown below on or before **December 4, 2017**, or the relief requested may be granted by the Court.

  **DATED** this 22nd day of November, 2017.

        MARKUS WILLIAMS YOUNG AND ZIMMERMANN LLC

        By: /s/ *Bradley T. Hunsicker*
        Bradley T. Hunsicker (WY Bar No. 7-4579)
        106 East Lincolnway, Suite 300
        Cheyenne, WY 82001
        Telephone: 307-778-8178
        Facsimile: 307-638-1975
        Email: bhunsicker@markuswilliams.com

        Counsel for the Debtor and Debtor-in-Possession