| Official Form 206G - Executory Contracts and Unexpired Leases | EX "B" | PVHC Executory Contracts - Non HealthTech Management Agreements | NOTE: Based on May 1, 2016 Filing | | | | | |
|---|---|---|---|---|---|---|---|---|
| Contract ID | Contract Name | Purpose of Contract | Contracting Party | Contractor Address | Date of Agreement | Original Term | Date of Termination | Remaining Term |
| MiscConsult 1 | Hot Springs Co Mem Pharmacy Services | Consulting services to assist with the management and operation of PVHC's pharmacy | Hot Springs County Memorial Hospital | 150 Arapahoe Street, Thermopolis, WY 82443 | 7/24/2014 | 1 year | 7/23/2015 | 0 months |
| MiscConsult 2 | North Big Horn Echocardiography Consulting Services | Consulting services to assist with performing echocardiography | North Big Horn Hospital District | 1115 Lane 12, Lovell, WY 82431 | 3/9/2016 | 1 year | 3/16/2017 | 11 months |
| MiscConsult 3 | North Big Horn HD PACS Raiology | Consulting services to assist with professional radiology interpretation services | North Big Horn Hospital District | 1115 Lane 12, Lovell, WY 82431 | 2/23/2015 | 2 years | 2/22/2017 | 10 months |
| MiscConsult 4 | North Big Horn Hospital District Scrub Tech | Consulting services to assist with performing invasive procedures (Scrub Technician) | North Big Horn Hospital District | 1115 Lane 12, Lovell, WY 82431 | 7/24/2015 | 1 year | 7/23/2016 | 3 months |
| MiscConsult 5 | North Big Horn Hospital Pharmacy Consulting Services | Consulting services to assist with the management and operation of PVHC's pharmacy | North Big Horn Hospital District | 1115 Lane 12, Lovell, WY 82431 | 12/18/2013 | 1 year | 12/17/2014 | 0 months |
| MiscConsult 6 | North Platte Physical Therapy | Contracting services for provision and management of physical therapy and occupational therapy services | North Platte Physical Therapy Services, Inc. | PO Box 1790, Douglas, Wyoming 82633 | 12/1/2015 | 1 year | 11/30/2016 | 7 months |