| Official Form 206G - Executory Contracts and Unexpired Leases | EX "J" | PVHC Executory Contracts - Provider Agreements | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract ID | Purpose of Contract | Provider Name | Provider Address | City | State | Zip | Position | Date of Agreement | Term | Date of Termination | Remaining Term |
| Baker 1 | Obtain comprehensive anesthesia services | Baker, Andrew B. | 1766 EAGLENEST TRAIL | POWELL | WY | 82435 | Certified Registered Nurse Anesthetist | 7/1/2013 | 19 months | 12/31/2015 | |
| Baker 1 Add A | Compensation Detail | Baker, Andrew B. | 1766 EAGLENEST TRAIL | POWELL | WY | 82435 | Certified Registered Nurse Anesthetist | 7/1/2013 | | 12/31/2015 | |
| Baker 1 Add B | Oncall Coverage | Baker, Andrew B. | 1766 EAGLENEST TRAIL | POWELL | WY | 82435 | Certified Registered Nurse Anesthetist | 10/15/2014 | | 12/31/2015 | |
| Barrett 1 | Anesthesia Services | Barrett, Jr. Robert L. | | | | | Certified Registered Nurse Anesthetist | 11/1/2011 | 7 Months | | |
| Barret 1 Add A | Compensation Detail | Barrett, Jr. Robert L. | | | | | | 11/14/2011 | | | |
| Barret 2 | Relocation Expenses | Barrett, Jr. Robert L. | | | | | | 11/4/2011 | | | |
| Beasley 1 | Emergency Department Services | Beasley, Benjamin E. | 532 E. CIRCLE DR. | CODY | WY | 82414 | Physician. | 11/16/2015 | 4 months | 3/14/2016 | |
| Belmont 1 | Anesthesia Services | Belmont, Anthony M. | 802 GUN BARREL LANE | POWELL | WY | 82435 | Certified Registered Nurse Anesthetist | 12/17/2015 | 18 months | | 14 months |
| Belmont 1 Add. A | Anesthesia Services | Belmont, Anthony M. | 802 GUN BARREL LANE | POWELL | WY | | Certified Registered Nurse Anesthetist | 12/17/2015 | | | |
| Belmont 1 Add. A-2 | $30,000 Promissory Note to Repay Signing Bonus | Belmont, Anthony M. | 802 GUN BARREL LANE | POWELL | WY | | Certified Registered Nurse Anesthetist | 7/30/2013 | 36 months | | 8 months |
| Belmont 1 Add. B | Anesthesia Services. Amends 1.2, 1.2.1 and 1.2.2 of Add A | Belmont, Anthony M. | 802 GUN BARREL LANE | POWELL | WY | | Certified Registered Nurse Anesthetist | 7/1/2015 | No Provision | | No Provision |
| Belmont 1 Second Add. B | Describes Work Schedule. Amends 1.3 of Add. A. re Production Payments | Belmont, Anthony M. | 802 GUN BARREL LANE | POWELL | WY | | Certified Registered Nurse Anesthetist | 10/15/2014 | No Provision | No Provision | No Provision |
| Belmont 1 Third Add. B | Relocation Expenses | Belmont, Anthony M. | 802 GUN BARREL LANE | POWELL | WY | | Certified Registered Nurse Anesthetist | 1/6/2014 | NP | NP | NP |

| Official Form 206G - Executory Contracts and Unexpired Leases | EX "J" | PVHC Executory Contracts - Provider Agreements | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract ID | Purpose of Contract | Provider Name | Provider Address | City | State | Zip | Position | Date of Agreement | Term | Date of Termination | Remaining Term |
| Billin - 1 | Medical Director Emergency Services | Billin, Aaron, MD | | | | | Medical Director Emergency Services. 0-5 Hours per month. | 6/30/2014 | 1 year | 6/30/2015 | None |
| Billin - 2 | Provider Agreement / PVIHS | Billin, Aaron, MD | 777 Avenue H, Powell, WY 82435 (note this is the same address as listed for PVIHS in this agreement. | | | | Medical Provider | 1/24/2015 | 11 months | 12/31/2015 | |
| Billin - 2 Add B | Amends Agreement for Physician Services Dated 9/1/2013 | Billin, Aaron R. | 28 FOUR BEAR LANE | CODY | WY | 82414 | Physician. | 7/1/2015 | NP | NP | |
| Billin - 3 | Amends Term of Employment Agreement. | Billin, Aaron R. | 28 FOUR BEAR LANE | CODY | WY | 82414 | Physician. | 11/12/2015 | 25 months | 9/30/2016 | 5 months |
| Blanchard - 1 | Employment Agreement | Blanchard, Cathy | 149 COUNTRY ROAD 2 ABN | CODY | WY | 82414 | Women's Health Nurse Practitioner | 7/3/2014 | 24 Months | 6/30/2016 | 2 months |
