Bradley T. Hunsicker (Wyo. Bar 7-4579)
**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
106 East Lincolnway, Suite 300
Cheyenne, WY  82001
Telephone: 307-778-8178
bhunsicker@markuswilliams.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| In re: | ) |
| | ) Case No.: 16-20326 |
| POWELL VALLEY HEALTH CARE, INC., | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**STIPULATED MOTION TO EXTEND TIME FOR: (I) UMIA INSURANCE, INC., LEXINGTON INSURANCE COMPANY, HOMELAND INSURANCE COMPANY OF NEW YORK, OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND TORT CLAIMANTS TO OBJECT TO DEBTOR'S AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED SEPTEMBER 26, 2017 [DOC. 656]; AND, (II) PARTIES TO FILE AND SERVE SCHEDULES OF EXHIBITS AND ANTICIPATED WITNESSES**

Powell Valley Health Care, Inc. (the "Debtor") hereby files this stipulated motion to extend the time for UMIA Insurance, Inc. ("UMIA"), Lexington Insurance Company ("Lexington"), Homeland Insurance Company of New York ("Homeland"), the Official Committee of Unsecured Creditors (the "Committee") and the Tort Claimants[1] to object to the Debtor's *Amended Chapter 11 Plan of Reorganization dated September 26, 2017* [Doc. 656|] (the "Amended Plan"), and to extend the time for the above-referenced parties to file schedules of exhibits and anticipated witnesses for the confirmation hearing

---

[1] Tort Claimants shall mean those individuals identified on Exhibit A attached to the Powell Valley Health Care, Inc. Personal Injury Trust [Doc. 656-2] and attached to the Amended Plan.

{Z0195853/1 }

on the Debtor's Amended Plan (the "Motion"), and in support thereof would show the Court as follows:

1.      On May 16, 2016 (the "Petition Date"), the Debtor commenced this case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Wyoming (the "Court").

2.      The Debtor has continued in the possession of its property and has continued to operate and manage its business as a debtor-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.

3.      On October 25, 2017, the Court entered its *Order Approving Debtor's Second Amended Disclosure Statement* [Doc. 713] wherein the Court approved the Debtor's *Second Amended Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization dated September 26, 2017 for Powell Valley Health Care, Inc.* [Doc. 701].

4.      On October 25, 2017, the Court entered its *Order Scheduling Confirmation Hearing, Establishing Confirmation Procedures, Setting Deadline for Filing Tardy Claims and Fixing Time for Filing Acceptances or Rejections of Amended Plan and Notice of Hearing* [Doc. 714] (the "Procedures Order") wherein the Court, among other things, set November 28, 2017, as the deadline for parties to file objections to the Debtor's Amended Plan.

5.      Since the entry of the Procedures Order, the Debtor, UMIA, the Committee and the Tort Claimants have been in extensive negotiations and are currently in the process of finalizing a settlement agreement to resolve matters related to UMIA. If the

settlement agreement is ultimately finalized, filed and approved by the Court, UMIA will not be filing an objection to the Debtor's Amended Plan. Further, it is the intent of the Debtor, UMIA, the Committee and the Tort Claimants to finalize the agreement as early as December 1, 2017. Given the benefit to all parties if settlement is reached, the Debtor has agreed to extend the deadline for UMIA, the Committee and the Tort Claimants to file an objection to the Debtor's Amended Plan to December 6, 2017[2]. Such an extension will allow the parties to focus their efforts on finalizing the settlement agreement.

6.  In addition, the Debtor, Lexington, Homeland, the Committee and the Tort Claimants have been in extensive negotiations and are currently in the process of finalizing proposed language revising certain provisions in the Amended Plan to resolve matters related to Lexington and Homeland. If the language is ultimately approved, Lexington and Homeland will not be filing an objection to the Debtor's Amended Plan. It is the intent of the Debtor to have final agreement for the proposed language as early as December 1, 2017. Again, given the benefit to all parties if the Amended Plan is not contested, the Debtor has agreed to extend the deadline for Lexington and Homeland to file an objection to the Debtor's Amended Plan to December 6, 2017.

7.  In addition, the parties to this Motion have agreed that in the event an objection is ultimately filed, the parties may have up to and including December 8, 2017, to file and serve its proposed schedule of exhibits and anticipated witnesses (the current deadline in the Procedures Order is December 7, 2017) for the confirmation hearing (the

---

[2] The Debtor does not anticipate an objection from the Committee regarding the Debtor's Amended Plan. Rather, in the event that a settlement is not ultimately reached with UMIA, the Committee may request, via an objection, that certain revisions be made to the Debtor's Amended Plan.

"Confirmation Hearing") set on the Debtor's Amended Plan (currently set for December 12, 2017[3]).

8. In sum, the Debtor requests that the deadline for UMIA, Lexington, Homeland, the Committee and the Tort Claimants to file an objection to the Debtor's Amended Plan be extended to on or before December 6, 2017, and that the deadline for parties to file and serve their proposed schedule of exhibits and anticipated witnesses be extended to on or before December 8, 2017. No party in interest will be prejudiced by the extensions.

**WHEREFORE**, for the reasons set forth herein, the Debtor respectfully requests that the Bankruptcy Court extend the deadline for UMIA, Lexington, Homeland, the Committee and the Tort Claimants to file an objection to the Debtor's Amended Plan to on or before December 6, 2017, and the deadline for the parties to file and serve their proposed schedule of exhibits and anticipated witnesses be extended to on or before December 8, 2017.

Dated:  Cheyenne, Wyoming
        November 28, 2017

                                                MARKUS WILLIAMS YOUNG AND
                                                ZIMMERMANN LLC

                                                By: /s/ _____
                                                Bradley T. Hunsicker (WY Bar No 7-4579)
                                                106 East Lincolnway Suite 300

---

[3] In the event that a settlement agreement is ultimately finalized with UMIA on or before December 6, 2017, the Debtor anticipates it will seek a continuance of the Confirmation Hearing so that a settlement motion may be filed and heard in conjunction with confirmation of the Debtor's Amended Plan.

        Cheyenne, WY 82001
        Telephone: 307-778-8178
        Facsimile: 307-638-1975
        Email: bhunsicker@markuswilliams.com;

        Counsel for the Debtor-in-Possession

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 28, 2017, a copy of the foregoing was served *electronically* upon **The Office of the United States Trustee** and those parties requesting notice and registered on the Court's CM/ECF system.

        */s/Bradley T. Hunsicker*
        Bradley T. Hunsicker