UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING
*Minutes of Proceeding*



FILED

3:58 pm, 12/12/17

Tim J. Ellis
Clerk of Court

Date: December 12, 2017     HONORABLE Cathleen D. Parker, Presiding

Location: Telephone Conference

In re:     Case No: 16-20326

Powell Valley Health Care, Inc     Debtor(s)     Chapter 11

Appearances

| | | | |
|---|---|---|---|
| Debtor(s) | Powell Valley Health Care, Inc. | Counsel | Bradley T. Hunsicker |
| Creditor | Official Committee of Unsecured Creditors | Counsel | Philip A. Pearlman and Scott J. Goldstein |
| Creditor | Lexington Insurance Company | Counsel | Deborah Kellam and Catherine A. Naltsas |
| Creditor | UMIA Insurance, Inc. | Counsel | Julie Nye Tiedeken, Timothy M. Swanson and Nick Ghiselli |
| Creditor | Homeland Insurance Company of New York | Counsel | Tiffany M. Brown |
| Creditor | First Bank of Wyoming | Counsel | Timothy L. Woznick |
| Creditor | Powell Hospital District | Counsel | Chad S. Caby |
| Creditor | HealthTech Management Services, Inc. and William D. Patten | Counsel | George E. Powers, Jr. |

Proceedings: Status conference on confirmation of Amended Chapter 11 Plan of Reorganization and Brief (ECF No. 656, 657), and the Comment/Limited Objection filed by Official Committee of Unsecured Creditors (ECF No. 759)

The parties' statements regarding the status of approval of the amended chapter 11 plan is on the record. Debtor, through counsel, requested the hearing for approval be scheduled on January 23, 2018.

Orders:

☐ Relief sought  ☐ Granted  ☐ Denied  ☐ Case Dismissed  ☐ Continued
☐ Matter taken under advisement
☐ Formal order or judgment to enter        to be prepared
☒ These minutes constitute the Court's official order in this matter

The hearing for approval of the chapter 11 or reorganization shall be scheduled.

BY THE COURT:

Honorable Cathleen D. Parker   12/12/2017
United States Bankruptcy Judge