UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING
*Minutes of Proceeding*



FILED

3:58 pm, 1/23/18

Tim J. Ellis
Clerk of Court

Date: January 23, 2018     HONORABLE Cathleen D. Parker, Presiding

Location: Courtroom

In re:     Case No: 16-20326

Powell Valley Health Care, Inc.     Debtor(s)     Chapter 11

Appearances

| | | | |
|---|---|---|---|
| Debtor(s) | Powell Valley Health Care, Inc. | Counsel | Bradley T. Hunsicker, John Young, Jennifer Salisbury |
| Creditor | Official Committee of Unsecured Creditors | Counsel | Scott J. Goldstein |
| Creditor | Lexington Insurance Company | Counsel | Deborah Kellam, Michael Davis, (telephone) and Catherine A. Naltsas (telephone) |
| Creditor | UMIA Insurance, Inc. | Counsel | Julie Nye Tiedeken and Timothy M. Swanson |
| Creditor | Homeland Insurance Company of New York | Counsel | Charles Spevack and Patrick Holscher (both by telephone) |
| Creditor | First Bank of Wyoming | Counsel | Timothy L. Woznick |
| Creditor | Powell Hospital District | Counsel | Chad S. Caby (telephone) |
| Creditor | HealthTech Management Services, Inc. and William D. Patten | Counsel | George E. Powers, Jr. and Ethan Birnberg |
| Creditor | Tort Claimants | Counsel | Randy Royal and Sarah Kellogg (both by telephone) |

Proceedings: Evidentiary hearing on confirmation of Modified Amended Chapter 11 Plan of Reorganization (ECF No. 807)

The parties' appearances statements are on the record.

Intentionally left blank

<u>Orders:</u>

☒ Relief sought  ☒ Granted  ☐ Denied  ☐ Case Dismissed  ☐ Continued
☐ Matter taken under advisement
☒ Formal order or judgment to enter         to be prepared   Debtor (on docket)
☐ These minutes constitute the Court's official order in this matter

The hearing for approval of the modified amended chapter 11 plan is confirmed by separate order.

BY THE COURT:

*[signature]* 1/23/2018

Honorable Cathleen D. Parker
United States Bankruptcy Judge