**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

April 11, 2017                                         Invoice No.:  95726

Terry Odom, CEO                                 **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                  11278.004   Cash Collateral
777 Avenue H
Powell, WY   82435


**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                   | Hours |        |
|------------|-----|-------------------------------------------------------------------------------------------------------------------|-------|--------|
| 03/06/2017 | BTH | Review financial documents for purposes of continued use of cash collateral and address matters related thereto. | 0.40  | 118.00 |
| 03/08/2017 | BTH | Email to T. Woznick re required reports for use of cash collateral.                                               | 0.10  | 29.50  |
|            |     | **TOTAL SERVICES**                                                                                                | 0.50  | 147.50 |
|            |     | **TOTAL THIS INVOICE**                                                                                            |       | 147.50 |
|            |     | Previous Balance                                                                                                  |       | $914.50 |
| 03/10/2017 |     | Payment received                                                                                                  |       | -560.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                    |       | $501.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

April 11, 2017                                                                        Invoice No.:  95727

Terry Odom, CEO                                      **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                             11278.007   Required Reports
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                  | Hours |        |
|------------|-----|------------------------------------------------------------------|-------|--------|
| 03/20/2017 | BTH | Review, finalize and file monthly operating report for February 2017. | 1.60  | 472.00 |
|            |     | **TOTAL SERVICES**                                               | 1.60  | 472.00 |
|            |     | **TOTAL THIS INVOICE**                                           |       | 472.00 |
|            |     | Previous Balance                                                 |       | $590.00 |
| 03/10/2017 |     | Payment received                                                 |       | -590.00 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                   |       | $472.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

April 11, 2017                                                                                      Invoice No.:  95728

Terry Odom, CEO                                                    **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                        11278.008   Claims
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 03/07/2017 | JMS | Research re draft of supplemental bar date; Begin drafting same. | 0.80 | 248.00 |
| 03/08/2017 | JMS | Legal research re constitutional due process notice requirements for claims bar date; Conference with B. Hunsicker re same. | 2.60 | 806.00 |
|  | BTH | Attention to issues with seeking order for purposes of supplemental notice. | 0.80 | 236.00 |
| 03/15/2017 | BTH | Review and research issues related to supplemental notice of claims (1.8); Additional review and research (0.6); Phone conference with M. Long re supplemental notice of bar date (0.2). | 2.60 | 767.00 |
| 03/16/2017 | JMS | Review and analysis of notice procedures for known and unknown hospital tort claimants. | 2.30 | 713.00 |
|  | BTH | Research and review case law re proper notice of unknown and known claims (0.7); Phone conference with J. Salisbury and J. Young re additional notice to prior patients and vendors (1.0); Phone conference with M. Long re notice of claims (0.2). | 1.90 | 560.50 |
| 03/23/2017 | BTH | Correspondence with T. Copenhaver re mediation of tort claims. | 0.10 | 29.50 |
|  |  | **TOTAL SERVICES** | 11.10 | 3,360.00 |
|  |  | **TOTAL THIS INVOICE** |  | 3,360.00 |
|  |  | Previous Balance |  | $2,184.00 |
| 03/10/2017 |  | Payment received |  | -472.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $5,072.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

April 11, 2017                                           Invoice No.:  95729

Terry Odom, CEO                                  **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                         11278.009   Executory Contracts
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 03/20/2017 | BTH | Review lease agreement with Siemens and address the same with client (0.3); Correspondence with counsel for Siemens re lease payoff (0.1). | 0.40 | 118.00 |
| 03/22/2017 | BTH | Review contract for employment of interim CFO and address the same with J. Young and T. Odom. | 0.90 | 265.50 |
|  |  | **TOTAL SERVICES** | 1.30 | 383.50 |
|  |  | **TOTAL THIS INVOICE** |  | 383.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $383.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

April 11, 2017                                                                 Invoice No.: 95730

