**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

May 12, 2017                                                    Invoice No.:  96077

Terry Odom, CEO                                 **RE:** **Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                  11278.002   Restructure/Reorganization
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 04/04/2017 | JFT | Review and revise client files to ensure proper notice purposes. | 2.00 | 190.00 |
| | BTH | Review docket and draft various motions to continue and related orders (1.2); Correspondence with insurance companies re pending matters (.2). | 1.40 | 413.00 |
| 04/05/2017 | JFT | Continue review and revisions to client files for notice purposes. | 2.00 | 190.00 |
| 04/12/2017 | JFT | Continue review and revisions to client files for notice purposes. | 5.00 | 475.00 |
| | BTH | Correspondence with client re payments to be made and forecasted payments for use of cash collateral (.2). | 0.20 | 59.00 |
| 04/14/2017 | JFT | Continue review and revisions to client files for notice purposes. | 3.00 | 285.00 |
| 04/20/2017 | JFT | Continue review and revisions to client files for notice purposes. | 4.00 | 380.00 |
| 04/21/2017 | JFT | Continue review and revisions to client files for notice purposes. | 1.50 | 142.50 |
| 04/25/2017 | JFT | Continue review and revisions to client files for notice purposes. | 3.00 | 285.00 |
| 04/26/2017 | JFT | Continue review and revisions to client files for notice purposes. | 1.00 | 95.00 |
| | | **TOTAL SERVICES** | 23.10 | 2,514.50 |
| | | **TOTAL THIS INVOICE** | | 2,514.50 |
| | | Previous Balance | | $4,613.13 |
| 05/10/2017 | | Payment received | | -4,613.13 |
| | | **TOTAL OUTSTANDING INVOICES** | | $2,514.50 |

Your trust account balance is

|  |  |  |
|---|---|---|
|  | Opening Balance | $159,533.19 |
| 04/21/2017 | Ck #5866 | 17,360.13 |
| 04/24/2017 | February Interim Billing Payment | -17,360.13 |
| 05/09/2017 | 25% Holdback on Fees Oct to Feb |  |
|  | PAYEE: MARKUS WILLIAMS YOUNG & ZIMMERMANN LL | -40,597.25 |
| 05/10/2017 | Ck #6134 | 26,622.37 |
| 05/10/2017 | March Interim Billing Payment |  |
|  | PAYEE: MARKUS WILLIAMS YOUNG & ZIMMERMANN LL | -26,622.37 |
|  | Closing Balance | $118,935.94 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

May 12, 2017                                                              Invoice No.: 96078

Terry Odom, CEO                                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                  11278.004   Cash Collateral
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 04/13/2017 | BTH | Phone conference with T. Woznick to address budget for use of cash collateral (.3); Review cash collateral extension agreement and advise client of the same (.4); Review cash collateral budget and forward the same to T. Woznick (.4). | 1.10 | 324.50 |
|  |  | **TOTAL SERVICES** | 1.10 | 324.50 |
|  |  | **TOTAL THIS INVOICE** |  | 324.50 |
|  |  | Previous Balance |  | $501.50 |
| 05/10/2017 |  | Payment received |  | -501.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $324.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

May 12, 2017                                        Invoice No.:  96079

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                    11278.007   Required Reports
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                       | Hours |        |
|------------|-----|---------------------------------------------------------------------------------------|-------|--------|
| 04/10/2017 | BTH | Review documents for continued use of cash collateral and forward the same to T. Woznick. | 0.30  | 88.50  |
| 04/20/2017 | BTH | Review, finalize and file monthly operating report for March 2017 (1.2).              | 1.20  | 354.00 |
|            |     | **TOTAL SERVICES**                                                                    | 1.50  | 442.50 |
|            |     | **TOTAL THIS INVOICE**                                                                |       | 442.50 |
|            |     | Previous Balance                                                                      |       | $472.00 |
| 05/10/2017 |     | Payment received                                                                      |       | -472.00 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                        |       | $442.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

