**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

June 16, 2017                                                                 Invoice No.:  96426

Terry Odom, CEO                                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                              11278.002   Restructure/Reorganization
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 05/03/2017 | JFT | Address matters related to supplemental notice of plan and disclosure statements. | 4.00 | 380.00 |
| 05/10/2017 | JFT | Address matters related to supplemental notice of plan and disclosure statements. | 5.00 | 475.00 |
| 05/11/2017 | BTH | Review proposed revisions to motion to extend removal deadlines. | 0.30 | 88.50 |
|  | JFT | Address matters related to supplemental notice of plan and disclosure statements. | 0.30 | 28.50 |
| 05/15/2017 | JFT | Address matters related to supplemental notice of plan and disclosure statements. | 3.00 | 285.00 |
| 05/16/2017 | JFT | Address matters related to supplemental notice of plan and disclosure statements. | 3.50 | 332.50 |
| 05/19/2017 | RBL | Draft PDF of consolidated cash flow document. | 0.20 | 25.00 |
| 05/22/2017 | BTH | Review orders on pending matters including Eisner Amper Motion, 2004 Motion and Assumption Motion and draft motions to continue and proposed orders related thereto (1.8); Update client on status of pending matters in case (.3). | 2.10 | 619.50 |
|  | RBL | Correspondence with creditors re: Proposed Disclosure Statement. | 3.00 | 375.00 |
| 05/23/2017 | BTH | Phone conference with T. Copenhaver re discussion of areas of inquiry from the UCC and ability of Debtor to provide responsive materials (1.3); Attention to issues re adequate notice of recent pleadings in case to parties in interest (.3); Review correspondence from J. Smiley (HealthTech) and discuss the same with J. Salisbury (.8); Update client on recent correspondence from parties (.2). | 2.60 | 767.00 |

06/16/2017
Invoice No.: 96426
11278.002  Restructure/Reorganization

Case 16-20326   Doc 859-6   Filed 04/02/18   Entered 04/02/18 12:20:26   Desc Exhibit
May 2017 Invoice   Page 2 of 16

Page 2

| Date | | | Hours | |
|---|---|---|---:|---:|
| 05/24/2017 | BTH | Address issues related to Court's order requiring service of order setting hearing on approval of disclosure statement (1.2); Phone conferences with J. Young, J. Salisbury and J. Smiley (HealthTech) re status of pending issues in case and status of negotiations with HealthTech and addressing HealthTech's concerns with treatment in proposed Plan (2.2). | 3.40 | 1,003.00 |
| | RBL | Teleconference with potential creditors re: proposed disclosure statement. | 1.00 | 125.00 |
| 05/25/2017 | BTH | Phone conference with J. Salisbury to discuss objection to 2004 motion (.5); Phone conference with C. Caby re HealthTech motion for 2004 exam (.4); Review, revise and finalize objection to HealthTech's 2004 motion (1.6); Phone conference with J. Young re strategy to address open issues in case (.6); Phone conference with T. Odom and revise objection to 2004 motion based on comments thereto (.5). | 3.60 | 1,062.00 |
| | | **TOTAL SERVICES** | 32.00 | 5,566.00 |

**EXPENSES:**

| | |
|---|---:|
| Photocopies | 1,413.00 |
| Outside printing | 2,706.74 |
| Postage | 412.73 |
| Conference calls | 136.58 |
| **TOTAL EXPENSES** Thru 05/31/2017 | 4,669.05 |
| **TOTAL THIS INVOICE** | 10,235.05 |
| Previous Balance | $2,514.50 |
| **TOTAL OUTSTANDING INVOICES** | $12,749.55 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---:|---:|
| 05/12/2017 | 96077 | 2,514.50 | 2,514.50 |
| | | | 2,514.50 |

Your trust account balance is

| | | | |
|---|---|---|---:|
| | | Opening Balance | $118,935.94 |
| 05/30/2017 | | April Interim Billing Payment | |
| | | PAYEE: MARKUS WILLIAMS YOUNG & ZIMMERMANN LL | -32,794.87 |
| | | Closing Balance | $86,141.07 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

