**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

July 13, 2017                                                                 Invoice No.: 96754

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                   11278.002   Restructure/Reorganization
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/02/2017 | BTH | Review correspondence from S. Goldstein re update on pending matters in case and forward the same to client (.4); Interoffice discussions re addressing open issues in case (.5). | 0.90 | 265.50 |
| 06/05/2017 | JFY | Review and analyze various issues and strategies for resolving the same. | 0.50 | 197.50 |
| 06/07/2017 | BTH | Prepare for and attend call with client, T. Copenhaver and J. Young (2.9); Conference call with C. Caby re open matters in case (.6); Conference with S. Goldstein re open matters in case (.7). | 4.20 | 1,239.00 |
| | JFY | Correspondence and communications with Powell Hospital District. | 0.40 | 158.00 |
| 06/15/2017 | BTH | Phone conference with C. Caby re update on discussions with other parties in interest (.4); Review files and correspondence in case and organize accordingly (.7). | 1.10 | 324.50 |
| | SRR | conference(s) with Jennifer re insurance memo and discovery by UMIA. | 0.40 | 150.00 |
| 06/16/2017 | BTH | Phone conference with T. Woznick re update on status of case and potential global mediation (.3). | 0.30 | 88.50 |
| 06/26/2017 | BTH | Phone conference with S. Ortiz re possible involvement in case (.1); Research and address issues with S. Ortiz involvement in case (.6); Phone conference with T. Odom re progress of case (.2). | 0.90 | 265.50 |
| 06/28/2017 | BTH | Review recently filed pleadings and related orders (.9); Phone conference with C. Caby re updates on discussions with parties (.4); Formulate strategy to address open issues with respect to mediation (.7). | 2.00 | 590.00 |
| | | **TOTAL SERVICES** | 10.70 | 3,278.50 |

**EXPENSES:**

| | | |
|---|---|---|
| | Postage | 42.24 |

07/13/2017 Page 2
Invoice No.: 96754
11278.002  Restructure/Reorganization

| | |
|---|---:|
| Conference calls | 77.03 |
| **TOTAL EXPENSES** Thru 06/30/2017 | 119.27 |
| **TOTAL THIS INVOICE** | 3,397.77 |
| Previous Balance | $12,749.55 |
| **TOTAL OUTSTANDING INVOICES** | $16,147.32 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---:|---:|
| 05/12/2017 | 96077 | 2,514.50 | 2,514.50 |
| 06/16/2017 | 96426 | 10,235.05 | 10,235.05 |
| | | | 12,749.55 |

Your trust account balance is

| | |
|---|---:|
| Opening Balance | $86,141.07 |
| Closing Balance | $86,141.07 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

July 13, 2017    Invoice No.: 96755

Terry Odom, CEO    **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.    11278.004   Cash Collateral
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 06/05/2017 | BTH | Review bank reports for use of cash collateral and forward the same to T. Woznick. | 0.40 | 118.00 |
|  |  | **TOTAL SERVICES** | 0.40 | 118.00 |
|  |  | **TOTAL THIS INVOICE** |  | 118.00 |
|  |  | Previous Balance |  | $501.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $619.50 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/12/2017 | 96078 | 324.50 | 324.50 |
| 06/16/2017 | 96427 | 177.00 | 177.00 |
|  |  |  | 501.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

July 13, 2017                                                                                             Invoice No.:  96756

Terry Odom, CEO                                                **RE:** **Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                  11278.007   Required Reports
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 06/22/2017 | BTH | Review, finalize and file monthly operating report for May 2017. | 1.60 | 472.00 |
|  |  | **TOTAL SERVICES** | 1.60 | 472.00 |
|  |  | **TOTAL THIS INVOICE** |  | 472.00 |
|  |  | Previous Balance |  | $1,091.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $1,563.50 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/12/2017 | 96079 | 442.50 | 442.50 |
| 06/16/2017 | 96428 | 649.00 | 649.00 |
|  |  |  | 1,091.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

July 13, 2017                                                                 Invoice No.:  96757

