**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

August 9, 2017                                        Invoice No.:  96983

Terry Odom, CEO                            **RE:** **Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                  11278.002   Restructure/Reorganization
777 Avenue H
Powell, WY  82435

**EXPENSES:**

| | | |
|---|---|---:|
| | Online research | 9.00 |
| | Postage | 65.80 |
| | **TOTAL EXPENSES** Thru 07/31/2017 | 74.80 |
| | **TOTAL THIS INVOICE** | 74.80 |
| | Previous Balance | $16,147.32 |
| 07/25/2017 | Payment received | -10,235.05 |
| | **TOTAL OUTSTANDING INVOICES** | $5,987.07 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---:|---:|
| 05/12/2017 | 96077 | 2,514.50 | 2,514.50 |
| 07/13/2017 | 96754 | 3,397.77 | 3,397.77 |
| | | | 5,912.27 |

Your trust account balance is

| | | |
|---|---|---:|
| | Opening Balance | $86,141.07 |
| 07/24/2017 | Ck #7159 | 45,965.17 |
| 07/25/2017 | May Interim Billing Payment | |
| | PAYEE: MARKUS WILLIAMS YOUNG & ZIMMERMANN LL | -45,965.17 |
| | Closing Balance | $86,141.07 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

August 9, 2017                                      Invoice No.: 96984

Terry Odom, CEO                             **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                  11278.004   Cash Collateral
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                         | Hours |        |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|
| 07/05/2017 | BTH | Review bank reports for purposes of continued use of cash collateral and reconcile the same with prior months.                                          | 0.80 | 236.00 |
| 07/13/2017 | BTH | Review 45-day projections for continued use of cash collateral and propose comments related thereto (.5); Advise counsel for Bank on budget and extension of use of cash collateral (.1). | 0.60 | 177.00 |
| 07/14/2017 | BTH | Address issues with 45-day cash projection budget for purposes of continued use of cash collateral (.3).                                                | 0.30 | 88.50  |
|            |     | **TOTAL SERVICES**                                                                                                                                      | 1.70 | 501.50 |
|            |     | **TOTAL THIS INVOICE**                                                                                                                                  |      | 501.50 |
|            |     | Previous Balance                                                                                                                                        |      | $619.50 |
| 07/25/2017 |     | Payment received                                                                                                                                        |      | -177.00 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                                                          |      | $944.00 |

Aged Due Amounts

| Stmt Date  | Stmt # | Billed | Due    |
|------------|--------|--------|--------|
| 05/12/2017 | 96078  | 324.50 | 324.50 |
| 07/13/2017 | 96755  | 118.00 | 118.00 |
|            |        |        | 442.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

August 9, 2017                                         Invoice No.:  96985

Terry Odom, CEO                            **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                  11278.007   Required Reports
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 07/26/2017 | BTH | Review files and monthly operating report for June 2017 and finalize and file the same (1.8). | 1.80 | 531.00 |
|  |  | **TOTAL SERVICES** | 1.80 | 531.00 |
|  |  | **TOTAL THIS INVOICE** |  | 531.00 |
|  |  | Previous Balance |  | $1,563.50 |
| 07/25/2017 |  | Payment received |  | -649.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $1,445.50 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/12/2017 | 96079 | 442.50 | 442.50 |
| 07/13/2017 | 96756 | 472.00 | 472.00 |
|  |  |  | 914.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

August 9, 2017                                                                                          Invoice No.:  96990

