**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

September 6, 2017                                     Invoice No.:  97241

Terry Odom, CEO                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                  11278.002   Restructure/Reorganization
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

                                                                                 Hours

| | | | | |
|---|---|---|---|---|
| 08/14/2017 | BTH | Phone conference with M. Lane (H2C) re update on case and expected process moving forward (.5); Review docket to address pending matters (.4). | 0.90 | 265.50 |
| 08/17/2017 | BTH | Phone conference with clerk re rescheduling of pending matters; Review various orders continuing matters (.4). | 0.40 | 118.00 |
| | | **TOTAL SERVICES** | 1.30 | 383.50 |

**EXPENSES:**

| | | |
|---|---|---|
| | Postage | 62.98 |
| | **TOTAL EXPENSES** Thru 08/31/2017 | 62.98 |
| | **TOTAL THIS INVOICE** | 446.48 |
| | Previous Balance | $5,987.07 |
| | **TOTAL OUTSTANDING INVOICES** | $6,433.55 |

Your trust account balance is

| | | |
|---|---|---|
| | Opening Balance | $86,141.07 |
| 08/15/2017 | Ck #7511 | 24,960.02 |
| 08/16/2017 | June Interim Billing Payment | |
| | PAYEE: MARKUS WILLIAMS YOUNG & ZIMMERMANN LL | -24,960.02 |
| | Closing Balance | $86,141.07 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

September 6, 2017                                    Invoice No.:  97242

Terry Odom, CEO                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                 11278.004   Cash Collateral
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 08/04/2017 | BTH | Review documents for purposes of continued use of cash collateral and follow-up with questions related thereto. | 0.40 | 118.00 |
| 08/07/2017 | BTH | Additional review of required reports for use of cash collateral and forward the same to counsel for Bank and UCC. | 0.30 | 88.50 |
| 08/31/2017 | BTH | Review cash collateral 45-day budget; Review proposed amendment to cash collateral agreement and discuss the same with T. Woznick; Advise client re execution (.6). | 0.60 | 177.00 |
|  |  | **TOTAL SERVICES** | 1.30 | 383.50 |
|  |  | **TOTAL THIS INVOICE** |  | 383.50 |
|  |  | Previous Balance |  | $944.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $1,327.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

September 6, 2017                                           Invoice No.:  97243

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                        11278.007   Required Reports
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                              | Hours |        |
|------------|-----|--------------------------------------------------------------|-------|--------|
| 08/24/2017 | BTH | Review and file monthly operating report for July 2017.      | 1.60  | 472.00 |
|            |     | **TOTAL SERVICES**                                           | 1.60  | 472.00 |
|            |     | **TOTAL THIS INVOICE**                                       |       | 472.00 |
|            |     | Previous Balance                                             |       | $1,445.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**                               |       | $1,917.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

September 6, 2017                                         Invoice No.:  97244

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                    11278.008   Claims
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                              | Hours |        |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 08/05/2017 | JMS | Review Healthtech term sheet.                                                                                                                                | 0.60  | 186.00 |
| 08/07/2017 | JMS | Review proposed term sheet with Healthtech; Correspondence with B. Hunsicker re same.                                                                        | 0.70  | 217.00 |
|            | JFY | Review and analyze agreement with Healthtech and Mr. Patton re resolution of claims.                                                                         | 0.40  | 158.00 |
|            | JFY | Correspondence with counsel for Healthtech and Patton.                                                                                                       | 0.20  | 79.00  |
|            | BTH | Review and analyze proposed settlement (term sheet) with HTMS and discuss the same with parties (1.6); Follow up correspondence with UCC re questions with HTMS term sheet (.2). | 1.80  | 531.00 |
| 08/08/2017 | JMS | Respond to request re insurance denial of the Scott claim.                                                                                                   | 0.30  | 93.00  |
|            | BTH | Review turn of term sheet and address correspondence related thereto (.5); Address correspondence from tort counsel (.1).                                    | 0.60  | 177.00 |
| 08/10/2017 | JFY | Continue to review and analyze issues related to potential settlement of claims disputes and related matters.                                                | 0.40  | 158.00 |
|            | JMS | Review proposed settlement term sheet with Healthtech and correspondence re same.                                                                            | 0.50  | 155.00 |
|            | BTH | Review final turn of term sheet with HTMS and correspond with counsel for parties subject to HTMS term sheet.                                                | 0.30  | 88.50  |
| 08/14/2017 | BTH | Address matters related to execution of HTMS term sheet.                                                                                                     | 0.30  | 88.50  |
| 08/21/2017 | BTH | Address matters related to HTMS settlement,                                                                                                                  | 0.40  | 118.00 |
| 08/29/2017 | JFY | Review and analyze status of claim dispute issues and mediation status.                                                                                      | 0.50  | 197.50 |

