**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

October 13, 2017                                                                 Invoice No.: 97957

Terry Odom, CEO                                          **RE:** **Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                 11278.002   Restructure/Reorganization
777 Avenue H
Powell, WY   82435

**EXPENSES:**

|  |  |  |
|---|---|---:|
|  | Online research | 4.10 |
|  | Postage | 129.70 |
|  | **TOTAL EXPENSES** Thru 09/30/2017 | 133.80 |
|  | **TOTAL THIS INVOICE** | 133.80 |
|  | Previous Balance | $6,433.55 |
| 09/18/2017 | Payment received | -3,397.77 |
|  | **TOTAL OUTSTANDING INVOICES** | $3,169.58 |

Your trust account balance is

|  |  |  |
|---|---|---:|
|  | Opening Balance | $86,141.07 |
| 09/08/2017 | Ck #7796 | 27,147.92 |
| 09/17/2017 | July Interim Billing Payment |  |
|  | PAYEE: MARKUS WILLIAMS YOUNG & ZIMMERMANN LL | -27,147.92 |
|  | Closing Balance | $86,141.07 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

October 13, 2017                                                Invoice No.:  97944

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                         11278.004   Cash Collateral
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                           | Hours |        |
|------------|-----|-------------------------------------------------------------------------------------------|-------|--------|
| 09/06/2017 | BTH | Review reports for continued use of cash collateral and provide the same to counsel for Bank (.3). | 0.30  | 88.50  |
|            |     | **TOTAL SERVICES**                                                                        | 0.30  | 88.50  |
|            |     | **TOTAL THIS INVOICE**                                                                    |       | 88.50  |
|            |     | Previous Balance                                                                          |       | $1,327.50 |
| 09/18/2017 |     | Payment received                                                                          |       | -118.00 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                            |       | $1,298.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

October 13, 2017                                        Invoice No.: 97945

Terry Odom, CEO                                   **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                11278.008  Claims
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 09/26/2017 | BTH | Address issues related to payment of pre-petition debts. | 0.30 | 88.50 |
|  |  | **TOTAL SERVICES** | 0.30 | 88.50 |
|  |  | **TOTAL THIS INVOICE** |  | 88.50 |
|  |  | Previous Balance |  | $8,922.22 |
| 09/18/2017 |  | Payment received |  | -4,292.48 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $4,718.24 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

October 13, 2017                                                                   Invoice No.:  97946

Terry Odom, CEO                                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                       11278.013   Insurance Issues
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                              | Hours |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 09/01/2017 | BTH | Review and analyze motion for relief from stay filed by Lexington; Phone conference with counsel for Lexington.                                              | 0.80  | 236.00   |
| 09/13/2017 | BTH | Address matters related to Lexington's motion for relief from stay.                                                                                          | 0.70  | 206.50   |
| 09/14/2017 | BTH | Additional review of issues surrounding Lexington motion for stay relief; Review UCC objection to Lexington motion for stay relief.                          | 0.50  | 147.50   |
| 09/15/2017 | JMS | Draft objection to Lexington's Motion to lift stay.                                                                                                          | 3.20  | 992.00   |
| 09/18/2017 | JMS | Continue drafting objection to Lexington's motion to lift stay.                                                                                              | 2.50  | 775.00   |
|            | BTH | Review UCC draft Objection to Lexington Stay Relief Motion; Review and revise Debtor Objection to Lexington Stay Relief Motion.                              | 1.20  | 354.00   |
| 09/19/2017 | JMS | Legal research regarding assignability of post-loss insurance policies under Wyoming law.                                                                    | 1.70  | 527.00   |
|            | JMS | Review and analysis of insurance companies' neutrality provision and correspondence with insurers' counsel re same.                                          | 0.40  | 124.00   |
| 09/25/2017 | JMS | Correspondence regarding extension on status conference hearing; draft and file motion re same.                                                              | 0.50  | 155.00   |
| 09/26/2017 | JMS | Prepare for hearing on automatic stay regarding Lexington.                                                                                                   | 1.30  | 403.00   |
| 09/27/2017 | JMS | Prepare for (1.5) and appear on behalf Debtor on hearing on Lexington's motion for relief from the automatic stay (0.7); Conferences with counsel for the Committee following hearing potential outcomes (0.5). | 2.70  | 837.00   |
| 09/29/2017 | BTH | Address insurance companies' denial of coverage and defense issues (.5).                                                                                     | 0.50  | 147.50   |
|            |     | **TOTAL SERVICES**                                                                                                                                           | 16.00 | 4,904.50 |

| | |
|---|---:|
| **TOTAL THIS INVOICE** | 4,904.50 |
| Previous Balance | $48,410.50 |
| **TOTAL OUTSTANDING INVOICES** | $53,315.00 |

