**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

November 6, 2017                                    Invoice No.:  98241

Terry Odom, CEO                           **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.               11278.002   Restructure/Reorganization
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                           | Hours |          |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 10/03/2017 | BTH | Review and analyze correspondence from client re issues with Crowley Fleck and Noridian; Update client on status of matters related to Amended Disclosure Statement. | 0.70  | 206.50   |
| 10/05/2017 | BTH | Address recent docket entries and procedural matters related thereto.                                                                                     | 0.90  | 265.50   |
| 10/06/2017 | BTH | Review pending docket matters and correspond with T. Swanson re status of insurers' motion for stay relief (.3).                                          | 0.30  | 88.50    |
| 10/09/2017 | JMS | Travel to Cheyenne for Disclosure Statement hearing. (billed at 1/2 time)                                                                                 | 0.90  | 279.00   |
| 10/10/2017 | JMS | Travel from Cheyenne to Denver following disclosure statement hearing. (billed at 1/2 time)                                                               | 0.90  | 279.00   |
|            |     | **TOTAL SERVICES**                                                                                                                                        | 3.70  | 1,118.50 |

**EXPENSES:**

| | |
|---|---:|
| Online research | 2.40 |
| Postage | 1,169.36 |
| Out-of-town travel | 108.90 |
| Litigation support vendors | 6,001.25 |
| **TOTAL EXPENSES** Thru 10/31/2017 | 7,281.91 |
| **TOTAL THIS INVOICE** | 8,400.41 |
| Previous Balance | $3,169.58 |
| 11/01/2017    Payment received | -446.48 |
| **TOTAL OUTSTANDING INVOICES** | $11,123.51 |

Your trust account balance is

|  |  |  |
|---|---|---|
|  | Opening Balance | $86,141.07 |
| 10/30/2017 | Ck #8650 | 16,046.34 |
| 11/01/2017 | August Interim Billing Payment |  |
|  | PAYEE: MARKUS WILLIAMS YOUNG & ZIMMERMANN LL | -16,046.34 |
|  | Closing Balance | $86,141.07 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

November 6, 2017                    Invoice No.:  98242

Terry Odom, CEO                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                11278.004   Cash Collateral
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                      | Hours |        |
|------------|-----|------------------------------------------------------------------------------------------------------|-------|--------|
| 10/04/2017 | BTH | Review reports for continued use of cash collateral and forward the same to T. Woznick and S. Goldstein. | 0.30  | 88.50  |
| 10/13/2017 | BTH | Review preliminary and updated budget for purposes of continued use of cash collateral (.4).          | 0.40  | 118.00 |
| 10/16/2017 | BTH | Address matters related to extension of use of cash collateral.                                       | 0.80  | 236.00 |
|            |     | **TOTAL SERVICES**                                                                                   | 1.50  | 442.50 |
|            |     | **TOTAL THIS INVOICE**                                                                               |       | 442.50 |
|            |     | Previous Balance                                                                                     |       | $1,298.00 |
| 11/01/2017 |     | Payment received                                                                                     |       | -383.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                       |       | $1,357.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

November 6, 2017                              Invoice No.:  98243

Terry Odom, CEO                        **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.             11278.005   Schedules and SOFA
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                    | Hours |        |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 10/18/2017 | JMS | Conference with B. Hunsicker re twenty executory contracts that need to be added to the Debtor's schedules; Review and analysis of same.           | 0.60  | 186.00 |
| 10/25/2017 | BTH | Address matters related to amending Schedule G - Executory Contracts (.8).                                                                         | 0.80  | 236.00 |
|            |     | **TOTAL SERVICES**                                                                                                                                 | 1.40  | 422.00 |
|            |     | **TOTAL THIS INVOICE**                                                                                                                             |       | 422.00 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                                                     |       | $422.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

November 6, 2017                                              Invoice No.:  98244

