**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

December 13, 2017                                            Invoice No.:  98580

Terry Odom, CEO                              **RE:** Powell Valley Healthcare, Inc.
Powell Valley Healthcare, Inc.                    11278.002   Restructure/Reorganization
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                   | Hours |        |
|------------|-----|---------------------------------------------------------------------------------------------------|-------|--------|
| 11/15/2017 | BTH | Address matters related to audit of PVHC; Address matters related to prior billings of professions in case. | 0.40  | 118.00 |
|            |     | **TOTAL SERVICES**                                                                                | 0.40  | 118.00 |

**EXPENSES:**

| Litigation support vendors | 1,410.36 |
|---|---|
| **TOTAL EXPENSES** Thru 11/30/2017 | 1,410.36 |
| **TOTAL THIS INVOICE** | 1,528.36 |
| Previous Balance | $11,123.51 |
| **TOTAL OUTSTANDING INVOICES** | $12,651.87 |

Your trust account balance is

|            | Opening Balance                                               | $86,141.07  |
|------------|---------------------------------------------------------------|-------------|
| 12/11/2017 | Ck #9221                                                      | 70,174.20   |
| 12/12/2017 | Sept and Oct Interim Billing Payment                          |             |
|            | PAYEE: MARKUS WILLIAMS YOUNG & ZIMMERMANN LL                  | -70,174.20  |
|            | Closing Balance                                               | $86,141.07  |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

December 13, 2017                                           Invoice No.:  98581

Terry Odom, CEO                                    **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                         11278.004   Cash Collateral
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                         | Hours |       |
|------------|-----|-----------------------------------------------------------------------------------------|-------|-------|
| 11/07/2017 | BTH | Review required reports for continued use of cash collateral and forward the same to Bank's counsel. | 0.30  | 88.50 |
|            |     | **TOTAL SERVICES**                                                                      | 0.30  | 88.50 |
|            |     | **TOTAL THIS INVOICE**                                                                  |       | 88.50 |
|            |     | Previous Balance                                                                        |       | $1,357.00 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                          |       | $1,445.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

December 13, 2017                                       Invoice No.:  98582

Terry Odom, CEO                                **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                          11278.007   Required Reports
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                              | Hours |        |
|------------|-----|--------------------------------------------------------------|-------|--------|
| 11/30/2017 | BTH | Review and file monthly operating report for October 2017.  | 0.60  | 177.00 |
|            |     | **TOTAL SERVICES**                                           | 0.60  | 177.00 |
|            |     | **TOTAL THIS INVOICE**                                       |       | 177.00 |
|            |     | Previous Balance                                             |       | $1,917.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**                               |       | $2,094.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

December 13, 2017 Invoice No.: 98583

Terry Odom, CEO **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc. 11278.008  Claims
777 Avenue H
Powell, WY  82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 11/14/2017 | JFY | Review and analyze open discovery issues and responses thereto (related to claims). | 1.40 | 553.00 |
| 11/16/2017 | JFY | Conferences with others re UCC counsel re settlement issues and claims adjudication issues. | 1.00 | 395.00 |
|  |  | **TOTAL SERVICES** | 2.40 | 948.00 |
|  |  | **TOTAL THIS INVOICE** |  | 948.00 |
|  |  | Previous Balance |  | $2,277.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $3,225.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

