**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

January 10, 2018                                                                 Invoice No.:  98791

Terry Odom, CEO                                       **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                              11278.002   Restructure/Reorganization
777 Avenue H
Powell, WY   82435

**EXPENSES:**

| | |
|---|---:|
| Litigation support vendors | 6,165.45 |
| **TOTAL EXPENSES** Thru 12/31/2017 | 6,165.45 |
| **TOTAL THIS INVOICE** | 6,165.45 |
| Previous Balance | $12,651.87 |
| **TOTAL OUTSTANDING INVOICES** | $18,817.32 |

Your trust account balance is

| | |
|---|---:|
| Opening Balance | $86,141.07 |
| Closing Balance | $86,141.07 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

January 10, 2018                              Invoice No.:  98792

Terry Odom, CEO                               **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                     11278.007   Required Reports
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                      | Hours |        |
|------------|-----|----------------------------------------------------------------------|-------|--------|
| 12/06/2017 | BTH | Review bank reports for continued use of cash collateral.            | 0.30  | 88.50  |
| 12/28/2017 | BTH | Review, reconcile and file monthly operating report for November 2017. | 0.80  | 236.00 |
|            |     | **TOTAL SERVICES**                                                   | 1.10  | 324.50 |
|            |     | **TOTAL THIS INVOICE**                                               |       | 324.50 |
|            |     | Previous Balance                                                     |       | $2,094.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                       |       | $2,419.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

January 10, 2018　　　　　　　　　　　　　　　　　Invoice No.: 98793

Terry Odom, CEO　　　　　　　　　　　　　　　**RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.　　　　　　　　　　　11278.008   Claims
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 12/18/2017 | BTH | Review matters related to claim of Owens & Minor; Review Stipulation with UCC and Hansen. | 0.60 | 177.00 |
| 12/19/2017 | BTH | Address matters related to stipulation for late-filed tort claim. | 0.60 | 177.00 |
| 12/27/2017 | BTH | Address creditor claims re UMIA settlement motion; Review and address Nofzinger notice of governmental claim. | 0.60 | 177.00 |
|  | JFY | Review and analyze late filed claim issues as they relate to confirmation. | 0.80 | 316.00 |
| 12/28/2017 | BTH | Review and address matters related to late-filed governmental claim and correspondence with client and UCC re the same. | 0.90 | 265.50 |
|  | JFY | Review and analyze claim issues as they relate to the personal injury claimants and the governmental claims act. | 0.50 | 197.50 |
|  |  | **TOTAL SERVICES** | 4.00 | 1,310.00 |
|  |  | **TOTAL THIS INVOICE** |  | 1,310.00 |
|  |  | Previous Balance |  | $3,225.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $4,535.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

January 10, 2018                                                    Invoice No.:  98794

Terry Odom, CEO                                **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                      11278.013   Insurance Issues
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                              | Hours |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 12/01/2017 | JMS | Conferences with J. Burghardt and S. Goldstein re UMIA settlement and UMIA's agreement that $3 million payment did not include sale of Tail Policy. | 1.50 | 465.00 |
|            | JFY | Review and analyze settlement issues. | 0.50 | 197.50 |
| 12/04/2017 | JMS | Review and revisions to proposed Global Settlement Agreement with UMIA; Conferences with Committee counsel re same. | 4.80 | 1,488.00 |
| 12/05/2017 | JMS | Continuing negotiations and revisions to UMIA settlement agreement. | 2.50 | 775.00 |
| 12/06/2017 | JMS | Continued negotiations re UMIA settlement agreement. | 3.20 | 992.00 |
|            | BTH | Continue review and revisions to UMIA global settlement agreement; Address additional issues related to release parties in UMIA agreement; Phone conferences with parties to discuss final revisions to UMIA agreement; Address UMIA extension of time to object and review associated pleadings; Review final agreement with UMIA and send to client for approval; Review UCC limited objection to Plan; Review and revise T. Odom affidavit in support of confirmation; Review agreement with Hansen. | 6.30 | 1,858.50 |
| 12/07/2017 | JMS | Review and revise motion for approval of UMIA settlement. | 2.00 | 620.00 |
|            | JMS | Follow-up re execution of UMIA settlement. | 1.20 | 372.00 |
|            | JMS | Conference call with client and Dr. Jarvis re execution of UMIA settlement agreement. | 1.50 | 465.00 |
|            | BTH | Phone conference with T. Odom and others to address concerns of release party in UMIA agreement; Follow-up conferences to address outcome of meeting with release party; Correspondence with insurers to address pending hearings; Finalize draft affidavit for T. Odom in support of confirmation; Review and research prior noticing of parties in case. | 5.30 | 1,563.50 |
| 12/08/2017 | JMS | Review and revisions to motion for approval of settlement agreement. | 1.50 | 465.00 |

