**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

February 12, 2018                                                                    Invoice No.:  99168

Terry Odom, CEO                                   **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                        11278.002   Restructure/Reorganization
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                                       | Hours |        |
|------------|-----|-------------------------------------------------------------------------------------------------------|-------|--------|
| 01/10/2018 | BTH | Update client on pending matters; Phone conference with T. Woznick re pending matters to address.     | 0.30  | 88.50  |
| 01/18/2018 | BTH | Address matters related to audit inquiry; Draft and finalize letter related to the same.              | 0.50  | 147.50 |
|            |     | **TOTAL SERVICES**                                                                                    | 0.80  | 236.00 |

**EXPENSES:**

|            |                                          |            |
|------------|------------------------------------------|------------|
|            | Out-of-town travel                       | 110.31     |
|            | **TOTAL EXPENSES** Thru 01/31/2018       | 110.31     |
|            | **TOTAL THIS INVOICE**                   | 346.31     |
|            | Previous Balance                         | $18,817.32 |
| 01/22/2018 | Payment received                         | -8,400.41  |
|            | **TOTAL OUTSTANDING INVOICES**           | $10,763.22 |

Your trust account balance is

| Opening Balance | $86,141.07 |
| Closing Balance | $86,141.07 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

February 12, 2018    Invoice No.: 99170

Terry Odom, CEO    **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.    11278.007   Required Reports
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 01/09/2018 | BTH | Review reports for continued use of cash collateral, reconcile with prior months, and forward the same to Bank's counsel. | 0.30 | 88.50 |
| 01/12/2018 | BTH | Review stipulation with Bank for continued use of cash collateral; Review budget for continued use of cash collateral and forward the same to T. Woznick. | 0.40 | 118.00 |
| 01/31/2018 | BTH | Review and file monthly operating report for December 2017 (.6). | 0.60 | 177.00 |
|  |  | **TOTAL SERVICES** | 1.30 | 383.50 |
|  |  | **TOTAL THIS INVOICE** |  | 383.50 |
|  |  | Previous Balance |  | $2,419.00 |
| 01/22/2018 |  | Payment received |  | -472.00 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $2,330.50 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

February 12, 2018                                                           Invoice No.:  99171

Terry Odom, CEO                                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                     11278.008   Claims
777 Avenue H
Powell, WY   82435


**PROFESSIONAL SERVICES:**

|            |     |                                                                                                                    | Hours |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------|-------|----------|
| 01/02/2018 | BTH | Review Nofzinger claim submitted to Medical Review Panel and address the same with client.                         | 0.40  | 118.00   |
| 01/03/2018 | BTH | Prepare for and attend conference call with client to address Nofzinger claim.                                     | 0.70  | 206.50   |
| 01/04/2018 | BTH | Address creditor inquiries re UMIA settlement motion.                                                              | 0.30  | 88.50    |
| 01/05/2018 | BTH | Address creditor inquiries with Amended Plan and related filings.                                                  | 0.30  | 88.50    |
| 01/08/2018 | BTH | Address creditor inquiries related to Owens & Minor and in response to mailings to creditors.                      | 0.40  | 118.00   |
| 01/11/2018 | BTH | Review and revise stipulation to address Nofzinger claim; Review files re the same.                                | 1.20  | 354.00   |
| 01/12/2018 | BTH | Review and revise stipulation to address Nofzinger claim and forward the same to parties in interest.              | 0.90  | 265.50   |
|            | JFY | Review and analyze stipulation with Nofzinger re resolution of claim related issues and violation of automatic stay issues. | 0.80  | 316.00   |
| 01/15/2018 | BTH | Continue to address matters related to Nofzinger claim.                                                            | 0.40  | 118.00   |
|            | JFY | Review and analyze claims issues as they relate to Nofzinger.                                                      | 0.50  | 197.50   |
|            |     | **TOTAL SERVICES**                                                                                                 | 5.90  | 1,870.50 |
|            |     | **TOTAL THIS INVOICE**                                                                                             |       | 1,870.50 |
|            |     | Previous Balance                                                                                                   |       | $4,535.00 |
| 01/22/2018 |     | Payment received                                                                                                   |       | -720.00  |

