**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

March 8, 2018                                                          Invoice No.:  99379

Terry Odom, CEO                                **RE:** Powell Valley Healthcare, Inc.
Powell Valley Healthcare, Inc.                 11278.002    Restructure/Reorganization
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                              | Hours |        |
|------------|-----|----------------------------------------------------------------------------------------------|-------|--------|
| 02/02/2018 | BTH | Review open items pending in case and draft and file related withdrawal of pending motions.  | 0.50  | 147.50 |
| 02/16/2018 | JFY | Attend to post confirmation issues.                                                          | 0.50  | 197.50 |
|            |     | **TOTAL SERVICES**                                                                           | 1.00  | 345.00 |

**EXPENSES:**

| Photocopies                          | 169.20 |
|--------------------------------------|--------|
| Postage                              | 31.96  |
| **TOTAL EXPENSES** Thru 02/28/2018   | 201.16 |

| **TOTAL THIS INVOICE** | 546.16 |
|---|---|
| Previous Balance | $10,763.22 |
| 02/26/2018  Payment received | -6,165.45 |
| **TOTAL OUTSTANDING INVOICES** | $5,143.93 |

Your trust account balance is

|            | Opening Balance                                  | $86,141.07  |
|------------|--------------------------------------------------|-------------|
| 02/23/2018 | Ck #10190                                        | 29,823.07   |
| 02/26/2018 | Dec Interim Billing Payment                      |             |
|            | PAYEE: MARKUS WILLIAMS YOUNG & ZIMMERMANN LL     | -29,823.07  |
|            | Closing Balance                                  | $86,141.07  |

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

March 8, 2018                                           Invoice No.:  99380

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                    11278.007   Required Reports
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                                     | Hours |         |
|------------|-----|-------------------------------------------------------------------------------------|-------|---------|
| 02/21/2018 | BTH | Review monthly operating report for January 2018 and prepare the same for filing (.4). | 0.40  | 118.00  |
|            |     | **TOTAL SERVICES**                                                                  | 0.40  | 118.00  |
|            |     | **TOTAL THIS INVOICE**                                                              |       | 118.00  |
|            |     | Previous Balance                                                                    |       | $2,330.50 |
| 02/26/2018 |     | Payment received                                                                    |       | -324.50 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                                      |       | $2,124.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

March 8, 2018                                             Invoice No.:  99381

Terry Odom, CEO                              **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                       11278.008   Claims
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                        | Hours |        |
|------------|-----|--------------------------------------------------------|-------|--------|
| 02/07/2018 | BTH | Address assignment of creditor claims.                 | 0.30  | 88.50  |
| 02/23/2018 | JMS | Conference with B. Hunsicker re prepetition claims.    | 0.80  | 248.00 |
|            |     | **TOTAL SERVICES**                                     | 1.10  | 336.50 |
|            |     | **TOTAL THIS INVOICE**                                 |       | 336.50 |
|            |     | Previous Balance                                       |       | $5,685.50 |
| 02/26/2018 |     | Payment received                                       |       | -1,310.00 |
|            |     | **TOTAL OUTSTANDING INVOICES**                         |       | $4,712.00 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

March 8, 2018                                                                                    Invoice No.:  99382

Terry Odom, CEO                                                         **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                                             11278.013   Insurance Issues
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|            |     |                                                                    | Hours |        |
|------------|-----|--------------------------------------------------------------------|-------|--------|
| 02/09/2018 | BTH | Address inquiry from Lexington re resolution of SIR amounts.       | 0.50  | 147.50 |
|            |     | **TOTAL SERVICES**                                                 | 0.50  | 147.50 |
|            |     | **TOTAL THIS INVOICE**                                             |       | 147.50 |
|            |     | Previous Balance                                                   |       | $74,569.38 |
| 02/26/2018 |     | Payment received                                                   |       | -14,566.00 |
|            |     | **TOTAL OUTSTANDING INVOICES**                                     |       | $60,150.88 |

*PAYABLE UPON RECEIPT*

**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
1700 LINCOLN STREET, SUITE 4550
DENVER, CO 80203
(303) 830-0800
www.MarkusWilliams.com
TAX ID 84-1292298

March 8, 2018                                             Invoice No.:  99383

Terry Odom, CEO                               **RE: Powell Valley Healthcare, Inc.**
Powell Valley Healthcare, Inc.                 11278.014   Plan and Disclosure Statement
777 Avenue H
Powell, WY   82435

**PROFESSIONAL SERVICES:**

|  |  |  | Hours |  |
|---|---|---|---|---|
| 02/01/2018 | BTH | Review and revise proposed press release and forward the same to T. Odom for approval. | 0.30 | 88.50 |
|  | JFY | Review and analyze post confirmation issues and items necessary to address prior to effective date; Preparation of press release for Hospital to consider. | 1.40 | 553.00 |
| 02/02/2018 | JMS | Draft notice of dismissal of adversary proceeding; Coordinate signatures of all counsel to case; File same. | 1.30 | 403.00 |
| 02/05/2018 | JMS | Conference with the Court re filing a response to request for status conference; Follow-up re same. | 0.30 | 93.00 |
| 02/06/2018 | BTH | Address effective date inquiry from client; Phone conference with S. Goldstein to address post-confirmation matters; Continue to address post-confirmation matters to ensure compliance with confirmed Plan. | 1.20 | 354.00 |
| 02/09/2018 | BTH | Phone conference with S. Goldstein and address follow-up matters related thereto. | 0.40 | 118.00 |
| 02/12/2018 | BTH | Address matters related to post-confirmation (.3); Review UCC interim fee application and status of professional claims in case (.8). | 1.10 | 324.50 |
| 02/13/2018 | BTH | Review and revise Plan documents (Note, Security Agreement and Trust) to conform to Modified Plan; Review Stipulation for Dec Action and address correspondence related thereto; Address matters to ensure compliance with Effective Date requirements; Address matters re payment of creditors pursuant to terms of Modified Plan; Review, revise and finalize interim fee application for January 2018. | 2.90 | 855.50 |
| 02/14/2018 | BTH | Attend conference call with T. Copenhaver to address matters related to UMIA Stipulation; Provide final Plan-related documents to client for review and execution; Address post-confirmation matters with S. Goldstein; Address post-confirmation matters with client. | 2.80 | 826.00 |

| Date | | | Hours | |
|---|---|---|---|---|
| 02/15/2018 | BTH | Continue to address post-confirmation matters. | 0.70 | 206.50 |
| 02/23/2018 | BTH | Address post-confirmation issues (.3). | 0.30 | 88.50 |
| 02/26/2018 | BTH | Address matters related to post-confirmation including tardy claim issue (.7). | 0.70 | 206.50 |
| 02/27/2018 | BTH | Address post-Plan confirmation claim issue; Review Plan and related documents for vesting provision and advise US Trustee of the same; Correspondence with T. Copenhaver; Address creditor inquiry (1.4). | 1.40 | 413.00 |
| 02/28/2018 | BTH | Address matters to ensure effective date of Plan of March 1; Address creditor inquires for administrative claims (.6). | 0.60 | 177.00 |
| | | **TOTAL SERVICES** | 15.40 | 4,707.00 |
| | | **TOTAL THIS INVOICE** | | 4,707.00 |
| | | Previous Balance | | $61,845.10 |
| 02/26/2018 | | Payment received | | -7,457.12 |
| | | **TOTAL OUTSTANDING INVOICES** | | $59,094.98 |