Jamie N. Cotter (Wyoming Bar No. 74721)
Philip A. Pearlman (Colorado Bar No. 11426)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: (303) 839-3800
Facsimile: (303) 839-3838
jcotter@spencerfane.com
*Counsel to the Personal Injury Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| | ) | **Case No. 16-20326** |
| **POWELL VALLEY HEALTH CARE, INC.,** | ) | |
| | ) | |
| **Debtor-in-possession.** | ) | |

**JOINT STATUS REPORT ON MOTION FOR ENTRY OF AN ORDER ALLOWING PROOF OF CLAIM PURSUANT TO RULE 9006(b)(1) OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM STAY AND STIPULATION BETWEEN THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, DEBTOR, AND PEGGY JO WERBELOW TO DETERMINE CLAIM ALLOWANCE POST-CONFIRMATION**

The reorganized Debtor, Powell Valley Health Care, Inc. (the "Reorganized Debtor"), the Personal Injury Trustee (the "PIT"), and Claimant Peggy Jo Werbelow ("Werbelow") (collectively, the "Parties") provide the following Joint Status Report on Motion for Entry of an Order Allowing Proof of Claim Pursuant to Rule 9006(b)(1) Or In the Alternative Motion for Relief From Stay and Stipulation Between the Official Committee of Unsecured Creditors, Debtor, and Peggy Jo Werbelow to Determine Claim Allowance Post-confirmation (the "Report") as follows:

1. Following the Effective Date of the Plan which occurred on March 1, 2018, the PIT has proceeded with valuation proceedings under the TDPs approved as part of the confirmation of the Reorganized Debtor's Plan.

2. Werbelow's claim is a part of the valuation process notwithstanding that at this time there has been no agreement with respect to the Werbelow claim.

3. Under the TDPs, Section 2.2(c), the PIT has the authority to object to the Werbelow claim.

4.      On April 16, 2018, the PIT made a recommendation to the Personal Injury Claims Committee under the Personal Injury Trust and Werbelow to settle the Werbelow claim.

5.      The PIT now anticipates that the Parties will be in discussions concerning a resolution of said claim. The PIT believes that he should be in a position to conclude any settlement discussions within the next fifteen (15) days. After that time, the PIT anticipates that he will promptly either report a settlement to the Court and forthwith file appropriate settlement pleadings, or report that a settlement was unable to be made, and seek the approval of appropriate deadlines for the PIT to respond to the Werbelow Motion with the PIT's objection to the Werbelow claim, and then for the Court to set the matter for trial forthwith.

Dated: April 19, 2018

Respectfully submitted,

SPENCER FANE LLP

/s/ *Jamie N. Cotter*
Jamie N. Cotter      WY #74721
Philip A. Pearlman    CO 11426
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554
(303) 839-3800
(303) 839-3838—Fax
jcotter@spencerfane.com

*Counsel to the Personal Injury Trustee*

MARKUS WILLIAMS YOUNG & ZIMMERMAN, LLC

/s/ Bradley T. Hunsicker
Bradley T. Hunsicker (WY Bar No. 7-4579)
Jennifer Salisbury (WY Bar No. 7-5218)
106 East Lincolnway Suite 300
Cheyenne, WY 82001
Telephone: 307-778-8178
Facsimile: 307-638-1975
bhunsicker@markuswilliams.com
jsalisbury@markuswilliams.com

*Counsel to the Reorganized Debtor*

3

       THE LAW OFFICES OF COLLIN HOPKINS, P.C.

       /s/  Collin C. Hopkins
       Collin C. Hopkins, WSB #6-4032
       The Law Offices of Collin Hopkins, P.C.
       705 East Washington
       Riverton, WY  82501
       Telephone:  307-856-9101
       Facsimile:  307-855-4010
       ceehop@gmail.com

       *Counsel to Peggy Jo Werbelow*

WA 11074439.1