IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: ) | |
| ) | |
| POWELL VALLEY HEALTH CARE, INC., ) | Case No. 16-20326 |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |

### MOTION FOR ORDER ALLOWING COUNSEL TO WITHDRAW

**COMES NOW** Collin Hopkins, of The Law Offices of Collin Hopkins, PC, and moves the Court for its Order allowing him to withdraw as counsel for Peggi Jo Werbelow, **whereas**, Ms. Werbelow has informed counsel by written letter and electronic communication that she no longer wishes him to represent her. It is believed that Ms. Werbelow has hired new counsel, though the undersigned has not received an Entry of Appearance.

**DATED** this 4th day of May 2018.

Respectfully Submitted By:

Collin Hopkins, WSB #6-4032
The Law Offices of Collin Hopkins, P.C.
705 East Washington Avenue
Riverton, WY  82501
(307) 856-9101 – phone
(307) 855-4010 – fax
ceehop@gmail.com

## CERTIFICATE OF SERVICE

    I certify that I served true and correct copies of the foregoing via regular mail on the 4th day of May 2018 as follows:

U.S. Trustee – District of Wyoming
308 West 21st Street, Room 203
Cheyenne, WY  82001

Bradley T. Hunsicker – Attorney for Debtor-in Possession
Markus, Williams, Young & Zimmermann LLC
106 East Lincolnway, Suite 300
Cheyenne, WY 82001

_____
Collin C. Hopkins