# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WYOMING

FILED

3:03 pm, 5/8/18

Tim J. Ellis
Clerk of Court

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| POWELL VALLEY HEALTH CARE, INC., | ) | Case No. 16-20326 |
| | ) | CHAPTER 11 |
| | ) | |
| Debtor | ) | |

## ORDER REGARDING COMPLIANCE WITH RULES

Collin Hopkins of The Law Offices of Collin Hopkins, PC, counsel for Peggi Jo Werbelow filed a motion to withdraw as counsel. Local Bankruptcy Rule 9010-1(E) requires: 1) the notice to the attorney's client must include an admonition that the client is personally responsible for complying with all court orders, the time limitations established by the Court and the applicable rules, and a statement of any pending or impending matters; 2) the attorney shall serve the notice and motion on the attorney's client and file a certificate evidencing service; and 3) absent written consent of the client, the court will hold a hearing.

IT IS, THEREFORE, ORDERED Counsel shall comply with the previously cited rule, failing which the motion will not be considered by the court.

BY THE COURT

_Cathleen D Parker_    5/8/2018

Honorable Cathleen D. Parker
United States Bankruptcy Judge

Service to:
    Collin Hopkins