Jamie N. Cotter (Wyoming Bar No. 74721)
Philip A. Pearlman (Colorado Bar No. 11426)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: (303) 839-3800
Facsimile: (303) 839-3838
jcotter@spencerfane.com
*Counsel to the Personal Injury Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| | ) | **Case No. 16-20326** |
| **POWELL VALLEY HEALTH CARE, INC.,** | ) | |
| | ) | |
| **Debtor-in-possession.** | ) | |

**PERSONAL INJURY TRUSTEE'S UPDATE TO JOINT STATUS REPORT ON MOTION FOR ENTRY OF AN ORDER ALLOWING PROOF OF CLAIM PURSUANT TO RULE 9006(b)(1) OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM STAY AND STIPULATION BETWEEN THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, DEBTOR, AND PEGGY JO WERBELOW TO DETERMINE CLAIM ALLOWANCE POST-CONFIRMATION**

The Personal Injury Trustee (the "PIT") provides the following Personal Injury Trustee's Update to Joint Status Report on Motion for Entry of an Order Allowing Proof of Claim Pursuant to Rule 9006(b)(1) Or In the Alternative Motion for Relief From Stay and Stipulation Between the Official Committee of Unsecured Creditors, Debtor, and Peggy Jo Werbelow to Determine Claim Allowance Post-confirmation (the "Report") regarding claimant Peggy Jo Werbelow ("Werbelow") as follows:

1. Following the Effective Date of the Plan which occurred on March 1, 2018, the PIT has proceeded with valuation proceedings under the TDPs approved as part of the confirmation of the Reorganized Debtor's Plan.

2. Werbelow's claim is a part of the valuation process notwithstanding that at this time there has been no agreement with respect to the Werbelow claim.

3. Under the TDPs, Section 2.2(c), the PIT has the authority to object to the Werbelow claim.

4. On April 16, 2018, the PIT made a recommendation to the Personal Injury Claims Committee under the Personal Injury Trust and Werbelow to settle the Werbelow claim.

5. The PIT understands counsel for Werbelow is changing, and Mr. Hopkins and new counsel will appropriately and in compliance with the appropriate rules reflect same with the Court. The PIT has been in contact with new counsel who has represented to the PIT the matter is settled. The PIT is in the process of preparing the necessary documentation regarding same, which he anticipates will be filed within fifteen (15) days.

Dated: May 10, 2018

Respectfully submitted,

SPENCER FANE LLP

/s/ *Jamie N. Cotter*

| | |
|---|---|
| Jamie N. Cotter | WY #74721 |
| Philip A. Pearlman | CO 11426 |

1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554
(303) 839-3800
(303) 839-3838—Fax
jcotter@spencerfane.com

*Counsel to the Personal Injury Trustee*