FILED

12:26 pm, 5/24/18

Tim J. Ellis
Clerk of Court

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF WYOMING**

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 16-20326 |
| POWELL VALLEY HEALTH CARE, ) | Chapter 11 |
| INC., ) | |
| ) | |
| Debtor. ) | |

**ORDER APPROVING THIRD AND FINAL APPLICATION OF MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330 AND 331 OF THE BANKRUPTCY CODE FOR THE PERIOD MARCH 1, 2017 – FEBRUARY 28, 2018**

On April 2, 2018, Markus Williams Young & Zimmermann LLC ("MWYZ") filed its *Third and Final Application of Markus Williams Young & Zimmermann LLC for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 of the Bankruptcy Code for the Period March 1, 2017 – February 28, 2018* (the "Final Fee Application") pursuant to 11 U.S.C. §§ 328, 330 and 331, and upon consideration of the statements in the Final Fee Application; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Final Fee Application is sufficient under the circumstances as notice was served on April 2, 2018 to all parties on the Limited Service List; and that no other or further notice need be provided; and that the objection deadline of April 26, 2018 has expired and no objections were filed thereto; and that based on the Final Fee Application and all pleadings filed in this case, the Bankruptcy Court finds that the fees and expenses requested by MWYZ are reasonable,

{Z0215136/1 }

actual, and necessary and that good cause exists for the payment of the fees and expenses of MWYZ as set forth in this Order, and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERERD that the Final Fee Application is approved; if is further

ORDERERD that MWYZ shall be allowed compensation of fees in the amount of $442,634.50 and expenses in the amount of $21,143.83 for a total amount of $463,778.33 for the period of March 1, 2017 through February 28, 2018; and it is further

ORDERED that said amounts shall be allowed as priority administrative expenses of the estate pursuant to 11 U.S.C. §§ 503(b)(2) and 507(a)(2); and it is further

ORDERED that the Debtor is authorized to pay MWYZ the above-specified amounts (after crediting for those amounts previously paid to MWYZ in accordance with the Interim Compensation Procedures), or alternatively, MWYZ is authorized to apply the amounts to its retainer; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

BY THE COURT

_____
Honorable Cathleen D. Parker     5/24/2018
United States Bankruptcy Judge