Bradley T. Hunsicker (Wyo. Bar 7-4579)
**MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
106 East Lincolnway, Suite 300
Cheyenne, WY  82001
Telephone: 307-778-8178
bhunsicker@markuswilliams.com
jsalisbury@markuswilliams.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 16-20326 |
| POWELL VALLEY HEALTH CARE, ) | Chapter 11 |
| INC., ) | |
| Debtor. ) | |

## FINAL REPORT AND EXPEDITED MOTION FOR ENTRY OF FINAL DECREE

Powell Valley Health Care, Inc. (the "Debtor"), pursuant to 11 U.S.C. § 350, Fed.R.Bankr.P. 3022 and Local Rule 3022-1, hereby files this final report and expedited motion for entry of a final decree in the form attached hereto at Exhibit A, and in support thereof would show the Court as follows:

1.      On May 16, 2016 (the "Petition Date"), PVHC commenced this case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Wyoming (the "Court").

2.      On January 24, 2018, the Court entered its *Order Confirming Modified Amended Chapter 11 Plan of Reorganization for Powell Valley Health Care, Inc.* (the "Confirmation Order") [Doc. 826] wherein the Court confirmed *PVHC's Modified*

*Amended Chapter 11 Plan of Reorganization for Powell Valley Health Care, Inc.* (the "Plan") [Doc. 807].

3. The Confirmation Order has become final.

4. All deposits required by the Plan have been distributed.

5. The property proposed to be transferred by the Plan has been transferred.

6. The Debtor has assumed the business or the management of the property dealt with by the Plan.

7. Payments under the Plan have commenced.

8. All motions, contested matters, and adversary proceedings are resolved, subject to the following:

   a. The Personal Injury Trust has commenced an adversary proceeding against Homeland Insurance Company of New York and Wyoming Financial Insurance, Inc. ("Adversary Case No. 18-02021"). The Debtor is not a party to Adversary Case No. 18-02021, and the matter should not delay the entry of a final decree.

   b. The Personal Injury Trust has filed an emergency motion to approve a stipulation between the Personal Injury Trust and Peggi Jo Werbelow determining claim allowance and authorizing the withdrawal of counsel [Doc. 880]. These matters do not involve the Debtor, and should not delay the entry of a final decree.

9. All assessed quarterly fees of the United States Trustee have been paid. In the event that a final reconciliation is performed by the United States Trustee, the Debtor will immediately satisfy any final fee assessed by the United States Trustee.

10. All final fee applications have been approved.

11. Local Rule 3022-1 requires that the Debtor provide the United States Trustee with a 21-day notice to file any objection to the report and motion for entry of a final decree. In this instance, the Untied States Trustee has indicated he has no objection to the final report, or the entry of the final decree on an expedited basis.

12. As previously indicated to the Court, the Debtor will be required to continue to satisfy ongoing United States Trustee fees at the increased rate until such time as a final decree is entered closing this case. Said fees will hinder the Debtor's ability to successfully emerge from bankruptcy. Thus, the Debtor is seeking expedited relief.

**WHEREFORE**, for the reasons set forth herein, PVHC respectfully requests the entry of a final decree closing this case, and for such other and further relief as the Court deems proper.

Dated: Cheyenne, Wyoming
        May 30, 2018

        MARKUS WILLIAMS YOUNG AND
        ZIMMERMANN LLC

        By: /s/ *Bradley T. Hunsicker*
        Bradley T. Hunsicker (WY Bar No 7-4579)
        106 East Lincolnway Suite 300
        Cheyenne, WY 82001
        Telephone: 307-778-8178
        Facsimile: 307-638-1975
        Email: bhunsicker@markuswilliams.com;

Counsel for the Debtor-in-Possession

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 30, 2018, a copy of the foregoing was served *electronically* upon **The Office of the United States Trustee** and those parties requesting notice and registered on the Court's CM/ECF system.

*/s/Bradley T. Hunsicker*
Bradley T. Hunsicker