FILED

10:45 am, 5/30/18

Tim J. Ellis
Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re ) | |
| ) | |
| POWELL VALLEY HEALTH CARE, INC.   ) | Case No.   16-20326 |
| ) | Chapter 11 |
| ) | |
| Debtor(s).   ) | |

## ORDER DENYING EMERGENCY MOTION

This matter is before the court on the Debtor's Emergency Motion for Entry of Orders Approving Final Fee Applications (ECF No. 871). A review of the record finds the orders granting fees have been entered.

IT IS THEREFORE ORDERED that the Debtor's Motion is denied as moot.

BY THE COURT

_____   5/30/2018
Honorable Cathleen D. Parker
United States Bankruptcy Judge