Jamie N. Cotter (WY #74721)
Philip A. Pearlman (CO #11426)
Spencer Fane LLP
1700 Lincoln Street, Suite 200
Denver, CO 80203-4554
(303) 839-3800
(303) 839-3838 fax
jcotter@spencerfane.com

*Counsel for Scott J. Goldstein,*
*Personal Injury Trustee for the*
*Powell Valley Health Care, Inc.*
*Personal Injury Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| | ) | **Case No. 16-20326** |
| **POWELL VALLEY HEALTH CARE, INC.,** | ) | |
| | ) | |
| **Debtor.** | ) | |

**NOTICE UNDER POWELL VALLEY HEALTH CARE, INC.**
**PERSONAL INJURY TRUST**

Scott J. Goldstein, Trustee (the "Trustee") of the Powell Valley Health Care, Inc. Personal Injury Trust (the "Personal Injury Trust"), provides the following Notice under the Personal Injury Trust:

1. The Trustee has the right to make an election as to whether he wishes to have the Personal Injury Trust qualify as a liquidating trust or as a QSF within ninety (90) days after the Effective Date.

2. At this time, the Trustee is not prepared to make such election and reserves all of his rights to make such election at a future time.

Dated: June 1, 2018

Respectfully submitted,

**SPENCER FANE LLP**

/s/  Jaime N. Cotter
Jaime N. Cotter WY #74721
Philip A. Pearlman CO #11426
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554
(303) 839-3800
(303) 839-3838—Fax
jcotter@spencerfane.com
ppearlman@spencerfane.com

*Counsel for Scott J. Goldstein,*
*Personal Injury Trustee*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 1, 2018, a copy of the foregoing was served *electronically* upon all interested parties, The Office of the United States Trustee and those parties requesting notice and registered on the Court's CM/ECF system.

*/s/  Jaime N. Cotter*
Jaime N. Cotter

*Attorney for Scott J. Goldstein,*
*Personal Injury Trustee*