William R. Fix, W.S.B. #5-1908
Jessica Simons, W.S.B. #7-5594
**Fix Law Office**
P.O. Box 297
Jackson, WY 83001
(307) 733-5848
Fax: (307) 333-0717
fixlawoffice@gmail.com
jessica@fixlawoffice.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF WYOMING

| | |
|---|---|
| In re<br><br>POWELL VALLEY HEALTH CARE, INC.,<br><br>Debtor. | Case No.  16-20326<br>Chapter 11 |

MOTION FOR ADMISSION OF EDWARD A. MURPHY *PRO HAC VICE*
AS COUNSEL FOR PEGGI JO WERBELOW

Comes now Peggi Jo Werbelow, through her counsel William R. Fix, and moves pursuant to U.S.D.C.L.R. 84.2(b) and Rule 9010-1 of this Court's Local Rules for an Order admitting *pro hac vice* Edward A. Murphy ("Applicant") as co-counsel for her.  In support of this motion, Applicant and movant state:

1.  Applicant practices law at Murphy Law Offices at 127 N. Higgins, Ste. 207, Missoula, MT  59802.

2.  The undersigned is a member in good standing of the bar of the State of Wyoming and of this Court.

3.  Applicant's appearance in this matter will be in association with the undersigned.

4.  The Applicant has never been disbarred, suspended, or denied admission to practice.

5.  The Applicant is familiar with the Federal Rules of Civil Procedure, the Local Rules

of the United States District Court for the District of Wyoming, the Local Rules of the United States Bankruptcy Court for the District of Wyoming, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he will be subject to the disciplinary jurisdiction of the Court.

6.  The undersigned will vouch, and hereby vouches, for the good moral character and veracity of Applicant.

7.  The undersigned shall be fully prepared to represent the client at any time, in any capacity.

8.  The Declaration of Applicant supporting this Motion is attached hereto and is incorporated herein by reference.

WHEREFORE, the Movant respectfully requests that this Court enter an Order admitting Edward A. Murphy *pro hac vice* in this matter.

Dated this 14th day of June, 2018.

                                       FIX LAW OFFICE

                                       /s/William R. Fix

### CERTIFICATE OF SERVICE

The undersigned certifies that on June 14, 2018, a copy of the foregoing was served electronically upon all interested parties, The Office of the United States Trustee and those parties requesting notice and registered on the Court's CM/ECF system.

                                       /s/William R. Fix