IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

FILED
12:14 pm, 6/19/18
Tim J. Ellis
Clerk of Court

| In re | ) | |
| --- | --- | --- |
| | ) | |
| POWELL VALLEY HEALTH CARE, INC. | ) | Case No. 16-20326 |
| | ) | CHAPTER 11 |
| Debtor | ) | |

## FINAL DECREE AND ORDER CLOSING CASE

The Court having fully considered all matters relating to the administration of the above-entitled case, and it appearing that the Plan has been substantially consummated and has been fully administered within the meaning of 11 U.S.C. § 350 and Bankruptcy Rule 3022, as well as the local rules of this Court, and other good cause appearing, it is

ORDERED that, to the extent that any claims treated by the Plan of Reorganization herein remain unpaid, such claims shall continue to be paid by the Debtor pursuant to the Plan until all payments required by the Plan have been completed; and, it is further

ORDERED that the above-entitled case is closed.

BY THE COURT

_____  6/19/2018
Honorable Cathleen D. Parker
United States Bankruptcy Judge