IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING
CHEYENNE DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| POWELL VALLEY HEALTH CARE, INC., | ) Case No. 16-20326 |
| | ) |
| Debtor. | ) |

## ORDER APPROVING MOTION TO COMPROMISE AND SETTLE CLAIMS

Upon the request of Scott J. Goldstein, the Personal Injury Trustee (the "Trustee") of the Powell Valley Health Care, Inc. Personal Injury Trust (the "PVHC Trust"), seeking approval of a compromise and settlement of tort claims pursuant to his Personal Injury Trustee's Motion to Compromise and Settle Claims (the "Motion"); and the Trustee having represented that due and proper notice of the Motion has been provided, and that no other or further notice need be provided, and for good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion is approved pursuant to Fed. R. Bankr. P. 9019 and pursuant to the TDPs.

2. The tort claims listed in the Mediation Report are Allowed Claims under the Plan for the full amount of the Mediator's determination.

3. This Order should be construed in all respects to be consistent with and subject to the Modified Confirmed Plan [Docket No. 807] and the Plan Documents, and nothing in this Order supercedes or modifies anything in the Modified Confirmed Plan, the Plan Documents, or the Order Confirming the Modified Plan [Docket No. 826].

**EXHIBIT D**

#981357

4. This Order(s) is proposed for immediate upon entry.

BY THE COURT:

_____
Honorable Cathleen D. Parker
United States Bankruptcy Court

#981357

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING
CHEYENNE DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| POWELL VALLEY HEALTH CARE, INC., | ) Case No. 16-20326 |
| | ) |
| Debtor. | ) |

## ORDER APPROVING MOTION TO COMPROMISE AND SETTLE CLAIMS

Upon the request of Scott J. Goldstein, the Personal Injury Trustee (the "Trustee") of the Powell Valley Health Care, Inc. Personal Injury Trust (the "PVHC Trust"), seeking approval of a compromise and settlement of tort claims pursuant to his Personal Injury Trustee's Motion to Compromise and Settle Claims (the "Motion"); and the Trustee having represented that due and proper notice of the Motion has been provided, and that no other or further notice need be provided, and for good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion is approved pursuant to Fed. R. Bankr. P. 9019 and pursuant to the TDPs.

2. The tort claims listed in the Mediation Report are Allowed Claims under the Plan for the full amount of the Mediator's determination.

~~3~~3. This Order should be construed in all respects to be consistent with and subject to the Modified Confirmed Plan [Docket No. 807] and the Plan Documents, and nothing in this Order supercedes or modifies anything in the Modified Confirmed Plan, the Plan Documents, or the Order Confirming the Modified Plan [Docket No. 826].

#981357

4. This Order is effective immediately upon entry.

BY THE COURT:

_____
Honorable Cathleen D. Parker
United States Bankruptcy Court

#981357