Scott J. Goldstein (MO #28698)
Jamie N. Cotter (WY #74721)
Spencer Fane LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
sgoldstein@spencerfane.com
*Trustee for Powell Valley Healthcare, Inc.,*
*Personal Injury Trust*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF WYOMING
### CHEYENNE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | Case No. 16-20326 |
| POWELL VALLEY HEALTH CARE, INC., | ) | |
| | ) | |
| Debtor. | ) | |

### MOTION TO CLOSE CASE

Scott J. Goldstein, the Personal Injury Trustee (the "Trustee") of the Powell Valley Health Care, Inc. Personal Injury Trust (the "PVHC Trust"), hereby moves the Court for entry of an Order closing this Chapter 11 case. In support thereof, the Trustee states as follows:

1. On August 29, 2018, the Court reopened the case on the Trustee's motion. The case was reopened to complete certain Plan requirements, including the compromise and settlement of claims so the Trustee can make long-awaited distributions to the tort claimants.

2. All necessary matters, including but not limited to the Court's entry of an Amended Order Approving Motion to Compromise and Settle Claims, entered on September 18, 2018, has now occurred.

3. Upon the closing of the case, the Trustee shall immediately submit its operating report and all fees due for the period from the date the case was reopened to the date the case is closed.

WA 11885308.1

WHEREFORE, the Trustee respectfully requests that the Court enter an Order closing this Chapter 11 case and granting such other or additional relief as the Court deems just and appropriate.

Dated: September 27, 2018

Respectfully submitted,

SPENCER FANE LLP

/s/ Jamie N. Cotter
Scott J. Goldstein     MO #28698
Jamie N. Cotter     WY #74721
sgoldstein@spencerfane.com
jcotter@spencerfane.com
1000 Walnut, Suite 1400
Kansas City, MO 64106
(816) 474-8100
(816) 474-3216– Fax
TRUSTEE FOR POWELL VALLEY HEALTH CARE, INC. PERSONAL INJURY TRUST