| Blanchard - 1 Add A | Compensation Detail | Blanchard, Cathy | 149 COUNTRY ROAD 2 ABN | CODY | WY | 82414 | Women's Health Nurse Practitioner | 7/3/2014 | | | |
| Blanchard - 1 Add A-2 | Extension of current contract. | Blanchard, Cathy | 149 COUNTRY ROAD 2 ABN | CODY | WY | 82414 | Women's Health Nurse Practitioner | 10/1/2015 | | | |
| Bohlman - 1 | Medical Director Agreement Professional Practice Evaluation Committee | Bohlman, Michael K. | 1083 MTN. VISTA RD. | POWELL | WY | 82435 | Medical Director | 5/26/2015 | 12 Months | 6/30/2013 | 2.5 months |
| Bohlman - 2 | Medical Director Agreement Medical/Surgical Department | Bohlman, Michael K. | 1083 MTN. VISTA RD. | POWELL | WY | 82435 | Medical Director | 5/26/2015 | 12 Months | 6/30/2013 | 2.5 months |
| Bohlman - 3 | Medical Director Agreement Home Health - Hospice | Bohlman, Michael K. | 1083 MTN. VISTA RD. | POWELL | WY | 82435 | Medical Director | 5/26/2015 | 12 Months | 6/30/2013 | 2.5 months |
| Bohlman - 4 | Physician Services Employment Agreement | Bohlman, Michael K. | 1083 MTN. VISTA RD. | POWELL | WY | 82435 | Primary Care Physician | 8/12/2014 | 24 Months | 7/30/2016 | 3.5 Months |
| Bohlman - 4 Add A | Physician Services Employment Agreement | Bohlman, Michael K. | 1083 MTN. VISTA RD. | POWELL | WY | 82435 | Primary Care Physician | 8/12/2014 | | | |

| Official Form 206G - Executory Contracts and Unexpired Leases | EX "J" | PVHC Executory Contracts - Provider Agreements | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract ID | Purpose of Contract | Provider Name | Provider Address | City | State | Zip | Position | Date of Agreement | Term | Date of Termination | Remaining Term |
| Bohlman - 4 Add A-2 | Salary Increase upon extension of employment contract | Bohlman, Michael K. | 1083 MTN. VISTA RD. | POWELL | WY | 82435 | Primary Care Physician | 9/17/2015 | | | |
| Bracket - 1 | Employment Agreement Emergency Medicine | Brackett, Deborah | | | | | Emergency Physician | 12/15/2015 | 26 months | 6/30/2014 | 14 months |
| Bracket - 1 Add - A | | Brackett, Deborah | | | | | Emergency Physician | 12/15/2015 | 26 months | 6/30/2014 | 14 months |
| Brackett - 2 | Promissory Note. Sliding Scale to repay signing bonus if employee leaves. | Brackett, Deborah | | | | | Emergency Physician | 1/19/2016 | 36 months | 5/1/2019 | |
| Brown - 1 | Emergency Department Services | Brown, Aaron R. | P.O. BOX 1178 | CODY | WY | 82414 | Emergency Physician | 3/10/2014 | 13.5 months | 4/1/2015 | None |
| Childers - 1 | Hospitalist Services | Childers, Adam W. | 1099 MOUNTAIN VISTA RD | POWELL | WY | 82435 | | 8/10/2015 | 18 months | 6/30/2017 | 14 month |
| Childers - 1 Add A-1 | Physician Services (Revised to Hospitalist) | Childers, Adam W. | 1099 MOUNTAIN VISTA RD | POWELL | WY | 82435 | | 9/27/2015 | | | |
| Childers - 1 Add A-2 | Corrects Title to Hospitalist Services | Childers, Adam W. | 1099 MOUNTAIN VISTA RD | POWELL | WY | 82435 | | 9/27/2015 | | | |
| Childers - 2 | Promissory Note. Sliding Scale to repay signing bonus if employee leaves. | Childers, Adam W. | 1099 MOUNTAIN VISTA RD | POWELL | WY | 82435 | | 10/10/2015 | 3 years | 10/17/2017 | 20 months |
| Childers - 3 | Provider Agreement / PVIHS | Childers, Adam W. | 1099 MOUNTAIN VISTA RD | POWELL | WY | 82435 | | 1/30/2015 | 11 months | 12/31/2016 | 8 months. |
| Christensen - 1 | Medical Director Agreement Cardiopulmonary Services | Christensen, Kelly E. | 1190 HILLS LANE | POWELL | WY | 82435 | Director Cardiopulmonary Services | 5/26/2015 | One year | 6/30/2016 | 2 months |
| Christensen - 2 | Medical Director The Care Center | Christensen, Kelly E. | 1190 HILLS LANE | POWELL | WY | 82435 | Director The Care Center | 5/26/2015 | One year | 6/30/2016 | 2 months |
| Christensen - 3 | Medical Director The Heartland | Christensen, Kelly E. | 1190 HILLS LANE | POWELL | WY | 82435 | Medical Director The Heartland | 6/30/2014 | One year | 6/30/2015 | Extended? |