Terry Odom, CEO                                   **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                               11278.010   Creditors Committee
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                   | Hours |        |
|------------|-----|---------------------------------------------------------------------------------------------------|-------|--------|
| 03/31/2017 | BTH | Phone conference with S. Goldstein re update on drafting of documents and review correspondence (.5). | 0.50  | 147.50 |
|            |     | **TOTAL SERVICES**                                                                                | 0.50  | 147.50 |
|            |     | **TOTAL THIS INVOICE**                                                                            |       | 147.50 |
|            |     | Previous Balance                                                                                  |       | $354.00 |
| 03/10/2017 |     | Payment received                                                                                  |       | -236.00 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                    |       | $265.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

April 11, 2017                                                                 Invoice No.:  95731

Terry Odom, CEO                                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                  11278.011   Employee Matters
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 03/22/2017 | JFY | Review and analyze professional retention issues related to retention of new CFO and review Bankruptcy Code and Rule requirements and recent order entered by Court re ordinary course professionals. | 1.90 | 750.50 |
|  |  | **TOTAL SERVICES** | 1.90 | 750.50 |
|  |  | **TOTAL THIS INVOICE** |  | 750.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $750.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

April 11, 2017                                                                                  Invoice No.:  95732

Terry Odom, CEO                                           **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                  11278.012   Tort Litigation
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                             | Hours |        |
|------------|-----|-------------------------------------------------------------------------------------------------------------|-------|--------|
| 03/20/2017 | JFY | Review and analyze litigation issues related to the tort litigation and confirmation issues related thereto. | 0.50  | 197.50 |
|            |     | **TOTAL SERVICES**                                                                                          | 0.50  | 197.50 |
|            |     | **TOTAL THIS INVOICE**                                                                                      |       | 197.50 |
|            |     | Previous Balance                                                                                            |       | $4,185.00 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                              |       | $4,382.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

April 11, 2017                                                                                              Invoice No.:  95733

Terry Odom, CEO                                                **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                         11278.013   Insurance Issues
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                              | Hours |        |
|------------|-----|--------------------------------------------------------------|-------|--------|
| 03/07/2017 | BTH | Phone conference with T. Swanson re update on open issues.   | 0.40  | 118.00 |
|            |     | **TOTAL SERVICES**                                           | 0.40  | 118.00 |
|            |     | **TOTAL THIS INVOICE**                                       |       | 118.00 |
|            |     | Previous Balance                                             |       | $590.00 |
| 03/10/2017 |     | Payment received                                             |       | -265.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**                               |       | $442.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

April 11, 2017                                              Invoice No.:  95734

Terry Odom, CEO                                  **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                    11278.014   Plan and Disclosure Statement
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 03/01/2017 | BTH | Review final plan term sheet and exhibit attached thereto and forward the same to client for execution. | 0.40 | 118.00 |
| 03/03/2017 | BTH | Phone conference with S. Goldstein re plan to address confirmation process (0.4); Phone conference with B. Marvel re case update (0.2). | 0.60 | 177.00 |
| 03/06/2017 | JFY | Review and analyze plan term sheet issues and negotiations and related confirmation issues. | 0.80 | 316.00 |
|  | BTH | Attention to open issues in case (.5); Phone conference with C.Caby re case update (.2). | 0.70 | 206.50 |
| 03/07/2017 | BTH | Review prior versions of Plan and Disclosure Statement (0.6); Begin drafting and revising Disclosure Statement (4.5). | 5.10 | 1,504.50 |
| 03/08/2017 | JMS | Conference with B. Hunsicker re drafting of disclosure statement and potential changes due to final agreement with committee and tort claimants. | 0.30 | 93.00 |
|  | BTH | Continued attention to Disclosure Statement. | 1.80 | 531.00 |
| 03/09/2017 | BTH | Review and analyze issues related to supplemental notice of Plan and Disclosure Statement. | 0.70 | 206.50 |
|  | BTH | Continue revising proposed Disclosure Statement. | 1.40 | 413.00 |
|  | JFY | Review and analyze plan issues with particular emphasis on developing procedure to address late claims/unknown creditors. | 1.20 | 474.00 |
| 03/10/2017 | BTH | Address motion and order to extend exclusivity periods. | 1.10 | 324.50 |
| 03/13/2017 | JFY | Review and analyze plan noticing issues (0.6); Review and analyze case law re unknown claims and related confirmation issues (0.9). | 1.50 | 592.50 |