May 12, 2017  Invoice No.: 96080

Terry Odom, CEO  **RE:** Powell Valley Healthcare, Inc.
Powell Valley Healthcare, Inc.   11278.008   Claims
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/05/2017 | BTH | Review and revise claims spreadsheet. | 0.30 | 88.50 |
| 04/11/2017 | BTH | Address issues with notice of Plan and related Plan documents on known claimants (1.2). | 1.20 | 354.00 |
|  | JFY | Review and analyze status of certain tort claims and issues related thereto (0.8). | 0.80 | 316.00 |
| 04/12/2017 | BTH | Attention to notice issues for additional claimants (.4). | 0.40 | 118.00 |
| 04/25/2017 | BTH | Address creditor inquiry regarding filed plan documents (.4). | 0.40 | 118.00 |
| 04/28/2017 | JFY | Review and analyze claims estimation procedures proposed by unsecured creditor's committee (0.8); Continue to review and analyze case law provided by Committee re their concerns re estimation procedures (0.4). | 1.20 | 474.00 |
|  |  | **TOTAL SERVICES** | 4.30 | 1,468.50 |

| | |
|---|---|
| **TOTAL THIS INVOICE** | 1,468.50 |
| Previous Balance | $5,072.00 |
| 04/24/2017 Payment received | -1,094.13 |
| 05/10/2017 Payment received | -3,977.87 |
| Total Payments | -5,072.00 |
| **TOTAL OUTSTANDING INVOICES** | $1,468.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

May 12, 2017                                                                                   Invoice No.: 96082

Terry Odom, CEO                                             **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                    11278.010   Creditors Committee
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                      | Hours |        |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 04/03/2017 | BTH | Correspondence to S. Goldstein re continuance of pending matters.                                                                                                    | 0.10  | 29.50  |
| 04/17/2017 | BTH | Phone conference with S. Goldstein to address open issues with Plan documents (1.1); Review files and reservation of rights letters and forward the same to S. Goldstein (.5). | 1.60  | 472.00 |
| 04/27/2017 | BTH | Phone conference with S. Goldstein (.3); Review prior correspondence sent to counsel for the Tort Claimants and forward the same to S. Goldstein (.4). | 0.70  | 206.50 |
|            |     | **TOTAL SERVICES**                                                                                                                                                   | 2.40  | 708.00 |
|            |     | **TOTAL THIS INVOICE**                                                                                                                                               |       | 708.00 |
|            |     | Previous Balance                                                                                                                                                     |       | $265.50 |
| 04/24/2017 |     | Payment received                                                                                                                                                     |       | -118.00 |
| 05/10/2017 |     | Payment received                                                                                                                                                     |       | -147.50 |
|            |     | Total Payments                                                                                                                                                       |       | -265.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                                                                       |       | $708.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

May 12, 2017                                                                 Invoice No.:  96084

Terry Odom, CEO                                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                  11278.012   Tort Litigation
777 Avenue H
Powell, WY   82435


**PROFESSIONAL SERVICES:**

|            |     |                                                                                                        | Hours |        |
|------------|-----|--------------------------------------------------------------------------------------------------------|-------|--------|
| 04/03/2017 | JMS | Correspondence re extension of initial hearing in adversary proceeding.                                | 0.20  | 62.00  |
| 04/04/2017 | JMS | Draft and file motion for extension of initial conference; Conference with J. Smiley re same.          | 0.50  | 155.00 |
|            |     | **TOTAL SERVICES**                                                                                     | 0.70  | 217.00 |
|            |     | **TOTAL THIS INVOICE**                                                                                 |       | 217.00 |
|            |     | Previous Balance                                                                                        |       | $4,382.50 |
| 04/24/2017 |     | Payment received                                                                                        |       | -4,185.00 |
| 05/10/2017 |     | Payment received                                                                                        |       | -197.50 |
|            |     | Total Payments                                                                                          |       | -4,382.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                          |       | $217.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

May 12, 2017                                                                 Invoice No.:  96085

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                    11278.013   Insurance Issues
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                              | Hours |        |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 04/10/2017 | SRR | Telephone conference(s) with B. Hunsicker, J. Young and J. Salisbury re insurance claims; Research insurance policies and review memos. | 1.20  | 450.00 |
|            | SRR | Telephone conference(s) with B. Hunsicker and research bad faith claims.                                                      | 0.60  | 225.00 |
|            |     | **TOTAL SERVICES**                                                                                                           | 1.80  | 675.00 |
|            |     | **TOTAL THIS INVOICE**                                                                                                       |       | 675.00 |
|            |     | Previous Balance                                                                                                             |       | $442.50 |
| 04/24/2017 |     | Payment received                                                                                                             |       | -324.50 |
| 05/10/2017 |     | Payment received                                                                                                             |       | -118.00 |
|            |     | Total Payments                                                                                                               |       | -442.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                               |       | $675.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