June 16, 2017                                                                 Invoice No.: 96427

Terry Odom, CEO                                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                       11278.004   Cash Collateral
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 05/31/2017 | BTH | Review cash collateral extension agreement and budget and respond to T. Woznick and forward the same to client (.6). | 0.60 | 177.00 |
|  |  | **TOTAL SERVICES** | 0.60 | 177.00 |
|  |  | **TOTAL THIS INVOICE** |  | 177.00 |
|  |  | Previous Balance |  | $324.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $501.50 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/12/2017 | 96078 | 324.50 | 324.50 |
|  |  |  | 324.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

June 16, 2017                                                              Invoice No.: 96428

Terry Odom, CEO                                  **RE:** **Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                         11278.007   Required Reports
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                        | Hours |        |
|------------|-----|------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 05/09/2017 | BTH | Review Bank reports for purposes of continued use of cash collateral and forward the same to T. Woznick.               | 0.30  | 88.50  |
| 05/19/2017 | BTH | Address issues related to Bank reports for purposes of use of cash collateral.                                         | 0.40  | 118.00 |
| 05/22/2017 | BTH | Review and file monthly operating report for April 2017 (1.2).                                                         | 1.20  | 354.00 |
| 05/30/2017 | BTH | Phone conference with T. Woznick re continued use of cash collateral (.2); Correspondence with client re 45-day budget (.1). | 0.30  | 88.50  |
|            |     | **TOTAL SERVICES**                                                                                                     | 2.20  | 649.00 |
|            |     | **TOTAL THIS INVOICE**                                                                                                 |       | 649.00 |
|            |     | Previous Balance                                                                                                       |       | $442.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                         |       | $1,091.50 |

Aged Due Amounts

| Stmt Date  | Stmt # | Billed | Due    |
|------------|--------|--------|--------|
| 05/12/2017 | 96079  | 442.50 | 442.50 |
|            |        |        | 442.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

June 16, 2017                                                                                         Invoice No.:  96429

Terry Odom, CEO                                                **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                          11278.008   Claims
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                                                                                          | Hours |          |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 05/12/2017 | BTH | Review certain claims submitted in case and proposed treatment in Plan.                                                                                                                                                                                  | 0.70  | 206.50   |
| 05/18/2017 | BTH | Review 2004 motion filed by HealthTech and forward the same to client (.4); Address creditor inquiry re transfer of claim (.2).                                                                                                                          | 0.60  | 177.00   |
| 05/19/2017 | BTH | Address issues with 2004 motion filed by HealthTech and correspondence with parties in interest (1.9).                                                                                                                                                   | 1.90  | 560.50   |
| 05/22/2017 | SRR | Correspondence with associate counsel; Conference(s) with J. Salisbury re 2004 motion.                                                                                                                                                                   | 0.20  | 75.00    |
| 05/23/2017 | JFY | Review and analyze HealthTech claim issues and matters related thereto (1.0); Conference with others re HeatlhTech claims and strategies for resolving same (0.8).                                                                                       | 1.80  | 711.00   |
| 05/24/2017 | BTH | Review and analysis of issues related to claim of HealthTech (.6).                                                                                                                                                                                       | 0.60  | 177.00   |
|            | JFY | Continue to review and analyze issues involving claims asserted by HealthTech and potential for resolving same (0.8); Conference with counsel for HealthTech re resolution (0.9).                                                                        | 1.70  | 671.50   |
|            | SRR | Review response to 2004 motion and conference(s) with J. Salisbury re approach to overburdensome discovery requests.                                                                                                                                     | 0.40  | 150.00   |
| 05/25/2017 | JFY | Review and revise objection to HealthTech's motion for Rule 2004 examination (2.7); Review and analyze objection to HealthTech's 2004 motion filed by Powell Hospital District (0.6); Conference with counsel for HealthTech re resolution of disputes (0.6). | 3.90  | 1,540.50 |
|            | SRR | Conference(s) with J. Salisbury re response to 2004.                                                                                                                                                                                                     | 0.20  | 75.00    |
|            | SRR | Correspondence with associate counsel; Conference(s) with J. Salisbury re response on 2004.                                                                                                                                                              | 1.00  | 375.00   |