Terry Odom, CEO                                     **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                            11278.008   Claims
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 06/01/2017 | JFY | Review and analyze issues related to malpractice claims and mediations re the same. | 0.50 | 197.50 |
|  | JFY | Correspondence with UCC counsel re mediation of personal injury claims. | 0.40 | 158.00 |
| 06/02/2017 | JMS | Review correspondence re subrogation claims and analysis of same. | 0.20 | 62.00 |
| 06/06/2017 | RBL | Correspondence with potential creditors re Proposed Disclosure Statement. | 0.60 | 75.00 |
| 06/07/2017 | JFY | Review and analyze claims being asserted by HealthTech and issues related thereto and potential settlement of same. | 0.80 | 316.00 |
|  | JFY | Review and analyze mediation issues with personal injury tort claimants. | 0.70 | 276.50 |
|  | JFY | Review and analyze discovery issues and demands being made by Health tech and others. | 1.00 | 395.00 |
|  | JFY | Correspondence with counsel for HealthTech. | 0.20 | 79.00 |
|  | BTH | Review and respond to correspondence from UCC re insurance coverage issues, mediation, and HTMS claim. | 0.80 | 236.00 |
| 06/08/2017 | JFY | Conference with counsel for HealthTech regarding disputes involving HealthTech and claims related there to. | 0.80 | 316.00 |
|  | JFY | Review and analyze issues for resolving issues with HealthTech. | 0.90 | 355.50 |
|  | JFY | Conference with committee counsel regarding HealthTech issues. | 0.40 | 158.00 |
|  | JFY | Review and analyze mediation issues with personal injury claimants. | 0.60 | 237.00 |
|  | RBL | Phone calls with creditors re proposed Disclosure Statement. | 0.20 | 25.00 |

07/13/2017 Page 2
Invoice No.: 96757
11278.008  Claims

|   |   |   | Hours |   |
|---|---|---|---|---|
| 06/09/2017 | JFY | Review and analyze HealthTech claim issues and related matters re HealthTech; Correspondence with counsel for HealthTech re the same. | 1.30 | 513.50 |
| 06/12/2017 | JFY | Review and analyze other open issues in case related to potential mediation. | 0.30 | 118.50 |
| 06/13/2017 | JFY | Review and analyze re Health Tech claims, potential settlement of claims and disputes with Health Tech and incorporation of disputes and proposed mediation. | 0.70 | 276.50 |
|  | JFY | Conference with other attorneys re solutions for resolving HealthTech issues and moving mediation forward. | 0.40 | 158.00 |
|  | JFY | Correspondence with counsel for HealthTech re claims resolution issues and other dispute resolution issues. | 0.60 | 237.00 |
|  | RBL | Phone conversation with creditor re proposed Disclosure Statement. | 0.40 | 50.00 |
| 06/14/2017 | JFY | Review and analyze issues and disputes with HealthTech and proposed stipulation re extension of deadlines and other matters. | 0.50 | 197.50 |
|  | JFY | Correspondence with Committee Counsel re HealthTech disputes. | 0.20 | 79.00 |
|  | JFY | Correspondence with HeathTech counsel re temporary resolution of disputes. | 0.40 | 158.00 |
| 06/15/2017 | RBL | Phone calls with creditors re proposed Disclosure Statement. | 0.50 | 62.50 |
| 06/20/2017 | RBL | Phone calls with creditors re: proposed Disclosure Statement; Email and fax documents to potential creditor. | 0.60 | 75.00 |
| 06/22/2017 | JFY | Review and analyze mediation procedures and issues related thereto. | 1.20 | 474.00 |
|  | JFY | Conference with committee counsel re mediation issues. | 0.70 | 276.50 |
| 06/23/2017 | JFY | Review and analyze issues related to personal injury claims, strategies and resolving disputes with personal injury claimants and mediation issues proposed by the unsecured creditors committee. | 1.40 | 553.00 |
|  | RBL | Correspondence with creditors re: Disclosure Statement. | 0.20 | 25.00 |
| 06/26/2017 | RBL | Phone call with creditor re: proposed Disclosure Statement. | 0.30 | 37.50 |
| 06/27/2017 | JFY | Review and analyze claims mediation process and issues related thereto. | 0.80 | 316.00 |
|  | JFY | Provide comments to unsecured creditors committee re mediation issues. | 0.60 | 237.00 |
|  | JFY | Review correspondence from Committee counsel re procedural matters related to mediation of personal injury claims. | 0.50 | 197.50 |
| 06/28/2017 | JFY | Review and analyze open issues and procedural matters re upcoming mediation with personal injury claimants. | 0.40 | 158.00 |
| 06/29/2017 | JFY | Review and analyze mediation issues related to personal injury claims; Correspondence with others regarding the same. | 0.80 | 316.00 |