Terry Odom, CEO                                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                         11278.013   Insurance Issues
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 07/03/2017 | BTH | Continue review of files related to insurance coverage issues in preparation of addressing the same in mediation (1.6). | 1.60 | 472.00 |
| 07/05/2017 | RBL | Create Sharefile link re: UMIA documents. | 0.10 | 12.50 |
| 07/06/2017 | JMS | Quick review and analysis of documents to be turned over in discovery. | 0.50 | 155.00 |
|  | BTH | Address matters related to production of documents for UMIA; Correspondence with UCC, T. Copenhaver and J. Salisbury re documents being provided to UMIA by PVHC. | 1.80 | 531.00 |
|  | RBL | Correspondence with opposing counsel re: UMIA discovery documents. | 0.60 | 75.00 |
| 07/07/2017 | JMS | Legal research re imputation of knowledge by broker to insurer; Conference with B. Hunsicker re same. | 1.40 | 434.00 |
|  | BTH | Phone conference with P. Pearlman re status of issues with insurers (.6); Begin cursory review of information to be provided to UMIA (1.7); Correspondence with J. Salisbury re strategy to address issues with insurers (.8); Correspondence with UCC, Insurers and others re UMIA discovery requests and terms of disclosure (.3); Review Protective Order and ensure responses to UMIA requests are in compliance therewith (.4); Additional follow-up correspondence with parties to address matters related to insurance coverage (.7). | 4.50 | 1,327.50 |
| 07/10/2017 | JMS | Analysis and review of insurance issues in anticipation of mediation. | 1.50 | 465.00 |
|  | BTH | Phone conference with T. Copenhaver re discovery issues (.4); Phone conferences with S. Goldstein re discovery issues for mediation (.7); Interoffice discussions with J. Salisbury re UMIA rescission claim (.4); Review discovery production for UMIA (1.8); Follow-up correspondence with parties re UMIA discovery and mediation (.8). | 4.10 | 1,209.50 |

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | SRR | Review correspondence from B. Hunsicker; Correspondence with J. Young; Review memos. | 0.50 | 187.50 |
|  | RBL | Transfer UMIA discovery documents to sharefile link and distribute to counsel. | 1.20 | 150.00 |
| 07/11/2017 | JMS | Continued legal analysis re insurance coverage. | 2.50 | 775.00 |
|  | SRR | Review memos in preparation for telephone conference(s) re insurance coverage issues. | 1.00 | 375.00 |
|  | JFY | Consider various issues in regard to insurance claims against UMIA; Prepare for mediation regarding same. | 1.20 | 474.00 |
| 07/12/2017 | JMS | Conferences re proper methods for sharing of legal analysis with the Committee in preparation for mediation. | 0.90 | 279.00 |
|  | JMS | Conference with T. Copenhaven re preparation of mediation paper on behalf of the Debtor. | 0.90 | 279.00 |
|  | JMS | Continued review and analysis of documents produced by Willis; In depth analysis of legal ramifications of correspondence; Begin drafting mediation paper. | 2.80 | 868.00 |
|  | BTH | Discussions with parties re process to prepare mediation statement (.8); Phone conference with T. Copenhaver to address issues with UMIA (.9); Review mediation instructions and prepare outline of responsibilities (1.3); Correspondence with insurance counsel and review USI file (1.7). | 4.70 | 1,386.50 |
|  | SRR | Conference(s) with J. Salisbury; Telephone conference(s) with J. Young and B. Hunsicker; Review memos; Review case law. | 1.70 | 637.50 |
|  | JFY | Consider and analyze alternatives to resolving personal injury claims and insurance coverage disputes. | 0.70 | 276.50 |
|  | JFY | Review legal authority on coverage issues. | 0.90 | 355.50 |
|  | JFY | Review mediators instructions for settlement conference. | 0.50 | 197.50 |
|  | JFY | Consider various mediation strategies. | 0.80 | 316.00 |
| 07/13/2017 | JMS | Review documents produced from USI (2.4); continue legal research in support of mediation statement (1.3). Review documents provided by T. Copenhaver (0.3). | 4.00 | 1,240.00 |
|  | BTH | Review and respond to various correspondence from UCC and T. Copenhaver re discovery issues with UMIA for purposes of mediation (.7). | 0.70 | 206.50 |
|  | BTH | Address open matters with global mediation; Discuss matters with J. Salisbury. | 0.60 | 177.00 |
|  | JFY | Consider various mediation strategies as they relate to the requirements set forth by the mediator. | 0.70 | 276.50 |