|  |  | Hours |  |
|---|---|---|---|
| **TOTAL SERVICES** |  | 7.00 | 2,246.50 |

**EXPENSES:**

| | | |
|---|---|---|
| | Out-of-town travel | 914.74 |
| | **TOTAL EXPENSES** Thru 08/31/2017 | 914.74 |
| | **TOTAL THIS INVOICE** | 3,161.24 |
| | Previous Balance | $8,871.00 |
| 08/17/2017 | Payment received | -3,110.02 |
| | **TOTAL OUTSTANDING INVOICES** | $8,922.22 |

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

September 6, 2017                              Invoice No.: 97248

Terry Odom, CEO                                **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                 11278.013   Insurance Issues
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 08/01/2017 | JMS | Review of UMIA produced documents. | 0.60 | 186.00 |
|  | BTH | Phone conference with T. Copenhaver re upcoming mediation (.2); Review Mediation Statement in preparation for mediation (.6); Review UMIA discovery files and forward the same to T. Copenhaver (2.2); Correspondence with UMIA re additional discovery requests (.5); Continuing preparing for mediation (1.6). | 5.10 | 1,504.50 |
|  | JFY | Review and analyze issues raised in mediation re various claims and disputes related thereto and potential settlements with tort claimants under applicable law. | 0.90 | 355.50 |
|  | JFY | Preparation for mediation. | 0.40 | 158.00 |
| 08/02/2017 | JMS | Prepare for and attend meeting with creditors' committee counsel and plaintiff's counsel in preparation for mediation. | 2.10 | 651.00 |
|  | JMS | Prepare for mediation. | 1.20 | 372.00 |
|  | JMS | Conferences with T. Copenhaver in preparation for mediation. | 1.10 | 341.00 |
|  | BTH | Prepare for and attend mediation conferences with parties in case (2.5); Conference with counsel re underlying facts in insurance litigation (1.9); Travel from Cheyenne to Denver to attend mediation (billed at 1/2 time) (.9). | 5.30 | 1,563.50 |
|  | JFY | Meet with unsecured creditors committee, its counsel and counsel representing various personal injury claimants to discuss the upcoming mediation and issues related thereto. | 1.70 | 671.50 |
| 08/03/2017 | JMS | Attend mediation. | 5.00 | 1,550.00 |
|  | BTH | Prepare for and attend all-day mediation including follow-up conferences related thereto. | 7.50 | 2,212.50 |

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | JFY | Meet with counsel to discuss upcoming mediation and strategies to resolve claims disputes with personal injury claimants. | 0.50 | 197.50 |
|  | JFY | Meet with client to discuss the mediation strategies and claims issues. | 0.50 | 197.50 |
|  | JFY | Meet with Mediator to discuss mediation issues. | 1.00 | 395.00 |
|  | JFY | Review and analyze mediation strategies and other open issues related to claims resolution. | 1.00 | 395.00 |
| 08/04/2017 | JMS | Conferences and correspondence re progression of mediation with respect to Healthtech and Insurance Companies. | 1.10 | 341.00 |
|  | BTH | Follow-up correspondence with parties in case re mediation and proposed settlements related thereto (2.3); Travel from Denver to Cheyenne (billed at 1/2 time) (.9). | 3.20 | 944.00 |
| 08/07/2017 | JMS | Review correspondence re status of negotiations between the committee and the insurers. | 0.30 | 93.00 |
| 08/08/2017 | JMS | Address strategy after mediation. | 0.40 | 124.00 |
| 08/10/2017 | BTH | Address correspondence from J. Moyers. | 0.20 | 59.00 |
| 08/15/2017 | JMS | Conference with S. Goldstein re UMIA's defenses to coverage. | 0.60 | 186.00 |
|  | BTH | Prepare for and attend conference call with S. Goldstein re update on pending matters with mediation and plan documents. | 1.00 | 295.00 |
| 08/29/2017 | BTH | Conference with S. Goldstein re update on negotiations with insurers; Review materials from S. Goldstein and respond accordingly (1.4). | 1.40 | 413.00 |
|  |  | **TOTAL SERVICES** | 42.10 | 13,205.50 |
|  |  | **TOTAL THIS INVOICE** |  | 13,205.50 |
|  |  | Previous Balance |  | $43,236.00 |
| 08/17/2017 |  | Payment received |  | -8,031.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $48,410.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