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

October 13, 2017                                                                    Invoice No.:  97947

Terry Odom, CEO                                       **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                           11278.014   Plan and Disclosure Statement
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 09/01/2017 | BTH | Prepare for and attend conference call with S. Goldstein to address revisions to Plan and Plan documents (1.9); Research re insurance neutrality to address informal objection to Plan filed by insurance companies (.7); Begin review of Plan and Plan documents for purposes of revising the same (.6). | 3.40 | 1,003.00 |
| 09/05/2017 | JMS | Analysis and review Committee's proposed changes to language to plan of reorganization re insurance neutrality provisions. | 0.80 | 248.00 |
| | JMS | Legal research re enforceability of post-loss anti-assignment provisions in insurance contracts. | 0.50 | 155.00 |
| | BTH | Review and revise provisions in Plan to address open issues. | 2.60 | 767.00 |
| | JFY | Review and analyze insurance neutrality agreement and revisions to plan re same; Conference with others re same. | 0.90 | 355.50 |
| 09/06/2017 | BTH | Address matters related to revisions to Plan and Plan documents. | 1.20 | 354.00 |
| 09/07/2017 | BTH | Review and address correspondence from UCC re revisions to Plan and Plan documents; Conference with T. Odom re pending matters with Plan revisions. | 0.90 | 265.50 |
| 09/08/2017 | JMS | Review, and comment on addition of Class 7 claims to the plan. | 0.50 | 155.00 |
| | BTH | Address matters for future revisions to Plan and Plan documents; Conference with S. Goldstein re update on revisions to Plan and additional items requiring further discussions. | 0.70 | 206.50 |
| 09/11/2017 | JMS | Analysis as to status of plan negotiations and inclusion of Healthtech changes in disclosure statement and plan. | 0.40 | 124.00 |
| | BTH | Address issues related to assignment of claims to liquidating trust; Correspondence with S. Goldstein re issues with insurance coverage for purposes of Plan; Begin addressing revisions to Plan documents. | 2.30 | 678.50 |

|            |     |                                                                                                                                                                                                                                                                                                                       | Hours |          |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 09/12/2017 | JMS | Review, analysis and revisions to correspondence re extending hearing on disclosure statement.                                                                                                                                                                                                                        | 0.30  | 93.00    |
|            | BTH | Review and analysis of pending matters related to Plan confirmation; Phone conference with S. Goldstein re necessary steps to move Plan confirmation process forward; Review docket and pending matters for purposes of assessing potential delay with Plan confirmation; Correspondence to parties in interest re proposed continuance of pending matters; Review proposed revisions to Plan documents submitted by parties. | 3.20  | 944.00   |
| 09/13/2017 | JMS | Review and analysis of proposed trust distribution procedures and considerations of input from debtor's tort counsel.                                                                                                                                                                                                 | 1.10  | 341.00   |
|            | BTH | Review, analysis and revise procedures for liquidation of claims and distribution procedures; Continue review of Plan and Plan documents for subsequent revisions.                                                                                                                                                    | 2.70  | 796.50   |
|            | JFY | Review and analyze some necessary plan modifications.                                                                                                                                                                                                                                                                 | 0.50  | 197.50   |
| 09/14/2017 | JMS | Review and analysis of proposed trust distribution procedures and potential collusion problems therein.                                                                                                                                                                                                               | 0.90  | 279.00   |
|            | BTH | Address issues related to revisions of Disclosure Statement and Plan documents.                                                                                                                                                                                                                                       | 2.20  | 649.00   |
|            | JFY | Review and analyze Trust distribution procedures and proposed modification made by the unsecured creditors committee; Discuss same with others.                                                                                                                                                                       | 1.00  | 395.00   |
| 09/15/2017 | JMS | Continued analysis of trust distribution procedures and anticipated effect on plan of reorganization.                                                                                                                                                                                                                 | 0.80  | 248.00   |
|            | BTH | Further review and analysis of trust liquidation procedures; Conferences with S. Goldstein re distribution procedures; Review docket and pending matters set for hearing and draft motions to continue and vacate pending matters and proposed orders thereto (3.8).                                                  | 4.10  | 1,209.50 |
|            | JFY | Continue to review and analyze trust distribution procedures and suggested changes thereto by the unsecured creditors committee; Correct inconsistencies in re thereto.                                                                                                                                               | 1.20  | 474.00   |
| 09/18/2017 | BTH | Correspondence with parties in case re proposed course of action to revise Plan and Plan documents.                                                                                                                                                                                                                   | 0.90  | 265.50   |
|            | JFY | Conference with insurance counsel and B. Hunsicker; Review and analyze correspondence re disclosure statement issues.                                                                                                                                                                                                 | 0.40  | 158.00   |
|            | BTH | Review proposed TDPs from the UCC and forward to client for review (.4); Review correspondence from insurer (.2).                                                                                                                                                                                                     | 0.60  | 177.00   |
| 09/19/2017 | JMS | Revise motion for entry of order approving procedures for solicitation of votes and approval of disclosure statement.                                                                                                                                                                                                 | 2.20  | 682.00   |