Terry Odom, CEO                                  **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                          11278.007   Required Reports
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 10/02/2017 | BTH | Review, finalize and file monthly operating report for August 2017. | | 0.80 | 236.00 |
| 10/24/2017 | BTH | Review, finalize and file monthly operating report for September 2017 (.8). | | 0.80 | 236.00 |
| | | **TOTAL SERVICES** | | 1.60 | 472.00 |
| | | **TOTAL THIS INVOICE** | | | 472.00 |
| | | Previous Balance | | | $1,917.50 |
| 11/01/2017 | | Payment received | | | -472.00 |
| | | **TOTAL OUTSTANDING INVOICES** | | | $1,917.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

November 6, 2017                                      Invoice No.: 98245

Terry Odom, CEO                                **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                         11278.008   Claims
777 Avenue H
Powell, WY   82435


**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                 | Hours |        |
|------------|-----|-----------------------------------------------------------------------------------------------------------------|-------|--------|
| 10/05/2017 | BTH | Review claims submitted by Crowley Fleck and insurance response related thereto.                                | 0.30  | 88.50  |
| 10/19/2017 | BTH | Research re stipulation of administrative claim of McKesson (.4).                                               | 0.40  | 118.00 |
| 10/24/2017 | JFY | Review and analyze administrative claim issues involving McKesson; Correspondence with creditor re same.        | 0.60  | 237.00 |
| 10/25/2017 | JFY | Review and analyze various open claims issues; Review and analyze schedules related thereto.                    | 0.70  | 276.50 |
|            |     | **TOTAL SERVICES**                                                                                              | 2.00  | 720.00 |
|            |     | **TOTAL THIS INVOICE**                                                                                          |       | 720.00 |
|            |     | Previous Balance                                                                                                |       | $4,718.24 |
| 11/01/2017 |     | Payment received                                                                                                |       | -3,161.24 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                  |       | $2,277.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

November 6, 2017　　　　　　　　　　　　　　　　Invoice No.:  98246

Terry Odom, CEO　　　　　　　　　　　　　　**RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.　　　　　　　　　　11278.009   Executory Contracts
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 10/19/2017 | JMS | Review and prepare outline of visiting physician contracts for inclusion in schedules. | 0.70 | 217.00 |
| 10/25/2017 | JMS | Review contract as to whether it is an executory contract. | 0.30 | 93.00 |
|  |  | **TOTAL SERVICES** | 1.00 | 310.00 |
|  |  | **TOTAL THIS INVOICE** |  | 310.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $310.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

November 6, 2017                                               Invoice No.: 98247

Terry Odom, CEO                                **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                      11278.013   Insurance Issues
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                       | Hours |        |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 10/12/2017 | BTH | Address matters related to invoice from mediation.                                                                                                                                    | 0.40  | 118.00 |
| 10/25/2017 | JMS | Conference and correspondence re insurers' request re potential discovery prior to hearing on confirmation; Correspondence with S. Goldstein re status of negotiations with insurers. | 0.60  | 186.00 |
| 10/27/2017 | BTH | Review order on Lexington's motion for stay relief and advise client of the same.                                                                                                     | 0.30  | 88.50  |
| 10/31/2017 | JMS | Follow up with committee counsel and further analysis regarding discovery requests.                                                                                                   | 0.50  | 155.00 |
|            |     | **TOTAL SERVICES**                                                                                                                                                                    | 1.80  | 547.50 |
|            |     | **TOTAL THIS INVOICE**                                                                                                                                                                |       | 547.50 |
|            |     | Previous Balance                                                                                                                                                                      |       | $53,315.00 |
| 11/01/2017 |     | Payment received                                                                                                                                                                      |       | -11,583.12 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                                                                                        |       | $42,279.38 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