December 13, 2017                                      Invoice No.:  98584

Terry Odom, CEO                                  **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                        11278.013   Insurance Issues
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/02/2017 | JMS | Correspondence and conferences with client re discovery requests by the insurers; Conference with counsel for the committee re responses to same. | 1.20 | 372.00 |
| 11/03/2017 | JMS | Review and analysis of insurers' request for a deposition; Correspondence with client re same. | 0.70 | 217.00 |
| 11/06/2017 | JMS | Review proposed deposition topics; Conferences with T. Odom, T. Copenhaver, and T. Swanson re the schedule of discovery responses and depositions. | 3.70 | 1,147.00 |
|  | JFY | Review and analyze discovery requests from insurance carriers. | 0.60 | 237.00 |
| 11/07/2017 | JMS | Correspondence and analysis of potential settlement with UMIA. | 1.50 | 465.00 |
| 11/08/2017 | JMS | Research re legal issues surrounding potential settlement with UMIA. | 1.40 | 434.00 |
|  | JMS | Conferences with S. Goldstein re proposed settlement with UMIA and procedures for documentation of same; Follow-up with B. Hunsicker and J. Young re same. | 1.20 | 372.00 |
| 11/09/2017 | JMS | Conferences with counsel for UMIA and the Committee to finalize terms of settlement and discuss methods for obtaining bankruptcy court approval. | 1.50 | 465.00 |
| 11/13/2017 | JMS | Conferences with counsel for the committee and counsel for the Insurers re responses to document requests. | 1.30 | 403.00 |
|  | JMS | Draft responses to document requests. | 1.50 | 465.00 |
| 11/14/2017 | JMS | Conference with T. Swanson re procedures for approval of settlement agreement between the Debtor and UMIA. | 0.60 | 186.00 |
|  | JMS | Review, revise and finalize and serve responses to Insurers' written discovery. | 1.40 | 434.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/15/2017 | JMS | Conference with client re status of bankruptcy case; Follow-up re proposed UMIA settlement agreement and deposition notices. | 1.50 | 465.00 |
| | BTH | Review files to determine documents responsive to insurer discovery requests; Review, revise and finalize discovery responses to insurers; Review UCC discovery responses to insurers. | 2.60 | 767.00 |
| 11/16/2017 | JMS | Review, revisions and analysis of proposed settlement agreement between UMIA, Debtor, Tort Claimants and others; Conference with S. Goldstein re same. | 3.20 | 992.00 |
| | JFY | Review and analyze post settlement agreement with UMIA. | 1.50 | 592.50 |
| 11/17/2017 | JMS | Review revisions to settlement agreement with UMIA and revisions to same. | 1.40 | 434.00 |
| 11/19/2017 | BTH | Review global settlement agreement with UMIA and address the same with client and UCC. | 0.60 | 177.00 |
| 11/20/2017 | JFY | Review and analyze open claim issues and particular insurance claim issues as they relate to the settlement agreement with insurance carriers and UMIA. | 0.80 | 316.00 |
| | JFY | Review and analyze proposed settlement agreement re claims against insurance carrier. | 1.20 | 474.00 |
| | BTH | Review and respond to correspondence from T. Copenhaver and client regarding UMIA agreement; Review UMIA agreement and provide additional suggested changes thereto to UCC; Address matters related to pre-petition and post-petition claims related to UMIA insurance policies. | 2.90 | 855.50 |
| 11/27/2017 | JMS | Review correspondence re tail coverage from UMIA; Review tail coverage policy. | 0.50 | 155.00 |
| 11/28/2017 | JFY | Continue to review and analyze various insurance issues as they related to the proposed settlement agreement with UMIA; Correspondence with other re same; Review and revise settlement agreement. | 2.30 | 908.50 |
| | JMS | Conferences with B. Hunsicker, T. Swanson and S. Goldstein re UMIA tail coverage and UMIA settlement agreement. | 2.80 | 868.00 |
| | BTH | Research files re procurement of tail coverage from UMIA; Phone conference with T. Copenhaver re status of case; Phone conference with T. Swanson re issues with UMIA; Provide further analysis to UCC on tail coverage issues; Correspondence with insurers regarding extension of objection deadline; Draft revised motion and order to extend objection deadline; Address District revision to UMIA global agreement; Provide detailed explanation of tail coverage issues to Tort Lawyers; Advise client on issues with pending UMIA global agreement. | 6.40 | 1,888.00 |
| 11/29/2017 | JMS | Conferences with T. Odom, T. Swanson, S. Goldstein, and tort claimant lawyers re UMIA tail liability coverage. | 4.80 | 1,488.00 |

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | BTH | Review insurance policy information to address UMIA global settlement agreement; Phone conference with client to address tail coverage; Phone conferences with UCC and T. Swanson re settlement discussions; Review and address correspondence from UCC; Research files to assess potential risk from unknown claimants. | 6.40 | 1,888.00 |
| 11/30/2017 | JMS | Conferences with counsel for UMIA regarding status of settlement and inclusion of tail policy coverage within its terms. | 2.60 | 806.00 |
|  |  | **TOTAL SERVICES** | 58.10 | 18,271.50 |
|  |  | **TOTAL THIS INVOICE** |  | 18,271.50 |
|  |  | Previous Balance |  | $42,279.38 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $60,550.88 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