|            |     |                                                                                                                                                                                                                                                                                                                                  | Hours |           |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 12/09/2017 | BTH | Review and revise UMIA settlement motion.                                                                                                                                                                                                                                                                                        | 0.70  | 206.50    |
| 12/11/2017 | JMS | Review and revisions to proposed order approving UMIA settlement agreement and sale.                                                                                                                                                                                                                                             | 0.50  | 155.00    |
|            | BTH | Review and revise proposed Order on UMIA Motion; Reconcile proposed Order on UMIA Motion with language in UMIA Agreement and UMIA Motion; Update client on UMIA Settlement; Coordinate finalization of UMIA Settlement Agreement; Addition review of UMIA Settlement documents to address additional concerns and revisions from UMIA; Revise exhibit to UMIA Settlement and coordinate objection deadline. | 4.60  | 1,357.00  |
|            | BTH | Review order continuing confirmation; Draft notice of UMIA Settlement.                                                                                                                                                                                                                                                           | 0.80  | 236.00    |
|            | JFY | Continue to discuss and correspond with insurance counsel re settlement issues.                                                                                                                                                                                                                                                  | 0.60  | 237.00    |
|            | JFY | Review and analyze insurance company settlement issues.                                                                                                                                                                                                                                                                          | 0.80  | 316.00    |
|            | JFY | Review and analyze procedures for approval of proposed settlement with insurance carriers.                                                                                                                                                                                                                                       | 0.80  | 316.00    |
| 12/12/2017 | JFY | Review and analyze noticing and procedural issues re proposed settlement with insurance carriers.                                                                                                                                                                                                                                | 1.00  | 395.00    |
| 12/13/2017 | BTH | Finalize and file notice of UMIA Agreement; Review, reconcile and finalize mailing matrixes to conform with Rules and UMIA Agreement; Correspondence with vendors on proper service of UMIA documents.                                                                                                                           | 1.90  | 560.50    |
| 12/14/2017 | BTH | Address creditor inquiries re UMIA settlement motion.                                                                                                                                                                                                                                                                            | 0.60  | 177.00    |
|            | JFY | Review and analyze procedural issues re confirmation and potential approval of settlement agreement with insurance carriers.                                                                                                                                                                                                     | 0.80  | 316.00    |
| 12/18/2017 | BTH | Address creditor inquiries regarding UMIA settlement motion (.5); Correspondence with T. Odom re addressing inquiries on UMIA settlement motion (.2); Address potential issues with inquiries from parties receiving notice of UMIA settlement motion (.4).                                                                      | 1.10  | 324.50    |
| 12/19/2017 | BTH | Address additional creditor inquiries to UMIA settlement motion (.3); Address matters related to future hearing on UMIA settlement motion (.2); Review COS for UMIA settlement motion and draft and finalize documents for filing COS under seal (1.3).                                                                          | 1.80  | 531.00    |
| 12/21/2017 | BTH | Address creditor inquiries for UMIA settlement motion.                                                                                                                                                                                                                                                                           | 0.30  | 88.50     |
| 12/26/2017 | BTH | Address creditor inquiries with UMIA settlement motion.                                                                                                                                                                                                                                                                          | 0.30  | 88.50     |
|            |     | **TOTAL SERVICES**                                                                                                                                                                                                                                                                                                               | 46.90 | 14,566.00 |
|            |     | **TOTAL THIS INVOICE**                                                                                                                                                                                                                                                                                                           |       | 14,566.00 |
|            |     | Previous Balance                                                                                                                                                                                                                                                                                                                 |       | $60,550.88 |

01/10/2018
Invoice No.: 98794
11278.013  Insurance Issues

Case 16-20326    Doc 859-20    Filed 04/02/18    Entered 04/02/18 12:20:26    Desc
Exhibit December 2017 Invoice    Page 6 of 9

Page 3

**TOTAL OUTSTANDING INVOICES** $75,116.88

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

January 10, 2018                                              Invoice No.:  98795