**TOTAL OUTSTANDING INVOICES** $5,685.50

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

February 12, 2018                                                      Invoice No.:  99174

Terry Odom, CEO                                    **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                          11278.014   Plan and Disclosure Statement
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 01/02/2018 | BTH | Continue to address matters related to confirmation memorandum. | 0.40 | 118.00 |
| 01/03/2018 | BTH | Review Disclosure Statement and Amended Plan; Review and revise affidavit of H2C in support of Amended Plan; Review and respond to amended lease provisions with District. | 1.70 | 501.50 |
|  | JMS | Conference with client re Nofzinger claim (0.6); Follow up re documentation needed for confirmation hearing (0.3); Continue draft re memorandum in support of confirmation of plan (0.3). | 1.20 | 372.00 |
|  | JFY | Review and analyze issues involving claims filed by personal injury creditor in re to government claims act; Correspondence re same. | 1.20 | 474.00 |
| 01/04/2018 | BTH | Phone conference with S. Goldstein to address revisions to Plan; Address procedure for confirmation process. | 0.60 | 177.00 |
|  | JMS | Continue drafting memorandum in support of confirmation of plan of reorganization. | 5.50 | 1,705.00 |
| 01/05/2018 | JMS | Telephone conferences with B. Hunsicker and S. Goldstein re confirmation of plan of reorganization; Discussions re third-party releases. | 2.20 | 682.00 |
| 01/08/2018 | JMS | Continue drafting memorandum of law in support of confirmation of plan. | 4.20 | 1,302.00 |
|  | BTH | Detailed review of ballots submitted in connection with Amended Plan; Begin preparing ballot report; Correspondence with UCC re ballot report and related issues; Review Procedures Order related to ballot tabulation. | 2.60 | 767.00 |
| 01/09/2018 | BTH | Continue review and draft ballot report; Research re prior service of documents on all potential creditors; Address issues related to memorandum in support of confirmation; Review affidavits in support of confirmation. | 1.50 | 442.50 |
|  | JMS | Continue drafting memorandum in support of confirmation of plan. | 5.80 | 1,798.00 |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                        | Hours |          |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 01/10/2018 | JMS | Final revisions to memorandum in support of plan of reorganization; Finish draft re ballot report.                                                                                                                                                                                                                                                                                     | 2.80  | 868.00   |
|            | BTH | Begin review and revisions to memorandum in support of confirmation; Review Amended Plan to determine additional modifications; Begin preparing for confirmation hearing; Review docket entries.                                                                                                                                                                                       | 1.80  | 531.00   |
| 01/11/2018 | JMS | Review revisions to memorandum in support of plan.                                                                                                                                                                                                                                                                                                                                     | 0.50  | 155.00   |
|            | BTH | Review and revise memorandum in support of Amended Plan; Review Amended Plan and class treatment; Review affidavits in support of confirmation; Review and revise ballot report; Review ballots and finalize ballot summary (4.2).                                                                                                                                                     | 4.20  | 1,239.00 |
| 01/12/2018 | BTH | Finalize and file memorandum in support of confirmation and ballot report (1.6).                                                                                                                                                                                                                                                                                                       | 1.60  | 472.00   |
|            | JFY | Review and revise memorandum of law in support of plan confirmation.                                                                                                                                                                                                                                                                                                                   | 1.90  | 750.50   |
|            | JFY | Review and revise ballot report.                                                                                                                                                                                                                                                                                                                                                       | 0.70  | 276.50   |
|            | JFY | Review cram down standards and applicability of cram down standards in this case.                                                                                                                                                                                                                                                                                                      | 0.60  | 237.00   |
|            | JMS | Review revisions to memorandum in support of confirmation and prepare for filing.                                                                                                                                                                                                                                                                                                      | 1.20  | 372.00   |
|            | JMS | Begin drafting modifications to plan of confirmation.                                                                                                                                                                                                                                                                                                                                  | 2.10  | 651.00   |
| 01/13/2018 | BTH | Begin drafting confirmation order; Review docket for relevant filing dates.                                                                                                                                                                                                                                                                                                            | 2.50  | 737.50   |
| 01/15/2018 | BTH | Review stipulation with insurers, UMIA Settlement Order and UCC limited objection; Continue to draft confirmation order; Review docket to outline critical pleadings in case; Review confirmation language from Bank.                                                                                                                                                                  | 5.30  | 1,563.50 |
|            | JFY | Review and analyze confirmation issues.                                                                                                                                                                                                                                                                                                                                                | 0.50  | 197.50   |
|            | JFY | Prepare draft order on confirmation.                                                                                                                                                                                                                                                                                                                                                   | 0.70  | 276.50   |
| 01/16/2018 | JMS | Review and revise proposed order confirming plan of reorganization.                                                                                                                                                                                                                                                                                                                    | 2.20  | 682.00   |
|            | JMS | Continue preparing modifications to plan and plan documents.                                                                                                                                                                                                                                                                                                                           | 1.30  | 403.00   |
|            | BTH | Continue reviewing documents of record and revising and re-drafting proposed confirmation order (3.2); Additional review and revisions to confirmation order and address the same internally (1.2); Correspondence with parties in case re draft confirmation order (.3); Review and revise Plan and Plan documents to conform to stipulation with insurers and UMIA Settlement Order and address UCC limited objection (.9); Review comments to proposed confirmation order (.7). | 6.30  | 1,858.50 |