| Official Form 206G - Executory Contracts and Unexpired Leases | EX "J" | PVHC Executory Contracts - Provider Agreements | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract ID | Purpose of Contract | Provider Name | Provider Address | City | State | Zip | Position | Date of Agreement | Term | Date of Termination | Remaining Term |
| Christensen - 4 | Employment Agreement Physician Services | Christensen, Kelly E. | 1190 HILLS LANE | POWELL | WY | 82435 | Primary Care Physician | 7/31/2014 | 25 months | 7/31/2016 | 3 months |
| Christensen - 4 Add A | Provides Compensation Terms to Employment Agreement | Christensen, Kelly E. | 1190 HILLS LANE | POWELL | WY | 82435 | Primary Care Physician | 7/31/2014 | NP | NP | NP |
| Christensen - 4 Add A Extension | If extended by one year, base salary and net revenue increased by 2% per year. | Christensen, Kelly E. | 1190 HILLS LANE | POWELL | WY | 82435 | Primary Care Physician | 9/18/2015 | NP | NP | NP |
| Christensen - 5 | Provider Agreement / PVIHS | Christensen, Kelly | 777 Avenue H, Powell, WY 82435 (note this is the same address as listed for PVIHS in this agreement. | | | | | 1/23/2015 | 11 months | 12/31/2015 | 8 months |
| Clarkson - 1 | Medical Director Agreement Obstetrical Services | Clarkson, Jenkins L. | 431 ROAD 8 | POWELL | WY | 82435 | Medical Director Obstetrical Services | 5/26/2015 | One year | 6/30/2016 | 2 months |
| Clarkson - 2 | Provider Agreement / PVIHS | Clarkson, Jenkins L. | 777 Avenue H, Powell, WY 82435 (note this is the same address as listed for PVIHS in this agreement. | POWELL | WY | 82435 | VA Capitated Risk Provider | 1/22/2015 | 11 months | 12/31/2015 | 8 months |
| Clarkson - 3 | Employment Agreement Obstetrics and Gynecology | Clarkson, Jenkins L. | 431 ROAD 8 | POWELL | WY | 82435 | Physician. | 8/28/2015 | 63 Months | 6/30/2020 | 50 Months |
| Clarkson - 3 Add A | Compensation Detail | Clarkson, Jenkins L. | 431 ROAD 8 | POWELL | WY | 82435 | Physician. | 4/1/2015 | NP | NP | NP |
| Comer-1 | Employment Agreement Physician Services | Comer, Nicole M. | | | | | Physician. | 1/18/2016 | 23 Months | 6/30/2018 | 14 Months |
| Comer-1 Add A | Compensation Detail | Comer, Nicole M. | | | | | Physician. | 1/18/2016 | | | |
| Comer - 2 | Promissory Note. Sliding Scale to repay signing bonus if employee leaves. | Comer, Nicole M. | | | | | Physician. | 1/18/2016 | 3 Years | 8/1/2019 | 3 years plus 3 months? |

| Official Form 206G - Executory Contracts and Unexpired Leases | EX "J" | PVHC Executory Contracts - Provider Agreements | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract ID | Purpose of Contract | Provider Name | Provider Address | City | State | Zip | Position | Date of Agreement | Term | Date of Termination | Remaining Term |
| Durney - 1 | Medical Director Agreement | Durney, Sarah E. | 1313 LANE 10 | POWELL | WY | 82435 | Medical Director Powell Valley Clinic | 11/1/2015 | 2 years | 12/31/2017 | 20 months |
| Durney - 2 | Medical Director Agreement Pharmacy | Durney, Sarah E. | 1313 LANE 10 | POWELL | WY | 82435 | Medical Director Pharmacy | 7/9/2015 | 1 year | 6/30/2016 | 2 months |
| Durney - 3 | Employment Agreement | Durney, Sarah E. | 1313 LANE 10 | POWELL | WY | 82435 | Primary Care Physician | 9/28/2014 | 23 Months | 7/30/2016 | 3 months |
| Durney - 3 Add A | Compensation Detail | Durney, Sarah E. | 1313 LANE 10 | POWELL | WY | 82435 | Primary Care Physician | 9/28/2014 | NP | NP | NP |
| Durney - 3 Add A-1 | Extension Compensation 2% per year | Durney, Sarah E. | 1313 LANE 10 | POWELL | WY | 82435 | Primary Care Physician | 9/24/2015 | NP | NP | NP |
| Fairbanks - 1 | Emergency Department Services | Fairbanks, David W. | 388 HWY 20 S | BASIN | WY | 82410 | Emergency Physician | 11/11/2015 | 31 months | 6/30/2018 | 26 months |
| Park West - 1 | Cost Sharing for Call Coverage Surgeons | Park West Hospital District Attn: Doug McMillan,CEO | West Hospital District 707 Sheridan Avenue | CODY | WY | 82414 | | 1/1/2015 | NP | NP | NP |