Case 16-20326    Doc 859-2    Filed 04/02/18    Entered 04/02/18 12:20:26    Desc Exhibit
Page 2

04/11/2017
Invoice No.: 95734
11278.014  Plan and Disclosure Statement

March 2017 Invoice    Page 10 of 13

|            |     |                                                                                                                                                                                                                                                                                                                                                                                               | Hours |          |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 03/15/2017 | JMS | Review and analysis of correspondence and case law re requisite notice for discharge of debtor's obligations to be included in disclosure statement and plan of reorganization. | 1.10 | 341.00 |
|            | BTH | Continue review and revisions to Disclosure Statement. | 2.80 | 826.00 |
|            | JFY | Review and analyze plan confirmation issues and strategies to resolve certain difficulties re plan confirmation (1.4); Review and analyze noticing issues, late claim issues, tardy claim issues and effective methods to create certainty in regard to such unknown claims and cutoff such claims in process of confirmation while providing due process to such claimants (2.2); Review and analyze case law re unknown claim issues related to confirmation (2.7). | 6.30 | 2,488.50 |
| 03/16/2017 | JMS | Review and revisions to B. Hunsickers' revisions to disclosure statement and discussion of same. | 0.70 | 217.00 |
|            | BTH | Continue review and revisions to Disclosure Statement to address new class of creditors. | 2.10 | 619.50 |
|            | JFY | Continue to review and analyze issues and case law related to effective due process strategies for dealing with unknown claims and the confirmation process and tardy claims issues (2.5). | 2.50 | 987.50 |
| 03/20/2017 | JMS | Review and revise disclosure statement. | 4.30 | 1,333.00 |
|            | BTH | Continue review and revisions to Disclosure Statement to incorporate changes with additional class of creditors (1.8); Outline procedures for additional notice of Plan and Disclosure Statement (0.3). | 2.10 | 619.50 |
|            | JFY | Review and analyze claim classification issues under plan and classification strategies for confirmation (0.8); Review and analyze issues related to tardy claims and develop procedure to deal and address with potential tardy claims (1.2); Review and analyze procedures and mechanics and strategies for disclosure statement approval; Plan solicitation voting and motion and order related thereto (1.4). | 3.40 | 1,343.00 |
| 03/21/2017 | BTH | Phone conference with T. Swanson (UMIA) re status of Plan documents (0.9); Correspondence with T. Swanson re proposed language from Disclosure Statement re releases (0.3); Address notice issues with Plan and Disclosure Statement (0.8). | 2.00 | 590.00 |
|            | JFY | Review and analyze plan and disclosure statement issues; Negotiations with Committee re same; Modifications to plan as a result of termsheet with Committee (1.5); Review and revise draft disclosure statement (1.9); Review and analyze issues related to claims classifications and claims treatment under current plan and confirm ability under §1129 of the Bankruptcy Code(1.3); Research certain recently decided case law re claims classification issues (1.4). | 6.10 | 2,409.50 |
| 03/22/2017 | JMS | Review changes to disclosure statement. | 0.50 | 155.00 |