May 12, 2017                                                              Invoice No.: 96086

Terry Odom, CEO                                    **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                     11278.014   Plan and Disclosure Statement
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/03/2017 | JMS | Conference with B. Hunsicker re outstanding issues re plan and disclosure statement. | 0.40 | 124.00 |
|  | BTH | Address open issues with drafting of Plan and Disclosure Statement. | 0.70 | 206.50 |
|  | JFY | Review and analyze plan confirmation issues (0.7); Review and analyze status of negotiations with Committee re agreed upon plan (0.3). | 1.00 | 395.00 |
| 04/04/2017 | BTH | Phone conference with C. Caby re Disclosure Statement (.3); Phone conference with J. Salisbury re drafting of Plan (.3). | 0.60 | 177.00 |
| 04/05/2017 | BTH | Continue drafting and revising Plan, Glossary to Plan and Disclosure Statement. | 7.20 | 2,124.00 |
|  | BTH | Correspondence with S. Goldstein re status of Plan filing. | 0.30 | 88.50 |
|  | JFY | Review and analyze plan issues (0.6); Conference with Committee re same (0.2). | 0.80 | 316.00 |
| 04/06/2017 | BTH | Continue drafting, reviewing and revising Plan, Plan Glossary and Disclosure Statement. | 6.20 | 1,829.00 |
|  | JFY | Review and analyze term sheet issues with Committee in regard plan (0.5) | 0.50 | 197.50 |
| 04/07/2017 | BTH | Phone conference with S. Goldstein re issues with personal injury trust (.4); Research re issues with potential mediation procedures (.4). | 0.80 | 236.00 |
| 04/10/2017 | JMS | Review and revisions to plan; Conference with B. Hunsicker re same. | 2.50 | 775.00 |
|  | JMS | In depth review of the Gainsco case; Conference with B. Hunsicker and J. Young as to how that case affects the proposed plan and insurance counsel's concerns thereunder. | 1.90 | 589.00 |

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | BTH | Research re potential issues with assignment of bad faith claims under Wyoming law (1.4); Phone conference with J. Young and others re assignment of bad faith claims (.6); Review previous motions re exclusivity and file additional request for extension (.7); Additional review and revisions to Plan (.7). | 3.40 | 1,003.00 |
|  | JFY | Review and analyze issues related to insurance coverage and assignment of Debtor's insurance claims to litigation trust under the Plan. | 1.90 | 750.50 |
| 04/11/2017 | JMS | Continued review and revisions to plan of reorganization; Review Gainsco decision as to affects on plan mediation process; Conference with B. Hunsicker re same. | 2.60 | 806.00 |
|  | BTH | Incorporate additional revisions into Plan and Disclosure Statement and address the same with J. Salisbury (1.7); Review potential rejection of separation agreement (.3); Correspondence with CEO re Plan and Plan-related documents (.2); Correspondence with S. Goldstein re status of Plan (.3); Review Plan and Plan Term Sheet and create summary of terms for purposes of drafting Note and Security Agreement (.9); Correspondence with H2C re updating liquidation analysis (.4). | 3.80 | 1,121.00 |
|  | JFY | Review and revise plan to address certain issues involving tort claimants (1.7). | 1.70 | 671.50 |
| 04/13/2017 | BTH | Phone conference with A. Sears (Hansen) re status of Plan (.3); Review materials for purposes of liquidation analysis and forward the same to M. Lane (H2C) (.5); Address issues re release of pre-petition debts of tort claimants (.2); Initial review of trust documents from UCC (1.2); Address open issues to ensure timely filing of Disclosure Statement and Plan and Plan-related documents (1.6). | 3.80 | 1,121.00 |
|  | JFY | Review and analyze plan issues and term sheet with Committee re same. | 0.50 | 197.50 |
| 04/14/2017 | JMS | Initial review of proposed trust documents; Conference with B. Hunsicker re same. | 0.50 | 155.00 |
|  | BTH | Additional review and revisions to Disclosure Statement and Plan (1.6); Correspondence with various parties re draft Plan documents (.2); Address open issues with Plan with J. Salisbury (.4); Additional review of tort trust documents (1.0); Address open issues with J. Young (.3). | 3.50 | 1,032.50 |
| 04/17/2017 | KTS | Draft note and security agreement. | 1.60 | 576.00 |
|  | BTH | Address open issues with Plan documents. | 1.30 | 383.50 |
|  | JFY | Prepare for conference with counsel for UCC and review and analyze proposals made by UCC re plan (0.5); Conference with counsel for UCC re plan modification issues and issues involving term sheets and settlement with unsecured creditors committee re consensual plan of reorganization (1.1). | 1.60 | 632.00 |
| 04/18/2017 | KTS | Revise promissory note and security agreement. | 0.60 | 216.00 |