|  |  |  | Hours |  |
|---|---|---|---|---|
| 05/26/2017 | JFY | Review and analyze strategies for resolving disputes with HealthTech and open issues related thereto (0.7); Conference with Committee counsel re disputes with HealthTech (0.8). | 1.50 | 592.50 |
|  |  | **TOTAL SERVICES** | 14.50 | 5,311.50 |
|  |  | **TOTAL THIS INVOICE** |  | 5,311.50 |
|  |  | Previous Balance |  | $1,468.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $6,780.00 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/12/2017 | 96080 | 1,468.50 | 1,468.50 |
|  |  |  | 1,468.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

June 16, 2017                                                                 Invoice No.: 96430

Terry Odom, CEO                                    **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                         11278.010   Creditors Committee
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 05/23/2017 | BTH | Phone conference and correspondence with S. Goldstein re open issues with Plan and Disclosure Statement and potential mediation (1.2); Address latest issues from the UCC with J. Young and J. Salisbury (.3). | 1.50 | 442.50 |
| 05/25/2017 | BTH | Review and address correspondence from S. Goldstein (.3). | 0.30 | 88.50 |
| 05/26/2017 | BTH | Phone conferences with S. Goldstein re open issues in case (1.2). | 1.20 | 354.00 |
| 05/31/2017 | BTH | Phone conference with S. Goldstein to discuss status conference (.1); Prepare for and attend status conference (1.2). | 1.30 | 383.50 |
|  |  | **TOTAL SERVICES** | 4.30 | 1,268.50 |
|  |  | **TOTAL THIS INVOICE** |  | 1,268.50 |
|  |  | Previous Balance |  | $708.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $1,976.50 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/12/2017 | 96082 | 708.00 | 708.00 |
|  |  |  | 708.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

June 16, 2017    Invoice No.: 96431

Terry Odom, CEO                           **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                  11278.012   Tort Litigation
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 05/10/2017 | JMS | Draft third motion to extend time to remove state litigation. | 0.80 | 248.00 |
| 05/11/2017 | JMS | Draft proposed order, finalize and file motion tor extension of time to remove actions; Conferences with committee counsel re position on same. | 0.80 | 248.00 |
| 05/19/2017 | JMS | Correspondence with opposing counsel re initial status conference on the extension of the automatic stay. | 0.50 | 155.00 |
| 05/22/2017 | JMS | Draft motion to extend initial conference date in adversary proceeding; Correspondence with J. Smiley re same. | 0.60 | 186.00 |
| 05/23/2017 | JMS | Conference with B. Hunsicker re opposition to extending initial trial conference; Draft motion and order to extend hearing; Correspondence with tort claimant's and district's counsel re same; review Healthtech's objection. | 1.00 | 310.00 |
| 05/31/2017 | JMS | Conference and correspondence regarding court's status conference. | 0.30 | 93.00 |
|  |  | **TOTAL SERVICES** | 4.00 | 1,240.00 |
|  |  | **TOTAL THIS INVOICE** |  | 1,240.00 |
|  |  | Previous Balance |  | $217.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $1,457.00 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/12/2017 | 96084 | 217.00 | 217.00 |
|  |  |  | 217.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

June 16, 2017                                                           Invoice No.: 96433