07/13/2017 Page 3
Invoice No.: 96757
11278.008   Claims

|  | Hours |  |
|---|---|---|
| **TOTAL SERVICES** | 20.90 | 7,402.50 |
| **TOTAL THIS INVOICE** |  | 7,402.50 |
| Previous Balance |  | $6,780.00 |
| **TOTAL OUTSTANDING INVOICES** |  | $14,182.50 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/12/2017 | 96080 | 1,468.50 | 1,468.50 |
| 06/16/2017 | 96429 | 5,311.50 | 5,311.50 |
|  |  |  | 6,780.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

July 13, 2017                                                                 Invoice No.:  96758

Terry Odom, CEO                                        **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                             11278.009   Executory Contracts
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                   | Hours |        |
|------------|-----|-----------------------------------------------------------------------------------|-------|--------|
| 06/05/2017 | BTH | Address matters related to contract with Siemen's Financial.                      | 0.30  | 88.50  |
| 06/19/2017 | BTH | Address issues with Siemens lease agreement and the buyout related thereto (.4).  | 0.40  | 118.00 |
|            |     | **TOTAL SERVICES**                                                                | 0.70  | 206.50 |
|            |     | **TOTAL THIS INVOICE**                                                            |       | 206.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                    |       | $206.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

July 13, 2017                                      Invoice No.: 96759

Terry Odom, CEO                                    **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                         11278.010   Creditors Committee
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 06/06/2017 | BTH | Review and respond to correspondence from S. Goldstein. | | 0.30 | 88.50 |
| 06/22/2017 | BTH | Phone conference with UCC and follow-up conference with J. Young related thereto (.8). | | 0.80 | 236.00 |
| | | **TOTAL SERVICES** | | 1.10 | 324.50 |
| | | **TOTAL THIS INVOICE** | | | 324.50 |
| | | Previous Balance | | | $1,976.50 |
| | | **TOTAL OUTSTANDING INVOICES** | | | $2,301.00 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/12/2017 | 96082 | 708.00 | 708.00 |
| 06/16/2017 | 96430 | 1,268.50 | 1,268.50 |
| | | | 1,976.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