|            |     |                                                                                                                                                                                                                                                                      | Hours |          |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 07/14/2017 | JMS | Conference with P. Pearlman re defenses to recission claim (1.9); continue review of case law and defenses to claims for recission and no coverage (3.5).                                                                                                            | 5.40  | 1,674.00 |
|            | BTH | Review and respond to correspondence re UMIA discovery (.3).                                                                                                                                                                                                         | 0.30  | 88.50    |
| 07/17/2017 | JMS | Begin drafting mediation statement; conferences with the Committee and the Debtor regarding information needed for the mediation.                                                                                                                                    | 5.20  | 1,612.00 |
|            | JFY | Review and analyze production of documents and issues related thereto in preparation for mediation.                                                                                                                                                                  | 0.30  | 118.50   |
| 07/18/2017 | JMS | Continue working on mediation statement.                                                                                                                                                                                                                             | 2.90  | 899.00   |
| 07/19/2017 | JMS | Correspondence with Committee, UMIA and B. Hunsicker re production.                                                                                                                                                                                                  | 1.30  | 403.00   |
|            | BTH | Review and respond to various correspondence from parties re UMIA discovery requests (1.2); Review documents from T. Copenhaver and reconcile with other discovery materials (1.5).                                                                                  | 2.70  | 796.50   |
| 07/20/2017 | JMS | Continue working on mediation statement.                                                                                                                                                                                                                             | 1.10  | 341.00   |
|            | RBL | Update UMIA discovery document directory.                                                                                                                                                                                                                            | 0.30  | 37.50    |
| 07/21/2017 | BTH | Reconcile discovery files from T. Copenhaver to respond to UMIA discovery requests; Review and respond to parties re document production to UCC and UMIA (2.1).                                                                                                      | 2.10  | 619.50   |
|            | JMS | Continue working on mediation statement.                                                                                                                                                                                                                             | 2.80  | 868.00   |
| 07/24/2017 | BTH | Review UMIA discovery requests and follow-up correspondence; Review information provided to UMIA and prepare detailed response related thereto; Review additional documents to be provided to UMIA; Phone conferences with parties in case re positions for purposes of mediation with insurers (5.3). | 5.30  | 1,563.50 |
|            | RBL | Create sharefile link containing discovery documents; email link to counsel.                                                                                                                                                                                         | 0.30  | 37.50    |
|            | JFY | Review and analyze document production issues with regard to mediation with tort claimants.                                                                                                                                                                          | 0.40  | 158.00   |
|            | JFY | Preparation for mediation; Correspondence with others re same.                                                                                                                                                                                                       | 0.50  | 197.50   |
| 07/25/2017 | JMS | Continue drafting mediation paper.                                                                                                                                                                                                                                   | 5.60  | 1,736.00 |
|            | BTH | Review files and memos regarding coverage issues in preparation of mediation; Discussions with various parties in case in preparation of mediation; Continued review of discovery materials involving UMIA (3.1).                                                    | 3.10  | 914.50   |
|            | RBL | Download UMIA discovery documents; create sharefile link for documents and forward to counsel.                                                                                                                                                                       | 0.80  | 100.00   |
|            | BTH | Correspondence with UCC regarding issues surrounding upcoming mediation (.4).                                                                                                                                                                                        | 0.40  | 118.00   |