September 6, 2017                                              Invoice No.: 97249

Terry Odom, CEO                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                11278.014   Plan and Disclosure Statement
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                      | Hours |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 08/15/2017 | JMS | Conference with S. Goldstein re revisions to plan and disclosure statement and fling of same.                                                                                        | 0.40  | 124.00   |
| 08/21/2017 | BTH | Review docket and pending dates and deadlines for purposes of amending plan and disclosure statement; Review parties' concerns with prior versions thereto.                          | 1.80  | 531.00   |
| 08/23/2017 | JMS | Conference with S. Goldstein re status of negotiations with insurance companies and next steps in preparing disclosure statement and plan of reorganization; Follow-up re same.      | 1.30  | 403.00   |
|            | BTH | Phone conference with S. Goldstein to address future plan and disclosure statement amendments (.6); Review docket entries to determine timeline for amending plan and disclosure statement (.3). | 0.90  | 265.50   |
| 08/28/2017 | BTH | Research re creating channeling injunction in plan to address post-confirmation tort claims (1.2).                                                                                   | 1.20  | 354.00   |
| 08/29/2017 | JMS | Review proposed plan provisions re channeling injunctions.                                                                                                                           | 0.50  | 155.00   |
| 08/30/2017 | JMS | Address next steps re amending plan provisions.                                                                                                                                      | 0.30  | 93.00    |
|            |     | **TOTAL SERVICES**                                                                                                                                                                   | 6.40  | 1,925.50 |
|            |     | **TOTAL THIS INVOICE**                                                                                                                                                               |       | 1,925.50 |
|            |     | Previous Balance                                                                                                                                                                     |       | $31,815.67 |
| 08/17/2017 |     | Payment received                                                                                                                                                                     |       | -12,373.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                                                                                       |       | $21,367.67 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

September 6, 2017                                                                 Invoice No.: 97250

Terry Odom, CEO                                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                      11278.015   Employment and Fee Applications
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 08/04/2017 | BTH | Review proposed contract with Lutz; Review prior order on ordinary course professionals and advise client on the same. | 0.60 | 177.00 |
| 08/09/2017 | BTH | Review and code time entries for purposes of completing July 2017 interim fee application. | 0.80 | 236.00 |
| 08/10/2017 | BTH | Review prior Order on employment of ordinary course professionals and draft supplement to Exhibit A attached thereto and review requirements for payments to ordinary course professionals and advise client of the same (1.4); Finalize summary and materials for July 2017 interim fee application (.6); Review UCC Fee Application for June 2017 and forward to client for review (.5). | 2.50 | 737.50 |
| 08/15/2017 | BTH | Review Order on employment of ordinary course professionals and draft and file quarterly statement of fees paid. | 0.50 | 147.50 |
| 08/21/2017 | BTH | Research files to determine payable invoices to H2C and reconcile with retention application. | 0.60 | 177.00 |
|  |  | **TOTAL SERVICES** | 5.00 | 1,475.00 |
|  |  | **TOTAL THIS INVOICE** |  | 1,475.00 |
|  |  | Previous Balance |  | $9,077.00 |
| 08/17/2017 |  | Payment received |  | -914.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $9,637.50 |

*PAYABLE UPON RECEIPT*