11278.014   Plan and Disclosure Statement

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | BTH | Review revised Plan terms from Bank and forward to client for review; Review motion for approval of disclosure statement and related dates and deadlines and exhibits thereto; Review proposed language from insurers; Correspondence with parties in case re amendments to Plan and Plan documents; Address concerns with TDPs and Trustee as successor in interest to the Debtor; Begin review of filed Plan documents for purposes of revision. | 4.20 | 1,239.00 |
|  | JFY | Review and analyze proposed distribution procedures and issues related thereto. | 0.60 | 237.00 |
| 09/20/2017 | JMS | Draft motion to approve solicitation procedures, tardy claim procedures and scheduling hearing on confirmation; draft order and notice regarding same; also draft ballot for voting on the plan. | 4.60 | 1,426.00 |
|  | BTH | Phone conference with S. Goldstein re revisions to Plan and Plan documents (1.1); Phone conference with T. Woznick re concerns with Plan (.4); Correspondence with parties re revisions to Plan and Plan documents (.6); Review and revise Procedures Motion (.7); Review and revise Plan and Plan documents (5.2). | 8.00 | 2,360.00 |
| 09/21/2017 | JMS | Review revisions to procedures motion and correspondence re changes to same; revise motion. Draft ballot for inclusion with procedures motion. | 1.80 | 558.00 |
|  | BTH | Address concerns with Plan and Plan documents with parties in case (1.0); Phone conferences with T. Odom and T. Copenhaver re revisions to Plan and Plan documents (.6); Continue detailed review and revisions to Plan and Plan documents (6.1). | 7.70 | 2,271.50 |
|  | JMS | In depth review and analysis of proposed revisions to plan; to trust distribution procedures. Make suggested revisions to same. | 4.50 | 1,395.00 |
| 09/22/2017 | BTH | Review and analyze proposed revisions to Plan and Plan documents from parties in case; Continue review and revisions to Plan and Plan documents; Correspondence with S. Goldstein re comprehensive revisions to Plan and Plan documents and issues related thereto. | 6.40 | 1,888.00 |
|  | JMS | Continue in depth analysis of proposed revisions to plan and accompanying documents; make revisions to same; correspondence with committee regarding revisions as well. | 3.90 | 1,209.00 |
|  | JMS | Revise, finalize and file procedures motion with proposed order. | 1.30 | 403.00 |
| 09/23/2017 | BTH | Further review and revisions to Plan and Plan documents and forward to client for review and approval. | 3.20 | 944.00 |
| 09/25/2017 | JMS | Continue review and analysis and revisions to plan and plan documents. | 1.80 | 558.00 |
|  | BTH | Review prior financial projections and liquidation analysis for Plan and address the same for purposes of amended Plan; Addition review and revisions to Disclosure Statement, Plan and Plan documents; Correspondence with counsel for UCC re revisions to Disclosure Statement, Plan and Plan documents; Phone conference with C. Caby re revisions to Disclosure Statement; Prepare for and attend conference with Board re revisions to Disclosure Statement, Plan and Plan documents (7.2). | 7.20 | 2,124.00 |