November 6, 2017                                        Invoice No.:  98248

Terry Odom, CEO                                 **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                  11278.014   Plan and Disclosure Statement
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 10/02/2017 | JMS | Draft brief in support of approval of disclosure statement. | 5.60 | 1,736.00 |
|  | BTH | Review procedural issues related to hearing on Amended Disclosure Statement; Review and respond to correspondence from T. Copenhaver; Begin preparing legal argument to support approval of Amended Disclosure Statement. | 2.10 | 619.50 |
|  | JFY | Review and analyze procedural issues and motion regarding procedures; Review Plan confirmation issues related thereto. | 0.60 | 237.00 |
| 10/03/2017 | JMS | Review and finalize brief in support of disclosure statement. | 0.70 | 217.00 |
|  | BTH | Research re standards for approving disclosure statement; Review and revise memorandum in support of approval of Amended Disclosure Statement; Correspondence with parties in interest re status of pending matters for hearing; Address procedural matters with amended disclosure statement. | 3.70 | 1,091.50 |
| 10/04/2017 | JMS | Review case law re insurance neutrality provisions. | 0.30 | 93.00 |
|  | BTH | Address procedural matters for hearing on Amended Disclosure Statement. | 0.40 | 118.00 |
|  | JFY | Review and analyze service and distribution issues re disclosure statement. | 0.50 | 197.50 |
| 10/05/2017 | BTH | Phone conference with T. Odom re issues related to Amended Disclosure Statement (.5); Phone conference with S. Goldstein re address pending matters (.3); Begin preparing for hearing on approval of Amended Disclosure Statement (.5). | 1.30 | 383.50 |
|  | JMS | Begin to prepare for hearing on disclosure statement. | 0.90 | 279.00 |
|  | JFY | Review and analyze open disclosure statement issues and procedures related thereto. | 0.80 | 316.00 |

|  |  |  | Hours |  |
|---|---|---|---|---|
| 10/06/2017 | JMS | Prepare for disclosure statement hearing; Review law review article on insurance neutrality provisions. | 1.60 | 496.00 |
|  | JMS | Review and analysis of Insurers' objection to disclosure statement. | 0.90 | 279.00 |
|  | BTH | Review and analyze updated cash flow projections for Amended Disclosure Statement and address the same with client; Review and address matters with updated liquidation analysis for purposes of Amended Disclosure Statement; Begin review and analysis of insurers' objection to Amended Disclosure Statement (4.7). | 4.70 | 1,386.50 |
|  | JFY | Continue to analyze and resolve disputes re disclosure statement and confirmation issues. | 0.70 | 276.50 |
| 10/07/2017 | JMS | Review and analysis of Committee's objection to disclosure statement; Research in support of drafting objection to same. | 1.70 | 527.00 |
|  | BTH | Research re issues raised by insurers in insurers' objection to Amended Disclosure Statement (2.7). | 2.70 | 796.50 |
| 10/08/2017 | JMS | Draft Reply to Committee's objections to Disclosure Statement. | 4.50 | 1,395.00 |
|  | BTH | Review and revise reply to insurers' objection to Amended Disclosure Statement and conduct additional research related thereto (2.1). | 2.10 | 619.50 |
| 10/09/2017 | JMS | Continue preparing for disclosure statement hearing. | 4.60 | 1,426.00 |
|  | BTH | Correspondence with parties in interest re support of Amended Disclosure Statement; Further revision and review of reply to Insurance Companies' objection to Amended Disclosure Statement; Review and address revised and updated exhibits for Amended Disclosure Statement; Review UCC response to Insurance Companies' objection to Amended Disclosure Statement and address the same with S. Goldstein; Meet with UCC to prepare for hearing on approval of Amended Disclosure Statement; Begin preparing for hearing on approval of Amended Disclosure Statement. | 10.50 | 3,097.50 |