December 13, 2017                             Invoice No.: 98585

Terry Odom, CEO                               **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                11278.014   Plan and Disclosure Statement
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/01/2017 | BTH | Review and address correspondence from UCC re issues with UMIA; Address matters related to noticing of Plan and Plan documents; Address open items with Plan confirmation (1.7). | 1.70 | 501.50 |
| 11/02/2017 | JFY | Review and analyze ongoing settlement issues as they relate to Plan of Reorganization. | 1.00 | 395.00 |
| 11/06/2017 | JMS | Conferences and analysis re additional documents needed to confirm the plan of reorganization and begin to prepare same. | 2.50 | 775.00 |
|  | BTH | Address numerous outstanding matters with respect to confirmation process including additional documents for drafting prior to confirmation hearing; Phone conference and correspondence with T. Odom re notifying employees of approved documents; Review ballot received; Review numerous creditor inquiries from notified parties; Finalize COS for Plan and Plan document mailing. | 7.50 | 2,212.50 |
| 11/07/2017 | JMS | Conferences with creditors concerned re receipt of plan and disclosure statement; Conferences with Wyoming Medicaid office re same. | 0.70 | 217.00 |
|  | BTH | Address various correspondence and creditor inquiries regarding solicitation materials (.7); Review correspondence from UCC and tort lawyers and analyze the same (.6); Review discovery requests from insurers and proposed responses from UCC (.5); Review and respond to correspondence from T. Copenhaver (.1); Phone conferences with parties in case to address open issues (.7). | 2.60 | 767.00 |
| 11/08/2017 | JMS | Review and analysis of tort claimants comments to the plan and plan documents. | 1.30 | 403.00 |
|  | JMS | Telephone conferences with potential creditors re receipt of plan documents. | 0.20 | 62.00 |
|  | JMS | Correspondence with S. Goldstein re additional documentation needed for confirmation. | 0.30 | 93.00 |

12/13/2017 Page 2
Invoice No.: 98585
11278.014  Plan and Disclosure Statement

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | JMS | Conference with S. Goldstein re tort claimants comments to the plan and plan documents; Follow-up conferences and correspondence with B. Hunsicker and J. Young re same. | 2.20 | 682.00 |
| | BTH | Address creditor inquiries regarding solicitation materials (.4); Review and respond to correspondence from UCC re plan confirmation issues and possible settlement with UMIA (.5); Review proposed revision to Plan documents (.6). | 1.50 | 442.50 |
| | JFY | Review and analyze committee's issues and comments to Plan. | 1.00 | 395.00 |
| | JFY | Review and analyze confirmation issues. | 0.50 | 197.50 |
| 11/09/2017 | JMS | Continue working on finalizing documents for confirmation of the plan; Correspondence with Bank of Wyoming, Committee counsel and Healthtech re same. | 4.40 | 1,364.00 |
| | JMS | Review service list for solicitation re plan to confirm that creditors who file proofs of claim received notices. | 0.90 | 279.00 |
| | BTH | Address creditor inquiries re solicitation materials. | 0.50 | 147.50 |
| | JFY | Review and analyze issues related to proposed settlement with insurance companies and structuring transaction to dovetail with Plan. | 1.00 | 395.00 |
| 11/10/2017 | JMS | Conferences and correspondence with client, creditors' committee counsel and insurers' counsel re plan confirmation and potential objections to plan and resolution of same. | 3.50 | 1,085.00 |
| | BTH | Phone conferences to address open issues to address prior to confirmation (.6); Address correspondence from UCC (.3); Review and analyze open issues with issuers to move forward with confirmation (1.0). | 1.90 | 560.50 |
| | JFY | Review Plan confirmation issues. | 0.80 | 316.00 |
| | JFY | Review and analyze settlement issues with insurance carriers. | 0.40 | 158.00 |
| 11/13/2017 | JMS | Prepare for and attend conferences with counsel for the committee re responses to discovery and outstanding issues for plan confirmation. | 1.90 | 589.00 |
| | JMS | Follow-up re supplemental solicitation of persons who filed proofs of claim. | 0.50 | 155.00 |
| | BTH | Phone conference with Hansen counsel re Plan; Phone conference with S. Goldstein re outstanding issues with Plan; Address discovery requests from insurers related to Plan and Plan documents; Prepare comprehensive list of outstanding items for Plan confirmation; Address creditor inquiry from North Platte re claim treatment in Plan; Review claims register for purposes of addressing claims in Plan. | 6.10 | 1,799.50 |
| | JFY | Review and analyze confirmation issues; Conference with UCC re Plan modification issues; Review and analyze insurance company issues; Review and analyze folding resolution of insurance company issues into modified plan. | 2.50 | 987.50 |