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                     11278.014   Plan and Disclosure Statement
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 12/01/2017 | JMS | Draft Stipulation to revise Homeland and Lexington objections to Amended Plan. | 1.70 | 527.00 |
|  | BTH | Address creditor inquiry from State re solicitation materials; Draft motion and order to allow T. Odom to appear by video; Review and compile ballots submitted for confirmation of Amended Plan; Review and address ballot issues with Bank; Settlement conferences with parties in case to address open items with confirmation of Amended Plan; Continue review and discussion of issues with Insurers. | 5.70 | 1,681.50 |
|  | JFY | Review and analyze plan confirmation issues. | 0.50 | 197.50 |
|  | JFY | Prepare memorandum of law in support of confirmation. | 0.80 | 316.00 |
| 12/04/2017 | JMS | Review and revisions to memorandum in support of Amended Plan. | 0.50 | 155.00 |
|  | JMS | Review settlement agreement between Tort claimants and Hansen related to UMIA settlement. | 0.40 | 124.00 |
|  | BTH | Review and revise global agreement with UMIA; Address creditor inquiries re solicitation materials; Conferences with S. Goldstein and T. Swanson to discuss UMIA global agreement; Review and revise stipulation with Homeland and Lexington to prevent confirmation objections; Advise client on pending matters with Plan confirmation. | 5.70 | 1,681.50 |
|  | JFY | Continue to review and analyze settlement issues with personal injury claimants and insurance carriers. | 0.80 | 316.00 |
|  | JFY | Review and analyze plan confirmation issues. | 0.40 | 158.00 |
|  | JMS | Continue drafting stipulation re changes to plan with Lexington and Homeland. | 0.80 | 248.00 |

11278.014  Plan and Disclosure Statement

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/05/2017 | BTH | Review UMIA agreement and provide additional suggested changes to address covered claims under UMIA Tail Policy; Finalize Stipulation with Homeland and Lexington and address the same with client; Address correspondence from parties re proposed revisions to UMIA agreement and stipulation with other insurers; Address matters related to release parties in UMIA agreement; Review additional revisions from T. Swanson re UMIA agreement; Phone conferences with parties in case; Review docket entries. | 4.80 | 1,416.00 |
|  | JFY | Correspondence and discussions with various parties re settlement issues involving insurance carriers. | 0.90 | 355.50 |
| 12/06/2017 | JFY | Continue to prepare memorandum in support of confirmation. | 1.30 | 513.50 |
| 12/07/2017 | JFY | Continue to prepare documents in support of chapter 11 plan including memorandum of law and related declarations. | 1.90 | 750.50 |
|  | JFY | Correspondence, discussions and analysis re proposed settlements with the insurance carriers. | 0.80 | 316.00 |
| 12/08/2017 | BTH | Review proposed motion to continue confirmation hearing; Correspondence with parties re addressing confirmation hearing in light of UMIA agreement. | 0.70 | 206.50 |
| 12/12/2017 | BTH | Prepare for and attend status hearing on confirmation of Plan (.9); Research re proper noticing parties for UMIA Settlement and ensure mailing matrixes contain adequate parties (2.4); Address noticing matters with T. Odom (.2); Address creditor inquiries re Amended Plan (.3). | 3.80 | 1,121.00 |
| 12/15/2017 | JFY | Continue to work on plan confirmation issues as they relate to settlement with insurance carriers; Correspondence with others re same. | 1.00 | 395.00 |
| 12/18/2017 | JMS | Prepare, review and revise strategy to respond to inquiries re the UMIA settlement; Conference with B. Hunsicker re same. | 0.30 | 93.00 |
| 12/22/2017 | JMS | Legal research in support of Memorandum in support of plan of reorganization. | 4.20 | 1,302.00 |
|  | BTH | Research issues re third party releases in Plan. | 1.20 | 354.00 |
| 12/27/2017 | JMS | Legal research and draft memorandum in support of plan of reorganization. | 7.10 | 2,201.00 |
|  | BTH | Address matters related to drafting of memorandum in support of confirmation of Amended Plan. | 1.60 | 472.00 |
|  |  | **TOTAL SERVICES** | 46.90 | 14,900.50 |
|  |  | **TOTAL THIS INVOICE** |  | 14,900.50 |
|  |  | Previous Balance |  | $40,244.80 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $55,145.30 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

January 10, 2018　　　　　　　　　　　　　　　　　Invoice No.: 98796

Terry Odom, CEO　　　　　　　　　　　　　**RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.　　　　　　　　11278.015   Employment and Fee Applications
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 12/12/2017 | BTH | Review and code time entries for November interim fee application. | 0.50 | 147.50 |
| 12/14/2017 | BTH | Review and finalize monthly interim fee application for November 2017. | 0.70 | 206.50 |
| 12/18/2017 | BTH | Review UCC third application for approval of fees and advise client of the same. | 0.30 | 88.50 |
|  |  | **TOTAL SERVICES** | 1.50 | 442.50 |
|  |  | **TOTAL THIS INVOICE** |  | 442.50 |
|  |  | Previous Balance |  | $12,976.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $13,419.00 |

*PAYABLE UPON RECEIPT*