11278.014   Plan and Disclosure Statement

| | | | Hours | |
|---|---|---|---|---|
| | JFY | Work on finalizing issues in preparation for confirmation hearing in regard to the chapter 11 plan; Including drafting and revising proposed order confirming plan. | 2.30 | 908.50 |
| 01/17/2018 | BTH | Continue review and revisions to Plan and Plan documents; Correspondence with parties re revisions to Plan and Plan documents; Continue to address matters related to draft confirmation order; Begin preparations for confirmation hearing; Circulate revised documents to parties in case (4.2). | 4.20 | 1,239.00 |
| | JFY | Continue to work on confirmation issues in advance of confirmation hearing; Review and revise proposed order confirming plan. | 2.10 | 829.50 |
| 01/18/2018 | BTH | Address inquiries from parties re potential effective date of Amended Plan; Correspondence with parties in case re potential issues post-confirmation; Continue preparations for confirmation hearing (2.1). | 2.10 | 619.50 |
| | JFY | Correspondence with various parties re plan confirmation issues. | 0.50 | 197.50 |
| | JFY | Continue preparing for plan confirmation hearing. | 0.90 | 355.50 |
| 01/19/2018 | JMS | Correspondence re finalizing order confirming plan and final modifications to plan and plan documents. | 0.70 | 217.00 |
| | BTH | Correspondence with parties in case re proposed revisions to Plan, Plan documents and confirmation order; Revise Plan, Plan documents and confirmation order to address concerns of parties in case; Phone conferences with T. Swanson, S.Goldstein and T. Odom to address revised documents; Finalize and file revised documents. | 3.70 | 1,091.50 |
| | JFY | Review and analyze plan modification issues. | 0.70 | 276.50 |
| | JFY | Review and analyze open confirmation issues. | 0.50 | 197.50 |
| | JFY | Prepare for confirmation hearing. | 0.90 | 355.50 |
| | JFY | Review and revise proposed confirmation order. | 0.80 | 316.00 |
| 01/22/2018 | JMS | Prepare red-line submission of modification to amended plan; Conference with B. Hunsicker re same. | 2.70 | 837.00 |
| | BTH | Review recent docket entries in case related to confirmation of Plan; Review Plan and Plan documents in preparation of confirmation hearing; Prepare argument and offer of proof for confirmation hearing; Address inquiries from parties in case re confirmation hearing; Review, revise and finalize submission of redline documents. | 5.50 | 1,622.50 |
| | JFY | Review and analyze certain case law and tenth circuit authority in preparation for confirmation hearing. | 1.50 | 592.50 |
| | JFY | Prepare outline to support entry of confirmation order in re to specific issues particularly relevant to the plan proposed by Powell Valley. | 1.50 | 592.50 |
| | JFY | Review modification issues to plan. | 1.40 | 553.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