| Houser - 1 | Employment Agreement Nurse Practitioner | Hauser, Darlene V. | 530 RANCHO TRAIL | POWELL | WY | 82435 | Nurse Practitioner | 11/3/2015 | 30 months | 6/30/2018 | 25 months |
| Houser - 1 Add A | Compensation Detail | Hauser, Darlene V. | 530 RANCHO TRAIL | POWELL | WY | 82435 | Nurse Practitioner | 11/3/2015 | NP | NP | NP |
| Houser - 2 | Promissory Note. Sliding Scale to repay signing bonus if employee leaves. | Hauser, Darlene V. | 530 RANCHO TRAIL | POWELL | WY | 82435 | Nurse Practitioner | 11/3/2015 | 3 years | 1/17/2019 | 26 months |
| Jarvis - 1 | Medical Director Agreement Rehabilitation Services | Jarvis, William J. | 970 LANE 11 | POWELL | WY | 82435 | Medical Director | 5/26/2015 | 1 year | 6/30/2016 | 2 months |
| Jarvis - 2 | Employment Agreement Orthopedic Surgery | Jarvis, William J. | 970 LANE 11 | POWELL | WY | 82435 | Orthopedic Physician | 7/5/2013 | 16 months | 3/31/2015 | None |
| Jarvis - 2 Add A | Compensation Detail | Jarvis, William J. | 970 LANE 11 | POWELL | WY | 82435 | Orthopedic Physician | 7/5/2013 | NP | NP | NP |
| Jarvis - 2 Add A-1 | Extension to 3/31/2016 | Jarvis, William J. | 970 LANE 11 | POWELL | WY | 82435 | Orthopedic Physician | 10/6/2015 | 1 year | 3/31/2016 | None |

| Official Form 206G - Executory Contracts and Unexpired Leases | EX "J" | PVHC Executory Contracts - Provider Agreements | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract ID | Purpose of Contract | Provider Name | Provider Address | City | State | Zip | Position | Date of Agreement | Term | Date of Termination | Remaining Term |
| Jarvis - 3 | Provider Agreement / PVIHS | Jarvis, William J. | 777 Avenue H, Powell, WY 82435 (note this is the same address as listed for PVIHS in this agreement. | POWELL | WY | 82435 | Physician. | 1/31/2015 | 11 months | 12/31/2016 | 8 months |
| Katz -1 | Employment Agreement Anesthesia | Katz, Stephen R. | 676 AVENUE D | POWELL | WY | 82435 | Certified Registered Nurse Anesthetist | 12/17/2015 | 18 months | 6/30/2017 | 14 Months |
| Katz -1 Add A | Compensation Detail | Katz, Stephen R. | 676 AVENUE D | POWELL | WY | 82435 | Certified Registered Nurse Anesthetist | 12/17/2015 | NP | NP | NP |
| Katz -1 Add B | Clarifies terms of payment for additional days. | Katz, Stephen R. | 676 AVENUE D | POWELL | WY | 82435 | Certified Registered Nurse Anesthetist | 7/1/2015 | NP | NP | NP |
| Katz -1 Add B 2 | Revises Sections 1.6 and 1.3 re on call and Production Based comp. | Katz, Stephen R. | 676 AVENUE D | POWELL | WY | 82435 | Certified Registered Nurse Anesthetist | 10/15/2014 | NP | NP | NP |
| LaVeau - 1 | Provider Agreement / PVIHS | Laveau, Paul J. | 777 Avenue H, Powell, WY 82435 (note this is the same address as listed for PVIHS in this agreement. | POWELL | WY | 82435 | Health Care Provider - Physician | 1/5/2015 | 1 year | 12/31/2016 | 8 months |
| LaVeau - 2 | Employment Agreement Cardiology | Laveau, Paul J. | 3213 LLOYD MANGRUM LN. | BILLINGS | MT | 59106 | Cardiology Physician | 1/21/2011 | 5 years | 6/30/2016 | 2 months |
| LaVeau - 2 Add A | Compensation Detail | Laveau, Paul J. | 3213 LLOYD MANGRUM LN. | BILLINGS | MT | 59106 | Cardiology Physician | 1/21/2011 | NP | NP | NP |
| LaVeau - 2 Add B | Amends Addendum A to increase daily rate. | Laveau, Paul J. | 3213 LLOYD MANGRUM LN. | BILLINGS | MT | 59106 | Cardiology Physician | 7/5/2015 | NP | NP | NP |
| LaVeau - 3 | Sign On bonus Agreement' | Laveau, Paul J. | 3213 LLOYD MANGRUM LN. | BILLINGS | MT | 59106 | Cardiology Physician | 7/21/2011 | 2 years | 7/11/2013 | None |
| Lengfelder - 1 | Chief of Staff Agreement | Lengfelder, Valerie J. | 1074 MOUNTAIN VISTA | POWELL | WY | 82435 | Chief Medical Officer | 12/13/2013 | 2 years | 12/31/2015 | 12/31/2016 if renewed |
| Lengfelder - 2 | Past Chief of Staff Agreement | Lengfelder, Valerie J. | 1074 MOUNTAIN VISTA | POWELL | WY | 82435 | Past Chief of Staff | 1/11/2016 | 2 years or as long as continues to serve as elected by Medical Staff | 12/31/2018 | 20 months |