11278.014  Plan and Disclosure Statement

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | BTH | Review open issues with Disclosure Statement in preparation for call with S. Goldstein (0.7); Phone conference with S. Goldstein (0.4); Address notice provisions in Disclosure Statement (0.4); Review issues with third party releases in Plan (0.6). | 2.10 | 619.50 |
|  | JFY | Continue to review and revise Disclosure Statement and provide comments re same. | 2.80 | 1,106.00 |
| 03/23/2017 | BTH | Review and make final revisions to draft Disclosure Statement and forward the same to T. Odom. | 1.60 | 472.00 |
|  | JFY | Prepare motion to approve disclosure statement and related procedures (2.9); Review and analyze issues related to tabulation procedures and prepare tabulation procedures to be approved by court (1.7); Review and analyze ballot procedures to be approved by court and incorporate into motion to approve disclosure statement (0.8). | 5.40 | 2,133.00 |
| 03/24/2017 | BTH | Correspondence with T. Odom re revisions to Disclosure Statement (0.2); Revise Disclosure Statement and forward first draft to S. Goldstein (0.6); Review and revise draft mediation procedures and forward the same to S. Goldstein (0.7). | 1.50 | 442.50 |
|  | JFY | Continue to prepare Motion to Approve Disclosure Statement and related procedures (1.5); Continue to review and analyze various ballot tabulation procedures and incorporate procedures into Motion to Approve Disclosure Statement (1.8); Prepare procedures re treatment and handling of tardy claims which may be filed in the case and incorporate those procedures into Motion to Approve Disclosure Statement (1.3); Review and analyze case law related to voting issues and procedures to insure compliance with §1129 of Bankruptcy Code (1.4). | 6.00 | 2,370.00 |
| 03/28/2017 | BTH | Phone conference with J. Smiley re treatment of HealthTech in Plan (.5); Communications with J. Young re issues with treatment of HealthTech in Plan (.2). | 0.70 | 206.50 |
| 03/29/2017 | BTH | Review document from client indicating potential additional claimants for notice purposes (.2). | 0.20 | 59.00 |
| 03/31/2017 | BTH | Begin drafting Chapter 11 Plan (revisions) based on term sheet (1.8); Review and respond to correspondence from T. Copenhaver (.3). | 2.10 | 619.50 |
|  |  | **TOTAL SERVICES** | 71.90 | 24,914.00 |
|  |  | **TOTAL THIS INVOICE** |  | 24,914.00 |
|  |  | Previous Balance |  | $36,106.53 |
| 03/10/2017 |  | Payment received |  | -9,080.25 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $51,940.28 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

April 11, 2017                                                              Invoice No.:  95735

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                    11278.015   Employment and Fee Applications
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/08/2017 | BTH | Review and code time entries for purposes of February 2017 interim fee application. | 0.90 | 265.50 |
| 03/10/2017 | BTH | Review and finalize documents for interim fee application for February 2017. | 0.40 | 118.00 |
| 03/20/2017 | BTH | Review UCC interim fee application for February and forward to client for review (0.3); Update affidavit for employment application (0.3). | 0.60 | 177.00 |
| 03/21/2017 | BTH | Review and summarize monthly interim fee applications for purposes of drafting second final fee application; Draft motion for approval of second final fee application, form of notice, and proposed order. | 4.70 | 1,386.50 |
| 03/24/2017 | JFY | Review and revise most recent fee application (0.5) | 0.50 | 197.50 |
| 03/27/2017 | BTH | Review prior Order re Ordinary Course Professionals and advise client on issues with interim CFO (.3). | 0.30 | 88.50 |
| 03/28/2017 | BTH | Research re employment of ordinary course professionals and definition of "professional" under the Code; Correspondence with client re issues with employment of interim CFO and payments to ordinary course professionals; Review prior pleadings and orders and draft motion for amended order on Debtor's motion to retain ordinary course professionals and draft proposed order related thereto (4.3). | 4.30 | 1,268.50 |
| 03/29/2017 | BTH | Review prior order on payments to ordinary course professionals; Draft second statement re payments to ordinary course professionals and forward to client for approval (1.2). | 1.20 | 354.00 |
| 03/30/2017 | BTH | Correspondence to UST re approval of amended order (.1); Review interim fee applications and finalize fee application, proposed order (2.9); Finalize statement on ordinary course professionals (.4); Finalize motion for amended order (.5). | 3.90 | 1,150.50 |
| | | **TOTAL SERVICES** | 16.80 | 5,006.00 |

04/11/2017 Page 2
Invoice No.: 95735
11278.015  Employment and Fee Applications

| | |
|---|---:|
| **TOTAL THIS INVOICE** | 5,006.00 |
| Previous Balance | $17,295.00 |
| **TOTAL OUTSTANDING INVOICES** | $22,301.00 |

*PAYABLE UPON RECEIPT*