05/12/2017
Invoice No.: 96086
11278.014  Plan and Disclosure Statement

Page 3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | BTH | Phone conference with T. Copenhaver re open issues with Plan documents (.7); Phone conference with T. Odom re open issues with Plan Documents (.3); Correspondence with Bank re Plan treatment of Bank debt and UCC note and security agreement (.4); Review Plan Term Sheet, Plan and Disclosure Statement and draft summary of distributions for purposes of cash-flow projections (1.8); Review and revise UCC note and security agreement and confirm consistent with Plan documents (1.7); Correspondence with parties in case re draft UCC note and security agreement (.3). | 5.20 | 1,534.00 |
| | JFY | Review and analyze note and security agreement to accompany plan of reorganization. | 1.80 | 711.00 |
| 04/19/2017 | JMS | Initial review of committee changes to the plan and disclosure statement. | 0.90 | 279.00 |
| | BTH | Phone conference and correspondence with M. Lane (H2C) re open issues with Plan (.4); Phone conference with J. Young to discuss open issues with Plan documents (.6); Phone conference and correspondence with S. Goldstein re open issues with Plan documents (.4); Advise client on status of Plan filing and open issues (.3); Review and continue to revise Plan documents (1.8). | 3.50 | 1,032.50 |
| | JFY | Review and analyze plan issues and necessary modifications to plan in light of current negotiations with Unsecured Creditor's Committee (1.3); Review and analyze status of negotiations with Unsecured Creditor's Committee (0.4); Review and revise note and security agreement to be attached to plan (0.8). | 2.50 | 987.50 |
| 04/20/2017 | JMS | In depth review of committee's revisions to plan and disclosure statement; legal research re effect of discharge upon insurance companies; conferences with B. Hunsicker re same. | 2.20 | 682.00 |
| | BTH | Phone conference with C. Caby re Plan provisions regarding District (.6); Review proposed revisions to Plan note and security agreement from parties and revise accordingly (.7); Addition review and revisions to Plan, Disclosure Statement and Plan-related documents (2.7). | 4.00 | 1,180.00 |
| 04/21/2017 | JMS | Legal research regarding corporate discharges and requirements for same; correspondence re affect of the discharge upon claims against insurer. | 1.50 | 465.00 |
| | BTH | Revise Plan and Plan documents including Glossary (1.6); Phone conference with S. Goldstein re Plan and Plan documents (.8); Phone conference with T. Copenhaver re Plan and Plan documents (.8); Review suggested changes and revisions to Plan and Plan documents by various parties (1.8); Research re treatment of insurance related issues in Chapter 11 Plan (.8); Phone conferences with J. Young and J. Salisbury to address open issues with Plan and Plan documents (.7). | 6.50 | 1,917.50 |
| | JFY | Review and analyze various plan modifications and strategies for resolving disputes with Committee. | 1.20 | 474.00 |
| 04/22/2017 | BTH | Continue review and revisions to Debtor's Chapter 11 Plan (5.1); Continue review and revisions to Personal Injury Trust (2.8). | 7.90 | 2,330.50 |
| 04/23/2017 | BTH | Additional review and revisions to Debtor's Disclosure Statement (3.5). | 3.50 | 1,032.50 |