Terry Odom, CEO                                      **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                            11278.014   Plan and Disclosure Statement
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/2017 | JMS | Review distribution procedures; Review committee' counsel's comment to the plan and disclosure statement; Conference with B. Hunsicker re procedures to alleviate committees' concerns. | 1.30 | 403.00 |
| | JMS | Continued legal research re effect of bankruptcy discharge on tort claimants' ability to continue litigation to obtain insurance proceeds. | 1.10 | 341.00 |
| | BTH | Review and revise financial projections for purposes of establishing feasibility of Plan and address the same with client and J. Markus (2.8); Review and analyze issues related to proposed liquidation analysis from H2C and address the same with CEO, H2C and J. Markus (2.1); Review position statement from UCC (.1); Review PVHC financial statements for purposes of Disclosure Statement (.3). | 5.30 | 1,563.50 |
| | JFY | Review and analyze proposed modifications to Plan by Unsecured Creditors Committee (0.9); Review and analyze issues related to disclosure statement and financial projections related thereto (1.0). | 1.90 | 750.50 |
| | JTM | Review draft liquidation analysis and emails re same (0.6); Telephone conference(s) with B. Hunsicker re comments to liquidation analysis and matters pertaining to non-consensual plan issues (0.5); Review projections (0.8); Further discussion with B. Hunsicker re projections and liquidation analysis (0.4). | 2.30 | 977.50 |
| 05/02/2017 | BTH | Phone conference with H2C to discuss liquidation analysis (.6); Phone conference with J. Salisbury re open issues with Plan (.6); Initial review of mediation procedures from UCC and discuss the same with S. Goldstein (.7); Continue review and analysis of open issues with Disclosure Statement, Plan and Plan-related documents (1.2). | 3.10 | 914.50 |
| | JMS | Review Committee's proposed trust distribution procedures; Extensive conferences with B. Hunsicker re viability of same. | 2.10 | 651.00 |

11278.014  Plan and Disclosure Statement

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | JFY | Review and analyze plan modification issues based on UCC comments (0.9); Review and analyze liquidation analysis issues (0.8); Review and analyze cash flow projections (0.9); Conference with client and advisor re plan confirmation issues (0.7); Review and analyze UCC dispute resolution procedures (0.5) | 3.80 | 1,501.00 |
|  | JTM | Further review of liquidation analysis and issues re same. | 0.60 | 255.00 |
| 05/03/2017 | JMS | Conference with B. Hunsicker re analysis of the Committee's proposed distribution procedures. | 0.50 | 155.00 |
|  | BTH | Review updated liquidation analysis from H2C and discuss the same with M. Lane (.6); Correspondence with J. Coulston re questions with expenses (.1); Discuss proposed mediation procedures with J. Salisbury (.4); Review local rules and prior pleadings and begin drafting motion for order on approval of Disclosure Statement (1.2). | 2.30 | 678.50 |
| 05/04/2017 | JMS | Review proposed motion and order for hearing on disclosure statement; Comments re same. | 0.30 | 93.00 |
|  | BTH | Review Local Rules and Bankruptcy Rules re notice of disclosure statement; Review prior Court orders setting hearings on disclosure statement; Draft motion and proposed order setting hearing on disclosure statement; Review UCC comment to disclosure statement for purposes of addressing scheduling issues (3.1); Review updated liquidation analysis and closure outline and address issues related thereto (.9). | 4.00 | 1,180.00 |
|  | JTM | Review draft motion to approve order/procedures re disclosure statement (0.3); Conference(s) with B. Hunsicker re same (0.2). | 0.50 | 212.50 |
| 05/08/2017 | JMS | Conference with B. Hunsicker re insurance coverage issues and committee support for the plan. | 0.50 | 155.00 |
|  | JTM | Review and evaluate revised liquidation plan from advisor (0.8); Discussion with B. Hunsicker re liquidation analysis and plan matters (0.4); Discussion with financial advisor re liquidation analysis and confirmation issues (0.5). | 1.70 | 722.50 |
|  | BTH | Address open issues related to assignment of insurance claims in Plan (.8); Review updated liquidation analysis for purposes of Plan and research prior monthly operating reports to reconcile any discrepancies (.7); Phone conference with H2C re updated liquidation analysis (.6); Phone conference with S. Goldstein re open issues with Plan (.3); Review research on WARN Act and implications with liquidation analysis under 1129(a)(7) (.8). | 3.20 | 944.00 |
| 05/09/2017 | JMS | Legal research re liability of a chapter 7 trustee for WARN Act claims for purposes of a liquidation analysis. | 4.80 | 1,488.00 |
|  | BTH | Research issues related to liquidation analysis for purposes of 1129(a)(7) (2.1); Address WARN Act research with J. Salisbury (.4); Address Plan projections with J. Markus (.4). | 2.90 | 855.50 |
|  | JTM | Conference(s) with B. Hunsicker re plan strategy and confirmation requirements (0.5); Evaluate WARN issues and impact on liquidation analysis (0.3). | 0.80 | 340.00 |