July 13, 2017                                              Invoice No.:  96761

Terry Odom, CEO                           **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                11278.013   Insurance Issues
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          | Hours |          |
|------------|-----|---|---|---|
| 06/02/2017 | BTH | Review correspondence re claims of subrogation and research issues related thereto. | 0.70 | 206.50 |
| 06/05/2017 | BTH | Correspondence to R. Royal and B. Krause re notice of subrogation. | 0.20 | 59.00 |
|            | BTH | Review various letters and correspondence re coverage issues. | 1.20 | 354.00 |
| 06/07/2017 | BTH | Review correspondence from UMIA re coverage issues related to certain claimants (.6); Review prior correspondence from insurers for purposes of determining claims subject to mediation (.4). | 1.00 | 295.00 |
| 06/12/2017 | JFY | Review and analyze discovery issues and issues related to 2004 request being made by Heath Tech; Discuss same with creditors. | 0.50 | 197.50 |
| 06/20/2017 | BTH | Phone conference with S. Ortiz to discuss potential involvement with mediation (.3); Phone conference with C. Caby re update on insurance-related matters (.2); Correspondence with T. Swanson (UMIA) re insurance companies' objection to disclosure statement and extending deadline for filing (.3); Phone conference with S. Goldstein re update on insurance-related issues for mediation (.3); Attention to correspondence from various parties re exchange of discovery with UMIA in preparation of meditation (1.5); Review and revise motion for order for mediation to address insurance-related issues (.8). | 3.40 | 1,003.00 |
| 06/21/2017 | JMS | Review research regarding rescission of insurance contracts under Wyoming law; continue analysis of same. | 2.20 | 682.00 |
|            | BTH | Review insurance companies' draft objection to disclosure statement, address the same with J. Salisbury, and forward the materials to the client for review (1.2); Phone conference with UCC and counsel for insurance companies (1.4). | 2.60 | 767.00 |
| 06/22/2017 | BTH | Phone conference with J. Burghardt re coverage issues with UMIA (1.1); Research re tort claims and applicable insurance policy related thereto and policy years (2.1). | 3.20 | 944.00 |

11278.013  Insurance Issues

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/23/2017 | BTH | Review materials from T. Copenhaver and summarize the same; Compile operative facts to demonstrate applicable insurance coverage for UMIA claims; Advise UCC on insurance related issues; Address insurance matters with T. Copenhaver (1.8). | 1.80 | 531.00 |
|  | SRR | Conference(s) with J. Salisbury re discovery issues and memo on UMIA. | 0.30 | 112.50 |
| 06/26/2017 | JMS | Review and analysis of documents produced regarding communications with insurance companies regarding potential recission claims; review legal memorandum regarding insurance coverage issues. | 2.30 | 713.00 |
|  | BTH | Phone conference with T. Copenhaver re responses to UMIA discovery request (.8); Review and reconcile information from T. Copenhaver with files previously provided (.8); Address UMIA discovery information with parties (.6). | 2.20 | 649.00 |
|  | SRR | Conference(s) with J. Salisbury re discovery; Review of memo on UMIA for UCC discussions. | 0.40 | 150.00 |
| 06/29/2017 | BTH | Review and address correspondence from parties re request for Debtor participation in discovery; Discuss discovery-related issues with J. Salisbury; Review Protective Order and Mediation Order and address issues related thereto; Review files and determine additional information needed for Debtor to address issues related to UMIA's claim of rescission (2.8). | 2.80 | 826.00 |
| 06/30/2017 | BTH | Address correspondence from parties re exchange of documents related to insurance coverage prior to mediation (1.2). | 1.20 | 354.00 |
|  | SRR | Review of UCC requests on insurance policy memos and review of memos. | 0.50 | 187.50 |
|  |  | **TOTAL SERVICES** | 26.50 | 8,031.00 |

**TOTAL THIS INVOICE**                                                        8,031.00

Previous Balance                                                             $675.00

**TOTAL OUTSTANDING INVOICES**                                               $8,706.00

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/12/2017 | 96085 | 675.00 | 675.00 |
|  |  |  | 675.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

July 13, 2017                                          Invoice No.: 96762

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                    11278.014   Plan and Disclosure Statement
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