|            |     |                                                                                                                                                                                                                                                                                                                                                                 | Hours  |           |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|-----------|
| 07/26/2017 | JMS | Continue drafting mediation statement.                                                                                                                                                                                                                                                                                                                          | 4.90   | 1,519.00  |
|            | BTH | Phone conferences with J. Salisbury re mediation statement (.6); Phone conference with P. Pearlman re issues for mediation statement (.4); Review UMIA policy materials and related information for purposes of mediation statement (1.2); Review additional files and documents from T. Copenhaver (.7); Additional correspondence with UCC re reconciliation of discovery materials (.4); Continued review of discovery materials for preparation of reviewing mediation statement (.8). | 4.10   | 1,209.50  |
|            | BTH | Review prior correspondence with client and follow-up with additional items re prior discussions with UMIA (.5); Phone conference with T. Odom regarding the same (.2).                                                                                                                                                                                         | 0.70   | 206.50    |
|            | SRR | Review and revise statement to mediator and conference(s) with Jennifer re same.                                                                                                                                                                                                                                                                                | 1.30   | 487.50    |
|            | JFY | Review and analyze UMIA discovery disputes and issues related thereto.                                                                                                                                                                                                                                                                                          | 0.40   | 158.00    |
| 07/27/2017 | JMS | Continue working on mediation statement.                                                                                                                                                                                                                                                                                                                        | 3.50   | 1,155.00  |
|            | BTH | Review mediation instructions, review and revise mediation statement, and discuss the same with J. Salisbury (2.2); Review UMIA discovery documents and forward the same to UMIA counsel (.6); Review and respond to UCC request regarding notice of claims to insurer (.4).                                                                                    | 3.20   | 944.00    |
|            | SRR | Review of mediation statement.                                                                                                                                                                                                                                                                                                                                  | 0.30   | 112.50    |
|            | JFY | Review and analyze open discovery issues; Correspondence re discovery with UMIA.                                                                                                                                                                                                                                                                                | 0.60   | 237.00    |
|            | JFY | Review and analyze mediation statement to be submitted.                                                                                                                                                                                                                                                                                                         | 1.30   | 513.50    |
| 07/28/2017 | BTH | Review files and various correspondence regarding mediation and open issues related thereto (1.2).                                                                                                                                                                                                                                                              | 1.20   | 354.00    |
|            | JMS | Finalize and file/transmit mediation statement.                                                                                                                                                                                                                                                                                                                 | 4.60   | 1,518.00  |
| 07/31/2017 | BTH | Review files and begin preparing for upcoming mediation (2.1).                                                                                                                                                                                                                                                                                                  | 2.10   | 619.50    |
|            | SRR | Conference(s) with counsel re research on insurance aspect of case.                                                                                                                                                                                                                                                                                             | 0.20   | 75.00     |
|            |     | **TOTAL SERVICES**                                                                                                                                                                                                                                                                                                                                              | 111.60 | 34,530.00 |
|            |     | **TOTAL THIS INVOICE**                                                                                                                                                                                                                                                                                                                                          |        | 34,530.00 |
|            |     | Previous Balance                                                                                                                                                                                                                                                                                                                                                |        | $8,706.00 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                                                                                                                                                                                                                                                                  |        | $43,236.00 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---:|---:|
| 05/12/2017 | 96085 | 675.00 | 675.00 |
| 07/13/2017 | 96761 | 8,031.00 | 8,031.00 |
|  |  |  | 8,706.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

August 9, 2017                                               Invoice No.:  96992

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                      11278.015   Employment and Fee Applications
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 07/13/2017 | BTH | Review and code time entries for June interim fee application, draft summary and cover letter related thereto and finalize documents. | 1.80 | 531.00 |
|  |  | **TOTAL SERVICES** | 1.80 | 531.00 |
|  |  | **TOTAL THIS INVOICE** |  | 531.00 |
|  |  | Previous Balance |  | $8,546.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $9,077.00 |

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 01/06/2017 | 94754 | 1,563.50 | 590.00 |
| 02/10/2017 | 95137 | 855.50 | 855.50 |
| 04/11/2017 | 95735 | 5,006.00 | 5,006.00 |
| 05/12/2017 | 96087 | 442.50 | 442.50 |
| 06/16/2017 | 96434 | 737.50 | 737.50 |
| 07/13/2017 | 96763 | 914.50 | 914.50 |
|  |  |  | 8,546.00 |

*PAYABLE UPON RECEIPT*