11278.014  Plan and Disclosure Statement

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | JFY | Review and analyze Revised Plan and prepare revisions thereto (.9); Review and analyze the Glossary and revisions thereto (.6); Review and analyze Trust Agreement and make revisions thereto (.5); Review and analyze Distribution Procedures and make revisions thereto (.6). | 2.60 | 1,027.00 |
| 09/26/2017 | JMS | Review and revisions to amended disclosure statement; Correspondence re filing of same. | 1.60 | 496.00 |
|  | JMS | Correspondence with and re insurers as to filing of an objection to the disclosure statement. | 0.40 | 124.00 |
|  | BTH | Additional review and revisions to Disclosure Statement, Plan and Plan documents and discuss the same with opposing parties (3.9); Forward Disclosure Statement to client for review and execution (.1); Address matters related to procedural issues with Disclosure Statement and Plan (1.6); Address issues with Trust Distribution Procedures (.7). | 6.30 | 1,858.50 |
| 09/27/2017 | JMS | Draft Motion for Shortened Deadline for parties to object to the Debtor's Disclosure Statement; Correspondence with insurers re same. | 1.60 | 496.00 |
|  | BTH | Address issues with insurance companies and ability to object to Amended Disclosure Statement (.8); Review and revise procedures motion (.7); Conferences with parties in case re issues with revised and filed Plan documents (1.0). | 2.50 | 737.50 |
|  | JFY | Review and analyze correspondence from insurance attorneys re disclosure statement issues; Review and analyze matters related thereto. | 0.60 | 237.00 |
| 09/28/2017 | BTH | Phone conference with C. Caby to address status of case (.4); Review recent pleadings in case (.6); Address matters related to approval of Amended Disclosure Statement (.4). | 1.40 | 413.00 |
|  | JMS | Conference regarding preparation of brief in support of disclosure statement. | 0.20 | 62.00 |
| 09/29/2017 | JMS | Legal research in support of brief in support of disclosure statement. | 1.60 | 496.00 |
|  | BTH | Phone conference with P. Pearlman to address hearing on amended disclosure statement (.3). | 0.30 | 88.50 |
|  |  | **TOTAL SERVICES** | 110.60 | 33,869.00 |
|  |  | **TOTAL THIS INVOICE** |  | 33,869.00 |
|  |  | Previous Balance |  | $21,367.67 |
| 09/18/2017 |  | Payment received |  | -12,880.38 |
| 09/18/2017 |  | Payment received |  | -5,721.79 |
|  |  | Total Payments |  | -18,602.17 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $36,634.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

October 13, 2017                                              Invoice No.:  97948

Terry Odom, CEO                           **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                    11278.015   Employment and Fee Applications
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                            | Hours |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 09/06/2017 | BTH | Review and code time entries for purposes of August interim fee application.                                                               | 0.80  | 236.00   |
| 09/11/2017 | BTH | Review and finalize materials for interim fee application for August 2017; Review UCC interim fee application for July 2017 and advise client of the same. | 0.70  | 206.50   |
| 09/13/2017 | BTH | File review to begin fee application for H2C.                                                                                              | 0.40  | 118.00   |
| 09/21/2017 | MTF | Review invoices and employment pleadings; Begin drafting application for compensation for financial advisor, coversheet, proposed order and notice. | 3.70  | 1,165.50 |
|            | MTF | Telephone conference with B. Hunsicker re case status and fee application issues.                                                          | 0.30  | n/c      |
| 09/22/2017 | MTF | Finish drafting application for compensation for financial advisor.                                                                        | 1.00  | 315.00   |
| 09/25/2017 | BTH | Review H2C invoices and discuss the same with M. Lane (.6).                                                                                | 0.60  | 177.00   |
|            |     | **TOTAL SERVICES**                                                                                                                         | 7.20  | 2,218.00 |
|            |     | **TOTAL THIS INVOICE**                                                                                                                     |       | 2,218.00 |
|            |     | Previous Balance                                                                                                                           |       | $9,637.50|
| 09/18/2017 |     | Payment received                                                                                                                           |       | -737.50  |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                                             |       | $11,118.00|

*PAYABLE UPON RECEIPT*