|  | JFY | Review and analyze objections filed by insurance company to disclosure statement. | 0.90 | 355.50 |
|  | JFY | Review draft responses to such objections and make comments thereto. | 0.50 | 197.50 |
|  | JFY | Review the responses filed by the committee to the objections raised by the insurance company to the disclosure statement. | 0.50 | 197.50 |
| 10/10/2017 | JMS | Prepare for (3.5); and attend (2.9) Disclosure Statement hearing; Follow-up re same. | 7.20 | 2,232.00 |
|  | BTH | Prepare for and attend hearing on approval of Debtor's Amended Disclosure Statement (5.5); Follow-up conferences with parties in interest re process moving forward for confirmation (.8); Phone conference with M. Lane (H2C) re updating liquidation analysis (.5); Review and analysis of updated liquidation analysis and supporting data and information (.7). | 7.50 | 2,212.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/11/2017 | JMS | Analysis of revisions to Disclosure Statement. | 0.40 | 124.00 |
| | JTM | Review disclosure statement matters and revised liquidation analysis (0.4); Review legal authority relating to equitable mootness of potential appeals by carriers (0.8). | 1.20 | 510.00 |
| | BTH | Address matters related to updated liquidation analysis (1.3); Review and revise Amended Disclosure Statement to conform with requirements from the Court and review related Plan documents to ensure consistency (1.8); Advise client and UCC on status of Amended Disclosure Statement (0.2). | 3.30 | 973.50 |
| | JFY | Review and analyze issues related to the modifications of disclosure statement to satisfy objections of Insurance companies. | 0.80 | 316.00 |
| 10/12/2017 | BTH | Review, revise and finalize Second Amended Disclosure Statement; Draft and finalize submission of Second Amended Disclosure Statement; Review, revise and finalize proposed orders approving Second Amended Disclosure Statement and Procedures Order; Forward revised and filed documents to client (5.3). | 5.30 | 1,563.50 |
| | JFY | Continue to review issues involving disclosure statement and insurance company's objections thereto. | 0.50 | 197.50 |
| 10/13/2017 | JMS | Follow-up re processes, procedures and logistics for balloting for plan and disclosure statement. | 0.50 | 155.00 |
| | BTH | Review docket entries related to amended plan and disclosure statement and begin preparing for confirmation process (.8); Review and revise proposed order on Procedures Motion (.3). | 1.10 | 324.50 |
| 10/16/2017 | BTH | Phone conference and correspondence with S. Goldstein re update on potential settlement for consensual plan and issues related to post-petition creditor inquiries. | 0.50 | 147.50 |
| 10/18/2017 | BTH | Review and analysis of anticipated order on procedures motion to ensure proper noticing and service; Address matters related to amending schedule of executory contracts; Correspondence with client re issues with procedures motion and executory contracts (3.4). | 3.40 | 1,003.00 |
| 10/19/2017 | BTH | Correspondence to client re updating mailing matrix for solicitation of Plan; Review prior noticed parties for disclosure statement and begin updating the same; Begin preparing for service of Plan and Plan documents; Review and analysis schedules filed to address executory contracts; Review and revise mailing matrix to reflect parties to executory contracts (3.7). | 3.70 | 1,091.50 |
| 10/23/2017 | JMS | Analysis re timing for entry of order approving disclosure statement and procedures and outcomes re same. | 0.50 | 155.00 |
| 10/24/2017 | JMS | Review procedures order and analysis of final date for service of plan and disclosure statement in order to confirm plan in December. | 0.40 | 124.00 |