|  |  |  | Hours |  |
|---|---|---|---|---|
| 11/14/2017 | JMS | Continue working on solicitation procedures and documents needed to finalize plan. | 0.60 | 186.00 |
|  | BTH | Address creditor inquiries re solicitation materials; Address supplemental mailing of solicitation materials; Phone conferences with parties in case to discuss open issues; Review proposed revisions to Plan. | 2.60 | 767.00 |
|  | JFY | Review and analyze Plan issues in light of continuing settlement discussions. | 0.60 | 237.00 |
| 11/15/2017 | BTH | Phone conference with T. Odom to address open matters in case; Review and revise global settlement agreement from UMIA to avoid contested confirmation; Phone conferences with S. Goldstein and others to address open items with confirmation of Plan; Review and revise proposed changes to Plan from UCC and address the same with S. Goldstein. | 3.20 | 944.00 |
|  | JFY | Continue to review and analyze confirmation issues as they relate to ongoing settlement negotiations. | 0.40 | 158.00 |
| 11/16/2017 | JMS | Review Homeland's proposed revisions to plan of reorganization. | 0.50 | 155.00 |
|  | BTH | Phone conferences with S. Goldstein to address issues with Plan involving insurers; Review proposed revisions to TDPs from Homeland and address the same internally; Address matters related to UMIA purchase of UMIA policies; Address various creditor inquiries to solicitation materials; Review matters related to late-filed tort claim; Address proposed settlement agreement with UMIA with C. Caby; Review and address various correspondence from UCC; Begin researching procedures to address combining 9019 motion with 363 sale motion to avoid objections to Plan confirmation. | 4.80 | 1,416.00 |
|  | JFY | Begin preparation of confirmation declarations. | 0.80 | 316.00 |
| 11/17/2017 | BTH | Address creditor inquiries regarding solicitation materials; Review issues regarding notice of Plan and Plan documents; Phone conferences and correspondence with S. Goldstein re open items regarding confirmation process; Address matters related to proposed revisions to TDPs and insurance neutrality provision from Homeland; Review and address proposed UCC revisions to global settlement with UMIA; Follow up on matters involving HTMS agreement. | 4.70 | 1,386.50 |
|  | JFY | Preparation of Financial Advisors Declaration in Support of Confirmation; Continue to prepare Declaration by CEO of Debtor in Support of Confirmation; Begin preparing Memorandum of Law in Support of Confirmation. | 4.30 | 1,698.50 |
| 11/20/2017 | BTH | Draft Notice of Proposed Personal Injury Trustee and address the same with UCC; Address inquiries on submission of ballots for Plan; Review Plan documents and begin drafting additional supplemental documents; Review files to determine service of process of additional solicitation materials. | 2.90 | 855.50 |
|  | JFY | Preparation of documents in support of confirmation including memorandum of law and certain declarations. | 2.70 | 1,066.50 |

12/13/2017
Invoice No.: 98585
11278.014  Plan and Disclosure Statement

Case 16-20326   Doc 859-18   Filed 04/02/18   Entered 04/02/18 12:20:26   Desc
Exhibit November 2017 Invoice   Page 11 of 13