|  | JFY | Review correspondence and other materials for committee counsel. | 0.50 | 197.50 |
|  | JFY | Prepare outline in support of confirmation. | 1.30 | 513.50 |
|  | JFY | Discussions with others re coordinating hearing and participation at the plan confirmation hearing. | 0.80 | 316.00 |
| 01/23/2018 | BTH | Prepare for and attend hearing on confirmation of Amended Plan; Follow-up correspondence with parties in case re confirmation hearing; Advise client on outcome of confirmation hearing. | 4.30 | 1,268.50 |
|  | JFY | Make final preparations for plan confirmation hearing. | 1.50 | 592.50 |
|  | JFY | Meet with committee counsel and others to discuss confirmation hearing. | 0.50 | 197.50 |
|  | JFY | Attend confirmation hearing and follow-up matters. | 3.00 | 1,185.00 |
|  | JFY | Drive from Cheyenne to Denver. (billed at 1/2 time) | 2.00 | 790.00 |
| 01/24/2018 | BTH | Review order confirming Amended Plan and address the same with parties in case. | 0.70 | 206.50 |
|  | JMS | Review and correspondence re order confirming plan of reorganization; Begin analyzing next steps in case. | 1.00 | 310.00 |
| 01/29/2018 | JMS | Draft notices of withdrawal of pending motions before the court. | 1.30 | 403.00 |
|  | JMS | Draft notice of dismissal of adversary proceeding. | 0.50 | 155.00 |
|  | BTH | Review Confirmation Order and address matters related to effectiveness of Plan; Review Plan in conjunction with Confirmation Order to address Notice of Confirmation of Plan; Discuss matters related to Effective Date with parties in case (3.7). | 3.70 | 1,091.50 |
|  | JFY | Review and analyze notice of confirmation issues. | 0.90 | 355.50 |
|  | JFY | Review and analyze post confirmation issues. | 0.50 | 197.50 |
| 01/31/2018 | JFY | Preparation of proposed press release re confirmation of chapter 11 plan. | 1.00 | 395.00 |
|  |  | **TOTAL SERVICES** | 118.60 | 38,585.00 |
|  |  | **TOTAL THIS INVOICE** |  | 38,585.00 |
|  |  | Previous Balance |  | $55,145.30 |
| 01/22/2018 |  | Payment received |  | -31,885.20 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $61,845.10 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

February 12, 2018    Invoice No.: 99175

Terry Odom, CEO    **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.    11278.015   Employment and Fee Applications
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 01/05/2018 | BTH | Review UCC interim fee applications for October and November 2017 and address the same with client. | 0.50 | 147.50 |
| 01/18/2018 | BTH | Review, revise and finalize interim fee application for December 2017; Address payment of pending UCC fee applications. | 0.60 | 177.00 |
|  |  | **TOTAL SERVICES** | 1.10 | 324.50 |
|  |  | **TOTAL THIS INVOICE** |  | 324.50 |
|  |  | Previous Balance |  | $13,419.00 |
| 01/22/2018 |  | Payment received |  | -1,209.50 |
|  |  | **TOTAL OUTSTANDING INVOICES** |  | $12,534.00 |

*PAYABLE UPON RECEIPT*