| Lengfelder - 3 | Provider Agreement / PVIHS | Lengfelder, Valerie J. | 777 Avenue H, Powell, WY 82435 (note this is the same address as listed for PVIHS in this agreement. | POWELL | WY | 82435 | Health Care Provider - Physician | 1/5/2015 | 1 year | 12/31/2016 | 8 months |

| Official Form 206G - Executory Contracts and Unexpired Leases | EX "J" | PVHC Executory Contracts - Provider Agreements | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract ID | Purpose of Contract | Provider Name | Provider Address | City | State | Zip | Position | Date of Agreement | Term | Date of Termination | Remaining Term |
| Lengfelder - 4 | Employment Agreement | Lengfelder, Valerie J. | 1074 MOUNTAIN VISTA | POWELL | WY | 82435 | Primary Care Physician | 7/30/2014 | 2 years | 7/30/2016 | 3 months |
| Lengfelder - 4 Add A | Compensation Detail | Lengfelder, Valerie J. | 1074 MOUNTAIN VISTA | POWELL | WY | 82435 | Primary Care Physician | 7/30/2014 | NP | NP | NP |
| Lengfelder - 4 Add B | Increased Compensation for Additional Days Worked. | Lengfelder, Valerie J. | 1074 MOUNTAIN VISTA | POWELL | WY | 82435 | Primary Care Physician | 2/3/2016 | NP | NP | NP |
| Lengfelder - 4 Add A Amendment | If extended by one year, base salary and net revenue increased by 2% per year. | Lengfelder, Valerie J. | 1074 MOUNTAIN VISTA | POWELL | WY | 82435 | Primary Care Physician | 9/21/2015 | NP | NP | NP |
| Lloyd - 1 | Provider Agreement / PVIHS | Lloyd, James W. | 777 Avenue H, Powell, WY 82435 (note this is the same address as listed for PVIHS in this agreement. | POWELL | WY | 82435 | Health Care Provider - Physician | 1/22/2015 | 11 months | 12/31/2016 | 8 months |
| Lloyd - 2 | Employment Agreement Obstetrics and Gynecology | Lloyd, James W. | PO Box 1845 | WILSON | WY | 83014 | Physician. | 10/17/2013 | 3 years | 12/31/2016 | 8 months |
| Lloyd - 2 Add A | Compensation Detail | Lloyd, James W. | PO Box 1845 | WILSON | WY | 83014 | Physician. | 10/17/2013 | NP | NP | NP |
| Lloyd - 3 | Agreement for OB/GYN Services | Lloyd, James W. | PO Box 1845 | WILSON | WY | 83014 | Physician. | 2/9/2016 | 17 months | 6/30/2017 | 15 months |
| Merrell - 1 | Vice Chief of Staff Agreement | Merrell, Jacob | Not on Address List | | | | Vice Chief of Staff | 7/24/2015 | Reviewed in 2 years | continues in effect while Vice Chief of Staff continues to serve as elected by Medical Staff | 10 months |
| Merrell - 2 | Physician Recruitment Agreement | Merrell, Jacob | 2310 10th Ave. Apt. C | Seattle | WAS | 98102 | Private Practice Physician | 11/14/2014 | 3 years | | |

| Official Form 206G - Executory Contracts and Unexpired Leases | EX "J" | PVHC Executory Contracts - Provider Agreements | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract ID | Purpose of Contract | Provider Name | Provider Address | City | State | Zip | Position | Date of Agreement | Term | Date of Termination | Remaining Term |
| Merrell - 3 | Radiologist Services Agreement | Rocky Mountain Radiology Services, LLC (RMRS) (Merrell, Jacob) | | | | | Third Party Radiology Service Provider. | 12/5/2014 | 23 Months | 12/31/2016 | 8 months |
| Merrell - 3 B | Radiologist Services Agreement Amendment Add exception to exclusivity agt. A. Baker CRNA and R Shedd CRNA are permitted to perform certain image guided procedures. | Rocky Mountain Radiology Services, LLC (RMRS) (Merrell, Jacob) | | | | | Third Party Radiology Service Provider. | 6/11/2015 | NP | NP | NP |
| Merrell - 3 A | Radiologist Services Agreement Amendment to Extend Contract | Rocky Mountain Radiology Services, LLC (RMRS) (Merrell, Jacob) | | | | | | 3/24/2015 | 57 months | 12/31/2019 | 44 months. |
| Merrell - 4 | Letter appointing Merrell as Medical Director of Radiology | Merrell, Jacob | | | | | | Jan-15 | NP | NP | NP |