05/12/2017 Page 4
Invoice No.: 96086
11278.014  Plan and Disclosure Statement

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | JFY | Review and revise plan in an effort to meet certain issues raised by the Unsecured Creditor's Committee (0.8); Review and revise glossary of terms to Plan (0.7); Review and analyze proposed trust agreement to be incorporated as an exhibit to the plan (0.6): Review and analyze case law provided by personal injury claimants re issues they perceive re claim resolution procedures (0.7). | 2.80 | 1,106.00 |
| 04/24/2017 | JMS | Review and revisions to Plan, Disclosure Statement and Trust Agreement. | 2.50 | 775.00 |
| | BTH | Phone conference with Board re status of Plan filing (1.1); Follow up phone conference with J. Young to address final revisions to Plan and Plan documents (.3); Review files and correspondence from various parties in case to make final revisions to Plan, Disclosure Statement and Plan-documents and finalize draft documents for filing (4.7). | 6.10 | 1,799.50 |
| | JFY | Further revisions to plan in order to resolve outstanding issues raised by Unsecured Creditors' Committee and address certain issues raised by client (1.7); Review and revise glossary of defined terms to be included with plan to correspond with recent modifications to plan (0.9): Review and revise trust agreement to plan (1.2); Review and analyze correspondence with Committee counsel and objections and concerns raised by Committee counsel (0.8): Continue to review and analyze case law provided by Committee counsel re its concerns (0.6). | 5.20 | 2,054.00 |
| 04/25/2017 | BTH | Follow-up tasks related to filing of Plan and related Plan-documents (.8). | 0.80 | 236.00 |
| 04/26/2017 | BTH | Phone conference with S. Ortiz re potential involvement in mediation process under Plan (.5); Phone conference with J. Young re open issues regarding Plan and Plan documents (.3). | 0.80 | 236.00 |
| | JFY | Review and analyze various modifications to plan and related documents; Correspondence from client re same. | 1.00 | 395.00 |
| 04/27/2017 | BTH | Research possible revisions and suggestions for trust distribution procedures (.8); Review files and internal work product on strength of claims in carrier litigation (.6). | 1.40 | 413.00 |
| 04/28/2017 | JMS | Review Trust Distribution procedures. | 0.50 | 155.00 |
| | BTH | Draft proposed mediation/liquidation procedures to attach to the Personal Injury Trust (3.2); Correspondence with parties re revisions to Plan documents (.1). | 3.30 | 973.50 |
| 04/29/2017 | BTH | Correspondence with CEO regarding claims mediation/liquidation procedures (.1); Review and revise mediation procedures (.6); Correspondence with UCC re claims mediation procedures (.1); Review updated liquidation analysis from H2C and forward the same to parties with comments thereto (.4); Review correspondence from UCC re changes and revisions to Plan documents (.3). | 1.50 | 442.50 |
| | | **TOTAL SERVICES** | 116.30 | 36,934.00 |
| | | **TOTAL THIS INVOICE** | | 36,934.00 |
| | | Previous Balance | | $51,940.28 |

05/12/2017 Page 5
Invoice No.: 96086
11278.014   Plan and Disclosure Statement

| | | |
|---|---|---:|
| 04/24/2017 | Payment received | -10,193.00 |
| 05/09/2017 | Payment received | -6,640.28 |
| 05/09/2017 | Payment received | -17,223.47 |
| 05/10/2017 | Payment received | -15,460.87 |
| | Total Payments | -49,517.62 |

**TOTAL OUTSTANDING INVOICES**                                                         $39,356.66

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---:|---:|
| 04/11/2017 | 95734 | 24,914.00 | 2,422.66 |
| | | | 2,422.66 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

May 12, 2017                                                            Invoice No.: 96087

Terry Odom, CEO                              **RE:** Powell Valley Healthcare, Inc.
Powell Valley Healthcare, Inc.                    11278.015   Employment and Fee Applications
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                           | Hours |        |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 04/11/2017 | BTH | Code time entries for interim fee application for March 2017; Draft fee summary and cover sheet for interim fee application.              | 1.20  | 354.00 |
| 04/19/2017 | BTH | Review supplemental order on ordinary course professionals, discuss the same with J. Young, and forward to client.                        | 0.30  | 88.50  |
|            |     | **TOTAL SERVICES**                                                                                                                        | 1.50  | 442.50 |

**TOTAL THIS INVOICE**                                                                                                442.50

Previous Balance                                                                                                      $22,301.00

| 04/24/2017 | Payment received | -1,445.50 |
| 05/09/2017 | Payment received | -14,404.00 |
|            | Total Payments   | -15,849.50 |

**TOTAL OUTSTANDING INVOICES**                                                                                        $6,894.00

Aged Due Amounts

| Stmt Date  | Stmt # | Billed   | Due      |
|------------|--------|----------|----------|
| 01/06/2017 | 94754  | 1,563.50 | 590.00   |
| 02/10/2017 | 95137  | 855.50   | 855.50   |
| 04/11/2017 | 95735  | 5,006.00 | 5,006.00 |
|            |        |          | 6,451.50 |

*PAYABLE UPON RECEIPT*