06/16/2017
Invoice No.: 96433
11278.014  Plan and Disclosure Statement

|            |     |                                                                                                                                                                                                                                                                                                                                                                                              | Hours |          |
|------------|-----|----|------|------|
|            | JFY | Review and analyze liquidation analysis issues. | 0.50 | 197.50 |
| 05/11/2017 | JMS | Legal research re doctrine of equitable mootness in the Tenth Circuit. | 2.20 | 682.00 |
|            | BTH | Phone conference with C. Caby re update on open issues with confirmation process (.7); Phone conference with S. Goldstein re update on open issues with Plan (.2); Review updated shutdown analysis from H2C for purposes of 1129(a)(7) (.5); Continue to address open issues with Plan in order to avoid contested confirmation process (.8). | 2.20 | 649.00 |
|            | JFY | Review and analyze various open restructuring issues and plan issues and proposed revisions to plan to address the same. | 1.20 | 474.00 |
| 05/12/2017 | JMS | Legal research in support of classifying the indemnification claims separately in plan and disclosure statement. | 2.50 | 775.00 |
|            | JMS | Telephone conference with E. Birnberg re proposed 2004 examinations of the debtor and the committee re treatment of Healthtech's claims; Conference with B. Hunsicker re same. | 1.10 | 341.00 |
|            | BTH | Phone conference with H2C to discuss updated liquidation analysis (1.1); Follow-up phone conference with J. Markus (.5); Phone conference with T. Copenhaver re case updated (.3); Research issues related to debtor eligibility (.3); Phone conference with J. Salisbury re open issues with Plan confirmation process (.3); Research issues related to requirements under WY law to close hospital for purposes of liquidation analysis (.7). | 3.20 | 944.00 |
|            | JTM | Review revised liquidation analysis (0.6); Extended discussion with advisors re liquidation analysis and questions re same (1.3); Review and evaluate disallowance provisions under section 502 (e) and plan matters (0.5); Review projections and telephone conference(s) with B. Hunsicker re confirmation issues and re projections (0.4). | 2.80 | 1,190.00 |
| 05/15/2017 | JMS | Continue legal research re disallowance of claims pursuant to 11 U.S.C. 502(e)(1)(B). | 2.20 | 682.00 |
|            | BTH | Phone conference with H2C re updated liquidation assessment (.7); Continue research and review for purposes of projections and liquidation assessment (1.4). | 2.10 | 619.50 |
| 05/16/2017 | BTH | Conference with client and H2C re liquidation assessment (.8); Review, revise and reconcile financial projections for Disclosure Statement (1.2); Conferences with H2C and J. Markus re updated assessment (.9); Additional review and reconciliation of liquidation assessment and financial projections (1.5); Review and address issues with Order setting hearing on Disclosure Statement (.9). | 5.30 | 1,563.50 |
|            | JTM | Continued review, analysis and revision of liquidation analysis, projections (0.7); Extended discussions with financial advisor re projections/liquidation analysis and related issues (1.1); Telephone conference(s) with B. Hunsicker re same and confirmation matters (0.4). | 2.20 | 935.00 |
| 05/17/2017 | JMS | Review and analysis re committee's issues with the debtor's plan of reorganization. | 0.30 | 93.00 |