|              |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                             | Hours |          |
|--------------|-----|---|---|---|
| 06/01/2017   | BTH | Review correspondence from UCC and address the same with client re treatment of HealthTech (.3); Address open issues with respect to Plan and Disclosure Statement (.8). | 1.10  | 324.50   |
| 06/02/2017   | JMS | Review correspondence re status of case from the committee. | 0.30  | 93.00    |
|              | BTH | Addressing open issues related to confirmation process including resolution of claims with insurers. | 0.80  | 236.00   |
|              | JFY | Review and analyze plan issues and potential modifications to plan should agreement be reached with tort claimants. | 0.50  | 197.50   |
| 06/05/2017   | BTH | Review and analyze correspondence from J. Smiley (HealthTech) re proposed treatment in Plan (.7); Advise client on matters related to HealthTech (.2). | 0.90  | 265.50   |
| 06/07/2017   | JMS | Telephone conference with clients re next steps in case and preparations for mediation. | 1.80  | 558.00   |
|              | JFY | Review and analyze plan issues and efforts to settle disputes with unsecured creditors committee; | 0.70  | 276.50   |
|              | JFY | Discussions with Counsel for the unsecured creditors committee. | 0.80  | 316.00   |
| 06/08/2017   | JMS | Correspondence with client, unsecured creditors committee, and HealthTech re proposed mediation for a consensual plan. | 1.30  | 403.00   |
|              | BTH | Phone conference with J. Smiley and J. Young re treatment of HTMS in Plan (.7); Phone conference with S. Goldstein re addressing issues with HTMS (.2); Review and analysis issues with staying confirmation process (.8); Advise client on potential stay of confirmation process (.3); Address correspondence from S. Goldstein (.2); Follow up correspondence with J. Smiley re treatment of HTMS in Plan (.3); Continue to address open items with Plan and Disclosure Statement and possible mediation of claims related thereto (1.2). | 3.70  | 1,091.50 |

|            |     |                                                                                                                                                                                                                                                     | Hours |        |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 06/09/2017 | JMS | Correspondence with client, J. Smiley and others re mediation and stay of proceedings as to same.                                                                                                                                                   | 0.70  | 217.00 |
| 06/12/2017 | JMS | Correspondence re protective order for confidential materials.                                                                                                                                                                                      | 0.30  | 93.00  |
|            | BTH | Address creditor inquiry re filing of tardy claims (.6); Review correspondence re HTMS treatment in Plan and advise client accordingly (.3); Address issues related to global mediation to resolve open items with plan and disclosure statement (.6). | 1.50  | 442.50 |
| 06/13/2017 | JMS | Conference with J. Young and B. Hunsicker re stipulation with HealthTech and Motion for Mediation.                                                                                                                                                  | 0.30  | 93.00  |
|            | BTH | Phone conference with S. Goldstein re update on mediation process to resolve Plan issues (.4); Phone conference with J. Young and J. Salisbury re open issues with confirmation process (.5); Address issues related to HTMS and its concerns with Plan process (.4). | 1.30  | 383.50 |
| 06/14/2017 | JMS | Draft motion to extend time for HealthTech to file objection to disclosure statement and address correspondence related thereto.                                                                                                                    | 0.80  | 248.00 |
|            | BTH | Address creditor inquiry re Order on Disclosure Statement hearing (.2); Attention to stipulation and proposed order with HTMS and advise client of the same (1.4).                                                                                   | 1.60  | 472.00 |
| 06/19/2017 | JMS | Revise Mediation Motion to reflect current agreements; correspondence regarding same.                                                                                                                                                               | 2.20  | 682.00 |
|            | JFY | Review and analyze disclosure statement issues and mediation issues.                                                                                                                                                                                | 0.80  | 316.00 |
| 06/20/2017 | JMS | In depth review of Insurance Companies' proposed objection to disclosure statement; conference with B. Hunsicker re potential responses to same.                                                                                                    | 1.00  | 310.00 |
| 06/21/2017 | JMS | Review correspondence regarding status of negotiations between the committee and UMIA; conferences with B. Hunsicker re same.                                                                                                                       | 0.40  | 124.00 |
|            | JMS | Draft motion for extension of time for insurance companies to file objections to disclosure statement.                                                                                                                                              | 0.50  | 155.00 |
| 06/22/2017 | BTH | Address matters related to insurance companies extension of time to object to disclosure statement (.4).                                                                                                                                            | 0.40  | 118.00 |
|            | JMS | Conferences with J. Young, B. Hunsicker regarding preparations for mediation and negotiations with the Committee and UMIA re same.                                                                                                                  | 2.20  | 682.00 |
| 06/23/2017 | BTH | Phone conference with P. Pearlman re updates in case (.3); Phone conference with S. Goldstein and P. Pearlman re updates for mediation (.6); Address open items in case regarding Plan terms and mediation with J. Young and J. Salisbury (.7).     | 1.60  | 472.00 |
|            | JMS | Continued conferences with B. Hunsicker re UMIA's claims for recission of insurance agreement; review documents to be produced regarding same.                                                                                                      | 1.00  | 310.00 |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                 | Hours |          |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 06/26/2017 | BTH | Review and address correspondence from parties re mediation and proposed documents related thereto (.9). | 0.90  | 265.50   |
| 06/27/2017 | JMS | Draft motion and order to vacate hearing on disclosure statement; correspondence with mediation parties re filing of same. | 1.20  | 372.00   |
|            | JMS | Conference with B. Hunsicker re changes to mediation motion and negotiations with UMIA and insurance companies regarding same. | 0.80  | 248.00   |
|            | BTH | Review and revise motion for mediation and proposed order (.8); Correspondence with P. Pearlman re issues with mediation and proposed pleadings (1.5); Advise UCC of proposed revisions to mediation pleadings and research issues related thereto (.6); Review and revise motion to vacate hearing on disclosure statement (.4); Further communications with parties in case re form of mediation motion and order (.9); Reconcile discovery materials and address matters related thereto with J. Salisbury and J. Young (2.3). | 6.50  | 1,917.50 |
| 06/28/2017 | JMS | Revise and file Motion to Vacate Hearing on Disclosure Statement; Review orders on vacated hearing and on mediation motion. | 0.70  | 217.00   |
|            | JFY | Review and analyze disclosure statement comments filed by UCC. | 0.40  | 158.00   |
|            | JFY | Review and analyze mediation issues as they relate to plan and disclosure statement issues. | 0.50  | 197.50   |
|            | JFY | Review and analyze recent orders entered by the Court re disclosure statement matters. | 0.30  | 118.50   |
|            |     | **TOTAL SERVICES** | 39.80 | 12,373.50 |
|            |     | **TOTAL THIS INVOICE** |       | 12,373.50 |
|            |     | Previous Balance |       | $46,526.29 |
|            |     | **TOTAL OUTSTANDING INVOICES** |       | $58,899.79 |