11/06/2017
Invoice No.: 98248
11278.014 Plan and Disclosure Statement

Case 16-20326   Doc 859-16   Filed 04/02/18   Entered 04/02/18 12:20:26   Desc
Exhibit October 2017 Invoice   Page 12 of 14

Page 4

|  |  |  | Hours |  |
|---|---|---|---:|---:|
|  | BTH | Correspondence with parties in case regarding status of pending approval of Amended Disclosure Statement (.4); Review files and prior correspondence with client to determine open issues prior to service of solicitation package (.7). | 1.10 | 324.50 |
| 10/25/2017 | JMS | Conferences with B. Hunsicker re filing of emergency motion for entry of order approving disclosure statement; In-depth review re deadlines for confirmation. | 1.40 | 434.00 |
|  | JMS | Review court orders setting confirmation hearing and approving disclosure statement; Begin to prepare solicitation package. | 0.80 | 248.00 |
|  | BTH | Review PVHC's records to determine governmental and health agencies receiving notice and address matters related thereto with client; Review entered orders on procedures motion and approval of disclosure statement and begin addressing requirements therein; Address matters related to McKesson in Plan; Phone conference with S.Goldstein re update on proceedings; Phone conference with T. Swanson re update on matters with insurers; Review various pre-petition contracts to determine amendments to schedules in order to avoid confirmation issues; Correspondence with commercial printer. | 4.70 | 1,386.50 |
|  | JFY | Review and analyze certain solicitation procedures and Courts order re same. | 0.40 | 158.00 |
| 10/26/2017 | JMS | Conferences and analysis re solicitation package for balloting; In-depth review of Court orders re same. | 1.50 | 465.00 |
|  | BTH | Summary review re all requisite pleadings for purposes of finalizing solicitation package; Review docket and various amendments and exhibits to solicitation documents; Correspondence with commercial printers to ensure proper service of solicitation package; Review updated mailing matrix from client, reconcile with master mailing matrix, and finalize the same. | 5.80 | 1,711.00 |
|  | JFY | Continue to review and analyze solicitation issues and procedures related thereto and compliance therewith. | 0.90 | 355.50 |
|  | JFY | Review and analyze scheduling issues and other deadlines to be met in regard to proposed confirmation hearing. | 0.80 | 316.00 |
|  | JFY | Correspondence with other counsel re solicitation issues. | 0.20 | 79.00 |
| 10/27/2017 | JMS | Draft and prepare balloting package; Draft and review Notice of Confirmation Hearing and other dates and Ballot for the Amended Plan; Conferences with B. Hunsicker re same; Review and revise proposed cover letter for solicitation package. | 1.90 | 589.00 |
|  | BTH | Address matters to ensure proper noticing of Plan and Plan documents; Review and revise confirmation hearing notice and ballot; Draft and finalize solicitation letter; Correspondence with commercial printers; Review and analyze various orders related to solicitation process and confirmation process; Update mailing matrixes to ensure compliance with rules and orders. | 5.40 | 1,593.00 |
| 10/30/2017 | JMS | Review proposed discovery requests from the insurance Companies; Analysis and review re documents responsive to the requests; Conference with S. Goldstein re Committee response. | 1.10 | 341.00 |

11/06/2017  
Invoice No.: 98248  
Page 5

11278.014   Plan and Disclosure Statement

|  |  |  | Hours |  |
|---|---|---|---|---|
| 11/06/2017 | BTH | Phone conferences with S. Goldstein re status of Plan negotiations with insurers (1.2); Finalize solicitation materials and multiple correspondences with mailing service (J. Jump) to ensure compliance with orders (3.1). | 4.30 | 1,268.50 |
| 10/31/2017 | BTH | Address and discuss procedural matters with parties in case (.9); Review and address discovery requests from UMIA in connection with its future anticipated objection to Plan (.6); Address matters with service of solicitation package (.3). | 1.80 | 531.00 |
|  |  | **TOTAL SERVICES** | 121.20 | 37,267.50 |
|  |  | **TOTAL THIS INVOICE** |  | 37,267.50 |
|  |  | Previous Balance |  | $36,634.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $73,902.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

November 6, 2017                                           Invoice No.: 98249

Terry Odom, CEO                          **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.               11278.015   Employment and Fee Applications
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                              | Hours |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 10/04/2017 | BTH | Review and revise fee application for H2C; Review exhibits for H2C fee application; Forward H2C application to M. Lane and client for review and approval. | 1.60  | 472.00   |
| 10/05/2017 | BTH | Finalize and file fee application for H2C.                                                                                                                   | 0.60  | 177.00   |
| 10/06/2017 | BTH | Review UCC interim fee application for August and forward the same to client for review.                                                                     | 0.30  | 88.50    |
| 10/13/2017 | BTH | Review and code time entries for September 2017 interim fee application.                                                                                     | 0.70  | 206.50   |
| 10/16/2017 | BTH | Review interim fee application requests for budgeting purposes and advise client of the same; Review and finalize interim fee application for September 2017. | 0.90  | 265.50   |
|            |     | **TOTAL SERVICES**                                                                                                                                           | 4.10  | 1,209.50 |
|            |     | **TOTAL THIS INVOICE**                                                                                                                                       |       | 1,209.50 |
|            |     | Previous Balance                                                                                                                                             |       | $11,118.00 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                                                                                               |       | $12,327.50 |

*PAYABLE UPON RECEIPT*