Page 4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/21/2017 | BTH | Review Trust and TDPs to determine level of responsibilities of personal injury claims committee and advise client of the same (.8); Phone conference with T. Odom to discuss outstanding Plan documents required for filing (.6); Review and respond to various creditor inquiries (.6); Review consolidated proposed revisions to Plan documents and forward the same to client for review (.5); Phone conferences and correspondence with S. Goldstein re outstanding items to address for confirmation process (1.0); Initial review of proposed loan documents from the Bank and reconcile with language in Plan (.4); Address matters related to UMIA settlement agreement for purposes of avoiding contested confirmation (.9); Draft notice of proposed personal injury claims committee (.7); Draft notice of proposed loan documents for execution with Bank (.7); Begin drafting additional documents required for notice purposes regarding Plan (.8). | 7.00 | 2,065.00 |
| | JFY | Continue to work on documents and pleadings in support of Plan confirmation including memorandum of law. | 1.00 | 395.00 |
| | JFY | Correspondence with others re Plan confirmation issues and settlement issues. | 0.50 | 197.50 |
| 11/22/2017 | BTH | Address correspondence from Insurers and UCC; Review Schedule G and attachments thereto to draft Schedule of Assumed Executory Contracts and Unexpired Leases; Draft Notices of Schedule of Assumed and Rejected Executory Contracts and Unexpired Leases; Draft Notice of Loan Documents with Bank; Review documents from Bank; Review Amended Plan and reconcile with required notices; Phone conferences with T. Swanson and T. Woznick re outstanding issues with Plan confirmation. | 6.30 | 1,858.50 |
| 11/27/2017 | BTH | Review and respond to requests to continue confirmation hearing; Review and address proposed revisions regarding insurance neutrality to avoid objections from insurers; Review various ballots submitted by creditors; Review and address issues related to proposed global settlement agreement with UMIA; Phone conferences with UCC and others to address open matters with Plan; Research issues related to tail coverage from UMIA and advise parties of the same; Reconcile UCC and Debtor revisions to UMIA global settlement agreement and circulate the same to parties; Advise client of open issues in case; Draft motion and order to extend time for UMIA to object to confirmation. | 7.50 | 2,212.50 |
| | JFY | Preparation of Declaration in Support of Confirmation for T. Odom CEO of Powell Valley Hospital. | 1.20 | 474.00 |
| | JFY | Preparation of Declaration of Financial Advisor H2C in Support of Confirmation. | 1.00 | 395.00 |
| | JFY | Review and analyze open issues involving settlement of confirmation issues as they relate to settlement with UMIA and possibly other insurance carriers. | 1.40 | 553.00 |
| 11/28/2017 | JFY | Continue preparation of plan support documents including declarations and memorandum of law in support of confirmation. | 2.60 | 1,027.00 |
| 11/29/2017 | JFY | Continue preparation documents in support of confirmation including declarations of CEO and financial advisor; Continue preparing the memorandum of law in support of confirmation. | 3.40 | 1,343.00 |

| Date | | | Hours | |
|---|---|---|---|---|
| 12/13/2017 | | | | Page 5 |
| Invoice No.: 98585 | | | | |
| 11278.014 | | Plan and Disclosure Statement | | |
| | JFY | Conference with committee counsel re open issues. | 0.70 | 276.50 |
| | JFY | Review and analyze UMIA confirmation issues/settlement issues. | 0.80 | 316.00 |
| 11/30/2017 | BTH | Phone conferences with counsel for UMIA and UCC; Phone conferences with interested partes in case; Address various creditor inquiries; Begin review of ballots submitted in accordance with solicitation materials; Analyze alternatives to address issues with UMIA. | 4.20 | 1,239.00 |
| | | **TOTAL SERVICES** | 113.10 | 36,517.00 |
| | | **TOTAL THIS INVOICE** | | 36,517.00 |
| | | Previous Balance | | $73,902.00 |
| 12/12/2017 | | Payment received | | -70,174.20 |
| | | **TOTAL OUTSTANDING INVOICES** | | $40,244.80 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

December 13, 2017               Invoice No.: 98586

Terry Odom, CEO                                **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                    11278.015   Employment and Fee Applications
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 11/06/2017 | BTH | Code time entries for October 2017 interim fee application. | 0.60 | 177.00 |
| 11/07/2017 | BTH | Finalize interim fee application for October 2017. | 0.70 | 206.50 |
| 11/20/2017 | BTH | Review UCC interim fee application for September 2017 and forward the same to client for review. | 0.30 | 88.50 |
| 11/30/2017 | BTH | Research re open issues with outstanding fee applications from various professionals in case. | 0.60 | 177.00 |
|  |  | **TOTAL SERVICES** | 2.20 | 649.00 |
|  |  | **TOTAL THIS INVOICE** |  | 649.00 |
|  |  | Previous Balance |  | $12,327.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $12,976.50 |

*PAYABLE UPON RECEIPT*