| Merrell - 5 | Letter appointing Merrell as Radiation Safety Officer ALARA Program. | | | | | | | | NP | NP | NP |
| Merrell- 6 | Provider Agreement / PVIHS | Merrell, Jacob | 777 Avenue H, Powell, WY 82435 (note this is the same address as listed for PVIHS in this agreement. | | | | Licensed Health Care Provider Physician | 1/30/2015 | 11 months | 12/31/2016 | 8 months |
| Merrell - 7 | Promissory Note. Sliding Scale to repay Financial Assistance for setting up practice. | Merrell, Jacob and Rocky Mountain Radiology Services, LLC ("RMRS"). | 2310 10th Ave. E Apt. C | Seattle | WAS | 98102 | | 12/22/2014 | 3 years | | |
| Merrell 3 D | Amendment to Radiology Services 1.2.2.1 deleted and replaced. New 1.2.2.6. | Merrell, Jacob and Rocky Mountain Radiology Services, LLC ("RMRS"). | 2310 10th Ave. E Apt. C | Seattle | WAS | 98102 | Radiology Services | 12/5/2015 | NP | NP | NP |
| North - 1 | Medical Director Agreement | North, Bradley J. | 1111 OLIVE ROAD | POWELL | WY | 82435 | Medical Director Hospitalist/ Medical / Surgical / ICU | 2/10/2016 | | | |

| Official Form 206G - Executory Contracts and Unexpired Leases | EX "J" | PVHC Executory Contracts - Provider Agreements | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract ID | Purpose of Contract | Provider Name | Provider Address | City | State | Zip | Position | Date of Agreement | Term | Date of Termination | Remaining Term |
| North - 2 | Emergency Department Services | North, Bradley J. | 1111 OLIVE ROAD | POWELL | WY | 82435 | Emergency Physician | 1/17/2014 | 1 month | 2/28/2014 (Typo?) | None |
| North - 3 | Employment Agreement Hospitalist | North, Bradley J. | 1111 OLIVE ROAD | POWELL | WY | 82435 | Hospitalist | 8/10/2015 | 22 months | 6/30/2017 | 14 months |
| North - 3 - Add A | Compensation Detail | North, Bradley J. | 1111 OLIVE ROAD | POWELL | WY | 82435 | Hospitalist | 8/31/2015 | NP | NP | NP |
| North - 4 | Employment Agreement Emergency Medicine | North, Bradley J. | 1111 OLIVE ROAD | POWELL | WY | 82435 | Emergency Physician | 10/16/2013 | 24 Months | 2/28/2016 | Renewed? |
| North - 4 Add A | Compensation Detail | North, Bradley J. | 1111 OLIVE ROAD | POWELL | WY | 82435 | Emergency Physician | 10/16/2013 | NP | NP | NP |
| North 3 Add B | Additional Compensation Hospitalist | North, Bradley J. | 1111 OLIVE ROAD | POWELL | WY | 82435 | Additional compensation nfor Hospitalist Care | 8/10/2015 | NP | NP | NP |
| North - 5 | Provider Agreement / PVIHS | North, Bradley J. | 777 Avenue H, Powell, WY 82435 (note this is the same address as listed for PVIHS in this agreement. | POWELL | WY | 82435 | Health Care Provider - Physician | 1/22/2015 | 11 months | 12/31/2016 | 8 months |
| North - 6 | Promissory Note Repayment of Relo and Signing Bonus | North, Bradley J. | 1111 OLIVE ROAD | POWELL | WY | 82435 | | 3/21/2014 | 3 years | 1/31/2017 | 20 months |
| Pettipiece - 1 | Employment Agreement Emergency Medicine | Pettipiece, Kurt R. | 801 BLACK MOUNTAIN ROAD | THERMOPOLIS | WY | 82443 | Emergency Physician | 3/18/2015 | 25 months | 5/18/2017 | 13 Months |
| Pettipiece - 1 Add A | Compensation Detail | Pettipiece, Kurt R. | 801 BLACK MOUNTAIN ROAD | THERMOPOLIS | WY | 82443 | Emergency Physician | 3/18/2015 | NP | NP | NP |
| Pettipiece - 1 Add B | Additional Compensation Hospitalist | Pettipiece, Kurt R. | 801 BLACK MOUNTAIN ROAD | THERMOPOLIS | WY | 82443 | Emergency Physician | 7/1/2015 | NP | NP | NP |
| Pettipiece - 2 | Promissory Note Repayment of Signing Bonus | Pettipiece, Kurt R. | 801 BLACK MOUNTAIN ROAD | THERMOPOLIS | WY | 82443 | Emergency Physician | 3/18/2015 | 3 years | 5/15/2018 | 25 months |
| Polson - 1 | Employment Agreement Hospitalist | Polson, Aida | 25 POLSON DR. | RIVERTON | WY | 82501 | Hospitalist | 10/9/2015 | 29 Months | 6/30/2018 | 26 months |