|  |  |  | Hours |  |
|---|---|---|---:|---:|
|  | BTH | Address issues regarding proper notice of Disclosure Statement and related documents (.6); Review UCC memo and reconcile with Disclosure Statement and related documents and respond to S. Goldstein regarding the same (1.7); Review pre and post-petition financial statements and reconcile with liquidation assessment for purposes of maintaining accuracy (1.2); Attention to open issues with Disclosure Statement and related documents (.7). | 4.20 | 1,239.00 |
|  | JFY | Review disclosure statement issues; Review memo from committee counsel re disclosure statement issues (0.8); Review and analyze proposed financial projection prepared by client as part of disclosure statement (0.5). | 1.30 | 513.50 |
| 05/18/2017 | JMS | Review Healthtech's motion for a 2004 examination. | 0.20 | 62.00 |
|  | JTM | Further review/analysis of projections/liquidation analysis and draft re same. | 0.90 | 382.50 |
|  | JMS | Review and analysis of motion for 2004 examination. | 0.30 | 93.00 |
|  | JMS | Conference with P. Pearlman, counsel for creditors committee, re timing and responses to motion for 2004 examination and other pending and open plan items. | 0.80 | 248.00 |
|  | BTH | Research re designation of trust as liquidating trust under Internal Revenue Code (.6); Draft Errata Sheet to Disclosure Statement and related exhibits (1.2); Correspondence with J. Coulston re projections (.3); Phone conference with M. Long re projections (.2); Attention to Order requiring notice of hearing on Disclosure Statement (.5); Revise and review projections to ensure accuracy and forward to parties (.8); Phone conferences with S. Goldstein and C. Caby to discuss open issues in case (.5). | 4.10 | 1,209.50 |
|  | JFY | Review and analyze issue raised by Committee in regard to disclosure statement and consider certain revisions to disclosure statement to address the same. | 1.50 | 592.50 |
| 05/19/2017 | JMS | Review Committee's objection to 2004 Examination; begin drafting the Debtor's objection to Healthtech's request for a 2004 order permitting an examination of the debtor's officers; Research in support of same. | 3.50 | 1,085.00 |
|  | BTH | Phone conference with H2C re updated liquidation assessment (.3); Review and finalize liquidation assessment as exhibit to Disclosure Statement (.6); Draft and finalize proposed order approving Disclosure Statement (1.1); Address issues with order setting hearing on approval of Disclosure Statement (.9). | 2.90 | 855.50 |
|  | JFY | Review and analyze disclosure statement and related documents and make revisions based on comments proposed by Committee and others. | 1.20 | 474.00 |
|  | JFY | Review and analyze issues related to Health Tech and threats by Health Tech to block confirmation and develop strategy for responding, addressing or resolving the same. | 1.80 | 711.00 |
| 05/22/2017 | BTH | Address correspondence from UCC re potential mediations with insurers (.4); Address issues related to creditor inquires from parties receiving notification of filing of Plan and Disclosure Statement (.4). | 0.80 | 236.00 |

11278.014  Plan and Disclosure Statement

|  |  |  | Hours |  |
|---|---|---|---|---|
| 05/23/2017 | JMS | Draft Response to Heathtech's motion for 2004 Examination; review correspondence with Healthtech regarding same. | 4.20 | 1,302.00 |
|  | JMS | Correspondence regarding potential settlement of claims and global mediation. | 0.50 | 155.00 |
|  | JFY | Review and analyze open plan issues (0.5); Conference with Committee counsel re plan and related issues (0.5). | 1.00 | 395.00 |
|  | JTM | Review emails from Healthtec re litigation strategy and consider next steps toward consensual plan process (0.4); Telephone conference(s) with J. Young re Healthtec issues (0.2). | 0.60 | 255.00 |
| 05/24/2017 | JMS | Draft Objection to Motion for Rule 2004 Examination by Healthtech. | 7.20 | 2,232.00 |
|  | JFY | Review and analyze certain open issues and calendar same. | 0.50 | 197.50 |
| 05/25/2017 | JMS | Finalize and follow up regarding response to motion for 2004 examinations. | 4.20 | 1,302.00 |
|  | JMS | Legal research in support of settlement negotiations between the tort claimants and the insurance companies. | 1.40 | 434.00 |
|  | BTH | Address creditor inquiries with respect to service of Court's order setting hearing on disclosure statement (.4). | 0.40 | 118.00 |
|  | JFY | Review and analyze open plan issues and strategies for resolving same (.7). | 0.70 | 276.50 |
| 05/26/2017 | BTH | Strategize and organize open matters with respect to Disclosure Statement, Plan, HealthTech claims and potential mediation with parties in case (.8). | 0.80 | 236.00 |
|  | JFY | Consider various strategies for resolving disputes involving HealthTech and personal injury plaintiffs and other potential plan modifications to advance settlement (0.9). | 0.90 | 355.50 |
| 05/30/2017 | BTH | Address open issues with UMIA discovery request for purposes of global mediation to avoid objection to Plan confirmation (.7); Investigate and research issues related to claim of HealthTech to assess proper treatment in Plan and potential settlement (.9). | 1.60 | 472.00 |
| 05/31/2017 | JMS | Review and analysis of Healthtech's defenses to tort claimants for purposes of mediation and settlement; follow up regarding Healthtech's request for a 2004 examination. | 2.30 | 713.00 |
|  | BTH | Address creditor inquiries re Order setting hearing on approval of disclosure statement (.6). | 0.60 | 177.00 |
|  | JFY | Consider possible plan modifications to resolve disputes involving HealthTech (0.8) | 0.80 | 316.00 |
|  |  | **TOTAL SERVICES** | 122.00 | 39,964.50 |
|  |  | **TOTAL THIS INVOICE** |  | 39,964.50 |