Aged Due Amounts

| Stmt Date  | Stmt # | Billed    | Due       |
|------------|--------|-----------|-----------|
| 04/11/2017 | 95734  | 24,914.00 | 2,422.66  |
| 05/12/2017 | 96086  | 36,934.00 | 4,139.13  |
| 06/16/2017 | 96433  | 39,964.50 | 39,964.50 |
|            |        |           | 46,526.29 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

July 13, 2017                                                             Invoice No.:  96763

Terry Odom, CEO                                **RE:** Powell Valley Healthcare, Inc.
Powell Valley Healthcare, Inc.                         11278.015   Employment and Fee Applications
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 06/16/2017 | BTH | Review and code time entries for purposes of drafting interim fee application for May 2017; Reconcile fee entries in case and address the same with J. Young (1.4). | 1.40 | 413.00 |
| 06/19/2017 | BTH | Additional review and revisions for interim fee application for May 2017; Draft and finalize summary document (.8). | 0.80 | 236.00 |
| 06/23/2017 | BTH | Review UCC Interim Fee Application for May 2017; Review UCC Second Fee Application; Forward materials to T. Odom for review (.9). | 0.90 | 265.50 |
|  |  | **TOTAL SERVICES** | 3.10 | 914.50 |
|  |  | **TOTAL THIS INVOICE** |  | 914.50 |
|  |  | Previous Balance |  | $7,631.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $8,546.00 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 01/06/2017 | 94754 | 1,563.50 | 590.00 |
| 02/10/2017 | 95137 | 855.50 | 855.50 |
| 04/11/2017 | 95735 | 5,006.00 | 5,006.00 |
| 05/12/2017 | 96087 | 442.50 | 442.50 |
| 06/16/2017 | 96434 | 737.50 | 737.50 |
|  |  |  | 7,631.50 |

*PAYABLE UPON RECEIPT*