| Official Form 206G - Executory Contracts and Unexpired Leases | EX "J" | PVHC Executory Contracts - Provider Agreements | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract ID | Purpose of Contract | Provider Name | Provider Address | City | State | Zip | Position | Date of Agreement | Term | Date of Termination | Remaining Term |
| Polson - 1 Add A | Compensation Detail | Polson, Aida | 25 POLSON DR. | RIVERTON | WY | 82501 | Hospitalist | 8/31/2015 | NP | NP | NP |
| Polson - 2 | Promissory Note Repay Relo and Signing Bonus | Polson, Aida | 25 POLSON DR. | RIVERTON | WY | 82501 | Hospitalist | 10/9/2015 | 3 years | 2/1/2019 | 33 Months |
| Real Radiology - 1 | Credentialing Delegation Agreement | Real Radiology, LLC | | | | | | 2/26/2014 | | | |
| Rieb - 1 | Chief of Staff Agreement | Rieb, Nathaniel M | 636 SAWTOOTH COURT | POWELL | WY | 82435 | Chief of Staff | 12/16/2015 | 2 years | 12/31/2017 | 20 months |
| Rieb - 2 | Medical Director Agreement Surgical Services | Rieb, Nathaniel M | 636 SAWTOOTH COURT | POWELL | WY | 82435 | Medical Director Surgical Services | 5/26/2015 | 1 year | 6/30/2016 | 2 months |
| Rieb - 3 | Employment Agreement Physician Services | Rieb, Nathaniel M | 636 SAWTOOTH COURT | POWELL | WY | 82435 | Physician. | 6/30/2014 | 24 Months | 6/30/2016 | 2 months |
| Rieb - 1 Add A | Compensation Detail | Rieb, Nathaniel M | 636 SAWTOOTH COURT | POWELL | WY | 82435 | Physician. | 6/30/2014 | NP | NP | NP |
| Rieb - 1 Amd 1 | Amends 2.2 of Addendum One year Extension 2% increase in base and net revenue increase by 2% | Rieb, Nathaniel M | 636 SAWTOOTH COURT | POWELL | WY | 82435 | Physician. | 9/28/2015 | NP | NP | NP |
| Rieb - 2 | Financial Assistance During Residency Loan Agreement Promissory Note | Rieb, Nathaniel M | 636 SAWTOOTH COURT | POWELL | WY | 82435 | Physician. | 1/1/2008 | 4 years | 7/1/2014 | Expired |
| Shedd - 1 | Employment Agreement Anesthesia | Shedd, Ryan M. | 1030 MORNING GLORY LANE | POWELL | WY | 82435 | Certified Registered Nurse Anesthetist | 12/17/2015 | 18 months | 6/30/2017 | 14 months |
| Shedd - 1 Add A | Compensation Detail | Shedd, Ryan M. | 1030 MORNING GLORY LANE | POWELL | WY | 82435 | Certified Registered Nurse Anesthetist | 12/17/2015 | NP | NP | NP |
| Shedd - 1 Add B | Pays Relocation Expense | Shedd, Ryan M. | 1030 MORNING GLORY LANE | POWELL | WY | 82435 | Certified Registered Nurse Anesthetist | 11/22/2013 | NP | NP | NP |
| Spomer - 1 | Agreement for Primary Care Services | Spomer, Elizabeth I. | 241 PEBBLE CREEK RD. | POWELL | WY | 82435 | Part time Physician PVHC Clinic and/or Express Care | 11/5/2015 | 31 months | 6/30/2018 | 26 months |
| Whitaker - 1 | Speech Language Pathologist | Whitaker, Andrea V. | P.O. BOX 1180 | POWELL | WY | 82435 | Speech Language Pathologist | 4/4/2014 | 24 Months | 4/3/2016 | None |

| Official Form 206G - Executory Contracts and Unexpired Leases | EX "J" | PVHC Executory Contracts - Provider Agreements | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract ID | Purpose of Contract | Provider Name | Provider Address | City | State | Zip | Position | Date of Agreement | Term | Date of Termination | Remaining Term |
| Wurzel - 2 | Medical Director Agreement | Wurzel, Mark S | 877 DAVIS ROAD | POWELL | WY | 82435 | Medical Director Infection Prevention/Safety Committee | 6/12/2015 | 1 year | 6/30/2016 | 2 months |
| Wurzel 1 | Medical Director Agreement | Wurzel, Mark S | 877 DAVIS ROAD | POWELL | WY | 82435 | Medical Director Infection Prevention/Safety Committee | 6/30/2014 | 1 year | 6/30/2015 | None. New Agt. In 2015. |
| Wurzel - 3 | Employment Agreement Physician Services | Wurzel, Mark S | 877 DAVIS ROAD | POWELL | WY | 82435 | Physician. | 6/30/2014 | 24 Months | 6/30/2016 | 2 months |
| Wurzel - 3 Add A | Compensation Detail | Wurzel, Mark S | 877 DAVIS ROAD | POWELL | WY | 82435 | Physician. | 6/30/2014 | NP | NP | NP |
| Big Horn - 1 | PVHC Lease to Big Horn Basin Bone & Joint for Periodic Use | Big Horn Basin Bone & Joint | 720 Lindsay Lane, Suite C | CODY | WY | 82414 | Lessee | 8/26/2014 | 1 year | 8/26/2016 If renewed | 4 months + possible multile one year renewals until terminated |