06/16/2017 Page 6
Invoice No.: 96433
11278.014   Plan and Disclosure Statement

|  |  |  |
|---|---|---|
| | Previous Balance | $39,356.66 |
| 05/30/2017 | Payment received | -32,794.87 |
| | **TOTAL OUTSTANDING INVOICES** | $46,526.29 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 04/11/2017 | 95734 | 24,914.00 | 2,422.66 |
| 05/12/2017 | 96086 | 36,934.00 | 4,139.13 |
| | | | 6,561.79 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

June 16, 2017                                                                 Invoice No.:  96434

Terry Odom, CEO                                     **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                            11278.015   Employment and Fee Applications
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                           | Hours |        |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 05/08/2017 | BTH | Review UCC Interim Fee Application and forward the same to client for payment.                                                                                                            | 0.30  | 88.50  |
| 05/09/2017 | BTH | Review order approving fee application and vacation thereof (.2); Phone conference with Clerk and resubmit fee application (.4); Review new order approving fee application (.1).        | 0.70  | 206.50 |
| 05/12/2017 | BTH | Review time entries for interim billing statement for April 2017 and code entries according to UST Guidelines (.7); Prepare materials to finalize interim billing statement for April 2017 (.5). | 1.20  | 354.00 |
| 05/15/2017 | BTH | Review UCC Interim Fee Application for March 2017 and forward the same to client.                                                                                                         | 0.30  | 88.50  |
|            |     | **TOTAL SERVICES**                                                                                                                                                                        | 2.50  | 737.50 |

**TOTAL THIS INVOICE**                                                                           737.50

Previous Balance                                                                                 $6,894.00

**TOTAL OUTSTANDING INVOICES**                                                                   $7,631.50

Aged Due Amounts

| Stmt Date  | Stmt # | Billed   | Due      |
|------------|--------|----------|----------|
| 01/06/2017 | 94754  | 1,563.50 | 590.00   |
| 02/10/2017 | 95137  | 855.50   | 855.50   |
| 04/11/2017 | 95735  | 5,006.00 | 5,006.00 |
| 05/12/2017 | 96087  | 442.50   | 442.50   |
|            |        |          | 6,894.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

June 16, 2017                                                                                                     Invoice No.:  96435

Terry Odom, CEO                                                       **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                              11278.016   Automatic Stay Adversary
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 05/23/2017 | BTH | Review HealthTech objection to motion to continue and Order from Court setting status conference (.3); Review and respond to correspondence from R. Royal (Tort Claimants) re adversary (.2). | 0.50 | 147.50 |
|  |  | **TOTAL SERVICES** | 0.50 | 147.50 |
|  |  | **TOTAL THIS INVOICE** |  | 147.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $147.50 |

*PAYABLE UPON RECEIPT*