| Chandler - 1 | Provider Agreement / PVIHS | Chandler, Robert L. | 777 Avenue H, Powell, WY 82435 (note this is the same address as listed for PVIHS in this agreement. Not listed on Employee Address List. | POWELL | WY | 82435 | Health Care Provider - Physician | 1/30/2015 | 11 months | 12/31/2015 | 12/31/2015 if automatically renewed. |
| Chandler - 2 | Employment Agreement Physician Services | Chandler, Robert L. | Not Listed on Employee Address List. | | | | Primary Care Physician | 10/31/2014 | 8 months | 6/30/2015 | |
| Chandler - 2 Add A | Compensation Detail | Chandler, Robert L. | Not Listed on Employee Address List. | | | | Primary Care Physician | 10/31/2014 | NP | NP | NP |
| Chandler - 2 Amendment | One time payment for longevity with PVHC, quality of care, expereince and expertise for which Physician has not been compensated. | Chandler, Robert L. | Not Listed on Employee Address List. | | | | Primary Care Physician | 10/21/2014 | | | |

| Official Form 206G - Executory Contracts and Unexpired Leases | EX "J" | PVHC Executory Contracts - Provider Agreements | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Contract ID** | **Purpose of Contract** | **Provider Name** | **Provider Address** | **City** | **State** | **Zip** | **Position** | **Date of Agreement** | **Term** | **Date of Termination** | **Remaining Term** |
| Gilroy - 1 | Promissory Note repay signing bonus and relocation expense. | Gilroy, Megan | Not Listed on Employee Address List. | | | | PA - C | 1/14/2014 | 2 years | 1/8/2016 | Unclear if two year term served. |
| Hines - 1 | Promissory Note repay signing bonus and relocation expense. | Hines, Comfort | Not Listed on Employee Address List. 859 Jefferson Street, Powell, Wyoming 82435 Phne 520-955-4902 | POWELL | WY | 82435 | Resigned | Resigned | Resigned | Resigned | Resigned |
| Mills - 1 | Provider Agreement / PVIHS | Mills, Angela | 777 Avenue H, Powell, WY 82435 (note this is the same address as listed for PVIHS in this agreement. Not listed on Employee Address List. | POWELL | WY | 82435 | Health Care Provider - Physician | 1/8/2015 | 1 year | 12/31/2016 if renewed. | 8 months if renewed |
| Sightpath - 1 | Sightpath to provide personell and items necessary to perform Cataract W/IOL Surgery. | Sightpath Medical, Inc. (Dr. Scott Morledge-Hampton,M.D.) | 5775 West Old Shakopee Road, Suite 90, Attn: General Counsel. | Bloomington | MINN | 55437 | Cataract Surgery Provider | 9/1/2012 | Five years | 9/1/2017 | 17 months |
| Nielson - 1 | Family Practice Services | Nielson, Cody N.P. | Not on Address List | | | | Nurse Practitioner | 12/19/2012 | 6 months | 6/30/2013 | Expired |
| Tracy - 1 | Provider Agreement / PVIHS | Tracy, Mike | 777 Avenue H, Powell, WY 82435 (note this is the same address as listed for PVIHS in this agreement. Not listed on Employee Address List. | | | | Health Care Provider - Physician | 1/6/2015 | 12 Months | 12/31/2016 | 8 monhts |
| Tracy - 2 | Employment Agreement Physician Services | Tracy, Mike | Not listed on emmployee address list | | | | Primary Care Physician | 10/31/2014 | 8 months. Transition Phase begins 1/1/2015 | 6/30/2015 | Expired |
| Tracy - 2 Add A | Compensation Detail | Tracy, Mike | Not listed on emmployee address list | | | | Primary Care Physician | 10/31/2014 | NP | NP | NP |
| Tracy - 2 Amendment | One time payment for services provided. | Tracy, Mike | Not listed on emmployee address list | | | | Primary Care Physician | 6/30/2014 | NP | NP | NP |
| Vardel - 1 | Employment Offer Letter | Vardell, Bergen (Ms.) | No Address on offer letter. Not listed on emmployee address list | | | | Certified Nurse Midwife | 1/14/2014 | NP | NP | NP |
| Vardel - 2 | Promissory Note | Vardell, Bergen (Ms.) | | | | | Certified Nurse Midwife | 3/11/2014 | 36 months | 3/11/2017 | 11 months |